# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Rental Car Intermediate Holdings, LLC, Reorganized Debtors. | Case No. 20-11247 (MFW) |
| | (Jointly Administered) |
| | Hearing Date: November 4, 2021 @ 10:30 a.m. E.T.<br>Objection Deadline: Oct. 20, 2021 |
| | Ref. Case No. 20-11218, D.I. 5875, 5899 |

## EXHIBIT A1
## TO
## FALSE POLICE REPORT CLAIMANTS' RESPONSE TO 22nd OMNIBUS OBJECTIONS

1. Hannah Ayoub
2. Nicole Stevens
3. Shontrell Higgs
4. Julius Burnside
5. Magalie Sterlin
6. Arthur Stepanyan
7. Howard Junious
8. Laketa Collins
9. Michelle Johnson
10. Brian Steinberg
11. Antwone Person
12. Michael Koss
13. Amanda Koss
14. Cheryl Young
15. Stephanie Keene
16. James Keene
17. Barbara Fernandez
18. Thomas Channell
19. Michael Channel
20. Jessica Gurumendi
21. Roula Vangelis, for minor child A.G.
22. Roula Vangelis, for minor child C.G
23. Brent Williams, Sr.
24. Nancy Cullen-Smits
25. Ryan Smits

1

26. Henry Essick III
27. Laju Ogendengbe
28. Michelle Sides
29. Jacqueline Suzanne Rayburn
30. Alan Hill
31. Brandon White
32. Jamlsy Edouard
33. Tanysha Harris
34. John Willen
35. Crystal Henderson
36. Caitlin Duggan
37. Michael Tobin
38. Kenneth Reed
39. William Cottles III
40. Gerald Albert
41. Derrick Craft
42. Temika Thompson
43. Ronald Rojas
44. Roberta McGregor
45. Fianchi Beamon-Pernell
46. Quitman Jones
47. Wendy Fenton
48. Edmund Wilson
49. Gabrielle Eichbaum
50. Desery Martin
51. Helen Mitchell
52. Daiyon Davis
53. Van Love Jr. (by Teyauna Hamell)
54. Mary Hunt
55. Latasha Deupriest
56. Courtney Miles
57. Relinda Mattson
58. Danny Dale
59. Jennifer Rogers
60. Earl Holland
61. Kimberly Levene
62. Tommie Blanks
63. Wilbur Clark
64. Marshall Anthony Bourdier
65. Lorne Williams
66. Tamika Willis
67. Zamira Cardenas
68. Carrie Gibbs (nee Wong)
69. Akilah S Brackett
70. Dajanae Bridges
71. Kenny Bridges (aka Kenny Fearence)

72. Mark E. Fountain
73. Asia Jackson
74. Melanie Shiller (aka Melanie McDonald)
75. William Sulllivan
76. Kathleen Scott
77. Donald Peterson, Desirae Weeks-Peterson as administrator of estate
78. Jefferson Bourgeois
79. Dennis Dunphy
80. Brett McDowell
81. Elijah Holmes
82. Alisa Pearlman
83. Christine Long
84. Perry Long
85. Mikayla Long
86. Paul Anthony Knight
87. Rebecca Couch
88. Cindi Musgraves
89. Myles Musgraves II
90. Renita Yates
91. Melissa Harris
92. Maribel Pereya
93. Niesha Rush
94. Jessica Johnston
95. Drew Arvary
96. Guillermo R. Garza
97. Cristel Hibbs
98. Scott Sherlock
99. Michelle Lowe
100. Kimarsha Dunn
101. Michelle Jones
102. Mark W. Grant
103. Michael Williams (as described in Case No. A-19-803924-C currently pending in the District Court of Clark County, Nevada)(Jordan Schnitzer, Esq.)
104. Mindy Arney, for herself (as described in Case No. A-19-803924-C currently pending in the District Court of Clark County, Nevada)(Jordan Schnitzer, Esq.)
105. Mindy Arney, for her minor child R.C. (as described in Case No. A-19-803924-C currently pending in the District Court of Clark County, Nevada)(Jordan Schnitzer, Esq.)
106. Donica Taylor
107. Rosalynn Josey
108. Heather Kasdan
109. Siobhan Abrams
110. Edward Guy
111. Holly Harris
112. Lateshia Jenkins
113. Raelena Lewis

114. Marissa White
115. Britne McClinton
116. Kimberli Costabile
117. Sean Hurt
118. Zanders Pace
119. Breanna O'Neal
120. Charles Lee Bort
121. Kwai Yee Chan
122. Jessica Malone
123. Jason Cook
124. Paula Murray
125. Moneck Wallace