# EXHIBIT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re | Chapter 11 |
|---|---|
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1038** |

# DECLARATION OF HANNA AYOUB IN SUPPORT OF FALSE POLICE <u>REPORT PLAINTIFFS' MOTION FOR RELIEF FROM STAY</u>

1. My name is Hanna Ayoub. I submit this Declaration in support of False Police Report Plaintiffs' Motion for Relief from Stay and in opposition to Debtors' Motion for Preliminary Injunction. I have personal knowledge of the facts stated in this declaration, which were alleged in my complaint against Hertz, and I can testify competently to them if called upon to do so:

2. Hanna Ayoub is a citizen of Pennsylvania. Hanna was accused in Wilmington, Delaware, arrested and prosecuted in New Jersey, and prosecuted in New Castle, Delaware.

3. Mr. Ayoub's rented a car with Hertz at the Wilmington, DE Amtrak station at the beginning of April 2019 and his phone records show that he extended every week with the Wilmington branch, including on April 15, 2019 (to April 22, 2019).

---

[1] The last four digits of the Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, Fl 33928. Due to the large number of debtors in these chapter 11 cases, for which join administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructing.primeclerk.com/hertz.

1

4. However, on April 16, 2019, he received a phone call from Hertz Wilmington telling him the rental was due April 15, 2019, and asking if he wanted to extended. He spent a long, exasperating time on the phone with the branch explaining that he had extended the day before.

5. The branch was adamant that there was no record that he had extended or contacted Hertz on April 15, 2019. His rental extension and contact had been erased, and his rental due date backdated. Fed up with the location, Ayoub began extending on the corporate 1800 number without further issues (or so he though).

6. On May 7-8, he was contacted by an aggressive investigator who worked for Hertz who that claimed Ayoub had to return the car. However, after some confusion where Ayoub initially said he would return the car, Ayoub spoke with Wilmington and the investigator and confirmed that he was authorized to have the car. The investigator then left him alone.

7. Ayoub continued extending the rental, week over week, through early June 2019. On May 24, 2019, he paid $2,309.44. He called Hertz several times and confirmed the rental was okay.

8. Then, to his shock, he was arrested on June 2, 2019. Hertz had claimed in a blatantly false theft package that the rental was due back on April 15, that Ayoub had promised to return the car but failed to do so, that Ayoub had not paid for therental, and that Ayoub had refused to contact the company.

9. Apparently, Hertz's vehicle control department did not record his voluminous contacts with the company, his payment, or that Hertz was extending his rentals. It is no coincidence that Hertz claimed the vehicle was due April 15, 2019, the original date Hertz's computer systems erased Ayoub's extension.

10. Hertz theft package was egregiously false, and there was no probable cause to report him or continue to prosecute him.

11. As a result he was prosecuted in New Jersey and in New Castle, Delaware for several months.

12. The New Jersey prosecutor dismissed the case upon reading the theft report, finding that it was a civil not criminal matter.

13. The New Castle prosecutor dismissed the case after being shown Ayoub's extensive contact with the company and his payment.

14. Hertz had no probable cause to report or prosecute Ayoub.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: September __09/07__, 2020

/s/ _____
Declarant

3