## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>Rental Car Intermediate Holdings, LLC,[1]<br>　　　　　Reorganized Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: November 4, 2021 @ 10:30 a.m. E.T.<br>Objection Deadline: Oct. 20, 2021<br><br>Ref. Case No. 20-11218, D.I. 5875, 5899<br>　　　Case No. 20-11247, D.I. 51 |

**NOTICE OF FILING OF EXHIBIT 1 TO FALSE POLICE REPORT CLAIMANTS'
RESPONSE TO 22nd OMNIBUS OBJECTIONS**

**PLEASE TAKE NOTICE** that, on October 20, 2021, the False Police Report Claimants and the False Police Report Class Claimants (collectively, "False Police Report Claimants") filed the *False Police Report Claimants' Response to 22nd Omnibus Objections* [D.I. 51] ("22nd Response").

**PLEASE TAKE FURTHER NOTICE** that, due to a technical issue related to the size of Exhibit 1 thereto, the False Police Report Claimants omitted Exhibit 1 from the as-filed 22nd Response.

**PLEASE TAKE FURTHER NOTICE** that attached hereto is the previously omitted Exhibit 1, divided into five sub-parts.

---

[1] The last four digits of the tax identification number of reorganized debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the reorganized debtor's service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its reorganized debtors (the "Reorganized Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

| | |
|---|---|
| Dated: October 21, 2021 | **FAEGRE DRINKER**<br>**BIDDLE & REATH LLP** |
| **FRANCIS ALEXANDER, LLC**<br>Francis Malofiy<br>280 N. Providence Road, Suite 1<br>Media, PA 19063<br>Telephone: (215) 500-1000<br>Facsimile: (215) 500-1005<br>Email: francis@francisalexander.com | */s/ Patrick A. Jackson*<br>Patrick A. Jackson (Bar No. 4976)<br>Ian J. Bambrick (Bar No. 5455)<br>Jaclyn C. Marasco (Bar No. 6477)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>Emails: patrick.jackson@faegredrinker.com<br>         ian.bambrick@faegredrinker.com<br>         jaclyn.marasco@faegredrinker.com |
| **SUSMAN GODFREY LLP**<br>Justin A. Nelson (TX Bar No. 24034766)<br>John P. Lahad (TX Bar No. 24068095)<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713)654-6666<br>Emails: jnelson@susmangodfrey.com<br>         jlahad@susmangodfrey.com | **CIARDI CIARDI & ASTIN**<br>Albert A. Ciardi, III, Esquire<br>Walter W. Gouldsbury III, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 557-3550<br>Facsimile: (215) 557-3551<br>Emails: aciardi@ciardilaw.com<br>         wgouldsbury@ciardilaw.com |
| **FARNAN LLP**<br>Brian E. Farnan<br>919 N Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301<br>Email: bfarnan@farnanlaw.com | |

*Co-Counsel for the False Police Report Claimants[2]*

---

[2] The law firm Francis Alexander represents all False Police Report Claimants. Susman Godfrey LLP jointly represents the False Police Report Claimants listed in Exhibit A1 to the 22nd Response. Faegre Drinker Biddle & Reath LLP are Bankruptcy Counsel representing all False Police Report Claimants. Ciardi Ciardi & Astin are Bankruptcy Counsel representing all False Police Report Claimants. Farnan LLP is local Delaware counsel in the Delaware Superior Court action.