## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Rental Car Intermediate Holdings, LLC,[1] | : | Case No. 20-11247 (MFW) |
| Reorganized Debtors. | : | |
| | : | (Jointly Administered) |
| | : | |
| | : | **Hearing Date: November 4, 2021 @ 10:30 a.m. E.T.** |
| | : | **Objection Deadline: Oct. 20, 2021** |
| | : | |
| | : | **Ref. Case No. 20-11218, D.I. 5875, 5899.** |

## DECLARATION OF FRANCIS MALOFIY IN SUPPORT OF FALSE POLICE REPORTS CLAIMANTS' RESPONSE TO 22ND OMNIBUS OBJECTIONS

I, Francis Malofiy, declare as follows[2]:

1.     I am a Partner of the law firm of Francis Alexander, LLC, counsel to the False Police Report Plaintiffs. I submit this Declaration in support of Reorganized Debtors' Twenty-Second Omnibus (Substantive) Objection to False Police Report Claimants' Non-Compliant, Unsubstantiated, and Class Claims, and Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply ("False Police Reports Claimants' Response to the 22nd Omnibus Objections").

---

[1] The last four digits of the tax identification number of reorganized debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the reorganized debtor's service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its reorganized debtors (referred to herein as the "Reorganized Debtors," the "Debtors," or "Hertz") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motions .

2.      I have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so.

3.      On September 20, 2021, the Reorganized Debtors filed their Twenty-Second Omnibus (Substantive) Objection to False Police Report Claimants' Non-Compliant, Unsubstantiated, and Class Claims, and Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [D.I. 5899] ("22nd Omnibus Objections").

4.      Attached hereto as **Attachment A** is a signed declaration from the False Police Report Plaintiff Arthur Stepanyan, which is a true and correct copy of the declaration he delivered to me.

5.      Attached hereto as **Attachment B** is a signed declaration from the False Police Report Plaintiff Jennifer Rogers, which is a true and correct copy of the declaration she delivered to me.

6.      Attached hereto as **Attachment C** is a signed declaration from the False Police Report Plaintiff Paula Murray, which is a true and correct copy of the declaration she delivered to me.

7.      Attached hereto as **Attachment D** is a signed declaration from Former Police Chief Guy Sapp, which is a true and correct copy of the declaration he delivered to me.

8.      Attached hereto as **Attachment E** is a signed declaration from Former Delaware Department of Justice Deputy Attorney General Steve Wood, which is a true and correct copy of the declaration he delivered to me.

9.      Attached hereto as **Attachment F** is a true and correct copy of an October 17, 2018 letter sent by me to the Hertz representatives listed in the letter on the day, and in the manner, as indicated.

10.     Attached hereto as **Attachment G** is a true and correct copy of a November 14, 2017 letter sent by me to then general counsel and executive vice president Richard Frecker detailing Hertz's problems. It was sent on the day and in the manner indicated in the letter.

11.     Attached hereto as **Attachment H** is a true and correct copy of an October 17, 2018 letter sent by me to Hertz Executives. It was sent on the day and in the manner indicated in the letter.

12.     Attached hereto as **Attachment I** is a true and correct copy of February 2020 Demand letter detailing systemic issues and a number of individual cases. It was sent on the day and in the manner indicated in the letter.

13.     Attached hereto as **Attachment J** is a true and correct copy of an April 28, 2020 memorandum prepared by my office regarding Hertz' systematic failure due to its destruction of documents. This brief—and three others regarding Hertz erasing extensions, providing misleading payment information in theft reports, and failing to investigate theft reports—were served on Hertz's counsel on April 27, 2020, and later docketed in the adversary proceeding at Case 20-50761-MFW, D.I. 11-8 on August 4, 2020.

14.     Attached hereto as **Attachment K** is a true and correct copy of March 6, 2020 Letter to Hertz' general counsel related to a February 21 meeting. It was sent on the day and in the manner indicated in the letter.

15.     Attached hereto as **Attachment L** is a true and correct copy of an April 28, 2020 memorandum prepared by my office regarding Hertz' missing documents.

16.     Attached hereto as **Attachment M** is a true and correct copy of a May 4, 2020 memorandum prepared by my office describing Claimant Thomas Channell's case.

17.     Attached hereto as **Attachment N** is a true and correct copy of a May 4, 2020 memorandum prepared by my office describing Claimant Arthur Stepanyan's case.

18.     Attached hereto as **Attachment O** is an order for a trial on punitive damages from The Philadelphia Court of Common Pleas, Civil Action 151103380, Kelly A. Grady vs. The Hertz, which is a true and correct copy of the order form found in the court records.

19.     Attached hereto as **Attachment P** is a true and correct copy of the April 27, 2020 memorandum prepared by my office regarding Hertz' systematic failure due to its erasure of rental extensions.

20.     On April 19, 2017 I had a phone discussion with Detective Diosdado Hernandez of the Indianapolis Airport Police Department. Detective Hernandez informed me that he was aware that Hertz had falsely accused Ramanda Van Pay of car theft. He stated that his department was aware of other false reports, including a man who had been pulled over in Pennsylvania. He told me that he placed the blame "squarely" on Hertz and that his department would no longer take Hertz theft reports without additional verification.

21.     On March 6, 2020, I had a conversation with Hertz's counsel in Philadelphia, PA. During the conversation, the scope of the problems afflicting Hertz's theft reporting were discussed, as were my constant attempts since 2017 to have Hertz fix its deficient conduct.  At that meeting I was told that these claims would have a severe financial impact on the company, and that they would use every defense, including filing bankruptcy, to thwart the claims. This was said to convince my clients to refrain from filing suit and to instead negotiate—which I did in good faith for months.

22.     On May 7, 2020, I met with Winston and Strawn attorneys Dan Webb and Bill O'Neill in the firm's boardroom in Chicago, IL to discuss the cases. After my February 13, 2020,

letter, they represented Hertz with respect to the false police report claims and we had extensive discussions about the cases and exchanged thousands of documents. At the Chicago meeting I stated that I had been patient thus far and given Hertz every opportunity since 2017 to address these problems, but that I would file a mass tort if a resolution was not reached. They asked for additional time to evaluate the cases for a global mediation, and we picked mediators and set mediation rules. During those discussions Bill O'Neill stated that *if* I filed the mass tort, it would be a material factor in Hertz filing for bankruptcy. After seeing speculative news reports, I even spoke with Dan Webb in mid-May 2020 and he said he had no knowledge of Hertz filing for bankruptcy. The false police report plaintiffs filed the mass tort on May 21, 2020; Hertz filed for bankruptcy on May 22, 2020.

23.    Attached hereto as **Attachment Q** is a true and correct copy of an email discussion on or around September 9, 2021, between Declarant and Hertz counsel regarding Hertz's proposal that Claimants withdraw their claims against the Debtor entities which do not rent cars.

24.    Attached hereto as **Attachment R** is a true and correct copy of Cobb County, Georgia Court Filing provided to me by Claimant Daiyon Davis that indicated that the case against him was dismissed due to a lack of evidence.

25.    Attached hereto as **Attachment S** is a signed affidavit from former Hertz district manager Zachary McGee relating to Claimant Daiyon Davis, which is a true and correct copy of the affidavit he delivered to me.

26.    Attached hereto as **Attachment T** is a signed declaration from James Tolen and Krystal Carter—related to Hertz renting her a stolen car, having James falsely arrested, and Hertz's counsel and claims administrator failing to provide notice of the bankruptcy—which is a true and correct copy of the declaration they delivered to me.

27.     Attached hereto as **Attachment U** is a signed affidavit from Ramanda Van Pay related to her experience with The Hertz Corporation and the Indianapolis Airport Police, which is a true and correct copy of the affidavit found in the court records of The Philadelphia Court of Common Pleas, Civil Action 151103380.

28.     Attached hereto as **Attachment V** is a Jury Charge and Verdict Form from Cause No. 3:15-CV-92, Michael Gray vs. The Hertz Corporation, which is a true and correct copy of the Jury Charge and Verdict Form found in the court records.

29.     Attached hereto as **Attachment W** is a verdict form from The Philadelphia Court of Common Pleas, Civil Action 151103380, Kelly A. Grady vs. The Hertz, which is a true and correct copy of the verdict form found in the court records.

30.     Attached hereto as **Attachment X** is a complaint filed in The Montgomery County, Ohio Court of Common Pleas, Henry B. Essick III vs. The Hertz Corporation, which is a true and correct copy of the complaint found in the court records.

31.     Attached hereto as **Attachment Y** is a complaint filed in The 13th Judicial Circuit Court of Florida, Brent D. Williams, Sr. vs. The Hertz Corporation, which is a true and correct copy of the complaint found in the court records.

32.     Attached hereto as **Attachment Z** is a complaint filed in The Fauquier County Circuit Court of Virginia, Ryan Smits. vs. The Hertz Corporation, which is a true and correct copy of the complaint found in the court records.

33.     Attached hereto as **Attachment AA** is a complaint filed in The Philadelphia County Court of Common Pleas, Roula Vangelis, on behalf of her minor children AG and CG vs. The Hertz Corporation, *et al.,* which is a true and correct copy of the complaint found in the court records.

34.     As counsel for the Claimants, in additional to what was discussed above, we had extensive contacts prior to the bankruptcy process detailing the systemic nature of Hertz's problems with a focus on his clients at the time.

35.     This included but was not limited to the following:

- a September 6, 2017 motion for punitive damages in the *Grady* case, a true and correct copy of which is attached hereto as **Attachment AB;**

- a November 14, 2017 letter to Hertz's then general counsel and executive vice president Richard Frecker detailing Hertz's problems, a true and correct copy of which is attached hereto as **Attachment AC;**

- an October 18, 2018 letter to Hertz counsel, a true and correct copy of which is attached hereto as **Attachment AE;**

- a February 2020 Demand letter detailing systemic issues and a number of individual cases, a true and correct copy of which is attached hereto as **Attachment AF;**

- a March 2020 letter and conference with Hertz's counsel Winston and Strawn, a true and correct copy of which is attached hereto as **Attachment AG.**

36.     Attached hereto as **Attachment AH** is a true and correct copy of an April 27, 2020 memorandum prepared by my office regarding Hertz' systematic failure in providing false payment information to authorities.

37.     Attached hereto as **Attachment AI** is a true and correct copy of an April 27, 2020 memorandum prepared by my office regarding Hertz' systematic failure in failure to investigate.

38.    Attached hereto as **Attachment AJ** is the Complaint filed in The Philadelphia Court of Common Please, Civil Action 151103380, Kelly A. Grady vs. The Hertz Corporation, which is a true and correct copy of the complaint found in the court records.

39.    An attorney from my firm, Alfred (AJ) Fluehr, defended claimant Hanna Ayoub in his New Jersey criminal case following his June 2019 arrest for car theft. On July 23, 2019, my firm obtained the dismissal of the charges in the New Jersey case. The prosecutor stated in an email to my firm "This is a civil contract dispute and not a criminal matter." On August 9, 2019, after learning that Mr. Ayoub was also being prosecuted in New Castle, DE, attorney Fluehr spoke with and emailed New Castle deputy attorney general Kelly Singleton. After providing evidence that Mr. Ayoub was falsely accused, Ms. Singleton emailed my firm: "Thank you for providing this documentation.  At this point, I need to reach out to Hertz and do my due diligence.  Once I have received some answers, I will touch base with you on whether we will continue to pursue prosecution or not." On August 14, 2019, Ms. Singleton followed up and stated: "I am going to be entering a NP [*nollo prosequi*] on this case."

40.    Declarations were previously submitted for Groups 1 and 2 at Doc. No. 3064.

41.    Attached hereto as **Attachment AK** is an additional true and correct declaration by Cheryl Young from Group 1:

- Cheryl Young

42.    Attached hereto as **Attachments AL** are additional true and correct declarations from Group 2 claimants:

- Kenny and Dajanae Bridges (aka Fearence)
- Donald Peterson, through estate administrator Desirae Weeks-Peterson
- Jacqueline Rayburn
- Jennifer Rogers
- Kathleen Scott

- Kimberly Levene
- Marshall Bourdier
- Melanie Shiller (aka McDonald)
- Michael Tobin
- Michelle Lowe
- Niesha Rush
- Renita Yates
- Tanysha Harris
- Wendy Fenton

43.    Attached as **<u>Attachment AM</u>** are additional true and correct declarations by the following Group 3 Claimants:

- Breanna Oneal
- Charles Bort and Kwai Yee Chan
- Heather Kasdan
- Holly Harris
- Jessica Malone
- Kimberli Costabile
- Lateshia Jenkins
- Marissa White
- Moneck Wallace
- Paula Murray
- Sean Hurt
- Siobhan Abrams
- Zanders Pace

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: October 20, 2021                          /s/ Francis Malofiy
                                                 Francis Malofiy, Declarant

# ATTACHMENT A

**FILED**
06 SEP 2017 10:27 pm
Civil Administration
E. MASCUILLI

THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PENNSYLVANIA

---

| | |
|---|---|
| KELLY A. GRADY | ACTION COMMENCED BY: WRIT OF SUMMONS ON: NOVEMBER 23, 2015 |
| *Plaintiff* | |
| vs. | NOVEMBER TERM, 2015 |
| THE HERTZ CORPORATION; | CIVIL ACTION NO.: 151103380 |
| HERTZ RENT-A-CAR PHILADELPHIA INTL. AIRPORT; | COMPLAINT FILED: FEBRUARY 22, 2016 |
| JOHN DOE(s)[1] | |
| *Defendants* | CAUSES OF ACTION: MALICIOUS PROSECUTION FALSE IMPRISONMENT INT. INFLICTION OF EMOTIONAL DISTRESS |
| | *JURY TRIAL DEMANDED* |

---

# ORDER

AND NOW, this _____ day of September, 2017, upon consideration of PLAINTIFF'S MOTION FOR RECONSIDERATION ON PUNITIVE DAMAGES, any response thereto, and the record as a whole, said Motion is GRANTED.

Punitive damages are reinstated to the Complaint and Plaintiff shall be permitted to offer testimony, evidence, and argument to the jury regarding the applicability of punitive damages.

_____
THE HONORABLE PAULA PATRICK

---

[1] Manager(s) at Hertz Rent-A-Car Philadelphia Intl. Airport from March 2013 to June 2014.

Case ID: 151103380
Control No.: 17090690

## Relief Requested

Wherefore,  Plaintiff demands judgment in his favor and against Defendants, jointly and severally, on all Counts and claims compensatory damages in an amount in excess of this court's jurisdictional limitations, thereby guaranteeing plaintiff a jury trial, exclusive of interests and costs, and an award of punitive damages, as well as prejudgment interest, post judgment interest, and delay damages; and requests that this Court determine and declare that Plaintiff be awarded for all Counts:

(1) Compensatory damages;

(2) Punitive damages to punish the Defendant for his outrageous conduct, self-interest, duplicitous behavior, and dirty-dealings;

(3) Exemplary damages to set an example and deter such future conduct; and

(4) Such other and further relief that this Court deems just, necessary, and appropriate.

Case ID: 151103380
Control No.: 17090690

Francis Alexander, LLC
Francis Malofiy, Esquire
Attorney ID No.:  208494
280 N. Providence Road | Suite 1
Media, PA 19063
T:  (215) 500-1000
F:  (215) 500-1005
*Law Firm / Lawyer for Plaintiff*

The Court of Common Pleas
Philadelphia County, Pennsylvania

| | |
|---|---|
| Kelly A. Grady | Action Commenced By: Writ of Summons On: November 23, 2015 |
| *Plaintiff* | |
| vs. | November Term, 2015 |
| The Hertz Corporation; | Civil Action No.: 151103380 |
| Hertz Rent-A-Car Philadelphia Intl. Airport; | Complaint filed: February 22, 2016 |
| John Doe(s) | Causes of Action: Malicious Prosecution False Imprisonment Int. Infliction of Emotional Distress |
| *Defendants* | |
| | *Jury Trial Demanded* |

## Plaintiff's Motion for Reconsideration on Punitive Damages

This is a malicious prosecution, false imprisonment, and intentional infliction of emotional distress lawsuit against The Hertz Corporation who filed a false car theft report against Plaintiff Kelly A. Grady and had her thrown in jail for 12 days and prosecuted for 11 months.

Plaintiff has recently discovered overwhelming evidence that Hertz—**with an absolute reckless indifference to the rights of its customers**—has been concealing that it has a nationwide problem falsely reporting its paying customers to police for car theft. Hertz does little

to no investigation before reporting its customers to the authorities and, worse, its employees are told to disregard Hertz's standard operating procedures—specifically designed to prevent false police reports and false arrests of its customers—which mandate that an investigation take place. Tragically, this is a serious nationwide problem—***concealed by Hertz throughout this litigation[2]***—and multiple police departments have had to confront Hertz concerning this serious issue. Hertz needs to suspend all vehicle theft reports in light of these serious revelations.

None of this was disclosed by Hertz despite Hertz being asked in discovery if erroneous reports were a known issue, and was only recently uncovered through sedulous and intense investigation by Plaintiff. Given that punitive damages were dismissed without explanation at summary judgment, see Exhibit 9, this new evidence warrant reconsideration and reinstatement of punitive damages. In addition, Plaintiff has requested a negative inference against Hertz for admitting to outrageously purging all of Grady's rental and payment information (which proved she did not steal the car); if and when such an inference is granted—an issue not before the summary judgment judge—it is also grounds for reconsideration of the dismissal of punitive damages.

Hertz, driven by a profit motive, acted maliciously, willfully, intentionally, and recklessly in flouting its very own standard operating procedures designed to prevent throwing innocent people in jail. This is a nationwide problem being dealt with by multiple police departments in at least five different states: **Pennsylvania, Indiana, Wisconsin, Kentucky,** and **Texas**.

The same problems have caused all of the incidents, including Ms. Grady's:

---

[2] Please Note: none of this information could have been discovered before the punitive damages claims were dismissed on January 19, 2017.

Case ID: 151103380
Control No.: 17090690

(1)    Failure to do adequate investigations;

(2)    Failure to follow standard operating procedures to prevent false police reports;

(3)    Failure to share critical information between corporate, branch, and security;

(4)    Failure to accurately keep records and track inventory.

Hertz's reckless and malicious conduct, where it has failed to correct known and serious problems for the purpose of protecting its bottom line, is exactly the type of conduct which warrants punitive damages and the reconsideration of the prior order dismissing punitive damages at summary judgment.

## Hertz Falsely Reports Innocent Woman for Car Theft

*Location:  Indianapolis, Indiana*

> ➢ She Was Authorized to Have the Vehicle.
> ➢ Paid for the Rental;
> ➢ Contacted Hertz by Phone, and had
> ➢ Visited Hertz Location with Vehicle
> ➢ Exactly as What Happened in Plaintiff's Case
> ➢ Hertz concealed this from Plaintiff

A woman named Ramanda Van Pay rented a car with Hertz in Green Bay and, after getting a flat tire, exchanged the vehicle for a new one in Indianapolis. See Exhibit 1 - Affidavit of Ramanda Van Pay. Van Pay was given an exchange form, and the exchange was noted in Hertz's rental system. See Exhibit 2. Van Pay called and visited the Green Bay location after exchanging the car in Indianapolis for a Hyundai Elantra as directed by Hertz, and was assured her rental was fine by her contact in Green Bay, Hertz representative Ryan Hogan. Id. However, outrageously, the Indianapolis Hertz falsely reported the Elantra given to Van Pay as stolen, having totally failed to record and share Van Pay's updated rental information—and having failed to conduct any real investigation before making the report. See Exhibit 3 - Indianapolis Police Report; Exhibit 5 - Fond Du Lac Sheriff's Records; Exhibit 6 - Additional Fond Du Lac Sheriff's Records. Despite Hertz corporate issuing a theft report for the car, Green Bay never knew nor was informed that the car given to Van Pay was reported stolen or told her anything was wrong, demonstrating a serious gap or error in Hertz's computer systems and policies.

As a result of Hertz's reckless and outrageous conduct, Van Pay was arrested without any probable cause and thrown in jail for three days. See Exhibit 1; Exhibit 3; Exhibit 4 - Criminal Docket; Exhibit 5; Exhibit 6. Once the prosecutor in Fond du Lac County and the

Case ID: 151103380
Control No.: 17090690

police in Indianapolis realized that Van Pay had done nothing wrong and had valid rental documents, they immediately dropped the prosecution. See Exhibit 1; Exhibit 2; Exhibit 4.

The Indianapolis police have reported a systemic problem with Hertz car theft reports, they have stated that a businessman was also wrongfully arrested in Pennsylvania due to a false Hertz theft report, and they have also stopped entering Hertz police reports in the NCIC due to their unreliability. See Exhibit 1. Plaintiff believes there are additional false reports by Hertz at the Indianapolis branch and other locations.

## Jury Found Hertz Liable in January 2017 for Malicious Prosecution and Punitive Damages After Falsely Reporting and Imprisoning Man for Car Theft

*Location:  Galveston, Texas*

> ➢ Hertz Concealed this Lawsuit and Verdict from Plaintiff

A man named Michael Gray had his identity stolen and the thief used his information to rent a car from Hertz in March 2014. See Exhibit 8 - Punitive Damages Jury Verdict and Complaint Against Hertz. Gray reported the theft of his identity to Hertz in April 2014 and made it clear that he had not rented the car. However, outrageously, Hertz reported Gray to the police for car theft in May 2015 anyway, resulting in Gray's wrongful arrest and imprisonment. Plainly, Hertz's record keeping, record sharing, and investigation of car thefts is severely and knowingly deficient. The jury returned a verdict of $50,000 for the one night Mr. Gray spent in jail, and $120,000 in punitive damages.

Just as in Ms. Grady's case, Hertz corporate knew that Grady had not stolen the car, but a local Hertz branch went and reported Ms. Grady and Mr. Gray to the police anyway.

## Louisville Regional Airport Police Refuse to Accept Hertz Theft Reports Because They Are Unreliable and Inaccurate

*Location:  Louisville, Kentucky*

> ➢ Hertz concealed these false reports from Plaintiff

> ➢ Hertz concealed that police specifically contacted Hertz's Corporate Security Division to complain about the false police reports.

The Louisville Regional Airport Authority has also stopped inputting Hertz police reports into the NCIC due to their unreliability. See Exhibit 7 - Louisville Regional Airport Authority Records. In 2015, Hertz in Louisville reported several vehicles missing as stolen from their inventory. However, Hertz was then forced to admit that they had then found the vehicles sitting on their own lots and had simply lost vehicles due to poor record keeping and information sharing. Remember, this is the exact same problem why Ms. Van Pay was arrested, and intimately related to Ms. Grady's false arrest.

Case ID: 151103380
Control No.: 17090690

Astonishingly, a Hertz employee in Nashville informed the Louisville Regional Airport Authority that **Hertz internally knew that it has a major problem with losing vehicles and falsely reporting those vehicles as stolen but had not addressed it**. <u>Id.</u>

It cannot be overlooked that all of this evidence was concealed by Hertz despite Plaintiff specifically asking Hertz this information in discovery. Hertz repeatedly claimed in its answer to the complaint, its summary judgment motion, and in discovery that it had no internal theft reporting issues or errors, but that if Hertz had erroneously reported Grady to the police that it was just a one-time "glitch." These systemic false police reports, which are only the ones that Plaintiff has been able to find, conclusively demonstrate that Hertz knows that it has a serious problem but concealed the issue in discovery.[3] In addition, a negative inference should be granted against Hertz for concealing these incidents.

Plaintiff notes for the Court that the failures of Hertz present in the newly discovered false theft reports from across the nation, are also present in the material facts of this case which that Hertz's conduct was outrageous, intentional, reckless, and needlessly put Ms. Grady's life in jeopardy:

a. **First**, Hertz told the Pennsylvania state police that Ms. Grady had not stolen the car, that the police report was "miscommunication," and that to the extent there was an issue it was civil in nature—but Hertz nevertheless continued to have the Philadelphia police and district attorney's office arrest, imprison, and prosecute Ms. Grady despite admitting there was no probable cause to do so. <u>See generally</u> MSJ Exhibit 7 - State Trooper Kemmerling's Report.

---

[3] This case closely mirrors the recent <u>Burgos v. Philabundance</u> case. See Attached Order of the Superior Court. That was a malicious prosecution case in the Philadelphia Court of Common Pleas, in front of The Honorable John Younge where the defendant had (1) done no investigation prior to reporting to the police, (2) provided false information to the police, and (3) omitted important facts from the police report (the same as in this case). All these failures amounted to recklessness, malice, lack of probable cause, and punitive damages. Punitive damages were heard and assessed by the jury, then affirmed by the Superior Court, for a total verdict of $500,000. Where there are causes of action like malicious prosecution, where the legal standard is nearly equivalent as punitive damages, the question of punitive damages should be left to the jury.

Case ID: 151103380
Control No.: 17090690

b.    **Second**, Hertz admits that it *__routinely__* reports its customers to the police for felonies without conducting any investigation at the branch level. See MSJ Exhibit 8 - Livingston Depo., at p.252; MSJ Exhibit 11 - Jaussi Depo., at p.70.

c.    **Third,** Hertz has written policies mandating that its corporate security managers conduct investigations at the branch level (showing that Hertz knows it should not be reporting customers to the police without investigation), but Hertz's designees admitted that they have "marching orders" to ignore the written policies. See MSJ Exhibit 8 - Livingston Depo.; MSJ Exhibit 9 - Hertz Theft Reporting Procedures. Hertz even admitted that its only redundancy to prevent falsely reporting customers was the written policies—which it testified it routinely ignores. See MSJ Exhibit 3 - Hertz Discovery Answers, at ¶36.

d.    **Fourth**, Ms. Grady's phone and bank records demonstrate that she was in constant contact with Hertz and had paid on two separate occasions a total of over $4,200 for the rental. This directly contradicts Hertz headquarters's "theft package" given to the police which stated Grady had not contacted Hertz or paid for the rental since April 17, 2013. See MSJ Exhibit 5 - Grady Phone Records; MSJ Exhibit 6 - Grady TD Bank Records.

e.    **Fifth,** Grady physically returned to the Philadelphia Airport Hertz location on or around July 18, 2013, and was authorized to leave the Hertz location with the Yukon. See MSJ Exhibit 2 - Grady Interrogatory Answers, at¶6. Hertz's designees admit that they have no information whatsoever to dispute this fact. See MSJ Exhibit 11 - Jaussi Deposition, at p.203 (stating that Hertz did no investigation to determine whether Grady returned to the Hertz location on July 18, 2013, and had no reason to dispute Grady's statement).

f.    **Sixth**, Hertz's corporate security team in fact conducted no investigation concerning Ms. Grady and the Yukon at the branch level before reporting her to the police for car theft. See MSJ Exhibit 3 - Hertz Discovery Answers, at ¶17, 21.

g.    **Seventh,** at no point following July 22, 2013, until the case against Ms. Grady was dismissed in June 2014, did Hertz withdraw the criminal complaint it had lodged against Ms. Grady—and which Hertz had already admitted to the State Police was not correct or make any attempt to correct the false statements and material omissions. See MSJ Exhibit 4 - Grady Criminal Docket.

h.    **Eighth,** Hertz admitted that it "purged" all Grady's rental information, including her payments on the rental contract, without any explanation despite the fact that it initiated a criminal case against her for car theft. See MSJ Exhibit 11 - Jaussi Deposition, at p.37-38. A negative inference should be granted against Hertz by the trial judge for this outrageous destruction of evidence designed to prejudice Plaintiff's case.

Both Hertz's egregious and reckless conduct that is the subject of this case, its

destruction of Grady's critical rental records, and the new evidence recently uncovered and

Case ID: 151103380
Control No.: 17090690

concealed by Hertz, establish that there is a jury question on punitive damages because Hertz is recklessly making car theft police reports it knows are not true.

## I.    Punitive Damages Are Warranted and Should Be Decided by a Jury

2.    This malicious prosecution, false imprisonment, and intentional infliction of emotional distress lawsuit was commenced by Plaintiff on November 23, 2015, against Defendant for falsely reporting her to the police for car theft and imprisoning her for 12 days and prosecuting for 11 months.

3.    Punitive damages are warranted when a defendant has shown an outrageous and reckless indifference for the rights of others. Hertz knows when reporting its own customers to the police cart theft that many of those reports are false and will result in a wrongful and false incarceration.

4.    During this litigation, Hertz has hid that it has a nationwide problem falsely reporting customers to police authorities for car theft, while trying to convince this court that its error was just a one-time "glitch." This motion details the discovery of multiple Hertz customers falsely arrested for car theft establishing that Hertz has a huge and serious problem it has fraudulently concealed.

5.    Please note that during this litigation Hertz purged all of Grady's rental records to avoid turning them over to Plaintiff. Hertz's own designee had to get the records from the police because the company destroyed all evidence of its insidious conduct. These records, had they been properly produced in 2016, would have conclusively revealed Hertz's broken theft reporting system and possibly kept additional customers from across the nation being arrested and imprisoned.

Case ID: 151103380
Control No.: 17090690

6.      Note that the following information is taken from Ms. Grady's personal records and police reports; Hertz did not produce a single piece of information about Grady's rental from its own systems.

> **a.    Ms. Grady Rented and Paid for A Chevy Yukon from Hertz's Philadelphia Airport Branch**

7.      On April 17, 2013, plaintiff Kelly Grady went to the Philadelphia International Airport Hertz location and rented a 2013 Chevrolet Yukon at 1:57 pm. MSJ Exhibit 2 - Plaintiff's Interrogatory Answers; MSJ Exhibit 3 - Plaintiff's Interrogatories and Hertz's Answers.[4]

8.      It is undisputed that that Ms. Grady paid $1,805.00 for the rental on April 17, 2013, from a credit card ending '0583. See MSJ Exhibit 3 - Hertz Discovery Answers, at ¶20.

9.      Ms. Grady was rented the car by a heavy-set, dark-skinned male (not African-American) with an afro. See MSJ Exhibit 2 - Grady Interrogatory Answers, at ¶6.

10.     In addition, another Hertz customer service employee named "John" helped Ms. Grady with the rental. Id.

11.     John was helpful in securing the rental for Ms. Grady, and he provided his direct number to Ms. Grady if there were any rental issues which was (610) 528-6528. See MSJ Exhibit 2 - Grady Interrogatory Answers.

12.     After this point, over the next several months, Ms. Grady spent hours on the phone with Hertz—both corporate phone lines and with the Philadelphia branch—renewing her rental and confirming that she was authorized to possess the rental.

---

[4] All exhibits referenced as "MSJ Exhibit" are referring to the exhibits Plaintiff used and docketed with her motion for summary judgment and response to Hertz's motion for summary judgment.

Case ID: 151103380
Control No.: 17090690

13.    This is indicated clearly by Ms. Grady's phone records, which show constant contact with Hertz between April and July 2013:

| Call Date | Hertz Num. Called | Grady Number | Time | Duration |
|---|---|---|---|---|
| 4/17/2013 | 215-492-7205 | 610-716-3500 | 12:22 AM | 19 Mins |
| 4/17/2013 | 215-492-7205 | 610-716-3500 | 1:16 AM | 7 Mins |
| 5/14/2013 | 800-704-4473 | 610-256-9457 | 3:32 PM | 8 Mins |
| 5/16/2013 | 215-492-7205 | 610-290-6957 | 9:35 PM | 12 Mins |
| 5/16/2013 | 215-492-7205 | 610-290-6957 | 9:55 PM | 7 Mins |
| 5/29/2013 | 215-492-7205 | 610-290-6957 | 8:50 PM | 2 Mins |
| 5/29/2013 | 215-492-7205 | 610-290-6957 | 9:07 PM | 4 Mins |
| 5/29/2013 | 800-654-4173 | 610-256-9457 | 8:52 PM | 15 Mins |
| 5/30/2013 | 215-492-7205 | 610-290-6957 | 10:56 AM | 3 Mins |
| 5/30/2013 | 215-492-7205 | 610-290-6957 | 1:11 PM | 2 Mins |
| 5/30/2013 | 215-492-7205 | 610-290-6957 | 1:12 PM | 7 Mins |
| 5/31/2013 | 215-492-7205 | 610-290-6957 | 11:11 AM | 4 Mins |
| 5/31/2013 | 215-492-7200 | 610-256-9457 | 3:35 PM | 5 Mins |
| 6/19/2013 | 800-654-3131 | 610-290-6957 | 1:47 PM | 19 Mins |
| 7/22/2013 | 610-529-6528 | 610-290-6957 | 4:51 PM | 2 Mins |
| 7/22/2013 | 610-529-6528 | 610-290-6957 | 5:00 PM | 1 min |
| 7/22/2013 | 215-492-7205 | 610-290-6957 | 6:47 PM | 3 Mins |
| 7/22/2013 | 215-492-7205 | 610-290-6957 | 7:20 PM | 11 Mins |
| 7/22/2013 | 215-492-7205 | 610-290-6957 | 7:35 PM | 1 Min |
| 7/29/2013 | 215-492-7205 | 610-290-6957 | 6:52 PM | 3 Mins |

MSJ Exhibit 5 - Grady Phone Records.

14.    Moreover, Ms. Grady also frequently texted Hertz employee John, who helped her renew the rental and make sure she was authorized to use the rental. See MSJ Exhibit 2 - Grady Interrogatory Answers, at ¶6.

15.    John in particular informed Ms. Grady by text that after three months of rental she had to return to the Hertz location in person. Id.

16.    On July 15, 2013, Hertz charged Ms. Grady's debit card ending in '0583 an additional $2,444.94 for her rental of the Chevrolet Yukon—the same debit card they charged the for the initial $1,805. See MSJ Exhibit 6 - Grady TD Bank Records.

Case ID: 151103380
Control No.: 17090690

17.    Hertz's designee admitted in sworn testimony that Hertz had nothing to dispute that Hertz charged Ms. Grady the $2,444.94:

| | |
|---|---|
| COUNSEL: | Do you have anything in your possession or control to dispute the fact that Hertz in fact charged her card $2,444.94, on 7/15, the card ending in 0583 and that Hertz in fact did retain that full amount of the money for the rental? |
| MR. LIVINGSTON: | I don't have any documentation to show that payment, no. |
| COUNSEL: | You don't have any documentation to dispute that payment either, do you? |
| MR. LIVINGSTON: | No. No. |

MSJ Exhibit 8 - Livingston Deposition, at p.252.

18.    Another Hertz designee explained that Hertz had no records for Grady because Hertz had outrageously and illegally purged all of Grady's rental contract information, including her rental payments:

| | |
|---|---|
| COUNSEL: | So you're telling me, as you sit here today, you're speaking, just so you know, as Hertz's voice. You're the corporate designee, the person most knowledgeable from Hertz to testify as to certain things. You've been identified as someone to speak to and you've identified that there was and an email, that you, as general manager, sent to Oklahoma City billing to determine whether or not the 2500 on 7/15 was a final bill, partial payment, full payment or what it is, correct? |
| JAUSSI: | Correct. |
| COUNSEL: | And as you sit here today, you're telling me that you personally do not know whether or not that payment was a final payment, or that payment was authorized, or that payment cleared, or that payment was a partial payment or a full payment, correct? |
| JAUSSI: | Correct. All they stated from my recollection is that it was _**purged**_. It's been _**purged**_. There's no further information that could be provided because **_that contract has been_** |

Case ID: 151103380
Control No.: 17090690

*purged*.

See MSJ Exhibit 11 - Jaussi Deposition, at p.37-38 (emphases added).

19.    In the evening on or about July 18, 2013, Ms. Grady in fact took the rental Chevrolet Yukon to the Philadelphia Airport Hertz location as John had told her to do because the three-month rental period was up. See MSJ Exhibit 2 - Grady Interrogatory Answers, at ¶6.

20.    At the Hertz rental location, Ms. Grady was first helped by a new hire, a 19-20 year old white male who was thin. However, Ms. Grady was quickly able to tell that this customer service associate could not help her due to his inexperience. Id.

21.    Ms. Grady then texted John, and John told her to speak to the shift supervisor. The shift supervisor was far more helpful. He was a short, heavy-set black man with pockmarks and pimples on his face and short curly hair. Id.

22.    Ms. Grady explained that she was going on vacation to Williamsport for the next week and that she did not want any issues with her rental. Id.

23.    The Hertz shift supervisor stated that he understood the situation, that he had notated all of this in the Hertz computer system, that there was no problem with her rental contract, and that she could return the Yukon following her vacation. Id.

24.    Subsequently, Ms. Grady went to drive the Yukon out of the Hertz lot. Id.

25.    However, before doing so she needed to stop at the checkout booth. It is impossible to leave a Hertz car rental lot without authorization because Hertz has retractable tire spikes guarding the exits. Id.

26.    A white woman, who was 40 years old with curly blond hair, checked Ms. Grady's contract and verified with the shift supervisor that Ms. Grady's rental was authorized. Id.

Case ID: 151103380
Control No.: 17090690

27.    Ms. Grady was then allowed by Hertz to leave the Hertz lot with the Chevrolet Yukon. Id.

28.    Hertz's corporate designee, Philadelphia Airport branch location manager Joseph Jaussi, admitted that Hertz had no information to dispute that Plaintiff had returned to the Hertz location on July 18, 2013, with the Yukon and was allowed by Hertz to leave—in fact Hertz did no investigation whatsoever to ascertain whether Grady had returned with the Yukon:

> COUNSEL:         As Hertz's corporate designee and the person most
>                  knowledgeable, you don't have any testimony to -- you don't have
>                  any factual testimony to indicate that that -- that an investigation
>                  was done to determine the truth or falsity of the statement that
>                  she entered and exited the [Philadelphia Airport] location on that
>                  date [July 18, 2013], correct?
>
> MR. JAUSSI:      Correct.

MSJ Exhibit 11 - Jaussi Deposition, at p.203. This is a case of the defendant preferring willful ignorance to the truth.

   **b.    Hertz Falsely Reports Grady for Stealing the Car Resulting in Her Arrest and Imprisonment**

29.    Just 7 days after Ms. Grady paid Hertz $2,444 for the rental, and just 4 days after Ms. Grady visited the Hertz location, Hertz shockingly went to the Philadelphia Police on July 22, 2013, and reported Ms. Grady to the police for theft. See MSJ Exhibit 12 - Police Affidavit.

30.    Hertz falsely claimed on July 22, 2013, in a "theft package," put together by Hertz staff in Oklahoma City, that Ms. Grady had not contacted Hertz since April 17, 2013, and had stolen the Yukon. See MSJ Exhibit 10 - Theft Package.

31.    As the phone records, bank records, and visits to the Hertz location show, this was simply untrue—Grady was at all times authorized to use the Yukon as Hertz knew or should have known. See, e.g., MSJ Exhibit5; MSJ Exhibit 6.

Case ID: 151103380
Control No.: 17090690

32.     GMC's OnStar service quickly located the vehicle and the State Police pulled Ms. Grady over as she was returning from her vacation in Williamsport, PA—and was in fact on her way to the Philadelphia Airport Hertz location. See MSJ Exhibit 12 - Police Affidavit.

33.     This was not a routine stop: upon being pulled over by several police cars, the police ordered Ms. Grady and her friend Roula Vangelis out of Yukon over a loudspeaker. Their guns were drawn. See MSJ Exhibit 2, at ¶6.

34.     Ms. Grady and Ms. Vangelis were held at gunpoint by the State Police who believed that they were car thieves. Ms. Grady was sobbing and Ms. Vangelis was desperately screaming that her two young children were in the back of the SUV. Id.

35.     It was at this point that State Trooper Randy Kemmerling told the two women that the car had been reported stolen. Ms. Vangelis stated, "That's ridiculous, she has a contract with Hertz." Id.

36.     At this point, the officer retrieved the contract from the Yukon. It was then that the two women implored Trooper Kemmerling to call John—the Hertz customer representative that she rented the car from—to confirm that Ms. Grady had not stolen the car. Id.

37.     John was called and a message was left. John called back and told the police that Ms. Grady was authorized to have the car but that he was not at work and that an 800 number at Hertz should be called. Id.

38.     The police called the 800 number and confirmed that Ms. Grady was authorized to have the car. Id.

Case ID: 151103380
Control No.: 17090690

39.     As a result, the State Police did not arrest Ms. Grady, did not issue her a ticket, and did not issue her a summons or citation; instead they ferried her to a Hardy's location to await a ride from a friend. The police however impounded the car pursuant to protocol. Id.

40.     A report written and submitted Trooper Kemmerling makes it clear that he was advised *by Hertz* on or after July 22, 2013, that there had been a "miscommunication" on Hertz's end, that the car was not stolen, and ***that Ms. Grady had done nothing criminal and that Hertz would instead seek civil restitution for any overdue rental bills***:

---

**Synopsis:**
This incident occurred as Hertz Rental Company reported a vehicle as stolen. The vehicle was stopped at the above location and all occupants were identified. Upon calling Hertz Rental Company and the Philadelphia Police Department, it was determined this is a civil issue regarding late payment and the vehicle was not stolen.

---

HERTZ Rental Company was contacted and advised that the credit card listed on the contract with the suspect had returned with insufficient funds and as a result the account was overdue. As a result they reported the vehicle stolen. HERTZ advised they would prefer the vehicle to be towed and picked up by a representative and would handle the civil tort regarding payment with the suspect.

---

**Conclusion/Recommendation:**
I recommend this investigation be terminated due to the fact that Hertz Rental Company will be handling this situation through civil action. It was found that the vehicle was reported as stolen from the Philadelphia Airport rental terminal after a miscommunication regarding an overcharged credit card as part of a Hertz Rental Car contract. Philadelphia PD has been provided all requested documentation and was advised the vehicle was towed/recovered.

---

8. INCIDENT DETAILS
This incident occurred as a GMC YUKON was reported stolen by Hertz Rental Company. The vehicle was traveling southbound at the above location when the incident was reported. A traffic stop was conducted on SR 322, in Dauphin County, PA. Upon making contact with the operator of the vehicle and contacting Hertz, it was determined that this is a civil issue relating to late payment on a rental contract.

---

MSJ Exhibit 7 - State Police Trooper Kemmerling Report.

41.     There was not even a civil tort against Ms. Grady; Ms. Grady had most recently paid $2,444 for the rental on July 15, 2013, and specifically obtained authorization in person on July 18, 2013, to possess and use the rental.

Case ID: 151103380
Control No.: 17090690

42.    Indeed, Ms. Grady was always authorized to use the rental by Hertz.

43.    Hertz's inexcusable conduct has continued during this lawsuit. When Plaintiff asked Hertz to identify all communications it had with the police, Hertz deliberately omitted from its answers that it told Trooper Kemmerling that Ms. Grady had not stolen the car. See generally MSJ Exhibit 3 - Hertz Discovery Answers.

44.    This concealment of evidence and statements by Hertz, discovered only by subpoenaing police records, demonstrates consciousness of guilt on the part of Hertz.

45.    Moreover, the miscommunication referred to was in fact a direct result of defendant Hertz's reckless policies used in reporting customers to the police, described *infra*.

46.    As a result of Hertz's actions, the Philadelphia Police filed an affidavit accusing her of theft. See MSJ Exhibit 12.

47.    On October 25, 2013, Ms. Grady was driving in New Jersey completely unaware that Hertz had accused her of car theft. She was pulled over during a routine traffic stop. See MSJ Exhibit 2, at ¶6.

48.    The police officer ran Ms. Grady's driver's license and then, upon seeing a warrant from Pennsylvania, immediately arrested her for "fraud." See MSJ Exhibit 14 - New Jersey Police and Prison Records.

49.    Ms. Grady was then imprisoned in New Jersey and Philadelphia until being released on November 5, 2013. See MSJ Exhibit 15 - New Jersey Police and Prison Records.

50.    While imprisoned in New Jersey in Burlington County, Ms. Grady was sexually assaulted and battered. See MSJ Exhibit 2, at ¶6.

Case ID: 151103380
Control No.: 17090690

51.     Following this, at Hertz's behest, the Philadelphia DA's Office then prosecuted Ms. Grady for eight months. See MSJ Exhibit 4.

52.     However, after nine preliminary hearings, the court finally dismissed the charges against Ms. Grady for lack of prosecution until June 2014. Id.

**c.     Hertz Admits that it Conducts No Investigation Before Reporting Customers for Theft, which is Highly Reckless Conduct that Shows Indifference to the Rights of Its Own Customers**

53.     Hertz maintains written policies governing how cars must be reported to the police for thefts. See Exhibit 9 - Theft Reporting Procedure.

54.     The policy is explicit that the local corporate security manager who receives a theft report must investigate the alleged theft of a car and that all branch employees are ***required*** to cooperate with the investigation:

> 17.     Corporate/Country  Security  Manager  Investigations  -  Every theft/conversion/disappearance  must  be  promptly  investigated  by  the Corporate/Country Security Manager responsible for the location from which the related Theft Vehicle Report is filed. All employees are required to cooperate fully with such an investigation.

Id.

55.     However, Hertz's designees admit that such an investigation is, in reality, ***never conducted***.

56.     The corporate security manager for defendant Hertz in the Philadelphia area is an employee named Rich Livingston. Mr. Livingston was deposed in this case as Hertz's corporate designee, who binds the corporation with his answers, who is most knowledgeable about the allegations in the complaint.

Case ID: 151103380
Control No.: 17090690

57.    Livingston explained that corporate security managers receive "theft packages" from Hertz's corporate headquarters in Oklahoma City and then report customers to the police **without doing any investigation or "independent check" whatsoever**.

58.    There was a theft package sent to Mr. Livingston's office from Oklahoma City regarding Ms. Grady, which stated that Ms. Grady had not contacted the Hertz office since April 17, 2013. This was, of course, wrong, as a cursory investigation would have revealed that Ms. Grady was in constant contact with Hertz, that she had paid over $4,200 for the rental, and that she had personally visited the Hertz location on July 18, 2013, to obtain authorization to use the vehicle.

59.    Mr. Livingston's assistant corporate security manager, Kenneth Graeber, was the individual that reported Ms. Grady to the police. See MSJ Exhibit 3 - Hertz Discovery Answers, at ¶21.

60.    However, Mr. Livingston admitted that Hertz itself has given him and his office "marching orders," in direct contravention of Hertz's written policy, to never conduct an investigation into potential thefts before reporting customers to the police:

| COUNSEL: | Is it your testimony that you don't go to the location and question any of the Hertz employees when you receive a theft package? |
| --- | --- |
| MR. LIVINGSTON: | That's my testimony, yes. |
| COUNSEL: | Why? |
| MR. LIVINGSTON: | Because I mean the package has been completed, all the reports have been reviewed, I guess, by OKC. **And my marching orders are to report the car stolen** when I get the -- again, I do look at it for everything being accurate, as far as I can tell, **within the report itself**. |
| COUNSEL: | Yeah. But you don't do any independent investigation? |

Case ID: 151103380
Control No.: 17090690

| MR. LIVINGSTON: | **I do not**. |
| COUNSEL: | You don't do any check? |
| MR. LIVINGSTON: | **I do not**. |

<u>See</u> MSJ Exhibit 8 - Livingston Deposition, at p.252 (emphases added).

61.     Again, Mr. Livingston admitted under oath, as corporate designee on security for Hertz, that his "marching orders" from Hertz are to simply take the theft package he receives from headquarters, ***assume it is accurate***, and then report Hertz's customers to the police without any investigation and with no actual knowledge if the customers have stolen anything—in direct violation of Hertz's own written policies.

62.     Hertz's written policies demonstrate that Hertz ***knows*** that an investigation at the branch level where the car was actually rented, before going to the police, is vital and necessary. Yet, Hertz's designee shockingly admitted in his deposition that his "orders" from Hertz are to refrain from conducting any investigation and that he instead simply acts as a courier between Hertz headquarters and the Philadelphia Police.

63.     Indeed, when Plaintiff asked Hertz to identify what redundancies it has in place to make sure customers are not wrongfully reported to the police, Hertz directed Plaintiff to look at its written theft reporting policies including the policy which mandates an investigation by the corporate security manager (<u>see</u> Exhibit 3 - Hertz Discovery Answers, at ¶36 referencing W7-02)—the same policies which Hertz's designee testified that he has been instructed he has been given "marching orders" to ignore.

64.     Due to the outrageous lack of investigation, Hertz's local security manager literally had no idea when reporting Grady to the police on July 22, 2013, that she had paid $2,444 for the rental on July 15, 2013.

Case ID: 151103380
Control No.: 17090690

65.     This is a systemic, reckless, and outrageous failure by Hertz regarding its basic duties to its customers, which obviously include not falsely reporting them for crimes they did not commit.

66.     Mr. Livingston's testimony is consistent with that of Hertz's other corporate designee, Joseph Jaussi, the branch location manager at the Hertz Philadelphia location, who confirmed that Hertz's **local** **security** **staff** **conducts** **no** **investigation** in direct violation of Hertz's written policies:

| MR. JAUSSI: | So it's my understanding that Oklahoma City generates the [theft] packet and all the pertaining documents within it, feeds Ken Graeber or Rich Livingston, right, and Ken Graeber or Rich Livingston *essentially print, file, and go seek a police report claim or case number*. |
|---|---|
| MR. MALOFIY: | Okay. So the theft package is already completed in Oklahoma City before it's sent to the corporate security manager at the Hertz location where the car was allegedly taken from, correct? |
| MR. JAUSSI: | That's my understanding, correct. |

MSJ Exhibit 11 - Deposition of Joseph Jaussi, at p.70.

67.     Hertz's interrogatory answers also admit that there was no internal communications by the Hertz local security managers, and hence no investigation, of Ms. Grady's case before she was reported to the police by Hertz assistant security manager Kenneth Graeber. See MSJ Exhibit 3 - Hertz Discovery Answers, at ¶¶20, 37; MSJ Exhibit 11 - Jaussi Deposition, at p.66-67.

68.     The fact of the matter is that Hertz does not have the personnel to actually investigate the theft reports it makes, and thus knowingly chooses to submit incomplete, out of date, and false reports. Hertz's corporate designee on security admitted that Hertz was attempting to cut corners and costs in its security department and even made a "*corporate*

Case ID: 151103380
Control No.: 17090690

***decision to lay off a large group of people at that time for costs savings***." MSJ Exhibit 8, at p.53-54.

69.     Unconscionably, with no excuse for its conduct, Hertz has instead blamed the Philadelphia Police and District Attorney's Office for what happened to Ms. Grady, ignoring that the police and prosecutors were only relying in good faith on what Hertz told them. <u>See</u> MSJ Exhibit 3 - Hertz Discovery Answers, at ¶41 (stating that police authorities are liable for allegations in the complaint).

70.     A company cannot use the failure to conduct an appropriate investigation as an excuse for why it filed a false police report. <u>Wainauskis v. Howard Johnson Co.</u>, 488 A.2d 1117, 1122-23 (Pa. Super. 1985) (stating that "The reasonable ground of suspicion, however, must not be based upon an inadequate and unreasonable investigation of the circumstances concerning the alleged criminal conduct."); <u>Burgos v. Morgan, Lewis & Bockius LLP</u>, NO. 735 EDA 2015 (Jan. 5, 2017).

71.     Note that the police detective who filed the criminal affidavit against Ms. Grady, based on what Hertz told him, admitted in his deposition that he would not have filed the affidavit of probable cause had he been aware of her phone records and payments, which contradict Hertz's allegations that Ms. Grady stole the car on April 17, 2013. <u>See</u> MSJ Exhibit 15 - Wojciechowski Depo., at p.116-19. He certainly would not have filed the affidavit of probable cause if he knew that Hertz admitted to the State Police on July 22, 2013, that Grady had not stolen the car.

72.     There are seven paramount undisputed material facts which establish that Hertz acted outrageously and with reckless indifference to Ms. Grady's rights, resulting in her

Case ID: 151103380
Control No.: 17090690

imprisonment, in her being physically and sexually assaulted, and in her being unjustly prosecuted:

a.    **First**, Hertz told the Pennsylvania state police that Ms. Grady had not stolen the car, that it was a "miscommunication," and that to the extent there was an issue it was civil in nature—but Hertz continued to have the Philadelphia police and district attorney's office arrest, imprison, and prosecute Ms. Grady despite admitting there was no probable cause to do so. See generally MSJ Exhibit 7 - State Trooper Kemmerling's Report.

b.    **Second**, Hertz admits that it ***routinely*** reports its customers to the police for felonies without conducting any investigation at the branch level. See MSJ Exhibit 8 - Livingston Depo., at p.252; MSJ Exhibit 11 - Jaussi Depo., at p.70.

c.    **Third,** Hertz has written policies mandating that its corporate security managers conduct investigations at the branch level (showing that Hertz knows it should not be reporting customers to the police without investigation), but Hertz's designees admitted that they have "marching orders" to ignore the written policies. See MSJ Exhibit 8 - Livingston Depo.; MSJ Exhibit 9 - Hertz Theft Reporting Procedures. Hertz even admitted that its only redundancy to prevent falsely reporting customers was the written policies—which it testified it routinely ignores. See MSJ Exhibit 3 - Hertz Discovery Answers, at ¶36.

d.    **Fourth**, Ms. Grady's phone and bank records demonstrate that she was in constant contact with Hertz and had paid on two separate occasions a total of over $4,200 for the rental. This directly contradicts Hertz headquarters's "theft package" given to the police which stated Grady had not contacted Hertz or paid for the rental since April 17, 2013. See MSJ Exhibit 5 - Grady Phone Records; MSJ Exhibit 6 - Grady TD Bank Records.

e.    **Fifth,** Grady physically returned to the Philadelphia Airport Hertz location on or around July 18, 2013, and was authorized to leave the Hertz location with the Yukon. See MSJ Exhibit 2 - Grady Interrogatory Answers, at¶6. Hertz's designees admit that they have no information whatsoever to dispute this fact. See MSJ Exhibit 11 - Jaussi Deposition, at p.203 (stating that Hertz did no investigation to determine whether Grady returned to the Hertz location on July 18, 2013, and had no reason to dispute Grady's statement).

f.    **Sixth**, Hertz's corporate security team in fact conducted no investigation concerning Ms. Grady and the Yukon at the branch level before reporting her to the police for car theft. See MSJ Exhibit 3 - Hertz Discovery Answers, at ¶17, 21.

g.    **Seventh,** at no point following July 22, 2013, until the case against Ms. Grady was dismissed in June 2014, did Hertz withdraw the criminal complaint it had lodged against Ms. Grady—and which Hertz had already admitted to the State Police was

Case ID: 151103380
Control No.: 17090690

not correct or make any attempt to correct the false statements and material omissions. <u>See</u> MSJ Exhibit 4 - Grady Criminal Docket.

h.   **Eighth,** Hertz admitted that it "purged" all Grady's rental information, including her payments on the rental contract, without any explanation despite the fact that it initiated a criminal case against her for car theft. <u>See</u> MSJ Exhibit 11 - Jaussi Deposition, at p.37-38. A negative inference should be granted against Hertz by the trial judge for this outrageous destruction of evidence designed to prejudice Plaintiff's case.

## II.   Legal Standard

73.     In light of the outrageous and duplicitous nature of Defendant's conduct Plaintiff now moves to reconsider the prior decision dismissing punitive damages and/or amend his complaint to add punitive damages to the ad damnum clause. Pennsylvania law permits the recovery of punitive damages against a defendant who engages in conduct that is "outrageous, because of the defendant's reckless indifference of the rights of others." <u>FHV Coal, Inc. v. Continental Grain Company</u>, 587 A.2d 702, 704 (Pa. 1991).

74.     Reckless indifference means that "the actor has intentionally done an act of an unreasonable character, in disregard of a risk known to him or so obvious that he must be taken to have been aware of it, and so great as to make it highly probable that harm would follow." <u>Evans v. Philadelphia Transportation Company</u>, 418 Pa. 567, 574, 212 A.2d 440, 443 (Pa. 1965); <u>see also</u> <u>Smith v. Brown</u>, 283 Pa. Super. 116, 423 A.2d 743 (Pa. Super. 1980).

75.     Where there is sufficient evidence for a jury to reasonably conclude that a defendant has engaged in outrageous and reckless conduct, the question of whether the defendant is liable for punitive damages is properly decided by the jury.  <u>Martin v. Johns-Manville Corporation</u>, 494 A.2d 1088 (Pa. 1985).

76.     A prior decision may be reconsidered if the prior decision was plainly erroneous and/or new facts are uncovered and/or there is a change in the law. <u>See</u> <u>Baker v. Cambridge</u>

Case ID: 151103380
Control No.: 17090690

Chase, Inc., 1999 PA Super 9, P65 (Pa. Super. Ct. 1999).

77.    Defendant's conduct was outrageous and reckless—as the evidence presented above clearly demonstrates—and whether punitive damages should be assessed must be decided by a jury. Moreover, Hertz concealed evidence from plaintiff and the court to fraudulently obtain the dismissal of Plaintiff's punitive damages claim in the first place.

## III.    APPLICATION - NEW EVIDENCE DEMONSTRATES THAT HERTZ KNEW OR SHOULD HAVE KNOWN THAT ITS RECORD KEEPING, INVENTORY TRACKING, INTERNAL COMMUNICATIONS, AND THEFT INVESTIGATIONS WERE SEVERELY DEFICIENT

### a.    Prior Decision was Plainly Erroneous Given How Recklessly Hertz Acted and the Known Consequences of False Police Reports

78.    The prior decision dismissing punitive damages was plainly erroneous on the record at summary judgment because Hertz admitted that it deliberately does not conduct investigations required by company policy necessary to insure that its customers were not falsely reported to the police for car theft. This is highly reckless conduct in and of itself, which creates a question of fact for a jury on punitive damages. Furthermore, the evidence indicating that Hertz knowingly and falsely reported Grady to the police for cart theft on July 23, 2013, despite having told the Pa. State Police on July 22, 2013, she had not stolen the car. This was not some simple oversight, but the product of a reckless course of conduct which would assuredly result in false police reports.

79.    This case closely mirrors the recent Burgos v. Philabundance case. See Attached Order of the Superior Court. That was a malicious prosecution case in the Philadelphia Court of Common Pleas, in front of The Honorable John Younge where the defendant had (1) done no investigation prior to reporting to the police, (2) provided false information to the police, and (3)

omitted important facts from the police report (the same as in this case). All these failures amounted to recklessness, malice, lack of probable cause, and punitive damages. Punitive damages were heard and assessed by the jury, then affirmed by the Superior Court, for a total verdict of $500,000. Where there are causes of action like malicious prosecution, where the legal standard is nearly equivalent as punitive damages, the question of punitive damages should be left to the jury.

> **b.    The Prior Decision Should be Reconsidered Because the Negative Inference Against Hertz for Destroying Ms. Grady's Rental Records had Not Yet Been Decided at Summary Judgment**

80.    The prior decision should also be reconsidered because, at summary judgment, the Court did not decide whether a negative inference should be assessed against Hertz for admittedly destroying Plaintiff's rental records. This is a determination left for the trial judge.

81.    Because this inference is left for the trial judge, if this court decides that a negative inference and spoliation instruction is warranted—as it is here—then that negative spoliation inference constitutes new evidence warranting reconsideration of the prior order. Plaintiff has a pending motion in limine on this issue which Plaintiff incorporates by reference. See also MSJ Exhibit 11 - Jaussi Deposition, at p.37-38

82.    When Hertz's absurd and outrageous conduct leading to Grady's prosecution and imprisonment are taken into account, and then considered in combination with the intentional destruction of Grady's rental records, a clear triable issue of fact exists for the jury on punitive damages.

> **c.    New Evidence Concealed by Hertz Indicates that Hertz has a Nationwide, Systemic Problem with False Police Reports and that Ms. Grady's Imprisonment is Predictable Result of Hertz's Outrageously Deficient Conduct**

Case ID: 151103380
Control No.: 17090690

83.    In addition to these reasons for reconsideration, Plaintiff has uncovered new evidence of a systemic, nationwide problem Hertz has reporting customers to the police for car theft and wrongly reporting cars stolen. This new evidence proves that Hertz dysfunctional company procedures and policies often result in false police reports and that Ms. Grady's case is not simply some one-off mistake.

84.    Hertz outrageously concealed this nationwide issue and refuses to correct the problem, despite having been told by multiple police departments that the company needs to fix its policies and practices immediately.

85.    Hertz repeatedly denied in the answer to the complaint, in depositions, and in its summary judgment motion that false police reporting had ever happened at Hertz. In fact, Hertz characterized the issue as, at worst, a one-time "glitches in the [computer] system that did not alert Hertz that the renter had called or payed [sic] for the vehicle" and stated "such a potential glitch does not amount to malice." See Hertz Motion for Summary Judgment, at ¶59-62.

86.    Hertz successfully argued that punitive damages should be dismissed at summary judgment because there no evidence that Hertz disregarded "a risk known to [it] or so obvious that he must be taken have been aware of it, and so great as to make highly probable that harm would follow." See id.

87.    Since the dismissal of punitive damages on January 19, 2017, Plaintiff has discovered proof that Hertz has a nationwide problem falsely reporting customers to the police for car theft and that, given how widespread the problem is, it absolutely had to have known that it was systematically filing false police reports in 2013. This also explains why Grady's rental records were destroyed.

88.     Specifically, the new evidence is that Plaintiff has discovered that Hertz has falsely reported at least three other customers to the police, as well as multiple vehicles, and that these false police reports are the result of the same knowingly defective and dysfunctional police reporting procedures at issue in this case. Several police authorities have simply stopped taking Hertz theft reports because they are so unreliable.

89.     The common themes connecting each case, and Ms. Grady's case, are:

  (1)    a complete failure within the company to share critical information between corporate, branch, and security locations,

  (2)    a complete failure to accurately keep records and track inventory,

  (3)    a willful effort to ignore and circumvent Hertz's own theft reporting procedures designed to prevent false police, and

  (4)    nonexistent or highly inadequate investigations.

90.     The locations of these false police reports are:

  a.    Galveston, TX

  b.    Indianapolis, IN/Madison, WI

  c.    Louisville, Kentucky

  d.    Pennsylvania (in addition to Ms. Grady)

**Jury Found Hertz Liable in January 2017 in Texas for Malicious Prosecution and Punitive Damages After Falsely Reporting and Imprisoning Man for Car Theft; Hertz Concealed this Lawsuit and Verdict from Plaintiff**

91.     In Texas a jury found in January 2017 that Hertz was liable for malicious prosecution for falsely reporting a man to the police for car theft. This jury verdict was $50,000 in compensatory damages for the man's one night in jail, and another $120,000 in punitive damages. See Exhibit 8 - Punitive Damages Jury Verdict and Complaint from Texas Malicious Prosecution Case Against Hertz.

Case ID: 151103380
Control No.: 17090690

92.   The verdict in the Texas case was returned on January 20, 2017, after the summary judgment ruling in this case. Id.

93.   The arrested man had his identity stolen and the identify thief used the man's identity to rent a car at a Hertz subsidiary in March 2014. The man called Hertz and notified Hertz in April 2014 that it was not him, that he had not rented the car, and that his identity was stolen. Id.

94.   However, even after notifying Hertz that his identity was stolen, a local Hertz employee nevertheless went to the police in May 2014 and reported this innocent man for car theft, resulting in his arrest and imprisonment for one night. Id.

95.   No one at Hertz corporate had taken any steps to make sure that this man's identity theft report was promulgated throughout the company, and plainly the Hertz employee who made the report had done either no investigation or a thoroughly inadequate investigation.

96.   This is exactly the same thing that happened in this case to Ms. Grady. Just as with Ms. Grady, Hertz knew that this man had not stolen the car (in Ms. Grady's case, Hertz even told the State Police she had not stolen the car and that the initial police report was a mistake).

97.   Nevertheless, because of Hertz's deficient procedures and failure to properly investigate the customers it reports to the police, this totally innocent man spent a night jail because Hertz local security office reported him to the police anyway.

98.   Note that Hertz's corporate designee falsely denied in a deposition in October 2016—while the 2015 Texas case was pending—that he knew of any other cases where Hertz had been sued for malicious prosecution:

| | |
|---|---|
| MR. MALOFIY: | Fourteen: Any information concerning Hertz having been sued for false imprisonment, malicious prosecution, potential infliction of emotional distress, or any other causative action stemming from Hertz reporting a rental car as having been taken, possessed without authorization by a customer? |
| JAUSSI | I'm not aware of any of those scenarios. |
| MR. MALOFIY: | Okay. Are you aware of Hertz being sued for improperly reporting a renter to police? |
| MR. WOLF: | Besides the present case? |
| MR. MALIFOY: | Yes. |
| JAUSSI: | Besides the present case, been at Hertz 12 years, never heard of it. |
| MR. MALOFIY: | Okay. Fifteen: Any information regarding Hertz having been accused of improperly reporting rental car as having been taken or possessed without authorization by customer? |
| JAUSSI: | Not that I'm aware of, outside of this case. |

See MSJ Exhibit 11 - Jaussi Deposition, at p.56-57.

99. Jaussi also falsely denied any knowledge of "malfunctions" with Hertz computer

systems concerning the input of customer data or information:

| | |
|---|---|
| MR. MALOFIY: | Do you have any information regarding Number 3; documents, communications or things, electronic, paper, or any other format in your possession, access, control, including but not limited to texts, emails, faxes, voice mail, letters, notes, contracts, calendars, phone records, signed documents, that concern, errors, malfunctions, anomalies, or incorrect data input with the computer programs and systems used by Hertz Corporation, including but not limited to, errors, malfunctions, or other anomalies concerning the programs and systems that contain information related to Kelly Grady? |
| DESIGNEE: | Not that I recall or know of. |
| MR. MALOFIY: | Do you know of any errors or malfunctions in the Hertz computer systems which inputs customer data or information? |
| DESGINEE: | Not that I'm aware of. |

See MSJ Exhibit 11 - Jaussi Deposition, at p.48-49.

Case ID: 151103380
Control No.: 17090690

100.    Hertz's sworn interrogatory answers also denied there were any errors or malfunctions:

> 26.    Identify any errors, malfunctions, or other anomalies with the computer programs and systems run by The Hertz Corporation, including but not limited to errors, malfunctions, and/or other anomalies concerning the programs and systems that contain information relating to Kelly Grady.
>
>    Response to 26. None.

See MSJ Exhibit 3 - Plaintiff's Interrogatories and Hertz Answers.

101.    There is no way that Hertz could have failed to have known in 2016 when Jaussi testified and Hertz answered the interrogatories, based on the Texas case alone, that (1) it had serious debilitating internal communications failures between corporate, location, and security locations, (2) extremely poor record keeping and inventory tracking, and (3) that it was not conducting sufficient investigations before reporting innocent individuals to the police.

102.    There is no way that Hertz and its attorneys did not know about this Texas case, and later about the verdict against Hertz for malicious prosecution and punitive damages. Despite knowing about the case, and the later verdict, Hertz gave false deposition answers and never updated or supplemented it discovery answers or deposition answers.

103.    Moreover, as discussed *infra*, police departments in at least Indianapolis and Louisville have reached out to Hertz in 2015 and 2016 to inform them that they are making false reports; none of this was disclosed by Hertz, and was only uncovered through sedulous and intense investigation by Plaintiff.

104.    Given that the Texas malicious prosecution and punitive damages verdict came after the summary judgment opinion, and given that Hertz concealed this Texas case, this is new evidence which creates a triable issue of fact for the jury on whether punitive damages should be

Case ID: 151103380
Control No.: 17090690

imposed and warrants the reinstatement of Plaintiff's claim for punitive damages.

105.     Hertz knows that it has a huge problem across the country but is obstinately and stubbornly refusing to fix it, which is putting additional customers at a huge risk. Punitive damages are needed to deter Hertz from continuing its outrageous and dangerous course of conduct.

**Hertz Falsely Reports Innocent Woman for Car Theft in Indianapolis When She Was Authorized to Have the Vehicle, Paid for the Rental, was in Contact with Hertz by Phone, and had Visited the Location with Vehicle—Exactly as What Happened in Plaintiff's Case; This was Concealed from Plaintiff**

106.     In the Indianapolis/Madison incident, Hertz's conduct was even worse than in Texas.

107.     A woman named Ramanda Van Pay rented a car from Hertz in Green Bay, WI. See Exhibit 1 - Affidavit of Ramanda Van Pay. During her rental she got a flat tire and took the car to the Hertz location at the Indianapolis Airport near where the flat occurred. Exhibit 1; Exhibit 2 - Van Pay Rental Documents Proving She Was Authorized to Possess Car. The Indianapolis Hertz location gave her a different car, a Hyundai Elantra, as part of her rental and told her when she got home to Wisconsin to check in with the Green Bay branch to make sure everything was okay.

108.     A vehicle exchange form was filled out at Hertz, identifying Van Pay's new vehicle. See Exhibit 2. Hertz's Rental Agreement System contains "rental notes" indicating that "Mechanical exchange in Indianapolis on 8/18 because of flat tire. New Unit # 1 293356. Indy gave customer vehicle exchange addendum form." Id.

**109.     Note that Ms. Grady saw the Hertz representative enter "rental notes" on her rental contract when she returned to the location on July 18, 2013, stating that she**

Case ID: 151103380
Control No.: 17090690

**would be returning the rental on July 22, 2013. These rental contract notes, and everything else relating to the rental, were destroyed and purged by Hertz. <u>See</u> MSJ Exhibit 2, at ¶6.**

110.    Ms. Van Pay did check in with the Green Bay branch, who told her to keep the car for the remainder of her rental. Exhibit 2. Ms. Van Pay, like Ms. Grady, repeatedly called both the local and corporate numbers to make sure she was authorized to have the car. <u>Id.</u> Like Ms. Grady, Van Pay visited the Hertz location to make sure her rental was okay on or around November 3, 2016. Like Ms. Grady, Van Pay had paid for the rental. <u>Id.</u>

111.    Van Pay also has screen shots of her phone showing the call she made to Hertz about her rental—just as the State Trooper Randy Kemmerling observed Grady had records on her phone showing she called Hertz the week before she was pulled over. <u>See</u> MSJ Exhibit 7 - State Police Report<u>.</u>

112.    Unbeknownst to Van Pay, the Indianapolis Hertz had reported the Elantra she was renting stolen approximately one month before. <u>See</u> Exhibit 3 - Indianapolis Police Report; Exhibit 4 - Criminal Docket for Van Pay; Exhibit 5 - Fond du Lac Sheriff's Records; Exhibit 6 - Additional Fond du Lac Sheriff's records.

113.    Despite having physically visited and called a Hertz location on or around November 3, 2016, Van Pay was pulled over and arrested on November 5, 2016. The Hertz location in Green Bay never told her the car was flagged or reported stolen; indeed, they told her that her rental was fine. Exhibit 1.

114.    Despite official Hertz notes in Hertz's computer system stating that Van Pay had switched her car to the Elantra, Hertz's dysfunctional record keeping system failed to share this information between corporate, local branches, and corporate security. <u>See</u> Exhibits 1-6.

Case ID: 151103380
Control No.: 17090690

115.    Please keep in mind that this is the same type of "failure to communicate" within Hertz that occurred in both Grady's case and the Texas case. Like Van Pay, Grady returned to the Hertz lot—in addition to contacting Hertz by phone—but Hertz's branch location failed to realize that there were allegedly issues with Van Pay or Grady's rental vehicles and that they had actually been reported stolen by hertz. It is outrageous and absurd that Hertz cannot even keep track of its vehicles and renters and reliably communicated between branches.

116.    Hertz needs to immediately suspend all vehicle theft reports in the wake of these revelations.

117.    As a result of Hertz's terrible record keeping and information sharing, the Indianapolis Hertz location told the police that the car Van Pay had been given had been stolen off the lot, an egregious misapprehension of the truth.

118.    Again, the reporting Hertz employee did no investigation to make sure that the police report was accurate, despite the Indianapolis location having given Van Pay the car, had her fill out the exchange form, and noted this fact in the rental system.

119.    It is know from the testimony of Hertz's designees in this case that Hertz locations do not conduct required investigations before reporting cars to the police.

120.    It is simply astounding that the Indianapolis Hertz could have given Van Pay a rental car, but then reported that same car stolen shortly thereafter.

121.    To recap, just as in Ms. Grady's case, no one at Hertz in the Green Bay branch or anywhere else realized that (1) the car Van Pay was renting had been reported stolen by Hertz, and (2) that Van Pay had returned to a Hertz location with the very rental vehicle considered stolen and also communicated by phone but was never told the vehicle was considered stolen.

Case ID: 151103380
Control No.: 17090690

122.    Note that Hertz is claiming in this case that all locations would know through the computer system when a car is flagged; plainly the Van Pay and Grady cases show this is not true.

123.    Hertz knows that its system is wildly dysfunctional and not accurately keeping track of its inventory, yet is pretending that everything is fine.

124.    As a result of Hertz's dysfunctional and reckless conduct, Van Pay was arrested and spent three days in prison.

125.    The charges were dismissed when the prosecutor in Madison, WI and the police in Indianapolis, IN realized that Hertz had completely screwed up that and that Van Pay had not stolen the car. Exhibit 4.

126.    The Indianapolis Airport Police have indicated that Van Pay is not the only false police report by Hertz. See Exhibit 1.

127.    The Airport Police have indicated that a businessman was arrested in Pennsylvania because of a false Hertz car theft police report, as well as others.

128.    As a result, the Indianapolis Airport Police no longer consider Hertz theft reports valid and reliable and refuse to enter them on the NCIC. See Exhibit 1.

**Louisville Regional Airport Police Refuse to Accept Hertz Theft Reports Because They Are Unreliable and Inaccurate; Hertz Not Only Concealed these False Reports from Plaintiff, but also Concealed that the Police Specifically Contacted Hertz's Corporate Security Division to Complain about the False Police Reports**

129.    The Louisville Regional Airport Police also have experienced the same problems with Hertz, concerning its dysfunctional and broken information sharing and record keeping. See Exhibit 7.

130.    Police records shows that the Hertz location in Louisville reported multiple cars stolen off its lot. Several of these reported cars were later reported found on Hertz lots, meaning

Case ID: 151103380
Control No.: 17090690

Hertz had simply lost the cars in their own inventory. See Exhibit 7.

131.    Note that this is exactly why Van Pay was arrested in Wisconsin, because Hertz reported a car stolen that it improperly not kept track of. Note that Hertz also failed to keep track of Grady's car when she returned to the Hertz lot on July 18, 2013.

132.    Not only does this show a total and complete failure of record keeping and information sharing between corporate, branch, and security locations, but it demonstrates that Hertz is barely, if at all, investigating its car theft reports before they are submitted to the police.

133.    The total record keeping failure, internal communication failure, failure to track inventory, and failure to investigate are the same reasons Grady was falsely reported.

134.    Hertz is using the police as a repo service, willfully and recklessly ignoring that these false police reports will result in the arrest and imprisonment of their own customers.

135.    A Hertz employee in Nashville, Tennessee told the Louisville Regional Airport Police in June 2015 that Hertz *internally knows of the problem* that branch locations cannot keep track of inventory and are making false police reports without proper investigation:

> Off. Hairgrove spoke to a Hertz sales rep in Nashville who confirmed they received a car from a customer that was originally rented in Louisville back in March. It sat. on his lot for 60 days until it was sold 6/6 to a car lot in Hopkinsville, KY. We took a report on 3/25 from Hertz that this was stolen missing from their inventory.
>
> After that, we did a complete search online of all VIN #'sin the stolen auto database and got a return Of 2 more Hertz autos believed to have been sold or scrapped. **The Nashville Hertz rep commented that Louisville office is horrible with their paperwork and vehicle tracking**.
>
> Until Hertz corporate takes some action with their Louisville lot and personnel, I recommend that we suspend taking stolen auto reports for Hertz for "missing inventory" unless they physically see someone steal an auto, have evidentiary proof of such or obviously non returns that warrants have been taken. Hairgrove has reached out to their Corporate Security office.

Case ID: 151103380
Control No.: 17090690

See Exhibit 7 (emphasis added).

136.    Needless to say, this explosive fact that Hertz has known internal problems when falsely reporting cars stolen was not disclosed in discovery in 2016.

137.    Hertz's designee and attorneys never disclosed this fact. Plaintiff had no way to obtain this information until after the summary judgment order in January 2017.

138.    The Louisville Regional Airport Police, just like their Indianapolis counterparts, now also refuse to enter Hertz theft reports into the NCIC because of these repeated false reports.

139.    All of this is brand new information which Hertz concealed from Plaintiff, and which creates a triable issue of fact for a jury on punitive damages.

140.    Plaintiff also notes that the initial decision to dismiss punitive damages was clearly erroneous given the unambiguous testimony of Hertz's designees that Hertz does not conduct required investigations before going to the police.

141.    What is happening to Hertz's customers is no accident, and is not the result of a one-time glitch. Hertz has known for quite some time that it is making entirely unsupportable police reports based on nonexistent and deficient investigations, coupled with outrageously poor record keeping and information sharing within the company.

142.    When a company operates like Hertz does, false police reports such as what happened to Ms. Grady and Ms. Van Pay are inevitable. Hertz is playing Russian Roulette with its customers' lives.

143.    Punitive damages are warranted not only to deter future conduct, but also to punish Hertz for its duplicitous and dishonest behavior in attempting to cover up this massive,

Case ID: 151103380
Control No.: 17090690

nationwide problem.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant Plaintiff's Motion for Punitive Damages.

*****

*Respectfully submitted,*

FRANCIS ALEXANDER, LLC

*/s/ Francis Malofiy*

Francis Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
*Law Firm / Lawyer for Plaintiffs*

*/d/ September 6, 2017*

Case ID: 151103380
Control No.: 17090690

Francis Alexander, LLC
Francis Malofiy, Esquire
Attorney ID No.:  208494
280 N. Providence Road | Suite 1
Media, PA 19063
T:  (215) 500-1000
F:  (215) 500-1005
*Law Firm / Lawyer for Plaintiff*

The Court of Common Pleas
Philadelphia County, Pennsylvania

| | |
|---|---|
| Kelly A. Grady<br><br>*Plaintiff*<br><br>vs.<br><br>The Hertz Corporation;<br>Hertz Rent-A-Car Philadelphia Intl. Airport;<br>John Doe(s)[5]<br><br>*Defendants* | Action Commenced By:<br>Writ of Summons On:<br>November 23, 2015<br><br>November Term, 2015<br><br>Civil Action No.:<br>151103380<br><br>Complaint filed:<br>February 22, 2016<br><br>Causes of Action:<br>Malicious Prosecution<br>False Imprisonment<br>Int. Infliction of<br>Emotional Distress<br><br>*Jury Trial Demanded* |

## Plaintiff's Memorandum in Support of Motion for Reconsideration on Punitive Damages

This is a malicious prosecution, false imprisonment, and intentional infliction of emotional distress lawsuit against The Hertz Corporation who filed a false car theft report against Plaintiff Kelly A. Grady and had her thrown in jail for 12 days and prosecuted for 11 months.

Plaintiff has recently discovered overwhelming evidence that Hertz—**with an absolute**

---

[5] Manager(s) at Hertz Rent-A-Car Philadelphia Intl. Airport from March 2013 to June 2014.

**reckless** <u>**indifference**</u> **to the rights of its customers**—has been concealing that it has a nationwide problem falsely reporting its paying customers to police for car theft. Hertz does little to no investigation before reporting its customers to the authorities and, worse, its employees are told to disregard Hertz's standard operating procedures—specifically designed to prevent false police reports and false arrests of its customers—which mandate that an investigation take place. Tragically, this is a serious nationwide problem—*concealed by Hertz throughout this litigation[6]*—whereby multiple police departments had to confront Hertz concerning this serious issue. Hertz needs to suspend all vehicle theft reports in light of these serious revelations.

None of this was disclosed by Hertz despite Hertz being asked in discovery if this was a known issue, and was only recently uncovered through sedulous and intense investigation by Plaintiff. Given that punitive damages were dismissed without explanation at summary judgment, <u>see</u> Exhibit 9, this new evidence warrant reconsideration and reinstatement of punitive damages. In addition, Plaintiff has requested a negative inference against Hertz for admitting to outrageously purging all of Grady's rental and payment information (which proved she did not steal the car); if and when such an inference is granted—an issue not before the summary judgment judge—it is also grounds for reconsideration of the dismissal of punitive damages.

Hertz, driven by a profit motive, acted maliciously, willfully, intentionally, and recklessly in flouting its very own standard operating procedures designed to prevent throwing innocent people in jail. This is a nationwide problem being dealt with by multiple police departments in at least five different states: **Pennsylvania, Indiana, Wisconsin, Kentucky,** and **Texas**.

---

[6] Please Note: none of this information could have been discovered before the punitive damages claims were dismissed on January 19, 2017.

Case ID: 151103380
Control No.: 17090690

The same problems have caused all of the incidents, including Ms. Grady's:

(1)    Failure to do adequate investigations;

(2)    Failure to follow standard operating procedures to prevent false police reports;

(3)    Failure to share critical information between corporate, branch, and security;

(4)    Failure to accurately keep records and track inventory.

Hertz's reckless and malicious conduct, where it has failed to correct known and serious problems for the purpose of protecting its bottom line, is exactly the type of conduct which warrants punitive damages and the reconsideration of the prior order dismissing punitive damages at summary judgment.

## HERTZ FALSELY REPORTS INNOCENT WOMAN FOR CAR THEFT

### *LOCATION: INDIANAPOLIS, INDIANA*

> ➢ She Was Authorized to Have the Vehicle.
> ➢ Paid for the Rental;
> ➢ Contacted Hertz by Phone, and had
> ➢ Visited Hertz Location with Vehicle
> ➢ Exactly as What Happened in Plaintiff's Case
> ➢ Hertz concealed this from Plaintiff

A woman named Ramanda Van Pay rented a car with Hertz in Green Bay and, after getting a flat tire, exchanged the vehicle for a new one in Indianapolis. See Exhibit 1 - Affidavit of Ramanda Van Pay. Van Pay was given an exchange form, and the exchange was noted in Hertz's rental system. See Exhibit 2. Van Pay called and visited the Green Bay location after exchanging the car in Indianapolis for a Hyundai Elantra as directed by Hertz, and was assured her rental was fine by her contact in Green Bay, Hertz representative Ryan Hogan. Id. However, outrageously, the Indianapolis Hertz falsely reported the Elantra given to Van Pay as stolen, having totally failed to record and share Van Pay's updated rental information—and having failed to conduct any real investigation before making the report. See Exhibit 3 - Indianapolis Police Report; Exhibit 5 - Fond Du Lac Sheriff's Records; Exhibit 6 - Additional Fond Du Lac Sheriff's Records. Despite Hertz corporate issuing a theft report for the car, Green Bay never knew nor was informed that the car given to Van Pay was reported stolen or told her anything was wrong, demonstrating a serious gap or error in Hertz's computer systems and policies.

As a result of Hertz's reckless and outrageous conduct, Van Pay was arrested without any

Case ID: 151103380
Control No.: 17090690

probable cause and thrown in jail for three days. See Exhibit 1; Exhibit 3; Exhibit 4 - Criminal Docket; Exhibit 5; Exhibit 6. Once the prosecutor in Fond du Lac County and the police in Indianapolis realized that Van Pay had done nothing wrong and had valid rental documents, they immediately dropped the prosecution. See Exhibit 1; Exhibit 2; Exhibit 4.

The Indianapolis police have reported a systemic problem with Hertz car theft reports, they have stated that a businessman was also wrongfully arrested in Pennsylvania due to a false Hertz theft report, and they have also stopped entering Hertz police reports in the NCIC due to their unreliability. See Exhibit 1. Plaintiff believes there are additional false reports by Hertz at the Indianapolis branch and other locations.

## Jury Found Hertz Liable in January 2017 for Malicious Prosecution and Punitive Damages After Falsely Reporting and Imprisoning Man for Car Theft

### Location: Galveston, Texas

> ➢ Hertz Concealed this Lawsuit and Verdict from Plaintiff

A man named Michael Gray had his identity stolen and the thief used his information to rent a car from Hertz in March 2014. See Exhibit 8 - Punitive Damages Jury Verdict and Complaint Against Hertz. Gray reported the theft of his identity to Hertz in April 2014 and made it clear that he had not rented the car. However, outrageously, Hertz reported Gray to the police for car theft in May 2015 anyway, resulting in Gray's wrongful arrest and imprisonment. Plainly, Hertz's record keeping, record sharing, and investigation of car thefts is severely and knowingly deficient. The jury returned a verdict of $50,000 for the one night Mr. Gray spent in jail, and $120,000 in punitive damages.

Just as in Ms. Grady's case, Hertz corporate knew that Grady had not stolen the car, but a local Hertz branch went and reported Ms. Grady and Mr. Gray to the police anyway.

## Louisville Regional Airport Police Refuse to Accept Hertz Theft Reports Because They Are Unreliable and Inaccurate

### Location: Louisville, Kentucky

> ➢ Hertz concealed these false reports from Plaintiff

> ➢ Hertz concealed that police specifically contacted Hertz's Corporate Security Division to complain about the false police reports.

The Louisville Regional Airport Authority has also stopped inputting Hertz police reports into the NCIC due to their unreliability. See Exhibit 7 - Louisville Regional Airport Authority Records. In 2015, Hertz in Louisville reported several vehicles missing as stolen from their inventory. However, Hertz was then forced to admit that they had then found the vehicles sitting on their own lots and had simply lost vehicles due to poor record keeping and information sharing. Remember, this is the exact same problem why Ms.

Case ID: 151103380
Control No.: 17090690

Van Pay was arrested, and intimately related to Ms. Grady's false arrest.

Astonishingly, a Hertz employee in Nashville informed the Louisville Regional Airport Authority that **Hertz internally knew that it has a major problem with losing vehicles and falsely reporting those vehicles as stolen but had not addressed it**. Id.

It cannot be overlooked that all of this evidence was concealed by Hertz despite Plaintiff specifically asking Hertz this information in discovery. Hertz repeatedly claimed in its answer to the complaint, its summary judgment motion, and in discovery that it had no internal theft reporting issues or errors, but that if Hertz had erroneously reported Grady to the police that it was just a one-time "glitch." These systemic false police reports, which are only the ones that Plaintiff has been able to find, conclusively demonstrate that Hertz knows that it has a serious problem but concealed the issue in discovery.[7] In addition, a negative inference should be granted against Hertz for concealing these incidents.

Plaintiff notes for the Court that the failures of Hertz present in the newly discovered false theft reports from across the nation, are also present in the material facts of this case which that Hertz's conduct was outrageous, intentional, reckless, and needlessly put Ms. Grady's life in jeopardy:

a.  **First**, Hertz told the Pennsylvania state police that Ms. Grady had not stolen the car, that the police report was "miscommunication," and that to the extent there was an issue it was civil in nature—but Hertz nevertheless continued to have the Philadelphia police and district attorney's office arrest, imprison, and prosecute

---

[7] This case closely mirrors the recent Burgos v. Philabundance case. See Attached Order of the Superior Court. That was a malicious prosecution case in the Philadelphia Court of Common Pleas, in front of The Honorable John Younge where the defendant had (1) done no investigation prior to reporting to the police, (2) provided false information to the police, and (3) omitted important facts from the police report (the same as in this case). All these failures amounted to recklessness, malice, lack of probable cause, and punitive damages. Punitive damages were heard and assessed by the jury, then affirmed by the Superior Court, for a total verdict of $500,000. Where there are causes of action like malicious prosecution, where the legal standard is nearly equivalent as punitive damages, the question of punitive damages should be left to the jury.

Case ID: 151103380
Control No.: 17090690

Ms. Grady despite admitting there was no probable cause to do so. <u>See generally</u> MSJ Exhibit 7 - State Trooper Kemmerling's Report.

b.    **Second**, Hertz admits that it ***routinely*** reports its customers to the police for felonies without conducting any investigation at the branch level. <u>See</u> MSJ Exhibit 8 - Livingston Depo., at p.252; MSJ Exhibit 11 - Jaussi Depo., at p.70.

c.    **Third,** Hertz has written policies mandating that its corporate security managers conduct investigations at the branch level (showing that Hertz knows it should not be reporting customers to the police without investigation), but Hertz's designees admitted that they have "marching orders" to ignore the written policies. <u>See</u> MSJ Exhibit 8 - Livingston Depo.; MSJ Exhibit 9 - Hertz Theft Reporting Procedures. Hertz even admitted that its only redundancy to prevent falsely reporting customers was the written policies—which it testified it routinely ignores. <u>See</u> MSJ Exhibit 3 - Hertz Discovery Answers, at ¶36.

d.    **Fourth,** Ms. Grady's phone and bank records demonstrate that she was in constant contact with Hertz and had paid on two separate occasions a total of over $4,200 for the rental. This directly contradicts Hertz headquarters's "theft package" given to the police which stated Grady had not contacted Hertz or paid for the rental since April 17, 2013. <u>See</u> MSJ Exhibit 5 - Grady Phone Records; MSJ Exhibit 6 - Grady TD Bank Records.

e.    **Fifth,** Grady physically returned to the Philadelphia Airport Hertz location on or around July 18, 2013, and was authorized to leave the Hertz location with the Yukon. <u>See</u> MSJ Exhibit 2 - Grady Interrogatory Answers, at¶6. Hertz's designees admit that they have no information whatsoever to dispute this fact. <u>See</u> MSJ Exhibit 11 - Jaussi Deposition, at p.203 (stating that Hertz did no investigation to determine whether Grady returned to the Hertz location on July 18, 2013, and had no reason to dispute Grady's statement).

f.    **Sixth**, Hertz's corporate security team in fact conducted no investigation concerning Ms. Grady and the Yukon at the branch level before reporting her to the police for car theft. <u>See</u> MSJ Exhibit 3 - Hertz Discovery Answers, at ¶17, 21.

g.    **Seventh,** at no point following July 22, 2013, until the case against Ms. Grady was dismissed in June 2014, did Hertz withdraw the criminal complaint it had lodged against Ms. Grady—and which Hertz had already admitted to the State Police was not correct or make any attempt to correct the false statements and material omissions. <u>See</u> MSJ Exhibit 4 - Grady Criminal Docket.

h.    **Eighth,** Hertz admitted that it "purged" all Grady's rental information, including her payments on the rental contract, without any explanation despite the fact that it initiated a criminal case against her for car theft. See MSJ Exhibit 11 - Jaussi Deposition, at p.37-38. A negative inference should be granted against Hertz by the trial judge for this outrageous destruction of evidence designed to prejudice Plaintiff's case.

Case ID: 151103380
Control No.: 17090690

Both Hertz's egregious and reckless conduct that is the subject of this case, its destruction of Grady's critical rental records, and the new evidence recently uncovered and concealed by Hertz, establish that there is a jury question on punitive damages because Hertz is recklessly making car theft police reports it knows are not true.

## I.    Legal Standard for Punitive Damages and Reconsideration

In light of the outrageous and duplicitous nature of Defendant's conduct Plaintiff now moves to reconsider the prior decision dismissing punitive damages and/or amend his complaint to add punitive damages to the ad damnum clause. Pennsylvania law permits the recovery of punitive damages against a defendant who engages in conduct that is "outrageous, because of the defendant's reckless indifference of the rights of others." FHV Coal, Inc. v. Continental Grain Company, 587 A.2d 702, 704 (Pa. 1991).

Reckless indifference means that "the actor has intentionally done an act of an unreasonable character, in disregard of a risk known to him or so obvious that he must be taken to have been aware of it, and so great as to make it highly probable that harm would follow." Evans v. Philadelphia Transportation Company, 418 Pa. 567, 574, 212 A.2d 440, 443 (Pa. 1965); see also Smith v. Brown, 283 Pa. Super. 116, 423 A.2d 743 (Pa. Super. 1980).

Where there is sufficient evidence for a jury to reasonably conclude that a defendant has engaged in outrageous and reckless conduct, the question of whether the defendant is liable for punitive damages is properly decided by the jury. Martin v. Johns-Manville Corporation, 494 A.2d 1088 (Pa. 1985).

A prior decision may be reconsidered if the prior decision was plainly erroneous and/or new facts are uncovered and/or there is a change in the law. See Baker v. Cambridge Chase, Inc.,

Case ID: 151103380
Control No.: 17090690

1999 PA Super 9, P65 (Pa. Super. Ct. 1999).

Defendant's conduct was outrageous and reckless—as the evidence presented above clearly demonstrates—and whether punitive damages should be assessed must be decided by a jury. Moreover, Hertz concealed evidence from plaintiff and the court to fraudulently obtain the dismissal of Plaintiff's punitive damages claim in the first place.

## II.    APPLICATION – THE EVIDENCE CLEARLY DEMONSTRATES OUTRAGEOUS AND RECKLESS CONDUCT ON THE PART OF DEFENDANT WARRANTING PUNITIVE DAMAGES

### a.    Prior Decision was Plainly Erroneous Given How Recklessly Hertz Acted and the Known Consequences of False Police Reports

The prior decision dismissing punitive damages was plainly erroneous on the record at summary judgment because Hertz admitted that it deliberately does not conduct investigations required by company policy necessary to insure that its customers were not falsely reported to the police for car theft. This is highly reckless conduct in and of itself, which creates a question of fact for a jury on punitive damages. Furthermore, the evidence indicating that Hertz knowingly and falsely reported Grady to the police for cart theft on July 23, 2013, despite having told the Pa. State Police on July 22, 2013, she had not stolen the car. This was not some simple oversight, but the product of a reckless course of conduct which would assuredly result in false police reports.

This case closely mirrors the recent Burgos v. Philabundance case. See Attached Order of the Superior Court. That was a malicious prosecution case in the Philadelphia Court of Common Pleas, in front of The Honorable John Younge where the defendant had (1) done no investigation prior to reporting to the police, (2) provided false information to the police, and (3) omitted important facts from the police report (the same as in this case). All these failures amounted to recklessness, malice, lack of probable cause, and punitive damages. Punitive damages were heard

Case ID: 151103380
Control No.: 17090690

and assessed by the jury, then affirmed by the Superior Court, for a total verdict of $500,000. Where there are causes of action like malicious prosecution, where the legal standard is nearly equivalent as punitive damages, the question of punitive damages should be left to the jury.

> **b.**   **The Prior Decision Should be Reconsidered Because the Negative Inference Against Hertz for Destroying Ms. Grady's Rental Records had Not Yet Been Decided at Summary Judgment**

The prior decision should also be reconsidered because, at summary judgment, the Court did not decide whether a negative inference should be assessed against Hertz for admittedly destroying Plaintiff's rental records. This is a determination left for the trial judge.

Because this inference is left for the trial judge, if this court decides that a negative inference and spoliation instruction is warranted—as it is here—then that negative spoliation inference constitutes new evidence warranting reconsideration of the prior order. Plaintiff has a pending motion in limine on this issue which Plaintiff incorporates by reference. See also MSJ Exhibit 11 - Jaussi Deposition, at p.37-38.

When Hertz's absurd and outrageous conduct leading to Grady's prosecution and imprisonment are taken into account, and then considered in combination with the intentional destruction of Grady's rental records, a clear triable issue of fact exists for the jury on punitive damages.

> **c.**   **New Evidence Concealed by Hertz Indicates that Hertz has a Nationwide, Systemic Problem with False Police Reports and that Ms. Grady's Imprisonment is Predictable Result of Hertz's Outrageously Deficient Conduct**

In addition to these reasons for reconsideration, Plaintiff has uncovered new evidence of a systemic, nationwide problem Hertz has reporting customers to the police for car theft and wrongly reporting cars stolen. This new evidence proves that Hertz dysfunctional company

Case ID: 151103380
Control No.: 17090690

procedures and policies often result in false police reports and that Ms. Grady's case is not simply some one-off mistake.

Hertz outrageously concealed this nationwide issue and refuses to correct the problem, despite having been told by multiple police departments that the company needs to fix its policies and practices immediately. Hertz repeatedly denied in the answer to the complaint, in depositions, and in its summary judgment motion that false police reporting had ever happened at Hertz. In fact, Hertz characterized the issue as, at worst, a one-time "glitches in the [computer] system that did not alert Hertz that the renter had called or payed [sic] for the vehicle" and stated "such a potential glitch does not amount to malice." See Hertz Motion for Summary Judgment, at ¶59-62.

Hertz successfully argued that punitive damages should be dismissed at summary judgment because there no evidence that Hertz disregarded "a risk known to [it] or so obvious that he must be taken have been aware of it, and so great as to make highly probable that harm would follow." See id. Since the dismissal of punitive damages on January 19, 2017, Plaintiff has discovered proof that Hertz has a nationwide problem falsely reporting customers to the police for car theft and that, given how widespread the problem is, it absolutely had to have known that it was systematically filing false police reports in 2013. This also explains why Grady's rental records were destroyed.

Specifically, the new evidence is that Plaintiff has discovered that Hertz has falsely reported at least three other customers to the police, as well as multiple vehicles, and that these false police reports are the result of the same knowingly defective and dysfunctional police reporting procedures at issue in this case. Several police authorities have simply stopped taking

Case ID: 151103380
Control No.: 17090690

Hertz theft reports because they are so unreliable.

The common themes connecting each case, and Ms. Grady's case, are:

    (1)    a complete failure within the company to share critical information between corporate, branch, and security locations,

    (2)    a complete failure to accurately keep records and track inventory,

    (3)    a willful effort to ignore and circumvent Hertz's own theft reporting procedures designed to prevent false police, and

    (4)    nonexistent or highly inadequate investigations.

The locations of these false police reports are:

    i.    Galveston, TX

    j.    Indianapolis, IN/Madison, WI

    k.    Louisville, Kentucky

    l.    Pennsylvania (in addition to Ms. Grady)

**Jury Found Hertz Liable in January 2017 in Texas for Malicious Prosecution and Punitive Damages After Falsely Reporting and Imprisoning Man for Car Theft; Hertz Concealed this Lawsuit and Verdict from Plaintiff**

In Texas a jury found in January 2017 that Hertz was liable for malicious prosecution for falsely reporting a man to the police for car theft. This jury verdict was $50,000 in compensatory damages for the man's one night in jail, and another $120,000 in punitive damages. See Exhibit 8 - Punitive Damages Jury Verdict and Complaint from Texas Malicious Prosecution Case Against Hertz. The verdict in the Texas case was returned on January 20, 2017, after the summary judgment ruling in this case. Id.

The arrested man had his identity stolen and the identify thief used the man's identity to rent a car at a Hertz subsidiary in March 2014. The man called Hertz and notified Hertz in April 2014 that it was not him, that he had not rented the car, and that his identity was stolen. Id.

Case ID: 151103380
Control No.: 17090690

However, even after notifying Hertz that his identity was stolen, a local Hertz employee nevertheless went to the police in May 2014 and reported this innocent man for car theft, resulting in his arrest and imprisonment for one night. Id.

No one at Hertz corporate had taken any steps to make sure that this man's identity theft report was promulgated throughout the company, and plainly the Hertz employee who made the report had done either no investigation or a thoroughly inadequate investigation. This is exactly the same thing that happened in this case to Ms. Grady. Just as with Ms. Grady, Hertz knew that this man had not stolen the car (in Ms. Grady's case, Hertz even told the State Police she had not stolen the car and that the initial police report was a mistake).

Nevertheless, because of Hertz's deficient procedures and failure to properly investigate the customers it reports to the police, this totally innocent man spent a night jail because Hertz local security office reported him to the police anyway. Note that Hertz's corporate designee falsely denied in a deposition in October 2016—while the 2015 Texas case was pending—that he knew of any other cases where Hertz had been sued for malicious prosecution:

| | |
|---|---|
| MR. MALOFIY: | Fourteen: Any information concerning Hertz having been sued for false imprisonment, malicious prosecution, potential infliction of emotional distress, or any other causative action stemming from Hertz reporting a rental car as having been taken, possessed without authorization by a customer? |
| JAUSSI | I'm not aware of any of those scenarios. |
| MR. MALOFIY: | Okay. Are you aware of Hertz being sued for improperly reporting a renter to police? |
| MR. WOLF: | Besides the present case? |
| MR. MALIFOY: | Yes. |
| JAUSSI: | Besides the present case, been at Hertz 12 years, never heard of it. |
| MR. MALOFIY: | Okay. Fifteen: Any information regarding Hertz having been |

Case ID: 151103380
Control No.: 17090690

accused of improperly reporting rental car as having been taken or possessed without authorization by customer?

JAUSSI:              Not that I'm aware of, outside of this case.

See MSJ Exhibit 11 - Jaussi Deposition, at p.56-57.

Jaussi also falsely denied any knowledge of "malfunctions" with Hertz computer systems concerning the input of customer data or information:

MR. MALOFIY:        Do you have any information regarding Number 3; documents, communications or things, electronic, paper, or any other format in your possession, access, control, including but not limited to texts, emails, faxes, voice mail, letters, notes, contracts, calendars, phone records, signed documents, that concern, errors, malfunctions, anomalies, or incorrect data input with the computer programs and systems used by Hertz Corporation, including but not limited to, errors, malfunctions, or other anomalies concerning the programs and systems that contain information related to Kelly Grady?

DESIGNEE:           Not that I recall or know of.

MR. MALOFIY:        Do you know of any errors or malfunctions in the Hertz computer systems which inputs customer data or information?

DESGINEE:           Not that I'm aware of.

See MSJ Exhibit 11 - Jaussi Deposition, at p.48-49. Hertz's sworn interrogatory answers also denied there were any errors or malfunctions:

26.     Identify any errors, malfunctions, or other anomalies with the computer programs and systems run by The Hertz Corporation, including but not limited to errors, malfunctions, and/or other anomalies concerning the programs and systems that contain information relating to Kelly Grady.

        Response to 26. None.

See MSJ Exhibit 3 - Plaintiff's Interrogatories and Hertz Answers.

There is no way that Hertz could have failed to have known in 2016 when Jaussi testified and Hertz answered the interrogatories, based on the Texas case alone, that (1) it had serious

Case ID: 151103380
Control No.: 17090690

debilitating internal communications failures between corporate, location, and security locations, (2) extremely poor record keeping and inventory tracking, and (3) that it was not conducting sufficient investigations before reporting innocent individuals to the police.

There is no way that Hertz and its attorneys did not know about this Texas case, and later about the verdict against Hertz for malicious prosecution and punitive damages. Despite knowing about the case, and the later verdict, Hertz gave false deposition answers and never updated or supplemented it discovery answers or deposition answers. Moreover, as discussed *infra*, police departments in at least Indianapolis and Louisville have reached out to Hertz in 2015 and 2016 to inform them that they are making false reports; none of this was disclosed by Hertz, and was only uncovered through sedulous and intense investigation by Plaintiff.

Given that the Texas malicious prosecution and punitive damages verdict came after the summary judgment opinion, and given that Hertz concealed this Texas case, this is new evidence which creates a triable issue of fact for the jury on whether punitive damages should be imposed and warrants the reinstatement of Plaintiff's claim for punitive damages. Hertz knows that it has a huge problem across the country but is obstinately and stubbornly refusing to fix it, which is putting additional customers at a huge risk. Punitive damages are needed to deter Hertz from continuing its outrageous and dangerous course of conduct.

**Hertz Falsely Reports Innocent Woman for Car Theft in Indianapolis When She Was Authorized to Have the Vehicle, Paid for the Rental, was in Contact with Hertz by Phone, and had Visited the Location with Vehicle—Exactly as What Happened in Plaintiff's Case; This was Concealed from Plaintiff**

In the Indianapolis/Madison incident, Hertz's conduct was even worse than in Texas. A woman named Ramanda Van Pay rented a car from Hertz in Green Bay, WI. See Exhibit 1 - Affidavit of Ramanda Van Pay. During her rental she got a flat tire and took the car to the Hertz

Case ID: 151103380
Control No.: 17090690

location at the Indianapolis Airport near where the flat occurred. Exhibit 1; Exhibit 2 - Van Pay Rental Documents Proving She Was Authorized to Possess Car. The Indianapolis Hertz location gave her a different car, a Hyundai Elantra, as part of her rental and told her when she got home to Wisconsin to check in with the Green Bay branch to make sure everything was okay.

A vehicle exchange form was filled out at Hertz, identifying Van Pay's new vehicle. See Exhibit 2. Hertz's Rental Agreement System contains "rental notes" indicating that "Mechanical exchange in Indianapolis on 8/18 because of flat tire. New Unit # 1 293356. Indy gave customer vehicle exchange addendum form." Id. **Note that Ms. Grady saw the Hertz representative enter "rental notes" on her rental contract when she returned to the location on July 18, 2013, stating that she would be returning the rental on July 22, 2013. These rental contract notes, and everything else relating to the rental, were destroyed and purged by Hertz. See MSJ Exhibit 2, at ¶6.**

Ms. Van Pay did check in with the Green Bay branch, who told her to keep the car for the remainder of her rental. Exhibit 2. Ms. Van Pay, like Ms. Grady, repeatedly called both the local and corporate numbers to make sure she was authorized to have the car. Id. Like Ms. Grady, Van Pay visited the Hertz location to make sure her rental was okay on or around November 3, 2016. Like Ms. Grady, Van Pay had paid for the rental. Id. Van Pay also has screen shots of her phone showing the call she made to Hertz about her rental—just as the State Trooper Randy Kemmerling observed Grady had records on her phone showing she called Hertz the week before she was pulled over. See MSJ Exhibit 7 - State Police Report.

Unbeknownst to Van Pay, the Indianapolis Hertz had reported the Elantra she was renting stolen approximately one month before. See Exhibit 3 - Indianapolis Police Report;

Case ID: 151103380
Control No.: 17090690

Exhibit 4 - Criminal Docket for Van Pay; Exhibit 5 - Fond du Lac Sheriff's Records; Exhibit 6 - Additional Fond du Lac Sheriff's records. Despite having physically visited and called a Hertz location on or around November 3, 2016, Van Pay was pulled over and arrested on November 5, 2016. The Hertz location in Green Bay never told her the car was flagged or reported stolen; indeed, they told her that her rental was fine. Exhibit 1. Despite official Hertz notes in Hertz's computer system stating that Van Pay had switched her car to the Elantra, Hertz's dysfunctional record keeping system failed to share this information between corporate, local branches, and corporate security. See Exhibits 1-6.

Please keep in mind that this is the same type of "failure to communicate" within Hertz that occurred in both Grady's case and the Texas case. Like Van Pay, Grady returned to the Hertz lot—in addition to contacting Hertz by phone—but Hertz's branch location failed to realize that there were allegedly issues with Van Pay or Grady's rental vehicles and that they had actually been reported stolen by hertz. It is outrageous and absurd that Hertz cannot even keep track of its vehicles and renters and reliably communicated between branches.

Hertz needs to immediately suspend all vehicle theft reports in the wake of these revelations. As a result of Hertz's terrible record keeping and information sharing, the Indianapolis Hertz location told the police that the car Van Pay had been given had been stolen off the lot, an egregious misapprehension of the truth.

Again, the reporting Hertz employee did no investigation to make sure that the police report was accurate, despite the Indianapolis location having given Van Pay the car, had her fill out the exchange form, and noted this fact in the rental system.

It is know from the testimony of Hertz's designees in this case that Hertz locations do not

Case ID: 151103380
Control No.: 17090690

conduct required investigations before reporting cars to the police. It is simply astounding that the Indianapolis Hertz could have given Van Pay a rental car, but then reported that same car stolen shortly thereafter.

To recap, just as in Ms. Grady's case, no one at Hertz in the Green Bay branch or anywhere else realized that (1) the car Van Pay was renting had been reported stolen by Hertz, and (2) that Van Pay had returned to a Hertz location with the very rental vehicle considered stolen and also communicated by phone but was never told the vehicle was considered stolen. Note that Hertz is claiming in this case that all locations would know through the computer system when a car is flagged; plainly the Van Pay and Grady cases show this is not true. Hertz knows that its system is wildly dysfunctional and not accurately keeping track of its inventory, yet is pretending that everything is fine. As a result of Hertz's dysfunctional and reckless conduct, Van Pay was arrested and spent three days in prison.

The charges were dismissed when the prosecutor in Madison, WI and the police in Indianapolis, IN realized that Hertz had completely screwed up and that Van Pay had not stolen the car. Exhibit 4. The Indianapolis Airport Police have indicated that Van Pay is not the only false police report by Hertz. See Exhibit 1.

The Airport Police have indicated that a businessman was arrested in Pennsylvania because of a false Hertz car theft police report, as well as others. As a result, the Indianapolis Airport Police no longer consider Hertz theft reports valid and reliable and refuse to enter them on the NCIC. See Exhibit 1.

**Louisville Regional Airport Police Refuse to Accept Hertz Theft Reports Because They Are Unreliable and Inaccurate; Hertz Not Only Concealed these False Reports from Plaintiff, but also Concealed that the Police Specifically Contacted Hertz's Corporate Security Division to Complain about the False Police Reports**

Case ID: 151103380
Control No.: 17090690

The Louisville Regional Airport Police also have experienced the same problems with Hertz, concerning its dysfunctional and broken information sharing and record keeping. See Exhibit 7. Police records shows that the Hertz location in Louisville reported multiple cars stolen off its lot. Several of these reported cars were later reported found on Hertz lots, meaning Hertz had simply lost the cars in their own inventory. See Exhibit 7.

Note that this is exactly why Van Pay was arrested in Wisconsin, because Hertz reported a car stolen that it improperly not kept track of. Note that Hertz also failed to keep track of Grady's car when she returned to the Hertz lot on July 18, 2013. Not only does this show a total and complete failure of record keeping and information sharing between corporate, branch, and security locations, but it demonstrates that Hertz is barely, if at all, investigating its car theft reports before they are submitted to the police.

The total record keeping failure, internal communication failure, failure to track inventory, and failure to investigate are the same reasons Grady was falsely reported. Hertz is using the police as a repo service, willfully and recklessly ignoring that these false police reports will result in the arrest and imprisonment of their own customers.

A Hertz employee in Nashville, Tennessee told the Louisville Regional Airport Police in June 2015 that Hertz **internally knows of the problem** that branch locations cannot keep track of inventory and are making false police reports without proper investigation:

> Off. Hairgrove spoke to a Hertz sales rep in Nashville who confirmed they received a car from a customer that was originally rented in Louisville back in March. It sat. on his lot for 60 days until it was sold 6/6 to a car lot in Hopkinsville, KY. We took a report on 3/25 from Hertz that this was stolen missing from their inventory.
>
> After that, we did a complete search online of all VIN #'sin the stolen auto database and got a return Of 2 more Hertz autos believed to have been sold or scrapped. **The Nashville Hertz rep commented that Louisville office**

Case ID: 151103380
Control No.: 17090690

is horrible with their paperwork and vehicle tracking.

Until Hertz corporate takes some action with their Louisville lot and personnel, I recommend that we suspend taking stolen auto reports for Hertz for "missing inventory" unless they physically see someone steal an auto, have evidentiary proof of such or obviously non returns that warrants have been taken. Hairgrove has reached out to their Corporate Security office.

See Exhibit 7 (emphasis added).

Needless to say, this explosive fact that Hertz has known internal problems when falsely reporting cars stolen was not disclosed in discovery in 2016. Hertz's designee and attorneys never disclosed this fact. Plaintiff had no way to obtain this information until after the summary judgment order in January 2017.

The Louisville Regional Airport Police, just like their Indianapolis counterparts, now also refuse to enter Hertz theft reports into the NCIC because of these repeated false reports. All of this is brand new information which Hertz concealed from Plaintiff, and which creates a triable issue of fact for a jury on punitive damages.

Plaintiff also notes that the initial decision to dismiss punitive damages was clearly erroneous given the unambiguous testimony of Hertz's designees that Hertz does not conduct required investigations before going to the police. What is happening to Hertz's customers is no accident, and is not the result of a one-time glitch. Hertz has known for quite some time that it is making entirely unsupportable police reports based on nonexistent and deficient investigations, coupled with outrageously poor record keeping and information sharing within the company.

When a company operates like Hertz does, false police reports such as what happened to Ms. Grady and Ms. Van Pay are inevitable. Hertz is playing Russian Roulette with its customers' lives. Punitive damages are warranted not only to deter future conduct, but also to punish Hertz

Case ID: 151103380
Control No.: 17090690

for its duplicitous and dishonest behavior in attempting to cover up this massive, nationwide problem.

### B. Conclusion

Therefore there is a plethora of new facts in the record demonstrating that Defendant Attorney acted outrageously and recklessly with respect to Plaintiff's rights and that a jury must determine whether punitive damages should be imposed.

*****

*****

*Respectfully submitted,*
Francis Alexander, LLC
*/s/ Francis Malofiy*
Francis Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
*Law Firm / Lawyer for Plaintiffs*
*/d/ September 6, 2017*

Case ID: 151103380
Control No.: 17090690

# CERTIFICATE OF SERVICE

I hereby state that a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR RECONSIDERATION ON PUNITIVE DAMAGES was served on opposing counsel via the electronic filing system:

> Jay L. Edelstein, Esquire
> Edelstein Law, LLP
> 230 South Broad Street | Suite 900
> Philadelphia, PA 19102
> T: (215) 893-9311
> F: (215) 893-9310
> E: JEdelstein@Edelsteinlaw.com
> *Attorneys for The Hertz Corporation*

*****

*Respectfully submitted,*
FRANCIS ALEXANDER, LLC
*/s/ Francis Malofiy*
Francis Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
*Law Firm / Lawyer for Plaintiff*
*/d/   September 6, 2017*

Case ID: 151103380
Control No.: 17090690

# EXHIBIT 1

Case ID: 151103380
Control No.: 17090690

THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PENNSYLVANIA

KELLY A. GRADY

*Plaintiff*

vs.

THE HERTZ CORPORATION;
HERTZ RENT-A-CAR PHILADELPHIA INTL. AIRPORT;
JOHN DOE(S)[1]

*Defendants*

ACTION COMMENCED BY: WRIT OF
SUMMONS ON: NOVEMBER 23, 2015

NOVEMBER TERM, 2015

CIVIL ACTION NO.: 151103380

COMPLAINT FILED:
FEBRUARY 22, 2016

CAUSE OF ACTION:
MALICIOUS PROSECUTION

*JURY TRIAL DEMANDED*

# AFFIDAVIT OF RAMANDA VAN PAY

I, Ramanda Van Pay, an adult under no legal disability, being duly sworn under oath, state that I have personal knowledge of the following facts:

1.     I rented a Kia from Hertz on July 21, 2016, in Green Bay, Wisconsin after my car was totaled in an accident.

2.     While I was in Indianapolis on August 18, 2016, with the Kia, the car got a flat tire.

3.     I took the car to the Hertz rental location at the Indianapolis International Airport on August 18, 2016.

4.     The Hertz location allowed me to exchange the Kia for a Hyundai and gave me a vehicle exchange form. The employee who helped me was named Will McCain.

5.     I was told by Hertz in Indianapolis to take the car to the Green Bay location.

6.     When I got back to Green Bay, WI, I immediately took the car to a Hertz location in August 2016.

7.     I spoke with an employee named Ryan Hogan in August 24, 2016 when I returned to Green Bay. Hogan told me to keep the Hyundai and that it was now my rental vehicle under the original contract.

---

[1] Manager(s) at Hertz Rent-A-Car Philadelphia Intl. Airport from March 2013 to June 2014.

8. I called Mr. Hogan several times to make sure my rental was okay and he assured me it was fine. I also visited Mr. Hogan on occasion, also to confirm the rental was okay.

9. Unbeknownst to me, Hertz reported my rental vehicle stolen on October 8, 2016, to the Indianapolis Airport Police.

10. I was pulled over for a traffic violation on November 5, 2016, in Wisconsin by the Fond Du Lac's Sheriff's Department.

11. After the deputy sheriffs pulled me over, they then told me that the car I was driving was reported stolen by Hertz. I told them I had no idea what they were talking about and that I had a valid rental.

12. I had spoken with Hertz a day or two before November 5, 2016, to make sure my rental was fine. At no point before or after October 8, 2016, did any Hertz employee I spoke with tell me that the car I was renting was reported stolen. Please keep in mind that I both called and visited Hertz locations and was never told anything was wrong.

13. I spent three days in jail because of Hertz's false police report even though I was absolutely authorized to possess the car.

14. The charges against me were quickly dropped by the Fond Du Lac district attorney's office. It is my understanding this happened because I was in contact with Hertz, I was authorized to have the vehicle, and I did not steal the car. Also, when my car was exchanged because of the flat tire, Hertz never put the information in their system. I do not believe Hertz did any investigation before going to the police because if they had they would have realized I was given the vehicle after I got the flat tire.

15. The Indianapolis Airport police stated that they laid the blame for what happened solely at Hertz's door.

16. The Indianapolis Airport police also stated that they were aware of at least one other person within one month of my case who was also falsely reported by Hertz in Indiana, and they were also aware of another false report of a man in Pennsylvania.

17. The Indianapolis police also stated that they were no longer putting Hertz theft reports in the NCIC because they could not validate the reports.

18. I cannot stress enough that I called a Hertz location just one day before I was arrested, and had also visited the location, and was always assured I was authorized to possess the car; I was never told of any problems.

Case ID: 151103380
Control No.: 17090690

UNDER PENALTY OF PERJURY, I SWEAR THAT THE FOREGOING IS TRUE, ACCURATE, AND CORRECT.

Ramanda Van Pay

Subscribed and sworn to before me this ___ day of July 19, 2017.

Notary Public

Christopher T. Van Wagner
(Attorney #1024261-WI)

Case ID: 151103380
Control No.: 17090690



All | Missed | Edit

+1 (317) 405-6363
Indianapolis, IN — Friday (i)

Mamma
mobile (i)

+1 (262) 444-1300
other (i)

+1 (262) 444-1300
FaceTime (i)

+1 (920) 499-3131
Green Bay, WI (i)

+1 (920) 437-6490
Green Bay, WI (i)

+1 (262) 444-1300  (3)
FaceTime (i)

Mamma
mobile (i)

Case ID: 151103380
Control No.: 17090690

 •••○○ AT&T  LTE         9:45 PM         8% ⊏⊐

< Back



# +1 (920) 497-6490
Green Bay, WI

November 4, 2016

10:39 AM    **Outgoing Call**                    7 minutes

Call

FaceTime

FaceTime Audio

Send Message

Share Contact

Create New Contact

Add to Existing Contact


Favorites


Recents


Contacts


Keypad


Voi

Case ID: 151103380
Control No.: 17090690

●●●○○ AT&T  LTE                9:45 PM                8%



‹ Recents



**+1 (920) 499-3131**
Green Bay, WI

---

November 4, 2016

10:48 AM      **Incoming Call**                    1 minute

Call

FaceTime

FaceTime Audio

Send Message

Share Contact

Create New Contact

Add to Existing Contact

---


Favorites


Recents


Contacts


Keypad


Voicemail

Case ID: 151103380
Control No.: 17090690



●●●○○ AT&T  LTE          9:45 PM          8% ⬛

**‹ Recents**



# +1 (317) 405-6363
Indianapolis, IN

November 4, 2016

11:00 AM    **Outgoing Call**              2 minutes

Call

FaceTime

FaceTime Audio

Send Message

Share Contact

Create New Contact

Add to Existing Contact







Favorites     Recents     Contacts     Keypad     Voi

Case ID: 151103380
Control No.: 17090690

# EXHIBIT 2

Case ID: 151103380
Control No.: 17090690

## Vehicle Exchange Addendum Form

# Hertz
**Local Edition**

*Complete one (1) Vehicle Exchange Addendum for each HLE rental vehicle exchange, regardless of exchanging location. Distribute as required.*

**RENTER'S NAME** Ramanda Van Pay

**NOTE THE NUMBER OF EXCHANGES FOR THIS RENTAL (INCLUDING THIS ONE):**

Green Bay, WI
1010 S. Military Avenue

**Original Rental Record No.** 91521872

### ORIGINAL OR CURRENT VEHICLE INFORMATION

| | |
|---|---|
| **OWNING AREA** 95635 | **RENTAL AREA/LOCATION NUMBER** 95635-04 |
| **UNIT NUMBER** 0436501 | **VEHICLE LICENSE NUMBER** |
| **MAKE & YEAR** Kia 2016 | **COLOR** |
| **ORIGINAL VEHICLE CLASS** C | **ORIGINAL RATE CODE** NA |

### EXCHANGE (NEW) VEHICLE INFORMATION

| | |
|---|---|
| **OWNING AREA** 00599 | **EXCHANGING AREA/LOCATION NUMBER** 1502-11 |
| **UNIT NUMBER** 1293356 | **VEHICLE LICENSE NUMBER** N861742 - IL |
| **MAKE & YEAR** Hyundai | **COLOR** |
| **NEW VEHICLE CLASS** C | **NEW RATE CODE** NA |

### ORIGINAL OR CURRENT RENTAL INFORMATION

| | |
|---|---|
| **DATE OUT** / / | **DATE IN** / / |
| **TIME OUT** | **TIME IN** |
| **MILEAGE OUT** | **MILEAGE IN** |
| **FUEL LEVEL OUT** E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F | **FUEL LEVEL IN.** E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F |
| **FUEL CHARGES** $ | |

### EXCHANGE (NEW) RENTAL INFORMATION

| | |
|---|---|
| **DATE OUT** / / | **DATE IN** / / |
| **TIME OUT** | **TIME IN** |
| **MILEAGE OUT.** | **MILEAGE IN** |
| **FUEL LEVEL OUT** E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F | **FUEL LEVEL IN** E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F |
| **FUEL CHARGES TRANSFERRED** $ | |

### EXCHANGE INFORMATION

**REASON FOR EXCHANGE** Flat Tire

**VEHICLE RETURNED?** (Y or N)

**IF VEHICLE WAS NOT RETURNED, NOTE LOCATION OF VEHICLE AND ROAD SERVICE NUMBER:**

### EMPLOYEE INFORMATION

**Prepared by: (Employee Name)** Will McCain

**EMPLOYEE ID #**

**DATE** 8 / 18 / 16

*Addendum is valid only when used in conjunction with the original Rental Agreement. All Terms and Conditions outlined in original Rental Agreement continue to apply throughout the rental period. If a new vehicle class is requested, the customer is required to pay the rate differential, if applicable.*

**CUSTOMER SIGNATURE**

**DATE** 8.18.16

Case ID: 151103380
Control No.: 17090690

```
R/R No: 9152187-2              Rental Agreement System          Status: CLOS
out: RC   in: TB                                               drb: 09/09/16
```

┌Rental Edit/View Options────────────────────────────┐

│         R e n t a l    N o t e s                    │

┌ Notes ─────────────────────────────────────────────────────────────┐
customer came in. she recieved a flat tire while in indianapolis. they gave he
r a vehicle exchange form. they told her they couldnt do it within the hertz s
ystem. I spoke to steve about it today, we will follow up on what to do next R
H 8-24-16
9/2/16 - RE-ASSIGEND 9 TOLLWAY VIOLATIONS FROM ILLINOIS TOLLWAY BACK TO THE CU
STOMER. JESSI
MECHANICAL EXCHANGE IN INDIANAPOLIS ON 8/18 BECAUSE OF FLAT TIRE. NEW UNIT # 1
293356. INDY GAVE CUSTOMER VEHICLE EXCHANGE ADDENDUM FORM. NO CONTRACT #. PREP
ARED BY WILL MCCAIN. HAVE COPY OF ADDENDUM FORM GIVEN TO CUSTOMER. TB 9/9
└────────────────────────────────────────────────────────────────────┘

```
┌F1───+   ┌F2───+   ┌F3───+   ┌─────────────┐   ┌F6───+   ┌F7───+   ┌F8───+
│     │   │     │   │     │   │   w   O     │   │     │   │     │   │     │
│     │   │     │   │     │   │ ate: 09/    │   │     │   │     │   │Exit │
+═════    +═════    +═════    └─────────────┘   +═════    +═════    +═════
```

Case ID: 151103380
Control No.: 17090690

Licensee

**Hertz**

**Ryan Hogan**
*Lead Customer Service Representative*

651- 500-4357

**hle.military@hertzwi.com**
P  920 497 6490

**BROADWAY RENTAL CARS, INC.**
1010 S. Military Ave.
Green Bay, WI 54304

Case ID: 151103380
Control No.: 17090690

RENTAL: 07/21/16 13:02   GREEN BAY, WI       95635-04  #09 RT
DUE:    08/18/16 12:30   INDIANAPOLIS, IN     01502-11

BROADWAY RENTAL CARS GREEN BAY, WI
Hertz System Licensee
(920)497-6490      RAMANDA/VAN PAY                           CDP: 1445130
                   PAID BY: MC zizy zaid gffx 5480 AUTH: $ 600.00/D30416TYP
                   PT:                      HG:

OWN/VEH: 95635/0426501  16 FORTE KIA 4DR BL  LIC: WI 959TYY     VEH CLASS: C
MILES OUT: 02054  FUEL OUT: 8/8  TK CAP: 13.2  READY STALL:

| | | RATE PLAN: CRD | | RATE CLASS: C | |
|---|---|---|---|---|---|
| | | DAY | (TX) $ | 18.24 EA/ | 0 MI |
| | | EX HOURS | (TX) $ | 0.00 EA/ | 0 MI |
| | | EX DAYS | (TX) $ | 18.24 EA/ | 0 MI |
| | | XDAY XHRS | (TX) $ | 0.00 EA/ | 0 MI |
| | | MILEAGE CHG | (TX) $ | 0.00 | |
| | | ADJUSTMENT | $ | 0.00 | |
| | | DISCOUNT 0% | | | |
| | | RT VEH TAX0 | | | |
| | | VLCR* | (TX) $ | .95 /DAY | |

THIS VEHICLE MUST BE RETURNED TO INDIANAPOLIS, IN ON 08/18/16
AT 13:02   OR A HIGHER RATE AND/OR INTER CITY FEE WILL APPLY.
MINIMUM KEEP: 1 RENTAL DAY
MAXIMUM KEEP: 62 DAYS @18.24/DAY

OPTIONAL SERVICES OF:
- LDW      DECLINED
- LIS      DECLINED - HERTZ LIABILITY PROTECTION IS SECONDARY
- PAI/PEC  DECLINED
- PPO      DECLINED - FUEL & SVC $ .290/MILE     8.99/GAL
           AT RETURN

NO "ADDITIONAL AUTHORIZED OPERATORS" WITHOUT 'HERTZ' PRIOR WRITTEN APPROVAL
YOU REPRESENT THAT YOU ARE SPECIFICALLY AUTHORIZED TO RECEIVE THE BENEFITS
EXTENDED TO EMPLOYEES/MEMBERS OF HLE STATE FARM APPLETON


THIS VEHICLE MAY NOT BE DRIVEN INTO MEXICO.


BY YOUR INITIALS YOU ACKNOWLEDGE AND AGREE TO THE ABOVE CONDITIONS: _____

IT: N/A VCHR: N/A
PLAN: 3590
RES: L160721VANX/CRD/C/RHO

BY YOUR DECLINING THE OPTIONAL LIABILITY INSURANCE SUPPLEMENT (LIS), PAR. 10(B) OF THE RENTAL TERMS WILL APPLY TO THIS
RENTAL.  BY SIGNING BELOW, YOU AGREE THAT ANY INSURANCE THAT PROVIDES COVERAGE TO YOU OR TO AN AUTHORIZED OPERATOR
SHALL BE PRIMARY. THIS MEANS THAT, IN THE EVENT OF ANY CLAIMS ARISING FROM THE OPERATION OF THE CAR, SUCH INSURANCE
SHALL BE RESPONSIBLE FOR THE PAYMENT OF ALL PERSONAL INJURY AND/OR PROPERTY DAMAGE CLAIMS UP TO THE LIMITS OF SUCH
INSURANCE.

UNLESS YOU ACCEPT OPTIONAL LIS, TO THE EXTENT PERMITTED BY LAW, BY SIGNING BELOW YOU KNOWINGLY WAIVE AND REJECT ALL
OPTIONAL LIABILITY COVERAGES INCLUDING, BUT NOT LIMITED TO, UNINSURED AND UNDERINSURED MOTORIST AND SUPPLEMENTARY NO
FAULT.

PURSUANT TO PARAGRAPH 6 OF THE RENTAL AGREEMENT, FUEL & SERVICE CHARGES APPLY AT $8.99 PER GALLON OR, IF YOU DO NOT
BUY FUEL DURING THE RENTAL, AT .290 PER MILE. BOTH RATES PRODUCE APPROXIMATELY THE SAME RESULT.


THIS CONTRACT OFFERS A LOSS DAMAGE WAIVER(LDW), WHICH IS OPTIONAL.--SEE PAR. 4 OF THE RENTAL AGREEMENT TERMS AND
CONDITIONS, WHICH APPEAR ON THE FOLDER (SWI1900013) DELIVERED TO YOU WITH THIS RENTAL RECORD (THE RENTAL TERMS).  READ
THE SEPARATE LOSS DAMAGE WAIVER DISCLOSURE FORM BEFORE ACCEPTING THE RENTAL CAR. BY SIGNING BELOW, YOU ACKNOWLEDGE THAT
YOU HAVE READ, UNDERSTAND, ACCEPT AND AGREE TO THE ABOVE AND THE RENTAL TERMS, AND YOU ACCEPT OR DECLINE THE OPTIONAL
SERVICES AS SHOWN ABOVE. 4A OF THE RENTAL TERMS WHICH APPEAR ON THE RENTAL JACKET HAS BEEN REVISED TO READ AS FOLLOWS:
EXCEPT AS STATED BELOW, YOU ARE RESPONSIBLE FOR ANY AND ALL LOSS OR DAMAGE TO THE CAR RESULTING FROM ANY CAUSE,
INCLUDING BUT NOT LIMITED TO COLLISION, ROLLOVER, THEFT, VANDALISM, SEIZURE, FIRE, FLOOD, HAIL OR OTHER ACTS OF NATURE
OR GOD, REGARDLESS OF FAULT.

X _____

SMOKING PROHIBITED IN ALL VEHICLES. $100 FEE APPLY                          PREPARED BY: RC

RENTAL RECORD N-9152187-2

Case ID: 151103380
Control No.: 17090690

```
                    RENTAL: 07/21/16 13:02   GREEN BAY, WI        95635-04 H09 EST
                    RETURN: 08/18/16 12:30   INDIANAPOLIS, IN     01502-11
BROADWAY RENTAL CARS GREEN BAY, WI
Hertz System Licensee                                    DAY         29 (TX) $      528.96
   (920)497-6490      RAMANDA/VAN PAY             CDP: 1445130   EX HOURS    0 (TX) $        .00
                                                                EX DAYS     0 (TX) $        .00
                  FT:                      HG:                   MILEAGE CHG   (TX) $      ****
                                                                SUBTOTAL           $      528.96
OWN/VEH: 95635/043650-1  16 FORTE KIA 4DR B  lic: WI 959TYY  VEH CLASS: C  VLCR*  (TX) $       27.55
                                                                FUEL & SVC   (NT) $      ****
LDW     DECLINED                 MILEAGE IN:      7149     FUEL/SVC CHARGES CALCULATED AT RETURN
LIS     DECLINED                 MILEAGE OUT:     2054         TAXABLE SUBTOTAL    $        .00
PAI,PEC DECLINED                 MILES DRIVEN:    5095         TAX .05000          $       27.08
FPO     DECLINED - FUEL & SVC APPLIED                         TOTAL CHARGES       $      583.59
        $ .290/MILE $ 8.99/GAL   MILES ALLOWED:      0
        FUEL OUT: 8/8  TK CAP: 13.20   MILES CHARGED:  ****   CHARGED TO MC        $      583.59

ADDITIONAL CHARGES:              PLAN IN:   CRD   $  18.24 / DAY
                                 PLAN OUT:  CRD   $   0.00 / EX HOUR
                                 RATE CLASS: C    $  18.24 / EX DAY
                                                 $   0.00 / EX WEEK
                                                 $   0.00 / XDAY HR
                                                 $   0.00 / MILE
```

## THIS IS ONLY AN ESTIMATE.

It assumes that (1) you will return the identified vehicle at the times and places indicated,
(2) if a mileage charge applies, you will drive no more than the number of miles indicated and
(3) you will not incur any charges that either are not listed above opposite "*****" or cannot
be calculated until return.  If any of these assumptions is incorrect, additional charges
or charges at higher rates may apply.

Customer is responsible for all unpaid charges.

```
CC AUTH WOULD BE:      $  600.00
PRINTED: 11/11/2016 13:04
PREPARED BY: RC   COMPLETED BY: RC
```

RENTAL RECORD N-9152187-2

Case ID: 151103380
Control No.: 17090690

# EXHIBIT 3

Case ID: 151103380
Control No.: 17090690



## Indianapolis Airport Police

### Media Summary Report
7800 Col. H. Weir Cook Memorial Drive Indianapolis, IN 46241
Phone: (317) 487 - 5084 Fax: (317) 487 - 5511

| ORI | County | Venue | Report # |
|---|---|---|---|
| IN0490600 | Marion | MARION | PA16000897 |

**Chief Bill Reardon**

| Report Date / Time | Occurrence Date / Time | File Class |
|---|---|---|
| 10/08/2016 07:02 Hrs (US/Eastern) | 08/18/2016 00:01 Hrs - 10/07/2016 13:35 Hrs (US/Eastern) | 35-43-4-2.5-A |

**Nature of Incident:** Administrative Reports | Damage To City-County Property, Lost Or Stolen City-County Property, Sick-Injured Officer-Civilian, Vehicle Theft | Vehicle Theft   **Supplements:** Approved Report (2)

**Summary:** Lost/Stolen Rental vehicle

---

### Incident Location

**Address:** 7950 Quick Turn Around
**City:** Indianapolis            **County:** Marion            **State:** Indiana
**ZIP:** 46224                   **Country:** United States of America
**Township of Occurrence:** Decatur

**Latitude:** 39.714786            **Longitude:** -86.300881

**Comments:** &

---

### Incident Offenses

| Supp # Offense | | Status | Status Date |
|---|---|---|---|
| 0 | 35-43-4-2.5-A - Auto Theft | Open | 08/18/2016 00:01 Hrs |

**Attempted / Completed:** Completed

---

### Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Reporting | Patrol Officer J. Pogorov (#31516) | Indianapolis Airport Police Dept | 0 |
| Reporting | Sergeant J. Carie (#32727) | Indianapolis Airport Police Dept | 1 |

---

### Incident People

Offender Information Not Known

**Reporting Person**                              **Supp #** 0

**Name:** Name Redacted         **Title:** Redacted     **Date of Birth:** Redacted
**Race:** White                 **Sex:** F             **Age at Occurrence:** 26 Years Old
**DL #:** Redacted

Certified Copy
Indianapolis Airport Police
Bill Reardon
9-1-17

---

### Incident Organizations

**Victim**                    Hertz Car Rental
**Address:** 7801 Col. H. Weir Cook Memorial Drive     **Lat/Long:** 39.71298/-86.297904
Indianapolis Indiana 46241

---

Case ID: 151103380
Control No.: 17090690

PA16000897 - Indianapolis Airport Police Dept - Marion (IN49)

| **Other** | | Fond Du Lac Sheriff Department | |
|---|---|---|---|
| **Address:** | 180 Macy Street | | **Lat/Long:** 43.773718/-88.449322 |
| | Fond Du Lac Wisconsin 54935 | | |

**Phone:** (920) 929-3390 - Business (Date of Info: 11/05/2016)

## Incident Vehicles

**Stolen**                                                                 **Supp #:** 0

**Year/Make/Model:**    2016/HYUNDAI(HYUN)/ELANTRA

| **Type:** | Automobile | |
|---|---|---|
| **Style:** | Sedan, 4-door | |
| **Color:** | Bronze/Bronze | **Odometer:** |
| **VIN:** | | **Motorcycle CCS:** |
| **License #/State:** | | **License Month/Year:** |
| **License Type:** | | |
| **Misc Id:** | | |

| **Owner:** | Redacted | |
|---|---|---|
| **Value:** | 20000 | |
| **Status:** | Stolen(#0) | **Locked:** N    **Keys In Vehicle:** N |

| **Vehicle Role** | **Total Value** | **Grand Total of Vehicle Loss:** | $ 20,000.00 |
|---|---|---|---|
| Stolen | $ 20,000.00 | | |

Case ID: 151103380
Control No.: 17090690

PA16000897 - Indianapolis Airport Police Dept - Marion (IN49)

Title: Original Narrative

Author:  John Pogorov

Date / Time:   10/08/2016 07:13 Hrs      Supp #:   0

On the 8th day of October, 2016, approximately at 13:25 hours, I, Officer Pogorov, of the Indianapolis Airport Police Department, was dispatched to the Hertz Car Rental located at 7950 Quick Turn Around Dr. (Indianapolis Airport), in reference to a lost/stolen vehicle.

Upon my arrival, I made contact with Sarah Hicks (Hertz employee), who stated that the vehicle (2016, Bronze Hyundai Elantra, Illinois plate N861742, VIN 5NPDH4AE4GH725559) was last seen on Hertz's parking lot on August 18, 2016. Ms. Hicks stated that Hertz employees checked the inventory multiple times and were unable to find the vehicle. Ms. Hicks stated they suspect that the vehicle was stolen.

The vehicle was entered into IDACS and NCIC with the following records: IDACS #VX03228014 and NIC/V318720751

| Signed:  Patrol Officer J. Pogorov (#31516) | Reviewed By: | Sergeant B. Engel (#27332) |
| --- | --- | --- |

Report Run On:  THURSDAY JUNE 15, 2017 02:35:42 PM              By:  DH

Case ID: 151103380

Control No.: 17000420

PA16000897 - Indianapolis Airport Police Dept - Marion (IN49)

Title: Supplement#1 - Narrative

Author:  Jeff Carie                    Date / Time:   11/05/2016 04:56 Hrs      Supp #:   1

On November 5, 2016 at approximately 4:10 AM, I, Sgt. Jeff R. Carie, of the Indianapolis Airport Police Department received a call from Deputy Travis Dowland. Deputy Dowland is with the Fond du Lac County Sheriff's Department in Fond du Lac, Wisconsin. Deputy Dowland advised their department located the bronze 2016 Hyundai Elantra (VIN: 5NPDH4AE4GH725559) that was reported as stolen on October 8, 2016. He stated there was a person in custody, but did not have any more information. He wanted to confirm that it was acceptable that they tow the vehicle to a local dealership with a fenced in impound lot. He was advised to tow it to a lot they use, and to send information to dispatch to be forwarded our detectives. Dispatch advised that the vehicle was taken out of IDACS/NCIC.

Information forwarded to detectives.

| Signed:  Sergeant J. Carie (#32727) | Reviewed By:    Sergeant J. Carie (#32727) |
|---|---|

Case ID: 151103380

Control No.: 17000420

## Division of Public Safety Communications Call Report

| | | | | | |
|---|---|---|---|---|---|
| **Call #:** | 162811608 | **Dispatcher:** | 40143 | **Call Time:** | 10/07/2016 13:36 Hrs |
| **Received:** | | **Event Type:** | STOLEN VEHICLE | **Priority:** | Medium |
| **Caller Name:** | | **Phone #:** | | **Close Time:** | 10/07/2016 13:40 Hrs |
| | | | | **Disposition:** | RPT |

### Location

**Incident Location:** 7950 QUICK TURN AROUND, INDIANAPOLIS
**Common Place:** &
**Caller Location:**
**Latitude:** 39.714786
**Longitude:** -86.300881

### Incident Notes

**Notes:** : 10/07/2016 13:37:33 : AP115 @LIC/N861742 @OLS/IL
10/07/2016 13:37:46 : 2ND VEHSTL FROM PREVIOUS RUN
10/07/2016 13:37:57 : RP SARAH W/HERTZ
10/07/2016 13:38:33 : STA/VALID VAL/01072016 TTL/15222695805 N861742 122016 ORIG PLT LIC
STX/6M9138123 RENTAL CAR FINANCE--FIRM OWNED 2170 S MANNHEIM RD DES PLAINES IL 60018-
2956 5NPDH4AE4GH725559 BRO/BRO 2016 HYUNDAI 4 DOOR MRI 4981507 IN: NLI1 21701 AT 07OCT2016
13:37:36 OUT: MECA0000 11231 AT 07OCT2016 13:37:36

### Officers

| Primary | Radio # | Name | Dispatch | On Scene | Clear |
|---|---|---|---|---|---|
| Y | AP115 | Pogorov, John | 10/07/2016 13:36 Hrs | 10/07/2016 13:36 Hrs | |

### Incidents

| Report # | Supp # | Agency | Reporting Officer(s) |
|---|---|---|---|
| PA16000897 | 0 | Indianapolis Airport Police Dept | Pogorov, John |

Case ID: 151103380
Control No.: 17000420

# EXHIBIT 4

Case ID: 151103380
Control No.: 17090690

# Wisconsin Circuit Court Access (WCCA)

## State of Wisconsin vs. Ramanda R Van Pay

## Fond du Lac County Case Number 2016CF000555

| Filing Date | Case Type | Case Status |
|---|---|---|
| 11-07-2016 | Criminal | Closed - File Retained |
| **Defendant Date of Birth** | **Address** | Electronic |
| 11-29-1989 | 2652 Humboldt Rd, Green Bay, WI 54311 | |
| **Branch Id** | **DA Case Number** | |
| 3 | 2016FL003784 | |

**Case(s) Cross-Referenced With This Case**

2016TR011700

## Charge(s)

| Count No. | Statute | Description | Severity | Disposition |
|---|---|---|---|---|
| 1 | 943.20(1)(a) | Theft-Movable Property >$10,000 | Felony G | Dismissed on Prosecutor's Motion |
| 2 | 943.23(2) | Take and Drive Vehicle w/o Consent | Felony H | Dismissed on Prosecutor's Motion |

| Responsible Official | Prosecuting Agency | Prosecuting Attorney | Defense Attorney |
|---|---|---|---|
| Nuss, Richard J | District Attorney | Krueger, Dennis r | Nimmer, Amanda Marie |

## Defendant

| Defendant Name | Date of Birth | Sex | Race[1] |
|---|---|---|---|
| Van Pay, Ramanda R | 11-29-1989 | Female | Caucasian |
| **Address** | | | **Address Updated On** |
| 2652 Humboldt Rd, Green Bay, WI 54311 | | | 11-07-2016 |
| **JUSTIS ID** | **Finger Print ID** | | |

**Defendant Attorney(s)**

| Attorney Name | Entered |
|---|---|
| Nimmer, Amanda Marie | 11-10-2016 |

## Charge(s)/Sentence(s)

**Charge Detail**

Case ID: 151103380
Control No.: 17090690

Case Details for 2016CF000555 in Fond du Lac County

**The Defendant was charged with the following offense:**

| Count No. | Statute Cite | Description | Severity | Offense Date | Plea |
|---|---|---|---|---|---|
| 1 | 943.20(1)(a) | Theft-Movable Property >$10,000 | Felony G | 08-18-2016 | |

**On 12-06-2016 there was a finding of:**

| Action | Court Official |
|---|---|
| Dismissed on Prosecutor's Motion | Nuss, Richard J |

**The Defendant was charged with the following offense:**

| Count No. | Statute Cite | Description | Severity | Offense Date | Plea |
|---|---|---|---|---|---|
| 2 | 943.23(2) | Take and Drive Vehicle w/o Consent | Felony H | 08-18-2016 | |

**On 12-06-2016 there was a finding of:**

| Action | Court Official |
|---|---|
| Dismissed on Prosecutor's Motion | Nuss, Richard J |

---

[1] The designation listed in the Race field is subjective. It is provided to the court by the agency that filed the case.

[2] Non-Court activities do not require personal court appearances. For questions regarding which court type activities require court appearances, please contact the Clerk of Circuit Court in the county where the case originated.

Generated on 09-01-2017 at 12:46 pm

Case ID: 151103380
Control No.: 17090690

# Wisconsin Circuit Court Access (WCCA)

## State of Wisconsin vs. Ramanda R Van Pay

## Fond du Lac County Case Number 2016CF000555

### Charge(s)/Sentence(s)

**Charge Detail**

The Defendant was charged with the following offense:

| Count No. | Statute Cite | Description | Severity | Offense Date | Plea |
|-----------|--------------|-------------|----------|--------------|------|
| 1 | 943.20(1)(a) | Theft-Movable Property >$10,000 | Felony G | 08-18-2016 | |

On 12-06-2016 there was a finding of:

| Action | Court Official |
|--------|----------------|
| Dismissed on Prosecutor's Motion | Nuss, Richard J |

The Defendant was charged with the following offense:

| Count No. | Statute Cite | Description | Severity | Offense Date | Plea |
|-----------|--------------|-------------|----------|--------------|------|
| 2 | 943.23(2) | Take and Drive Vehicle w/o Consent | Felony H | 08-18-2016 | |

On 12-06-2016 there was a finding of:

| Action | Court Official |
|--------|----------------|
| Dismissed on Prosecutor's Motion | Nuss, Richard J |

Generated on 09-01-2017 at 12:48 pm

Case ID: 151103380

Control No.: 17090690

# Wisconsin Circuit Court Access (WCCA)

## State of Wisconsin vs. Ramanda R Van Pay

## Fond du Lac County Case Number 2016CF000555

### Court Record Events

| | Date | Event | Court Official | Court Reporter |
|---|---|---|---|---|
| 1 | 12-09-2016 | Received documents | | |

**Additional Text:**
Check copy/copies

| | | | | |
|---|---|---|---|---|
| 2 | 12-06-2016 | File Retained Electronically | | |
| 3 | 12-06-2016 | Motion and order for dismissal | Nuss, Richard J | |
| 4 | 12-06-2016 | Dispositional order/judgment | Nuss, Richard J | |
| 5 | 11-14-2016 | Demand for discovery | | |

**Additional Text:**
Defendant's

| | | | |
|---|---|---|---|
| 6 | 11-14-2016 | Motion | |

**Additional Text:**
for discovery/defendant's

| | | | |
|---|---|---|---|
| 7 | 11-10-2016 | Public defender order appointing counsel | |
| 8 | 11-09-2016 | Cash bond posted | |

**Amount**
$ 500.00

| | | | |
|---|---|---|---|
| 9 | 11-09-2016 | Notes | |

**Additional Text:**
Prints on record

| | | | |
|---|---|---|---|
| 10 | 11-07-2016 | Judicial transfer | Nuss, Richard J |
| 11 | 11-07-2016 | Cash bond set | |

| Event Party | Amount |
|---|---|
| Van Pay, Ramanda R | $ 500.00 |

**Additional Text:**
Fingerprints and Photo. Cannot rent or lease any cars.

Case ID: 151103380
Control No.: 17090690

Court Record Events for 2016CF000555 in Fond du Lac County

| | | | | |
|---|---|---|---|---|
| 12 | 11-07-2016 | Initial appearance | Grimm, Peter L. | Kreidler, Michelle |
| | | **Additional Text:** | | |
| | | Minutes --- Time Limits WAIVED | | |
| 13 | 11-07-2016 | Video conferencing | | |
| | | **Additional Text:** | | |
| | | Defendant appeared by video from the FDL Co Jail | | |
| 14 | 11-07-2016 | Probable cause statement /judicial determination | Grimm, Peter L. | |
| 15 | 11-07-2016 | Complaint filed | Grimm, Peter L. | |

Generated on 09-01-2017 at 01:11 pm

Case ID: 151103380
Control No.: 17090690

# Wisconsin Circuit Court Access (WCCA)

## Fond du Lac, County of vs. Ramanda R Van Pay

## Fond du Lac County Case Number 2016TR011700

| Filing Date | Case Type | Case Status |
| --- | --- | --- |
| 11-07-2016 | Traffic Forfeiture | Closed |

| **Defendant Date of Birth** | **Address** |
| --- | --- |
| 11-1989 | 2652 Humboldt Rd, Green Bay, WI 54311 |

| **Branch Id** | **DA Case Number** |
| --- | --- |
| 3 | |

**Case(s) Cross-Referenced With This Case**

2016CF000555

## Charge(s)

| Count No. | Statute | Description | Severity | Disposition |
| --- | --- | --- | --- | --- |
| 1 | 343.44(1)(a) | Operating While Suspended | Forf. U | Dismissed on Prosecutor's Motion |

| Responsible Official | Prosecuting Agency | Prosecuting Attorney | Defense Attorney |
| --- | --- | --- | --- |
| Nuss, Richard J | District Attorney | Krueger, Dennis r | |

## Defendant

| Defendant Name | Date of Birth | Sex | Race[1] |
| --- | --- | --- | --- |
| Van Pay, Ramanda R | 11-1989 | Female | Caucasian |

| **Address** | | | **Address Updated On** |
| --- | --- | --- | --- |
| 2652 Humboldt Rd, Green Bay, WI 54311 | | | 11-05-2016 |

| **JUSTIS ID** | **Finger Print ID** |
| --- | --- |
| | |

## Charge(s)/Sentence(s)

**Charge Detail**

The Defendant was charged with the following offense:

| Count No. | Statute Cite | Description | Severity | Offense Date | Plea |
| --- | --- | --- | --- | --- | --- |
| 1 | 343.44(1)(a) | Operating While Suspended | Forf. U | 11-05-2016 | |

Case ID: 151103380
Control No.: 17090690

Case Details for 2016TR011700 in Fond du Lac County

## On 12-06-2016 there was a finding of:

| Action | Court Official |
|---|---|
| Dismissed on Prosecutor's Motion | Nuss, Richard J |

## Citations

### Citation C7565983

| Bond Amount | Deposit Type | Appearance Date and Time | Mandatory |
|---|---|---|---|
| $ 200.50 | None | 11-21-2016 at 02:00 pm | No |
| **Name** | | **Date of Birth** | **Sex** |
| Van Pay, Ramanda R | | 11-1989 | Female |
| **Address** | | | **Address Updated On** |
| 2652 Humboldt Rd, Green Bay, WI 54311 | | | 11-05-2016 |
| **Plate Number** | **State** | **Expiration** | **VIN** |
| N861742 | IL | 2016 | 5NPDH4AE4GH725559 |
| **Issuing Agency** | **Officer Name** | **Violation Date** | **MPH Over** |
| Fond du Lac County Sheriff | Theisen, Trevor | 11-05-2016 | |
| **Plaintiff Agency** | **Ordinance or Statute** | **Statute** | **Charge Description** |
| Fond du Lac, County of | Statute | 343.44(1)(a) | Operating While Suspended |
| **Severity** | | | |
| Forf. U | | | |

1 The designation listed in the Race field is subjective. It is provided to the court by the agency that filed the case.

2 Non-Court activities do not require personal court appearances. For questions regarding which court type activities require court appearances, please contact the Clerk of Circuit Court in the county where the case originated.

Generated on 09-01-2017 at 12:46 pm

Case ID: 151103380
Control No.: 17090690

# Wisconsin Circuit Court Access (WCCA)

## Fond du Lac, County of vs. Ramanda R Van Pay

## Fond du Lac County Case Number 2016TR011700

### Charge(s)/Sentence(s)

**Charge Detail**

The Defendant was charged with the following offense:

| Count No. | Statute Cite | Description | Severity | Offense Date | Plea |
|---|---|---|---|---|---|
| 1 | 343.44(1)(a) | Operating While Suspended | Forf. U | 11-05-2016 | |

**On 12-06-2016 there was a finding of:**

| Action | Court Official |
|---|---|
| Dismissed on Prosecutor's Motion | Nuss, Richard J |

Generated on 09-01-2017 at 12:48 pm

Case ID: 151103380

Control No.: 17090690

# Wisconsin Circuit Court Access (WCCA)

## Fond du Lac, County of vs. Ramanda R Van Pay

## Fond du Lac County Case Number 2016TR011700

### Court Record Events

| | Date | Event | Court Official | Court Reporter |
|---|---|---|---|---|
| 1 | 12-06-2016 | Motion and order for dismissal | | |
| 2 | 12-06-2016 | Dismissed | Nuss, Richard J | |
| 3 | 12-06-2016 | Dispositional order/judgment | Nuss, Richard J | |
| 4 | 12-06-2016 | Judicial transfer | Nuss, Richard J | |
| 5 | 11-07-2016 | Notice of hearing | | |

**Additional Text:**

Further proceedings on December 8, 2016 at 01:30 pm.

| | Date | Event | Court Official | Court Reporter |
|---|---|---|---|---|
| 6 | 11-07-2016 | Appearance | Grimm, Peter L. | Kreidler, Michelle |

**Additional Text:**

Minutes

| | Date | Event | Court Official | Court Reporter |
|---|---|---|---|---|
| 7 | 11-07-2016 | Complaint filed | | |

Generated on 09-01-2017 at 01:12 pm

Case ID: 151103380
Control No.: 17090690

# EXHIBIT 5

Case ID: 151103380
Control No.: 17090690

**16-14867**    Supplement No
ORIG

# FOND DU LAC CO SHERIFF'S OFFICE



180 S MACY STREET

PO BOX 1273

FOND DU LAC WI 54936-1273

PHONE 920-929-3370

FAX 920-929-3918

Reported Date
11/05/2016
Rpt/Incident Typ
MVTHEFT
Member#/Dept ID#
THEISEN,TREVOR

## Administrative Information

| Agency | | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|
| FOND DU LAC CO SHERIFF'S OFFICE | | | 16-14867 | ORIG | 11/05/2016 | 02:35 |

| CAD Call No | Status | | Rpt/Incident Typ | | | |
|---|---|---|---|---|---|---|
| 160129659 | REPORT TO FOLLOW | | MOTOR VEHICLE THEFT | | | |

| Location | | City | | Town Type |
|---|---|---|---|---|
| CTH T/HWY 26 | | ROSENDALE | | TOWN OF SPRINGVALE |

| Rep Dist | Area | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|
| SP-05 | FDSO | 05 | 08/18/2016 | 00:01 | 11/05/2016 | 02:35 |

| Member#/Dept ID# | | 2nd Member#/ID# | |
|---|---|---|---|
| 51304/THEISEN,TREVOR | PATROL OFFICER | DOWLAND,TRAVIS | |

| Assignment | Entered by | Assignment | RMS Transfer | Prop Trans Stat | Approving Officer |
|---|---|---|---|---|---|
| PATROL OFFICER | 14255 | RECORDS | Successful | Successful | 14255 |

| Approval Date | Approval Time | | |
|---|---|---|---|
| 11/07/2016 | 09:26:54 | | |

| Video/Audio (Squad Video) | Citations | FI/Warnings | DA Request for Charges/Review |
|---|---|---|---|
| Yes | Yes | Yes | Yes |

| # Offenses | Offense | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|
| 1 | 943.23(2) | | Take and Drive Vehic | | C | N | 88 | 01 |

| #Pr | MOE | Act | Weapon/Force | IBRS | No | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 240 | 1 | | | |

| Link | Involvement | Invl No | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| SUS | ARR | 1 | VANPAY,RAMANDA R | | W | F | 11/29/1989 |

| Link | Involvement | Invl No | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| VIC | VAB | 2 | HERTZ RENTAL CAR | | | | |

| # Offenses | Offense | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|
| 2 | 943.34(1)(c) | | Receive Stolen Prope | | C | N | 88 | 01 |

| #Pr | MOE | Act | Weapon/Force | IBRS | No | | | |
|---|---|---|---|---|---|---|---|---|
| | | P/U | | 280 | 2 | | | |

| Link | Involvement | Invl No | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| SUS | ARR | 1 | VANPAY,RAMANDA R | | W | F | 11/29/1989 |

| Link | Involvement | Invl No | Name | | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| VIC | VAB | 2 | HERTZ RENTAL CAR | | | | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| ARR | 1 | I | VANPAY,RAMANDA R | 552313 | W | F | 11/29/1989 |
| CIN | 1 | I | VANPAY,RAMANDA R | 552313 | W | F | 11/29/1989 |
| VAB | 2 | B | HERTZ RENTAL CAR | 565380 | | | |
| WAR | 1 | I | VANPAY,RAMANDA R | 552313 | W | F | 11/29/1989 |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|
| RCV | 1 | N861742 | IL | 2016 | 2016 | HYUN | ELN | 4D | BRO |
| STN | 1 | N861742 | IL | 2016 | 2016 | HYUN | ELN | 4D | BRZ |

## Summary Narrative

Subject was issued a traffic warning for Speeding in 55-MPH Zone, State Statute 346.57(4)(h).

| Report Officer | Printed At | Page |
|---|---|---|
| 51304/THEISEN,TREVOR | 11/08/2016 08:15 | 1 of 4 |

Case ID: 151103380
Control No.: 17090690

**16-14867**

Supplement No
**ORIG**

# FOND DU LAC CO SHERIFF'S OFFICE

## ARREST 1: VANPAY,RAMANDA R

| Involvement | Invl No | Type | Name | | MNI | Race |
|---|---|---|---|---|---|---|
| ARREST | 1 | Individual | VANPAY,RAMANDA R | | 552313 | WHITE |

| Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | OFN_INVL | Vic/Ofnd Age | PRN |
|---|---|---|---|---|---|---|---|---|---|---|
| FEMALE | 11/29/1989 | 26 | No | 5'07" | 130# | BROWN | BLUE | 1 | 26 | 1119903 |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 2652 HUMBOLDT RD | | GREEN BAY | WISCONSIN |

| ZIP Code | Date |
|---|---|
| 54311 | 11/05/2016 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status |
|---|---|---|---|---|---|---|
| ARRESTED | ARRESTED | 11/05/2016 | 02:53:00 | 11/05/2016 | 02:53:00 | BOOKED |

| Arrest Location | City | Rep Dist | Armed |
|---|---|---|---|
| CTH T/HWY 26 | ROSENDALE | SP-05 | UNARMED |

| Multi-arrests | Beat |
|---|---|
| COUNT ARRESTEE | 05 |

| Charge | Level | Charge Literal |
|---|---|---|
| 943.23(2) | F | Take and Drive Vehic |

| Charge | Level | Charge Literal |
|---|---|---|
| 943.34(1)(c) | F | Receive Stolen Prope |

## CITATION, NOT COUNTED AS AN OFFENDER 1: VANPAY,RAMANDA R

| Involvement | | Invl No | Type |
|---|---|---|---|
| CITATION, NOT COUNTED AS AN OFFENDER | | 1 | Individual |

| Name | MNI | Race | Sex | DOB | Age | Juvenile? |
|---|---|---|---|---|---|---|
| VANPAY,RAMANDA R | 552313 | WHITE | FEMALE | 11/29/1989 | 26 | No |

| Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|
| 5'07" | 130# | BROWN | BLUE | 1119904 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status |
|---|---|---|---|---|---|---|
| CITED | CITATION | 11/05/2016 | 02:53:00 | 11/05/2016 | 02:53:00 | BOOKED |

| Arrest Location | City | Rep Dist |
|---|---|---|
| CTH T/HWY 26 | ROSENDALE | SP-05 |

| Citation No | Armed | Multi-arrests | Beat |
|---|---|---|---|
| C7565983 | UNARMED | NOT APPLICABLE | 05 |

| Charge | Level | Charge Literal |
|---|---|---|
| 343.44(1)(A) | T | Operating After Susp |

## VICTIM (BUSINESS VICTIM) 2: HERTZ RENTAL CAR

| Involvement | Invl No | Type | Name |
|---|---|---|---|
| VICTIM (BUSINESS VICTIM) | 2 | Business | HERTZ RENTAL CAR |

| MNI | PRN |
|---|---|
| 565380 | 1119905 |

### IBRS Info

| Victim Invl No | Offense Codes |
|---|---|
| 2 | 240/280 |

## WARNING 1: VANPAY,RAMANDA R

| Involvement | Invl No | Type | Name | | MNI | Race |
|---|---|---|---|---|---|---|
| WARNING | 1 | Individual | VANPAY,RAMANDA R | | 552313 | WHITE |

| Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|---|
| FEMALE | 11/29/1989 | 26 | No | 5'07" | 130# | BROWN | BLUE | 1119906 |

## Vehicle: N861742

| Involvement | Type | License No | State | Lic Year | Lic Type | Year |
|---|---|---|---|---|---|---|
| RECOVERED | AUTO/SUV/MINI VANS | N861742 | ILLINOIS | 2016 | PASSENGER CAR | 2016 |

| Make | Model | Style | Color | VIN |
|---|---|---|---|---|
| Hyundai | Elantra | SEDAN, 4 DOOR | BROWN | 5NPDH4AE4GH725559 |

| Stl Loc/Rec Loc | Rcv Date | Recv Value |
|---|---|---|
| Stolen Other/Recovered Local (UCR=3) | 11/05/2016 | $25,000.00 |

| Storage |
|---|
| Whealon Towing |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| OWN | VAB | 2 | HERTZ RENTAL CAR | | | |

## Vehicle: N861742

| Involvement | Type | License No | State | Lic Year | Lic Type | Year |
|---|---|---|---|---|---|---|
| STOLEN | AUTO/SUV/MINI VANS | N861742 | ILLINOIS | 2016 | PASSENGER CAR | 2016 |

| Make | Model | Style | Color | Value | VIN |
|---|---|---|---|---|---|
| Hyundai | Elantra | SEDAN, 4 DOOR | BRONZE | $25,000.00 | 5NPDH4AE4GH725559 |

| Report Officer | Printed At | Page 1 of 2 |
|---|---|---|
| 51304/THEISEN,TREVOR | 11/08/2016 08:15 | |

Case I.D: 151103380
Control No.: 17090690

**16-14867**

Supplement No
**ORIG**

# FOND DU LAC CO SHERIFF'S OFFICE

| Vehicle: N861742 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tow By **WHEALON TOWING** | | | | | | | |
| Link **SUS** | Invclvement **ARR** | Invl No **1** | Name **VANPAY, RAMANDA R** | | Race **W** | Sex **F** | DOB **11/29/1989** |
| Link **OWN** | Involvement **VAB** | Invl No **2** | Name **HERTZ RENTAL CAR** | | Race | Sex | DOB |

## Narrative

On Saturday, November 5, 2016, I, DEPUTY THEISEN, was assigned to patrol duties for the Fond du Lac County Sheriff's Office between the hours of 10:00 p.m. to 6:00 a.m. with DEPUTY DOWLAND acting as my field training officer. During this time I was operating marked squad car #110.

Shortly before 2:53 a.m. I conducted a traffic stop on State Hwy 26 just south of CTH T which resulted in the arrest of the operator. This area is located in the Township of Springvale, Fond du Lac County, State of Wisconsin.

While traveling southbound on State Hwy 26 just south of CTH T I observed a northbound vehicle on State Hwy 26 traveling in what appeared to be in excess of the posted speed limit of 55-mph. I did turn on the front deck of my Dual Stalker Radar unit in squad #110 and received a clear steady tone of 65, 65, 65 mph with no interference or obstructions. My patrol speed was verified. I conducted a traffic stop on this vehicle, which is described as a 2016 Hyundai, bronze in color, bearing Illinois license plate of N861742.

The operator of the vehicle was identified with a valid Wisconsin driver's license as RAMANDA R. VAN PAY (1989). VAN PAY was advised why she was being pulled over and stated that she was just lost and going from Madison to her home address in Green Bay. At this time dispatch did advise me that the rental vehicle that VAN PAY was operating was reported stolen on October 8, 2016 by the Indianapolis Airport Police Department for not returning the vehicle. The serial number of the vehicle was checked with the stolen vehicles serial number, which was a match. SERGEANT KAHNKE was dispatched to my location for backup. VAN PAY'S information was ran through the Wisconsin Department of Transportation and revealed that her driving status was suspended.

I instructed VAN PAY to exit the vehicle to answer further questions. While outside the vehicle DEPUTY DOWLAND asked VAN PAY if this vehicle was her rental vehicle, at which point she stated yes. VAN PAY went on to say that she rented the vehicle on August 18, 2016 from Hertz Rental Company in the Indianapolis airport. At that time Hertz Rental Company informed VAN PAY that when she arrived to Green Bay she will need to return the vehicle to the Green Bay location. VAN PAY also went on to say that she is making payments on the vehicle and had just called the rental company a day ago to update them on the rental vehicle payments. It should be noted that VAN PAY had no rental agreement paperwork in the vehicle but stated that the papers are located at her home. VAN PAY was informed that the vehicle had been reported to the Indianapolis Airport Police Department that the vehicle was stolen. VAN PAY stated that she had no idea that the vehicle was considered stolen.

At this time VAN PAY was informed that she was under arrest for Operating Without Owner's Consent, 943.23(2) and also Receiving Stolen Property, 943.34(1). I placed handcuffs on VAN PAY behind her back. The handcuffs were checked for fit, which were snug and safety locked. VAN PAY was searched incident to arrest with nothing illegal being found on her person. VAN PAY was placed in the back of marked squad car #110 and safety belted in.

DEPUTY DOWLAND did call the Indianapolis Airport Police Department and spoke with a Sergeant who stated that the vehicle was stolen. The Sergeant informed us that the vehicle did not need to be inventoried but it needed to be towed to a secure location. Dispatch later confirmed with the Indianapolis Airport Police Department that the vehicle is stolen. Whealon's Towing service was dispatched to tow the vehicle to their secure lot. VAN PAY'S vehicle was searched with nothing illegal being found in the vehicle. VAN PAY'S property was taken out of the vehicle and transported to be logged in VAN PAY'S property in the Fond du Lac County Jail. SERGEANT KAHNKE remained on scene with the vehicle until the vehicle was towed over to Whealon's Towing Service.

VAN PAY was transported to the Fond du Lac County Jail. Upon arrival VAN PAY was turned over to the Fond du Lac County Jail staff without incident. I did fill out an affidavit at the Fond du Lac County Jail for charges of Operating Without Owner's Consent 943.23(2) and also Receiving Stolen Property, 943.34(1). The affidavit was

| Report Officer **51304/THEISEN,TREVOR** | Printed At **11/08/2016 08:15** | Page 3 of 4 |
|---|---|---|

Page ID: 151103880

Control No.: 17090690

**16-14867**    Supplement No
ORIG

# FOND DU LAC CO SHERIFF'S OFFICE

## Narrative

signed and turned over to the Fond du Lac County Jail. A written warning for Speeding 1-10 MPH Over the Posted Speed Limit and a citation for Operating After Suspension was issued and explained to VAN PAY. VAN PAY stated that she did not have any further questions regarding the incident. I then cleared from the Fond du Lac County Jail and the incident.

It should be noted that the radar unit was checked prior to and after the stop, passing both times.

DEPUTY TREVOR THEISEN/#78

TT/dk

Case ID: 151103380

Control No.: 17090690

**16-14867**    Supplement No **0001**



# FOND DU LAC CO SHERIFF'S OFFICE

180 S MACY STREET

PO BOX 1273

FOND DU LAC WI 54936-1273

PHONE 920-929-3370

FAX 920-929-3918

Reported Date
**11/05/2016**
Rpt/Incident Typ
**MVTHEFT**
Member#/Dept ID#
**DOWLAND,TRAVIS**

## Administrative Information

| Agency | | | Report No | | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|---|---|
| FOND DU LAC CO SHERIFF'S OFFICE | | | 16-14867 | | 0001 | 11/05/2016 | | 02:35 |

| CAD Call No | Status | | Rpt/Incident Typ | | | | | |
|---|---|---|---|---|---|---|---|---|
| 160129659 | REPORT TO FOLLOW | | MOTOR VEHICLE THEFT | | | | | |

| Location | | | | City | | Town Type | | |
|---|---|---|---|---|---|---|---|---|
| CTH T/HWY 26 | | | | ROSENDALE | | TOWN OF SPRINGVALE | | |

| Rep Dist | Area | Beat | From Date | From Time | To Date | To Time | |
|---|---|---|---|---|---|---|---|
| SP-05 | FDSO | 05 | 08/18/2016 | 00:01 | 11/05/2016 | 02:35 | |

| Member#/Dept ID# | | | | Assignment | | 2nd Member#/ID# | |
|---|---|---|---|---|---|---|---|
| 19688/DOWLAND,TRAVIS | | | | PATROL OFFICER | | THEISEN,TREVOR | |

| Assignment | Entered by | Assignment | RMS Transfer | Prop Trans Stat | Approving Officer | |
|---|---|---|---|---|---|---|
| PATROL OFFICER | 14255 | RECORDS | Successful | Successful | 14255 | |

| Approval Date | Approval Time | | | | | |
|---|---|---|---|---|---|---|
| 11/08/2016 | 08:12:48 | | | | | |

## Modus Operandi

Crime Code(s)
STOLEN VEHICLE

## Narrative

On Monday, November 7, 2016, I, Deputy Dowland, was assigned follow-up in regards to this matter. I did speak with a Lieutenant at Indianapolis International Airport Police Department. I was advised a copy of the report would be faxed to the Sheriff's Office on the date of this report after 8am. The report would be addressed to myself.

I did attempt contact with Hertz Car Rental in Green Bay, however due to my hours I was not able to reach a person. The menu advised Hertz's regular business hours are between 7am and 6pm. VAN PAY had advised she obtained a contract through Hertz in Green Bay and was set up on a payment plan. Should be noted on the night of the incident I attempted contact via phone with Hertz in Indianapolis but could not reach anything other than an automated message.

DEPUTY TRAVIS DOWLAND/#55

/td

| Report Officer | Printed At | Page |
|---|---|---|
| 19688/DOWLAND,TRAVIS | 11/08/2016 08:15 | 1 of 1 |

Case ID: 151103380
Control No.: 17090690

**16-14867**    Supplement No **0002**

# FOND DU LAC CO SHERIFF'S OFFICE



**180 S MACY STREET**

**PO BOX 1273**

**FOND DU LAC WI 54936-1273**

**PHONE 920-929-3370**

**FAX 920-929-3918**

Reported Date
**11/05/2016**
Rpt/Incident Typ
**MVTHEFT**
Member#/Dept ID#
**OLIG, DAVID**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| **FOND DU LAC CO SHERIFF'S OFFICE** | | **16-14867** | **0002** | **11/05/2016** | **02:35** |

| CAD Call No | Status | | Rpt/Incident Typ | | |
|---|---|---|---|---|---|
| **160129659** | **REPORT TO FOLLOW** | | **MOTOR VEHICLE THEFT** | | |

| Location | | | City | Town Type |
|---|---|---|---|---|
| **CTH T/HWY 26** | | | **ROSENDALE** | **TOWN OF SPRINGVALE** |

| Rep Dist | Area | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|
| **SP-05** | **FDSO** | **05** | **08/18/2016** | **00:01** | **11/05/2016** | **02:35** |

| Member#/Dept ID# | | Assignment | 2nd Member#/ID# |
|---|---|---|---|
| **39601/OLIG, DAVID** | | **DETECTIVE** | **DOWLAND,TRAVIS** |

| Assignment | Entered by | Assignment | RMS Transfer | Prop Trans Stat | Approving Officer |
|---|---|---|---|---|---|
| **PATROL OFFICER** | **14255** | **RECORDS** | **Successful** | **Successful** | **14255** |

| Approval Date | Approval Time |
|---|---|
| **11/09/2016** | **10:13:49** |

| Miscellaneous |
|---|
| **Yes** |

## Modus Operandi

| Crime Code(s) |
|---|
| **STOLEN VEHICLE** |

## Narrative

On Tuesday, November 8, 2016, I, DETECTIVE DAVID OLIG, of the Fond du Lac County Sheriff's Office was requested to follow-up to a complaint involving a traffic stop conducted by DEPUTY THEISEN involving the arrest of RAMANDA VAN PAY. The vehicle VAN PAY was operating was listed as stolen out of Indiana. There was a note attached to DEPUTY THEISEN'S report requesting that follow-up be conducted with Hertz, as they are the owner of the vehicle.

I called Hertz at the International Airport in Indianapolis. Their telephone number is 317-487-5088. I spoke with an employee who indicated that she would pass the information onto a detective working on the case.

A short while later DETECTIVE HERNANDEZ called me. DETECTIVE HERNANDEZ requested the Sheriff's Office report be forwarded to his agency, which it later was. I requested a copy of the rental agreement be faxed to the Sheriff's Office. A short while later we received a fax from DETECTIVE HERNANDEZ indicating in the comments that there is no rental agreement to this vehicle, it is believed to have been taken from the Hertz lot while it was being serviced. The information DETECTIVE HERNANDEZ faxed to the Fond du Lac County Sheriff's Office is attached to this report.

I have no further information to add.

DETECTIVE DAVID OLIG/#137

DO/dk

| Report Officer | Printed At | |
|---|---|---|
| **39601/OLIG, DAVID** | **11/09/2016 10:14** | Page 1 of 1 |

Case ID: 151103380

Control No.: 17090690

## Olig, David

**From:** Diosdado Hernandez <dhernandez@indianapolisairport.com>
**Sent:** Tuesday, November 08, 2016 12:29 PM
**To:** Olig, David
**Subject:** RE: Stolen Auto

Ok thank you. I faxed our report over to you. There is no rental agreement, this vehicle was taken from the lot. Sorry, I thought that there was a rental agreement, got it confused with another case from Hertz. We get a few of those a month here. Let me know if you need anything else.  Thanks again.

**From:** Olig, David [mailto:David.Olig@fdlco.wi.gov]
**Sent:** Tuesday, November 08, 2016 12:50 PM
**To:** Diosdado Hernandez <dhernandez@indianapolisairport.com>
**Subject:** Stolen Auto

Detective Hernandez,

One of our office clerks was going to email the report to your department. Our case number is 16-14867. If you haven't faxed the rental agreement yet, feel free to send it to me by email. If you need anything, my office number is 920-906-4799. Thanks.

Respectfully,
David

Detective David Olig #137
Fond du Lac County Sheriff's Office
180 S. Macy Street
Fond du Lac, WI 54936

The information transmitted by this e-mail is intended only for the person to whom it is addressed and may contain confidential and/or legally privileged material. Access, disclosure, copying, distribution, reliance or use of this e-mail or any attachment by anyone else is prohibited. If you received this e-mail by error or are not the originally intended recipient, please (i) do not read it, (ii) contact the sender by reply e-mail and immediately return it to the sender and (iii) promptly destroy and/or destroy all copies of the original message and any attachments from your computer systems. The views or comments made by any individual in this e-mail are those of the individual and may not express the views or comments of the Indianapolis Airport Authority.
Further information on the Indianapolis Airport Authority can be found at www.indianapolisairport.com

Try our free frequent parker program at www.parkindplus.com and earn complimentary garage parking and faster security screening!

1

Case ID: 151103380
Control No.: 17090690

STATE OF WISCONSIN, CIRCUIT COURT, FOND DU LAC COUNTY | For Official Use

Name of Arrested Person: Ramanda R. Van Pay

**Probable Cause Statement and Judicial Determination**

Date of Birth: 11/29/1989

Agency Case No. 16-14867
Case No. _____

1. I state as follows: ☒ a. I am the arresting officer in this case **OR**
   ☐ b. I am a law enforcement officer and make this statement on information and belief.

2. The above-named person was arrested without a warrant on  11/05/16  at 2:53  ☒ a.m. ☐ p.m.
   How identified: ☐ verbally  ☒ WI D.L.  ☐ Other: (specify) _____

3. I have probable cause to believe that the arrested person committed the following offense(s):

| Offense(s) | Statute Number(s) | Offense(s) | Statute Number(s) |
|---|---|---|---|
| 1. Operating W/O owners consent | 943.23 | 2. Receiving stolen property | 943.34(1) |
| 3. | | 4. | |

4. Information for following summary provided by: ☐ Alleged Victim: _____
   ☐ Other: _____

5. I believe the arrested person committed this offense(s) because the alleged victim(s)  ☒ did  ☐ did not consent to the above listed offense(s):  *Summarize below and/or*  ☐ See documentation attached.

On Saturday, November 05, 2016, Deputy Theisen conducted a traffic stop on STH 26 South of CTH T, which is located in the Township of Rosendale, Fond du Lac County, State of Wisconsin.Deputy Theisen identifed the driver with a valid WI DL as Ramanda R. Van Pay. Deputy Theisen ran the vehicle's registration through dispatch. Dispatch advised the vehicle was listed as stolen through Indanpolis Airport Police Department since October 8th, 2016, which was later confirmed. Ramanda stated that she did rent the vehicle at the Indanpolis Airport August 18th, 2016. Ramanda states that she is making payments on the vehicle.

Subscribed and sworn to before me on: 11/5/16

Notary Public, State of Wisconsin
My commission expires: 6/30/19

#78
Signature of Person completing Affidavit
#78 Fond Du Lac County Sheriff's Office
Badge Number/Department
Date: 11/05/16    Time: 4:28    ☒ am ☐ pm

**Probable Cause Determination**

I have reviewed the probable cause statement from the arresting officer. Based on this statement:
☒ 1. I find probable cause to believe that the arrested person committed the offense(s) ☒ as listed above  **OR**
   ☐ as follows: _____
   ☒ Bail is set as follows: _Bond Book_
☐ 2. I do not find sufficient probable cause to have been presented and direct that the arrested person be released from this custody. Reason(s) probable cause not found (optional): _____

☐ Telephone Conference Call Determining Probable Cause
The initial probable cause was determined by a telephone conference call. The judge/commissioner instructed me to affix the decision, his/her signature, and date and time in the appropriate location, to be countersigned later by the judge/commissioner.

Officer's Signature

BY THE COURT:
Circuit Court Judge/Circuit Court Commissioner

Name Printed or Typed

Date 11-6-16    Time 5:03    ☐ a.m. ☒ p.m.

Distribution:
1. Court - Original
2. Sheriff
3. Facility
4. Arrested Person/Counsel

CR-215, 04/09 Probable Cause Statement and Judicial Determination      §970.01,Wisconsin Statutes; 4th Amendment, US Constitution
**This form shall not be modified. It may be supplemented with additional material.**

Case ID: 151103380
Control No.: 17090690

FOND DU LAC COUNTY SHERIFF'S OFFICE

## REQUEST FOR CHARGES

Case Number: 16-14867
Date Referred: 11-05-16
Investigating Officer: Deputy Trevor Theisen

| Defendant's Name:<br>Ramanda R. Van Pay | DOB:<br>11-29-89 |
|---|---|
|  |  |

| Victim's Name:<br>Hertz Rental Car | DOB: |
|---|---|
|  |  |

| Offense:<br>Take and Drive Vehicle Without Consent<br>Receive Stolen Property > $10,000 | Statute Violated:<br>943.23(2)<br>943.34(1)(C) |
|---|---|
|  |  |

Case ID: 151103380
Control No.: 17090690

| State of Wisconsin | Circuit Court | Fond du Lac County |

| STATE OF WISCONSIN | | DA Case No.: 2016FL003784 |

-VS-

FILED

NOV 0 7 2016

RAMONA M. GEIB
FOND DU LAC COUNTY, WIS.
Clerk Of Circuit Court

Ramanda R Van Pay
2652 Humboldt Rd
Green Bay, WI 54311
DOB: 11/29/1989
Sex/Race: F/W
Alias:

DA Case No.: 2016FL003784
Assigned DA/ADA: Eric J. Toney
Agency Case No.: 16-14867
Court Case No.: 16CF555
ATN:

Criminal Complaint

RECEIVED

NOV 08 2016

FDL CO SHERIFF'S OFFICE

Defendant,

Sergeant Jeff Bonack, of the Fond du Lac Sheriff, being first duly sworn, states that:

### Count 1: THEFT - MOVABLE PROPERTY ( > $10,000)

The above-named defendant Beginning 8/18/2016 12:01:00 AM and ending 11/5/2016 2:35:00 AM., at CTH T/HWY 26, SPRINGVALE, in the Town of Springvale, Fond du Lac County, Wisconsin, did intentionally retain possession of movable property of Hertz Rent-A-Car, having a value greater than $10,000, without consent, and with intent to permanently deprive the owner of possession of the property, contrary to sec. 943.20(1)(a) and (3)(c), 939.50(3)(g) Wis. Stats., a Class G Felony, and upon conviction may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than ten (10) years, or both.

### Count 2: OPERATING A MOTOR VEHICLE WITHOUT OWNER'S CONSENT

The above-named defendant Beginning 8/18/2016 12:01:00 AM and ending 11/5/2016 2:35:00 AM., at CTH T/HWY 26, SPRINGVALE, in the Town of Springvale, Fond du Lac County, Wisconsin, did intentionally take and drive a vehicle, 2016 Hyundai, without the consent of the owner, VICTIM, contrary to sec. 943.23(2), 939.50(3)(h) Wis. Stats., a Class H Felony, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than six (6) years, or both.

### PROBABLE CAUSE:

Complainant is a Sergeant with Fond du Lac County Sheriff's Office and basis this complaint upon the report and investigation of Deputy Trevor Theisen of the same agency with whom your complainant has worked with and knows to be competent and reliable.

Deputy Theisen's official police report states, in part, that:

On Saturday, November 5, 2016, I, DEPUTY THEISEN, was assigned to patrol duties for the Fond du Lac County Sheriff's Office between the hours of 10:00 p.m. to 6:00 a.m. with DEPUTY DOWLAND acting as my field training officer. During this time I was operating marked squad car #110.

Shortly before 2:53 a.m. I conducted a traffic stop on State Hwy 26 just south of CTH T which resulted in the arrest of the operator. This area is located in the Township of Springvale, Fond du Lac County, State of Wisconsin.

While traveling southbound on State Hwy 26 just south of CTH T I observed a northbound vehicle on State Hwy 26 traveling in what appeared to be in excess of the posted speed limit of 55-mph. I did turn on the front deck of my Dual Stalker Radar unit in squad #110 and received a clear steady tone of 65, 65, 65 mph with no interference or obstructions. My patrol speed was verified. I conducted a traffic stop on this vehicle, which is described as a 2016 Hyundai, bronze in color, bearing Illinois license plate of N861742.

11/07/2016

Case ID: 151103380

Control No.: 17090690

STATE OF WISCONSIN - VS - Ramanda R Van Pay

The operator of the vehicle was identified with a valid Wisconsin driver's license as RAMANDA R. VAN PAY (1989). VAN PAY was advised why she was being pulled over and stated that she was just lost and going from Madison to her home address in Green Bay. At this time dispatch did advise me that the rental vehicle that VAN PAY was operating was reported stolen on October 8, 2016 by the Indianapolis Airport Police Department for not returning the vehicle. The serial number of the vehicle was checked with the stolen vehicles serial number, which was a match. SERGEANT KAHNKE was dispatched to my location for backup. VAN PAY'S information was ran through the Wisconsin Department of Transportation and revealed that her driving status was suspended.

While outside the vehicle DEPUTY DOWLAND asked VAN PAY if this vehicle was her rental vehicle, at which point she stated yes. VAN PAY went on to say that she rented the vehicle on August 18, 2016 from Hertz Rental Company in the Indianapolis airport. At that time Hertz Rental Company informed VAN PAY that when she arrived to Green Bay she will need to return the vehicle to the Green Bay location. VAN PAY also went on to say that she is making payments on the vehicle and had just called the rental company a day ago to update them on the rental vehicle payments. It should be noted that VAN PAY had no rental agreement paperwork in the vehicle but stated that the papers are located at her home. VAN PAY was informed that the vehicle had been reported to the Indianapolis Airport Police Department that the vehicle was stolen. VAN PAY stated that she had no idea that the vehicle was considered stolen.

DEPUTY DOWLAND did call the Indianapolis Airport Police Department and spoke with a Sergeant who stated that the vehicle was stolen. The Sergeant informed us that the vehicle did not need to be inventoried but it needed to be towed to a secure location. Dispatch later confirmed with the Indianapolis Airport Police Department that the vehicle is stolen.

Based on the foregoing, the complainant believes this complaint to be true and correct.

Subscribed and sworn to before me,
and approved for filing on:

Dated: 11/7/16

(Assistant)District Attorney

State Bar No.    1020550

Complainant

Case ID: 151103380
Control No.: 17090690

| Appearance Required: | NO | NOV-21-2016 | 02:00 PM | MV4017 | 0901 | C756598-3 |
|---|---|---|---|---|---|---|

FOND DU LAC COUNTY CIRCUIT COURT - INTAKE

160 S MACY STREET

FOND DU LAC, WI 54935

Estimated Points    DEPOSIT    Cash - Card

3

Court Use

$200.50

DA    N

**Defendant** (Last Name, First, Middle), Street Address, P.O. Box, City, State, Zip

| | Birth Date | Sex | Race |
|---|---|---|---|
| VAN PAY, RAMANDA R | 11/29/1989 | F | W |

2652 HUMBOLDT RD

GREEN BAY, WI 54311

Telephone Number

| HT | WT | Hair | Eyes |
|---|---|---|---|
| 507 | 130 lbs | BLOND | BLUE |

| Driver License/Identification Card Number | State | Exp. Yr. | OPERATING AS: |
|---|---|---|---|
| V510-7368-9929-02 | WI | 2018 | DRIVER |

| License Plate Number | Plate Type | State | Exp. Yr. | Vehicle Class | Vehicle Endorsements |
|---|---|---|---|---|---|
| N861742 | AUT | IL | 2016 | | |

| Vehicle Identification Number | US DOT No. | Hazmat No. | Holds CDL | CDL Waiver |
|---|---|---|---|---|
| 5NPDH4AE4GH725559 | | | N | |

| Vehicle Year | Make | Type | Color |
|---|---|---|---|
| 2016 | HYUN | 4D | BRO |

| **Plaintiff** | Ordinance Violated | | Adopting State Statute |
|---|---|---|---|
| COUNTY OF FOND DU LAC | 54-1 | | 343.44(1)(a) |

**Violation Description**    BAC    Overweight

Agency Space

OPERATING AFTER SUSPENSION

16-14867

| Week Day | Date | Time | Actual Speed | Legal | Over |
|---|---|---|---|---|---|
| SATURDAY 11/05/2016 | 02:35 AM | | | | |

County    City/Village/Town

FOND DU LAC - 20    SPRINGVALE - 19, TOWN

ON Hwy No. and/or Street Name

NB/026

Estimate Distance

0.44 MI  NORTH

From/AT Hwy No. and/or Street Name

HOLLANDER RD

GPS Coordinates

43.744134

-88.674571

Minor Passenger

N

| Officer Name | Zone: RR - Utility - School - Const | Accident Severity |
|---|---|---|
| TREVOR THEISEN | N    N    N    N | |

| Officer ID | Department | Date Citation Served, | Method |
|---|---|---|---|
| 78 | FOND DU LAC COUNTY SHERIFF | NOV/05/2016 | IN PERSON |

**Police #** 16-14867

**Police Record**

| Travel Lanes | Road Condition | Traffic | Light Condition |
|---|---|---|---|
| 2 | DRY | L - LIGHT | Dark-Not-Ligh |

Highway

NOT-PHYSICALLY-DIVIDED-(2-WAY TRAFFIC)

Weather Condition

CLEAR

SEE REPORT



T331 9/2001 WDOT
s345.11 Wis. Stats

**WISCONSIN UNIFORM CITATION**

1  of  1

Citation #

C756598

Case ID: 151103380

Control No.: 17090690

**WARNING / VIOLATION NOTICE**

| Date | Time | Police Number | Document Number |
|---|---|---|---|
| NOV-05-2016 | 2:35 AM | 16-14867 | **6B904HS4TC** |

**Defendant** (Last Name, First, Middle)

| | Birth Date | | Sex | Race |
|---|---|---|---|---|
| VAN PAY, RAMANDA R | 11/29/1989 | | F | W |

| 2652 HUMBOLDT RD | Telephone Number | HT | WT | Hair | Eyes |
|---|---|---|---|---|---|
| GREEN BAY, WI 54311 | | 507 | 130 lbs | BLOND | BLUE |

| Driver License/Identification Card Number | State | Exp. Yr. | Vehicle Identification Number | | Vehicle Year |
|---|---|---|---|---|---|
| V510-7368-9929-02 | WI | 2018 | 5NPDH4AE4GH725559 | | 2016 |

| License Plate Number | Plate Type | State | Exp. Yr. | Make | Type | Color | Model |
|---|---|---|---|---|---|---|---|
| N861742 | AUT | IL | 2016 | HYUN | 4D | BRO | |

| County | City/Village/Town | Officer ID |
|---|---|---|
| FOND DU LAC - 20 | SPRINGVALE - 19, TOWN | 78 |

| ON Hwy No. and/or Street Name | Estimate Distance | Officer Name |
|---|---|---|
| NB/HIGHWAY 026 | 0.44 MI    N | TREVOR THEISEN |

| From/AT Hwy No. and/or Street Name | GPS Coordinates | Department |
|---|---|---|
| HOLLANDER RD | 43.744134 | FOND DU LAC COUNTY SHERIFF |
| | -88.674571 | |

Agency Space

## *THIS NOTICE WAS ISSUED FOR THE FOLLOWING VIOLATION(S)*

| | SECTION No (s) | DESCRIPTION(S) |
|---|---|---|
| 1 | 346.57(4)(h) | ADOPTING STATE STATUTES (TRAFFIC) -- SPEEDING IN 55 MPH ZONE |
| | 54-1 | (1-10 MPH) |

Additional Instructions For Violator

**Equipment, Registration or Miscellaneous Violations**

☐ The violations indicated must be corrected at once.
All future operation without correction is illegal.

**REPORT IN PERSON**

☐ Bring proof of compliance with the law for violations listed to any law enforcement officer for certification by:

| Days to Correct |
|---|
| |

| Correct Date |
|---|
| |

Comments

Case ID: 151103380
Control No.: 17090690

# EXHIBIT 6

Case ID: 151103380
Control No.: 17090690



# Fond du Lac County

**OFFICE OF CLERK OF CIRCUIT COURTS**
**(920) 929-3040**

**City/County Government Center**
**160 S Macy St., Fond du Lac, WI 54935**

FAX TRANSMITTAL SHEET

DATE: 9/1/17

TIME: _____

TO: Francis Alexander, Malofiy   FROM: _____

Number of pages being sent 26 (including transmittal page)

If you have any questions or comments regarding these pages, please call:

(920) 929-3041 ask for Claire

Receivers Fax Number _____ 215 · 500 · 1005

Case ID: 151103380
Control No.: 17090690

| STATE OF WISCONSIN | CIRCUIT COURT | FOND DU LAC COUNTY |
|---|---|---|

STATE OF WISCONSIN,
      Plaintiff,

**FILED**

DEC – 6 2016

vs.

RAMANDA R VAN PAY,
      Defendant.

RAMONA M. GEIB
FOND DU LAC COUNTY, WIS.
Clerk Of Circuit Court

MOTION AND ORDER
FOR DISMISSAL

Case No. 2016CF000555
2016TR11700
D.A. No. 2016FL003784

---

Now comes the State of Wisconsin and hereby moves the Court for an order dismissing

the case without prejudice.

Remarks:    The theft complaint was made in error by the victim. There is an

accompanying ticket that should be dismissed as well

Dated this _____ day of November, 2016

Dennis Krueger
Deputy District Attorney
State Bar No. 1009923
160 South Macy Street
Fond du Lac, WI 54935
(920) 929-3048

### ORDER

Upon the above motion, it is hereby ordered that this matter is dismissed without

prejudice.

Dated this __6__ day of Dec, 2016

Circuit Court Judge

Cc: Amanda Nimmer

11/30/2016

MUSS

| STATE OF WISCONSIN | CIRCUIT COURT CRIMINAL DIVISION | FOND DU LAC COUNTY |

---

STATE OF WISCONSIN,

Plaintiff,

**FILED**

NOV 1 4 2016

DEFENDANT'S MOTION FOR DISCOVERY

vs.

RAMANDA R. VAN PAY,

Defendant.

RAMONA M. GEIB
FOND DU LAC COUNTY, WIS.
Clerk Of Circuit Court

CASE NO. 16-CF-555

---

The defendant, by Attorney Amanda Nimmer, appearing specially and reserving the right to challenge the jurisdiction of the Court upon all the records, files and proceedings, heretofore had and taken herein, moves the Court pursuant to secs. 972.11(1), 971.23 and 971.31 Stats., the Fifth, Sixth and Fourteenth Amendments to the United States Constitution, Article I, Sections 7 and 8 of the Wisconsin Constitution, and the supporting case law in addition to any other authorities cited below:

(1) For entry of an Order requiring that the plaintiff produce for inspection and/or copying by the defendant all physical evidence in the possession of the plaintiff, including but not limited to that physical evidence which the plaintiff intends to introduce at the trial;

(2) For entry of an Order requiring that the plaintiff produce all reports of all and any scientific tests or experiments made or to be used in behalf of the plaintiff regarding all evidence in the possession of the plaintiff including but not limited to the evidence the plaintiff intends to introduce at the trial;

(3) For the entry of an Order requiring the plaintiff to disclose to the defendant any and all consideration or promises of consideration given to or on behalf of any witness whom the State will call at trial; or expected or hoped for by the witness. By "consideration," the defendant refers to absolutely everything, whether bargained for or not, which arguably could be of value or use to a witness or to persons of concern to the witness, including but not limited to, formal or informal, direct or indirect leniency, favorable treatment or recommendations, or other assistance with respect to any pending or potential criminal, parole, probation, pardon, clemency, civil, tax court, court of claims, administrative or other dispute with the State or with any other authority or with any other parties; criminal, civil or tax immunity grants; relief from forfeiture; payments of money, rewards or fees, witness fees and special witness fees, provision of food, clothing, shelter, transportation, legal services or other benefits; placement in a "witness protection program"; informer status of the witness; and anything else which

FOND DU LAC COUNTY, WI

NOV 1 4 2016

DISTRICT ATTORNEY
**FILED**

Case ID: 151103380
Control No.: 17090690

arguably could reveal an interest, motive, or bias in the witness in favor or the State or against the defendant or act as inducement to testify or to color testimony;

(4) For the entry of an Order requiring the plaintiff to disclose to the defendant any and all threats, express or implied, direct or indirect, or other coercion made or directed against the witness, criminal prosecutions, investigations, or potential prosecutions pending or which could be brought against the witness; any probationary, parole, deferred prosecution or custodial status of the witness; and any civil, tax court, court of claims, administrative, or other pending or potential legal disputes or transactions with the State or over which the State has a real, apparent, or perceived influence;

(5) For the entry of an Order requiring the plaintiff to disclose to the defendant the existence and identification of each occasion on which the witnesses have testified before any Court, John Doe, or other tribunal or body or otherwise officially narrated in relation to the defendant, the investigation, or the facts of this case;

(6) For the entry of an Order requiring the plaintiff to disclose to the defendant the existence and identification of each occasion on which each witness who was or is an informer, accomplice, co-conspirator, or expert has testified before any court, John Doe, or other tribunal body;

(7) For entry of an Order pursuant to State v. Simmons, 7 Wis. 2d 285, 292-293 (1973), the Fifth, Sixth and Fourteenth Amendments of the United States Constitution and Article I, Sections 7 and 8 of the Wisconsin Constitution ordering that the plaintiff disclose to the defendant the names, current addresses and current telephone numbers of all persons known to the plaintiff to have been witnesses to any acts alleged against the defendant or who heard or saw any activities alleged to have been committed by the defendant and possess relevant information to the charge in the information. This motion is made regardless of whether or not said person will be called as a witness in this matter;

(8) For entry of an Order pursuant to State v. Groh, 69 Wis. 2d 481, 486-488 (1975), State v. Van Ark, 62 Wis. 2d 155, 161-162 (1974), and Simos v. State, 53 Wis. 2d 493, 496-498 (1972), requiring that the plaintiff furnish to the defendant prior to trial copies of all written, audio tape or videotape recorded statements of witnesses the plaintiff intends to have testify at the trial including but not limited to copies of all police reports, show-ups, notebooks, and any and all other documents which contain any such statements;

(9) For entry of an Order requiring that the plaintiff produce any item of physical evidence which plaintiff intends to introduce at trial for scientific analysis under the terms and conditions prescribed by the court;

(10) For the entry of an Order requiring that the plaintiff obtain and give to the defendant a copy of all medical reports, charts, records, pictures, and any and all other documents

Case ID: 151103380
Control No.: 17090690

relating to the medical condition, examination and treatment of any witness, if the state intends to introduce evidence of this nature;

(11) For the entry of an Order requiring that the plaintiff obtain and give to the defendant a copy of all psychological and psychiatric reports, records, and any and all other documents relating to the mental and emotional condition and treatment of any witness, if the state intends to introduce evidence of this nature;

(12) For the entry of an Order, pursuant to State v. Maday, 179 Wis. 2d 346, 507 N.W. 2d 365 (Ct. App. 1993), directing that a witness submit to examination by defense expert, if the State has indicated its intent to present during its case-in-chief the testimony of one or more experts who have personally examined the witness and will testify regarding the witness' behavior or condition.

Dated at Fond du Lac, Wisconsin, this 14th day of November, 2016.

Amanda Nimmer
Attorney for the Defendant
State Bar No. 01097770

State Public Defender's Office
City-County Government Center
160 South Macy Street-1st Floor
Fond du Lac, WI 54935
(920) 929-3990

Case ID: 151103380
Control No.: 17090690



Fond du Lac County — Wisconsin
Clerk of Circuit Court
Ramona M. Geib
160 S Macy St
Fond du Lac, WI 5495

No. 052455

December 9, 2016

79-76
759

National Exchange Bank & Trust
Fond du Lac, WI 54935

Four hundred eighty five dollars and 96 cent************

PAY TO THE ORDER OF:

| Dollars | Cents |
|---|---|
| $**485 | 96 |

Void after 120 days

RAMANDA R VAN PAY
2652 HUMBOLDT RD
GREEN BAY WI 54311

**NOT NEGOTIABLE**
Authorized Signature

Fond du Lac County
160 S Macy St
Fond du Lac, WI 54895
Check Number: 052455

atement of Remittance
TACH BEFORE DEPOSITING CHECK

**For Your Records**
Check Date: December 9, 2016

ay to the order of: RAMANDA R VAN PAY                                    No. 16C 052455

2016CF000555 State of Wisconsin vs. Ramanda R Van Pay
    Trust Party: Ramanda R Van Pay    return bond posted for self- case dismissed              485.96

If you have any questions regarding this check
please contact the Clerk of Courts office at 920-929-3040.

Amount of check: $485.96

Case ID: 151103380
Control No.: 17090690



Fond du Lac County — Wisconsin
Clerk of Circuit Court
Ramona M. Geib
160 S Macy St
Fond du Lac, WI 549

National Exchange Bank & Trust
Fond du Lac, WI 54935

No. 052450

December 9, 2016

79-76
759

| | Dollars | Cents |
|---|---|---|
| | $**14 | 04 |

Fourteen dollars and 04 cents*** ****** ** **** ***** *******

Void after 120 days

PAY TO THE ORDER OF:

KENDREK A HAYDEN
2652 HUMBOLDT RD
GREEN BAY WI 54311

**NOT NEGOTIABLE**
Authorized Signature

---

Fond du Lac County
160 S Macy St
Fond du Lac, WI 54935
Check Number: 052450

Statement of Remittance
DETACH BEFORE DEPOSITING CHECK

**For Your Records**
Check Date: December 9, 2016

Pay to the order of: KENDREK A HAYDEN                    No. 16C 052450

2016CF000555 State of Wisconsin vs. Ramanda R Van Pay
Trust Party: Ramanda R Van Pay    return bond posted for Ramanda Van Pay- case
dismissed                                                                      14.04

If you have any questions regarding this check
please contact the Clerk of Courts office at 920-929-3040.

Amount of check: $14.04

Case ID: 151103380
Control No.: 17090690

STATE OF WISCONSIN CIRCUIT COURT FOND DU LAC COUNTY
CRIMINAL DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF WISCONSIN, **FILED** DEFENDANT'S
Plaintiff, DISCOVERY DEMAND
NOV 1 4 2016
vs.

RAMANDA R. VAN PAY, RAMONA M. GEIB
FOND DU LAC COUNTY, WIS. CASE NO. 16-CF-555
Defendant. Clerk Of Circuit Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TO: Office of the District Attorney
City-County Government Center
160 South Macy Street
Fond du Lac, WI 54935

Pursuant to secs. 971.23, and 972.11(1), Wis. Stats., the Wisconsin Evidence Code, the

Fifth, Sixth and Fourteenth Amendments to the United States Constitution, Article I, Sections 7

and 8 of the Wisconsin Constitution, and the supporting federal and state case law, the defendant

demands that the District Attorney disclose to defendant's attorney and permit defendant's

attorney to inspect and copy or photograph all the following materials and information, which is

in the possession, custody or control of the state:

(1) Any and all written and/or recorded statements made by the defendant concerning
the alleged crime(s), including the testimony of the defendant in a secret proceeding
under sec. 968.26 Wis. Stats. or before a grand jury and the names and addresses of
witnesses to the defendant's written statements;

(2) A written summary of all oral statements made by the defendant , which the district
attorney intends to use in the course of the trial and a list of the names and
addresses of all witnesses to such statements;

(3) Any evidence obtained in a manner described under sec. 968.31(2)(b) Wis. Stats., if
the District Attorney intends to use the evidence at trial;

(4) A written report detailing the defendant's conduct which the plaintiff intends to
introduce as implied admissions and the names and addresses of all witnesses to
such conduct;

(5) A copy of defendant's criminal record and juvenile adjudication record;
FOND DU LAC COUNTY, WI

NOV 1 4 2016

DISTRICT ATTORNEY
**FILED**

Case ID: 151103380
Control No.: 17090690

(6)    A list of all witnesses and their addresses whom the district attorney intends to call at the trial;

(7)    A copy of the criminal record and juvenile adjudication records, including out-of-state convictions as reflected in the CIB and FBI records, of those persons that the district attorney intends to call as witnesses;

(8)    Any relevant written or recorded statements of a witness named on a list under sec. 971.23(1)(d) Wis. Stats., and section 6 of this discovery demand, including any videotaped oral statements of a child under sec. 908.08 Wis. Stats.;

(9)    Any oral reports and statements of experts made in connection with the case and, if an expert did not prepare a report or statement, a written summary of the expert's findings or the subject matter of his or her testimony;

(10)    Any results of any physical or mental examination that the district attorney intends to offer in evidence at trial;

(11)    Any scientific test, experiment or comparison that the district attorney intends to offer in evidence at trial;

(12)    Notification of the district attorney's intention to offer evidence of a witness' mental, emotional or physical state to allow compliance with the requirements of State v. Maday, 179 Wis.2d 346, 507 N.W.2d 365 (Ct. App. 1993) and State v. Shiffra, 175 Wis. 2d 600, 499 N.W. 2d 719 (Ct. App. 1993);

(13)    Notification of the district attorney's intention to introduce evidence of deoxyribonucleic acid profile to prove or disprove the identify of any person;

(14)    Notice of any conduct of the defendant that the State intends to introduce under the provisions of sec. 904.04(2), Wis. Stats., as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident;

(15)    Disclose to the defendant any and all physical evidence that the district attorney intends to offer in evidence at the trial;

(16)    An inventory and copies of all items of evidence that the State has in its possession, knowledge or control in regards to this case or which were obtained from or belonged to the defendant together with the date, time, place and manner in which those items were obtained;

(17)    Any and all exculpatory evidence, including but not limited to the following, which would:

    a.    Negate the guilt of the defendant;

Case ID: 151103380
Control No.: 17090690

b.   Affect the weight or credibility of the evidence used against the defendant;

    (i.)    All promises, rewards, and inducements made by the district attorney or any of its agents to any witnesses that will testify at the trial in the above-captioned matter;

    (ii.)    And all information, reports, evidence of any form of bias, prejudice or untruthfulness of any witness that the district attorney intends to call at trial;

    (iii.)    Any and all statements of all individuals which may be inconsistent in whole or in part with any other statements made by the same individual;

    (iv.)    Any statements made by any individual which are inconsistent in whole or in part, with any and all statements made by other individuals who have given statements relevant to the charge against the defendant;

c.   Show that the defendant was suffering from a mental disease or defect at the time of the alleged offense; and

    (i.)    Lacked substantial capacity to appreciate the wrongfulness of his conduct at the time of the alleged offense and/ or,

    (ii.)    Lacked substantial capacity to conform his or her conduct to the requirements of law at the time of the alleged offense;

d.   Show that the defendant was in an intoxicated or drugged condition when the offenses charged were committed and this condition may have negated the existence of a state of mind essential to the crime(s) charged;

e.   Show that there was a mistaken identification of the defendant;

f.   Show that the defendant has an alibi;

g.   Shock the conscience and is favorable to the defendant;

h.   Extenuate, mitigate, or reduce the degree of the offense charged or the defendant's punishment therefore;

i.   Be inconsistent with the district attorney's theory of the defendant's guilt, and /or any other theory inculpating the defendant of any crime charged or uncharged, or which were inclusive or abortive of the same. this includes but is not limited to any and all reports, results and conclusions of all tests,

Case ID: 151103380

Control No.: 17090690

recreations, reconstructions, calculations or experiments made by the district attorney or agents acting on behalf of the district attorney;

j.  Show and document attempts by any law enforcement agency or anyone else to verify the defendant's version of the facts;

k.  Indicate that at the time of the offense the defendant acted as a result of an honest error whether of fact or law, other than criminal law, such that it negates the existence of a state of mind essential to the crime;

l.  Indicate that at the time of the offense a threat by a person caused the defendant to believe that his or her act was the only means of preventing imminent death or great bodily harm to the defendant or another and which caused the defendant to so act;

m.  Show that at the time of the offense that the pressure of natural physical forces which caused the defendant to reasonably believe that his or her act is the only means of preventing imminent public disaster, or imminent death or great bodily harm to the defendant or another and which caused the defendant to so act;

n.  Show that the defendant was acting with the belief or in the exercise of a privilege as to constitute a defense to the offense charged;

o.  Show that the defendant acted without the requisite intent, or with lack of intent, at the time of the offenses alleged;

p.  Show that the defendant acted with the consent of the owner of the property;

q.  Form the basis for further investigation by the defense;

(18) Defendant further demands that the district attorney comply with the continuing obligation to provide discovery to the defendant and promptly provide any information and evidence which the district attorney intends to offer as evidence which is discovered subsequent to the district attorney's initial compliance with discovery.

Dated at Fond du Lac, Wisconsin, this ___11___ day of November, 2016.

State Public Defender
City-County Government Center
160 S. Macy Street 1st Floor
Fond du Lac, WI 54935
920-929-3990

Amanda Nimmer
Attorney for the Defendant
State Bar No. 01097770

Case ID: 151103380
Control No.: 17090690

STATE PUBLIC DEFENDER - ORDER APPOINTING COUNSEL

NOTE TO CLIENT:  PLEASE CALL YOUR ATTORNEY IMMEDIATELY UPON RECEIPT OF THIS NOTICE

| | | | |
|---|---|---|---|
| Name: | Ramanda R Van Pay | DOC #: | Court Case No: |
| Address: | 2652 Humboldt Rd | Client ID:   fon0073882 | 16CF555 |
| | Green Bay, WI 54311 5741 | Incarcerated: | |

**FILED**

| | | |
|---|---|---|
| SPD ID: | 162001795A | SPD Case No:  16S-20-F-S01795 |
| Date of Birth: | 11/29/1989 | Telephone Number:   (920) 664-0405 |
| Nature of Case: | | Description: |

NOV 1 0 2016

RAMONA M. GEIB
FOND DU LAC COUNTY, WIS.
Clerk Of Circuit Court

943.20  Theft    1 Cnts:
        Charge Modifier
943.23  Operating Motor Vehicle w/o Consent    1 Cnts:
        Charge Modifier

County and Court:  Fond du Lac        Branch:  Circuit Court Br. 3

Judge:  Richard Nuss
Facility:

Next Court Appearance:

| Hearing Date | Hearing Time | Hearing Info | Comments |
|---|---|---|---|
| 12/08/2016 | 1:30 pm | Preliminary Hearing | |

Prior Attorney:

Other Information:

In accordance with Chapter 977 of the Wisconsin statutes, I hereby appoint the following attorney to represent the above named individual in relation to the above entitled proceedings:

| | | | |
|---|---|---|---|
| Attorney Name: | Amanda Nimmer | State Bar No: | 1097770 |
| Address: | 160 S Macy St Fl 1 | Attorney Telephone: | (920) 929 3990 |
| | Fond Du Lac, WI 54935 4241 | Date Appointed: | 11/8/2016 |
| Appointed By: | Jeffrey Haase | Supervisor ID: | 1026952 |
| SPD Office Handling: | Fond du Lac | SPD Office Phone #: | (920) 929 3990 |
| Dated: | 11/8/2016 | Date OAC Printed: | 11/8/2016 |

Office of the State Public Defender  -  Notice to Clients  -  File Retention Policy

When an attorney represents an individual, s/he makes and keeps a file of the documents and work done on the case. Attorneys on staff with the Office of the State Public Defender (SPD) create and maintain such files for each case. This notice applies only to cases handled by staff attorneys of the Office of the State Public Defender. If your case has been assigned to a private attorney, please consult that attorney about his or her file retention policy.

Upon the conclusion of the representation in this case, the SPD will, upon your request, deliver the original file or any portion requested, to you, along with any of your original documents or other property that the SPD has in its possession.

If you do not request your file, the SPD will retain it for a period of at least five years after the matter is closed. At any point during this period, you may request delivery of the file.

If you do not request the file before the end of the five-year period, the SPD may, in its discretion, destroy the file and its contents without further notice to you.

# Bond Payments

00018225 - VANPAY, RAMANDA R
Case #16CF555, Citation #, Warrant #, Arrest #16-14867, Cause #
Fond du Lac County
Bond Amount: $500.00

| Date | Type | Receipt # | User | Comment | Total |
|------|------|-----------|------|---------|-------|
| 11/7/2016 | XFER | 922795 | Tracy Schultz | Bond paid with resident funds, Bond Court Case # 16CF555 CR/Agency Arrest # 16-14867 | $485.96 |
| 11/7/2016 | Cash | 922804 | Lockdown User | 2652 HUMBOLDT RD GREEN BAY, WI 54311 | $14.04 |

Deposited By: KENDREK HAYDEN    2652 HUMBOLDT RD
GREEN BAY, WI 54311

Total Paid: $500.00
Remaining: $0.00

Confidential Property of Fond du Lac Jail

Case ID: 151103380
Control No.: 17090690

## ACKNOWLEDGEMENT BY PERSON POSTING BAIL/DEPOSIT

I hereby post a cash bail/deposit in the sum of $ __14.04__

concerning the arrest of __Ramanda R Vanpay__

I understand there is no guarantee this money will be returned to me because this bail/deposit MUST be applied to pay any restitution, fines, forfeitures and court costs, and can be forfeited if the defendant fails to appear in court.

_Kendrek A Hayden_
Signature of Depositor

__11-7-16__
Date

_Kendrek A. Hayden_
Print Name of Depositor

_2652 Humboldt Rd_
Street Address, Apt #

_Green Bay, WI, 54311_
City, State, Zip Code

_OP_
Officer Taking Bond Money

Case ID: 151103380
Control No.: 17090690

# Bond Payments

## 00018225 - VANPAY, RAMANDA R
Case #16CF555, Citation #, Warrant #, Arrest #16-14867, Cause #
Fond du Lac County
Bond Amount: $500.00

| Date | Type | Receipt # | User | Comment | Total |
|------|------|-----------|------|---------|-------|
| 11/7/2016 | XFER | 922795 | Tracy Schultz | Bond paid with resident funds. Bond Court Case # 16CF555 CRI/Agency Arrest # 16-14867 | $485.96 |
| 11/7/2016 | Cash | 922804 | Lockdown User | 2652 HUMBOLDT RD GREEN BAY, WI 54311 | $14.04 |

Deposited By: KENDREK HAYDEN
2652 HUMBOLDT RD
GREEN BAY, WI 54311

Total Paid: $500.00
Remaining: $0.00

Case ID: 151103380
Control No.: 17090690

| State of Wisconsin | Circuit Court | Fond du Lac County |
|---|---|---|

| STATE OF WISCONSIN | | DA Case No.: 2016FL003784 |
|---|---|---|
| | Plaintiff, | Assigned DA/ADA: Eric J. Toney |
| -VS- | | Agency Case No.: 16-14867 |
| | | Court Case No.: |
| Ramanda R Van Pay | | ATN: |
| 2652 Humboldt Rd | | |
| Green Bay, WI 54311 | | |
| DOB: 11/29/1989 | | |
| Sex/Race: F/W | | |
| Alias: | | **Criminal Complaint** |

Defendant,

Sergeant Jeff Bonack, of the Fond du Lac Sheriff, being first duly sworn, states that:

### Count 1: THEFT - MOVABLE PROPERTY ( > $10,000)

The above-named defendant Beginning 8/18/2016 12:01:00 AM and ending 11/5/2016 2:35:00 AM., at CTH T/HWY 26, SPRINGVALE, in the Town of Springvale, Fond du Lac County, Wisconsin, did intentionally retain possession of movable property of Hertz Rent-A-Car, having a value greater than $10,000, without consent, and with intent to permanently deprive the owner of possession of the property, contrary to sec. 943.20(1)(a) and (3)(c) 939.50(3)(g) Wis. Stats., a Class G Felony, and upon conviction may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than ten (10) years, or both.

### Count 2: OPERATING A MOTOR VEHICLE WITHOUT OWNER'S CONSENT

The above-named defendant Beginning 8/18/2016 12:01:00 AM and ending 11/5/2016 2:35:00 AM., at CTH T/HWY 26, SPRINGVALE, in the Town of Springvale, Fond du Lac County, Wisconsin, did intentionally take and drive a vehicle, 2016 Hyundai, without the consent of the owner, VICTIM, contrary to sec. 943.23(2), 939.50(3)(h) Wis. Stats , a Class H Felony, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than six (6) years, or both.

### PROBABLE CAUSE:

Complainant is a Sergeant with Fond du Lac County Sheriff's Office and basis this complaint upon the report and investigation of Deputy Trevor Theisen of the same agency with whom your complainant has worked with and knows to be competent and reliable.

Deputy Theisen's official police report states, in part, that:

On Saturday November 5, 2016, I, DEPUTY THEISEN, was assigned to patrol duties for the Fond du Lac County Sheriff's Office between the hours of 10:00 p.m. to 6:00 a.m. with DEPUTY DOWLAND acting as my field training officer. During this time I was operating marked squad car #110.

Shortly before 2:55 a.m. I conducted a traffic stop on State Hwy 26 just south of CTH T which resulted in the arrest of the operator. This area is located in the Township of Springvale, Fond du Lac County, State of Wisconsin.

While traveling southbound on State Hwy 26 just south of CTH T I observed a northbound vehicle on State Hwy 26 traveling in what appeared to be in excess of the posted speed limit of 55-mph. I did turn on the front deck of my Dual Stalker Radar unit in squad #110 and received a clear steady tone of 65, 65, 65 mph with no interference or obstructions. My patrol speed was verified. I conducted a traffic stop on this vehicle, which is described as a 2016 Hyundai, bronze in color, bearing Illinois license plate of N861742.

11/07/2016

Case ID: 151103380
Control No.: 17090690

STATE OF WISCONSIN - VS - Ramanda R Van Pay

The operator of the vehicle was identified with a valid Wisconsin driver's license as RAMANDA R. VAN PAY (1989). VAN PAY was advised why she was being pulled over and stated that she was just lost and going from Madison to her home address in Green Bay. At this time dispatch did advise me that the rental vehicle that VAN PAY was operating was reported stolen on October 8, 2016 by the Indianapolis Airport Police Department for not returning the vehicle. The serial number of the vehicle was checked with the stolen vehicles serial number, which was a match. SERGEANT KAHNKE was dispatched to my location for backup. VAN PAY'S information was ran through the Wisconsin Department of Transportation and revealed that her driving status was suspended.

While outside the vehicle DEPUTY DOWLAND asked VAN PAY if this vehicle was her rental vehicle, at which point she stated yes. VAN PAY went on to say that she rented the vehicle on August 18, 2016 from Hertz Rental Company in the Indianapolis airport. At that time Hertz Rental Company informed VAN PAY that when she arrived to Green Bay she will need to return the vehicle to the Green Bay location. VAN PAY also went on to say that she is making payments on the vehicle and had just called the rental company a day ago to update them on the rental vehicle payments. It should be noted that VAN PAY had no rental agreement paperwork in the vehicle but stated that the papers are located at her home. VAN PAY was informed that the vehicle had been reported to the Indianapolis Airport Police Department that the vehicle was stolen. VAN PAY stated that she had no idea that the vehicle was considered stolen.

DEPUTY DOWLAND did call the Indianapolis Airport Police Department and spoke with a Sergeant who stated that the vehicle was stolen. The Sergeant informed us that the vehicle did not need to be inventoried but it needed to be towed to a secure location. Dispatch later confirmed with the Indianapolis Airport Police Department that the vehicle is stolen.

Based on the foregoing the complainant believes this complaint to be true and correct.

Subscribed and sworn to before me,
and approved for filing on:

Dated: _____

                                     Complainant

_____
(Assistant)District Attorney

State Bar No. _____

Case ID: 151103380
Control No.: 17090690

STATE OF WISCONSIN, CIRCUIT COURT, FOND DU LAC Rec 11-07-16 COUNTY   **FILED**

Ramanda R. Van Pay
_Name of Arrested Person_

**Probable Cause Statement
and Judicial Determination**

NOV 0 7 2016

11/29/1989
_Date of Birth_

Agency Case No. 16-14867
Case No. lock 555

RAMONA M. GEIB
FOND DU LAC COUNTY, WIS.
Clerk Of Circuit Court

1. I state as follows: ☒ a. I am the arresting officer in this case OR
   ☐ b. I am a law enforcement officer and make this statement on information and belief.

2. The above-named person was arrested without a warrant on 11/05/16 ___ at 2:53 ___ ☒ a.m. ☐
   p.m.
   How identified: ☐ verbally  ☒ WI D.L.  ☐ Other: (specify) _____

3. I have probable cause to believe that the arrested person committed the following offense(s):

   | Offense(s) | Statute Number(s) | Offense(s) | Statute Number(s) |
   |---|---|---|---|
   | 1. Operating W/O owners consent | 943.23 | 2. Receiving stolen property | 943.34(1) |
   | 3. | | 4. | |

4. Information for following summary provided by: ☐ Alleged Victim: _____
   ☐ Other: _____

5. I believe the arrested person committed this offense(s) because the alleged victim(s) ☒ did  ☐ did not
   consent to the above listed offense(s):    _Summarize below and/or_ ☐ See documentation
   attached.

   On Saturday, November 05, 2016, Deputy Theisen conducted a traffic stop on STH 26 South of CTH T, which is located in

   the Township of Rosendale, Fond du Lac County, State of Wisconsin. Deputy Theisen identifed the driver with a valid WI

   DL as Ramanda R. Van Pay. Deputy Theisen ran the vehicle's registration through dispatch. Dispatch advised the vehicle

   was listed as stolen through Indanpolis Airport Police Department since October 8th, 2016, which was later confirmed.

   Ramanda stated that she did rent the vehicle at the Indanpolis Airport August 18th, 2016. Ramanda states that she is making

   payments on the vehicle.

   Subscribed and sworn to before me
   on: 11/5/16                                             ᵀ~78
                                                           _Signature of Person completing Affidavit_
   ___02___                                                #78 Fond Du Lac County Sheriff's Office
   Notary Public, State of Wisconsin                       _Badge Number/Department_
   My commission expires: 6/30/19        Date: 11/05/16    Time: 4:28    ☒ am ☐ pm

   **Probable Cause Determination**
   I have reviewed the probable cause statement from the arresting officer. Based on this statement:
   ☒ 1.  I find probable cause to believe that the arrested person committed the offense(s) ☒ as listed above OR
         ☐ as follows: _____
         ☒ Bail is set as follows: ___Band Book___
   ☐ 2.  I do not find sufficient probable cause to have been presented and direct that the arrested person be released
         from this custody. Reason(s) probable cause not found (optional): _____

   ☐ Telephone Conference Call Determining Probable Cause
   The initial probable cause was determined by a telephone
   conference call. The judge/commissioner instructed me to affix the
   decision, his/her signature, and date and time in the appropriate
   location, to be countersigned later by the judge/commissioner.

   BY THE COURT:
   ___Peter L Gren___
   _Circuit Court Judge/Circuit Court Commissioner_

   _____
   _Officer's Signature_

   _Name Printed or Typed_
   11-6-16      5:03  ☐ a.m. ☒ p.m.
   _Date_       _Time_

Distribution:
1. Court - Original
2. Sheriff
3. Facility
4. Arrested Person/Counsel

CR-215, 04/09 Probable Cause Statement and Judicial Determination                §970.01, Wisconsin Statutes; 4th Amendment, US Constitution
This form shall not be modified. It may be supplemented with additional material.

Case ID: 151103380
Control No.: 17090690

**STATE OF WISCONSIN**　　　　　　　**CIRCUIT COURT**　　　　　　　**FOND DU LAC COUNTY**

State of Wisconsin vs. Ramanda R Van Pay

**Minutes -**
**Criminal/Traffic/Forfeiture**

Case No.: 2016CF000555

| Clerk: Amber Letcunieau | Date: 11-07-2016 | Reporter Michelle Kreidler | **FILED** |
| Activity: Initial appearance | Time: 11:00 am | Court Official Peter L. Grimm, Judge Interpreter | NOV 0 7 2016 |

RAMONA M. GEIB
FOND DU LAC COUNTY, WIS.
Clerk Of Circuit Court

**Appearances**

☐ State of Wisconsin, Plaintiff
☒ Ramanda R Van Pay, Defendant
☒ In Custody ☐ No Appearance ☐ Waived

☒ Eric Toney, District Attorney
☒ Amanda Nimmer
☐ Requested ☐ Waived

| Ct No. | Description | Statute | Severity | Plea | Violation Date | Amended From | Adjudication |
|---|---|---|---|---|---|---|---|
| | Theft-Movable Property $943.20(1)(a) >$10,000 | | Felony G | | 08-18-2016 | | |
| | Take and Drive Vehicle $943.23(2) w/o Consent | | Felony H | | 08-18-2016 | | |

eking w/ 16-TR-11700 - no plea taken at this time
rt reviews the complaint

_X_ In Custody _____ Voluntary Appearance _X_ Video Conference

Warrant:
_____ Issued Amount $_____ Body Only_____ Canceled_____

Plea: _____ Not Guilty _____ No Contest _____ Guilty

Bond: $ 500 _____ Signature _X_ Cash
　　　　　　　　 $500 CB

Conditions of Bond:
_X_ Fingerprints & Photo
_____ No use/possession of dangerous weapons
_____ Absolute sobriety. No bars/taverns. Not to possess alcohol.
_____ No use or possession of controlled substances w/ out valid prescription
_____ No contact with:
_X_ Other: Cannot rent or lease any Cars

Time limits waived for Preliminary Hearing _X_ Yes _____ No

Next Activity: Dec 8 130 Nuss

:GF-201(CCAP), 05/2011 Minutes - Criminal/Traffic/Forfeiture
This form shall not be modified. It may be supplemented with additional material.

Case ID: 151103380
Control No.: 17090690

STATE OF WISCONSIN, CIRCUIT COURT, **FOND DU LAC** **COUNTY** | For Official Use

State of Wisconsin

vs

**Ramanda R. Van Pay**
Defendant

11-29-89
Date of Birth

☐ Amended

**Bail/Bond**

Case No. **16 CF 555**

Citation No. _____

**FILED**

NOV 0 7 2016

RAMONA M. GEIB
FOND DU LAC COUNTY, WIS.
Clerk Of Circuit Court

**A. Monetary Conditions of Release**

1. ☒ CASH BAIL: Cash bail of $ **500·00** shall be deposited. Date deposited _____
2. ☐ SIGNATURE BOND: ☐ Defendant and/or ☐ Surety guarantees compliance with the terms of this bond by pledging $ _____
3. ☐ PROPERTY BOND: ☐ Defendant and/or ☐ Surety guarantees compliance with the terms of this bond by pledging $ _____ in personal or real property (description attached).

Surety name(s): _____

If the defendant does not comply with the terms of this bail/bond, the bail/bond will be forfeited and the defendant and/or surety may be ordered to pay the amount of the bond.

*Any restitution, recompense, fines, forfeitures or costs imposed against the defendant shall be paid out of the bail/bond without further notice.*

**B. Additional Conditions of Release**

- Defendant shall appear on all court dates.
- Defendant shall give written notice to the Clerk of this Court within 48 hours of any change of address or telephone number.
- Defendant shall not commit any crime.
- Defendant shall neither directly nor indirectly threaten, harass, intimidate or otherwise interfere with victims or witnesses in this action.
- Other Fingerprints/Photo Cannot rent or lease any cars.

☐ See attached

Federal law provides penalties for, and you may be prohibited from possessing, transporting, shipping, receiving or purchasing a firearm, including, but not limited to, a rifle, shotgun, pistol, revolver, or ammunition, pursuant to 18 U.S.C. 922(g)(8)-(9).

The sheriff shall detain the defendant in custody until the defendant has signed the bond, complied with the monetary conditions of release, or is otherwise discharged. Preliminary Htng - Judge Nuss

I have received a copy of this bail/bond and I agree to its terms. I understand that the court date(s) is/are:

| Circuit Court Location | | | Date 12-08-16 | Time 130 |
|---|---|---|---|---|
| City-County Gov. Center, 2nd FL, 160 S. Macy St., FDL, WI 54935 | | | | |
| Defendant's Signature Kamanda Van Pay | Date 11-7-16 | Defendant's Address 2652 Humboldt Rd Green Bay WI 54311 | | Telephone Number 920·Co CoL4-0405 |
| Surety's Signature | Date | Surety's Address | | Telephone Number |

☒ I have furnished the defendant with a copy of this document.

Au
Signature
Clerk
Title

11-07-16
Date

CR-203, 02/11 Bail/Bond

§§969.0111, 345.32, 940.49, Ch. 969, 969.02(6), 969.03(4) and 969.13, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**

Case ID: 151103380
Control No.: 17090690

| State of Wisconsin | Circuit Court | Fond du Lac County |
|---|---|---|

STATE OF WISCONSIN

-VS-

**FILED**

NOV 0 7 2016

RAMONA M. GEIB
FOND DU LAC COUNTY, WIS.
Clerk Of Circuit Court

DA Case No.: 2016FL003784
Assigned DA/ADA: Eric J. Toney
Agency Case No.: 16-14867
Court Case No.: 16CF555
ATN:

Ramarda R Van Pay
2652 Humboldt Rd
Green Bay, WI 54311
DOB: 11/29/1989
Sex/Race: F/W
Alias:

**Criminal Complaint**

Defendant,

Sergeant Jeff Bonack, of the Fond du Lac Sheriff, being first duly sworn, states that:

## Count 1: THEFT - MOVABLE PROPERTY ( > $10,000)

The above-named defendant Beginning 8/18/2016 12:01:00 AM and ending 11/5/2016 2:35:00 AM., at CTH T/HWY 26, SPRINGVALE, in the Town of Springvale, Fond du Lac County, Wisconsin, did intentionally retain possession of movable property of Hertz Rent-A-Car, having a value greater than $10,000, without consent, and with intent to permanently deprive the owner of possession of the property, contrary to sec. 943.20(1)(a) and (3)(c), 939.50(3)(g) Wis. Stats., a Class G Felony, and upon conviction may be fined not more than Twenty Five Thousand Dollars ($25,000), or imprisoned not more than ten (10) years, or both.

## Count 2: OPERATING A MOTOR VEHICLE WITHOUT OWNER'S CONSENT

The above-named defendant Beginning 8/18/2016 12:01:00 AM and ending 11/5/2016 2:35:00 AM., at CTH T/HWY 26, SPRINGVALE, in the Town of Springvale, Fond du Lac County, Wisconsin, did intentionally take and drive a vehicle, 2016 Hyundai, without the consent of the owner, VICTIM, contrary to sec. 943.23(2), 939.50(3)(h) Wis. Stats., a Class H Felony, and upon conviction may be fined not more than Ten Thousand Dollars ($10,000), or imprisoned not more than six (6) years, or both.

## PROBABLE CAUSE:

Complainant is a Sergeant with Fond du Lac County Sheriff's Office and basis this complaint upon the report and investigation of Deputy Trevor Theisen of the same agency with whom your complainant has worked with and knows to be competent and reliable.

Deputy Theisen's official police report states, in part, that:

On Saturday, November 5, 2016, I, DEPUTY THEISEN, was assigned to patrol duties for the Fond du Lac County Sheriff's Office between the hours of 10:00 p.m. to 6:00 a.m. with DEPUTY DOWLAND acting as my field training officer. During this time I was operating marked squad car #110.

Shortly before 2:53 a.m. I conducted a traffic stop on State Hwy 26 just south of CTH T which resulted in the arrest of the operator. This area is located in the Township of Springvale, Fond du Lac County, State of Wisconsin.

While traveling southbound on State Hwy 26 just south of CTH T I observed a northbound vehicle on State Hwy 26 traveling in what appeared to be in excess of the posted speed limit of 55-mph. I did turn on the front deck of my Dual Stalker Radar unit in squad #110 and received a clear steady tone of 65, 65, 65 mph with no interference or obstructions. My patrol speed was verified. I conducted a traffic stop on this vehicle, which is described as a 2016 Hyundai, bronze in color, bearing Illinois license plate of N861742.

11/07/2016

Case ID: 151103380
Control No.: 17090690

STATE OF WISCONSIN - VS - Ramanda R Van Pay

The operator of the vehicle was identified with a valid Wisconsin driver's license as RAMANDA R. VAN PAY (1989). VAN PAY was advised why she was being pulled over and stated that she was just lost and going from Madison to her home address in Green Bay. At this time dispatch did advise me that the rental vehicle that VAN PAY was operating was reported stolen on October 8, 2016 by the Indianapolis Airport Police Department for not returning the vehicle. The serial number of the vehicle was checked with the stolen vehicles serial number, which was a match. SERGEANT KAHNKE was dispatched to my location for backup. VAN PAY'S information was ran through the Wisconsin Department of Transportation and revealed that her driving status was suspended.

While outside the vehicle DEPUTY DOWLAND asked VAN PAY if this vehicle was her rental vehicle, at which point she stated yes. VAN PAY went on to say that she rented the vehicle on August 18, 2016 from Hertz Rental Company in the Indianapolis airport. At that time Hertz Rental Company informed VAN PAY that when she arrived to Green Bay she will need to return the vehicle to the Green Bay location. VAN PAY also went on to say that she is making payments on the vehicle and had just called the rental company a day ago to update them on the rental vehicle payments. It should be noted that VAN PAY had no rental agreement paperwork in the vehicle but stated that the papers are located at her home. VAN PAY was informed that the vehicle had been reported to the Indianapolis Airport Police Department that the vehicle was stolen. VAN PAY stated that she had no idea that the vehicle was considered stolen.

DEPUTY DOWLAND did call the Indianapolis Airport Police Department and spoke with a Sergeant who stated that the vehicle was stolen. The Sergeant informed us that the vehicle did not need to be inventoried but it needed to be towed to a secure location. Dispatch later confirmed with the Indianapolis Airport Police Department that the vehicle is stolen.

Based on the foregoing, the complainant believes this complaint to be true and correct.

Subscribed and sworn to before me,
and approved for filing on:

Dated: _____

_____
(Assistant)District Attorney

State Bar No.     10205555

Complainant _____

Case ID: 151103380
Control No.: 17090690

| STATE OF WISCONSIN | CIRCUIT COURT | FOND DU LAC COUNTY |
|---|---|---|

| STATE OF WISCONSIN, Plaintiff, | | MOTION AND ORDER FOR DISMISSAL |
|---|---|---|

**FILED**

DEC - 6 2016

RAMONA M. GEIB
FOND DU LAC COUNTY, WIS.
Clerk Of Circuit Court

vs.

RAMANDA R VAN PAY,
Defendant.

Case No. 2016CF000555
2016TR11700
D.A. No. 2016FL003784

Now comes the State of Wisconsin and hereby moves the Court for an order dismissing the case without prejudice.

Remarks: The theft complaint was made in error by the victim. There is an accompanying ticket that should be dismissed as well

Dated this 5th day of November, 2017 2016

Dennis Krueger
Deputy District Attorney
State Bar No. 1009923
160 South Macy Street
Fond du Lac, WI 54935
(920) 929-3048

### ORDER

Upon the above motion, it is hereby ordered that this matter is dismissed without prejudice.

Dated this 6 day of Dec, 2016

Circuit Court Judge

Cc: Amanda Nimmer
11/30/2016    D-U
             D-A .

Case ID: 151103380
Control No.: 17090690

**You Are Notified To Appear**
(Appearance Required: No

Date
11/21/2016

Time
2:00 PM

Form No. and Version CTL
MV4017      09/2001
Estimated Points        DEPOSIT
3                       $200.50

Court Use

**CITATION NO,**
C7565983
Cash-Card
N      N

FON'D DU LAC COUNTY CIRCUIT COURT
16 S MACY ST
FON'D DU LAC, WI 54935

| Defendant | | | Birth Date 11/29/1989 | Sex F | Race W |
|---|---|---|---|---|---|
| AN PAY, RAMANDA R 652 HUMBOLDT RD REEN BAY, WI 54311 | | | HT. 5' 07" | WT. 130 lbs | Hair BLD | Eyes BLU |

| river License/Identification Card Number 5107366992302 | | State WI | Exp. Yr. 2018 | | | |
|---|---|---|---|---|---|---|
| cense Plate Number 861742 | Plate Type AUT | State IL | Exp. Yr. 2016 | | | |
| ehicle Identification Number 4PDR4AE4GR729559 | US DOT | Haz Mat No | | OPERATING AS: Driver Endorsements | Class D | CDL Waiver |
| ehicle Year 316 | Make HYUN | Type 4D | Color BRO | | | CMV No |

laintiff
OUNTY OF FOND DU LAC

Ordinance Violated
54-1

Adopting State Statute
343.44(1)(a)

olation Description
RRIVING AFTER SUSPENSION

BAC

Overweight

Agency Space

eek Day
Saturday

Date
11/05/2016

Time
2:35 AM

Actual Speed

Legal

Over

ounty
OND DU LAC

City/Village/Town
19  Springvale, Town of

n Hwy. No. and/or Street Name
GHWAY 026 N, NB

Estimate Distance
0.44    MI    N

om/At Hwy. No. and/or Street Name
KERT; HOLLANDER RD

GPS Coordinates

Minor Passenger
N

ficer Name
EVON THEISEN

Zone: RR | Utility | School | Const
N    N    N    N

Accident Severity

ficer ID
Department
FOND DU LAC COUNTY SHERIFF

Date Citation Served
11/05/2016

Method
IN PERSON

=== **REPORT OF THE COURT DISPOSITION** ===

udicating Court

Adjudicating Court Code

Adjudicating Date

Judge Code

ended Charge and Description

Speed amended to:

utication:

Plea

cribe other Disposition/Comments

Vacate refusal

1) 1059 WisDOT
.11, Wisc. Statute

replicated copy of issued
**WISCONSIN UNIFORM CITATION**

If you have a disability and need help in court, please contact the above Clark of Court's office.

Case ID: 151103380
Control No.: 17090690

**STATE OF WISCONSIN** | **CIRCUIT COURT** | **FOND DU LAC COUNTY**

State of Wisconsin vs. Ramanda R Van Pay

**Minutes -**
**Criminal/Traffic/Forfeiture**

Case No.: 2016CF000555

| Clerk: Amber Letourneau | Date: 11-07-2016 | Reporter Michelle Kreidler | **FILED** |
| Activity: Initial appearance | Time: 11:00 am | Court Official Peter L. Grimm, Judge Interpreter | NOV 0 7 2016 |

RAMONA M. GEIB
FOND DU LAC COUNTY, WIS.
Clerk Of Circuit Court

**Appearances**

☐ State of Wisconsin, Plaintiff
☒ Ramanda R Van Pay, Defendant
☒ In Custody ☐ No Appearance ☐ Waived

☒ Eric Toney, District Attorney
☒ Amanda Nimmer
☐ Requested ☐ Waived

| Ct No. | Description | Statute | Severity | Plea | Violation Date | Amended From | Adjudication |
|---|---|---|---|---|---|---|---|
| 1 | Theft-Movable Property >$10,000 | 943.20(1)(a) | Felony G | | 08-18-2016 | | |
| 2 | Take and Drive Vehicle w/o Consent | 943.23(2) | Felony H | | 08-18-2016 | | |

Tracking w/ 16TR11700 - no plea taken at this time
Court reviews the complaint

___X___ In Custody _____ Voluntary Appearance ___X___ Video Conference

Warrant:
_____ Issued Amount $_____ Body Only_____ Canceled_____

Plea: _____ Not Guilty _____ No Contest _____ Guilty

Bond: $ 500 _____ Signature _X_ Cash
$ 500 CB

Conditions of Bond:
_X_ Fingerprints & Photo
_____ No use/possession of dangerous weapons
_____ Absolute sobriety. No bars/taverns. Not to possess alcohol.
_____ No use or possession of controlled substances w/ out valid prescription
_____ No contact with
_X_ Other: Cannot rent or lease any cars

Time limits waived for Preliminary Hearing _X_ Yes _____ No
Next Activity: Dec 8 130 Nuss

GF-231(CCAP), 05/2011 Minutes - Criminal/Traffic/Forfeiture
This form shall not be modified. It may be supplemented with additional material.

Case ID: 151103380
Control No.: 17090690

Fond du Lac, County of vs. Ramanda R Van Pay

**Notice of Hearing**

Case No: 2016TR011700

FILED
11-07-2016
Clerk of Courts
Fond du Lac County WI

COURT ORIGINAL

This case is scheduled for: **Further proceedings**

| Date | Time | Location |
|------|------|----------|
| 12-08-2016 | 01:30 pm | City/County Government Center - 2nd Floor |
| Court Official | | 160 S Macy St |
| Richard J Nuss | | Fond du Lac WI 54935 |
| Re | | |
| 1 - Operating While Suspended | | |

This matter will not be adjourned by the court except upon formal motion for good cause or with the specific approval of the court upon stipulation by all parties.

TRACKING WITH 16CF 555

If you require reasonable accommodations due to a disability in order to participate in the court process, please call 920-929-3030 at least 10 working days prior to the scheduled court date. Please note that the court does not provide transportation.

Fond du Lac County Circuit Court
Date: November 7, 2016

| Distribution | Address | Service Type |
|--------------|---------|--------------|
| Court Original | | |
| Eric Toney | 160 South Macy Street, Fond du Lac, WI 54935 | Mail Notice |
| Ramanda R Van Pay | 2652 Humboldt Rd, Green Bay, WI 54311 | Mail Notice |
| Fond du Lac Sheriffs Dept | 160 S Macy St, Fond du Lac, WI 54935 | Mail Notice |

GF-130 (CCAP), 10/2009 Notice of Hearing

This form shall not be modified. It may be supplemented with additional material.

Case ID: 151103380
Control No.: 17090690

# EXHIBIT 7

Case ID: 151103380
Control No.: 17090690

PO BOX 9129
LOUISVILLE, KY 40209-0129
502.368.6524
FLYLOUISVILLE.COM



Louisville
AIRPORT AUTHORITY

### Certification of Records

The copies of records for which this certification is made are true and complete reproductions of the original (with redactions of police reports and emails in accordance with KRS 61.878(1) 67.878 (1)(a) and (1)(h) and KRS 17.150(2)(b) and (d) . The original records were made in the regular course of business, and it was the regular course of The Louisville Regional Airport Police to make such records at or near the time of the matter recorded.

Natalie Ciresi Chaudoin

So sworn to before me by Natalie Chaudoin, Director of Public Relations, Louisville Regional Airport Authority on this the 25th Day of August 2017.

Notary Public

My Commission Expires: 2-5-2018

LOUISVILLE INTERNATIONAL AIRPORT (SDF)    BOWMAN FIELD (LOU)

LRAA@FLYLOUISVILLE.COM · FAX ADMINISTRATIVE 502.367.0199 · FAX ENGINEERING 502.368.5895
FAX MAINTENANCE/PURCHASING AND PROCUREMENT 502.380.8270

Case ID: 151103380
Control No.: 17090690

**Grimes, Josh**

| | |
|---|---|
| **From:** | Andrew J Simpson <asimpson@hertz.com> |
| **Sent:** | Tuesday, March 10, 2015 6:13 PM |
| **To:** | Grimes, Josh |
| **Cc:** | Jack Fillner |
| **Subject:** | RE: Contact info for Hertz RAC |

JTMBFREV8D5016133 -
          11/26/2015 (rented)

1N4AL2EP4DC194443 -

From:   "Grimes, Josh" <Josh.Grimes@flylouisville.com>
To:     Andrew J Simpson <asimpson@hertz.com>,
Date:   03/10/2015 04:52 PM
Subject:RE: Contact info for Hertz RAC

Andrew,

LMPD recovered the below vehicle and made an arrest.  The Officer has entered a Hertz contract into evidence.  This is apparently a non return vehicle.  Can you check your files for who it was last rented to?

| Gray | 2013 | Toyota | RAV4 | L247974 | IL |
|---|---|---|---|---|---|
| | JTMBFREV8D5016133 | | | | |

JCSO recovered the below vehicle abandoned.

| Red | 2013 | Nissan | Altima | BKW3774 |
|---|---|---|---|---|
| TX | 1N4AL2EP4DC194443 | | | |

Capt. Josh Grimes
Department of Public Safety
Louisville International Airport
POLICE-FIRE-EMS
(502) 366-2611  Firehouse
(502) 380-8380  Captain's Office
(502) 366-6074  Fax

-----Original Message-----
From: Andrew J Simpson [mailto:asimpson@hertz.com]
Sent: Wednesday, March 04, 2015 9:46 AM
To: Grimes, Josh
Cc: Jack Fillner
Subject: Contact info for Hertz RAC

1

Case ID: 151103380
Control No.: 17090690

**Grimes, Josh**

| | |
|---|---|
| **From:** | Communications Center |
| **Sent:** | Friday, March 27, 2015 1:52 PM |
| **To:** | Grimes, Josh; Hairgrove, Jason |
| **Subject:** | Located Vehicle |

Josh and Jason,

      Max Aubrey with HERTZ on Preston HWY called and reported that he located a previously reported stolen vehicle on his lot today. The case number for the airport is **P15-0107**. The vehicle was believed to have been misplaced. Aubry stated that the vehicle was taken to Commonwealth Dodge for a recall and then picked up last Thursday. Aubrey then stated the vehicle has been sitting on their lot for the past week. The vehicle's info is listed below. Max's contact number is 502-961-7163. I have called and faxed the vehicle info to JCSO and requested that it be taken out of NCIC. Let me know it you need me to do a supplement.

BLUE 2013 DODGE Charger
Maryland tag number: 7BA3272.
VIN: 2C3CDXBG2DH663807.

ET.

1

Case ID: 151103380
Control No.: 17090690

**Grimes, Josh**

| | |
|---|---|
| **From:** | Jack Fillner <jfillner@hertz.com> |
| **Sent:** | Friday, April 24, 2015 5:08 PM |
| **To:** | Grimes, Josh |
| **Subject:** | RE: |

Thank you for the information. I am glad to see them making their way back.

Have a great weekend.

**From:** Grimes, Josh [mailto:Josh.Grimes@flylouisville.com]
**Sent:** Friday, April 24, 2015 10:24 AM
**To:** Jack Fillner
**Subject:**

These are all of the 2015 reports we have for Hertz.  Green is recovered.  Yellow are still outstanding.  The mustang this morning recovered is P15-0068.  If you need a copy of any of these reports you can get those by going to buycrimes.com and using this report # in the local code field and selecting Louisville Airport Police as the agency.

P15-0063
P15-0066
P15-0067
P15-0068
P15-0069
P15-0070
P15-0071
P15-0072
P15-0073
P15-0074
P15-0075
P15-0087
P15-0088
P15-0089
P15-0101
P15-0102
P15-0103
P15-0104
P15-0105
P15-0106
P15-0107
P15-0108
P15-0109

Capt. Josh Grimes
*Department of Public Safety*
**Louisville International Airport**
**POLICE-FIRE-EMS**

Case ID: 151103380
Control No.: 17090690

**Grimes, Josh**

| | |
|---|---|
| **From:** | Sohan, Jim |
| **Sent:** | Friday, June 26, 2015 12:55 PM |
| **To:** | Watkins, Robert; Grimes, Josh |
| **Cc:** | Hairgrove, Jason |
| **Subject:** | RE: Hertz |

Concur.

*Thanks,*

*Jim*

**From:** Watkins, Robert
**Sent:** Friday, June 26, 2015 12:42 PM
**To:** Grimes, Josh; Sohan, Jim
**Cc:** Hairgrove, Jason
**Subject:** RE: Hertz

I agree 100%.  Actually 'that was what I was thinking'.

# *Mike Watkins*

## Assistant Chief
## Department of Public Safety
## Louisville Regional Airport
## Work 502 380-8283
## Cell   502 608-7739

**From:** Grimes, Josh
**Sent:** Friday, June 26, 2015 12:11 PM
**To:** Watkins, Robert; Sohan, Jim
**Cc:** Hairgrove, Jason
**Subject:** Hertz

Off. Hairgrove spoke to a Hertz sales rep in Nashville who confirmed they received a car from a customer that was originally rented in Louisville back in March.  It sat on  his lot for 60 days until it was sold 6/6 to a car lot in Hopkinsville, KY.  We took a report on 3/25 from Hertz that this was stolen missing from their inventory.

After that, we did a complete search online of all VIN #'s in the stolen auto database and got a return of 2 more Hertz autos believed to have been sold or scrapped.  The Nashville Hertz rep commented that Louisville office is horrible with their paperwork and vehicle tracking.

Until Hertz corporate takes some action with their Louisville lot and personnel, I recommend that we suspend taking stolen auto reports for Hertz for "missing inventory" unless they physically see someone steal an auto, have evidentiary proof of such or obviously non returns that warrants have been taken.  Hairgrove has reached out to their Corporate Security office.

Case ID: 151103380
Control No.: 17090690

Capt. Josh Grimes
*Department of Public Safety*
**Louisville International Airport**
**POLICE-FIRE-EMS**
(502) 366-2611  Firehouse
(502) 380-8380  Captain's Office
(502) 366-6074  Fax

Case ID: 151103380
Control No.: 17090690

## Grimes, Josh

| | |
|---|---|
| **From:** | Jack Fillner <jfillner@hertz.com> |
| **Sent:** | Tuesday, September 15, 2015 8:01 AM |
| **To:** | Grimes, Josh |
| **Subject:** | RE: P15-0074 |

Sorry I didn't get back to you sooner. As for this unit, this was not one of the vehicles that we saw drive off of our lot at the airport similar to the vehicles we have had taken from us recently. I was also not told of anything left in the vehicle that could be used as evidence.

**From:** Grimes, Josh [mailto:Josh.Grimes@flylouisville.com]
**Sent:** Saturday, September 12, 2015 10:20 AM
**To:** Jack Fillner
**Subject:** P15-0074

Hi Jack,

Was the 2013 Silver Chevy Cruze recovered on the Hurstbourne hertz lot a stolen vehicle or just misplaced in inventory?  It determines whether we close a case or keep it open for a suspect.  If it was a theft, was there anything left in the vehicle that could be of evidence value?

## Capt. Josh Grimes
*Department of Public Safety*
**Louisville International Airport**
**POLICE-FIRE-EMS**
(502) 366-2611  Firehouse
(502) 380-8380  Captain's Office
(502) 366-6074  Fax

-------------- This message (including attachments) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free. ----------------

Case ID: 151103380
Control No.: 17090690

**Grimes, Josh**

| | |
|---|---|
| **From:** | Underdown, James |
| **Sent:** | Saturday, September 19, 2015 4:11 AM |
| **To:** | Cope, Cliff; Grimes, Josh; Hairgrove, Jason |
| **Cc:** | Watkins, Robert |
| **Subject:** | Stolen Vehicle Information |
| **Attachments:** | Stolen Vehicle.docx |

This is a stolen vehicle we entered as stolen and was picked up in Plainfield,IN, it was turned into Hertz and they apparently forgot about it. It turned up at Adesa Auto Auction in Plainfield and is still there, they wanted us to contact them with the phone number on the sheet. I was told to pass to the captain's and PSO Hairgrove. I have a printout of the tag in my mailbox if needed. Any questions, let me know.

Jim

Case ID: 151103380
Control No.: 17090690

Ky tag 306TAC

Case # P15-0149

Location: Plainfield,In

Recovering Agency: Plainfield PD

Arrest: N/A

Abandoned: N/A

Condition: Ready for Auction

Vehicle is currently at Adesa Auctions, located at 2950 E Main in Plainfield,IN

Tx: 317-838-8000

Returned from lease on 20150617, vehicle was returned and forgot about by Hertz

P15-0149

P15-0074
P15-0107

Case ID: 151103380
Control No.: 17090690

**Grimes, Josh**

| | |
|---|---|
| **From:** | Sohan, Jim |
| **Sent:** | Tuesday, January 19, 2016 12:45 PM |
| **To:** | ARFF Captains; Watkins, Robert |
| **Subject:** | Clear direction on Rental Car Issues |

1.  If a rental car company can clearly articulate a stolen vehicle ( a person turns in a car, but, someone jumps in and steals it, for instance ) then that is TBUT Auto.
2.  If the company rented a car to John Doe and he was supposed to return it two weeks ago but hasn't, you *may* take an Unauthorized Use of a Motor Vehicle Report
3.  If a rental car company goes downtown and gets a warrant for a person, you may then take a report for that offense listed on the warrant, AND, if it's a felony, enter the vehicle into NCIC

1

Case ID: 151103380
Control No.: 17090690

*SUPPLEMENT*

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | | INCIDENT NUMBER | KY P12-0078 | |
|---|---|---|---|---|---|---|

**ADMINISTRATIVE**

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/28/2012 03:25 TO 05/16/2012 09:25 | ESTIMATE | 05/16/2012 | 09:25 | 09:25 | 09:25 | 09:55 |

| REPORTED BY: HERTZ, RENT-A-CAR | | HOW REPORTED |
|---|---|---|
| LICENSE/ID STATE: | LICENSE/ID NUMBER: | IN PERSON |

| ADDRESS: 440 HURON AVE | | | | |
|---|---|---|---|---|
| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | PHONE NUMBER: (502) 361-1145 | |

| EXACT LOCATION OF OFFENSE | 4653 AIRFREIGHT DR | | | |
|---|---|---|---|---|
| | ADDRESS: 4653 AIRFREIGHT DR | | | |
| | CITY: LOUISVILLE | | STATE: KY | ZIP CODE: 40209 |
| | COUNTY: JEFFERSON | LATITUDE 38 DEG 11.088 MIN | LONGITUDE 85 DEG 44.694 MIN | |

**OFFENSE DATA**

| SEQUENCE # 1 OF 1 | LOCATION TYPE: AIR/BUS/TRAIN TERMINAL | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|
| OFFENSE DESCRIPTION: TBUT OR DISP - AUTO | | | |

| OFFENSE CODE: 24049 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: A | DEGREE: M | COUNTS: 1 | | |
|---|---|---|---|---|---|---|---|
| BIAS MOTIVATION: NONE (NO BIAS) | | METHOD ENTRY: | NUMBER PREMISES: | | | | |
| SCHOOL NAME: | | | SCHOOL TYPE: | | | CAMPUS? | |
| OFFENDER SUSPECTED OF USING: NOT APPLICABLE | | | COURT ORDER TYPE: | | | | |

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|
| OFFENSE DESCRIPTION: | | | |

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: | | |
|---|---|---|---|---|---|---|---|
| BIAS MOTIVATION: | | METHOD ENTRY: | NUMBER PREMISES: | | | | |
| SCHOOL NAME: | | | SCHOOL TYPE: | | | CAMPUS? | |
| OFFENDER SUSPECTED OF USING: | | | COURT ORDER TYPE: | | | | |

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|
| OFFENSE DESCRIPTION: | | | |

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: | | |
|---|---|---|---|---|---|---|---|
| BIAS MOTIVATION: | | METHOD ENTRY: | NUMBER PREMISES: | | | | |
| SCHOOL NAME: | | | SCHOOL TYPE: | | | CAMPUS? | |
| OFFENDER SUSPECTED OF USING: | | | COURT ORDER TYPE: | | | | |

**PROPERTY DATA**

**UNIT**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN AND RECOVERED | $13,542.83 | $13,542.83 | DAMAGED/DESTROYED | 06/25/2012 |

| UNIT TYPE | VEHICLE MAKE: | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | NISSAN | ALTIMA | 2011 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER | | |
|---|---|---|---|---|---|---|
| WHITE | 1N4AL2AP2BN470738 | | TX | 2013 | CN8J251 |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | YES | Victim 1 |

**GENERAL**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

| PROPERTY DESCRIPTION | |
|---|---|
| OWNER APPLED NUMBER | SERIAL NUMBER |
| MAKE | MODEL | OWNER |

| TOTAL STOLEN VALUE: | $13,542.83 | TOTAL RECOVERED VALUE: | $13,542.83 | TOTAL VEHICLES STOLEN: | 1 | TOTAL VEHICLES RECOVERED: | 1 |
|---|---|---|---|---|---|---|---|

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| CLOSED | 09/25/2012 | | | | YES ☐ |

| REPORTING OFFICER | UNIT/BADGE NUMBER | REVIEWED BY | TIME SPENT |
|---|---|---|---|
| J SENG | 5799 | J SENG | 30 MIN |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**VICTIM DATA**

| VICTIM SEQUENCE | | VICTIM NAME | PHONE |
|---|---|---|---|
| 1 of 1 | HERTZ | | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

Address Unknown ☐ ADDRESS: **440 HURON AVE**   VICTIM TYPE: **BUS**

| CITY: **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** | KY RESIDENT: |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24049 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| of | | | 1 | | 4 | | 8 | |
| ARRESTEE ARMED WITH | | | 2 | | 5 | | 7 | |
| | | | 3 | | 6 | | 9 | |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| of | | | 1 | | 4 | | 7 | |
| ARRESTEE ARMED WITH | | | 2 | | 5 | | 8 | |
| | | | 3 | | 6 | | 9 | |

**WITNESS DATA**

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS: | | DATE OF BIRTH |
|---|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: | |
|---|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

### COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*

Hertz reports the vehicle was checked in at 0325 hrs. On Mar. 28th,2012 & has not been in inventory since.

Hertz reports the vehicle was recovered on June 25th this year, no other info provided.

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*
closed

*ATTACHMENT*

Case ID: 151103380
Control No.: 17090690

*SUPPLEMENT*

## KYIBRS REPORT

### COMMONWEALTH OF KENTUCKY

KSP RECORDS

| ADMINISTRATIVE | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGENCY ORI/NAME  **0566900 LOUISVILLE AIRPORT POLICE** | | | INCIDENT NUMBER  **KY P13-0076** | | | | |
| INCIDENT DATE/TIME | | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
| **03/16/2013 12:50 TO 04/26/2013 08:50** | | **ESTIMATE** | **04/26/2013** | **08:51** | **08:51** | **08:51** | **09:21** |
| REPORTED BY: **HERTZ, RENT A CAR** | | | | | | HOW REPORTED | |
| LICENSE/ID STATE: | | LICENSE/ID NUMBER: | | | | | |
| ADDRESS: **440 HURON AVE** | | | | | | | |
| CITY: **LOUISVILLE** | | STATE: **KY**  ZIP CODE: **40209** | | PHONE NUMBER: **(502) 361-1145** | | | |
| EXACT LOCATION OF OFFENSE | **4653 AIRFREIGHT DR** | | | | SECTOR NO: | | |
| | ADDRESS: **4653 AIRFREIGHT DR** | | | | | | |
| | CITY: **LOUISVILLE** | | | STATE: **KY**  ZIP CODE: **40209** | | | |
| | COUNTY: **JEFFERSON** | | LATITUDE **38 DEG 11.155 MIN** | | LONGITUDE **85 DEG 44.764 MIN** | | |

| OFFENSE DATA | | | | |
|---|---|---|---|---|
| SEQUENCE #  **1** OF **1** | LOCATION TYPE: **AIR/BUS/TRAIN TERMINAL** | | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
| OFFENSE DESCRIPTION:  **TBUT OR DISP - AUTO** | | | | |
| OFFENSE CODE: **24040** | ASCF CODE: **0**  KRS CODE: **514.030** | CLASS: **D**  DEGREE: **F**  COUNTS: **1** | | |
| BIAS MOTIVATION: **NONE (NO BIAS)** | | METHOD ENTRY: | NUMBER PREMISES: | |
| SCHOOL NAME: | | SCHOOL TYPE: | | CAMPUS? |
| OFFENDER SUSPECTED OF USING: **NOT APPLICABLE** | | | COURT ORDER TYPE: | |
| SEQUENCE #  OF | LOCATION TYPE: | | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
| OFFENSE DESCRIPTION: | | | | |
| OFFENSE CODE: | ASCF CODE:  KRS CODE: | CLASS:  DEGREE:  COUNTS: | | |
| BIAS MOTIVATION: | | METHOD ENTRY: | NUMBER PREMISES: | |
| SCHOOL NAME: | | SCHOOL TYPE: | | CAMPUS? |
| OFFENDER SUSPECTED OF USING: | | | COURT ORDER TYPE: | |
| SEQUENCE #  OF | LOCATION TYPE: | | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
| OFFENSE DESCRIPTION: | | | | |
| OFFENSE CODE: | ASCF CODE:  KRS CODE: | CLASS:  DEGREE:  COUNTS: | | |
| BIAS MOTIVATION: | | METHOD ENTRY: | NUMBER PREMISES: | |
| SCHOOL NAME: | | SCHOOL TYPE: | | CAMPUS? |
| OFFENDER SUSPECTED OF USING: | | | COURT ORDER TYPE: | |

| PROPERTY DATA | | | | | | | |
|---|---|---|---|---|---|---|---|
| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED | |
| **1** | **AUTOMOBILES** | **STOLEN AND RECOVERED** | **$18,915.44** | **$1.00** | **DAMAGED/DESTROYED** | **11/09/2013** | |
| UNIT | UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE | | |
| | **ROADWAY VEHICLE** | **CHEVROLET** | **IMPALA 1LT** | **2013** | **SEDAN/4 DOOR** | | |
| | VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER | | |
| | **RED** | **2G1WC5E35D1199664** | **2788024** | **TN** | **2013** | **H1834Z** | |
| | VEHICLE DESCRIPTORS | | | | KEYS LEFT IN UNIT? | | OWNER |
| | | | | | **YES** | | **Victim 1** |
| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED | |
| GENERAL | | | PROPERTY DESCRIPTION | | | | |
| | OWNER APPLED NUMBER | | | SERIAL NUMBER | | | |
| | MAKE | | | MODEL | | | OWNER |

| | TOTAL STOLEN VALUE: | **$18,915.44** | TOTAL RECOVERED VALUE: | **$1.00** | TOTAL VEHICLES STOLEN: | **1** | TOTAL VEHICLES RECOVERED: | **1** |
|---|---|---|---|---|---|---|---|---|

| STATUS | | | | | | |
|---|---|---|---|---|---|---|
| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY | |
| **OPEN** | | | | | YES ☐ | |
| SUBMITTING OFFICER | | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | | TIME SPENT |
| | | **J BALL** | **5854** | **J GRIMES** | | **30 min** |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

### VICTIM DATA

| VICTIM SEQUENCE | | VICTIM NAME | | PHONE |
|---|---|---|---|---|
| 1 of 1 | HERTZ | | | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

Address Unknown ☐ ADDRESS: 440 HURON AVE — VICTIM TYPE: BUS

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24040 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS: | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 |
| ARRESTEE ARMED WITH | | | 2 | 5 | 7 |
| | | | 3 | 6 | 9 |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS: | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 |
| ARRESTEE ARMED WITH | | | 2 | 5 | 8 |
| | | | 3 | 6 | 9 |

### WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS: | DATE OF BIRTH |
|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

KSP RECORDS

### COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*
Vehicle was returned @ 0545 hrs. On Mar. 16th, has not been located in inventory since.

Officer Ball:
Vehicle recovered by Louisville Metro PD on 11/9/2013 at Jimmy's Tire Repair at Indian Trail and Preston Hwy.

Notification was made to Ken, the Hertz manager.

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*
Returned on March 16, 2013 by

Vehicle was missing on April 26, 2013 during inventory check. Reported stolen to Louisville Airport Police on April 26.

Recovered by LMPD on November 9, 2013.

*ACCUSED:*

*SUSPECTS:*
None at this time

*STOLEN PROPERTY:*
2013 Chevrolet Impala Red
TN H1831Z3
2G1WC5E35D1199664
Valued at $18,915.44

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*
Officer Ball:
Vehicle rented by                on 03/07/2013 and returned on 03/16/2013 to Hertz at the Louisville Airport. After 03/16, the vehicle was not seen in inventory checks, thus reported stolen by Hertz. The time frame was from 03/16 until 04/26 when the vehicle was noticed missing and formal report was made to Officer Seng. Officer Seng entered the vehicle into NCIC as stolen.

On 11/9/2013, Louisville Metro PD recovered the vehicle at a tire repair center corner of Indian Trail and Preston Hwy. LMPD confirmed the stolen status through JCSO who in turn notified Captain Grimes of the recovered vehicle. Vehicle was towed to LMPD Impound Lot due to the fact that it was missing three of its four tires.

Officer Ball made notification to Ken, the Hertz manager.

Case ID: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

COMMONWEALTH OF KENTUCKY

KSP RECORDS

*STATUS OF CASE:*
Open; no suspect
Vehicle recovered on 11/9/2013

*ATTACHMENT*

Case 555 151103380
Control No.: 17090690

# KYIBRS REPORT

COMMONWEALTH OF KENTUCKY

KSP RECORDS

## ADMINISTRATIVE

| AGENCY ORI/NAME | **0566900 LOUISVILLE AIRPORT POLICE** | | | INCIDENT NUMBER | **KY P14-0215** | | |
|---|---|---|---|---|---|---|---|
| INCIDENT DATE/TIME | | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
| **09/12/2014 15:00 TO 10/17/2014 11:30** | | **ESTIMATE** | **10/17/2014** | **11:35** | **11:35** | **11:35** | **12:35** |

REPORTED BY: **WILLIAMS, DEBBIE** — HOW REPORTED

LICENSE/ID STATE:    LICENSE/ID NUMBER:

ADDRESS: **600 TERMINAL DR**

CITY: **LOUISVILLE**    STATE: **KY**    ZIP CODE: **40209**    PHONE NUMBER:

EXACT LOCATION OF OFFENSE:
**600 TERMINAL DR**    SECTOR NO: **DISTR**
ADDRESS: **600 TERMINAL DR**
CITY: **LOUISVILLE**    STATE: **KY**    ZIP CODE: **40209**
COUNTY: **JEFFERSON**    LATITUDE **38 DEG 11.200 MIN**    LONGITUDE **85 DEG 44.481 MIN**

## OFFENSE DATA

SEQUENCE #   **1** OF **1**    LOCATION TYPE: **AIR/BUS/TRAIN TERMINAL**    TYPE WEAPON/FORCE INVOLVED    CRIMINAL ACTIVITY/GANG IFO

OFFENSE DESCRIPTION: **TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000**

| OFFENSE CODE | ASCF CODE | KRS CODE | CLASS | DEGREE | COUNTS |
|---|---|---|---|---|---|
| **24044** | **0** | **514.030** | **C** | **F** | **1** |

BIAS MOTIVATION: **NONE (NO BIAS)**    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:   **NOT APPLICABLE**    COURT ORDER TYPE:

---

SEQUENCE #   OF    LOCATION TYPE:    TYPE WEAPON/FORCE INVOLVED    CRIMINAL ACTIVITY/GANG IFO

OFFENSE DESCRIPTION:

| OFFENSE CODE | ASCF CODE | KRS CODE | CLASS | DEGREE | COUNTS |
|---|---|---|---|---|---|
| | | | | | |

BIAS MOTIVATION:    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

---

SEQUENCE #   OF    LOCATION TYPE:    TYPE WEAPON/FORCE INVOLVED    CRIMINAL ACTIVITY/GANG IFO

OFFENSE DESCRIPTION:

| OFFENSE CODE | ASCF CODE | KRS CODE | CLASS | DEGREE | COUNTS |
|---|---|---|---|---|---|
| | | | | | |

BIAS MOTIVATION:    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

## PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $25,000.00 | | | |

**UNIT**

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | TOYOTA | CAMRY | 2013 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER | |
|---|---|---|---|---|---|
| SILVER/ALUMINUM | 4T1BF1FK0DU0289512 | 2178218 | HI | 2014 | FHW2771 |

VEHICLE DESCRIPTORS: **HERTZ RENTAL CAR**    KEYS LEFT IN UNIT? **YES**    OWNER **Victim 1**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

**GENERAL**

PROPERTY DESCRIPTION

OWNER APPLED NUMBER    SERIAL NUMBER

MAKE    MODEL    OWNER

| TOTAL STOLEN VALUE: | $25,000.00 | TOTAL RECOVERED VALUE: | $0.00 | TOTAL VEHICLES STOLEN: | 1 | TOTAL VEHICLES RECOVERED: | 0 |
|---|---|---|---|---|---|---|---|

## STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| **OPEN** | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| **J BALL** | **J BALL** | **5854** | **C COPE** | **30 min** |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

### VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | HERTZ RENT A CAR | (502) 361-0183 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

Address Unknown ☐ ADDRESS: 600 TERMINAL DR | VICTIM TYPE: BUS

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 | |
| | | | 3 | 6 | 9 | |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 | |
| | | | 3 | 6 | 9 | |

### WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | | DATE OF BIRTH |
|---|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

KSP RECORDS

### COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*
Vehicle owned by Hertz Rent-A-Car was returned by renter. Vehicle now missing.

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*
Vehicle returned on 9/12/2014. During routine lot check, vehicle was found to be missing from the Louisville International Airport QTA Lot.

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*
2013 Silver Toyota Camry 2.5L
OH - FHW2771
VIN: 4T1BF1FK0DU289512
Stock #: 2178218

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*
Vehicle was returned by renter on 9/12/14 to Louisville International Airport's QTA lot with the keys left in the vehicle. Hertz Rent-A-Car did a routine vehicle lot check that resulted in a discrepancy in their inventory. After confirming the vehicle was not in their inventory, Hertz contacted the Jefferson County Attorney's Office which stated that a police report was needed.

*STATUS OF CASE:*
Open;

*ATTACHMENT*

Case ID: 151103380
Control No.: 17090690

*SUPPLEMENT*

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**ADMINISTRATIVE**

| AGENCY ORI/NAME | **0566900 LOUISVILLE AIRPORT POLICE** | | INCIDENT NUMBER | **KY P15-0068** | |
|---|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| **03/02/2015 17:00 TO 03/02/2015 17:30** | **ESTIMATE** | **03/02/2015** | **17:00** | | | **17:30** |

REPORTED BY: **SIMPSON, ANDREW** — HOW REPORTED

LICENSE/ID STATE:   LICENSE/ID NUMBER:

ADDRESS: **440 HURON AVE**

| CITY: **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** | PHONE NUMBER: **(502) 361-1145** |
|---|---|---|---|

**EXACT LOCATION OF OFFENSE**

**440 HURON AVE**

ADDRESS: **440 HURON AVE** — SECTOR NO:

| CITY: **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** |
|---|---|---|

| COUNTY: **JEFFERSON** | LATITUDE | **38 DEG** | **11.646 MIN** | LONGITUDE | **85 DEG** | **45.123 MIN** |
|---|---|---|---|---|---|---|

**OFFENSE DATA**

| SEQUENCE # **1** OF **1** | LOCATION TYPE: **PARKING LOT/GARAGE** | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION: **TBUT OR DISP AUTO - $10,000 OR MORE BUT U$1,000,000**

| OFFENSE CODE: **24044** | ASCF CODE: **0** | KRS CODE: **514.030** | CLASS: **C** | DEGREE: **F** | COUNTS: **1** |
|---|---|---|---|---|---|

| BIAS MOTIVATION: **NONE (NO BIAS)** | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING:  **NOT APPLICABLE** — COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING: — COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING: — COURT ORDER TYPE:

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| **1** | **AUTOMOBILES** | **STOLEN (NOT RECOVERED)** | **$27,500.00** | | | |

**UNIT**

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| **ROADWAY VEHICLE** | **FORD** | **MUSTANG** | **2013** | **COUPE** |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER | | |
|---|---|---|---|---|---|
| **SILVER/ALUMINUM** | **1ZVBP8AM6D5233875** | | **TN** | **2015** | **G6855F** |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | **YES** | **Victim 1** |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

**GENERAL**

| PROPERTY DESCRIPTION | | |
|---|---|---|
| OWNER APPLED NUMBER | SERIAL NUMBER | |
| MAKE | MODEL | OWNER |

| TOTAL STOLEN VALUE: **$27,500.00** | TOTAL RECOVERED VALUE: **$0.00** | TOTAL VEHICLES STOLEN: **1** | TOTAL VEHICLES RECOVERED: **0** |
|---|---|---|---|

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| **OPEN** | | | | | **YES** ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| **J MUDD** | **J HAIRGROVE** | **5855** | **C COPE** | **30 min** |

Case #: 15110338D
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**VICTIM DATA**

| VICTIM SEQUENCE | | VICTIM NAME | | PHONE |
|---|---|---|---|---|
| 1  of  1 | HERTZ | | | **(502) 361-1145** |

| LICENSE/ID STATE: | | LICENSE/ID NUMBER: | | |
|---|---|---|---|---|

Address Unknown ☐   ADDRESS: **440 HURON AVE**    VICTIM TYPE: **BUS**

CITY: **LOUISVILLE**    STATE: **KY**    ZIP CODE: **40209**    KY RESIDENT:

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | **YES** ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | **YES** ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 |
| | | | 3 | 6 | 9 |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | **YES** ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 |
| | | | 3 | 6 | 9 |

**WITNESS DATA**

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | DATE OF BIRTH |
|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case No. 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

`KSP RECORDS`

### COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*
Stolen vehicle from Hertz Rental

*MODUS OPERANDI:*
Unknown

*DATE & TIME OF OCCURRENCE:*
An exact date of theft is unknown

*ACCUSED:*
N/A

*SUSPECTS:*
N/A

*STOLEN PROPERTY:*
2013 Ford Mustang
Tn Reg - G6855F
VIN - 1ZVBP8AM6D5233875

*OTHER PROPERTY:*
N/A

*EVIDENCE & HOW MARKED:*
N/A

*EVIDENCE DISPOSITION:*
N/A

*INVESTIGATION:*
Andrew Simpson with Hertz Rental reported the theft of 11 vehicles from their lot on Huron Ave. He advised the date of the theft were unknown. All vehicles had keys left in them. He advised there are anywhere from three to four hundred vehicles at the lot and the lot is controlled by a security gate at the entrance and exit of the lot. The gate is malfunctioning and not in proper working order, so the suspects can drive out of the lot undetected or stopped. The vehicles have been stolen sometime over the last two weeks, but he does not know a definite time frame or date.

*STATUS OF CASE:*
Open

*ATTACHMENT*
Open

Case ID: 51103380
Control No.: 17090690

# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

KSP RECORDS

### ADMINISTRATIVE

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | INCIDENT NUMBER | KY P15-0069 |
|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/02/2015 17:00 TO 03/02/2015 17:30 | ESTIMATE | 03/02/2015 | 17:00 | | | 17:30 |

REPORTED BY: SIMPSON, ANDREW     HOW REPORTED

LICENSE/ID STATE:     LICENSE/ID NUMBER:

ADDRESS: 440 HURON AVE

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | PHONE NUMBER: (502) 361-1145 |
|---|---|---|---|

EXACT LOCATION OF OFFENSE:
440 HURON AVE
ADDRESS: 440 HURON AVE     SECTOR NO:
CITY: LOUISVILLE     STATE: KY     ZIP CODE: 40209

| COUNTY: JEFFERSON | LATITUDE | 38 DEG | 11.643 MIN | LONGITUDE | 85 DEG | 45.117 MIN |
|---|---|---|---|---|---|---|

### OFFENSE DATA

| SEQUENCE # 1 OF 1 | LOCATION TYPE: PARKING LOT/GARAGE | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION: TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

| BIAS MOTIVATION: NONE (NO BIAS) | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

SCHOOL NAME:     SCHOOL TYPE:     CAMPUS?

OFFENDER SUSPECTED OF USING: NOT APPLICABLE     COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

SCHOOL NAME:     SCHOOL TYPE:     CAMPUS?

OFFENDER SUSPECTED OF USING:     COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

SCHOOL NAME:     SCHOOL TYPE:     CAMPUS?

OFFENDER SUSPECTED OF USING:     COURT ORDER TYPE:

### PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $1.00 | | | |

#### UNIT

| UNIT TYPE | VEHICLE MAKE: | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | VOLKSWAGEN | JETTA | 2012 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER |
|---|---|---|---|
| BLACK | 3VWDX7AJ2CM3807031 | | IL  2015  N445943 |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

#### GENERAL

PROPERTY DESCRIPTION

OWNER APPLED NUMBER     SERIAL NUMBER

MAKE     MODEL     OWNER

| TOTAL STOLEN VALUE: $1.00 | TOTAL RECOVERED VALUE: $0.00 | TOTAL VEHICLES STOLEN: 1 | TOTAL VEHICLES RECOVERED: 0 |
|---|---|---|---|

### STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| J MUDD | J MUDD | 5844 | B SIMS | 30 min |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

### VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | HERTZ | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| Address Unknown ☐ | ADDRESS: 440 HURON AVE | VICTIM TYPE: BUS |
|---|---|---|

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ.# | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ.# | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 |
| | | | 3 | 6 | 9 |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ.# | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ.# | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 |
| | | | 3 | 6 | 9 |

### WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS: | DATE OF BIRTH |
|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

KSP RECORDS

### COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*
See report P15-0063

*MODUS OPERANDI:*
See report P15-0063

*DATE & TIME OF OCCURRENCE:*
See report P15-0063

*ACCUSED:*
See report P15-0063

*SUSPECTS:*
See report P15-0063

*STOLEN PROPERTY:*
See report P15-0063

*OTHER PROPERTY:*
See report P15-0063

*EVIDENCE & HOW MARKED:*
See report P15-0063

*EVIDENCE DISPOSITION:*
See report P15-0063

*INVESTIGATION:*
See report P15-0063

*STATUS OF CASE:*
See report P15-0063

*ATTACHMENT*
See report P15-0063

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

### ADMINISTRATIVE

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | INCIDENT NUMBER | KY P15-0072 | | |
|---|---|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/02/2015 17:00 TO 03/02/2015 17:30 | ESTIMATE | 03/02/2015 | 17:00 | | | 17:30 |

REPORTED BY: **SIMPSON, ANDREW**    HOW REPORTED

LICENSE/ID STATE:    LICENSE/ID NUMBER:

ADDRESS: **440 HURON AVE**

| CITY: **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** | PHONE NUMBER: **(502) 361-1145** |
|---|---|---|---|

**EXACT LOCATION OF OFFENSE**

| | 440 HURON AVE | | | SECTOR NO: |
|---|---|---|---|---|
| | ADDRESS: **440 HURON AVE** | | | |
| | CITY: **LOUISVILLE** | | STATE: **KY** | ZIP CODE: **40209** |
| | COUNTY: **JEFFERSON** | LATITUDE **38 DEG** **11.649 MIN** | LONGITUDE **85 DEG** **45.120 MIN** | |

### OFFENSE DATA

| SEQUENCE # | 1 OF 1 | LOCATION TYPE: PARKING LOT/GARAGE | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION: TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

| BIAS MOTIVATION: NONE (NO BIAS) | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING: NOT APPLICABLE    COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

### PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $1.00 | | | |

**UNIT**

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | NISSAN | ALTIMA | 2013 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER |
|---|---|---|---|---|
| WHITE | 1N4AL3AP1DN515922 | | FL | 2015    231LCI |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

**GENERAL**

PROPERTY DESCRIPTION

| OWNER APPLED NUMBER | SERIAL NUMBER |
|---|---|

| MAKE | MODEL | OWNER |
|---|---|---|

| TOTAL STOLEN VALUE: $1.00 | TOTAL RECOVERED VALUE: $0.00 | TOTAL VEHICLES STOLEN: 1 | TOTAL VEHICLES RECOVERED: 0 |
|---|---|---|---|

### STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| J MUDD | J MUDD | 5844 | B SIMS | 30 min |

Case #: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

## VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | HERTZ | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

Address Unknown ☐ | ADDRESS: 440 HURON AVE | VICTIM TYPE: BUS

CITY: LOUISVILLE   STATE: KY   ZIP CODE: 40209   KY RESIDENT:

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

## SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

ADDRESS   DATE OF BIRTH:   PHONE:   KY RESIDENT:

CITY:   STATE:   ZIP CODE:

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 | |
| | | | 3 | 6 | 9 | |

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

ADDRESS   DATE OF BIRTH:   PHONE:   KY RESIDENT:

CITY:   STATE:   ZIP CODE:

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 | |
| | | | 3 | 6 | 9 | |

## WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

ADDRESS:   DATE OF BIRTH

CITY:   STATE:   ZIP CODE:   SSN:

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT: UOR2 SUPPLEMENT

## COMMONWEALTH OF KENTUCKY

KSP RECORDS

*SYNOPSIS:*
See report P15-0063

*MODUS OPERANDI:*
See report P15-0063

*DATE & TIME OF OCCURRENCE:*
See report P15-0063

*ACCUSED:*
See report P15-0063

*SUSPECTS:*
See report P15-0063

*STOLEN PROPERTY:*
See report P15-0063

*OTHER PROPERTY:*
See report P15-0063

*EVIDENCE & HOW MARKED:*
See report P15-0063

*EVIDENCE DISPOSITION:*
See report P15-0063

*INVESTIGATION:*
See report P15-0063

*STATUS OF CASE:*
See report P15-0063

*ATTACHMENT*
See report P15-0063

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**ADMINISTRATIVE**

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | | | INCIDENT NUMBER | KY P15-0073 | |
|---|---|---|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT·DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/02/2015 17:00 TO 03/02/2015 17:30 | ESTIMATE | 03/02/2015 | 17:00 | | | 17:30 |

| REPORTED BY: SIMPSON, ANDREW | | HOW REPORTED |
|---|---|---|
| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |

ADDRESS: **440 HURON AVE**

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | PHONE NUMBER: (502) 361-1145 |
|---|---|---|---|

EXACT LOCATION OF OFFENSE:
**440 HURON AVE**
ADDRESS: **440 HURON AVE**  SECTOR NO:

| CITY: LOUISVILLE | | STATE: KY | ZIP CODE: 40209 |
|---|---|---|---|
| COUNTY: JEFFERSON | LATITUDE 38 DEG 11.645 MIN | LONGITUDE 85 DEG 45.102 MIN | |

**OFFENSE DATA**

| SEQUENCE # 1 OF 1 | LOCATION TYPE: PARKING LOT/GARAGE | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION: TBUT OR DISP AUTO - $10,000 OR MORE BUT U$1,000,000

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

| BIAS MOTIVATION: NONE (NO BIAS) | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING: NOT APPLICABLE    COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $1.00 | | | |

UNIT

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | GENERAL MOTORS CORP | YUKON | 2013 | CARRY-ALL (Rugged trail vehic) |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER | | |
|---|---|---|---|---|---|
| BROWN | 1GKS2CE06DR296001 | | MD | 2015 | 6BB7369 |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

GENERAL

PROPERTY DESCRIPTION

| OWNER APPLED NUMBER | SERIAL NUMBER |
|---|---|

| MAKE | MODEL | OWNER |
|---|---|---|

| TOTAL STOLEN VALUE: $1.00 | TOTAL RECOVERED VALUE: $0.00 | TOTAL VEHICLES STOLEN: 1 | TOTAL VEHICLES RECOVERED: 0 |
|---|---|---|---|

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| J MUDD | J MUDD | 5844 | B SIMS | 30 min |

Case #: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**VICTIM DATA**

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | HERTZ | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| Address Unknown ☐ | ADDRESS: 440 HURON AVE | VICTIM TYPE: BUS |
|---|---|---|

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? YES ☐ |
|---|---|---|---|

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | ARRESTED? YES ☐ | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | |
|---|---|---|---|---|---|---|---|
| of | | | 1 | 4 | | 8 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | | 7 | |
| | | | 3 | 6 | | 9 | |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | ARRESTED? YES ☐ | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | |
|---|---|---|---|---|---|---|---|
| of | | | 1 | 4 | | 7 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | | 8 | |
| | | | 3 | 6 | | 9 | |

**WITNESS DATA**

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | DATE OF BIRTH |
|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT: UOR2 SUPPLEMENT

KSP RECORDS

### COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*
See report P15-0063

*MODUS OPERANDI:*
See report P15-0063

*DATE & TIME OF OCCURRENCE:*
See report P15-0063

*ACCUSED:*
See report P15-0063

*SUSPECTS:*
See report P15-0063

*STOLEN PROPERTY:*
See report P15-0063

*OTHER PROPERTY:*
See report P15-0063

*EVIDENCE & HOW MARKED:*
See report P15-0063

*EVIDENCE DISPOSITION:*
See report P15-0063

*INVESTIGATION:*
See report P15-0063

*STATUS OF CASE:*
See report P15-0063

*ATTACHMENT*
See report P15-0063

Case ID:4151103380
Control No.: 17090690

*SUPPLEMENT*

# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

| AGENCY ORI/NAME | **0566900 LOUISVILLE AIRPORT POLICE** | | | INCIDENT NUMBER | **KY P15-0074** | | |
|---|---|---|---|---|---|---|---|

| | INCIDENT DATE/TIME | EXACT / ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|---|
| | 3/2/2015 17:00 TO 3/2/2015 17:30 | **EXACT** | 3/2/2015 | **17:00** | | | **17:30** |

REPORTED BY: **SIMPSON, ANDREW** — HOW REPORTED

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | **IN PERSON** |
|---|---|---|

ADDRESS: **440 HURON AVE**

| CITY: **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** | PHONE NUMBER: **502-361-1145** |
|---|---|---|---|

| EXACT LOCATION OF OFFENSE | **440 HURON AVE** | | SECTOR NO: |
|---|---|---|---|
| | ADDRESS **440 HURON AVE** | | |
| | CITY **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** |
| | COUNTY **JEFFERSON** | LATITUDE **38 DEG 11.649 MIN** | LONGITUDE **85 DEG 45.126 MIN** |

| SEQUENCE # **1** OF **1** | LOCATION TYPE: **PARKING LOT, PARKING GARAGE** | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION: **TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000**

| OFFENSE CODE: **24044** | ASCF CODE: **0** | KRS CODE: **514.030** | CLASS: **C** | DEGREE: **F** | COUNTS: **1** |
|---|---|---|---|---|---|

| BIAS MOTIVATION: **NONE (NO BIAS)** | METHOD ENTRY: | NUMBER PREMISES: **0** |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: **NOT APPLICABLE** | COURT ORDER TYPE: |
|---|---|

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: |
|---|---|

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: |
|---|---|

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $1.00 | | | |

| UNIT TYPE | VEHICLE MAKE: | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| **BICYCLE** | **CHEVROLET** | **CRUZE** | **2013** | **SEDAN/4 DOOR** |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER |
|---|---|---|---|---|
| **SILVER\ALUMINUM** | **1G1PC5SB2D7224359** | | **MI** | **2015** **CDT9767** |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | **YES** | **Victim 1** |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DT RECOVERED |
|---|---|---|---|---|---|---|

**PROPERTY DESCRIPTION** (GENERAL)

| OWNER APPLED NUMBER | SERIAL NUMBER |
|---|---|

| MAKE | MODEL | OWNER |
|---|---|---|

| TOTAL STOLEN VALUE: **$1.00** | TOTAL RECOVERED VALUE: | TOTAL VEHICLES STOLEN: **1** | TOTAL VEHICLES RECOVERED: |
|---|---|---|---|

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| **CLOSED** | **9/12/2015** | | | | ☐ YES |

| ORIGINATING OFFICER | ASSIGNED TO | UNIT/BADGE # | REVIEWED BY | SUPPLEMENTED BY |
|---|---|---|---|---|
| **MUDD, J** | **HAIRGROVE, J** | **5844** | **B SIMS** | |

Crimes, Joshua
Gims: JQ1103380
Control No: 5829
090690

# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

| VICTIM SEQUENCE | | VICTIM NAME | | PHONE |
|---|---|---|---|---|
| 1  of  1 | HERTZ | | | 502-361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

☐ Address Unknown  ADDRESS: **440 HURON AVE**    VICTIM TYPE: **BUS**

| CITY: **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** | KY RESIDENT: |
|---|---|---|---|

**VICTIM DATA**

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | ☐ YES |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

**SUSPECT / ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | ☐ YES | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| of | | | 1 | | 4 | | 8 | |
| | ARRESTEE ARMED WITH | | 2 | | 5 | | 7 | |
| | | | 3 | | 6 | | 9 | |

**SUSPECT / ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | ☐ YES | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| of | | | 1 | | 4 | | 7 | |
| | ARRESTEE ARMED WITH | | 2 | | 5 | | 8 | |
| | | | 3 | | 6 | | 9 | |

**WITNESS / OTHER**

| WITNESS/OTHER SEQ | WITNESS/OTHER NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH |
|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID: 151103380
Badge #: 5829

# KYIBRS REPORT: NARRATIVE

## COMMONWEALTH OF KENTUCKY

## *SYNOPSIS:*

See report P15-0063

## *INVESTIGATION:*

See report P15-0063

MODUS OPERANDI: See report P15-0063

DATE/TIME OF OCCURRENCE: See report P15-0063

ACCUSED: See report P15-0063

SUSPECTS: See report P15-0063

STOLEN PROPERTY: See report P15-0063

OTHER PROPERTY: See report P15-0063

EVIDENCE AND HOW MARKED: See report P15-0063

EVIDENCE DISPOSITION: See report P15-0063

STATUS OF CASE: See report P15-0063

*CLOSED 9/12/2015.  Vehicle found on the Hertz Hurstbourne Lot

ATTACHMENTS: See report P15-0063

## *ATTACHMENTS:*

## *METHODS OF OPERATION:*

Case ID: 151103380

## CRIME SUPPLEMENT
### COMMONWEALTH OF KENTUCKY

| | | | |
|---|---|---|---|
| **ADMINISTRATIVE** | CASE/INCIDENT NUMBER:  **KY P15-0074** | REPORT DATE: | **07/28/2017** |
| | REPORTING AGENCY ORI/NAME:  **0566900 LOUISVILLE AIRPORT POLICE** | | |
| | PRIMARY INVESTIGATING AGENCY ORI/NAME:  **0566900 LOUISVILLE AIRPORT POLICE** | | |
| | REPORTING OFFICER NAME:  **Joshua Grimes** | REPORTING OFFICER UNIT BADGE ID:  **5829** | |
| | PRIMARY OFFICER UNIT BADGE ID:  **5844** | | |
| | REVIEWED BY: | | |

| | WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|---|
| **WITNESS DATA** | **of** | | |
| | ADDRESS: | | DATE OF BIRTH |
| | CITY: | STATE:  ZIP CODE:  SSN: | |
| | WITNESS SEQUENCE  **of** | WITNESS NAME | PHONE |
| | ADDRESS: | | DATE OF BIRTH |
| | CITY: | STATE:  ZIP CODE:  SSN: | |

### NARRATIVE

Vehicle was recovered on the Hertz lot on Hurstbourne Parkway.

Case ID: 151103380
Control No.: 17090690

*SUPPLEMENT*

## KYIBRS REPORT
### COMMONWEALTH OF KENTUCKY

KSP RECORDS

**ADMINISTRATIVE**

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | | | INCIDENT NUMBER | KY P15-0088 | | |
|---|---|---|---|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 10/04/2014 12:00 TO 10/04/2014 12:01 | ESTIMATE | 03/17/2015 | 19:45 | 19:45 | 19:46 | 20:00 |

| REPORTED BY: SIMPSON, ANDREW J | HOW REPORTED |
|---|---|

LICENSE/ID STATE:    LICENSE/ID NUMBER:

ADDRESS: **440 HURON AVE**

| CITY: **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** | PHONE NUMBER: **(502) 361-1145** |
|---|---|---|---|

| EXACT LOCATION OF OFFENSE | **HURON AVE** | | |
|---|---|---|---|
| | ADDRESS: **HURON AVE** | | SECTOR NO: |
| | CITY: **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** |

| COUNTY: **JEFFERSON** | LATITUDE | **38 DEG** | **11.651 MIN** | LONGITUDE | **85 DEG** | **45.181 MIN** |
|---|---|---|---|---|---|---|

**OFFENSE DATA**

| SEQUENCE # 1 OF 1 | LOCATION TYPE: AIR/BUS/TRAIN TERMINAL | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION: TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

| BIAS MOTIVATION: UNKNOWN (MOTIVATION NOT KNOWN) | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: NOT APPLICABLE | COURT ORDER TYPE: |
|---|---|

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: |
|---|---|

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: |
|---|---|

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $23,262.00 | | | |

**UNIT**

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | GENERAL MOTORS CORP | TERRAIN | 2014 | CARRY-ALL (Rugged trail vehic) |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER | | | OWNER |
|---|---|---|---|---|---|---|
| WHITE | 2GKALREK7E6268749 | | KY | 2015 | CBS7863 | |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | UNKNOWN | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

**GENERAL**

PROPERTY DESCRIPTION

| OWNER APPLED NUMBER | SERIAL NUMBER |
|---|---|

| MAKE | MODEL | OWNER |
|---|---|---|

| TOTAL STOLEN VALUE: $23,262.00 | TOTAL RECOVERED VALUE: $0.00 | TOTAL VEHICLES STOLEN: 1 | TOTAL VEHICLES RECOVERED: 0 |
|---|---|---|---|

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| CLOSED | 01/19/2016 | TIME CLOSED | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| M SIMS | M SIMS | 5826 | J GRIMES | 1 hrs |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**VICTIM DATA**

| VICTIM SEQUENCE | | VICTIM NAME | | PHONE |
|---|---|---|---|---|
| 1 of 1 | | HERTZ | | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| Address Unknown ☐ | ADDRESS: 440 HURON AVE | VICTIM TYPE: BUS |
|---|---|---|

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 | |
| | | | 3 | 6 | 9 | |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 | |
| | | | 3 | 6 | 9 | |

**WITNESS DATA**

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH |
|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

KSP RECORDS

### COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*

On 03/17/2015 at 1945 hours this Officer was dispatched to Hertz Rental in reference to a stolen vehicle report. This Officer arrived and was met by Andrew Simpson, City Ops Manager for Hertz. He advised after inventory by all company procedures ,which started on 10/04/2014 at 12:00pm, Hertz has determined that this vehicle is missing from there fleet ;a 2014 GMC Terrain 4 door white Ky License plate CBS7863  Vin# 2GKALREK7E6268749. THIS Officer advised hertz that if the vehicle is found  by them that they need to contact this agency immediately so that it can be taken out of NCIC. This Officer has no further to report.

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*
No longer missing/stolen

*ATTACHMENT*

Case ID: 151103380
Control No.: 17090690

SUPPLEMENT

# KYIBRS REPORT

### COMMONWEALTH OF KENTUCKY

KSP RECORDS

| ADMINISTRATIVE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AGENCY ORI/NAME **0566900 LOUISVILLE AIRPORT POLICE** | | | | INCIDENT NUMBER **KY P15-0101** | | | | |
| INCIDENT DATE/TIME **03/25/2015 TO 03/25/2015** | | EXACT/ESTIMATE **ESTIMATE** | REPORT DATE **03/25/2015** | RECEIVED **18:00** | DISPATCHED **18:00** | ARRIVED **18:00** | CLEARED **21:00** | |
| REPORTED BY: **SIMPSON, ANDREW J** | | | | | | HOW REPORTED | | |
| LICENSE/ID STATE: | | LICENSE/ID NUMBER: | | | | | | |
| ADDRESS: **440 HURON AVE** | | | | | | | | |
| CITY: **LOUISVILLE** | | STATE: **KY** | ZIP CODE: **40209** | | PHONE NUMBER: **(502) 361-1145** | | | |

| EXACT LOCATION OF OFFENSE | | | | | |
|---|---|---|---|---|---|
| **HURON AVE** | | | | SECTOR NO: | |
| ADDRESS: **HURON AVE** | | | | | |
| CITY: **LOUISVILLE** | | | STATE: **KY** | ZIP CODE: **40209** | |
| COUNTY: **JEFFERSON** | LATITUDE | 38 DEG | 11.647 MIN | LONGITUDE 85 DEG | 45.181 MIN |

**OFFENSE DATA**

| SEQUENCE # 1 OF 1 | LOCATION TYPE: **AIR/BUS/TRAIN TERMINAL** | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|
| OFFENSE DESCRIPTION: **TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000** | | | |

| OFFENSE CODE: **24044** | ASCF CODE: **0** | KRS CODE: **514.030** | CLASS: **C** | DEGREE: **F** | COUNTS: **1** |
|---|---|---|---|---|---|

| BIAS MOTIVATION: **NONE (NO BIAS)** | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: **NOT APPLICABLE** | COURT ORDER TYPE: |
|---|---|

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|
| OFFENSE DESCRIPTION: | | | |

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: |
|---|---|

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|
| OFFENSE DESCRIPTION: | | | |

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: |
|---|---|

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $30,000.00 | | | |

UNIT

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | FORD | TAURUS | 2013 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER | | |
|---|---|---|---|---|---|
| WHITE | 1FAHP2E8XDG207698 | | IL | 15 | A612909 |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

GENERAL

| PROPERTY DESCRIPTION | | | |
|---|---|---|---|
| OWNER APPLED NUMBER | | SERIAL NUMBER | |
| MAKE | | MODEL | OWNER |

| TOTAL STOLEN VALUE: **$30,000.00** | TOTAL RECOVERED VALUE: **$0.00** | TOTAL VEHICLES STOLEN: **1** | TOTAL VEHICLES RECOVERED: **0** |
|---|---|---|---|

**STATUS**

| INCIDENT STATUS **CLOSED** | CLOSED DATE **04/24/2016** | CLEARANCE TYPE **SUMMONED/CITED** | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY **YES** ☐ |
|---|---|---|---|---|---|

| SUBMITTING OFFICER **M THOMPSON JR** | INVESTIGATING OFFICER **M THOMPSON JR** | UNIT/BADGE # **5832** | REVIEWED BY **J BALL** | TIME SPENT |
|---|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

### VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | | PHONE |
|---|---|---|---|
| 1 of 1 | SIMPSON, ANDREW J | | (502) 361-1145 |

| LICENSE/ID STATE | LICENSE/ID NUMBER |
|---|---|
| | |

| Address Unknown ☐ ADDRESS: 440 HURON AVE | | VICTIM TYPE: INDIVID |
|---|---|---|
| CITY: LOUISVILLE | STATE: KY   ZIP CODE: 40209 | KY RESIDENT: RESIDENT |

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| Unknown | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| MALE | UNKNOWN | UNKNOWN | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE | LICENSE/ID NUMBER: |
|---|---|
| | |

| ADDRESS: | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 | | | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 | | | |
| | | | 3 | 6 | 9 | | | |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE | LICENSE/ID NUMBER: |
|---|---|
| | |

| ADDRESS: | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | | |
|---|---|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 | | | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 | | | |
| | | | 3 | 6 | 9 | | | |

### WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE | LICENSE/ID NUMBER: |
|---|---|
| | |

| ADDRESS: | | DATE OF BIRTH |
|---|---|---|
| CITY: | STATE:   ZIP CODE:   SSN: | |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT: UOR2 SUPPLEMENT

## COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*

ON March 25, 2015 I (ofc M. Thompson / 231) was notified by HERTZ Rental Car that they had discovered nine (9) additional vehicles that had been stolen from their service lot at 440 Huron Ave Louisville, KY 40209 while conducting inventory. This is a part of an ongoing investigation by the LRAA Police. Information on the vehicle is as follows, and was entered into NCIC as stolen along with added to the ongoing case file.

2013 Ford Taurus White
1FAHP2E8XDG207698
ILL A612909

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*
Closed on 04/24/2016 Vehicle recovered.

*ATTACHMENT*

Case ID: 251103380
Control No.: 17090690

## CRIME SUPPLEMENT
COMMONWEALTH OF KENTUCKY

KSP RECORDS

| ADMINISTRATIVE | | |
|---|---|---|
| CASE/INCIDENT NUMBER:  KY P15-0101 | REPORT DATE:  4/17/2016 | |
| REPORTING AGENCY ORI/NAME:   0566900 LOUISVILLE AIRPORT POLICE | | |
| PRIMARY INVESTIGATING AGENCY ORI/NAME:   0566900 LOUISVILLE AIRPORT POLICE | | |
| REPORTING OFFICER NAME:  M SIMS | REPORTING OFFICER UNIT BADGE ID:  5826 | |
| PRIMARY OFFICER UNIT BADGE ID:   5832 | | |
| REVIEWED BY:  J GRIMES | | |

| WITNESS DATA | | | | |
|---|---|---|---|---|
| WITNESS SEQUENCE | WITNESS NAME | | | PHONE |
| of | | | | |
| ADDRESS: | | | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |
| WITNESS SEQUENCE | WITNESS NAME | | | PHONE |
| of | | | | |
| ADDRESS: | | | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: | |

### NARRATIVE

04/17/2016 at 03:13 hours Jefferson County Sheriff's Office reported to this Officer that Shively Police Department recovered this Stolen vehicle entered by Airport Police on 03/25/2015 by Officer M.Thompson. Vehicle has been cleared from N.C.I.C. And Brandi ,with Hertz has been sent an email in reference to this case.This case is now closed with vehicle recovered

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT

### COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

## ADMINISTRATIVE

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | | | INCIDENT NUMBER | KY P15-0102 | | |
|---|---|---|---|---|---|---|---|---|
| INCIDENT DATE/TIME | | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
| 03/25/2015 18:00 TO 03/25/2015 18:00 | | ESTIMATE | 03/25/2015 | 18:00 | 18:00 | 18:00 | 18:00 |

REPORTED BY: **SIMPSON, ANDREW J**    HOW REPORTED

LICENSE/ID STATE:    LICENSE/ID NUMBER:

ADDRESS: **440 HURON AVE**

CITY: **LOUISVILLE**    STATE: **KY**    ZIP CODE: **40209**    PHONE NUMBER: **(502) 361-1145**

**EXACT LOCATION OF OFFENSE**
- **HURON AVE**
- ADDRESS: **440 HURON AVE**    SECTOR NO:
- CITY: **LOUISVILLE**    STATE: **KY**    ZIP CODE: **40209**
- COUNTY: **JEFFERSON**    LATITUDE **38 DEG 11.647 MIN**    LONGITUDE **85 DEG 45.181 MIN**

## OFFENSE DATA

| SEQUENCE # **1** OF **1** | LOCATION TYPE: **AIR/BUS/TRAIN TERMINAL** | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION: **TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000**

OFFENSE CODE: **24044**    ASCF CODE: **0**    KRS CODE: **514.030**    CLASS: **C**    DEGREE: **F**    COUNTS: **1**

BIAS MOTIVATION: **NONE (NO BIAS)**    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    **NOT APPLICABLE**    COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

OFFENSE CODE:    ASCF CODE:    KRS CODE:    CLASS:    DEGREE:    COUNTS:

BIAS MOTIVATION:    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

OFFENSE CODE:    ASCF CODE:    KRS CODE:    CLASS:    DEGREE:    COUNTS:

BIAS MOTIVATION:    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

## PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $35,000.00 | | | |

**UNIT**

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE | |
|---|---|---|---|---|---|
| ROADWAY VEHICLE | DODGE | CHARGER(AND SHELBY CHA | 2013 | SEDAN/4 DOOR | |
| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER | |
| BLACK | 2C3CDXBG4DH689129 | | IL | 2015 | N864560 |
| VEHICLE DESCRIPTORS | | | | KEYS LEFT IN UNIT? | OWNER |
| | | | | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

**GENERAL**

| PROPERTY DESCRIPTION | | |
|---|---|---|
| OWNER APPLED NUMBER | SERIAL NUMBER | |
| MAKE | MODEL | OWNER |

| TOTAL STOLEN VALUE: | $35,000.00 | TOTAL RECOVERED VALUE: | $0.00 | TOTAL VEHICLES STOLEN: | 1 | TOTAL VEHICLES RECOVERED: | 0 |
|---|---|---|---|---|---|---|---|

## STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| M THOMPSON JR | M THOMPSON JR | 5832 | J GRIMES | |

Case ID: 151103380
Control ID: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

### VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | SIMPSON, ANDREW J | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

Address Unknown ☐  ADDRESS: **440 HURON AVE**  VICTIM TYPE: INDIVID

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: UNKNOWN |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| Unknown | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| UNKNOWN | UNKNOWN | UNKNOWN | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 |
| ARRESTEE ARMED WITH | | | 2 | 5 | 7 |
| | | | 3 | 6 | 9 |

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 |
| ARRESTEE ARMED WITH | | | 2 | 5 | 8 |
| | | | 3 | 6 | 9 |

### WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | DATE OF BIRTH |
|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID: 5B3151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

COMMONWEALTH OF KENTUCKY

KSP RECORDS

*SYNOPSIS:*
ON March 25, 2015 I (ofc M. Thompson / 231) was notified by HERTZ Rental Car that they had discovered nine (9) additional vehicles that had been stolen from their service lot at 440 Huron Ave Louisville, KY 40209 while conducting inventory. This is a part of an ongoing investigation by the LRAA Police. Information on the vehicle is as follows, and was entered into NCIC as stolen along with added to the ongoing case file.

2013 DODGE CHARGER BLACK
2C3CDXBG4DH689129
ILL N864560

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*

*ATTACHMENT*

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**ADMINISTRATIVE**

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | INCIDENT NUMBER | KY P15-0103 | | |
|---|---|---|---|---|---|---|
| INCIDENT DATE/TIME | | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/25/2015 18:00 TO 03/25/2015 18:00 | ESTIMATE | 03/25/2015 | 18:00 | 18:00 | 18:00 | 18:00 |

REPORTED BY: **SIMPSON, ANDREW J** — HOW REPORTED

LICENSE/ID STATE: — LICENSE/ID NUMBER:

ADDRESS: **440 HURON AVE**

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | PHONE NUMBER: (502) 361-1145 |
|---|---|---|---|

EXACT LOCATION OF OFFENSE:
HURON AVE
SECTOR NO:
ADDRESS: **440 HURON AVE**

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 |
|---|---|---|

| COUNTY: JEFFERSON | LATITUDE | 38 DEG | 11.647 MIN | LONGITUDE | 85 DEG | 45.181 MIN |
|---|---|---|---|---|---|---|

**OFFENSE DATA**

| SEQUENCE # 1 OF 1 | LOCATION TYPE: AIR/BUS/TRAIN TERMINAL | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION: TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

| BIAS MOTIVATION: NONE (NO BIAS) | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING: NOT APPLICABLE — COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING: — COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING: — COURT ORDER TYPE:

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $35,000.00 | | | |

**UNIT**

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | VOLVO | S60 | 2014 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER |
|---|---|---|---|
| BLACK | YV1612FS4E1299175 | | VA 2015 WLX5576 |

| | | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|---|
| VEHICLE DESCRIPTORS | | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

**GENERAL**

| PROPERTY DESCRIPTION | | |
|---|---|---|
| OWNER APPLED NUMBER | SERIAL NUMBER | |
| MAKE | MODEL | OWNER |

| TOTAL STOLEN VALUE: $35,000.00 | TOTAL RECOVERED VALUE: $0.00 | TOTAL VEHICLES STOLEN: 1 | TOTAL VEHICLES RECOVERED: 0 |
|---|---|---|---|

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| M THOMPSON JR | M THOMPSON JR | 5832 | J GRIMES | |

Case ID: 251103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**VICTIM DATA**

| VICTIM SEQUENCE | | VICTIM NAME | PHONE |
|---|---|---|---|
| 1  of  1 | | SIMPSON, ANDREW J | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|
| Address Unknown ☐  ADDRESS: 440 HURON AVE | | VICTIM TYPE: INDIVID |

| CITY:  LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: UNKNOWN |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| Unknown | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| UNKNOWN | UNKNOWN | UNKNOWN | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|
| | |

| ADDRESS: | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 | |
| | | | 3 | 6 | 9 | |

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|
| | |

| ADDRESS: | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 | |
| | | | 3 | 6 | 9 | |

**WITNESS DATA**

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|
| | | |

| ADDRESS: | | | DATE OF BIRTH |
|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | SSN: |

Case ID: 51103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

COMMONWEALTH OF KENTUCKY

KSP RECORDS

*SYNOPSIS:*

ON March 25, 2015 I (ofc M. Thompson / 231) was notified by HERTZ Rental Car that they had discovered nine (9) additional vehicles that had been stolen from their service lot at 440 Huron Ave Louisville, KY 40209 while conducting inventory. This is a part of an ongoing investigation by the LRAA Police. Information on the vehicle is as follows, and was entered into NCIC as stolen along with added to the ongoing case file.

2014 VOLVO S60 BLACK
YV1612FS4E1299175
VA WLX5576

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*

*ATTACHMENT*

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT

### COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

## ADMINISTRATIVE

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | INCIDENT NUMBER | KY P15-0104 | | |
|---|---|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/25/2015 18:00 TO 03/25/2015 18:00 | ESTIMATE | 03/25/2015 | 18:00 | 18:00 | 18:00 | 21:00 |

REPORTED BY: SIMPSON, ANDREW J         HOW REPORTED

LICENSE/ID STATE:         LICENSE/ID NUMBER:

ADDRESS: 440 HURON AVE

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | PHONE NUMBER: (502) 361-1145 |
|---|---|---|---|

EXACT LOCATION OF OFFENSE:
- HURON AVE         SECTOR NO:
- ADDRESS: 440 HURON AVE
- CITY: LOUISVILLE         STATE: KY   ZIP CODE: 40209
- COUNTY: JEFFERSON   LATITUDE: 38 DEG 11.647 MIN   LONGITUDE: 85 DEG 45.181 MIN

## OFFENSE DATA

| SEQUENCE # | 1 OF 1 | LOCATION TYPE: AIR/BUS/TRAIN TERMINAL | | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|---|

OFFENSE DESCRIPTION: TBUT OR DISP AUTO - $10,000 OR MORE BUT U$1,000,000

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

| BIAS MOTIVATION: NONE (NO BIAS) | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING: NOT APPLICABLE         COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING:         COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING:         COURT ORDER TYPE:

## PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $35,000.00 | | | |

**UNIT**

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | CHRYSLER | 200 SERIES | 2013 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER | | |
|---|---|---|---|---|---|
| RED | 1C3CCBBB3DN656320 | | FL | 2015 | 667LBB |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

**GENERAL**

PROPERTY DESCRIPTION

| OWNER APPLED NUMBER | SERIAL NUMBER |
|---|---|

| MAKE | MODEL | OWNER |
|---|---|---|

| TOTAL STOLEN VALUE: $35,000.00 | TOTAL RECOVERED VALUE: $0.00 | TOTAL VEHICLES STOLEN: 1 | TOTAL VEHICLES RECOVERED: 0 |
|---|---|---|---|

## STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| M THOMPSON JR | M THOMPSON JR | 5832 | J GRIMES | |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

## VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | SIMPSON, ANDREW J | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

Address Unknown ☐ | ADDRESS: 440 HURON AVE | VICTIM TYPE: INDIVID

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: UNKNOWN |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| Unknown | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| UNKNOWN | UNKNOWN | UNKNOWN | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

## SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | |
|---|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 | | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 | | |
| | | | 3 | 6 | 9 | | |

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | | |
|---|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 | | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 | | |
| | | | 3 | 6 | 9 | | |

## WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | DATE OF BIRTH |
|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT: UOR2 SUPPLEMENT

KSP RECORDS

## COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*

ON March 25, 2015 I (ofc M. Thompson / 231) was notified by HERTZ Rental Car that they had discovered nine (9) additional vehicles that had been stolen from their service lot at 440 Huron Ave Louisville, KY 40209 while conducting inventory. This is a part of an ongoing investigation by the LRAA Police. Information on the vehicle is as follows, and was entered into NCIC as stolen along with added to the ongoing case file.

2013 Chrysler 200 4DOOR RED
1C3CCBBB3DN656320
FL 667LBB

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*

*ATTACHMENT*

Case ID: 51103380
Control No.: 17090690

# KYIBRS REPORT

### COMMONWEALTH OF KENTUCKY

KSP RECORDS

## ADMINISTRATIVE

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | | INCIDENT NUMBER | KY P15-0105 | | |
|---|---|---|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/25/2015 18:00 TO 03/25/2015 18:00 | ESTIMATE | 03/25/2015 | 18:00 | 18:00 | 18:00 | 21:00 |

REPORTED BY: **SIMPSON, ANDREW J**  — HOW REPORTED

LICENSE/ID STATE:  —  LICENSE/ID NUMBER:

ADDRESS: **440 HURON AVE**

| CITY: **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** | PHONE NUMBER: **(502) 361-1145** |
|---|---|---|---|

EXACT LOCATION OF OFFENSE:
**HURON AVE**
ADDRESS: **440 HURON AVE**  — SECTOR NO:
CITY: **LOUISVILLE**  STATE: **KY**  ZIP CODE: **40209**

| COUNTY: **JEFFERSON** | LATITUDE | 38 DEG | 11.647 MIN | LONGITUDE | 85 DEG | 45.181 MIN |
|---|---|---|---|---|---|---|

## OFFENSE DATA

| SEQUENCE # | **1** OF **1** | LOCATION TYPE: AIR/BUS/TRAIN TERMINAL | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION: TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

| BIAS MOTIVATION: NONE (NO BIAS) | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

SCHOOL NAME:  —  SCHOOL TYPE:  —  CAMPUS?

OFFENDER SUSPECTED OF USING: NOT APPLICABLE  —  COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

SCHOOL NAME:  —  SCHOOL TYPE:  —  CAMPUS?

OFFENDER SUSPECTED OF USING:  —  COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

SCHOOL NAME:  —  SCHOOL TYPE:  —  CAMPUS?

OFFENDER SUSPECTED OF USING:  —  COURT ORDER TYPE:

## PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $35,000.00 | | | |

### UNIT

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | CADILLAC | ATS | 2013 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER | | |
|---|---|---|---|---|---|---|
| SILVER/ALUMINUM | 1G6AB5R38D0149158 | | | LA | 2015 | N330083 |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

### GENERAL

| PROPERTY DESCRIPTION | | |
|---|---|---|
| OWNER APPLED NUMBER | | SERIAL NUMBER |
| MAKE | MODEL | OWNER |

| TOTAL STOLEN VALUE: $35,000.00 | TOTAL RECOVERED VALUE: $0.00 | TOTAL VEHICLES STOLEN: 1 | TOTAL VEHICLES RECOVERED: 0 |
|---|---|---|---|

## STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| M THOMPSON JR | M THOMPSON JR | 5832 | J GRIMES | |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | SIMPSON, ANDREW J | (502) 361-1145 |

**VICTIM DATA**

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|
| Address Unknown ☐ ADDRESS: **440 HURON AVE** | | VICTIM TYPE: INDIVID |
| CITY: **LOUISVILLE** | STATE: **KY**   ZIP CODE: **40209** | KY RESIDENT: **UNKNOWN** |

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| Unknown | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| **UNKNOWN** | **UNKNOWN** | **UNKNOWN** | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
| CITY: | STATE: | ZIP CODE: | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 |
| ARRESTEE ARMED WITH | | | 2 | 5 | 7 |
| | | | 3 | 6 | 9 |

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
| CITY: | STATE: | ZIP CODE: | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 |
| ARRESTEE ARMED WITH | | | 2 | 5 | 8 |
| | | | 3 | 6 | 9 |

**WITNESS DATA**

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|
| ADDRESS: | | | DATE OF BIRTH |
| CITY: | STATE: | ZIP CODE: | SSN: |

Case #: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

KSP RECORDS

### COMMONWEALTH OF KENTUCKY

**SYNOPSIS:**

ON March 25, 2015 I (ofc M. Thompson / 231) was notified by HERTZ Rental Car that they had discovered nine (9) additional vehicles that had been stolen from their service lot at 440 Huron Ave Louisville, KY 40209 while conducting inventory. This is a part of an ongoing investigation by the LRAA Police. Information on the vehicle is as follows, and was entered into NCIC as stolen along with added to the ongoing case file.

2013 CADILIAC ATS SILVER
1G6AB5R38D0149158
LA N330083

**MODUS OPERANDI:**

**DATE & TIME OF OCCURRENCE:**

**ACCUSED:**

**SUSPECTS:**

**STOLEN PROPERTY:**

**OTHER PROPERTY:**

**EVIDENCE & HOW MARKED:**

**EVIDENCE DISPOSITION:**

**INVESTIGATION:**

**STATUS OF CASE:**

**ATTACHMENT**

Case ID: 251103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | | | INCIDENT NUMBER | KY P15-0106 | | |
|---|---|---|---|---|---|---|---|---|

**ADMINISTRATIVE**

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/25/2015 18:00 TO 03/25/2015 18:00 | ESTIMATE | 03/25/2015 | 18:00 | 18:00 | 18:00 | 21:00 |

| REPORTED BY: | SIMPSON, ANDREW J | HOW REPORTED |
|---|---|---|

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | 440 HURON AVE |
|---|---|

| CITY: | LOUISVILLE | STATE: | KY | ZIP CODE: | 40209 | PHONE NUMBER: | (502) 361-1145 |
|---|---|---|---|---|---|---|---|

| EXACT LOCATION OF OFFENSE | HURON AVE | | | | SECTOR NO: |
|---|---|---|---|---|---|
| | ADDRESS: 440 HURON AVE | | | | |
| | CITY: LOUISVILLE | STATE: KY | ZIP CODE: | 40209 | |
| | COUNTY: JEFFERSON | LATITUDE 38 DEG 11.647 MIN | LONGITUDE 85 DEG 45.181 MIN | | |

**OFFENSE DATA**

| SEQUENCE # | 1 OF 1 | LOCATION TYPE: | AIR/BUS/TRAIN TERMINAL | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|---|

| OFFENSE DESCRIPTION: | TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000 | | | | |
|---|---|---|---|---|---|
| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
| BIAS MOTIVATION: NONE (NO BIAS) | METHOD ENTRY: | NUMBER PREMISES: | | | |
| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? | | | |
| OFFENDER SUSPECTED OF USING: NOT APPLICABLE | COURT ORDER TYPE: | | | | |

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

| OFFENSE DESCRIPTION: | | | | |
|---|---|---|---|---|
| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: | | |
| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? | | |
| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: | | | |

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

| OFFENSE DESCRIPTION: | | | | |
|---|---|---|---|---|
| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: | | |
| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? | | |
| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: | | | |

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $35,000.00 | | | |

**UNIT**

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | DODGE | CHARGER(AND SHELBY CHA | 2014 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER |
|---|---|---|---|
| WHITE | 2C3CDXBG6EH198420 | | FL 2015 AFIN32 |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

**GENERAL**

| PROPERTY DESCRIPTION | | |
|---|---|---|
| OWNER APPLED NUMBER | SERIAL NUMBER | |
| MAKE | MODEL | OWNER |

| TOTAL STOLEN VALUE: | $35,000.00 | TOTAL RECOVERED VALUE: | $0.00 | TOTAL VEHICLES STOLEN: | 1 | TOTAL VEHICLES RECOVERED: | 0 |
|---|---|---|---|---|---|---|---|

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| M THOMPSON JR | M THOMPSON JR | 5832 | J GRIMES | |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT

### COMMONWEALTH OF KENTUCKY

KSP RECORDS

**VICTIM DATA**

| VICTIM SEQUENCE | | VICTIM NAME | PHONE |
|---|---|---|---|
| 1 of 1 | | SIMPSON, ANDREW J | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

Address Unknown ☐ ADDRESS: **440 HURON AVE**      VICTIM TYPE: INDIVID

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: UNKNOWN |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| Unknown | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| UNKNOWN | UNKNOWN | UNKNOWN | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|

| ADDRESS: | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 |
| | | | 3 | 6 | 9 |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|

| ADDRESS: | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 |
| | | | 3 | 6 | 9 |

**WITNESS DATA**

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS: | | DATE OF BIRTH |
|---|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT: UOR2 SUPPLEMENT

## COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*

ON March 25, 2015 I (ofc M. Thompson / 231) was notified by HERTZ Rental Car that they had discovered nine (9) additional vehicles that had been stolen from their service lot at 440 Huron Ave Louisville, KY 40209 while conducting inventory. This is a part of an ongoing investigation by the LRAA Police. Information on the vehicle is as follows, and was entered into NCIC as stolen along with added to the ongoing case file.

2014 DODGE CHARGER SILVER
2C3CDXBG6EH198420
FL AFIN32

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*

*ATTACHMENT*

Case ID: 151103380
Control No.: 17090690

*SUPPLEMENT*

## KYIBRS REPORT
### COMMONWEALTH OF KENTUCKY

KSP RECORDS

| ADMINISTRATIVE | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGENCY ORI/NAME  **0566900 LOUISVILLE AIRPORT POLICE** | | | | | INCIDENT NUMBER  **KY P15-0107** | | |

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| **03/25/2015 18:00 TO 03/25/2015 18:00** | **ESTIMATE** | **03/25/2015** | **18:00** | **18:00** | **18:00** | **21:00** |

| REPORTED BY:  **SIMPSON, ANDREW J** | HOW REPORTED |
|---|---|

LICENSE/ID STATE:          LICENSE/ID NUMBER:

ADDRESS:  **440 HURON AVE**

| CITY:  **LOUISVILLE** | STATE:  **KY** | ZIP CODE:  **40209** | PHONE NUMBER:  **(502) 361-1145** |
|---|---|---|---|

| EXACT LOCATION OF OFFENSE | **HURON AVE** | | | |
|---|---|---|---|---|
| | ADDRESS:  **440 HURON AVE** | | SECTOR NO: | |
| | CITY:  **LOUISVILLE** | | STATE:  **KY** | ZIP CODE:  **40209** |
| | COUNTY:  **JEFFERSON** | LATITUDE  **38 DEG  11.647 MIN** | LONGITUDE  **85 DEG  45.181 MIN** | |

| OFFENSE DATA | | | | | |
|---|---|---|---|---|---|
| SEQUENCE #  **1**  OF  **1** | LOCATION TYPE:  **AIR/BUS/TRAIN TERMINAL** | | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO | |
| OFFENSE DESCRIPTION:  **TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000** | | | | | |
| OFFENSE CODE:  **24044** | ASCF CODE:  **0** | KRS CODE:  **514.030** | CLASS:  **C** | DEGREE:  **F** | COUNTS:  **1** |
| BIAS MOTIVATION:  **NONE (NO BIAS)** | | METHOD ENTRY: | NUMBER PREMISES: | | |
| SCHOOL NAME: | | | SCHOOL TYPE: | CAMPUS? | |
| OFFENDER SUSPECTED OF USING:  **NOT APPLICABLE** | | | COURT ORDER TYPE: | | |
| SEQUENCE #  OF | LOCATION TYPE: | | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO | |
| OFFENSE DESCRIPTION: | | | | | |
| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
| BIAS MOTIVATION: | | METHOD ENTRY: | NUMBER PREMISES: | | |
| SCHOOL NAME: | | | SCHOOL TYPE: | CAMPUS? | |
| OFFENDER SUSPECTED OF USING: | | | COURT ORDER TYPE: | | |
| SEQUENCE #  OF | LOCATION TYPE: | | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO | |
| OFFENSE DESCRIPTION: | | | | | |
| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
| BIAS MOTIVATION: | | METHOD ENTRY: | NUMBER PREMISES: | | |
| SCHOOL NAME: | | | SCHOOL TYPE: | CAMPUS? | |
| OFFENDER SUSPECTED OF USING: | | | COURT ORDER TYPE: | | |

| PROPERTY DATA | | | | | | |
|---|---|---|---|---|---|---|
| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | **$35,000.00** | | | |

| UNIT | | | | |
|---|---|---|---|---|
| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
| **ROADWAY VEHICLE** | **DODGE** | **CHARGER(AND SHELBY CHA** | **2013** | **SEDAN/4 DOOR** |
| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER |
| **BLUE** | **2C3CDXBG2DH663807** | | **MD  2015  7BA3272** | |
| VEHICLE DESCRIPTORS | | | KEYS LEFT IN UNIT?  **YES** | OWNER  **Victim 1** |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| | | | | | | |

| GENERAL | | |
|---|---|---|
| PROPERTY DESCRIPTION | | |
| OWNER APPLED NUMBER | SERIAL NUMBER | |
| MAKE | MODEL | OWNER |

| TOTAL STOLEN VALUE:  **$35,000.00** | TOTAL RECOVERED VALUE:  **$0.00** | TOTAL VEHICLES STOLEN:  **1** | TOTAL VEHICLES RECOVERED:  **0** |
|---|---|---|---|

| STATUS | | | | | |
|---|---|---|---|---|---|
| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
| **CLOSED** | **06/26/2015** | **TIME CLOSED** | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| **M THOMPSON JR** | **M THOMPSON JR** | **5832** | **J GRIMES** | |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

### VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | SIMPSON, ANDREW J | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|

Address Unknown ☐ ADDRESS: 440 HURON AVE — VICTIM TYPE: INDIVID

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: UNKNOWN |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| Unknown | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| UNKNOWN | UNKNOWN | UNKNOWN | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | | |
|---|---|---|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 |
| | | | 3 | 6 | 9 |

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | | |
|---|---|---|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 |
| | | | 3 | 6 | 9 |

### WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|

| ADDRESS: | | DATE OF BIRTH |
|---|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID# 151103380
Control No.: 17090690

# KYIBRS REPORT: UOR2 SUPPLEMENT

KSP RECORDS

## COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*
ON March 25, 2015 I (ofc M. Thompson / 231) was notified by HERTZ Rental Car that they had discovered nine (9) additional vehicles that had been stolen from their service lot at 440 Huron Ave Louisville, KY 40209 while conducting inventory. This is a part of an ongoing investigation by the LRAA Police. Information on the vehicle is as follows, and was entered into NCIC as stolen along with added to the ongoing case file.

2013 DODGE CHARGER BLUE
2C3CDXBG2DH663807
MD 7BA3272

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*
Close 3/27/2015

Max Aubrey with Hertz found vehicle on the preston highway lot and reports that it was just misplaced in inventory.

*ATTACHMENT*

Case ID: 251103380
Control No.: 17090690

# KYIBRS REPORT
### COMMONWEALTH OF KENTUCKY

KSP RECORDS

## ADMINISTRATIVE

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | | INCIDENT NUMBER | KY P15-0108 | | |
|---|---|---|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/25/2015 18:00 TO 03/25/2015 18:00 | ESTIMATE | 03/25/2015 | 18:00 | 18:00 | 18:00 | 21:00 |

REPORTED BY: **SIMPSON, ANDREW J**    HOW REPORTED

LICENSE/ID STATE:    LICENSE/ID NUMBER:

ADDRESS: **440 HURON AVE**

CITY: **LOUISVILLE**    STATE: **KY** ZIP CODE: **40209**    PHONE NUMBER: **(502) 361-1145**

EXACT LOCATION OF OFFENSE:
**HURON AVE**    SECTOR NO:
ADDRESS: **440 HURON AVE**
CITY: **LOUISVILLE**    STATE: **KY** ZIP CODE: **40209**
COUNTY: **JEFFERSON**    LATITUDE **38 DEG  11.647 MIN**    LONGITUDE **85 DEG  45.181 MIN**

## OFFENSE DATA

| SEQUENCE # | 1 OF 1 | LOCATION TYPE: AIR/BUS/TRAIN TERMINAL | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION: TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

BIAS MOTIVATION: NONE (NO BIAS)    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING: NOT APPLICABLE    COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

BIAS MOTIVATION:    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

BIAS MOTIVATION:    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

## PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $35,000.00 | | | |

### UNIT

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | DODGE | CHARGER(AND SHELBY CHA | 2013 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER | | |
|---|---|---|---|---|---|
| SILVER\ALUMINUM | 2C3CDXBG4DH609585 | | TN | 2015 | H2377ZA |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

### GENERAL

PROPERTY DESCRIPTION

| OWNER APPLED NUMBER | SERIAL NUMBER |
|---|---|

| MAKE | MODEL | OWNER |
|---|---|---|

| TOTAL STOLEN VALUE: | $35,000.00 | TOTAL RECOVERED VALUE: | $0.00 | TOTAL VEHICLES STOLEN: | 1 | TOTAL VEHICLES RECOVERED: | 0 |
|---|---|---|---|---|---|---|---|

## STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| M THOMPSON JR | M THOMPSON JR | 5832 | J GRIMES | |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

## VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | | PHONE |
|---|---|---|---|
| 1 of 1 | SIMPSON, ANDREW J | | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

Address Unknown ☐  ADDRESS: **440 HURON AVE**    VICTIM TYPE: **INDIVID**

| CITY: **LOUISVILLE** | STATE: **KY** | ZIP CODE: **40209** | KY RESIDENT: **UNKNOWN** |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| **Unknown** | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| **UNKNOWN** | **UNKNOWN** | **UNKNOWN** | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| **24044** | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

## SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 | |
| | | | 3 | 6 | 9 | |

## SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: |
|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 | |
| | | | 3 | 6 | 9 | |

## WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | DATE OF BIRTH |
|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: |
|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

### COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*

ON March 25, 2015 I (ofc M. Thompson / 231) was notified by HERTZ Rental Car that they had discovered nine (9) additional vehicles that had been stolen from their service lot at 440 Huron Ave Louisville, KY 40209 while conducting inventory. This is a part of an ongoing investigation by the LRAA Police. Information on the vehicle is as follows, and was entered into NCIC as stolen along with added to the ongoing case file.

2013 DODGE CHARGER SILVER
2C3CDXBG4DH609585
TN H2377Z

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*

*ATTACHMENT*

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT

### COMMONWEALTH OF KENTUCKY

KSP RECORDS

**ADMINISTRATIVE**

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | | INCIDENT NUMBER | KY P15-0109 |

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/25/2015 18:00 TO 03/25/2015 18:00 | ESTIMATE | 03/25/2015 | 18:00 | 18:00 | 18:00 | 21:00 |

REPORTED BY: **SIMPSON, ANDREW J**    HOW REPORTED

LICENSE/ID STATE:    LICENSE/ID NUMBER:

ADDRESS: **440 HURON AVE**

CITY: **LOUISVILLE**    STATE: **KY**    ZIP CODE: **40209**    PHONE NUMBER: **(502) 361-1145**

EXACT LOCATION OF OFFENSE:
**HURON AVE**
ADDRESS: **440 HURON AVE**    SECTOR NO:
CITY: **LOUISVILLE**    STATE: **KY**    ZIP CODE: **40209**
COUNTY: **JEFFERSON**    LATITUDE **38 DEG 11.647 MIN**    LONGITUDE **85 DEG 45.181 MIN**

**OFFENSE DATA**

| SEQUENCE # | 1 OF 1 | LOCATION TYPE: AIR/BUS/TRAIN TERMINAL | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |

OFFENSE DESCRIPTION: TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |

BIAS MOTIVATION: NONE (NO BIAS)    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING: NOT APPLICABLE    COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |

BIAS MOTIVATION:    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |

BIAS MOTIVATION:    METHOD ENTRY:    NUMBER PREMISES:

SCHOOL NAME:    SCHOOL TYPE:    CAMPUS?

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $35,000.00 | | | |

**UNIT**

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | NISSAN | ALTIMA | 2013 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER |
|---|---|---|---|---|
| SILVER/ALUMINUM | 1N4AL3AP0DN547681 | | CO | 2015    021ZNC |

VEHICLE DESCRIPTORS    KEYS LEFT IN UNIT? **YES**    OWNER **Victim 1**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

**GENERAL**

PROPERTY DESCRIPTION

OWNER APPLED NUMBER    SERIAL NUMBER

MAKE    MODEL    OWNER

| TOTAL STOLEN VALUE: | $35,000.00 | TOTAL RECOVERED VALUE: | $0.00 | TOTAL VEHICLES STOLEN: | 1 | TOTAL VEHICLES RECOVERED: | 0 |

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| M THOMPSON JR | M THOMPSON JR | 5832 | J GRIMES | |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

KSP RECORDS

### VICTIM DATA

| VICTIM SEQUENCE | | VICTIM NAME | PHONE |
|---|---|---|---|
| 1 of 1 | SIMPSON, ANDREW J | | (502) 361-1145 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER; |
|---|---|

Address Unknown ☐ ADDRESS: **440 HURON AVE**    VICTIM TYPE: **INDIVID**

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: UNKNOWN |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|
| Unknown | | | | | |

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| UNKNOWN | UNKNOWN | UNKNOWN | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|
| | |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 | |
| ARRESTEE ARMED WITH | | | 2 | 5 | 7 | |
| | | | 3 | 6 | 9 | |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 | |
| ARRESTEE ARMED WITH | | | 2 | 5 | 8 | |
| | | | 3 | 6 | 9 | |

### WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | | DATE OF BIRTH |
|---|---|---|
| CITY: | STATE: | ZIP CODE: | SSN: | |

Case ID: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

### COMMONWEALTH OF KENTUCKY

KSP RECORDS

*SYNOPSIS:*

ON March 25, 2015 I (ofc M. Thompson / 231) was notified by HERTZ Rental Car that they had discovered nine (9) additional vehicles that had been stolen from their service lot at 440 Huron Ave Louisville, KY 40209 while conducting inventory. This is a part of an ongoing investigation by the LRAA Police. Information on the vehicle is as follows, and was entered into NCIC as stolen along with added to the ongoing case file.

2013 NISSAN ALTIMA SILVER
1N4AL3AP0DN547681
CO 021ZNC

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*

*ATTACHMENT*

Case ID: 151103380
Control No.: 17090690

SUPPLEMENT

# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**ADMINISTRATIVE**

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | INCIDENT NUMBER | KY P15-0116 | | |
|---|---|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 04/02/2015 17:00 TO 04/02/2015 17:00 | ESTIMATE | 04/02/2015 | 17:00 | 17:00 | 17:02 | 17:30 |

REPORTED BY: **HOLLAND-KNOX (HERTZ REP), BRANDI**    HOW REPORTED

LICENSE/ID STATE:       LICENSE/ID NUMBER:

ADDRESS:

CITY:       STATE: **KY**   ZIP CODE:       PHONE NUMBER: **(502) 235-6364**

| EXACT LOCATION OF OFFENSE | LOWER TERMINAL DR | | SECTOR NO: |
|---|---|---|---|
| | ADDRESS: 600 LOWER TERMINAL DR | | |
| | CITY: LOUISVILLE | STATE: KY  ZIP CODE: 40209 | |
| | COUNTY: JEFFERSON | LATITUDE 38 DEG  11.189 MIN   LONGITUDE 85 DEG  44.500 MIN | |

**OFFENSE DATA**

| SEQUENCE # 1 OF 1 | LOCATION TYPE: AIR/BUS/TRAIN TERMINAL | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION: TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

| BIAS MOTIVATION: NONE (NO BIAS) | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING: NOT APPLICABLE    COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

| SEQUENCE # OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

OFFENDER SUSPECTED OF USING:    COURT ORDER TYPE:

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $22,000.00 | | | |

| UNIT | UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|---|
| | ROADWAY VEHICLE | HONDA | CRV | 13 | HATCHBACK/4 DOOR |
| | VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER |
| | GRAY | J3EBU5JR3D5132374 | 9721812 | IN  2015  821ACV | |
| | VEHICLE DESCRIPTORS | | KEYS LEFT IN UNIT? | OWNER |
| | | | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

**GENERAL**

PROPERTY DESCRIPTION

| OWNER APPLED NUMBER | SERIAL NUMBER |
|---|---|

| MAKE | MODEL | OWNER |
|---|---|---|

| TOTAL STOLEN VALUE: $22,000.00 | TOTAL RECOVERED VALUE: $0.00 | TOTAL VEHICLES STOLEN: 1 | TOTAL VEHICLES RECOVERED: 0 |
|---|---|---|---|

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| G GAGEL | J HAIRGROVE | 5855 | C COPE | |

Case ID: 151103380
Control No: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**VICTIM DATA**

| VICTIM SEQUENCE | | VICTIM NAME | PHONE |
|---|---|---|---|
| 1 of 1 | | HOLLAND-KNOX (HERTZ REP) | (502) 235-6364 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|

Address Unknown ☐  ADDRESS: **600 TERMINAL DRIVE**  VICTIM TYPE: **BUS**

CITY: **LOUISVILLE**  STATE: **KY**  ZIP CODE: **40209**  KY RESIDENT:

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ.# | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ.# | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 |
| | | | 3 | 6 | 9 |

**SUSPECT/ARRESTEE DATA**

| SUSPECT SEQ.# | NAME: | | ARRESTED? | ARREST DATE |
|---|---|---|---|---|
| of | ALIAS: | | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | | |
|---|---|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ.# | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | |
|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 |
| | | | 3 | 6 | 9 |

**WITNESS DATA**

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS: | | DATE OF BIRTH |
|---|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: | |
|---|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

| KSP RECORDS |

### COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*
Hertz rental service reported this vehicle missing from the return lot
at Louisville International Airport.  No exact date or time.

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*
2013 Honda CRV
VIN – J3EBU5JR3D5132374
In Reg – 821ACV

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*
Open

*ATTACHMENT*

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

**KSP RECORDS**

### ADMINISTRATIVE

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | | | INCIDENT NUMBER | KY P15-0117 |
|---|---|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 04/02/2015 17:00 | ESTIMATE | 04/02/2015 | 17:00 | 17:00 | 17:02 | 17:30 |

| REPORTED BY: | HOLLAND-KNOX (HERTZ REP), BRANDI | HOW REPORTED |
|---|---|---|

| LICENSE/ID STATE: | | LICENSE/ID NUMBER: | |
|---|---|---|---|

ADDRESS:

| CITY: | STATE: KY | ZIP CODE: | PHONE NUMBER: (502) 235-6364 |
|---|---|---|---|

| EXACT LOCATION OF OFFENSE | LOWER TERMINAL DR | SECTOR NO: |
|---|---|---|
| | ADDRESS: 600 LOWER TERMINAL DR | |
| | CITY: LOUISVILLE | STATE: KY  ZIP CODE: 40209 |
| | COUNTY: JEFFERSON | LATITUDE 38 DEG  11.187 MIN  LONGITUDE  85 DEG  44.505 MIN |

### OFFENSE DATA

| SEQUENCE # | 1 OF 1 | LOCATION TYPE: AIR/BUS/TRAIN TERMINAL | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

| OFFENSE DESCRIPTION: | TBUT OR DISP AUTO - $10,000 OR MORE BUT U/$1,000,000 |
|---|---|

| OFFENSE CODE: 24044 | ASCF CODE: 0 | KRS CODE: 514.030 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

| BIAS MOTIVATION: NONE (NO BIAS) | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: NOT APPLICABLE | COURT ORDER TYPE: |
|---|---|

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

| OFFENSE DESCRIPTION: |
|---|

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: |
|---|---|

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

| OFFENSE DESCRIPTION: |
|---|

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

| BIAS MOTIVATION: | METHOD ENTRY: | NUMBER PREMISES: |
|---|---|---|

| SCHOOL NAME: | SCHOOL TYPE: | CAMPUS? |
|---|---|---|

| OFFENDER SUSPECTED OF USING: | COURT ORDER TYPE: |
|---|---|

### PROPERTY DATA

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $17,000.00 | | | |

#### UNIT

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | HYUNDAI | ELANTRA | 2014 | SEDAN/2 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | REGISTRATION STATE, YEAR, & NUMBER |
|---|---|---|---|
| BLUE | KMHDH4AE8EU197019 | 9236522 | KY  2015  036RLG |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| | YES | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

#### GENERAL

| PROPERTY DESCRIPTION |
|---|

| OWNER APPLED NUMBER | SERIAL NUMBER |
|---|---|

| MAKE | MODEL | OWNER |
|---|---|---|

| TOTAL STOLEN VALUE: $17,000.00 | TOTAL RECOVERED VALUE: $0.00 | TOTAL VEHICLES STOLEN: 1 | TOTAL VEHICLES RECOVERED: 0 |
|---|---|---|---|

### STATUS

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| OPEN | | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| G GAGEL | G GAGEL | 5837 | D JEWELL | 1 hrs |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

### VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | HOLLAND-KNOX (HERTZ REP) | (502) 235-6364 |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

Address Unknown ☐ ADDRESS: **600 TERMINAL DRIVE**  VICTIM TYPE: **BUS**

CITY: **LOUISVILLE**   STATE: **KY**   ZIP CODE: **40209**   KY RESIDENT:

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 24044 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 8 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 7 | |
| | | | 3 | 6 | 9 | |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS | | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|---|
| CITY: | STATE: | ZIP CODE: | | |

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|
| of | | | 1 | 4 | 7 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | 8 | |
| | | | 3 | 6 | 9 | |

### WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: |
|---|---|

| ADDRESS: | | DATE OF BIRTH |
|---|---|---|
| CITY: | STATE: | ZIP CODE: | SSN: |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT: UOR2 SUPPLEMENT

KSP RECORDS

## COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*

Hertz rental service reported this vehicle missing from they return lot
located at Louisville International Airport.  No exact time or date was reported.

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*

*ACCUSED:*

*SUSPECTS:*

*STOLEN PROPERTY:*

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*

*INVESTIGATION:*

*STATUS OF CASE:*

*ATTACHMENT*

Case ID: 151103380
Control No.: 17090690

*SUPPLEMENT*

# KYIBRS REPORT
## COMMONWEALTH OF KENTUCKY

KSP RECORDS

**ADMINISTRATIVE**

| AGENCY ORI/NAME | 0566900 LOUISVILLE AIRPORT POLICE | | INCIDENT NUMBER | KY P15-0142 | |
|---|---|---|---|---|---|

| INCIDENT DATE/TIME | EXACT/ESTIMATE | REPORT DATE | RECEIVED | DISPATCHED | ARRIVED | CLEARED |
|---|---|---|---|---|---|---|
| 03/20/2015 TO 03/29/2015 | ESTIMATE | 05/04/2015 | 05:40 | 05:40 | 05:42 | 05:42 |

REPORTED BY: **HOLLAND-KNOX, BRANDI**   HOW REPORTED

LICENSE/ID STATE:       LICENSE/ID NUMBER:

ADDRESS: **3700 CRITTENDEN DR**

CITY: **LOUISVILLE**   STATE: **KY**   ZIP CODE: **40209**   PHONE NUMBER: **(502) 403-1293**

EXACT LOCATION OF OFFENSE:
**600 LOWER TERMINAL DR**   SECTOR NO:
ADDRESS: **600 LOWER TERMINAL DR**
CITY: **LOUISVILLE**   STATE: **KY**   ZIP CODE: **40209**
COUNTY: **JEFFERSON**   LATITUDE **38 DEG 11.171 MIN**   LONGITUDE **85 DEG 44.541 MIN**

**OFFENSE DATA**

| SEQUENCE # | 1 OF 1 | LOCATION TYPE: AIR/BUS/TRAIN TERMINAL | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION: THEFT BY FAILURE TO MAKE REQUIRED DISP OF PROPERTY $10,000 OR MORE

| OFFENSE CODE: 23231 | ASCF CODE: 0 | KRS CODE: 514.070 | CLASS: C | DEGREE: F | COUNTS: 1 |
|---|---|---|---|---|---|

BIAS MOTIVATION: NONE (NO BIAS)   METHOD ENTRY:   NUMBER PREMISES:

SCHOOL NAME:   SCHOOL TYPE:   CAMPUS?

OFFENDER SUSPECTED OF USING: NOT APPLICABLE   COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

BIAS MOTIVATION:   METHOD ENTRY:   NUMBER PREMISES:

SCHOOL NAME:   SCHOOL TYPE:   CAMPUS?

OFFENDER SUSPECTED OF USING:   COURT ORDER TYPE:

| SEQUENCE # | OF | LOCATION TYPE: | TYPE WEAPON/FORCE INVOLVED | CRIMINAL ACTIVITY/GANG IFO |
|---|---|---|---|---|

OFFENSE DESCRIPTION:

| OFFENSE CODE: | ASCF CODE: | KRS CODE: | CLASS: | DEGREE: | COUNTS: |
|---|---|---|---|---|---|

BIAS MOTIVATION:   METHOD ENTRY:   NUMBER PREMISES:

SCHOOL NAME:   SCHOOL TYPE:   CAMPUS?

OFFENDER SUSPECTED OF USING:   COURT ORDER TYPE:

**PROPERTY DATA**

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | AUTOMOBILES | STOLEN (NOT RECOVERED) | $12,987.00 | | | |

UNIT

| UNIT TYPE | VEHICLE MAKE | VEHICLE MODEL | YEAR | VEHICLE TYPE |
|---|---|---|---|---|
| ROADWAY VEHICLE | NISSAN | VERSA | 2013 | SEDAN/4 DOOR |

| VEHICLE COLOR | VIN NUMBER | OWNER APPLIED # | | REGISTRATION STATE, YEAR, & NUMBER | | |
|---|---|---|---|---|---|---|
| RED | 3N1CN7AP0DL873438 | F263605 | WY | 2016 | 293924 | |

| VEHICLE DESCRIPTORS | KEYS LEFT IN UNIT? | OWNER |
|---|---|---|
| DOLLAR THRIFTY RENTAL CAR | UNKNOWN | Victim 1 |

| SEQ # | PROPERTY DESCRIPTION | TYPE OF LOSS | VALUE | RECVRD VALUE | REC. COND. | DATE RECOVERED |
|---|---|---|---|---|---|---|

GENERAL

PROPERTY DESCRIPTION

OWNER APPLED NUMBER   SERIAL NUMBER

MAKE   MODEL   OWNER

| TOTAL STOLEN VALUE: | $12,987.00 | TOTAL RECOVERED VALUE: | $0.00 | TOTAL VEHICLES STOLEN: | 1 | TOTAL VEHICLES RECOVERED: | 0 |
|---|---|---|---|---|---|---|---|

**STATUS**

| INCIDENT STATUS | CLOSED DATE | CLEARANCE TYPE | CLEARED EXCEPTIONALLY | EX. CLEARANCE DATE | UCR REPORTING FOR OTHER AGENCY |
|---|---|---|---|---|---|
| CLOSED | 05/25/2015 | | | | YES ☐ |

| SUBMITTING OFFICER | INVESTIGATING OFFICER | UNIT/BADGE # | REVIEWED BY | TIME SPENT |
|---|---|---|---|---|
| Z SWANSON | Z SWANSON | 5853 | B SIMS | 1 hrs |

Case ID: 151103380
Control No.: 17090690

# KYIBRS REPORT

## COMMONWEALTH OF KENTUCKY

KSP RECORDS

### VICTIM DATA

| VICTIM SEQUENCE | VICTIM NAME | PHONE |
|---|---|---|
| 1 of 1 | DOLLAR THRIFT AUTOMOTIVE | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| Address Unknown | ADDRESS: 3700 CRITTENDEN DR | VICTIM TYPE: BUS |
|---|---|---|

| CITY: LOUISVILLE | STATE: KY | ZIP CODE: 40209 | KY RESIDENT: |
|---|---|---|---|

| DATE OF BIRTH | SSN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|

| GENDER | RACE | ETHNIC ORIGIN | PEACE OFFICER? |
|---|---|---|---|
| | | | YES ☐ |

| NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | OFFENDER # | VICTIM RELATIONSHIP TO OFFENDER: VICTIM WAS | NBR | INJURY TYPE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| VICTIM OF OFFENSE(S) | AGG ASSAULT/ HOMICIDE CIRC | ADDTL JUSTIFIABLE HOMICIDE CIRC |
|---|---|---|
| 23231 | | |

| LEOKA ASSIGNMENT | LEOKA ACTIVITY |
|---|---|

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: DUNKIN, TRACIE | ARRESTED? | ARREST DATE |
|---|---|---|---|
| 1 of 1 | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|
| | UNKNOWN | | UNKNOWN | | | | |

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|---|
| of | | | 1 | 4 | | 8 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | | 7 | |
| | | | 3 | 6 | | 9 | |

### SUSPECT/ARRESTEE DATA

| SUSPECT SEQ. # | NAME: | ARRESTED? | ARREST DATE |
|---|---|---|---|
| of | ALIAS: | YES ☐ | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS | DATE OF BIRTH: | PHONE: | KY RESIDENT: |
|---|---|---|---|

| CITY: | STATE: | ZIP CODE: | |
|---|---|---|---|

| SSN | SEX | RACE | ETHNIC ORIGIN | HEIGHT | WEIGHT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|---|

| ARRESTEE SEQ. # | MULTIPLE ARREST IND. | ARREST TYPE | | RELATED CITATION NUMBERS | | | |
|---|---|---|---|---|---|---|---|
| of | | | 1 | 4 | | 7 | |
| | ARRESTEE ARMED WITH | | 2 | 5 | | 8 | |
| | | | 3 | 6 | | 9 | |

### WITNESS DATA

| WITNESS SEQUENCE | WITNESS NAME | PHONE |
|---|---|---|
| of | | |

| LICENSE/ID STATE: | LICENSE/ID NUMBER: | |
|---|---|---|

| ADDRESS: | | DATE OF BIRTH |
|---|---|---|

| CITY: | STATE: | ZIP CODE: | SSN: | |
|---|---|---|---|---|

Case ID: 151103380
Control No.: 17090690

## KYIBRS REPORT: UOR2 SUPPLEMENT

KSP RECORDS

### COMMONWEALTH OF KENTUCKY

*SYNOPSIS:*
Dollar Thrifty Automotive group brought Warrant#2172657 to the Airport Police on 5-4-2015 for the theft of a auto. Tracie Dunkin rented the vehicle on 3-20-2015 and was supposed to be returned on 3-29-2015. Thrifty Dollar has tried to contact the individual with no response.

*MODUS OPERANDI:*

*DATE & TIME OF OCCURRENCE:*
Vehicle was rented on 3-20-15 and was due to be returned on 3-29-2015

*ACCUSED:*
Auto Rented to:
Tracie Dunkin

*SUSPECTS:*

*STOLEN PROPERTY:*
2013 Nissan Versa
Red in color
Vin# 3N1CN7AP0DL873438
WY PLATE 293924
DOLLAR THRIFTY APPLIED NUMBER F263605
MILEAGE OUT 46826

*OTHER PROPERTY:*

*EVIDENCE & HOW MARKED:*

*EVIDENCE DISPOSITION:*
UNKNOWN

*INVESTIGATION:*
OPEN

*STATUS OF CASE:*
OPEN

*ATTACHMENT*
Vehicle was found by LMPD at 6670 Terry Rd on 5/24/2015

Case ID: 151103380
Control No.: 17090690