# ATTACHMENT AM

## DECLARATION OF BREANNA ONEAL

1.      My name is Breanna Oneal.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      In summation: Breanna rented a car from Hertz in Reno, NV for 3 months. She paid $3,518.18 for the rental. Hertz filed a false police report which falsely stated that she had not paid and omitted the $3,518.18 payment. As a result, she was arrested, held overnight in jail, and is being prosecuted to this day.

3.      Breanna rented a car from the Hertz Reno, NV airport location on December 19, 2020.

4.      She had the car a total of 3 months. Hertz had her phone number and her bank card.

5.      During the rental, she only received a single confusing and unprofessional voicemail telling her to return a rental vehicle at some point in February. She assumed this was spam.

6.      On March 26, 2021, Hertz charged her $3,518.18 for the rental. She believed that everything was fine.

7.      However, she was arrested on April 10, 2021, when she pulled over after another car hit her and police were called.

8.      She was held overnight in the jail and is now being prosecuted for theft and embezzlement.

9.      Unknown to Breanna, Hertz had filed a false police report claiming that Breanna did not pay for the rental. This false theft report omitted her $4,000 payment. Furthermore, Hertz made minimal and entirely deficient attempts to contact Breanna before reporting her for car theft. This was not a car theft; it was a normal rental.

10. As a direct and proximate result of Hertz's conduct, Breanna has been falsely arrested, jailed, prosecuted, and has been mentally and emotionally harmed.

11. There was no probable cause for Hertz to report Breanna for any crime.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:  May _____, 2021

_____
Declarant

## DECLARATION OF CHARLES LEE BORT AND KWAI YEE CHAN

1.      Our names are Charles Lee Bort and Kwai Yee Chan, husband and wife. We have personal knowledge of the facts stated in this declaration, and can testify competently to them if called upon to do so.

2.      In summation: Charles is an Uber driver who rented a car from Hertz in January 2020 through Uber, in Los Angeles, CA. Charles was a returning customer, and had stellar ratings from Uber. Then, on April 21, 2020, without any warning, Hertz had him and his wife baselessly arrested, jailed, and prosecuted until April 21, 2021 (the charges were dropped). He and his wife never received any notice of this bankruptcy

3.      Charles first rented from Hertz through Lyft for 8 months in 2018 and 2019 and had no issues.

4.      Then in late January 2020, Charles rented from Hertz through Uber. Similar to the 2018 rental with Lyft, he and his wife could see Hertz hitting the card each week for the rental (Hertz had charged his wife's card).

5.      During that time period, Uber renewed and extended the car's registration, and also fixed a problem with the car's tire. His customer ratings during that time were great. The rental was progressing as normal.

6.      Then, he and his wife were surprised when Hertz charged her card for $3,048 on April 21, 2020. They had barely any time to process what was happening.

7.      To their utter shock, at around the same time on April 21, they were pulled over in the car and 12 police officers held them both at gun point. They accused Charles and Kwai Yee of stealing the car.

8.      He and his wife feared for their lives. They were both handcuffed and placed in the

1

back of   squad cars.It was utterly humiliating and painful.
  ^ separate

9.      His wife was not taken to jail, but abandoned and left to fend for herself.

10.     Charles was taken to jail and processed for seven   hours, charged with
                                                          ^ and a half
embezzlement and theft, and then released.

11.     It appears that Hertz did not list his rental as an Uber contract, did not contact Uber

before arresting him, did not contact Charles before arresting him, did not try to repossess the

vehicle, performed little to no investigation, and falsely told the police that he had not paid for the

vehicle.

12.     Charles has a spotless record and could hardly believe what was happening. He was

then prosecuted until April 21, 2021 when the charges were dismissed.

13.     As a direct and proximate result of Hertz's conduct, Charles and Kwai Yee were

falsely arrested, Charles was jailed and falsely prosecuted, and they were both mentally and

emotionally devastated.

14.     There was no probable cause for Hertz to report Charles for any crime.

I declare under the penalty of perjury of the United States of America that the foregoing

is true and correct.

Dated:   __June 1st_____, 2021          _/s/_ _Charles Lee Boyd_____
                                             Declarant

Dated:   __June 1st_____, 2021          _/s/_ _____
                                             Declarant

## DECLARATION OF HEATHER KASDAN

1.    My name is Heather Kasdan.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.    In sum: Heather rented a car for 1 day in July 2019 and was rear ended that same day. Hertz was immediately notified and the car was supposed to be towed. Hertz then failed to recover the car, improperly charged her nearly $4,000, and falsely told the police she never returned the car and was guilty of car theft (she only found out about the theft report much later).

3.    Heather rented a car from Buffalo, NY airport on July 7, 2019, and paid for insurance. It was a 1-day rental.

4.    That same day, Heather was rear ended by another driver in Stroudsburg, PA, *en route* to her destination. The police were called, and Hertz was notified. Hertz Roadside said that they would tow the car.

5.    An incident report was submitted to Hertz on July 8, 2019, and labeled as Hertz Incident Report #0190203582.

6.    Heather never saw the car again.

7.    Then on August 29, 2019 she received a threatening, poorly written text message stating: "Auto theft task force investigator green at 972-532-6307 Warrant may be issued for Heather Kasdan for felony theft. Call me to resolve and return the rental vehicle."

8.    The same day she received a letter from Hertz also telling her that Hertz was going to report her for car theft unless she returned the vehicle.

9.    Upset and very confused, she immediately called Hertz on August 29, 2020, and spoke with a Josh, then a Sophia. Sophia told Heather, incredibly, that the rental was still open. Heather informed her what happened, and asked how that could be possible. Sophia had no

1

answers.

10.     When Sophia was quizzed about the threatening text message, she told Heather that this was not her normal department and that Hertz does not have an "auto theft task force."

11.     Sophia then transferred her to Wanda in vehicle control. The situation was explained to Wanda, and Wanda abruptly hung up on Heather stating: this "has gone way beyond me."

12.     Following Wanda's refusal to address Hertz's conduct, Heather called 1-800-582-7499 and spoke with Sheryl in the insurance replacement department. Sheryl told her she needed the claims management department. However, Sheryl sent her to Notice of Loss Department. The rep there, Casper, says she has the wrong department. Heather was getting the runaround.

