# ATTACHMENT AF



### LAW FIRM

## FRANCIS ALEXANDER
— LIMITED —

FEBRUARY 13, 2020

Kathryn V. Marinello, CEO
THE HERTZ CORPORATION
8501 Williams Rd.
Estero, FL 33928
E: *kvmarinello@hertz.com*

Jay L. Edelstein, Esquire
EDELSTEIN LAW, LLP
230 South Broad Street | Suite 900
Philadelphia, PA 19102
T: (215) 893-9311
E: *JEdelstein@Edelsteinlaw.com*

Re:    **WIDESPREAD FALSE POLICE REPORTS BY HERTZ**

Dear Ms. Marinello and Counsel:

For several years now I have been warning Hertz—after winning a jury trial against it in 2017 for malicious prosecution, and settling two other cases—that the company has been systematically filing false police reports against innocent customers across the nation. The problem is now a major public safety crisis. I have attached demands from ***23 clients*** victimized by Hertz. The falsely accused come from all walks of life, but are ***overwhelmingly*** blacks and minorities. The signal this sends to your customers, and the public, is that you don't think Black Lives Matter.

I know, and you know, that Hertz's computer systems are—***obviously***—broken and outdated. The company can't keep track of inventory, doesn't know when rentals are extended or returned, can't account for payments, and isn't doing the local investigations mandated in its theft reporting standard operating procedure W7-02(A)(17). Compounding matters, the locations, OKC, and corporate security have no idea what each other are doing. In some cases, Hertz bizarrely rents cars to customers that Hertz reported stolen ***before*** the rental began.

Given the number of people who have approached me, six months ago I submitted to your company a list of clients detailing how they had been wrongfully detained, jailed, and prosecuted. These customers had paid, extended, and even returned their rentals. Since then, more customers have come forward.

As I previously shared, some were still in jail and others were locked in criminal cases—all of them terrified by what was happening. I pleaded with you to act quickly, not only for their and their families' sake, but also so that other customers would not have their lives destroyed.

Instead of taking this alarming problem seriously, their complaints were treated as a low-level concern. Hertz falsely told the public these cases were "rare." Those in jail remained in jail. The others have had to cope with what happened, some of them now homeless. Hertz's broken systems have remained broken, and the false reports have continued. In short, the alacrity Hertz showed in addressing wronged customers following the 2017 verdict has demonstrably waned.

My clients are tired of having their polite entreaties fall on deaf ears. They are making one last plea, on video, for someone within Hertz to do the right thing: https://bit.ly/37mvaZ1. I have enclosed with this letter a draft complaint for Nicole Stevens, which will be filed before the end of the month.

If you think you can continue to ignore this problem, you have made a grave miscalculation. I routinely handle large, complicated cases, and have tried them to verdict throughout the country—11 years undefeated in jury trials. I regularly post some of the largest verdicts and settlements in the country, including recently winning a $44.35 million verdict and judgment where the jury returned a $20.25 million punitive damages award (this was a top 100 verdict in the US). Not only do I know how to win these cases against Hertz—because I already have—but I have the resources to litigate every case to verdict.

In the prior case I tried against Hertz, I established that Hertz will be found liable for punitive damages given its conduct. The corporation has known about these problems for many years and yet continues to file false police reports, routinely violating its very own standard operating procedures. No jury will turn a blind-eye to a corporation which decided that cutting costs to increase profits was acceptable—especially when it is being done with reckless indifference to the human lives Hertz is harming. A company worth $2.5 billion that generates $10 billion in revenue cannot afford serial punitive damages verdicts against its reputation and goodwill.

That said, my goal is to come to an amicable resolution so we can fairly compensate my clients and protect your customers. Nothing that my clients are requesting is unreasonable. For peace to be brokered we need to address the following: (1) the points in the attached Addendum to ensure the safety of Hertz's customers, and (2) how to justly address my clients' injuries. I need a written response by Tuesday, February 18th and an in-person meeting with Hertz's corporate officers no later than Monday, February 24, 2020.

If Hertz does not timely address these issues which have been plaguing the company, then my firm will be forced to start filing the lawsuits through local counsel. Please ensure that all data and records concerning these customers are preserved.

Note that because some of the demands exceed Hertz's self-insured limit of $10 million per occurrence, you should notify your excess coverage insurer. Moreover, to the extent that Hertz's insurance does not cover those alleged to be individually liable, you should notify those officers and employees to immediately retain personal counsel.

Kathryn, tell me how we fix this; tell me how we make this right. The time has come to bridge our division and make sure that more customers do not have their lives destroyed.

Your move.

With every good wish, I am,



Francis Malofiy, Esquire

Cc:    M. David Galainena, Esquire - *Exec. Vice President, General Counsel*
        Richard McEvily, Esquire - *Senior Vice President, Deputy General Counsel*
        Clark Dubin - *Vice President, Risk Management & Claims*
        Christopher P. Morales - *Director, Technical Claims*

Encl:   Addendum I      Points of Discussion for Proposed Meeting
        Addendum II     Hertz Victims
        Addendum III    News Coverage of Hertz Victims and Conduct
        Video           Hertz Victim Video No. 1 - https://bit.ly/37mvaZ1
        Complaint        Proposed Nicole Stevens Complaint

