IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | ) Chapter 11 |
| **Rental Car Intermediate Holdings, LLC,** | ) |
| | ) Case No. 20-11247 (MFW) |
| Reorganized Debtor | ) |
| | ) |

**MOTION FOR RELIEF FROM STAY
TO PROCEED WITH STATE COURT LITIGATION**

**APPEARING HEREIN,** through undersigned counsel, Plaintiff Veanca Long, an unliquidated claimant and creditor of debtor, The Hertz Corporation, respectfully moves the court to remove the stay as it pertains to her claim pending in Civil District Court of the Parish of Orleans, docket 2020-05154. Plaintiff was involved in a serious automobile accident with a Hertz employee on October 30, 2019, and desires to proceed with her litigation against said defendants.

Respectfully Submitted,
**THE CALUDA LAW FIRM**

_____
**ROBERT J. CALUDA  BAR NO.: 3804**
3232 Edenborn Ave.
Metairie, Louisiana 70002
Telephone: (504) 586-0361
Facsimile: (504) 522-5161
*Attorney for Claimant, Veanca Long*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each property addressed and postage prepaid on this _3_ day of _Nov_/2021.

_____