IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Case No. 20-11218, D.I. 5261<br><br>Status Conference Date: January 4, 2022 at 2:00 p.m. ET<br>Hearing Date: To Be Determined<br>Objection Deadline: December 20, 2021 at 4:00 p.m. ET |

**NOTICE OF GROUP 4 FALSE POLICE REPORT CLAIMANTS'
MOTION FOR RELIEF FROM THE CONFIRMATION ORDER TO
PURSUE CLAIMS OUTSIDE OF BANKRUPTCY OR, IN THE ALTERNATIVE,
FOR EXTENSION OF GENERAL AND ADMINISTRATIVE BAR DATES UNDER
RULES 3003(c) AND 9006(b) AND RELATED RELIEF**

TO: (A) THE REORGANIZED DEBTOR; (B) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; AND (C) ALL PARTIES REQUESTING NOTICE UNDER RULE 2002

**PLEASE TAKE NOTICE** that the False Police Report Claimants have filed the attached *Group 4 False Police Report Claimants' Motion for Relief from the Confirmation Order to Pursue Claims Outside of Bankruptcy or, in the Alternative, for Extension of General and Administrative Bar Dates Under Rules 3003(c) and 9006(b) and Related Relief* (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed and served to so as to be received on or **before 4:00 p.m. on December 20, 2021**, (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that a status conference with respect to the Motion (the "Status Conference") will be held on **January 4, 2021, at 2:00 p.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington,

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (collectively, the "Reorganized Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Delaware 19801.  The Status Conference may be held via Zoom and the information for appearing via Zoom will be provided in an agenda to be filed in advance of the Status Conference.

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections are received by the Objection Deadline, a hearing with respect to the Motion (the "Hearing") will be held on **A DATE AND TIME TO BE DETERMINED** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.  The Hearing may be held via Zoom and the information for appearing via Zoom will be provided in an agenda to be filed in advance of the Hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: December 6, 2021

| | |
|---|---|
| **FRANCIS ALEXANDER, LLC** <br> Francis Malofiy <br> 280 N. Providence Road, Suite 1 <br> Media, PA 19063 <br> Telephone: (215) 500-1000 <br> Facsimile: (215) 500-1005 <br> Email: francis@francisalexander.com <br><br> **SUSMAN GODFREY LLP** <br> Justin A. Nelson (*pro hac vice*) <br> John P. Lahad (*pro hac vice*) <br> Taylor C. Hoogendoorn (*pro hac vice*) <br> 1000 Louisiana, Suite 5100 <br> Houston, TX 77002-5096 <br> Telephone: (713) 651-9366 <br> Facsimile: (713)654-6666 <br> Emails: jnelson@susmangodfrey.com <br>   jlahad@susmangodfrey.com <br>   thoogendoorn@susmangodfrey.com <br><br> **FARNAN LLP** <br> Brian E. Farnan <br> 919 N Market Street <br> Wilmington, DE 19801 <br> Telephone: (302) 777-0300 <br> Facsimile: (302) 777-0301 <br> Email: bfarnan@farnanlaw.com | **FAEGRE DRINKER BIDDLE & REATH LLP** <br><br> */s/ Patrick A. Jackson* <br> Patrick A. Jackson (Bar No. 4976) <br> Ian J. Bambrick (Bar No. 5455) <br> Jaclyn C. Marasco (Bar No. 6477) <br> 222 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> Telephone: (302) 467-4200 <br> Facsimile: (302) 467-4201 <br> Emails: patrick.jackson@faegredrinker.com <br>   ian.bambrick@faegredrinker.com <br>   jaclyn.marasco@faegredrinker.com <br><br> **CIARDI CIARDI & ASTIN** <br> Albert A. Ciardi, III, Esquire <br> Walter W. Gouldsbury III, Esquire <br> 1905 Spruce Street <br> Philadelphia, PA 19103 <br> Telephone: (215) 557-3550 <br> Facsimile: (215) 557-3551 <br> Emails: aciardi@ciardilaw.com <br>   wgouldsbury@ciardilaw.com |

*Co-Counsel for the False Police Report Claimants*