# **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>(Jointly Administered)<br><br>Ref. Dkt. No. __ |

**ORDER GRANTING RELIEF FROM THE CONFIRMATION**
**ORDER TO PURSUE CLAIMS OUTSIDE OF BANKRUPTCY**

Upon the motion (the "Motion")[2] of the Group 4 False Police Report Claimants for entry of an order (i) granting relief from the Confirmation Order, insofar as it implements the discharge, release, and injunctive provisions of the Plan, so as to permit the Movants to pursue and collect claims against the Reorganized Debtors and others outside of bankruptcy, or (ii) in the alternative, (A) extending the General Bar Date and Administrative Bar Date so as to permit the Movants to assert claims against the Reorganized Debtors under the applicable processes set forth in the Plan, and (B) deeming the Movants to have timely "opted out" of the Plan's third-party release provisions, as described more fully in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* dated as of February 29, 2012, from the United States

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (the "Reorganized Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

District Court for the District of Delaware; and it appearing that this is a core proceeding within the meaning of 28 U.S.C. § 157(b), and that this Court may enter a final order on the Motion consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. § 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and the exhibits thereto and referenced therein, and held a hearing to consider the relief requested in the Motion (the "Hearing") and any objections thereto; and upon the record of the Hearing, including the evidence adduced and the arguments of counsel; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

FOUND AND DETERMINED that Movants are not bound by the Plan or Confirmation Order because the applicable Movants were either (a) known creditors who were not provided direct notice of the General Bar Date, the Plan and Confirmation Hearing, or the Administrative Bar Date, or (b) unknown creditors for whom the publication notice of the General Bar Date, the Plan and Confirmation Hearing, and the Administrative Bar Date was insufficient as a matter of law; accordingly, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Movants are hereby granted relief from the Confirmation Order to the extent necessary to permit the Movants to pursue and collect claims against the Reorganized Debtors and others outside of bankruptcy notwithstanding the Plan's discharge, release, and injunction provisions.

3