13.     Heather was then transferred to Victoria Rodgers, who was handling her case in the claims department. A woman named Brittany was also on the call. Heather again explained that she did not have the car and that Hertz Roadside said they were towing it on July 7, 2019.

14.     At this point, Victoria and Brittany admitted that Hertz was unable to find the car.

15.     Heather then emailed customersrelations@hertz.com for answers: "Your company, Hertz, are the ones who set up and towed the vehicle. Why are you contacting me in regard to where it is?" She was never contacted back. She also tried to reach vehicle control again, but was unsuccessful. This email is attached to this declaration.

16.     On September 12, 2019, she saw that Hertz had egregiously overcharged her Amex card $3,932.03, whereas her actual bill should have been $188.67.

17.     She disputed this charge with Amex, then called Hertz again and spoke with Emily in Vehicle Control. Emily stated that Hertz had no roadside assistance call on file, despite the fact that Heather had spent an hour and half on the phone with Hertz Roadside.

18. Emily then said that she could see in Hertz's system that the car was supposed to be towed by AAA, but that Hertz stopped that towing. Heather asked Emily how Hertz knew they had to tow the car if, as Emily said, no one had called Hertz (although Heather had actually spent over 1 hour on the phone with Hertz the day of the accident). Emily did not have a response. Emily then confusingly said that another towing service had been contacted to replace AAA, but when called, the service claimed to have never been contacted about the car. Essentially, Hertz's records were a mess, but at a minimum showed that Hertz knew about the accident and also knew that Heather did not have the car.

19. Emily did confirm that the threatening text messages were from Hertz, and assured Heather that she would put a stop to them and that she would put everything into a file about what had happened so there was no further confusion.

20. *Unknown to Heather, Hertz filed a false police report on October 7, 2019, accusing her of car theft.* Hertz ridiculously claimed that she had rented the car on July 7, 2019 and never returned it. The theft report also falsely omitted t*hat Heather had been charged $3,932.03 one month earlier.*

21. Hertz's records submitted with the theft report contained none of Heather's extensive contacts with Hertz, including with Hertz Roadside, customer service, claims, vehicle control, nor any other department. Instead, the records falsely speculated that after the accident and the vehicle being impounded, that the vehicle had been released back to Heather. This was nonsensical, false, and directly contradicted by Heather multiple times in August and September 2019. None of Heather's multiple phone calls and emails were included.

22. Again, Heather had no idea this outrageous report was filed at this time; in fact, she had been told by Emily that everything had been taken care of regarding the threatening messages

3

Heather had received and that she was not being accused of car theft.

23.     In November 2019, Amex then closed the dispute in Hertz's favor. Upon asking Amex why, Amex said Hertz had provided a bill—a bill which falsely charged her for having the car for 20 days!

24.     On November 19, 2019, she then spoke with Hertz again, both billing and roadside service (Henry and Nicholas in billing, Wami in Roadside Service). They knew nothing. She was then transferred to a supervisor named Tevon. Tevon assured her she was getting her money back in 5 to 7 days. No one told her a police report had been filed. On December 11, 2020, she called asking for a status update as Hertz had never refunded her. She was told by a female rep named Alex that she would not be provided a status update on the refund and that all Heather could do was send an email.

25.     On February 25, 2020, she spoke with Gerson in billing regarding her dispute. He said that his notes state she is not due an adjustment because the car was not returned until July 27, 2019. When she informed him that Hertz was supposed to tow on July 7, 2019, and that she had purchased insurance, he nonsensically stated: "the customer is responsible for all charges."

26.     Unable to tell her anything, Gerson then transferred her to Hya in the claims department. Heather demanded: "*I want for you to email me where in the terms and conditions that says that I am responsible for $4000 bill when I rented a car for one day with your loss and damage insurance.*"

27.     Instead of answering, Hya tried to transfer her to billing, which Heather said was unacceptable and that she had just spoke with billing. Hya then put her on hold while Hya said she was speaking with customer service. However, instead of doing this, Hya transferred Heather back to billing without notice or permission.

4

28.     Heather never received any notice from Hertz about the bankruptcy. It was not until late November 2020 that she ever even learned Hertz had filed a police report against her.

29.     She is terrified that that she will be arrested and prosecuted based because of Hertz's outrageous conduct.

30.     Heather, tried to dispute the bill with Amex multiple times, but was unsuccessful.

31.     As a direct and proximate result of Hertz's conduct, Heather has had a false police report filed against her, she has been placed in fear of arrest and prosecution, she has been mentally and emotionally harmed, and she has been overcharged nearly $4,000.

32.     There was no probable cause for Hertz to report Heather for theft.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: May 20 , 2021                           /s/ Heath Kasda
                                                           Declarant

<table>
<tr><td colspan="2" align="center">**IN THE UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF DELAWARE**</td></tr>
</table>

| | |
|---|---|
| In re | Chapter 11 |
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1038** |

### DECLARATION OF HOLLY HARRIS

1.      My name is Holly Ann Harris. I am a competent adult over the age of 18 and have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so:

2.      In summation: Holly rented a car on October 18, 2018 from the Cape Coral, FL location on Del Prado Blvd. She was a Gold Member and returning renter. Hertz had her debit card on file and she regularly extended. She returned the car late in December 2018. Then, when she called the police for an unrelated matter on May 27, 2019, they showed up to her house and, to her shock, arrested her in front of her kids. She spent 30 hours in jail and prison and was then prosecuted for several months. Terrified, and unaware what Hertz was doing, she took a plea deal and is now still on probation. She had no idea what Hertz was doing, and that the company was in bankruptcy, until 2021. Hertz never provided her notice regarding the bankruptcy.

---

[1] The last four digits of the Hertz Corporation's tax identification number are 8568.  The location of the debtors' service address is 8501 Williams Road, Estero, Fl 33928.  Due to the large number of debtors in these chapter 11 cases, for which join administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructing.primeclerk.com/hertz.

1

3.      Holly was a Gold Member and regularly rented with Hertz. She rented a Toyota Rav4 (FL plate BNUY83) from Hertz on October 16, 2018, from the Del Prado location in Cape Coral, FL.

4.      She regularly extended with the location and was well known there.

5.      On or around December 28 or 29, 2018, she returned the car after hours and put the key in the drop box at the Del Prado location. Hertz's invoice showed the car was returned on January 3, 2019.