# ADDENDUM I

# POINTS OF DISCUSSION:

## PROPOSED MEETING WITH THE CORPORATE OFFICERS OF HERTZ

- Hertz will review cases which I present and assign a dollar value within 30 days.
- Hertz will review cases which I present on an expedited basis where the client is still being prosecuted or is incarcerated, with next steps identified (e.g., recantation or withdrawal).
- Hertz will enter into tolling agreements where the statute of limitations is approaching on cases in the process of being resolved.
- During the theft reporting process, Hertz will take into consideration whether Hertz's dispute with the customer is truly criminal or civil in nature.
- Hertz will update its tracking and rental systems so that rental extensions and payments are communicated to all areas of the company, including location, OKC, and corporate security.
- Hertz will fully comply with its theft reporting policy W7-02 RAC(A)(17), which mandates an independent investigation by the corporate security manager at the location level to safeguard against inaccurate reports.
- Hertz will stop reporting customers to the police for theft *before* Hertz has charged the customers' cards. Hertz policy W7-02 RAC (D) will accordingly be revised.
- Hertz will take steps to ensure compliance with W7-02 RAC (E) so that vehicles reported stolen by Hertz are identified in Hertz's rental systems as "reported stolen," to ensure that "stolen" vehicles are not rented to customers.
- Hertz will stop reporting vehicles stolen which were already returned by the customer, and will withdraw prosecutions where the company discovers the vehicle was returned by the customer.
- Hertz will stop reporting "lost inventory" as "stolen" unless there is first-hand knowledge that the vehicle was actually stolen or there are other indicia of criminal activity.
- Hertz will implement and mandate monthly reviews of all ongoing prosecutions to determine if material facts were omitted from a theft report or police report to determine whether the prosecution needs supplemental data (e.g. payment data, rental extensions, or vehicle returns); and determine whether the police report needs to be corrected, supplemented, or withdrawn completely.
- Hertz will ascertain whether a customer being reported is on probation/parole, and will double check all such theft reports given that reports against those customers will result in them being jailed without the ability to bail or bond-out.
- Hertz will compensate each client for bail, attorneys' fees, expungement, and other expenses.

*****

# Addendum II
# Hertz Victims

1. ## Nicole Patrice Stevens

    **Date**: Released from Prison in Nov. 2018, Case dismissed June 21, 2019

    **Location**: Harris County, TX (arrested in Minnesota)

    **Summary**: Her case was nolle prossed for lack of probable cause.

    In April 2018 she rented a car from the Jersey Village Hertz and returned it on May 16, 2018. She fully paid for the car.

    One and a half months after the car was returned, on June 27, 2018, Hertz called the police and they issued a warrant for her arrest for felony theft of a vehicle. Hertz outrageously told the police she had not returned or paid for the car.

    She was arrested in October 2018 in Minnesota for a warrant she did not know was issued. She was then extradited from Minnesota to Texas on a hellish van ride over many days. Upon arriving in Harris County, she was kept for several more days before being released.

    She was then prosecuted for over half a year, despite the fact that she obviously had done nothing wrong. She was repeatedly told to plead guilty, but refused to do so. During the prosecution she miscarried, was rejected from jobs, and her family became homeless.

    Only on June 21, 2019, did the prosecution eventually move to dismiss the case, finding that there was no probable cause because the rental had been returned before the police report was even made.

    **Damages: Spent one-month in jail and taken away from 10 kids. She was prosecuted for over half a year. Became homeless. Miscarried. Severe ongoing emotional issues.**

    **Demand: $15 million.**

## 2. SHONTRELL HIGGS

**Date**: April 2019 to present, Criminal Proceedings Ongoing

**Location:** Broward, FL

**Summary:** She was forced to plead no contest. Her appeal of her motion to withdraw plea is pending.

Ms. Higgs rented car from the Ft. Lauderdale location on February 28, 2019, and then extended the rental three separate times for a final due date of April 10, 2019. Hertz Rental records ***show the extended due date***, phone records show the phone calls to extend, and bank records show the rental payments.

Ms. Higgs was even texting with a Hertz employee about being overbilled on the day she was arrested, April 9, 2019.

Even though Higgs has objective proof she spoke with Hertz, and extended the rental, Hertz falsely told the police they never heard from her after the initial rental and that she had never extended nor paid for the rental. None of this was true.

After spending 37 days in jail she was forced to plead no contest as she had two small children, she then immediately moved to withdraw the plea. While that motion was pending, she was arrested for minor probation violations in September 2019 (including not paying Hertz restitution for a rental she had already paid for), and then jailed for many more months without any chance to bond out. While in prison, Hertz was asked to intervene, but no response was received.

**Damages: Spent 37 days in jail while pregnant, and forced to plead no contest to something she had not done. She later miscarried. She missed graduation from nursing school, lost job, and then spent many more months in prison while her motion to withdraw pela was pending.**

**Demand: Immediately recant accusation against her. Make all efforts to support Higgs' Motion to Withdraw Plea/Vacate Charges. Her demand is $15 million.**

### 3.  JULIUS BURNSIDE

**Date:** January 2018 to December 2019

**Location:** Norcross, GA

**Summary:** He pled guilty, but was allowed to withdraw his plea. The charges were then nolle prossed.

Mr. Burnside's insurance company rented a car for him from the Norcross, GA location in January 2018. He took over the rental in February 2018, and extended weekly on the corporate extension number. When he would extend, Hertz would place $320 authorization holds on his account. His last extension was until April 1, 2018.

Inexplicably, Hertz charged his card $2,343 on March 26, 2018, and then reported him for car theft the following day, saying that he had never extended or paid for the rental. Oblivious, Burnside returned the rental on April 1, 2018, as agreed with the company.

To his shock, he was told later in April 2018 there was a warrant out for his arrest. He turned himself in expecting that this was a clerical mistake because he had paid for and returned the rental more than a week earlier. He was kept in jail for several hours, and then bonded out, expecting this to go away. Instead, Hertz never withdrew the charges, and he missed a court hearing. He was then arrested and held in jail for 7.5 months.

Eventually he was forced to plead guilty after he was told he was looking at another year in prison just to get to trial, and his family begged him to swallow his pride. After getting out of prison he then filed a motion to withdraw his guilty plea. When the prosecutor looked at what Hertz had done, she immediately consented to the motion. The Court allowed the plea to be withdrawn, and dismissed all charges.

**Damages: He spent 7.5 months in jail and had his life utterly destroyed.**

**Demand: $15 million**

4.  VINCENT BOYD

**Date:** December 2018 to present

**Location:** Norcross, GA

**Summary**: Mr. Boyd is still being prosecuted, but is innocent.

Mr. Boyd regularly rented from Hertz. He usually rented from the Dunwoody location, but for this rental rented from Norcross on December 13, 2018.