6.      Unknown to Holly, Hertz reported her for car theft on January 18, 2019. A Hertz employee named Dianne Izquierdo told Officer Colgan from the Cape Coral Police that she had been directed by Hertz Vehicle Control to report the car stolen.

7.      Hertz falsely told Colgan that the car was due December 18, 2018, and that it had never been returned. Hertz also falsely told Colgan it had tried to contact Harris starting on December 28, 2018, to tell her to return the car but that she had not responded.

8.      None of this was true. Holly had not only extended the car, but she had returned it. Furthermore, Holly received no contact from Hertz at all.

9.      Hertz told the police that it had a sent a letter to Holly, but sent it to an old address in Sarasota. Hertz had her new address, and had even driven her to her house on prior occasions.

10.     The police report did not inform the police that Hertz was going to charge her card for the rental.

11.     Again, Holly did not know any of this was happening.

12.     She was billed $3,989.03 on January 23, 2021, and much more at other times. Hertz never told the police about this billing. Hertz also never told the police they found the returned car.

2

13.     Unknown to Holly, charges were filed on February 21, 2019, for failure to return a rental vehicle.

14.     On May 27, 2019, Holly called police on an unrelated matter. When the police arrived at her house, they told her there was a warrant for her arrest. She told them that was not possible. They assured her it was, placed her in cuffs in front of her kids, and hauled her off to jail.

15.     She spent 24 hours in jail and was then transferred to a big prison for part of another day. She was dressed in the orange jumpsuit and shackled in the transport van.

16.     She was then prosecuted for months and threatened with extensive jail time.

17.     Terrified, and not knowing how to fight back against a huge corporation everyone believed, she pled to the charge and was put on probation in September 2019. She remains on probation to this day.

18.     Holly had no knowledge until 2021 what had happened to her and what Hertz was doing. Holly did not know about the bankruptcy until 2021 and Hertz never provided her notice about the bankruptcy.

19.     As a direct and proximate result of Hertz's actions and omissions, Holly was falsely arrested, falsely jailed for around 30 hours, falsely and maliciously prosecuted, had to pay a private attorney, had to pay court costs, was overcharged for the rental, had her reputation destroyed, and suffered extreme mental and emotional distress.

20.     Hertz had no probable cause to report or prosecute Holly Harris for any crime.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:  October __19__, 2021          /s/ _____
                                              Declarant

## DECLARATION OF JESSICA MALONE

1.      My name is Jessica Malone.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      In summation: Jessica rented a car from the Longview, TX location in February 2017, and extended repeatedly. During the rental, after getting a flat around early April, she and her boyfriend Jason Cook took the vehicle to a Ft. Smith, AR location. That location said they were actually a franchise and that it could not be returned there. The franchise called Hertz at Longview, TX and Longview said to return the car to Longview. No one said a word about the car being stolen, or that anything else was wrong. Malone agreed to return it to Longview, but made it clear while the franchise was on the phone with Hertz Longview that she had to drop Jason off in Branson, MO on her way to Longview. There was no issue. Jessica and Jason never made it to Branson. They were pulled over in April 2017 in Madison County, AR and were arrested for car theft. Jason spent 11 days in jail, and Jessica spent 13. They refused to take a plea deal and the charges were dismissed in March 2018.

3.      Jessica rented a car from Hertz in February 2017 from the Longview, TX. She provided a debit card, as did her boyfriend Jason Cook.

4.      Jessica called the location to extend, usually for around 1 week. She also remembers calling the corporate 1800 number. When she would ask about the status of the rental when she called to extend, since she had the car for over 1 month, she was assured by Hertz that the rental was okay and valid.

5.      While in Arkansas in or around early April, the rental got a flat tire and they put the spare donut tire on. They called a corporate 1800 number to ask what to do; Hertz who told them that they needed to return it to Longview, TX, which was a 5 hour drive away. No one at corporate

1

told them that the car was being reported stolen or they were going to be arrested.

6.      Not wanting to drive that long on the donut spare, they took the car to the Ft. Smith, AR Airport location and tried to return it there.

7.      They were informed by the Ft. Smith location that it was an independently owned franchise and that it could not be returned there. The franchise management called Longview, and Longview told the franchise and Jessica that Jessica had to drive the car to Longview.

8.      Jessica made it clear on that phone call that she would take the car to Longview, but needed to drop Jason off in Branson, MO first. Neither Hertz Longview nor Hertz Ft. Smith had a problem with this.

9.      While driving to Branson, Jessica and Jason were pulled over and felony arrested for car theft on or around April 6, 2017. At around that time Jason's card was charged $1,200, and Jessica's was charged $3,000.

10.      Hertz falsely told the police that the rental was not extended and not paid for, and failed to tell police about the extensive contact Jessica and Jason had with Hertz over the course of the rental, including the arrangement made at Ft. Smith with the Longview location to return the vehicle to Longview.

11.      Jason was jailed for around 11 days. When he was able to pay bail of $500, he was released. He was then able to get Jessica out of jail around two days later. Jessica spent around 13 days in jail.

12.      Jessica's belongings in the car, worth several thousand dollars, were all lost when the car was impounded. She tried to find her things after being released, but could not do so.

13.      She called Hertz local and corporate repeatedly, demanding to know what happened. No one could explain what happened and they hung up on her.

14.    Jessica and Jason were then prosecuted in Madison County, AR for approximately one year. Jessica's case no. was 44CR-17-58. Jason's case number was 44CR-17-57.

15.    Jessica was pressured to turn on Jason and falsely implicate him as the ringleader of a scheme to steal the rental car. She refused as this was completely untrue. The pressure, however, was enormous.

16.    The entire matter was bizarre as they had been extending the vehicle, been in touch with Hertz who never told them about any car theft, and even tried to return the vehicle at a Hertz location just a few days before being arrested.

17.    Hertz never came to Court in either of their cases.

18.    The theft charges were dismissed in February 2018 for Jason and March 2018 for Jessica.

19.    Jessica had no idea what had happened, and why she had been reported for car theft, until June 8, 2021 when she read an article about Hertz filing false theft reports. https://katv.com/community/7-on-your-side/hertz-reportedly-still-wrongfully-accusing-customers-of-stealing-rental-cars-attorney-says. She immediately recognized that the same thing had happened to her. Jessica then let Jason know late on the evening of June 8, 2021.