After 1 week, he called the 1800 number to extend the rental for 1 week. He then dropped the car off on January 3, 2019, at the overnight drop off at the Norcross location.

He was therefore baffled when a police officer called him on January 4, 2019, and asked him about a stolen car. He told the officer that he had returned the car, and heard nothing more.

Unknown to him, Hertz reported Mr. Boyd for car theft one month later on January 31, 2019. In July 2019, he got into a fender bender, and the officer who responded said he had a warrant out for his arrest.

As a result of this false police report he spent 3 months in jail, and is still being prosecuted to this day. He obtained his receipt and invoice, which shows that he returned the rental and owes nothing. Hertz still refuses to drop the case.

Hertz's false police report has ruined his life. In addition to being jailed, he was supposed to have full time with his daughter and she was supposed to be home schooled. Now, he has lost all of this

**Damages: Three months in jail, and a continuing prosecution. His relationship with his daughter was destroyed.**

**Demand: Immediately recant all allegations against Mr. Boyd. His demand is $7.5 million.**

5.  MAGALIE STERLIN

**Date**: April 2017, Criminal Proceedings Ongoing

**Location**: Broward, FL

**Summary:** The case is ongoing.

Ms. Sterlin rented a car from Hertz at the end of April 2017. She extended the rental each week until late May 2017. On May 24, 2019, Hertz corporate called Ms. Sterlin and told her that she had to exchange the car because of a coming registration expiration. It was agreed she would return the car on May 29, 2017.

On May 26, 2017, Ms. Sterlin paid Hertz $1,500 from her Chase bank account. To her surprise, Hertz then had her arrested on May 28, 2017. She spent 24 hours in jail, and became homeless afterwards as a result of the pending charges.

To this day, the charges are still pending and Hertz has not withdrawn the case.

**Damages: She spent 24 hours in jail, and became homeless as a result. She has been prosecuted years.**

**Demand: Recant the accusation and have the prosecution dismissed. Her demand is $3 million.**

6.   HENRY ESSICK III

Mr. Essick is litigating a civil case against The Hertz Corporation and its franchisee for the Dayton, OH Airport location (Vandalia) in Montgomery County, OH. The demand for Mr. Essick's case will be sent to Hertz's local counsel in that case.

### 7.   BRENT WILLIAMS, SR.

**Date**: 2007-08, but criminal proceedings until Dec. 2015

**Location**: Tampa, FL

**Summary**:  The case was nolle prossed. A civil suit has been filed.

Mr. Williams routinely rented cars around the country for months at a time for his job. He supervised 35 employees for a company which sold magazines. In 2007 he commenced a rental out of Tampa for his work in Florida. At all times he had paid for and extended the rental in 2007-08, paying a total of $6,000.

About 1.5 months into the rental, he was pulled over in Monroe County and told that the vehicle was stolen. He spent the night in jail and had to be bailed out by an employee, which was embarrassing. When he showed up for the hearing, Hertz was a no show and he was not told anything further by the court.

He thought the experience was behind him. Except he was then arrested *seven years later* in Pennsylvania, in late 2015 and held pending extradition to Florida. He was kept in the prison system for 1 month and transported by a hellish 10-day van ride down to Tampa, FL.

When he got there, he had to bail out. When he returned for a hearing in December 2015, the case was dismissed because Hertz did not have any evidence against him.

Hertz did not respond to a request for a tolling agreement, so he filed a lawsuit in Florida which has not yet been served.

**Damages: Spent one month in prison, and 10 days in hellish van ride to Florida. Was prosecuted for months in Florida. Also had to pay bail of $1,000, and $2,500 for a lawyer in Florida. He lost around $6,000 in wages.**

**Demand: $5 million.**

8. ARTHUR STEPANYAN

**Date:** March 2019 to late 2019

**Location:** Charlotte, NC

**Summary:** The case was nolle prossed.

Mr. Stepanyan was a Gold Club Member at the Charlotte, NC Airport location and had rented there many, many times. He was known to the employees who staffed the Hertz VIP lounge, including a woman named Jordetta. If there was ever a problem with his rental, they simply called him. His charge card was on file.

In March 2019, he rented a Silver Dodge Ram. He then brought it back after a day or two, and decided to exchange it for another vehicle. However, after looking around, Hertz convinced him to re-rent the same Silver Dodge Ram. Hertz did the paperwork, he was checked out at the booth, and he went on his way.

As far as he knew his rental proceeded normally. On August 5, 2019, he noticed a police car following him, he thought because of a seat belt violation. By the time he got to his house, there was a full squadron of more than 10 police cars cornering him. He was ordered out of the car at gun point in front of his neighbors, screamed at, and cuffed.

The police repeatedly accused him of stealing the car, which shocked him. The police said the car itself had been reported stolen, but that Stepanyan's name wasn't on the report. He pleaded with them to look at his rental paperwork. Mr. Stepanyan also gave the police the phone number of the Hertz VIP associate at the Charlotte Airport Hertz location, Jordetta. When they called, she hung up when they explained the situation. The police called back from multiple numbers but she did not pick up.

When the police finally got in touch with Hertz corporate, they were told to proceed with the arrest. Stepanyan then spent 24 miserable hours in a freezing jail cell. The cuffs had been so tight on his hands that he now has permanent nerve damage and his thumb feels like a piece of plastic.

Subsequently, Mr. Stepanyan was prosecuted for months. It was later learned that when Mr. Stepanyan returned the Silver Dodge Ram, Hertz checked it back into the system. However, when he rented it again a few minutes later, instead of recording a rental of the Dodge Ram, Hertz employees inexplicably listed him as having rented a F150.

When the Hertz employees at the Charlotte location could not find the Silver Dodge Ram, they then reported it stolen despite having no information it was stolen. They did not even call the last known renter, Mr. Stepanyan, to determine if he had the car before filing the police report.

When Stepanyan talked to multiple location and corporate security managers (David Nipper and Tim Burrell), he was outrageously lied to by each one and told they could not withdraw the false police report or stop the prosecution. After many months the charges were dropped, with the prosecution stating: "Victim/business does not want to cooperate."