20.    Until reading that article Jessica had no idea that Hertz had filed for bankruptcy, nor did she know what that meant. Hertz never provided Jessica any notice of the bankruptcy or her potential claims.

21.    As a direct and proximate result of Hertz's conduct, Jessica was falsely arrested, jailed for 13 days, and prosecuted for 1 year. She lost thousands of dollars in personal belongings, and she has suffered extreme and severe mental and emotional distress.

22.     There was no probable cause for Hertz to accuse Jessica of theft or report her for any crime.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:  October _____, 2021          /s/_____
                                          Declarant

20.    Until reading that article Jessica had no idea that Hertz had filed for bankruptcy, nor did she know what that meant. Hertz never provided Jessica any notice of the bankruptcy or her potential claims.

21.    As a direct and proximate result of Hertz's conduct, Jessica was falsely arrested, jailed for 13 days, and prosecuted for 1 year. She lost thousands of dollars in personal belongings, and she has suffered extreme and severe mental and emotional distress.

3

22.    There was no probable cause for Hertz to accuse Jessica of theft or report her for any crime.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: October _11_, 2021            /s/ _Jessica Malone_
                                       Declarant

## DECLARATION OF KIMBERLI COSTABILE

1.     My name is Kimberli Costabile. I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.     Kimberli rented a car through State Farm from Hertz in Fairfax, VA in February 2020.

3.     After two weeks she assumed the rental and started making the payments. She needed the car to start a new job in Delaware.

4.     She routinely extended the rental and was otherwise authorized to have it.

5.     However, she started receiving harassing and threatening messages saying she stole the rental car She was baffled. She called the Fairfax location where the employees knew her, and also spoke with a manager named Justin.

6.     The local branch said to ignore the threatening messages, that her rental was valid, that corporate had bad systems, and that she was good to go.

7.     However, when Kimberli spoke with corporate, they insisted that the local branch was wrong and the car was stolen. This course of harassment and threats, because Hertz could not communicate internally nor track her rental appropriately, caused mental and emotional stress.

8.     Confused, but desperate to avoid being arrested, she returned the car on March 5, 2020. To do this, she had to take two days off from work.

9.     Because this was a new job, and she was on a probationary period, this reflected very poorly on her. Furthermore, the job viewed her as a possible car thief as they were aware of why Kimberli had to return the car back to Virginia. Even worse, after returning the rental car, she did not have reliable transportation, which did nothing to convince her new job that she was

a good employee. Not only was reliable transportation needed to get to work on-time but using the car to run work-related errands for mailings, meetings, event planning, and outreach was required.

10.     Kimberli was in fact let go and the main problem with the relationship was because of Hertz's conduct.

11.     As a direct and proximate result of Hertz's conduct, Kimberli was harassed, mentally and emotionally harmed, and lost her job.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:  October _____//_____, 2021              /s/ _Kimberli M. Costable_

Declarant

2

## DECLARATION OF LATESHIA JENKINS

1.      My name is Lateshia Jenkins.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      In summation: Lateshia rented a vehicle from Hertz at Seattle Tacoma International Airport in 2005. She had the vehicle for 3 weeks and then returned it. She later moved to California. Unknown to her, Hertz had falsely reported her for car theft, which she only discovered in 2006. It is now 16 years later and Hertz still has an active warrant on her for felony grand theft auto.

3.      Lateshia rented a vehicle from Hertz at Seattle Tacoma International Airport in 2005.

4.      She had the car for a total of 3 weeks, and extended the rental. After she got a threatening phone call stating that she had to return the rental, she immediately returned the vehicle.

5.      She then relocated to California. In 2006, she was pulled over for a traffic violation. The police officer told her that there was a warrant for felony grand theft auto out of Washington state for her arrest. She was shocked and had not thought about her brief car rental for three years.

6.      The officer, however, said that California would not extradite her to Washington and therefore did not arrest her.

7.      Lateshia has never been arrested regarding the Hertz rental as of the date of this declaration in May 2021. The false theft report and warrant are still pending in Washington state.

8.      This active warrant and open criminal case has caused severe turmoil and damage to Lateshia's life.

1

9.      For instance, she tried to apply for a job with Uber in or around 2010; she was rejected due to the pending felony. This pending charge essentially means that she cannot change jobs or advance her career.

10.     Furthermore, she has twice applied for a passport. Both times the Department of Justice rejected her applications because of the pending felonies.

11.     This false police report and prosecution, for a car she returned, has damaged her life for the last 16 years.

12.     As a direct and proximate result of Hertz's conduct, Lateshia had a false police report filed against her, she was been prosecuted for 16 years, she has been denied jobs, she cannot advance her career, she cannot get a passport, and she has been mentally and emotionally harmed.

13.     There was no probable cause for Hertz to report Lateshia for any crime at any point in time.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:  May __25__, 2021

/s/ _____
Declarant

### DECLARATION OF MARISSA WHITE

1. My name is Marissa White.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2. In summation: Marissa was a Lyft Express driver who rented from Hertz through Lyft in San Diego on 2/8/2019. Marissa was at all points in contact with Lyft and was never contacted about any issue with the rental. Several months into the rental, on March 27, 2019, she was arrested without warning by police with guns drawn for stealing a car. She has no record and was hysterical and terrified. When taken to jail, her blood pressure skyrocketed and she was rushed to the ER by ambulance. Her children were home alone. At that point she was let go from the hospital, but is now being prosecuted for car theft.

3. Marissa rented through Lyft Express with Hertz in San Diego on 2/8/2019. She was in contact with Lyft and Lyft told her that her rental would start auto-renewing every week starting on Feb. 15, 2019.

4. The most recent weekly payment made for the rental was $69.60 on or around March 24, 2019, from Lyft to Hertz.

5. On the morning of March 27, 2019, she was driving in Apple Valley (San Bernardino County) and a Sheriff's Office vehicle put its lights on behind her.

6. She was confused, as she had obeyed all the traffic laws. Once she pulled over, to her shock, the sheriff's deputy and an undercover code enforcement officer pulled guns out and ordered her to put her hands out the window and exit the car. Approximately six police cars almost immediately arrived. It was a full blown felony stop.

7. She was placed under arrest and told she had stolen the vehicle. She pled with the officers that it was a Lyft Express rental and that this was some sort of horrible mistake. She showed them that she had just gotten a deposit from Lyft and the weekly rental rate was paid. It did not matter.