Mr. Stepanyan was jailed, permanently injured, lost business, has been severely damaged emotionally and mentally, and does not feel as if he can continue living in a neighborhood that thinks he stole a car.

**Damages: Jailed overnight, prosecuted, physically injured, lost business, loss of reputation.**

**Demand: $3 million**

9.    HOWARD JUNIOUS

**Date:** January 2018 to Nov./Dec. 2018

**Location:** Bakersfield, CA

**Summary:** The case was nolle prossed.

Mr. Junious's insurance company rented him a car in early 2018, and he then took over the rental payments a few weeks into the rental. When he took over the rental payments, he told Hertz it was for an indefinite period. The employees indicated this was fine, since he had provided a credit card. He spoke with Hertz during the rental, and Hertz placed authorization holds on his card throughout the rental. Hertz also charged, and he paid, $1,375.94 for the rental.

Hertz then reported his rental stolen, and falsely told the police that he had never paid for it or spoke with the company. He was then held for 2 months in jail. One month into his jail stint, a Hertz employee falsely testified under oath at a preliminary hearing that Junious had not paid for the rental.

Junious was told to take a plea repeatedly, which he refused. Shortly before the trial in November 2018, Hertz obliviously submitted a restitution request to the prosecutors which admitted that Junious had in fact made a $1,375.94 payment for the rental. Shortly later, the prosecution then dropped the case.

**Damages: Spent two months in prison and was prosecuted for several more months.**

**Demand: $7.5 million**

## 10. HANNA AYOUB

**Date:** 2019

**Location:** Accused in Wilmington (arrested and prosecuted in NJ, and prosecuted in New Castle, DE)

**Summary:** Both prosecutions in NJ and DE were nolle prossed.

Mr. Ayoub regular rented vehicles with Hertz and was getting Gold Plus Rewards with the company. He rented a truck from the Wilmington Amtrak Station location in April 2019. Every week, like clockwork, he extended the rental until late May 2019 (April 15, April 22, April 29, May 6, May 13, May 20, and May 28). He has phone records showing weekly rental extensions, bank records showing his authorization holds, bank records showing his payment, and numerous Hertz rental documents supporting his rental.

During the rental Ayoub was contacted by a Hertz investigator who said that the rental was overdue—despite the fact that Mr. Ayoub was in weekly contact with Hertz extending the rental. Mr. Ayoub confirmed with the Wilmington location, corporate, and the investigator that he was authorized to have the rental. He then extended the rental several more times with Hertz corporate in May 2019, without issue. He was charged and paid $2,309.44 for the rental.

Unbeknownst to him, Hertz filed a theft report against him which claimed that the rental was due April 16, 2019. It also falsely claimed that Ayoub had ceased contact with Hertz in early May 2019. It outrageously omitted that Ayoub had verified with Hertz's investigator that Ayoub was authorized to have the rental in early May, and that he had extended the rental through late May 2019.

Ayoub, not knowing Hertz has filed a false police report, was then arrested in New Jersey and held in jail in June 2019. He was prosecuted in New Jersey and Delaware. However, when the New Jersey and Delaware prosecutor were shown the evidence that Ayoub was innocent, they immediately dismissed all charges.

**Damages: Arrested and imprisoned for a short time in NJ. Prosecuted in two states.**

**Demand: $1.5 million**

11.  LAKETA COLLINS

**Date:** 2018-2019

**Location**: Rented from Clearwater, FL

**Summary**: Case was nolle prossed.

The insurance company started the rental for her in July 2018 and extended it once. Then she took over the rental and extended it. What she did not know was that Hertz never recorded the extensions, ***even from the insurance company***.

She called Hertz Roadside to pick up the rental in August 2018. They gave her a claim number and the next day the car was picked up in late August 2018, so she thought everything was fine (in fact, the police had recovered it). No one ever told her the car was reported stolen. She paid $2,300 on August 29, 2018.

Ridiculously, Hertz filed the report against her 5 months later in January 2019. She was arrested on Valentine's Day 2019, six months after the rental. She was kept overnight in the jail, away from her two children.

**Damages: She spent several hours in jail, had to bond out, and overall went through hell.**

**Demand: $1.75 million.**

## 12. MICHELLE JOHNSON

Date: Arrested in 2019, cased dismissed in Jan. 2020

**Location:** Rented and Arrested in Indiana

**Summary:** Her case was nolle prossed.

She was visiting from California, taking care of her invalid mother. She had been renting cars for about a year with Thrifty, with many different rentals. In December 2018 she rented a car from the Thrifty in Indianapolis, through Hotwire.

She spoke with Hertz throughout the rental, but was suddenly hit on 2/13 with a charge for $3,578.20. This was a huge overcharge. She called Thrifty to complain, and was told her complaint was being "escalated."

Then, over the next several months, she was told by Thrifty personnel that she should not return the car because it would make it hard to "close out" her rental and impossible to give her a credit. She was utterly confused, because this was unlike all her prior rentals: however, she followed their directions over the next several months.

Without telling her the car was being reported stolen, Hertz had her arrested in July 2019 and said that she had stolen the car in January 2019. She was taken to jail, and then prosecuted until January 2020 when the case was dismissed. Her life was destroyed because of this, including a foreclosure and loss of her home.

**Damages: She was arrested, and prosecuted for half a year. Her life in California and Indiana were destroyed because of Hertz's actions.**

**Demand: $3 million.**

13.  BRIAN STEINBERG

**Date**: February/March 2018

**Location**: Henderson, NV

**Summary**: He was detained for several hours before being cleared by the police.

Mr. Steinberg was on vacation in Las Vegas and rented a car from Hertz on March 2, 2018. He stopped at the Flamingo for 30 minutes and when he came back to his car, he was detained, interrogated, and searched for 2 hours by police who said it was stolen.

Apparently, Hertz had reported car stolen in Henderson, NV, on February 26, 2018, along with several other cars. The car was input into the NCIC.