8. As she was being taken to jail in the car she almost passed out. At the jail, she was hyperventilating. She has a clean record. A nurse took her blood pressure and it was 212/176. An ambulance was immediately called and she was rushed to Victor Valley Hospital.

9. She was then released from the hospital by the police, but is still being prosecuted for grand theft to this day.

10. The accusation is completely bogus. In the first place, why would a Lyft driver be stealing a car? It makes no sense.

11. To make matters worse, Hertz never even contacted Lyft and she was unware there was even a problem. How could a theft report be filed against her without Lyft even being contacted about one of its drivers?

12. Marissa's entire life has been destroyed because of this ridiculous and false theft report. Marissa complained to Lyft about what Hertz had done, but Hertz never withdrew the false theft report.

13. Since the false report, Hertz has been threatening Marissa claiming she owes $1,686.25, and has sent collection agencies after her. This, too, makes no sense, because a Hertz invoice states that she owed $0.00.

14. COUNT I, for embezzlement and grand theft, alleges that Marissa committed a felony by removing, concealing, or disposing of the rental, intending to injure or defraud Hertz. Not only was she a Lyft driver who obviously had no intent whatsoever to defraud Hertz, but the car was always parked in her driveway at the residence Hertz had on file. Hertz never tried to retrieve or locate the vehicle, even though the car has GPS, before falsely reporting it stolen. In no way did Marissa conceal, dispose, or remove the vehicle.

15. Despite Hertz knowing that she was falsely accused, Hertz never provided notice to Marissa of the bankruptcy. Marissa did not learn about Hertz's false theft reporting problems, nor of the bankruptcy, until 2021.

16. As a direct and proximate result of Hertz's conduct, Marissa was falsely arrested at gun point, jailed, hospitalized as a result of the arrest and jailing, and is currently being prosecuted. Her reputation has been destroyed, she has had to spend money on a criminal defense attorney, and has suffered extreme and severe mental and emotional distress.

17. There was no probable cause for Hertz to accuse Marissa or have her prosecuted for any crime.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: October 14th, 2021

/s/ Marissa White

Declarant

3

<table>
<tr><td colspan="2"><strong>IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF DELAWARE</strong></td></tr>
</table>

| | |
|---|---|
| In re | Chapter 11 |
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1038** |

### DECLARATION OF MONECK WALLACE

1.      My name is Moneck Wallace. I am a competent adult over the age of 18 and have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so:

2.      In summation: Moneck rented a car from Hertz in March 2011 for two weeks. She returned the car 1 day early. When she called the next day to get the extra day taken off, Hertz told her the car was not returned. She asked for the manager to call her, and when he did not, she assumed Hertz had found the car. Several years later she opened her mail and was shocked to learn that there was a warrant for her arrest. She appeared in court 4 times during her prosecution, being humiliated and treated as a thief. After Hertz repeatedly did not show up, the case was thrown out.

3.      Moneck Wallace is a citizen of New Jersey and was prosecuted in Burlington County, NJ. She is a mother of 5 and a former detention officer.

---

[1] The last four digits of the Hertz Corporation's tax identification number are 8568.  The location of the debtors' service address is 8501 Williams Road, Estero, Fl 33928.  Due to the large number of debtors in these chapter 11 cases, for which join administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructing.primeclerk.com/hertz.

4.      In March 2011, she rented a car from the Hertz location on Route 38, in Lumberton, NJ, near Mt. Holly. She reserved a car with the corporate number for 1 week initially. She then called the location and extended it for 1 more week.

5.      A day and a half before the end of the rental, she returned the car to the Hertz location and dropped the key in the drop box. She called the location the next day and inquired about having the extra day she did not use the car taken off her bill.

6.      To her surprise, the attendant told her the car had not been returned. Moneck asked that a manager call her immediately, and when no manager called her, she assumed everything was fine and went about her life.

7.      Then 5 months later, her sister told her that someone had been calling around looking for her about a car rental. She was confused, and called the location. She then got the run around and no one knew what she was talking about. Moneck then called a corporate 1800 number. She was put on hold for 1 hour, and then told to call another number. No one could tell her what was going on.

8.      Around 1 year after those calls, she then got a call from a man in NYC. He said that something was on his desk that he did "recovery." Moneck explained that she had returned the vehicle a day early and was not sure why she was being bothered. She gave him the plate number of the vehicle, which was from Massachusetts. The man told her that he was unsure why he was told to call her, because the car had been rented out since Moneck had rented the car, demonstrating that she had in fact returned it. He also told her that the car was no longer in Hertz's fleet, and had either been sold or destroyed.

9.      Moneck thought this was all very odd, but not her problem. She was unfortunately wrong.

10.    A couple years later she received mail stating that there was a warrant for her arrest. This was in 2014 or 2015. She was shocked.

11.    She called the Court and asked what was happening, and the Court said she had to turn herself in to be arrested for theft. It was hard to process that this could be true.

12.    Moneck scraped money together and paid a private attorney to get a court date set.

13.    Upon appearing for the first hearing, she was utterly humiliated. She was treated as a criminal and thief, condescended to, and told that she did not understand the seriousness of what was happening.

14.    The Court then set another hearing date 1 month later. Hertz did not show up.

15.    The Court then set another hearing date 1 month later. Hertz again did not show up.

16.    She asked the Court how many times she had to appear if Hertz did not show up. She was again humiliated in the Court, never had her question answered, and was told only that she had to keep coming to court. At all the court appearances she was visibly upset and distraught.

17.    One or two more hearings were scheduled, and Hertz again did not show up.

18.    The prosecutors eventually approached her and, seeing that she was clearly not a car thief and that Hertz was evidently never coming to court, had the case dismissed.

19.    Moneck had no idea why she was reported for theft or prosecuted, and had no idea Hertz was in bankruptcy, until September 2021.

20.    As a direct and proximate result of Hertz's actions and omissions, Moneck Wallace was falsely reported for car theft, falsely and maliciously prosecuted for car theft, had to pay bail, had to pay a private attorney, had her family harassed, and was publicly humiliated and accused of car theft.

21.    Hertz had no probable cause to report or prosecute Moneck Wallace for any crime.

3

I declare under the penalty of perjury of the United States of America that the foregoing

is true and correct.