On March 2, 2018, Hertz obliviously rented the "stolen" car to Steinberg from the Henderson location.

**Damages: He was detained for several hours and his two week prepaid vacation ruined.**

**Demand: $750,000**

### 14. ANTWONE PERSON

**Date**: 2019

**Location**: Chicago, IL

**Summary**: He was detained and held at a jail for several hours. A case may be pending against him.

Mr. Person rented a vehicle on April 29, 2019, with an initial due date of June 6, 2019. He extended the rental.

Yet, on June 10, 2019, Hertz reported it stolen and told the police that he had rented the vehicle on April 17, and was supposed to return it on April 30, 2019. This bore no relation to reality, as he did not even start renting the car until April 29, 2019.

Mr. Person was pulled over and detained at gun point on June 14, 2019.He was arrested, and was taken to the police station. He gave the police his rental documents. He was then released but told nothing about why he was being released.

**Damages: He was detained and arrested, spending several hours in jail. He is in limbo, wondering if he is going to be prosecuted.**

**Demand: Any prosecution must be withdrawn. His demand is $1.5 million.**

15. MICHAEL AND AMANDA KOSS

**Date**: 2013 to present

**Location**: Seattle, WA and Oklahoma City, OK

**Summary**: The cases against them are still pending.

They rented a car from the Seattle Tacoma Airport. They were moving from Washington to Oklahoma City to be near family. He is a retired Marine and contractor who did 4 tours in Iraq and Afghanistan, and regularly rented with Hertz for many years. When the Kosses rented the car at the Sea-Tac location the power was out, so they filled out paper forms.

As he had done dozens of times Mr. Koss gave Hertz his credit card and told them it was a long-term rental. The Hertz employee said "let's do an open ended rental."

A couple months later in OKC, Mr. Koss pulled into his father's house for dinner. A police officer had followed him and asked if the car was his, and he said it was a rental. The officer then arrested him on the spot without warning. When his wife Amanda said they had a rental contract she was also arrested. Because he is a retired marine who owned guns the police then said he had used a gun in the commission of a felony. It was like a nightmare they could not wake up from.

All of this played out in front of neighbors from his childhood, and his sick father, for several hours. His grandmother arrived in the middle of the fiasco. They were taken to jail overnight and spent a hellish 12 hours there, forced to stand the whole time, before bonding out. When they went for their arraignments several times, their names were never called by the court.

The cases still remain pending and have never been dismissed.

To this day, these pending charges still show up on their background checks, preventing them from finding better employment. He previously had tremendous earning potential and contacts, which Hertz's false accusation ruined. He lost approximately $100,000 a year in earnings because of Hertz. In addition, his entire neighborhood thinks he stole a car, his wife's family thinks he's a car thief, and his grandmother died refusing to believe his denials.

This false report utterly ruined their lives.

**Damages: They were held in prison overnight, humiliated, and are currently being prosecuted. They were arrested in front of their neighbors and family, who all believed they stole a car. Michael's grandmother died not believing his denials. They cannot move or get new jobs because these charges remain pending and they constantly worried they will be arrested.**

**Demand: Recant and cooperate in withdrawing the charges. Their demand is $5 million.**

16. **CHERYL YOUNG**

**Date**: May 2018 to January 2020

**Location**: Manteca, California

**Summary**: The case was nolle prossed.

Ms. Young rented a car in May 2019 from Hertz, and gave them a valid Mastercard. For the first three weeks she extended with the location, and even went in because she wanted to exchange a vehicle—which she ultimately decided not to do. After the first three weeks she then started extending with the 1800 number.

She then got a call from a woman named Carey Wells, who said she was from the recovery unit. Young informed Wells that the rental had been extended and had a return date. Wells told her to return the car anyway, which Young did in August 2018. Wells verified the car had been returned.

Outrageously, despite doing exactly what Hertz said, and paying her bill (including getting a refund for overpayment), Hertz reported Young for car theft in San Joaquin County on September 13, 2018.

When applying for jobs, she found out that there was a pending case against her in 2019. She turned herself in. She was then prosecuted for several months until the case was finally dropped.

Bizarrely, when she texted a Hertz number in November 2019 during her prosecution, they verified she had returned the car on August 10, 2018. Yet, when she asked for help getting the criminal case dropped, the Hertz employee responded "I have nothing to do with that" and that Young should "Google OKC."

Besides being put through hell by Hertz, which clearly did not care about the false report, she was also rejected from multiple jobs. Ms. Young works as an administrator in healthcare.

**Damages: She was prosecuted and rejected from multiple jobs.**

**Demand: $2 million**

17. NANCY CULLEN-SMITS AND RYAN SMITS

**Date**: 2017

**Location**: Virginia

**Summary**: They were detained for several hours after being treated like car thieves.

They were detained and then let go when the police determined the report was "unfounded." Civil lawsuits have been filed.

Ms. Cullen-Smits regularly rents cars for her job as a pharmaceutical sales rep. She therefore rented a car from the Hertz location in Fredericksburg, VA in September 2017.

On November 22, 2017, the day before Thanksgiving, she was driving with her son Ryan when police cars pulled them over. The police then accused them of having a stolen car, and detained them. According to the officer, Hertz had reported the car stolen on November 3, 2017.

Inexcusably, Hertz's records showed that the last location of the car was at the Ronald Reagan International Airport branch. According to Hertz the car had never been at the Fredericksburg location where it was actually rented to Cullen-Smits months earlier. When Hertz could not find the lost inventory, employees reported the car stolen despite not having any idea whether it was stolen, and without checking whether it had been rented to another customer.

Cullen-Smits and her son were detained in the cold, stripped of the rental car, forced to clean out all her work material and belongings like she was a criminal, and made to wait hours for a ride to pick them up.

Mr. Cullen-Smits emailed Hertz's CEO, Kathryn Marinello, but was shunted off to customer service personnel, who treated what her and her son had been through as a minor problem. Eventually, they had no choice but to file suits in Virginia, which are currently pending but have not yet been served.