Dated:  October    October 11   , 2021

/s/ _Monica D. Wallace_

Declarant

## DECLARATION OF PAULA MURRAY

1.      My name is Paula Murray.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      In summation: Paula Murray rented a car from the Parkview location in Chesapeake, VA, in or around late 2016. She extended the rental every week, and when Hertz called her to tell her to return it, she brought it back immediately. She diligently confirmed that the car was returned, and then thought nothing more of the rental for years. In January 2021, she interviewed with the Virginia State Police to be a dispatcher. She got the job, and attended a meeting for the background check and final details. She brought her grandchildren with her, ages 8 and 4. Instead of getting the job, she was utterly shocked to be told there was an active warrant for her arrest for car theft from 2016. She was humiliatingly arrested on the spot and taken out in handcuffs from the building she was supposed to start working in as a dispatcher. The case was dismissed in March 2021 because it was utterly baseless.

3.      Paula Murray rented a car from the Parkview location in Chesapeake, VA in or around October-November 2016. The rental was weekly, and she extended every week with the location.

4.      When she had the rental for around 1 month, she made another extension. After the extension was made, the location called her and told her that it should not have given her the extension because the rental was over 30 days. Hertz asked her to return it. She returned the car immediately as asked.

5.      The next day an investigator called her and started threatening her out of the blue. The investigator claimed that Hertz was going to put a warrant out for her arrest. Paula corrected the investigator and made it clear that the car was already returned. The investigator said that it

would have to be confirmed the car was returned, and promised to call back after confirming.

6.    The investigator did not call back for a few days. Paula therefore texted the investigator and asked whether it had been confirmed the car was returned. The investigator responded that Hertz had confirmed the car was returned and that Paula was clear.

7.    Paula thought nothing more of the rental.

8.    In January 2021, she applied to be a dispatcher at the Virginia State Police. Against a great deal of competition, she was the top applicant. She was scheduled for an intake appointment and to conduct a background check on January 4, 2021. Thinking that this was a formality, and excited about the new opportunity, she brought her grandchildren, ages 8 and 4, with her.

9.    Needless to say, she did not get the job. She was bluntly informed the background check said there was a warrant out for her arrest for car theft. She was shocked and baffled. A woman asked if she had ever rented a car from Hertz and if she still had it. Paula responded indignantly that she had rented and returned a car 5 years ago. She was told that she had allegedly failed to return a Nissan Altima.

10.    She was told she was being arrested and would be taken away. She asked what she should do with her grandchildren, whom she was being humiliated in front of. She was told she could make a call. Paula had to have her husband drive 30 minutes to pick up the grandchildren. Again, the entire experience was beyond humiliating and degrading.

11.    Paula was then marched out in handcuffs—of the building she thought she was going to be working in. She was placed in a patrol car and taken to Hampton for processing, where she went in front of a magistrate. She explained what happened, was released without paying bail, and was scheduled for a hearing in court case no. GC21000059-00.

12.    After being let go by the magistrate, Paula then called Hertz for 1-week straight.

No one had an answer or any records, although she received many profuse apologies.

13.     She spoke with something she thinks was Richard Livingston, who is a corporate security manager for Hertz. She was told that Hertz had an internal list of customers who were reported for theft and that she was not on it. He claimed he could find nothing on her and that he did not know what happened.

14.     Livingston never informed Paula that Hertz was in bankruptcy, nor that she had a potential claim, despite the fact that Livingston knew she was claiming to be falsely arrested and that Livingston could see for himself that Hertz had not properly kept records.

15.     Livingston did not tell Paula that he was extensively deposed during the <u>Grady v. Hertz</u> case in 2016, and is well aware of the false theft reports inside the company and its horrible record keeping.

16.     Livingston's denials are highly suspect; the docket for Paula's case indicates that the "offense date" was November 4, 2016, meaning that Hertz provided specific information to the police to obtain the arrest warrant. Hertz should have the information it provided to the police.

17.     When Paula's public defender hired an investigator, the investigator contacted Hertz trying to get answers. Hertz refused to call him back.

18.     Her public defender then appeared in court in March 2021 to explain what happened; the court dismissed the case on March 30, 2021.

19.     It should be noted that Paula had no idea she was reported for theft until she was arrested on January 4, 2021; she therefore had no idea of the basis for her claims against Hertz until that date.

20.     Moreover, Paula was never provided notice by Hertz that the company was in bankruptcy, nor did Paula know such a fact until June 2021.

21.    As a direct and proximate result of Hertz's conduct, Paula was falsely arrested and held, and then prosecuted. She lost her job, had her reputation sullied, and suffered extreme and severe mental and emotional distress.

22.    There was no probable cause for Hertz to accuse or prosecute Paula for any crime.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:  October ___15_____, 2021         /s/ ___Paula Murray_____
                                                              Declarant

## DECLARATION OF SEAN HURT

1.      My name is Sean Hurt. I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      In summation: Sean rented a truck from Dollar at the Dallas Fort Worth airport location in January 2020. It was a 1-week rental and he paid in advance. During the rental, the truck was stolen from him and he immediately reported the theft to Hertz and the police. Months later, without warning, Hertz outrageously charged him $2,588.57 and then had *him* arrested and prosecuted for felony car theft in November 2020. The charges were dismissed in May 2021.

3.      Sean rented a car from Dollar at the Dallas Fort Worth airport location in January 2020. The truck rental was only for 1 week, and he paid in advance.

4.      While helping someone move, the truck was stolen from him. Sean immediately reported the theft to Hertz and the police.

5.      Hertz had him fill out an affidavit at the location detailing what happened. It should be noted that Hertz had a GPS locator on the vehicle and could have immediately recovered the vehicle had it wanted.

6.      Hertz stated that if they needed Sean further, they would call him. Sean heard nothing further about the theft from Hertz.

7.      However, Hertz did improperly continue to charge his bank account as if the rental was continuing—even though Hertz knew he did not have the vehicle. Sean called Hertz and demanded that they stop billing him—and pointed out they could use the GPS to get the vehicle—but they refused to do so.

8.      In March 2020, he was then charged $2,588.57 by Hertz out of the blue, as if he had been renting the vehicle the entire time. He was furious as the charge drained his account and

1

he missed a car insurance payment. While his insurance had lapsed he got into an accident which totaled his car, causing $14,000 of damage that he is now personally responsible for.