**Damages: They were detained for several hours, Thanksgiving was ruined, and they were treated like criminals.**

**Demand: $1.5 million.**

18. JAMES AND STEPHANIE KEENE

**Date**: August 2019

**Location**: Clearwater, FL

**Summary**: He was detained at gun point, until finally cleared by the police.

Mr. Keene's insurance company rented him a car from the Clearwater Hertz on a Tuesday night in August 2019. On Wednesday morning Mr. Keene took the car to work. On the way back from work, Mr. Keene was dropping an employee off at her apartment and was on Facetime with his wife, Stephanie.

As he pulled into the apartment complex, multiple police officers pulled him over with guns out. His wife drove to where he was and watched as her husband was detained. The police accused him of stealing the car. He insisted that he had just rented the car the day before and that was impossible. He gave them his rental paperwork.

He was detained for over 1.5 hours while the police were on the phone with Hertz. Eventually the police let him go, as it was clear he did not steal the car. It was later learned a car with that license plate was reported stolen by Hertz out of Jacksonville, FL *before* Mr. Keene even rented the car, one year prior. Hertz then obliviously transferred the license plate to a new car, unaware they had reported the plate stolen.

Following this experience, the Keenes tried to contact a district manager but could not get a hold of anyone. They then got a customer service call asking them if they were satisfied with their rental. They said they were furious.

They then spoke with a manager at the Clearwater location who said that this happens because the corporate and local computer systems do not talk to each other and are separated.

**Damages: Mr. Keene was detained for several hours, terrified, in front of his wife and employee.**

**Demand: $1 million**

19. BARBARA FERNANDEZ

**Date**: 2017 to 2020

**Location**: Gainesville and Miami, FL

**Summary**: Her case was nolle prossed.

Ms. Fernandez and her husband rented a car from the Gainesville, FL Hertz in February 2017 because they were moving to Miami. They told the employees it would be a long-term rental, provided a valid credit card, and they gave the employees the address of the hotel they were staying at in Miami. There was no problem with any of this.

She called every week to extend the rental. When she extended, an authorization hold would appear on her card. On May 1, 2017, she paid Hertz $2,304.73. After the payment she continued to extend the rental with Hertz, and arranged to return the rental in mid-June 2017 in Miami.

Then, without warning on June 6, 2017, a tow truck tried to take the rental. Ms. Fernandez demanded the police be called, and to her surprise she was told the car was reported stolen. Hertz had told the police Ms. Fernandez had not paid for the rental or extended it. Barbara then showed her continuing rental payments to the police, who let her go and told her that it was illegal for Hertz to have reported the car stolen.

Unknown to her, Hertz then secured charges against her *after* the Miami police had cleared her. In 2019, her daughter was pulled over by police and told her that the car's owner, Barbara, had a warrant out for her arrest for car theft. Barbara and her husband could not believe this had not been resolved years ago, and trekked to Gainesville expecting to be told this was a mistake. Instead Barbara spent a terrifying night in a jail cell, while her husband waited nervously for 13 hours in the parking lot wondering what was happening.

She was then prosecuted until January 2020, right up until her trial was supposed to begin. She was told that she was going to go to jail and should plead guilty. She refused, but was terrified that she was facing real jail time. Then, without explanation, the prosecutors dismissed the case.

**Damages: She was detained once and cleared in 2017, and then arrested and held overnight in a jail cell two years after her rental in 2019. She was then prosecuted for half a year and threatened with jail time and a serious criminal record, before the case was mysteriously dropped. This caused her and her family untold pain and suffering.**

**Demand: $2.5 million**

## 20. Michelle Jones

**Date**: 2009

**Location**: Georgia

**Summary**: Ms. Jones was forced to plead no contest by Hertz. This still remains on her record.

In March 2009, she rented a car for three weeks. After three weeks, she converted the rental to a monthly rental, and extended it two additional times. She returned the rental in June 2009, after three months, and paid $2,123.27.

Unbeknownst to her, Hertz reported her for car theft in June 2009 telling the police she had stolen the vehicle. She was arrested and jailed in three different lockups over 5 days. She was then prosecuted for several months.

She had no idea what was going on, but was told by a public defender that if she didn't plead no contest to the allegations that she could be imprisoned again. Confused and terrified she was forced to plead no contest.

The entire ordeal was humiliating, degrading, and has had a lasting emotional and mental impact—not to mention gave her a criminal record.

It was only in 2019 that, upon seeing news reports about Hertz's conduct, she realized that she was one of many victims, and that she had to step forward to make sure this did not happen to other people.

**Damages: She was held in jail for 5 days, prosecuted, and forced to plead no contest to a crime she did not commit.**

**Demand: Hertz must recant its accusations and make all efforts to vacate her plea. Her demand is $1 million.**

*****

# ADDENDUM III

## NEWS COVERAGE DOCUMENTING
## HERTZ VICTIMS AND CONDUCT

**Hertz has a pattern of mistakenly reporting cars stolen leaving customers arrested, attorney says**

**Source**: https://www.abcactionnews.com/news/local-news/i-team-investigates/hertz-has-a-pattern-of-mistakenly-reporting-cars-stolen-leaving-customers-arrested-attorney-says

**Date**: May 2019

---

**Hertz Customers Detained and Arrested After Rental Vehicles Mistakenly Reported Stolen**

**Source**:    https://www.news5cleveland.com/news/local-news/investigations/hertz-customers-detained-arrested-after-rental-vehicles-mistakenly-reported-stolen

**Date:** May 2019

---

**Investigation: Hertz customers arrested after rental vehicles mistakenly reported stolen**

**Source:** https://6abc.com/business/hertz-customers-arrested-after-vehicles-mistakenly-reported-stolen/3487977/

**Date:** May 2018

---

**People Are Being Arrested and Jailed Due to Hertz Erroneously Reporting Rental Cars Stolen: Report**

**Source:** https://www.thedrive.com/news/27976/people-are-being-arrested-and-jailed-due-to-hertz-erroneously-reporting-rental-cars-stolen-report

**Date:** May 2019

---

**A Hertz Customer Rented Her Car Legitimately. Then She Was Confronted By Police**
Lawyers say Hertz has a computer glitch that falsely marks cars as stolen. Hertz says something very different. For any business, it's really not a good idea to get a customer arrested.