9.      Sean tried to challenge the charge with Chase, but Hertz continued to dispute his challenge until Chase eventually charged the money. Sean was exasperated, and financially devastated, but thought that the ordeal was over. He was wrong.

10.      In November 2020, he had stopped to help a friend who had run out of gas. The police came to see what was going on and routinely ran his license. They informed Sean, to his shock, that he had a warrant out for his arrest. Unknown to Sean, Hertz had reported him for car theft in March 2020.

11.      He was arrested and jailed overnight until he could pay bail of $750. He then had to pay $300 to get his car out of the police impound lot.

12.      He was then forced to appear in court 5 times, until all charges were dropped in May 2021.

13.      As a direct and proximate result of Hertz's conduct, Sean was falsely arrested, jailed for 2 days, prosecuted, overcharged for $2,588.57, had $14,000 worth of damages, missed work, suffered mental and emotional harm, and otherwise had his life destroyed.

14.      There was no probable cause for Hertz to report Sean for any crime at any point in time.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:  May _____19_____, 2021

DocuSigned by:

/s/ Sean Z. Hurst

Declarant

237FAAA67FA34CB...

## DECLARATION OF SIOBHAN ABRAMS

1.      My name is Siobhan Abrams.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      In summation: On July 20, 2019, Siobhan was falsely arrested for stealing her own car; a car that she purchased from Hertz's car sales program in October 2017. Hertz filed a false police report, accusing her of car theft, in March 2019. She was arrested, jailed for 5 days, and prosecuted—until August 2020 when all charges were dropped. Siobhan received no notice of the bankruptcy.

3.      Siobhan rented a car from Hertz in April 2017 from Las Vegas, NV. The rental was supposed to be continuing until October 2017.

4.      She, however, immediately ran into problems. Hertz made payment errors and lost track of her rental, resulting in multiple major billing errors that she had to deal with in May, June, and July 2017. She submitted a formal consumer complaint in June 2017.

5.      This culminated in July 2017, when Hertz falsely reported the rental stolen despite the fact that this was a civil consumer dispute and Hertz knew she was not a car thief. Siobhan, after much effort, had the false theft report resolved. Hertz admitted to fault and said that rental extensions were not properly updating in its system.

6.      Hertz promised to correct the issue by sending her a replacement vehicle. In August 2017, it finally arrived. Hertz told her that it was from sales inventory and that at the end of the rental in October 2017 she would have the option to purchase it.

7.      In October 2017, Siobhan in fact purchased the vehicle for $46,026.30 in Bitcoin through a third-party lender. Hertz confirmed that payment cleared. She used Bitcoin because it was a cash deal. Had she bought a car from another source (that she had not previously been

1

renting) she would not have used Bitcoin.

8.      Siobhan heard nothing further. Unknown to her, two years later in March 2019 Hertz filed a false police report accusing her of Burglary, Theft, and Forgery. Hertz claimed that Siobhan had, in person, submitted a fraudulent and altered check and had stolen the vehicle two years prior. She was given no prior warning by Hertz about any of these issues or the theft report.

9.      The theft report also absurdly referenced the prior theft report and claimed that Siobhan had previously stolen from Hertz—even though Hertz had admitted the prior report was false. The theft report also bizarrely claimed of the prior rental that Hertz had to recover the car, even though Siobhan had turned it in.

10.     The new theft report's allegations were even more bizarre and nonsensical than the prior report. It falsely claimed Siobhan had in person given Hertz a check, and that Siobhan had fraudulently altered the check. This was impossible has Siobhan had given Bitcoin to a third party company, and *that third party company had submitted the payment to Hertz.* Siobhan had no involvement and no role with the actual check submission; she had only provided the money to the third party lender.

11.     Indeed, nothing about Hertz's report made any sense, as Hertz had confirmed with Siobhan at the time of the purchase that the check from the third party lender had cleared and she had made full payment. The deposit receipt form shows the customer payment was received as "cash - verified".  If she paid directly with a check, then the payment would have been documented in the section titled "personal checks" or "other checks".

12.     As a result of the false report made two years after the purchase, Siobhan was shocked when she was arrested in July 2019. Upon being arrested, she immediately had a panic attack and had to be taken to the hospital after her blood pressure spiked to levels normally seen

in strokes. She spent 12 hours handcuffed to a hospital bed while doctors gave her anti-anxiety drugs. She was finally cleared to be booked and then taken to jail.

13.     It is important to note that Siobhan had never been on medication for anxiety before this.

14.     She spent 5 days in jail, which caused her incalculable mental and emotional harm.

15.     She was then prosecuted for 1 year while she was repeatedly threatened with jail time if she did not take a plea deal. On May 17, 2020 she had a panic attack which caused her to be hospitalized. However, despite the enormous pressure to take a plea deal, and the anxiety and stress this caused her, she refused to do so.

16.     Only in August 2020, after over 1 year of prosecution, was the case was dismissed by prosecutors at the preliminary hearing because there was no evidence at all to suggest she had done anything wrong.

17.     However, Hertz's conduct had taken its toll. On October 5, 2020, she was hospitalized for congestive heart failure due to the long-term effects of chronic anxiety. She was put on two different heart medications as well as anti-anxiety drugs.

18.     She is also now in weekly therapy to manage her PTSD, caused by Hertz's conduct. She also saw a doctor for heart treatments and stress management 3 days a week, 6 hours a day for several months in 2021. Overall, she has experienced a marked and drastic decline in her health and the quality of her life.

19.     Monetarily, she had to pay $12,000 in bail, she had to pay $9,000 to a defense attorney, and Hertz never returned the car she paid for. The car was worth $46,000 when purchased, but if she had retained the Bitcoin (which she only used due to the unique nature of the deal she was getting through Hertz), that Bitcoin would be worth approximately $400,000 to

3

$600,000 today.

20.     As a direct and proximate result of Hertz's conduct, Siobhan has had a false police report filed against her, was arrested and jailed for 5 days, she was falsely prosecuted, she experienced severe anxiety and panic attacks, has PTSD, and has had her health fall apart. Not only has she been falsely arrested and prosecuted and mentally, emotionally, and medically battered, but she has also suffered significant economic losses specified throughout this declaration.