**Source:** https://www.inc.com/chris-matyszczyk/hertz-customers-are-being-arrested-even-though-theyre-legitimate-renters.html

**Date:** May 2019

---

**People Are Being Arrested After Hertz Keeps Mistakenly Reporting Cars Stolen**

**Source:** https://www.powernationtv.com/post/people-are-being-arrested-after-hertz-keeps-mistakenly-reporting-cars-stolen

**Date:** May 2019

---

**Hertz Falsely Reported Rental Vehicles Stolen, Ordered To Compensate Arrested Customers**

**Source:** https://www.ibtimes.com/hertz-falsely-reported-rental-vehicles-stolen-ordered-compensate-arrested-customers-2682108

**Date:** May 2018

\*\*\*\*\*

| | |
|---|---|
| **From:** | Francis Alexander Malofiy |
| **To:** | AJ Fluehr; command4 |
| **Cc:** | Francis Alexander Malofiy |
| **Subject:** | FW: *** HERTZ DEMAND LETTER - VICTIMS (No. 1 - 23) *** |
| **Date:** | Friday, February 14, 2020 1:55:26 PM |
| **Attachments:** | DEMAND LETTER - HERTZ VICTIMS (No. 1 - 23).pdf |
| | ATT00001.htm |

**From:** Jay Edelstein [mailto:JEdelstein@edelsteinlaw.com]
**Sent:** Friday, February 14, 2020 1:19 PM
**To:** Clark Dubin <cdubin@hertz.com>
**Cc:** rmcevily@hertz.com; Adam Schloss <aschloss@hertz.com>; cmorales@hertz.com; Francis
Alexander Malofiy <francis@francisalexander.com>
**Subject:** Fwd: *** HERTZ DEMAND LETTER - VICTIMS (No. 1 - 23) ***

Make sure you view the video. We need to confirm internally these allegations. As you see from the
video his angle is clear..

Sent from my iPhone

Begin forwarded message:

> **From:** Francis Alexander Malofiy <francis@francisalexander.com>
> **Date:** February 13, 2020 at 5:04:57 PM EST
> **To:** Jay Edelstein <JEdelstein@edelsteinlaw.com>, Clark Dubin <cdubin@hertz.com>,
> "Christopher P. Morales" <CMorales@hertz.com>, "rmcevily@hertz.com"
> <RMcEvily@hertz.com>, "kvmarinello@hertz.com" <kvmarinello@hertz.com>,
> "dave.galainena@hertz.com" <dave.galainena@hertz.com>
> **Cc:** Francis Alexander Malofiy <francis@francisalexander.com>, AJ Fluehr
> <aj@francisalexander.com>
> **Subject: RE:  *** HERTZ DEMAND LETTER - VICTIMS (No. 1 - 23) *****

> Dear Jay,

> This is not going to work. Why would I give you 30 days to address 23 client demands,
> when you could not even address a single one over the last six months? I even gave you
> Hertz's own rental data exonerating Shontrell Higgs while she rotted in prison, and
> **Hertz did absolutely nothing with it!**

> People are being thrown in jail and arrested at gun point. This is happening as we
> speak. Hertz needs to act immediately. For Hertz, this needs to be an all hands on deck,
> crisis management moment. I guarantee that if you continue to ignore 23 client
> demands, then the fall out is going to be far worse than anything they can imagine.

> I suggest you read my demand letter again **and watch the video**.

> I sent you 9 client demands **half a year ago**. Since then you and your client have

shockingly done ***nothing!***

- Hertz has never put a number on a single case,

- Hertz has never entered into any tolling agreement

- Hertz has never recanted a single false police report—while my clients remanded in jail and were prosecuted, and more people have been arrested.

In stark contrast, Hertz is quick to pull the trigger when throwing someone in jail. The company does not even stop to verify if the information they're giving to the police is remotely correct.

Regrettably, I do not think that you have the capability to properly address the magnitude of this scandal; nor do I think that your client is aware of the legal, financial, and other jeopardies they are facing. You and your client are walking off of a cliff, while ignoring the lifeline I have already extended them.

We reject any extension of 30 days. I reiterate that we need a formal written response by Hertz and Ms. Marinello by Tuesday, February 18, 2020 on how they desire to address the issues and proceed. Further, we require a meeting with Hertz's corporate officers by Monday, February 24, 2020. If this is not possible, then you have been so warned.

To the extent that there is any flexibility in the above timeline, Hertz can make a showing of sincerity and willingness to cooperate by setting aside $10 million in a trust account for the purpose of resolving these claims. Absent this small token, there is little left to discuss. However, this would be a start.

Without these assurances and signs of good faith, then I will proceed with my plans.

Jay, let's be clear, the difference between me and the rest of the world, is that when I say I'm going to do something: I do it. And, when I give you my word, it means something. The same can't be said for Hertz and because of this your words and Hertz words have little meaning to me. I demand action; not words.