21.     There was no probable cause for Hertz to report Siobhan for any crime at any point in time.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:   May 25, 2021        /s/ _____

                                                Declarant

## DECLARATION OF ZANDERS PACE

1.      My name is Zanders Pace.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      In summation: Zanders, a returning renter, rented a car in June 2019 from the Houston Airport Hertz location. However, after an accident in July 2019, the car was taken to a shop. He reported the accident to his insurance company and to Hertz, and Hertz said they would pick the car up at the body shop in early August 2019. Despite the fact that Hertz knew where the car was and was supposed to pick it up, Hertz instead outrageously filed a false police report against him in September 2019. A Hertz employee later admitted the car should have been picked up and could not explain why this had not been done. To this day he has an active warrant out for his arrest for theft, which is destroying his life. He never received notice of the bankruptcy.

3.      Zanders had previously rented from Hertz and even bought a car from the rental company. He was a returning customer and Hertz knew that he was not a car thief.

4.      He rented a vehicle from Hertz in June 2019 from the Houston Airport location on JFK Blvd., and thereafter extended.

5.      On July 12, 2019, he was in a car accident. The car was towed to a shop.

6.      Zanders contacted Hertz corporate and told them about the accident. He also spoke with a manager named Simone at the location and told the location about the accident.

7.      Zanders also reported the accident to his insurer, including that the car was owned by Hertz.

8.      Hertz was well aware that he did not have the car, that there had been an accident, and that the car was in the shop.

9.      Bizarrely, he received a text on July 19, 2019 stating that he had to return the car.

1

As he had already spoken with Hertz, he figured this was out of date.

10.    Yet, then on July 24, 2019, a further text stated that the car would be repossessed via a recovery service if he did not return it. The text said nothing about reporting him for car theft.

11.    On July 24, 2019, he responded to Hertz that the car was in the shop—something Hertz already knew.

12.    On July 25, 2019, Hertz texted him again for clarification. Mr. Pace informed them, again, that it was in a wreck.

13.    On or around July 25, 2019, Hertz charged Zanders $1,527.13.

14.    Note that because Mr. Pace does not own the vehicle, he was not able to pick up the vehicle from the body shop.

15.    By July 31, 2019, the body shop even called Hertz Emergency Roadside and notified them the car was impounded. Hertz told the body shop on that date that they would pick up the car within a day or two.

16.    Hertz never picked up the car.

17.    In August 2019, there was a financial dispute regarding the payment for the repairs. The body shop notified BNY Mellon Trust Company that Hertz had abandoned the vehicle, and then BNY notified Hertz to pick up their vehicle on August 15, 2019.

18.    On September 16, 2019, it was to Zanders's great shock that he was called by a bail bondsman who told him that a felony warrant was put out on him for car theft on September 13, 2019.

19.    Bizarrely, the probable cause statement available on the public docket states that Hertz contacted Zanders on July 25, 2019 and told him to return the car. The affidavit falsely states that "Defendant did not respond, nor did he return the vehicle." The manager who submitted the

report was Simone!

20.     It was apparent that no one had investigated, verified, or checked whether any of the information in this report was remotely accurate. Zanders later found out in 2021 that Hertz routinely submits theft reports without anyone at Hertz verifying or investigating whether the information the reports contains is accurate.

21.     Nowhere is there any indication that Hertz told the police the car was in an accident, that an insurance report was filed, that the car was in an auto shop, that Mr. Zanders and the auto body shop on his behalf had in fact contacted Hertz repeatedly about the car, and that Hertz had failed to tow the car as scheduled.

22.     Nowhere is there any indication that Hertz told the police about the August 15, 2019 notification that the car was in shop and had been abandoned by Hertz.

23.     Nowhere is there any indication that Hertz told the police that Zanders had paid for the rental.

24.     Scared, Zanders repeatedly called and emailed Hertz at Emergency Roadside and Vehicle Control on September 17, 2019, and notified them that they had filed an absolutely false police theft report.

25.     Hertz Emergency Roadside admitted that in Hertz's system it indicated that the car was in an accident in July 2019 and was impounded. When he was asked why a false police report was filed against him, Emergency Roadside said they had no idea why that happened.

26.     Hertz vehicle control never responded to his emails.

27.     On September 19, 2019, the body shop called and asked Hertz customer service why in the world Mr. Pace was reported for car theft when Hertz knew it was at the body shop and was supposed to pick it up. The customer service representative expressed confusion as to why

Hertz had not picked up the car.

28.     When the body shop owner stated to Hertz that Hertz's police report was deceptive, the customer service representative agreed and said "I'm with you." She said she was going to call the Hertz location and demand to know why a theft report was filed.

29.     Two years later, as of the date this declaration was signed, there is a still a warrant out for Zander's arrest. Hertz has never withdrawn the false police report or prosecution, despite knowing at all points in time the theft report was false and baseless.

30.     The open warrant has been destroying Zanders and his family's life. He has 4 daughters aged 3, 11, 13, and 16, and every time he drives a car he is terrified that he will be pulled over and arrested.

31.     Because of the pending charges he has had extreme trouble finding an acceptable residence. He and his family have to live with family members, or pay extra fees and deposits to be allowed to rent. However, even when he can obtain a residence, it is undesirable areas.

32.     The last two years have been an unmitigated nightmare. It was only in 2021 that he discovered that he was far from the only Hertz customer who had been victimized by Hertz's false theft reporting.

33.     As a direct and proximate result of Hertz's conduct, Zanders has been falsely reported for car theft, falsely prosecuted, has an open warrant out for his arrest, has been unable to find acceptable living arrangements, had paid extra money for living arrangements, and has lived in fear for two years of being arrested. The pending theft charge has damaged his reputation and has mentally and emotionally devastated him.

34.     There was no probable cause for Hertz to report Zanders for any crime.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:   October _____, 2021                     _/s/_____
                                                      Declarant

he discovered that he was far from the only Hertz customer who had been victimized by Hertz's false theft reporting.

33.     As a direct and proximate result of Hertz's conduct, Zanders has been falsely reported for car theft, falsely prosecuted, has an open warrant out for his arrest, has been unable to find acceptable living arrangements, had paid extra money for living arrangements, and has lived in fear for two years of being arrested. The pending theft charge has damaged his reputation and has mentally and emotionally devastated him.

34.     There was no probable cause for Hertz to report Zanders for any crime.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:   October   **3**   , 2021

/s/
Declarant

5