\*\*\*\*\*

With every good wish, I am,

Francis Malofiy, Esquire
Francis Alexander, LLC
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com

▬ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▬

**From:** Jay Edelstein [mailto:JEdelstein@edelsteinlaw.com]
**Sent:** Thursday, February 13, 2020 12:36 PM

**To:** Francis Alexander Malofiy <francis@francisalexander.com>
**Subject:** Hertz Demand Letter

Francis,

Good afternoon.. I am acknowledging your recent demand letter adding an additional 11 claims to your list. .I have spoken to my client in some detail and rest assured they are doing their due diligence to quickly obtain pertinent information on each claim so that they may evaluate….I'm of the opinion that this should take approximately thirty (30) days at which time I will reach out to you again to discuss.. I am available you 24/7 to discuss these matters and look forward to a follow up meeting….If you have any questions please advise…

---

**From:** Francis Alexander Malofiy
**Sent:** Thursday, February 13, 2020 3:41 AM
**To:** Jay Edelstein <JEdelstein@edelsteinlaw.com>; Clark Dubin <cdubin@hertz.com>; Christopher P. Morales <CMorales@hertz.com>; rmcevily@hertz.com; kvmarinello@hertz.com; dave.galainena@hertz.com
**Cc:** Francis Alexander Malofiy <francis@francisalexander.com>; AJ Fluehr <aj@francisalexander.com>
**Subject:** RE: *** HERTZ DEMAND LETTER - VICTIMS (No. 1 - 23) ***

Dear Ms. Marinello and Counsel:

For several years now I have been warning Hertz—after winning a jury trial against it in 2017 for malicious prosecution, and settling two other cases—that the company has been systematically filing false police reports against innocent customers across the nation. The problem is now a major public safety crisis. I have attached demands from **23 clients** victimized by Hertz. The falsely accused come from all walks of life, but are **overwhelmingly** blacks and minorities. The signal this sends to your customers, and the public, is that you don't think Black Lives Matter.

Given the number of people who have approached me, six months ago I submitted to your company a list of clients detailing how they had been wrongfully detained, jailed, and prosecuted. These customers had paid, extended, and even returned their rentals. Since then, more customers have come forward. Instead of taking this alarming problem seriously, their complaints were treated as a low-level concern.

My clients are tired of having their polite entreaties fall on deaf ears**. They are making one last plea, on video, for someone within Hertz to do the right thing**: https://bit.ly/37mvaZ1. A draft complaint for Nicole Stevens is enclosed (https://bit.ly/2Hk9eTP) and will be filed before the end of the month.

If you think you can continue to ignore this problem, you have made a grave miscalculation. No jury will turn a blind-eye to a corporation which decided that cutting costs to increase profits was acceptable—when it is being done with reckless indifference to the human lives Hertz is harming. A company worth $2.5 billion that

generates $10 billion in revenue cannot afford serial punitive damages verdicts against its reputation and goodwill.

That said, my goal is to come to an amicable resolution so we can fairly compensate my clients and protect your customers. Nothing that my clients are requesting is unreasonable. For peace to be brokered we need to address the following: (1) the points in the attached Addendum to ensure the safety of Hertz's customers, and (2) how to justly address my clients' injuries. I need a written response by Tuesday, February 18th and an in-person meeting with Hertz's corporate officers no later than Monday, February 24, 2020. If Hertz does not timely address these issues which have been plaguing the company, then my firm will be forced to start filing the lawsuits through local counsel.

Kathryn, tell me how we fix this; tell me how we make this right. The time has come to bridge our division and make sure that more customers do not have their lives destroyed.

Your move.

*****

With every good wish, I am,

Francis Malofiy, Esquire
Francis Alexander, LLC
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com

---

**From:** Jay Edelstein [mailto:JEdelstein@edelsteinlaw.com]
**Sent:** Thursday, December 05, 2019 3:10 PM
**To:** Clark Dubin <cdubin@hertz.com>; Francis Alexander Malofiy <francis@francisalexander.com>; Christopher P. Morales <CMorales@hertz.com>; rmcevily@hertz.com
**Subject:** Fwd: HERTZ - RE: Brent Williams v. Hertz our file 840.040

FYI. Great meeting you and thanks for the loyalty. It's a pleasure doing Hertz work and has been for some time. Happy Holidays.

Sent from my iPhone

Begin forwarded message:

> **From:** Francis Alexander Malofiy <francis@francisalexander.com>
> **Date:** December 5, 2019 at 3:07:57 PM EST
> **To:** Jay Edelstein <JEdelstein@edelsteinlaw.com>

**Cc:** Francis Alexander Malofiy <francis@francisalexander.com>
**Subject: HERTZ - RE: Brent Williams v. Hertz our file 840.040**


Dear Jay,

If you're at Hertz today, do me the favor and give me a call.

I've done everything in my power to attempt to negotiate these cases in good faith but it's time to have real discussions.

My clients have decided that they would rather file their cases and share the horrors of their stories with the press.

I cannot hold my clients off any longer nor do I think Hertz is treating this seriously because: 1) there have been no real settlement negotiations and no numbers have been discussed; 2) no tolling agreements have been entered into.

As a result, and as I shared with you, and as you understood, it would be necessary for me to file complaints in those actions absent tolling agreements—and this is exactly what I had to do.

The longer Hertz delays, the louder the cacophony of disaster will sound.

I am leaving on Tuesday, December 10, 2019 and will spend roughly two weeks on the road, meeting my Hertz clients who want to share their stories with the press to keep this from happening to more customers. Some of my clients are sitting in jail. I can assure you—as I have in the past—that no one is fluffing.

If Hertz wants to continue treating this a low level concern; perhaps they will feel more comforted battling me and my clients not only in the court of law but also in the press. As you and Hertz are well aware, there have been serious failures in corporate responsibility within the corporation— at the highest levels including the CEO and corporate board. A company which fails to follow their own standard operating procedures, refuses to fix broken computer systems, cuts out corporate security managers because they cost too much, and routinely throws good paying customers in jail—because of corporate greed and lack of corporate responsibility— is the exact reason why other corporations have imploded in recent years.

Hertz knows of its failures and refuses to fix or address them; as a result they are throwing good people in jail—this is the epitome of a corporate culture which shows a reckless indifference to the rights of others. Hertz will lose both the legal cases and in the court of public opinion, leading to

another avalanche of clients hiring me to seek redress of their harms.

Perhaps there can be an amicable resolution to this before bad situation turns into ugly. I demand a sit down with the top corporate officers of Hertz to discuss the issues, present my cases, with the intent and purpose to resolve the ongoing problems and negotiate in good faith to resolve my clients' tragedies.

This meeting needs to occur before the end of the year.

Please share this communication with your client.


*****

With every good wish, I am,

Francis Malofiy, Esquire
Francis Alexander, LLC
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
E: francis@francisalexander.com