# ATTACHMENT AM



August 24, 2021

**VIA E-MAIL**

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

whitecase.com

The Hadi Law Firm, PLLC
ATTN: Husein Hadi
7100 Regency Square Boulevard, Suite 140
Houston, TX 77036
Hadi@TheHadiLawFirm.com

**Re:**   *In re Hertz Corp., et al.* – **Notice of Violation of Court Order and Confirmed Plan**
**and Demand for Dismissal of Bankruptcy Discharged Litigation**

Dear Mr. Hadi:

White & Case LLP represents The Hertz Corporation ("**Hertz**") and certain of its affiliates (collectively, the "**Reorganized Debtors**")[1] in connection with their bankruptcy proceedings. We are in receipt of the *Plaintiff's Original Petition and Request for Disclosures* (the "**Complaint**") filed on July 30, 2021 by James Tolen against Hertz Global Holdings, Inc., *et al.*, in the 295th Judicial District Court of Harris County, Texas, Cause No. 202146720 (the "**Action**").

This letter is to notify you that filing and prosecuting the Action against the Reorganized Debtors and the other defendants in the Action is a violation of an order of the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). As further explained below, the Action must be dismissed because (1) any claims against the Reorganized Debtors and the other defendants in the Action that arose prior to June 30, 2021 were discharged in full by the Plan and Confirmation Order (each as defined below), (2) Tolen has released the Reorganized Debtors and the other defendants in the Action in full from the claims alleged in the Complaint, and (3) by filing and continuing to prosecute the Action, you and Tolen are in contempt of the Bankruptcy Court's orders. Accordingly, if the Action is not dismissed within **three business days** of the date of this letter, Hertz will pursue all available remedies against you, including, but not limited to, seeking to hold you and Tolen in contempt of court and seeking sanctions and attorneys' fees.

**The Bankruptcy Cases and Applicable Bar Dates**

On May 22, 2020 (the "**Petition Date**"), the Reorganized Debtors filed voluntary chapter 11 petitions, jointly administered under lead case number 20-11218 (the "**Bankruptcy Cases**") in the

---

[1] A complete list of the Reorganized Debtors may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz. Hertz Global Holdings, Inc., is a Reorganized Debtor.

Husein Hadi, p. 2
August 24, 2021

**WHITE & CASE**

Bankruptcy Court. On June 7, 2021, the Debtors filed the *Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of The Hertz Corporation and its Debtor Affiliates* [Docket No. 5261] (the "**Plan**"). On June 10, 2021, the Bankruptcy Court entered the *Order (i) Confirming Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of The Hertz Corporation and its Debtor Affiliates and (ii) Granting Related Relief* [Docket No. 5261] (the "**Confirmation Order**"). The Plan became effective on June 30, 2021 (the "**Effective Date**").

The Bankruptcy Court established certain deadlines by which parties were required to file a proof of claim in the Bankruptcy Cases. *See Order Establishing Bar Dates and Related Procedures for Filing Proofs of Claim, Including Claims Arising under Section 503(B)(9) of the Bankruptcy Code, and Approving The Form And Manner of Notice Thereof* [Docket No. 1240] (the "**Bar Date Order**"). The Debtors published the notice of the Bar Date Order in *USA Today*, *The Wall Street Journal*, *The New York Times*, *The Globe and Mail*, and various regional newspapers.

Tolen did not a file a proof of claim against the Reorganized Debtors in the Bankruptcy Cases.

**Tolen is Enjoined from Prosecuting the Action**

As noted above, the Plan was confirmed on June 10, 2021. Once a chapter 11 plan is confirmed, it becomes binding on all parties. 11 U.S.C. § 1141(a) ("the provisions of a confirmed plan bind the debtor . . . and any creditor . . . whether or not the claim or interest of such creditor . . . is impaired under the plan and whether or not such creditor . . . has accepted the plan."); *see also In re RNI Wind Down Corp.*, 359 F. App'x 352, 355 (3d Cir. 2010) (citations omitted). A confirmed plan precludes parties from raising claims or issues against the Debtors that could have or should have been raised before confirmation, but were not. *See First Union Commercial Corp. v. Nelson, Mullins, Riley & Scarborough (In re Varat Enters., Inc.)*, 81 F.3d 1310, 1315 (4th Cir. 1996); *see generally Prudence Realization Corp. v. Ferris*, 323 U.S. 650, 654-55 (1945) ("The order confirming the plan of reorganization is *res judicata*."); *Donaldson v. Bernstein*, 104 F.3d 547, 554 (3d Cir. 1997) (*res judicata* effect of confirmed plan). Additionally, courts have held that creditors may be enjoined from pursuing causes of action against certain third parties pursuant to the terms of a confirmed plan. *See Menard-Sanford v. Mabey (In re A.H. Robins Co., Inc.)*, 880 F.2d 694, 702 (4th Cir. 1989) (bankruptcy court has power to enjoin suits against third parties pursuant to the terms of the plan given that among other things, the plan was overwhelmingly approved).

Tolen's failure to file a proof of claim against the Reorganized Debtors in the Bankruptcy Cases bars any recovery on his alleged claims against the Reorganized Debtors. In addition, Tolen is enjoined from prosecuting the Action against the Reorganized Debtors pursuant to the terms of the Confirmation Order and the Plan. The Plan and the Confirmation Order provide, in relevant part, that on the Effective Date:

> the distributions, rights, and treatment that are provided in the Plan **shall be in complete satisfaction, discharge, and release, effective as of the Effective Date, of Claims** [] Interests, and Causes of Action of any nature whatsoever. . .whether known or unknown, against, liabilities of, Liens on, obligations of, rights against,

and interests in, the Debtors or any of their assets or properties, regardless of whether any property shall have been distributed or retained pursuant to the Plan on account of such Claims and Interests, including demands, liabilities, and Causes of Action that arose before the Effective Date. . . in each case whether or not (i) a Proof of Claim based upon such debt or right is Filed or deemed Filed pursuant to section 501 of the Bankruptcy Code. . . *The Confirmation Order shall be a judicial determination of the discharge of all Claims and Interests subject to the Effective Date occurring.*

Plan, Art. VIII.B (emphasis added); Confirmation Order ¶ 15. Moreover:

all Entities that have held, hold, or may hold Claims or Interests that . . . are subject to Exculpation pursuant to Article VIII.E of the Plan, *are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, the Reorganized Debtors*, the Released Parties, or the Exculpated Parties . . . : (i) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or other against such entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting, or enforcing any lien or encumbrance of any kind against such entities or the property or the estates of such entities on account of or in connection with or with respect to any such Claims or Interests . . . .

Plan, Art. VIII.F (emphasis added); Confirmation Order ¶ 15. Notably, the "Released Parties" includes the other defendants in the Action.

Section 524(a) of the Bankruptcy Code provides additional support for the discharge and injunction, providing:

(a)  A discharge in a case under this title –

(2) operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived . . . .

11 U.S.C. § 524(a).

A "Claim" broadly means, among other things, "any right to payment, whether or not such right is known or unknown, reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured." 11 U.S.C. § 101(5). Notably, the Plan is enforceable and binding upon the Debtors, the Reorganized Debtors, and all holders of Claims or Interests (regardless of whether the Holders of such Claims or Interests are deemed to have accepted or rejected the Plan). Plan, Art. XII.A.

Husein Hadi, p. 4
August 24, 2021

**WHITE & CASE**

By filing the Complaint, Tolen is attempting to assert a Claim against the Reorganized Debtors. Moreover, Tolen's alleged claims arose prior to the Effective Date. Thus, there can be no dispute that Tolen is enjoined from prosecuting the Action pursuant to the Plan and Confirmation Order. Accordingly, the Action must be withdrawn or dismissed with prejudice. Failure to do so will be a continuing violation of the discharge injunctions in the Plan and will result in you and Tolen being held in contempt of court and subject to sanctions and attorneys' fees.

### Tolen Released the Reorganized Debtors From All Claims Arising Prior to the Effective Date

In addition, the Plan further provides that on the Effective Date:

> each Releasing Party shall be deemed to have ***conclusively, absolutely, unconditionally, irrevocably, and forever released, waived and discharged each Debtor, Reorganized Debtor***, and other Released Party from any and all Claims, obligations, rights, suits, damages, Causes of Action, remedies, and liabilities whatsoever, including any derivative Claims asserted or that may be asserted on behalf of the Debtors or their Estates, that such Entity would have been legally entitled to assert in their own right (whether individually or collectively) or on behalf of the Holder of any Claim or Interest, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, in law, equity, or otherwise, based on or relating to, or in any manner arising from, in whole or in part, ***the Debtors*** . . . .

Plan, Art. VIII.D (*Releases by Holders of Claims and Interests*) (emphasis added); Confirmation Order ¶ 15. Any party who wants to "opt-out" of the foregoing releases must have "filed a timely objection to Article VIII.D of the Plan in accordance with the procedures approved by the Court," abstained from voting on the Plan, or "timely submitted a Ballot to reject the Plan and checked the appropriate box to opt out of the releases contained in Article VIII.D of the Plan in accordance with the procedures approved by the Court." Confirmation Order ¶ 75.

Tolen did not object to the Third-Party Releases set forth in Article VIII.D of the Plan and absent any such written objection, he is bound by the terms of Article VIII.D. The Plan and the Confirmation Order are binding on all creditors whether or not they filed a proof of claim in the Bankruptcy Cases. As a result, pursuant to Article VIII.B of the Plan and paragraph 15 of the Confirmation Order, Tolen's alleged claims against the Reorganized Debtors have been discharged and released in full.

### Tolen is in Contempt of the Confirmation Order

The Action is a deliberate violation of the Confirmation Order, as well as section 1141 of the Bankruptcy Code. The Action is undoubtedly an attempt to receive payment from the Reorganized Debtors with respect to an alleged claim arising from acts or activities that occurred or came into existence prior to the Effective Date and for which no proof of claim was filed. Because Tolen failed to file a proof of claim in the Debtors' Bankruptcy Cases, his alleged claims are forever barred and he has no possibility of recovery from the Reorganized Debtors. Moreover, as noted

**WHITE & CASE**

above, any liability of the Reorganized Debtors is discharged and you and Tolen are barred from prosecuting the Action after the Effective Date.

Hertz hereby demands that you and Tolen withdraw the Complaint and dismiss the Action with prejudice no later than **three business days** from the date of this letter. If the Action is not withdrawn or dismissed with prejudice by such time, Hertz will commence an adversary proceeding in the Bankruptcy Court to hold you in contempt of court and seek sanctions and attorneys' fees.

Please contact me immediately if you would like to discuss the matter further.

Sincerely,

*/s/ Samuel P. Hershey*
**Samuel P. Hershey**

**T** +212-819-2699
**E** sam.hershey@whitecase.com

Cc:     William O'Neil (WOneil@winston.com)
        Jeffrey Huelskamp (JHuelskamp@winston.com)
        Matt Durkin (MDurkin@winston.com)
        Cecilia Walker (cecilia.walker@whitecase.com)

# ATTACHMENT AN

**FILED**
23 JAN 2017 11:36 pm
Civil Administration
E. MASCUILLI

DOCKETED
COMPLEX LIT CENTER

SEP **1 9** 2017

**J. STEWART**

THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PENNSYLVANIA

KELLY A. GRADY

    *Plaintiff*

      vs.

THE HERTZ CORPORATION;

HERTZ RENT-A-CAR PHILADELPHIA INTL. AIRPORT;

JOHN DOE(s)[1]

    *Defendants*

ACTION COMMENCED BY:
WRIT OF SUMMONS ON:
NOVEMBER 23, 2015

NOVEMBER TERM, 2015

CIVIL ACTION NO.:
151103380

COMPLAINT FILED:
FEBRUARY 22, 2016

CAUSES OF ACTION:
  MALICIOUS PROSECUTION
  FALSE IMPRISONMENT
  INT. INFLICTION OF
  EMOTIONAL DISTRESS

*JURY TRIAL DEMANDED*

Grady Vs The Hertz Corp-ORDER



15110338000327

# ORDER

AND NOW, on this _____8_____ day of _____September_____, 2017, upon consideration of PLAINTIFF'S MOTION IN LIMINE FOR NEGATIVE SPOLIATION INFERENCE BECAUSE HERTZ ADMITTED IT "PURGED" AND DESTROYED PLAINTIFF'S CONTRACT AND PAYMENT INFORMATION IN VIOLATION OF ITS OWN POLICIES, any response thereto, and the record as a whole, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **GRANTED.**

- The jury will be instructed at the beginning and end of trial that: Defendant The Hertz Corporation admits "purging" and destroying Plaintiff's contract and payment information; had such information had not been destroyed the information it contained would have damaged Hertz's defense of this case and shown that Grady did not steal the car and that she had done nothing criminal.

- Hertz is precluded from introducing any evidence, testimony, or argument concerning the lack of electronic or physical contract renewal records.

- Hertz is precluded from offering any evidence, testimony, or argument contesting that Ms. Grady was charged in full for the car rental on July 15, 2013.

---

[1] Manager(s) at Hertz Rent-A-Car Philadelphia Intl. Airport from March 2013 to June 2014.

Case ID: 151103380
Control No.: 17012835

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b)  J. STEWART  09/20/2017

- Hertz is precluded from offering any evidence, testimony, or argument claiming that the July 15, 2013 charge was a "forced charge."

- Hertz is precluded from offering any evidence, testimony, or argument to dispute that Grady made 12 phone calls to Hertz numbers between April 17 to July 22, 2013.

BY THE COURT:

J.

DOCKETED
COMPLEX LIT CENTER

SEP **1 9** 2017

**J. STEWART**

THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY, PENNSYLVANIA

KELLY A. GRADY
*Plaintiff*

vs.

THE HERTZ CORPORATION;

HERTZ RENT-A-CAR PHILADELPHIA INTL. AIRPORT;

*Defendants*

| |
|---|
| ACTION COMMENCED BY: WRIT OF SUMMONS ON: NOVEMBER 23, 2015 |
| NOVEMBER TERM, 2015 |
| CIVIL ACTION NO.: 151103380 |
| COMPLAINT FILED: FEBRUARY 22, 2016 |
| CAUSES OF ACTION: MALICIOUS PROSECUTION |
| *JURY TRIAL DEMANDED* |

Grady Vs The Hertz Corp-ORDER



15110338000330

## ORDER

AND NOW, on this ___11th___ day of September, 2017, upon consideration of PLAINTIFF'S MOTION FOR RECONSIDERATION AND SANCTIONS AGAINST DEFENDANT FOR CONCEALING THE NAME AND IDENTITY OF A CRITICAL FACT WITNESS EMPLOYED BY DEFENDANT HERTZ, any response thereto, and the record as a whole, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion for Reconsideration and Sanctions is **GRANTED**.

- The Hertz Corporation and defense counsel are precluded from contesting and/or arguing in any way, shape, or form—including at cross examination—Kelly Grady's alleged contacts with Jonathan Lawrence.

- The Hertz Corporation, Edelstein Law LLC, Jay Edelstein, and Stuart Wolf shall pay Plaintiff's counsel's costs and fees for the time and money expended addressing the Jonathan Lawrence issue.

- Within 30 days of the date of this order, Plaintiff will submit a brief showing the time and money spent on the Jonathan Lawrence issue.

BY THE COURT:

_____ J.

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b)  J. STEWART  09/20/2017

# ATTACHMENT AO

## DECLARATION OF CYNTHIA VAUGHN

1.      My name is Cynthia Vaughn. I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      In summation: Cynthia rented a Hertz car for 2.5 months from August 28, 2007, to November 15, 2007, since her job with NASA was moving to Johnson Space Center. It was a one way rental from Panama City, FL to Webster, TX. She extended at all points in time. She then returned the car and fully paid. To her shock, she learned weeks later that Hertz had reported the car stolen. She contacted Hertz and the location who knew her was ignorant. She then called the District Office in Daytona Beach. The employee said it was reported stolen because she had not returned it to Panama City. She refused to listen when Cindy pointed out it was a One Way rental to Webster, TX. Cindy was arrested and spent 8 weeks in jail. She was told that if she did not plead, she would be kept in jail indefinitely. Desperate to be released she pled and was released that day. Two years later, after going on a probation approved mission trip to Mexico, she was stopped at the border and then released. Yet, despite the facts he had done nothing wrong, she was then rearrested, and spent another 108 days in jail. When she finally got in front of a judge in Florida, he apologized to her, told her that he had reviewed the file and that she should never have been allowed to plead in the first place, lifted her supervision, and sealed her case. Hertz destroyed her life, jailed her for 171 days, and made her life hell for 5 years.

3.      Cindy worked for Jacobs Engineering a NASA contractor. Her job was moving from Panama City, FL to Johnson Space Center in Houston, TX. She therefore on August 28, 2007, rented a vehicle for 1 month from the Panama City Airport Hertz. It was very prominently labeled a One Way rental. She also rented a truck to be returned on September 4, 2007.

4.      She was allowed to us her employee discount. She, however, paid for the car with

1

her card, and then got reimbursed.

5.      After 1 month, she extended for another 30 days. Then, at the end of October 2007, around October 25, she extended until November 15, 2007.

6.      On November 15, she then returned the car to the Webster location at 5:30 pm. However, the location was closed even though it was supposed to be open to 6 pm.

7.      She called Hertz corporate and they told her the location was supposed to be open. Hertz corporate directed her to lock the car with the contract inside and put the key in the drop box. Hertz corporate told her they were closing out the rental and giving her a return time before 6pm since the location should be open.

8.      She fully paid for the rental on her card.

9.      Three weeks later, she started getting mail from attorneys in Florida asking to represent her on her grand theft auto charge. She was completely baffled. She called one of them and he informed her that she in fact had a warrant for car theft.

10.     She called the Hertz location in Panama City, furious. She asked to speak the branch manager, a white male around 50 to 60 who had glasses and a mustache. He remembered her and her rental. She asked why Hertz would have submitted a false police report when she had extended, returned, and paid for the rental. He said that he had no idea what she was talking about and her rental looked fine in his system. He told her to call the district office in Daytona Beach.

11.     She called the Daytona Beach office and an employee told her that she had reported for theft because she had not returned the car to the Panama City airport. Cindy incredulous pointed out this was completely false and that it was a one way contract to Webster. Moreover, she had returned the car and it was not stolen. The Hertz employee refused to listen to reason.

12.     Cindy was discussing with an attorney what to do several weeks later when her

2

sister called her and said police were looking for.

13.    Cindy resolved to turn herself in in Florida. She bought a plane ticket to Panama City on January 7, 2008, and went to stay at her daughter's before getting the flight. The morning she was to leave, police knocked on her daughter's door and arrested her.

14.    She was taken to Webster jail and held for 2 days. She was then transferred to Galveston County jail. She was kept there for 23 days.

15.    She was denied her blood pressure medication and her medication for lupus for 7 days. The overall experience was horrible and surreal.

16.    She was then picked up for extradition to Florida. This was pure hell.

17.    She was the sole female in the back of a van with 10 men. She was kept in a 12 foot cage surrounded by the men for 3. 5 days.

18.    She endured vicious verbal abuse. They constantly exposed their genitals to her.

19.    The van went to Texas to Oklahoma to Arkansas to Georgia to Florida. She was only allowed out to pee at the jails they stopped at. She was forced to sleep in the cage.

20.    When she finally got to Bay County, she was then held for 6 weeks. This environment was awful. Her medications were once again withheld. There was also a huge meth problem in the area, and the jail environment was mean and violent.

21.    At her arraignment after 6 weeks of tortue, she was told by her own public defender that her options were to spend an indefinite amount of time waiting for trial, or to plead for three years probation and get out that day. She said she was innocent and was told that did not matter.

22.    After the hell she was enduring, she told the judge she was pleading to get out of jail. She later found out the judge should not have let her plead.

23.    She went back to work; thankfully her boss had covered for her. He knew the truth

as he had signed off on the expense reports for the rental.

24.    In or around 2010 she wanted to go on a mission trip to Rosa Rita, Mexico with the group Global Expeditions. She got express permission from her probation officer in Texas who told her that no travel permit was necessary. It was from December 26, 2009 to January 6, 2010.

25.    On her way back with the 200 people in her group, border patrol pulled her aside and took her into a room. They called Florida probation, who told border patrol to let her go.

26.    It was 3 weeks later in February 2010 when she got a call from Florida that she had violated probation by crossing the border. She could not believe it. She hired a lawyer for $8,000 to fight the extradition.

27.    After 1 year she was told to report to Florida. Her attorney had just managed to negotiate a rare deal to let her bond out once she reported to prison (most probation violations require minimum 90 days jail).

28.    Before she could act upon this, as she was outside her work, she was pulled over for not fully stopping at a stop sign. She was then arrested in the end of January 2011, and taken back to the Webster City jail. She spent 7 days there, and then 5 days in Harris County.

29.    She was then extradited to Bay County again, where she spent 96 days. It was a nightmare.

30.    She was terrified when she finally got to sentencing the end of April 2011. She was sure that she would be sentenced to 3 years in jail.

31.    To her surprise, her public defender told her she was being released. She believes that they were able to obtain the recorded calls with the probation office proving she had permission to travel with the Mission.

32.    The judge, Brentley Clark, apologized to her. He said he had reviewed the case and

4

that the prior judge (who had since been arrested and removed from the bench) should never have allowed her plea.

33.    He lifted her supervision and sealed her case when her probation concluded in 1 year.

34.    The ordeal finally ended in 2013 when her probation was lifted.

35.    Due to Hertz's outrageous conduct, Cindy lost 5 years of her life and spent around 171 days in jail.

36.    Cindy believes based on her contacts with Hertz informing them the police report was false that they have records of this case.

37.    She had no notice of any bar date, nor any bankruptcy plan. She does not regularly read *USA Today*, *The Wall Street Journal*, *The New York Times*, *The Globe and Mail*, *The Philadelphia Inquirer*, *San Francisco Chronicle*, *Arizona Republic*, *Chicago Tribune*, *Los Angeles Times*, *The San Diego Union Tribune*, *Naples Daily News*, *El Diario De El Paso*, or *Journal De Montreal.*

38.    Cindy only learned that other people were victimized by Hertz when two friends told her in mid-November 2021 that they had seen news articles about Hertz false theft reports and encouraged her to come forward.

39.    As a direct and proximate result of Hertz's conduct, Cindy was falsely arrested, jailed for 171 days, was falsely prosecuted, had her life destroyed, lost her job, and has been severely emotionally and mentally harmed.

40.    There was no probable cause for Hertz to report Cindy for any crime at any point in time.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: December 2, 2021

/s/ Cynthia A. Vaughn
Declarant

# ATTACHMENT AP

## DECLARATION OF PAULA MURRAY

1.     My name is Paula Murray.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.     In summation: Paula Murray rented a car from the Parkview location in Chesapeake, VA, in or around late 2016. She extended the rental every week, and when Hertz called her to tell her to return it, she brought it back immediately. She diligently confirmed that the car was returned, and then thought nothing more of the rental for years. In January 2021, she interviewed with the Virginia State Police to be a dispatcher. She got the job, and attended a meeting for the background check and final details. She brought her grandchildren with her, ages 8 and 4. Instead of getting the job, she was utterly shocked to be told there was an active warrant for her arrest for car theft from 2016. She was humiliatingly arrested on the spot and taken out in handcuffs from the building she was supposed to start working in as a dispatcher. The case was dismissed in March 2021 because it was utterly baseless.

3.     Paula Murray rented a car from the Parkview location in Chesapeake, VA in or around October-November 2016. The rental was weekly, and she extended every week with the location.

4.     When she had the rental for around 1 month, she made another extension. After the extension was made, the location called her and told her that it should not have given her the extension because the rental was over 30 days. Hertz asked her to return it. She returned the car immediately as asked.

5.     The next day an investigator called her and started threatening her out of the blue. The investigator claimed that Hertz was going to put a warrant out for her arrest. Paula corrected the investigator and made it clear that the car was already returned. The investigator said that it

would have to be confirmed the car was returned, and promised to call back after confirming.

6.     The investigator did not call back for a few days. Paula therefore texted the investigator and asked whether it had been confirmed the car was returned. The investigator responded that Hertz had confirmed the car was returned and that Paula was clear.

7.     Paula thought nothing more of the rental.

8.     In January 2021, she applied to be a dispatcher at the Virginia State Police. Against a great deal of competition, she was the top applicant. She was scheduled for an intake appointment and to conduct a background check on January 4, 2021. Thinking that this was a formality, and excited about the new opportunity, she brought her grandchildren, ages 8 and 4, with her.

9.     Needless to say, she did not get the job. She was bluntly informed that the background check said there was a warrant out for her arrest for car theft. She was shocked and baffled. A woman asked if she had ever rented a car from Hertz and if she still had it. Paula responded indignantly that she had rented and returned a car 5 years ago. She was told that she had allegedly failed to return a Nissan Altima.

10.    She was told she was being arrested and would be taken away. She asked what she should do with her grandchildren, whom she was being humiliated in front of. She was told she could make a call. Paula had to have her husband drive 30 minutes to pick up the grandchildren. Again, the entire experience was beyond humiliating and degrading.

11.    Paula was then marched out in handcuffs of the very building she thought she was going to be working in. She was placed in a patrol car and taken to Hampton for processing, where she went in front of a magistrate. She explained what happened, was released without paying bail, and was scheduled for a hearing in court case no. GC21000059-00.

12.    After being let go by the magistrate, Paula then called Hertz for 1-week straight.

No one had an answer or any records, although she received many profuse apologies.

13.    She spoke with something she thinks was Richard Livingston, who is a corporate security manager for Hertz. She was told that Hertz had an internal list of customers who were reported for theft and that she was not on it. He claimed he could find nothing on her and that he did not know what happened.

14.    Livingston never informed Paula that Hertz was in bankruptcy, nor that she had a potential claim, despite the fact that Livingston knew she was claiming to be falsely arrested and that Livingston could see for himself that Hertz had not properly kept records.

15.    Livingston did not tell Paula that he was extensively deposed during the Grady v. Hertz case in 2016, and is well aware of the false theft reports inside the company and its horrible record keeping.

16.    Livingston's denials are highly suspect; the docket for Paula's case indicates that the "offense date" was November 4, 2016, meaning that Hertz provided specific information to the police to obtain the arrest warrant. Hertz should have the information it provided to the police.

17.    When Paula's public defender hired an investigator, the investigator contacted Hertz trying to get answers. Hertz refused to call him back.

18.    Based on the Paula's extensive contacts with Hertz telling them they filed a false police report, and the investigator who contacted Hertz, Paula believes that Hertz has records and knowledge regarding what happened to Paula.

19.    Her public defender appeared in court in March 2021 to explain what happened; the court dismissed the case on March 30, 2021.

20.    It should be noted that Paula had no idea she was reported for theft until she was arrested on January 4, 2021; she therefore had no idea of the basis for her claims against Hertz

until that date.

21.     Moreover, Paula was never provided notice by Hertz that the company was in bankruptcy, nor did Paula know such a fact until June 2021. Paula had no notice of any bar date. She does not regularly read *USA Today*, *The Wall Street Journal*, *The New York Times*, *The Globe and Mail*, *The Philadelphia Inquirer*, *San Francisco Chronicle*, *Arizona Republic*, *Chicago Tribune*, *Los Angeles Times*, *The San Diego Union Tribune*, *Naples Daily News*, *El Diario De El Paso*, or *Journal De Montreal*.

22.     As a direct and proximate result of Hertz's conduct, Paula was falsely arrested and held, and then prosecuted. She lost her job, had her reputation sullied, and suffered extreme and severe mental and emotional distress.

23.     There was no probable cause for Hertz to accuse or prosecute Paula for any crime.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:  December _____1_____, 2021          */s/____Paula Murray_____*
                                                Declarant

# ATTACHMENT AQ

## DECLARATION OF MARY LINSDAY FLANNERY

1.       My name is Mary Lindsay Flannery.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.       In summation: Lindsay, a veteran with PTSD, rented from Hertz's Dallas Fort Worth airport location which she extended regularly in 2020. Without any notice, Hertz had her arrested and jailed for a nightmarish 15 days in Oklahoma City's notorious jail system, triggering her preexisting PTSD. It was only after the prosecutor in Texas was shown that Lindsay had paid for the rental that all charges were dropped and she was released from prison.

3.       Lindsay was in the Air Force for 11 years and rose to Staff Sergeant. She did two tours in Iraq. She received an honorable discharge in 2013 after suffering a neck injury in Iraq in or around 2006 as she was helping move a solider injured by an IED. She is 90% disabled.

4.       Lindsay rented a vehicle from Hertz's Dallas Fort Worth airport location starting on April 19, 2020. She thereafter extended on the corporate line multiple times, usually for two weeks at a time based on the rates available, and was never told there were any issues with the rental. The rental number is 525925761.

5.       In September 2020, she was charged $3,976.57 by Hertz. Lindsay thought the rental was fine.

6.       She does not recall hearing anything from Hertz on her phone number or at her address or at her email address, even though she got marketing emails from Hertz at that time.

7.       In October 2020 she was pulled over and was shocked when told by police that the car was stolen. She informed the officer that it was a validly rented vehicle and there must be a mistake. She was confused and scared because she had three kids in the vehicle at that time. She showed the officer the payment on her phone. The officer tried to reach Hertz but was not able to

1

do so. The officer did not arrest her since she showed him payment, but did impound the car. As a result, herself, three kids, and her two dogs were stranded until she finally managed to get an Uber ride.

8.      She called Hertz about every two weeks afterwards trying to get an explanation. She never heard back from Hertz.

9.      On December 31, 2020, she went to get groceries and help a friend get the friend's car out of the impound lot at around 10:00 am. Lindsay thought this would take a relatively short amount of time. Her 11 year-old daughter was home asleep.

10.     To Lindsay's shock, she was told at the impound lot that there was a warrant for her arrest and she was taken into custody.

11.     This started a 15-day nightmare. Lindsay called her mom in Texas from the Oklahoma County jail because her daughter was home alone. Lindsay's ex-husband was deployed at the time overseas and was not home.

12.     Lindsay's mother had to drive three hours through a snow storm to get to Lindsay's house that morning. Her daughter woke up scared, hungry, confused, and alone. The power was out because of the storm. Thankfully, Lindsay's mother eventually arrived, but it was on January 2, 2021.

13.     She had asked for a welfare check on her child while her mother was traveling there, but no one ever came.

14.     The jail stay was a nightmare for Lindsay. She had three severe panic attacks while jailed, known as anxiety induced cardiac episodes. In addition, the traumatic situation triggered her preexisting PTSD relating to her military service.

15.     Due to her panic attacks she was put in the mental ward for the first part of her jail

2

stay for 5 days. She was allowed just 1 hour outside her cell once a week.

16.     After she got out of the mental ward, things hardly improved. Her cell mate was unstable and was in jail for beating her own 70-year old mother senseless. Lindsay's cell mate repeatedly physically and verbally assaulted her. Lindsay repeatedly had to call the guards for help.

17.     The jail then gave her a new cell mate, who was in jail for armed robbery for sticking a gun in a clerk's face for $200. The new cell mate was also very aggressive and tried to fight Lindsay. Guards also had to be involved. Other inmates were in for murder.

18.     The living conditions were also atrocious. The food was disgusting, when it was even served; on many days meals were simply skipped. She was not permitted to shower for her first 7 days, while confined in the mental ward. To top everything off, the jail was infested with bed bugs and she was bitten all over.

19.     Her disability made the experience all the more traumatizing.

20.     After she got out of the mental ward, as she was waiting to be extradited to Texas, her family was working to secure her release. Lindsay, her mother, and Hertz spoke on a 3-way conference call and told Hertz that it was a false police report, they wanted the charges dropped, and they wanted a copy of the bill. Hertz did not drop the charges.

21.     Lindsay's mother eventually received a copy of the invoice from Hertz showing the bill was paid for. The customer case number she was given was 10029300.

22.     When the Texas prosecutors saw that Hertz's own records admitted that the company had charged Lindsay almost $4,000, ***and that this was not in the theft report***, they immediately dismissed the case after contacting Hertz. Lindsay was finally released after 14 days.

23.     When Lindsay was pulled over for a ticket recently, both her and her daughter were petrified. Her daughter is too young to truly understand what happened, and why she was left

alone.

24.    The trauma from Hertz's inexcusable conduct is continuing and has caused incalculable damage to Lindsay's life. For months afterward, and up to the present day, she wanted nothing to do with anyone and grew extremely withdrawn and depressed.

25.    Based on her and her family's contact with Hertz, and the prosecutor contacting Hertz and dismissing the case, the company absolutely knows it filed a false police report and that Lindsay was falsely accused.

26.    Lindsay did not know about any bar date, nor about any bankruptcy plan.  Lindsay does not regularly read *USA Today, The Wall Street Journal, The New York Times, The Globe and Mail, The Philadelphia Inquirer, San Francisco Chronicle, Arizona Republic, Chicago Tribune, Los Angeles Times, The San Diego Union Tribune, Naples Daily News, El Diario De El Paso,* or *Journal De Montreal*

27.    As a direct and proximate result of Hertz's conduct, Lindsay was falsely arrested, jailed for 15 days, prosecuted, physically assaulted in jail repeatedly, suffered an exacerbation of PTSD, was bitten by bed bugs, underwent 3 anxiety induced cardiac events, suffered mental and emotional harm, and otherwise had her life destroyed.

28.    There was no probable cause for Hertz to report Lindsay for any crime at any point in time.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:  December 5TH, 2021

/s/ _____
                    Declarant

4

# ATTACHMENT AR

## DECLARATION OF JOHN PRAWAT

1.        My name is John Prawat.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.        In summation: John was one of Thrifty/Hertz's best customers and a Gold Plus Rewards Member. He rented all of 2013 and into 2014 on multiple rentals in the Atlanta area at several Hertz/Thrifty locations. The employees knew him and there were never any issues. In January 2014 he started a new rental. He had the car around eight weeks and was in touch with Hertz. Unknown to him, the car was reported as unpaid for and stolen, and was then repossessed from him in April 2014. When he asked Hertz why they would do such a thing, Hertz claimed that his phone was disconnected, which was an absolute falsehood. Hertz refused to withdraw the false report. John was then arrested on February 8, 2015, during traffic stop; it was very upsetting and terrifying. He was jailed for two days, and then spent another two days in the Cobb County Adult Detention Center. It was an awful experience. He was prosecuted until July 13, 2015, when he presented documentation showing that the theft report was baseless. His case was dismissed and a prosecutor said "Hertz does this all the time with us. They use the criminal justice system to handle what are essentially civil matters."

3.        John is a Hertz Gold Member who rented extensively with Thrifty and Hertz in the Atlanta area in 2013 and 2014. He spent over $12,000 during this time period.

4.        At first he was renting from the Atlanta airport Thrifty location, but then switched to the Hertz location at 2143 Cobb Parkway, Kennesaw, GA.

5.        While he was renting, he extended with the location and corporate. Furthermore, Hertz had a practice of charging his card on file for extensions whenever needed, and this practice

was followed throughout 2013 and 2014. He also became friendly with the Branch Manager at the Kennesaw location who would let him know if anything needed to be done on the rentals.

6.      The rental in question began on or around January 23, 2014, and was for one week. It was for a Ford Focus. The rental record number was 589347566.

7.      He then extended with both corporate and local. In addition, it was common and routine practice for Hertz to extend the rental as needed by simply charging his card.

8.      This was just another rental with a company that he had been constantly giving his business and money for over 1 year. There was nothing about the rental that was out of the ordinary.

9.      In mid-February he got an email about returning the rental. He told them he would take care of this the following week.

10.      He then followed up with the location in the following weeks and let them know that he was ill and would have trouble returning the car.

11.      Specifically, he spoke with Jacob Matheny, the Branch Manager at the Cobb Parkway location, who knew that he had no intention whatsoever of stealing a vehicle and was a valued Hertz customer. Jacob even told Jerrel Smith, the Atlanta region corporate security manager, all of this after the theft report was filed:

> Just to fill you in on his situation, he has been our customer of ours for years now, and due to some circumstances he was not able to return the rental on time. His contract was overdue for over 30 days due to personal illness and being out of town.

> He is obviously very concerned about the charges pending against him. When I last spoke to him before the vehicle was reported stolen, he had every intention of returning the rental as soon as he could.

See Attached Emails.

12.     He also knew that Hertz had his card and would simply charge his card if they needed to extend it, as they had done for every one of his rentals for the last year.

13.     He received no other contact from Hertz/Thrifty about a theft report, although they had his phone number and address—not to mention he had been renting with the company nonstop for over 1 year.

14.     His card was charged $251.76 on March 12, 2014. At that time his bank account had $4,617.65 in it.

15.     Remember, he knew the employees and manager at the Hertz location. Had Hertz actually done an investigation and asked the location about John they would have verified that John Prawat was a normal renter, that his card was valid, that Hertz had his phone number and always called him if there was an issue, and that there were extenuating health circumstances which prevented returning the car.

16.     Unknown to John—and the Hertz location employees he regularly dealt with—Hertz corporate baselessly reported the car stolen on April 1, 2014. They had never properly investigated or talked the location or Branch Manager, Jacob Matheny.

17.     The report was littered with demonstrably false statements that had no relationship to reality and contradicted Hertz's own documents:

a.   The first problem is that Hertz's theft report showed that the rental had been improperly closed out on February 2, 2014, just 2 days after the initial due date on January 30, 2014. Hertz never told John they had done this, it violates Hertz's own policies and practices, and likely prevented Hertz's systems from properly extending the rental as happened on John's prior rentals.

b.   The second issue is that the theft report also claimed that John had provided a bad credit card that could not be charged for extensions. This was simply false. John's card was active and funded, and was in fact charged by Hertz on March 12, 2014.

c.   The third issue is that although John extended the rental, and Hertz knew to charge his card for extensions since he was a regular renter, Hertz told the police

that the due date of the rental was January 30, 2014. This was false and not truthful. John was in contact with Hertz employees and he had authority at all points to possess the rental. As noted, Hertz had baselessly closed the rental without telling John.

d.   The fourth issue is that Hertz never investigated or talked with the location, and therefore failed to tell police about John's repeated contacts with Hertz which would have made it clear he was authorized to have the car and had not criminal intent to steal the car. Hertz's own Branch Manager told Hertz corporate security that John had spoken with him, that he was aware of the extenuating circumstances, that John was a longtime Gold customer, and that John had no intent to steal the car. An investigation would also have revealed that the rental was improperly closed.

e.   The fifth issue is that Hertz lied about the little investigation it did do. The theft report preposterously claims that John had no phone number on file, which is absurd given his rental history and long history of contacts with Hertz. His phone number was even in his Gold Plus Rewards Member profile. The report then contradictorily claims that Hertz tried to call John (on a number it also claims it did not have), but that his number was disconnected. Yet, John has proof from Verizon that his phone number was always active. Instead of calling him, or doing minimal investigation, they simply lied and said the number was disconnected. Moreover, Hertz's report lied about the timing of his contacts with Hertz. Hertz claimed that the last time Hertz had been able to contact John by phone was the beginning of February, making it seem as if he absconded with the car. In reality, as Jacob Matheny told Hertz Corporate Security, John had always been in contact with Hertz and upfront about what was happening.

f.   The sixth issue is that Hertz claimed to police to have sent a letter on February 17 notifying John to return the vehicle, but Hertz sent it to an incorrect address. Even though Hertz knew that his address had a PO Box Number, it omitted that number when it sent the letter, resulting in the letter bouncing back—which Hertz did not disclose to the police.

18.   The car was repossessed from John on April 9, 2014, and he was told, to his great shock, that a theft report had been filed.

19.   John took extensive efforts to notify Hertz the theft report was false and baseless. He went to the corporate location on Springdale Road in Hapeville, GA in mid-April 2014, and asked to speak with Jerrel to clear up what he believed was a misunderstanding. Jerrel refused to come out and meet with him. He talked with other employees there and explained the report was false. He got nowhere.

20.    John then contacted Branch Manager Jacob Matheny and told him he had done nothing different on this rental as opposed to the others. Matheny agreed.

21.    Matheny then emailed Hertz corporate security and told them that John had been in contact with him, that there were extenuating health circumstances, that he was a valued customer, and that John had no intention of stealing a vehicle:

```
    ----- Original Message -----
    From: Jacob M Matheny
    Sent: 04/24/2014 05:06 PM EDT
    To: Jerrel Smith
    Subject: John Prawat

Hi Jerry,

I have a customer who's vehicle was repo'ed,  Just to fill you in on his situation, he has
been our customer of ours for years now, and due to some circumstances he was not able to
return the rental on time.  His contract was overdue for over 30 days due to personal illness
and being out of town.

He is obviously very concerned about the charges pending against him.  When I last spoke to
him before the vehicle was reported stolen, he had every intention of returning the rental as
soon as he could.

His vehicle is at Springdale, and his property is still in the vehicle (which he needs).  I
spoke to Dre about recovering his property and he told me to contact you on that process.
His phone number is (404) 556-4500.

Let me know what to do.
```

22.    John did not hear anything further, but thought since Hertz had gotten the car the criminal matter had been resolved.

23.    On February 8, 2015, John was pulled over for a traffic stop while driving his friend's car. When they ran John's information, the officer then returned and ordered John out of the car with his hand on his gun. John was extremely upset and confused as he was cuffed and put in a squad car. He had to stand there, humiliated, as he was frisked and handcuffed in front of everyone driving by. The officer refused to let him use the bathroom despite the fact that he desperately needed to use a restroom so he did not soil himself; it was torturous.

24.    He was then taken to the Atlanta jail where he was held from Sunday night to Monday evening. He was then transported in a van to Cobb County Adult Detention Center.

25.    The van ride itself was an infamous "rough ride." The prisoners were handcuffed but not restrained, and were sliding and bouncing around and sustaining physical injuries, including a concussion.

26.    He then spent a harrowing three days in Cobb County Detention Center. He was threatened, nearly beaten up repeatedly, and was forced to hand over his food under threat of physical violence to other prisoners. He barely ate while locked up. He also could not sleep due to repeated alarms and the rounds by the guards.

27.    He was desperate because he could not remember the numbers of his friend he needed to call since it was saved in his phone. Moreover, there was conflict and fights over the phones between the prisoners. He eventually had to call his friend at his place employment, which was humiliating and caused problems for his friend.

28.    At that point his friend bailed him out for $2,240, on or around February 11, 2015.

29.    He then retained a lawyer and tried to figure out what had happened. A review of the theft report showed it was completely false. Although he did not know at that time anything about Hertz's deficient policies or systemic failures, he did put together objective proof that he had not committed a crime including:

a.    Verizon records stating that his number was active, contradicting Hertz's claim his number was disconnected and he could not be contacted to extend,

b.    Bank records showing that he had paid, contradicting Hertz's claim his card was invalid,

c.    Rental records showing that he was long-term customer, and

d.    Address documents showing that Hertz had sent the letter to the wrong address and failed to tell the police the letter bounced back.

30.     When John's lawyer presented this information to the prosecutor, the case was dropped on July 13, 2015.

31.     The prosecutor stated: "Hertz does this all the time with us. They use the criminal justice system to handle what are essentially civil matters."

32.     Based on John's extensive communication with Hertz telling them it was a false police report, a Hertz Branch Manager explaining the theft report was baseless, and the dismissal of the charges, Hertz knows the police report it filed against John was false.

33.     John did not know about any bar date, nor about any bankruptcy plan. John does not regularly read *USA Today, The Wall Street Journal, The New York Times, The Globe and Mail, The Philadelphia Inquirer, San Francisco Chronicle, Arizona Republic, Chicago Tribune, Los Angeles Times, The San Diego Union Tribune, Naples Daily News, El Diario De El Paso, or Journal De Montreal.*

34.     As a direct and proximate result of Hertz's conduct, John was arrested, jailed for around four days, falsely prosecuted for 16 months, was humiliated, lost wages, lost his reputation, and has been severely mentally and emotionally harmed.

35.     There was no probable cause for Hertz to report John for any crime at any point in time.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:   December  5 , 2021                          /s/    John Prawat
                                                                    Declarant

John Prawat ,

| Subject: | John Prawat |
|---|---|
| Attachments: | pic08250.gif |

-----Original Message-----
From: Jacob M Matheny [mailto:jmatheny@hertz.com]
Sent: Tuesday, April 29, 2014 3:37 PM
To: j_prawat@yahoo.com
Subject: Fw: John Prawat

(678) 355-0300

Jacob M Matheny
Branch Manager
The Hertz Corporation | 2143 Cobb Parkway, Kennesaw, GA 30152 USA
Phone: (678) 355-0300 | Fax: (678) 355-0304 jmatheny@hertz.com | www.hertz.com

----- Forwarded by Jacob M Matheny/HLE/Hertz on 04/29/2014 03:36 PM -----

From: Jerrel W Smith/RAC/Hertz
To:   Jacob M Matheny/HLE/Hertz@Hertz,
Date: 04/24/2014 06:24 PM
Subject:    Re: John Prawat

The property in a vehicle is sent to lost and found at the airport.

Jerrel W Smith
Corporate Security Manager
The Hertz Corporation | 3062 Springdale Road, Hapeville, Georgia 30354 USA
Phone: 404-209-3274 | Fax: 866-777-9082
jwsmith@hertz.com | www.hertz.com


        ----- Original Message -----
        From: Jacob M Matheny
        Sent: 04/24/2014 05:06 PM EDT
        To: Jerrel Smith
        Subject: John Prawat

Hi Jerry,

I have a customer who's vehicle was repo'ed,  Just to fill you in on his situation, he has
been our customer of ours for years now, and due to some circumstances he was not able to
return the rental on time.  His contract was overdue for over 30 days due to personal illness
and being out of town.

He is obviously very concerned about the charges pending against him.  When I last spoke to
him before the vehicle was reported stolen, he had every intention of returning the rental as
soon as he could.

His vehicle is at Springdale, and his property is still in the vehicle (which he needs).  I
spoke to Dre about recovering his property and he told me to contact you on that process.
His phone number is (404) 556-4500.

Let me know what to do.

1

(Embedded image moved to file: pic08250.gif)

Jacob M Matheny
Branch Manager
The Hertz Corporation | 2143 Cobb Parkway, Kennesaw, GA 30152 USA
Phone: (678) 355-0300 | Fax: (678) 355-0304 jmatheny@hertz.com | www.hertz.com

---------------

This message (including attachments) may contain information that is privileged, confidential
or protected from disclosure.  If you are not the intended recipient, you are hereby notified
that dissemination, disclosure, copying, distribution or use of this message or any
information contained in it is strictly prohibited.  If you have received this message in
error, please immediately notify the sender by reply e-mail and delete this message from your
computer.  Although we have taken steps to ensure that this e-mail and attachments are free
from any virus, we advise that in keeping with good computing practice the recipient should
ensure they are actually virus free.
---------------

Rental Record

CONFIDENTIAL
Thu Apr 24 15:51:13 CDT 2014, by The Hertz Corporation

Version ID: ASAR-2.24.0   Login Location: GAKEN1B

LogonLogoff
#1 Club Update
Admin
  ASAP Reports
  City Message
  Local Info
  Refueling Rates
RR Print
Security
Sig Capture History
Tiered LDW
Upsell
Vehicle Movement
Car Control
Counter Functions
Gold Service
Information Search
Inventory Mgmt
Lost And Found
Rental Management
Res Processing
Res/Rental Research



Rental Record: 589347566          CORPORATE          Brand: ZE          Own:          (Press CTRL+P to Print)

CUSTOMER INFORMATION

NAME: PRAMAT JOHN
#1: 0060147985    SVC: GO G

BUS: HOME THEATER DESIGNS, LLC
2288 GUNBARREL RD.
CHATTANOOGA,                    TN 37421
BUS PH: 4045564500
DL: 1135*****    PR MAIL: B          ST: TN
BD: 12/1955

FORM OF PAYMENT INFORMATION

PP: VISA XXXXXXXXXX6902      EX: 02/2016
PPP: VISA XXXXXXXXXX6902     EX: 02/2016
AUTH 1: 190293 CC APP:$ 136.00 DT: 01/23
AUTH 2:      CC APP:$              DT: 02/26

VEHICLE/FUEL INFORMATION

OWN/VEHICLE#: 01489/8496135   MODEL: NFU5
YEAR: 2013   LIC: N349822     STATE: LA
VCL#: B   COLOR: SIL

RENT/RETURN INFORMATION

RENT:   01/23/2014 18:09 GAACW05 05629-05
RETURN: 02/02/2014 18:09 GAACW05 05629-05
DUE:    01/30/2014 18:00 GAACW05 05629-05
                        GS: Y
                ARR.FLT N      ARR.HRS N

RESERVATION INFORMATION

RES#: G094007I5A7    REF: ZIAGA
RES CLS: B           EK: 01/23/2014 18:08
CTRY: USA

REM:    CONV/BILL2AUTH=15%/VC/MI
        *DO NOT EXT/EXCH/REPO HIRED*

USER/DRB INFORMATION

REV MGT USER:           5789/0562905
RENT USER/LOC:          5789/GAACW05
RETURN USER/LOC:              /
LAST PT USER/LOC: 1076/OKDCR15
LAST PN USER/LOC 0719/OKDCR15
# COPIES RNT: 1
RENT DT/TM POSTED:          01/23/2014 18:09
RETURN DT/TM POSTED:        03/10/2014 15:18
GDRB DATE: 03/10/2014
LAST DT/TM POSTED (CST): 03/10/2014 14:18
DRB ARER/LOC: 05629-05          RR STATUS: T

TOTALS

WEEKS        1 @ 129.00      129.00
EX HOUR      0 @   4.62
EX DAY       3 @  18.51       55.53

SUBTOTAL                     184.53

SUBTOTAL                     184.53

**John Prawat**

| | |
|---|---|
| **From:** | Verizon Wireless [NotificationOnly@ecrmEmail.VerizonWireless.com] |
| **Sent:** | Sunday, July 12, 2015 9:28 PM |
| **To:** | J_PRAWAT@YAHOO.COM |
| **Subject:** | Verizon Wireless Follow-Up |



Thanks for being the best part of Verizon.

Shop        Support        My Verizon



**VERIZON.**
**AMERICA'S LARGEST 4G LTE NETWORK.**

Dear ,

This email is to confirm receipt of your recent request to Verizon Wireless. Thank you for taking the time to contact us concerning your account. We would like to inform you that your request has been processed.

Sir, here is the information that was request for your account where there has not been interuption since 03/14/2012. The last suspendtation was 03/14/2012.

Please feel free to contact our Customer Support Center at **1.800.922.0204** or **\*611** from your wireless phone or visit us at verizonwireless.com if you need further assistance. We are open 7-11pm Mon-Fri and 8-9pm on Sat/Sun EST to assist you. We appreciate your business and we hope to be able to serve you again in the future.

Thank you for choosing Verizon Wireless.

Sincerely,
The Verizon Wireless Customer Service Center

Stay Connected:     

If you no longer wish to receive future emails, you may unsubscribe, or easily adjust your subscription preferences from your profile information.

We respect your privacy. Please review our privacy policy for more information about click activity with Verizon Wireless and links included in this email. PLEASE DO NOT REPLY TO THIS AUTOMATED EMAIL. Replies will not be read or forwarded for handling.

© 2015 Verizon Wireless

Verizon Wireless | One Verizon Way | Mail Code: 180WVB | Basking Ridge, NJ 07920

RESIDENTIAL   BUSINESS   WIRELESS                    Atlanta, GA   Español   Store Locator   Contact Us   Sign Out

**Shop**        **Support**        **My Verizon**          search.verizonwireless.com   🔍

| MY VERIZON HOME | MY BILLING & USAGE | MY DEVICES | MY PLAN & SERVICES | MY PROFILE |
|---|---|---|---|---|

Welcome, JohnPrawat!          Last Login at 06:52 AM on 07/08/15          0  *Notifications*

**Account Number: 871119161-00001     You are the Account Owner**

## My Bill

ENROLL IN AUTO PAY

| DUE 07/23/15 | | RECENT PAYMENTS | | CURRENT BALANCE | | |
|---|---|---|---|---|---|---|
| **$58.38** | − | $58.38 | = | **$0.00** | | Paid In Full |
| | | PAYMENT HISTORY | | | | VIEW 06/28/15 BILL |

---

## My Plan: MORE EVERY UNL TLK&TXT 500MB

16 days left in your usage cycle      Color Legend      [ View Usage Details ]

### Plan Management

[ Manage Data ]  [ My Products & Apps ]

MANAGE GLOBAL & INTERNATIONAL PLANS

DATA - 500.00 MB SHARED      MINUTES - UNLIMITED      MESSAGES - UNLIMITED

**0.02 MB used**

470 Used          9 Used

*Add Features to Your Plan* ➕

Find usage controls, plan travel and more.

SEE ALL FEATURES ›

[ USED ]  [ **AVAILABLE** ]      All Usage is estimated.

---

## My Devices

+ ADD A DEVICE



**JOHN PRAWAT**   EDIT DEVICE NAME

### LG Voyager™ in Titanium
Silver
404-556-4500

**Eligible for Upgrade Now**
VIEW CONTRACT END DATE

[ Upgrade this Device ]

**Related to Your Device**

MANAGE DEVICE
DEVICE SUPPORT
RATE DEVICE
ACTIVATE/SWITCH DEVICE

## VERIZON *EDGE*

Upgrade Faster Than Before

When you buy a smartphone on Verizon Edge.

UPGRADE NOW ›

🖶 **PRINT**

**THE HERTZ CORPORATION**
Phone:      800-654-4173
Fax:
Web:        www.hertz.com

**Hertz.**

**REPRINT**

| | |
|---|---|
| Rental Agreement No: | 589347566 |
| Invoice Date: | 03/11/2014 |
| Document: | 974000458575 |
| | |
| Renter: | JOHN PRAWAT |
| Account No.: | ***********6902 VIS |
| CDP No.: | 321739 |
| CDP Name: | ALASKA A\L MILEAGE PLAN |

**Direct All Inquiries To:**
    THE HERTZ CORPORATION
    PO BOX 26120
    OKLAHOMA CITY, OK 73126-0120

    JOHN PRAWAT
    HOME THEATER DESIGNS, LLC
    2288 GUNBARREL RD.
    CHATTANOOGA, TN 37421

**RENTAL REFERENCE**
Rental Agreement No: 589347566
Reservation ID:      G09400715A7

**RENTAL DETAILS**

| | | |
|---|---|---|
| Rate Plan: | IN: SPW    OUT: LOCW6 | |
| Rented On: | 01/23/2014 18:09  LOC# 562905 | |
| | ACWORTH, GA | |
| Returned On: | 02/02/2014 18:09  LOC# 562905 | |
| | ACWORTH, GA | |
| Car Description: | FOCUS 5D N349822 | |
| Veh. No.: | 8496135 | |
| CAR CLASS Charged: | B    **MILEAGE**  **In:** 15,802 | |
| Rented: | B    **Out:** 15,102 | |
| Reserved: | B    **Driven:**   700 | |

**MISCELLANEOUS INFORMATION**
CC AUTH: 190293  DATE: 2014/01/23  AMT:  136.00

**RENTAL CHARGES**

| | | | |
|---|---|---|---|
| WEEKS | 1 @ | 129.00 | 129.00 |
| EXTRA DAYS | 3 @ | 18.51 | 55.53 |
| SUBTOTAL | | | 184.53 |
| | | | |
| VEHICLE LICENSE FEE | | | 14.70 |
| ENERGY SURCHARGE | | | 1.49 |
| OVERDUE ADMIN FEE | | | 39.00 |
| TAX | | 6.00% | 12.04 |

**Gold Plus Rewards Points**
Earned this rental:  250

AMOUNT DUE                        251.76 USD

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

**Direct All Inquiries To:**
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

AMOUNT BILLED TO ACCOUNT:          251.76 USD

Phone:          800-654-4173
Web:            www.hertz.com



**The UPS Store®**
2288 Gunbarrel Rd., Ste. 154
Chattanooga, TN 37421-2670
423.499.4440 Tel
423.499.5551 Fax

John Prawat  POB 354

Box rent paid for the period May 2012 through December 2013
20 months @ $15.00 per month = $300.00.

Box rent paid for the period January 2014 through March 2015
15 months @ $18.00 per month = $270.00

TOTAL PAID  $570.00

*Franklin Pickle*

Franklin Pickle, Owner



**Franklin Pickle**
Owner

2288 Gunbarrel Rd., Ste. 154
Chattanooga, TN 37421

M - F 8:30 am - 7 pm
Sat. 10 am - 4 pm, Sun. closed
423.499.4440 Tel
423.499.5551 Fax
store1995@theupsstore.com

theupsstorelocal.com/1995

**The UPS Store**

**The UPS Store**

**John Prawat**

| | |
|---|---|
| **From:** | The UPS Store 1995 [store1995@theupsstore.com] |
| **Sent:** | Thursday, September 26, 2013 1:34 PM |
| **To:** | john prawat |
| **Subject:** | package |
| **Attachments:** | mailbox address card.pdf |

I spoke with the post office and your package you inquired about had no suite number or a personal mailbox number. So it was returned to its original sender. The attachment I am sending you has the correct format of your mailbox address.

    Franklin Pickle

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

STATE OF GEORGIA      \*   IND./ACC. NO. 15-1347
V.      \*
**John Joseph Prawat**      \*

## DISCLOSURE CERTIFICATE PURSUANT TO O.C.G.A. 17-16-1

    In response to your request for discovery under O.C.G.A. 17-16-1 et. Seq., and pursuant to the notice requirements of the Uniform Superior Court Rules, please find the following documents attached hereto. Regard any person named in any document as a State Witness.

(X) Copy of Indictment/Accusation with list of witnesses

(X) Statement(s) of Witness(es) - See all attached materials

(X) Statement(s) of Defendant - See all attached materials

( ) Statement(s) of Co-Conspirators Attributable to Defendant

(X) Defendant's GCIC Criminal History - **ALL CONVICTIONS, ARRESTS, AND BAD CONDUCT WILL BE USED IN AGGRAVATION OF PUNISHMENT PURSUANT TO O.C.G.A 17-10-2 & 17-10-7 & AND FOR IMPEACHMENT PURPOSES PURSUANT TO O.C.G.A 24-9-84.1**

( ) Scientific Report(s):

( ) Alibi rebuttal witness(es)

( ) Notice of Intent to Present Evidence of Similar Transactions

( ) Notice of Intent to Present Evidence for prior difficulties between parties

(X) Brady materials - See all attached materials

(X) Warrant

( ) Waiver of Rights

( ) Search Warrant(s)

( ) Consent to Search

( ) Copy of photographic line-up

(X) State's Reciprocal Discovery

(X) Alibi Demand

(X) Police Report(s)

(X) Other: _Her tz Y cpar ts_

(X) In addition, the Books, Papers, Documents, Photographs, Tangible Objects, Audio Recordings, Visual Recordings, Buildings, and Places that the State intends to use as evidence at trial, and aggravation of punishment will be available for inspection. **PLEASE CONTACT ME IMMEDIATELY SO THAT WE MAY ARRANGE A TIME FOR YOU TO INSPECT AND COPY OR PHOTOGRAPH THESE ITEMS.**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of: **STATE'S DISCLOSURE CERTIFICATE** and attachments thereto, by: ( ) Personal Service, or (X) placing a copy in the United States mail in a properly addressed envelope with adequate postage thereon to: **Michael J. Ivan, Attorney at Law, P.O. Box 682765, Marietta, GA 30068.**

This the ___2___ day of _____June_____, 2015.

**Brendan F. Murphy**
Assistant District Attorney
Cobb Judicial Circuit

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

THE STATE OF GEORGIA            * IND/ACC NO. **15-1347**
V.                                    *
**John Joseph Prawat**             *

## STATE'S DISCOVERY DEMANDS

The defendant having requested discovery under O.C.G.A. 17-16-1, et. Seq., or in the event the defendant is allowed additional time to file such a discovery request and elects to do so, the state requests the following reciprocal discovery and any other discovery to which the state may be entitled by law:

## DEMAND FOR INSPECTION AND COPYING OF PHYSICAL EVIDENCE

Comes now the state pursuant to O.C.G.A. 17-16-4 (b)(1) and demands that the defendant produce for the purpose of inspection, copying or photographing, the following which the defendant intends to introduce as evidence in the defendant's case-in-chief or in rebuttal: books, papers, documents, photographs, tangible objects, audio and visual tapes, films and recordings, or copies or portions thereof; and to inspect and photograph buildings or places which are within the possession, custody, or control of the defendant.

The state further demands that the defendant comply within ten days of the state's compliance with the defendant's discovery demand, but no less than five days prior to trial. Upon the failure of the defendant to comply, the state requests that sanctions be imposed as provided in O.C.G.A. 17-16-6.

## DEMAND FOR SCIENTIFIC REPORTS

Comes now the State pursuant to O.C.G.A. 17-16-4 (b)(2), and demands that the defendant produce for the purpose of inspecting and copying or photographing any results or reports of physical or mental examinations and of scientific tests or experiments, including a summary of the basis for the expert opinion rendered in the report, or copies thereof, within the possession or control of the defendant and which the defendant intends to introduce as evidence in the defendant's case-in-chief or rebuttal.

The state further demands that the defendant comply within ten days of the state's compliance with the defendant's discovery demand, but no less than five days prior to trial. Upon the failure of the defendant to comply, the state requests that sanctions be imposed as provided in O.C.G.A. 17-16-6.

## DEMAND FOR WITNESS STATEMENTS

Comes now the state pursuant to O.C.G.A. 17-16-7, and demands that the defendant produce any statement of any witness that is in the possession, custody, or control of the defendant or the defendant's counsel, that relates to the subject matter concerning the testimony of a witness the defense intends to call as a witness at trial or at defendant's post-indictment pre-trial evidentiary hearing.

The state further demands that the defendant comply no later than ten days prior to trial or at the time of any pretrial evidentiary hearing other than a bond hearing. Upon the failure of the defendant to comply, the state requests that sanctions be imposed as provided in O.C.G.A. 17-16-6.

## DEMAND FOR LIST OF WITNESSES AND WITNESS INFORMATION

Comes now the state pursuant to O.C.G.A. 17-16-8, and demands that the defendant produce the names, current locations, dates of birth, and telephone numbers of the defendant's witnesses.

The state further demands that the defendant comply within ten days of the state's compliance with the defendant's discovery demand, but no less than five days prior to trial. Upon the failure of the defendant to comply, the state requests that sanctions be imposed as provided in O.C.G.A. 17-16-6.

## DEMAND FOR REIMBURSEMENT

Pursuant to the authority of O.C.G.A. 17-16-9, the state hereby moves that this Court order that the defendant reimburse the state for the actual costs incurred in providing documents and other material to the defendant as part of its compliance with the defendant's motions for discovery.

Pursuant to O.C.G.A. 17-16-1 et. seq., the defendant's duty to comply with discovery is continuing. If at any time the defendant discovers additional evidence or material previously requested or ordered which is subject to discovery or inspection under this article, the defendant is under a duty to promptly notify the state of the existence of the additional evidence or material and make this additional evidence or material available as provided in this article.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of: **STATE'S DISCOVERY DEMANDS** and attachments thereto, by: ( ) Personal Service, or (X) placing a copy in the United States mail in a properly addressed envelope with adequate postage thereon to: **Michael J. Ivan, P.O. Box 682765, Marietta, GA 30068.**

This the _____ day of _____ June _____, 2015.

**Brendan F. Murphy**
Assistant District Attorney
Cobb Judicial Circuit

## IN THE SUPERIOR COURT OF COBB COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA | * IND./ACC. NO. **15-1347** |
| V. | * |
| **John Joseph Prawat** | * |

## STATES DEMAND FOR WRITTEN NOTICE
## OF DEFENDANTS INTENTION TO OFFER
## A DEFENSE OF ALIBI

Comes now the state of Georgia and demands the defendant, pursuant to O.C.G.A. 17-16-5, to serve upon the prosecuting attorney a written notice of the defendants intention to offer a defense of alibi. The state alleges that the defendant committed:

**Count 1**
The offense of **THEFT BY CONVERSION** on January 30, 2014 through April 1, 2014 in the County of Cobb and State of Georgia.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of: **STATE'S DEMAND FOR WRITTEN NOTICE OF DEFENDANT'S INTENTION TO OFFER A DEFENSE OF ALIBI,** attachments thereto, by: ( ) Personal Service, or (X) placing a copy in the United States mail in a properly addressed envelope with adequate postage thereon to: **Michael J. Ivan, Attorney at Law, P.O. Box 682765, Marietta, GA 30068.**

This the ___2___ day of ___June___, 2015.

**Brendan F. Murphy**
Assistant District Attorney
Cobb Judicial Circuit

## JUDGE J. STEPHEN SCHUSTER

---

### ACCUSATION

RE: Warrant(s)
**14-WD-2842**

NO. **1.51347**
COBB SUPERIOR COURT

WITNESSES:
**Det Joel Hall, Acworth Police Department**

## THE STATE OF GEORGIA

## V.

## JOHN JOSEPH PRAWAT

**Ct. 1: Theft by Conversion**

---

REBECCA KEATON, Clerk, S. C.

---

### D. VICTOR REYNOLDS,
### District Attorney, Cobb Judicial Circuit

The Defendant herein waives
indictment, list of witnesses, formal
arraignment and pleads _____ Guilty.

The Defendant herein waives
indictment, list of witnesses, formal
arraignment and pleads _____ Guilty.

_____
Defendant

_____
Defendant

_____
Attorney for Defendant

_____
Attorney for Defendant

_____
Assistant District Attorney

_____
Assistant District Attorney

## COUNT 1

I, D. VICTOR REYNOLDS, the undersigned prosecuting attorney for the Superior Court of Cobb County, on behalf of the citizens of Georgia, do hereby charge and accuse **JOHN JOSEPH PRAWAT** with the offense of **THEFT BY CONVERSION, O.C.G.A. 16-8-4,** for that the said accused person, in the County of Cobb and State of Georgia, **between the 30th day of January, 2014, and the 1st day of April, 2014,** having lawfully obtained property, to wit: a Ford Focus vehicle, the property of Hertz, with a value of five thousand dollars ($5,000.00) or more, under an agreement and a known legal obligation, to wit: a rental car agreement, to make a specified disposition of said property, did knowingly convert said property to his own use in violation of the agreement and legal obligation, contrary to the laws of said State, the good order, peace and dignity thereof.

Brendan F. Murphy, Assistant District Attorney for
D. VICTOR REYNOLDS, District Attorney

DATE: 4/8/2015

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

State of Georgia

vs.

Warrant No.    14-WD-2842

John Joseph Prawat
    Defendant(s).

## LIST OF    WITNESSES

1.  Det Joel Hall
    Case# 1404984
    Acworth Police Department
    4400 Acworth Industrial Drive NW
    Acworth, GA 30101
    Email Address: jhall@acworth.org
    Main Office: 770-974-1232
    Fax: 678-801-4059
    Fax: 770-974-7515

2.  Ofc Mark Stewart
    Case# 1404984
    Acworth Police Department
    4400 Acworth Industrial Drive NW
    Acworth, GA 30101
    Email Address: mstewart@acworth.org
    Main Office: 770-974-1232
    Fax: 678-801-4059
    Fax: 770-974-7515

3.  Hertz Corp.
    225 Brae Boulevard
    Park Ridge, NJ 07656

4.  Alizon McGrail
    Hertz
    3693 Cobb Parkway
    Acworth, GA 30101
    Work Phone: 678-574-6366

# JUDGE J. STEPHEN SCHUSTER

## ACCUSATION

RE: Warrant(s)
**14-WD-2842**

NO. **1.51347**
COBB SUPERIOR COURT

WITNESSES:
**Det Joel Hall, Acworth Police Department**

## THE STATE OF GEORGIA

### V.

### JOHN JOSEPH PRAWAT

**Ct. 1: Theft by Conversion**

REBECCA KEATON, Clerk, S. C.

### D. VICTOR REYNOLDS,
**District Attorney, Cobb Judicial Circuit**

The Defendant herein waives
indictment, list of witnesses, formal
arraignment and pleads _____ Guilty.

The Defendant herein waives
indictment, list of witnesses, formal
arraignment and pleads _____ Guilty.

_____
Defendant

_____
Defendant

_____
Attorney for Defendant

_____
Attorney for Defendant

_____
Assistant District Attorney

_____
Assistant District Attorney

Court Rule: www.cobbsuperiorcourtclerk.com
Rebecca Keaton
Clerk of Superior Court Cobb County

Filed In Office Apr-14-2015 09:24:56
ID# 2015-0043450-CR
Page 1

## COUNT 1

I, D. VICTOR REYNOLDS, the undersigned prosecuting attorney for the Superior Court of Cobb County, on behalf of the citizens of Georgia, do hereby charge and accuse **JOHN JOSEPH PRAWAT** with the offense of **THEFT BY CONVERSION, O.C.G.A. 16-8-4,** for that the said accused person, in the County of Cobb and State of Georgia, **between the 30th day of January, 2014, and the 1st day of April, 2014,** having lawfully obtained property, to wit: a Ford Focus vehicle, the property of Hertz, with a value of five thousand dollars ($5,000.00) or more, under an agreement and a known legal obligation, to wit: a rental car agreement, to make a specified disposition of said property, did knowingly convert said property to his own use in violation of the agreement and legal obligation, contrary to the laws of said State, the good order, peace and dignity thereof.

Brendan F. Murphy, Assistant District Attorney for
D. VICTOR REYNOLDS, District Attorney

DATE: _____ 4/8/2015 _____

ID# 2015-0043450-CR
Page 2

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

State of Georgia

vs.

John Joseph Prawat
    Defendant(s).

Warrant No.    14-WD-2842

## LIST OF  WITNESSES

1.  Det Joel Hall
    Case# 1404984
    Acworth Police Department
    4400 Acworth Industrial Drive NW
    Acworth, GA 30101
    Email Address: jhall@acworth.org
    Main Office: 770-974-1232
    Fax: 678-801-4059
    Fax: 770-974-7515

2.  Ofc Mark Stewart
    Case# 1404984
    Acworth Police Department
    4400 Acworth Industrial Drive NW
    Acworth, GA 30101
    Email Address: mstewart@acworth.org
    Main Office: 770-974-1232
    Fax: 678-801-4059
    Fax: 770-974-7515

3.  Hertz Corp.
    225 Brae Boulevard
    Park Ridge, NJ 07656

4.  Alizon McGrail
    Hertz
    3693 Cobb Parkway
    Acworth, GA 30101
    Work Phone: 678-574-6366

CRIMINAL WARRANT

## MAGISTRATE COURT OF COBB COUNTY
## GEORGIA, COBB COUNTY

**Warrant No. 14-W-2842**
**Police Case No. 1404984**

Personally came J. Hall who makes oath before a Magistrate of this Court that **John Prawat** (hereinafter called the accused) **AKA**:
did, on 4/1/2014 at 12:38 PM at 3693 North Cobb Parkway, Acworth in the County of Cobb, Georgia, commit the offense of THEFT
BY CONVERSION GREATER THAN 1,500.00(F) violating O.C.G.A, Section 16-8-4(c)(1),for that said accused John Prawat did,
after having obtained a 2013 Siver Ford Focus, valued at approximately $14,532, knowingly convert said property to his/her own use
by failing to return said property to said owner, to wit: John Prawat did rent the 2013 Ford Focus at 3693 North Cobb Parkway in
Acworth Ga at the Day's Chevrolet on January 23, 2013 and was supposed to return the Focus on January 30, 2013 but failed to do as
the agreement stated. Per policy of Hertz Corporation they were to charge Prawat's credit card they had on file, and when the card was
run, the transaction was denfed. The last contact with Prawat was in February, at which time he told Alizon McGrail that he was
waiting on a check and would pay as soon as he got the check. Alizon McGrail advised him to bring the car back, and Prawat advised
he would, but Alizon stated that she hasn't heard from him since. Alizon also stated that Prawat's phone has been disconnected as well.

;

and affiant makes this affidavit that a warrant may issue for the arrest of the accused.

*Joel D Hall*

Affiant: J  Hall
Badge No. ac1092

Sworn to and subscribed before me, this 2nd day of April, 2014.

Magistrate : Jennifer Inmon

## To any Sheriff, Deputy Sheriff, Coroner, Constable, or Marshall or said State –

## GREETINGS:
For sufficient cause made known to me in the above affidavit, incorporated by reference herein, and other sworn testimony established
probable cause for the arrest of the accused, you are therefore commanded to arrest **John  Prawat** accused named in the foregoing
affidavit charged by the prosecutor therein with the offense against the laws of this State named in said affidavit and bring the accused
before me, or some other judicial officer of Georgia, to be dealt with as the law directs. HEREIN FAIL NOT.
This 2nd day of April, 2014.

MAGISTRATE: Jennifer Inmon

As the issuing judge/affiant,
I do hereby verify that this document is an original criminal warrant with electronically generated signatures. Judge/Affiant ___ JI ___

RPTID: 68000134
AGENCY: GA0330500

## - INCIDENT REPORT -
### ACWORTH POLICE DEPARTMENT

CASENO: 1404984
Print Date: 03/24/2015 11:24:00 AM

**EVENT**

| INCIDENT TYPE: | | COUNTS | INCIDENT CODE |
|---|---|---|---|
| THEFT BY TAKING AUTO | | 1 | 16-8-2 |

**PREMISE TYPE**

| | | | |
|---|---|---|---|
| ☐ 1- HIGHWAY | | ☐ 2- SVC-STATION | |
| ☐ 3- CONVENIENCE STORE | | ☐ 4- BANK | |
| ☒ 5- COMMERCIAL | | ☐ 6- RESIDENCE | |
| ☐ 7- SCHOOL CAMPUS | | ☐ 8- ALL OTHER | |

INCIDENT LOCATION
3693 3693 NORTH COBB PARKWAY - ACWORTH 30101

LOC. CODE

**WEAPON TYPE**

| | | |
|---|---|---|
| ☐ 1- GUN | ☐ 2- KNIFE CUTTING TOOL | |
| ☐ 3- HANDS/FIST/ETC. | ☐ 4- OTHER | |

| INCIDENT DATE | TIME | DATE | TIME | STRANGER TO STRANGER |
|---|---|---|---|---|
| 01/30/2014 | 1200 | TO 04/01/2014 | 1238 | YES ☐  NO ☐  UNK ☒ |

COMPLAINANT'S NAME
MCGRAIL, ALIZON

ADDRESS
3693 COBB PARKWAY - ACWORTH, GA 30101-

PHONE NUMBER
678-574-6366

**VICTIM**

| VICTIM'S NAME | RACE | SEX | DOB | AGE | RESIDENCE PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|---|
| HERTZ CORP. | | | / / | - - | | |

ADDRESS
225 BRAE BLVD - PARK RIDGE, NJ 07656-

CENSUS TRACT

EMPLOYER OR OCCUPATION

STUDENT? ☐ YES ☒ NO   IF YES, NAME VICTIM'S SCHOOL

**OFFENDER**

| OFFENDER'S NAME | PERSON ID | SSN | RACE | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|---|
| PRAWAT, JOHN | | | W | M | 12/10/1955 | 58 |

SUSPECT ☒

| ADDRESS | CENSUS TRACT | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|
| 6060 LEE HIGHWAY APT 210 - CHATTANOOGA, TN 37421 | | 508 | 175 | GRY | BLU |

WARRANT ☒

| CHARGES | COUNTS | OFFENSE CODE | OFFENSE/ARREST | JURIS. |
|---|---|---|---|---|
| THEFT BY TAKING AUTO | 1 | 16-8-2 | 1 | 1. CITY |

ARREST ☒

|  |  |  |  | 2. COUNTY |
|---|---|---|---|---|
|  |  |  |  | 3. STATE |
|  |  |  |  | 4. OUT OF STATE |
|  |  |  |  | 5. UNKNOWN |

TOTAL NUMBER ARRESTED
1

ARREST AT OR NEAR OFFENSE SCENE
YES ☐  NO ☒

DATE OF OFFENSE
01/30/2014

**VEHICLE**

| | TAG NUMBER | STATE | YEAR | V.I.N | | PLATE ONLY | VIN PLATE ONLY |
|---|---|---|---|---|---|---|---|
| ☒ STOLEN | N349822 | LA | 14 | 1FADP3K24DL325578 | | ☐ | ☐ |
| ☐ RECOVD | YEAR | MAKE | MODEL | | STYLE | | COLOR |
| ☐ SUSPECTS | 2013 | FORD | FOCUS | | | | SILVER |

MOTOR SIZE (CID)

AUTO MAN. SPD.
TRANS. ☐ ☐ ☐

INSURED BY
FLEET

WITNESS NAMES

ADDRESS

HOME PHONE

WORK PHONE

**PROPERTY**

| | VEHICLES | CURRENCY, NOTES, ETC. | JEWELRY, PREC METALS | FURS |
|---|---|---|---|---|
| STOLEN | $14,532.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC. | HOUSEHOLD GOODS |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $14,532.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**PROPERTY RECOVERY INFO ONLY**

THEFT / RECOVERY
1

JURISDICTION CODES
1. CITY
2. COUNTY
3. STATE
4. OUT OF STATE
5. UNKNOWN

DATE OF THEFT
/ /

**ADM**

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG RELATED? ☐ YES ☒ NO
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER.

☐ 1- AMPHETAMINE  ☐ 2- BARBITURATE  ☐ 3- COCAINE  ☐ 4- HALLUCINOGEN  ☐ 5- HEROIN
☐ 6- MARIJUANA  ☐ 7- METHAMPHETAMINE  ☐ 8- OPIUM  ☐ 9- SYNTHETIC NARCOTIC  ☐ U- UNKNOWN

**CLEAR**

| REQUIRED DATA FIELDS FOR CLEARANCE REPORT | ☐ ACTIVE | ☒ CLEARED BY ARREST | ☐ EXCEPTIONALLY CLEARED | ☐ UNFOUNDED | ☐ OTHER | REPORT DATE 04/01/2014 |
|---|---|---|---|---|---|---|
| DATE OF CLEARANCE 04/14/2014 | | ☒ ADULT | ☐ JUVENILE | ☐ PENDING | ☒ CLOSED BY INVESTIGATION | |

**NARR.**

ON THIS DATE, AT 1238 HOURS, I WAS DISPATCHED TO THE HERTZ RENTAL COUNTER LOCATED INSIDE DAYS CHEVROLET, 3693 COBB PARKWAY ACWORTH, GA 30101.

UPON ARRIVAL I MET WITH THE COMPLAINANT, MS MCGRAIL, AN EMPLOYEE WITH HERTZ. MS MCGRAIL STATED THAT A CUSTOMER OF HERS, JOHN PRAWAT, RENTED A SILVER 2013 FORD FOCUS AND WAS SUPPOSED TO RETURN THE VEHICLE ON 01/30/2014. THE VEHICLE WAS NOT (continued...)

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| STEWART, M | 1019 | HUNT, B | 1028 |

**RPTID:** 68000134

**AGENCY:** GA0330500

### INCIDENT REPORT - NARRATIVE

**CASENO:** 1404984

*ACWORTH POLICE DEPARTMENT*

*Print Date: 03/24/2015 11:24:00 AM*

*RETURNED ON TIME. WHEN CUSTOMERS RENT VEHICLES, THEY ARE ABLE TO EXTEND THE ORIGINAL RENTAL END DATE BY A COUPLE OF DAYS AND THIS EXPENSE IS COVERED BY THE CUSTOMERS DEPOSIT. AFTER THAT THE CUSTOMERS CREDIT CARD IS CHARGED.*

*MS MCGRAIL STATED THAT WHEN THEY ATTEMPTED TO CHARGE MR PRAWAT'S CREDIT CARD, THE TRANSACTION WAS DECLINED. AT THIS POINT, MR PRAWAT WAS CALLED AND TOLD THAT HE MUST CONCLUDE HIS RENTAL AND RETURN THE VEHICLE. MS MCGRAIL ADDED THAT MR PRAWAT WAS CONTACTED SEVERAL TIMES, INCLUDING BY E-MAIL (J_PRAWAT@YAHOO.COM) REQUESTING THAT THE VEHICLE BE RETURNED. EACH TIME THIS SUBJECT HAD AN EXCUSE AS TO WHY THE VEHICLE COULD NOT BE RETURNED. MS MCGRAIL STATED THAT THE LAST TIME SHE ACTUALLY SPOKE WITH MR PRAWAT WAS AT THE BEGINNING OF FEBRUARY 2014.*

*THE RENTAL AGREEMENT SHOWS AN ADDRESS FOR JOHN PRAWAT HOME THEATER DESIGNS, LLC 2288 GUNBARREL ROAD CHATTANOOGA, TN 37431 AND A PHONE NUMBER OF 404-556-4500. THE LAST TIME THEY ATTEMPTED TO CONTACT THIS SUBJECT BY THE LISTED PHONE NUMBER, IT WAS NOT IN SERVICE.*

*I WAS ABLE TO RUN THE SUBJECT  THROUGH GCIC BY NAME AND DOB  AND IT LISTED THIS SUBJECT AS JOHN PRAWAT 6860 LEE HIGHWAY APT 210 CHATTANOOGA, TN 37421. TN DL# 113538295, CLASS D, EXPIRATION: 12/10/2015.*

*MS MCGRAIL WENT ON TO SAY THAT MR PRAWAT IS A REPEAT CUSTOMER AND THAT HE HAS RENTED FROM HER SEVERAL TIMES. SHE ALSO THOUGHT THAT WHILE HE WAS IN THIS AREA, HE WOULD STAY AT ONE OF THE EXTENDED STAY MOTELS IN THE KENNESAW AREA. THIS STOLEN VEHICLE REPORT WAS FAXED TO DISPATCH AND ENTERED INTO GCIC/NCIC.*

*Reviewed by Sgt. Hunt*

| **Officer Name:** STEWART, M | **Badge:** 1019 | **Date Added:** 04/01/2014 |
| --- | --- | --- |

RPTID: 68000134
AGENCY: GA0330500

# INCIDENT REPORT - PAGE 2
### ACWORTH POLICE DEPARTMENT
Print Date: 03/24/2015 11:24:00 AM

CASENO: 1404984

This is page #2 of the incident report.  It contains supplemental persons records including additional Complainants, Victims, Offenders and Witnesses.

## All Offenders, Extra Victims, Extra Complainants:

---

**Person Name:** HERTZ CORP
    **Address:** 225 BRAE BLVD - PARK RIDGE, NJ 07656-
**Home Phone:** - -
    **Cell Phone:**
       **DLNO:**            **SSN:**
       **DOB:** / /    **Age:** 0    **Race:**    **Sex:**

**Pers ID:** HEXXXXXXXX
**Height:**
**Weight:** 0
  **Hair:**
**Eyes:**

**Type:** VIC

---

**Person Name:** JOHN  PRAWAT
    **Address:** 6060 LEE HIGHWAY APT 210 - CHATTANOOGA, TN 37421-
**Home Phone:** 404-556-4500    **Work Phone:** - -
  **Cell Phone:**
    **DLNO:** TN  113538295    **SSN:**
    **DOB:** 12/10/1955  **Age:** 58   **Race:** W   **Sex:** M

**Pers ID:** PRJO121055
**Height:** 508
**Weight:** 175
  **Hair:** GRY
**Eyes:** BLU

**Type:** OFF

    **Chrgs:** 16-8-2 THEFT BY TAKING AUTO

---

**Person Name:** ALIZON  MCGRAIL
    **Address:** 3693 COBB PARKWAY - ACWORTH, GA 30101-
**Home Phone:** 678-574-6366    **Work Phone:** - -
  **Cell Phone:**

**Pers ID:** MCAL013000

**Type:** COM

---

**RPTID:** 68000134

**AGENCY:** GA0330500

## INCIDENT REPORT - SUPPLEMENTALS

**CASENO:** 1404984

*ACWORTH POLICE DEPARTMENT*

*Print Date: 03/24/2015 11:24:01 AM*

**COMPLAINANT:** MCGRAIL, ALIZON

**VICTIM:** HERTZ CORP,

### Supplemental Narrative/Report:

| **Officer Name:** HALL, J | **Badge:** 1092 | **Date Added:** 06/17/2014 |
|---|---|---|
| **Narrative:** | | **SRID:** 982 |

*On 04/02/2014 I Detective J. Hall was assigned case number  1404984. This case involved Hertz Rental Corporation  located at  3693 Cobb Parkway (Day's Chevrolet). Alizon McGrail reported  that John Prawat rented a car on January 23, 2014 and was  supposed to return it on 01/30/2014 but failed to do so. McGrail  stated that  they tried to charge Prawat's credit card the to  extend him but  that his card was declined. McGrail told Prawat  to return the  vehicle. McGrail stated that she spoke to Prawat  in February and  since his phone has been disconnected and has  stop responding to  emails.*

*On 04/14/2014 I Detective J. Hall Applied for a Warrant from the   Cobb County Magistrate Court. I was provided a warrant #   14-W-2842 for Theft by Conversion O.C.G.A 16-8-4 granted by Judge J. Inmon.*

*This case is cleared by arrest pending the capture of John  Prawat.*

# ARREST REPORT / AFFIDAVIT -
## ACWORTH POLICE DEPARTMENT

| AGENCY ID | TIME | | CASE NUMBER |
|---|---|---|---|
| GA0330500 | 1330 | | 1404984 |

| DEFENDANT NAME (LAST, FIRST, MIDDLE) | PERSON ID | RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|---|---|
| PRAWAT, JOHN | PRJO121055 | W | M | 12/10/1955 | |

| AGE | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER | VISIBLE SCARS AND MARKS | GCIC/CK | DOCKET NUMBER |
|---|---|---|---|---|---|---|---|---|
| 58 | 508 | 175 | GRY | BLU | | | | |

| ADDRESS - NUMBER AND STREET | CITY, STATE AND ZIP CODE | PHONE NUMBER |
|---|---|---|
| 6060 LEE HIGHWAY APT 210 | CHATTANOOGA ,TN 37421 | 404-556-4500 |

| ALIAS | DRIVERS LICENSE NUMBER | STATE |
|---|---|---|
| | 113538295 | TN |

| EMPLOYER OR OCCUPATION | ARRESTING AGENCY | ARRESTING OFFICER | NUMBER |
|---|---|---|---|
| | | HALL, J | 1092 |

| BOOKING OFFICER NAME | NUMBER | FINGERPRINTED / PHOTOGRAPHED BY | NUMBER | CURRENT DATE |
|---|---|---|---|---|
| | 000 | | 000 | 04/01/2014 |

| DATE OF ARREST | TIME | LOC CODE | LOCATION |
|---|---|---|---|
| 04/01/2014 | 0000 | | 3693 3693 NORTH COBB PARKWAY |

| OFFENSE DATE | TIME | OBTS NUMBER | FBI NUMBER |
|---|---|---|---|
| 01/30/2014 | 1200 | | |

**PERSONAL DATA**

| PHOTO #1 | PHOTO #2 | PHOTO #3 |
|---|---|---|
| | | |

**CHARGE**

| CHARGE ID | COUNTS | 1 | A | COUNTS | | B | COUNTS | | C |
|---|---|---|---|---|---|---|---|---|---|
| CHARGE | THEFT BY TAKING AUTO | | | | | | | | |
| STATUTE | 16-8-2 | | | | | | | | |

**LOC.**

| NEAR SCENE | ☐ YES ☐ NO | ☐ YES ☐ NO | ☐ YES ☐ NO |
|---|---|---|---|
| OFFENSE | ☑ CITY ☐ COUNTY ☐ STATE ☐ OUT OF STATE ☐ UNK | ☐ CITY ☐ COUNTY ☐ STATE ☐ OUT OF STATE ☐ UNK | ☐ CITY ☐ COUNTY ☐ STATE ☐ OUT OF STATE ☐ UNK |
| ARREST | ☐ CITY ☐ COUNTY ☐ STATE ☐ OUT OF STATE ☐ UNK | ☐ CITY ☐ COUNTY ☐ STATE ☐ OUT OF STATE ☐ UNK | ☐ CITY ☐ COUNTY ☐ STATE ☐ OUT OF STATE ☐ UNK |

**BOND**

| BOND AMT. | 0.00 | 0.00 | 0.00 |
|---|---|---|---|
| BOND TYPE | | | |
| RET.DATE | / / | / / | / / |
| BOND CO. | | | |

**DISPOSITION**

| | DAYS | AMOUNT | DAYS | AMOUNT | DAYS | AMOUNT |
|---|---|---|---|---|---|---|
| SENTENCE | | | | | | |
| TIME SERVED | | | | | | |
| GOOD TIME | | | | | | |
| BALANCE | | | | | | |
| PAID | | | | | | |
| RECPT.NO. | | | | | | |
| RETURNED | | | | | | |
| RECPT.NO. | | | | | | |

| CELL NUMBER | TRANSFER | REASON |
|---|---|---|
| | | |

**MEDICAL**

ANY KNOWN ALERGIES? ☐ YES    IF YES, WHAT:
ANY HISTORY OF HEART DISEASE?    ☐ DIABETES:    ☐ EPILEPSY:    ☐ HIGH BLOOD PRESSURE:
IS SUBJECT NOW UNDER DOCTOR'S CARE AND/OR TAKING ANY MEDICATIONS?    ☐ YES  LIST:_____

**DRUG**

ANY SIGNS / HISTORY OF DRUG USE?☐ YES  ☑ NO    IF YES, INDICATE TYPE(S):

| | | |
|---|---|---|
| ☐ 1- AMPHETAMINE | ☐ 2- BARBITURATE | ☐ 3- COCAINE | ☐ U- UNIKNOWN |
| ☐ 4- HALLUCINOGEN | ☐ 6- HEROIN | ☐ 6- MARIJUANA | ☐ O- OTHER |
| ☐ 7- METHAMPHETAMINE | ☐ 8- OPIUM | ☐ 9- SYNTHETIC NARCOTIC | 0 |

| RELEASE DATE | TIME | RELEASING OFFICER - LAST NAME | NUMBER | AGENCY RELEASED TO |
|---|---|---|---|---|
| / / | 0000 | | 000 | |

SIGNATURE OF RECEIVING OFFICIAL:  X _____

## ARREST / BOOKING REPORT - NARRATIVE

AGENCY:  GA0330500                                        *ACWORTH POLICE DEPARTMENT*                            CASENO:  1404984

| Arrest Date: | 04/01/2014          Time: 0000 | Print Date:  03/24/2015 11:24:01 AM | Arresting Officer: | HALL, J ( 1092 ) |
|---|---|---|---|---|
| Arrest Agency: | | | Booking Officer: | ( 000 ) |
| Defendant: | PRAWAT, JOHN ( ) | | Approving officer: | HUNT, B ( 1028 ) |

**Narrative:**

ON THIS DATE, AT 1238 HOURS, I WAS DISPATCHED TO THE HERTZ RENTAL COUNTER LOCATED INSIDE DAYS CHEVROLET, 3693 COBB PARKWAY ACWORTH, GA 30101.

UPON ARRIVAL I MET WITH THE COMPLAINANT, MS MCGRAIL, AN EMPLOYEE WITH HERTZ. MS MCGRAIL STATED THAT A CUSTOMER OF HERS, JOHN PRAWAT, RENTED A SILVER 2013 FORD FOCUS AND WAS SUPPOSED TO RETURN THE VEHICLE ON 01/30/2014.  THE VEHICLE WAS NOT RETURNED ON TIME. WHEN CUSTOMERS RENT VEHICLES, THEY ARE ABLE TO EXTEND THE ORIGINAL RENTAL END DATE BY A COUPLE OF DAYS AND THIS EXPENSE IS COVERED BY THE CUSTOMERS DEPOSIT. AFTER THAT THE CUSTOMERS CREDIT CARD IS CHARGED.

MS MCGRAIL STATED THAT WHEN THEY ATTEMPTED TO CHARGE MR PRAWAT'S CREDIT CARD, THE TRANSACTION WAS DECLINED. AT THIS POINT, MR PRAWAT WAS CALLED AND TOLD THAT HE MUST CONCLUDE HIS RENTAL AND RETURN THE VEHICLE. MS MCGRAIL ADDED THAT MR PRAWAT WAS CONTACTED SEVERAL TIMES, INCLUDING BY E-MAIL (J_PRAWAT@YAHOO.COM) REQUESTING THAT THE VEHICLE BE RETURNED. EACH TIME THIS SUBJECT HAD AN EXCUSE AS TO WHY THE VEHICLE COULD NOT BE RETURNED. MS MCGRAIL STATED THAT THE LAST TIME SHE ACTUALLY SPOKE WITH MR PRAWAT WAS AT THE BEGINNING OF FEBRUARY 2014.

THE RENTAL AGREEMENT SHOWS AN ADDRESS FOR JOHN PRAWAT HOME THEATER DESIGNS, LLC 2288 GUNBARREL ROAD CHATTANOOGA, TN 37431 AND A PHONE NUMBER OF 404-556-4500. THE LAST TIME THEY ATTEMPTED TO CONTACT THIS SUBJECT BY THE LISTED PHONE NUMBER, IT WAS NOT IN SERVICE.

I WAS ABLE TO RUN THE SUBJECT  THROUGH GCIC BY NAME AND DOB  AND IT LISTED THIS SUBJECT AS JOHN PRAWAT 6860 LEE HIGHWAY APT 210 CHATTANOOGA, TN 37421. TN DL# 113538295, CLASS D, EXPIRATION: 12/10/2015.

MS MCGRAIL WENT ON TO SAY THAT MR PRAWAT IS A REPEAT CUSTOMER AND THAT HE HAS RENTED FROM HER SEVERAL TIMES. SHE ALSO THOUGHT THAT WHILE HE WAS IN THIS AREA, HE WOULD STAY AT ONE OF THE EXTENDED STAY MOTELS IN THE KENNESAW AREA. THIS STOLEN VEHICLE REPORT WAS FAXED TO DISPATCH AND ENTERED INTO GCIC/NCIC.

*Reviewed by Sgt. Hunt*

I swear that the foregoing facts and statements made by me are true and correct to the best of my knowledge. I further understand that any false statements made by me in order to obtain a warrant for the above accused person may result in a prosecution against me for the crime of false swearing, a felony under O.C.G.A. 16-10-71.

Sworn to and subscribed before me this                                          Affiant Officer's Signature

_____ day of _____, 20_____          _____

Notary Public                                                                          Judge's Signature

_____                                      _____

# Defendant's Personal Property Receipt

*ACWORTH POLICE DEPARTMENT*

| Agency: | GA0330500 | Arrest Date: | 04/01/2014 |
|---|---|---|---|
| Case Number: | 1404984 | Arrest Time: | 0000 |
| Defendant Name: | PRAWAT, JOHN | | |
| Defendant DOB: | 12/10/1955 | | |
| Defendant SSN: | | | |
| Defendant Race/Sex: | W / M | | |
| Defendant Cell Phone: | | | |
| Booking Officer: | (000) | Total Cash at Time of Arrest: | $  0.00 |

| QTY | ITEM DESCRIPTION | | |
|---|---|---|---|
| | No personal property items submitted | | |

### ARREST:  Acknowledgement of Property Received

I hereby state that the property listed above constitutes all claims to property on my person at the time of my arrest.

X_____     X_____

Defendant's Signature at Time of Arrest             Witness Signature

### RELEASE:  Acknowledgement of Property Returned

I hereby state that the property listed above was returned to me, in satisfaction of all claims to property on my person at the time of my arrest, on the date of my release.

X_____     X_____

Defendant's Signature at Time of Release             Witness Signature

| RELEASE DATE | TIME | RELEASING OFFICER - LAST NAME | NUMBER | AGENCY RELEASED TO |
|---|---|---|---|---|
| /  / | 0000 | | 000 | |

## ARREST / BOOKING REPORT - SUPPLEMENTALS

AGENCY: GA0330500                    *ACWORTH POLICE DEPARTMENT*                    CASENO: 1404984

| Arrest Date: | 04/01/2014    Time: 0000 | Print Date: 03/24/2015 11:24:01 AM | Arresting Officer: | HALL, J ( 1092 ) |
|---|---|---|---|---|
| Arrest Agency: | | | Booking Officer: | ( 000 ) |
| Defendant: | PRAWAT, JOHN ( ) | | Approving officer: | HUNT, B ( 1028 ) |

**Supplemental Narratives:**

| Officer Name: HALL, J | Badge: 1092 | Date Added:06/17/2014 |
|---|---|---|
| Narrative: | | SRID: 982 |

*On 04/02/2014 I Detective J. Hall was assigned case number  1404984. This case involved Hertz Rental Corporation  located at  3693 Cobb Parkway (Day's Chevrolet). Alizon McGrail reported  that John Prawat rented a car on January 23, 2014 and was  supposed to return it on 01/30/2014 but failed to do so. McGrail  stated that  they tried to charge Prawat's credit card the to  extend him but  that his card was declined. McGrail told Prawat  to return the  vehicle. McGrail stated that she spoke to Prawat  in February and  since his phone has been disconnected and has  stop responding to  emails.*

*On 04/14/2014 I Detective J. Hall Applied for a Warrant from the   Cobb County Magistrate Court. I was provided a warrant #  14-W-2842  for Theft by Conversion O.C.G.A 16-8-4 granted by Judge J. Inmon.*

*This case is cleared by arrest pending the capture of John  Prawat.*

 **Vehicle Control Urgent Theft Report**

# IMMEDIATE ATTENTION REQUIRED

ATTENTION: MARSHA CUMMINGS    FAX #: 866-777-9294 PH

DATE FAXED: 3/10/14  REPORT TO POLICE BY: 3/14/14

REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPT BY THE ABOVE DATE
FOR SECURITY PURPOSES; Print ONE copy of the theft package to hand off to the police.

### *****Send this cover sheet to OKC Vehicle Control*****

AFTER THE VEHICLE IS REPORTED STOLEN TO THE POLICE,

### IMMEDIATELY FAX or EMAIL

THE INFORMATION REQUESTED BELOW TO OKC Security Admin.
AT 405-775-3078 or OKCtheftandrecovery@hertz.com

** DO NOT KEY VEHICLE HOT OR CLOSE THE RENTAL **

Area # 1489 Vehicle # 8496135  Last 8 of Vin# DL325578 _____ Rental

Record # 589347566 Name of renter JOHN PRAWAT 5629-05

## COMPLETE INFORMATION REQUIRED & SEND BACK TO OKC VC:

1. DATE REPORTED STOLEN:
   4/1/2014

2. POLICE DEPT:
   Acworth Police Department

3. CASE OR RPT#:
   1404984

4. OFFICER'S NAME & BADGE#:
   Officer Stewart

5. NAME & TITLE OF HERTZ REPRESENTATIVE REPORTING VEHICLE:
   Alison McGrail  MA

THE
WALZ
CERTIFIED
MAILER™

**WALZ**™

FROM

JOHN PRAWAT
HOME THEATER DESIGNS, LLC
2238 GUNBARREL RD.
CHATTANOOGA, TN 37421

Label #1

TO:

JOHN PRAWAT
HOME THEATER DESIGNS, LLC
2238 GUNBARREL RD.
CHATTANOOGA, TN 37421

Label #2

SENDER:    Vehicle Control

REFERENCE:

05829-05 / 589347566

| | | |
|---|---|---|
| | Postage | |
| WALTER RECEIPT SERVICE | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

Label #3

USPS™
**Receipt for
Certified Mail**™

POSTMARK OR DATE

02/17/2014

FOLD AND TEAR THIS WAY ➤ OPTIONAL

Label #5

Certified Article Number

SENDERS RECORD

Label #6

Charge
Amount

Charge
To:

FOLD AND TEAR THIS WAY



The Hertz Corporation
Vehicle Control
P. O. Box 24130
Oklahoma City OK 73124-0130


February 17, 2014

JOHN BRAWAT
HOME THEATER DESIGNS, LLC
2788 GUNBARREL RD.
CHATTANOOGA, TN 37421


Dear JOHN BRAWAT,

The vehicle that you recently rented from a Hertz Company (Hertz,
Dollar, Thrifty, or Firefly Car Rental) was scheduled to be returned
to: KENNESAW, GA on the date indicated:
          Rented at  :  KENNESAW, GA
          Rental #   :  889347566
          Date due   :  01/30/2014

This vehicle is now seriously overdue.
Please do not ignore this letter.

Pursuant to the Terms and Conditions of the Rental Agreement, we
hereby demand that our vehicle be immediately returned to the
scheduled return location listed above, or to the nearest Hertz
Company.  (Note: Additional charges will apply if you return to a
location other than the scheduled return location.)

Failure to return our vehicle as instructed may result in the vehicle
being reported stolen. Please note that pursuant to laws in some states,
you may already be in violation of state law by failing to return our
vehicle. You are also advised that we may attempt to repossess this
vehicle without additional notice to you. In addition to any overdue
fees and/or additional rental charges you have already incurred, you
will be responsible for all repossession expenses we incur. We will
not be responsible for any personal property left in a vehicle we
repossess.

Your immediate attention is necessary to prevent the potential
revocation of future rental privileges and/or legal action to
recover our vehicle.

The Hertz Corporation
Vehicle Control
(800) 552-8482
(405) 775-3090
Vehcntl@hertz.com

Form: VCWX0710        ID: 14013103350DEL1443480648



**RE: URGENT. Rental car must be returned. RR# 589347566**
John Prawat   to: 'DanaC'                                                        02/14/2014 07:34 PM

From:    "John Prawat" <j_prawat@yahoo.com>
To:      "'DanaC'" <danac@hertz.com>,

I got caught in the storm in North Carolina and couldn't get back to
Atlanta. I'll take care of this on Monday.

-----Original Message-----
From: DanaC [mailto:danac@hertz.com]
Sent: Friday, February 14, 2014 4:59 PM
To: J_PRAWAT@YAHOO.COM
Subject: URGENT. Rental car must be returned. RR# 589347566

Mr. Prawat,
The vehicle rented by you on the subject rental transaction is 15 DAYS
overdue and must be returned to Hertz today. If the vehicle is not returned
today, we will permanently suspend your rental privileges and hire a
recovery service, at your expense, per the rental terms and conditions. If
you do not return the vehicle as instructed by this notice, our personnel,
or the recovery service, further serious actions will be taken including but
not limited to theft reporting with law enforcement.

If you have already returned the vehicle, please contact us with your return
details so that we may attempt to locate the vehicle and ensure your rental
is closed out.

Thank you,

DanaC
Vehicle Control Representative

Hertz Rent a Car | P.O. Box 24140, Oklahoma City, OK  73124, OK 73124 United
States

Phone: 1-800-552-8482 | Fax:  405-979-1854

danac@hertz.com | www.hertz.com

Your message is important to me and serving you and our customers in a
timely manner is my first priority. You should expect a response from me
within 24 hours. If you do not receive a response, you may contact BethanyH
at bethanyh@hertz.com or 1-800-654-8482.

--------------------
This message (including attachments) may contain information that is
privileged, confidential or protected from disclosure. If you are not the
intended recipient, you are hereby notified that dissemination, disclosure,
copying, distribution or use of this message or any information contained in

VONX0390

**\*\*CONFIDENTIAL\*\***

# Hertz

OKC Vehicle Control
Initial Report of Vehicle

Report Type: C
TL=Theft LPE
TR=Theft Renter
TF=Theft Fraud
C=Conversion

Theft ID: 000000062312

| Unit No. | Year | Make | Model | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|
| 8496135 | 2013 | FORD | FOCUS | | 5DR | SIL | 1FADP3K24DL323878 |

| Lic Plate YR | Lic ST | Lic No. | Odometer Out | Odometer In | | Owning Area | Rental No. |
|---|---|---|---|---|---|---|---|
| 2014 | LA | N349822 | 15102 | 0 | | 01489 | 589347866 |

| Date & Time Rented | Rented From | Date Due | | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|---|
| 01/23/2014 18:09 | 05629-05 | 01/30/2014 | | 05529-05 | T | 4045564800 | |

Renter's Name
JOHN PRAWAT

Residence Address (City, State, & Zip Code)

Employer's Name
HOME THEATER DESIGNS, LLC

Secondary Address (City, State, & Zip Code)
2288 GUNBARREL RD, CHATTANOOGA, TN. 37421

| Identification Used | Driver's License No. | ST | DT OF Birth | Person Renting Veh provided False Info. (Yes/No). |
|---|---|---|---|---|
| VISA XXXXXXXXXXXX6902 | 119838295 | TN | 12/55 | No |

| Dept. Reported to: | Reported to: | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|

| Keys Returned? | Veh Locked? | LPE | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | DRILD | $14,770.710 | 01/30/2014 18:00 | IN RENTERS POSSESSION GA |

VEHICLE HIT THE OVERDUE REPORT ON 02/01/2014. NO PHONE NUMBER ON FILE. A
MESSAGE WAS SENT TO THE EMAIL ON FILE. A CERTIFIED DEMAND LETTER WAS SENT
ON 02/17/2014. TO DATE VEHICLE CONTROL HAS NOT RECEIVED ANY RETURN MAIL.
FORCE WAS HIRED ON 02/17/2014. REPOSSESSION WAS HIRED ON 02/24/2014. NO
AAO ON FILE.

ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED, NO ADDITIONAL INFORMATION WAS
FOUND.

SUBMITTED DNR 14R

RENTAL REP 5789

## BRETT HIGHTOWER DTC2503

Prepared By: _____

Prepared Date: 03/04/2014

VC Supervisor Signature

Printed Date : 03/04/2014 08:02

AD



CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain legally privileged and confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this Communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the US Postal Service. Anyone so cooperating will be reimbursed for any reasonable expense incurred. Thank You

| | |
|---|---|
| **To:** | MCUMMINGS |
| **Fax:** | 8667779294 |
| **Subject:** | URGENT REPORT STOLEN IMMEDIATELY RR# 589347566 |
| **Date:** | 03/10/2014 04:47:22 PM |
| **Pages:** | 17 , including cover page |
| **From:** | Amy J Meyer |

it is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free.
--------------------



**Rental Record# 589347566**



**JOHN PRAWAT**

Vehicle: 2013 FOCUS
License: LA N349822

| Rental Rate*: | 129.00/ Week @ | 1 / Weeks | T $ | 129.00 |
|---|---|---|---|---|
| *includes Unlimited Mile | | | | |
| Promotional Coupon | | 180143 Applied At Return | $- | **** |
| Discount - | R. 10% | Applied to Time/Mileage Chgs | $- | 12.90 |

**Additional Products**

**Fuel Responsibility**            Starting Level (FULL 8/8)
You agree to replace fuel used or pay a refueling charge of
$ 9.28 per gallon OR $ .344 per mile driven.

**Service Charges/Taxes**

| ENERGY SURCHARGE | | T $ | 1.49 |
|---|---|---|---|
| VEHICLE LICENSE COST RECOVERY | | T $ | 10.29 |
| TAX       8.000% ON EST. TAXABLE TTL $ | 127.88 | $ | 7.68 |

## TOTAL ESTIMATED CHARGE          $    135.56

Credit Card Authorization Amount $      136.00

**Rented by The Hertz Corporation**
Vehicle Number: 01489 / 8496135
Location Number: GAACW05 / 0562905
Mileage at Rental:     15102
Rate Plan: LOCW6          Res. Rate Class: B
Veh. Class: B   - COMPACT 2 OR 4 DR
Rental Location:   HERTZ AT DAYS CHEVROLET
Rental Time:     01/23/14 at    6:09 PM
Return Location:   HERTZ AT DAYS CHEVROLET
Return Time:     01/30/14 at    6:00 PM

This estimate assumes you will rent and return at the locations and times
indicated, and that you will not exceed any mileage limitations.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".



**Hertz** PG 2 OF 5#01.GS   RR 589347566

Further information relating to Your rental charges, and other terms to which You agree, appear below.

FUEL & SERVICE CHARGES: PURSUANT TO PARAGRAPH B OF THE RENTAL AGREEMENT, FUEL & SERVICE CHARGES APPLY AT $ 9.29 PER GALLON OR, IF YOU DO NOT BUY FUEL DURING THE RENTAL AT $ .344 PER MILE. BOTH RATES PRODUCE APPROXIMATELY THE SAME RESULT.    T

YOU AGREE TO OPTIONAL SERVICES OF:
LDW          DECLINED
LIS          DECLINED - OUR LIABILITY PROTECTION
                      IS SECONDARY
PAI/PEC      DECLINED
PREM RD SVC  DECLINED

OTHER FEES AND ASSESSMENTS:
VEHICLE LICENSE COST RECOVERY          T$ 1.47 PER DAY
TAX RATE -    6.000%    APPLIES TO ALL CHARGES MARKED   T

No "Additional Authorized Operators" Without Our Prior Written Approval.

CDP    321739 - You Represent That You Are Specifically Authorized to Receive The Benefits Extended To Employees/Members Of ALASKA AL MILEAGE PLAN

Passenger Capacity: The Passenger Capacity Of This Vehicle Is Determined By The Number of Seatbelts And, By Law, Must Not Be Exceeded. While In The Vehicle, Please, Fasten Your Seatbelt. It Saves Lives And It's The Law. Should You Require A Larger Vehicle, Please Check At The Counter For Availability.

- You Will Be Charged An Administrative Fee Along With Towing/Impound Expenses If The Car Must Be Towed As A Result Of Your Negligence.
- We prohibit smoking in all Vehicles. A cleaning fee will apply for violations.
- Excessive Mileage On A Repeat Basis May Result In Suspension Of Future Renting Privileges.

- You Are Required To Contact Us To Extend The Rental If The Car Will Not Be Returned By The Due Date On The Rental Record. If The Vehicle Is Overdue By More Than 2 Days, And You Fail To Contact Us, An Overdue Administrative Fee May Be Charged To Offset Our Administrative Efforts And Related Costs.

RES ID - G09400715A7    PLAN - LOCW6    CLASS - B
PREPARED BY: 5789/GAACW05 PRINTED: 01/23/14 18:09
589347566



**Hertz** PG 3 OF 5 #01.GS    RR 589347566

## IMPORTANT INFORMATION REGARDING TOLLS

You are responsible to pay all tolls. For your convenience, we offer PlatePass, an electronic toll payment system operated by PlatePass LLC, for use on toll roads in the areas specified below.
**********

In the following areas all our vehicles (even without a windshield toll transponder) may use any cashless electronic toll lane: The entire States of FLORIDA, COLORADO, NORTH CAROLINA, and TEXAS, the SAN FRANCISCO BAY AREA BRIDGES, and in Seattle, the TACOMA NARROWS BRIDGE and the SR 520 BRIDGE.

TO USE PLATEPASS IN THESE AREAS, pass through a cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE AREAS, use only traditional cash toll lanes (if available) and make payment directly to the toll authority. **********

IN DELAWARE, ILLINOIS, INDIANA, MAINE, MARYLAND, MASSACHUSETTS, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, OHIO, PENNSYLVANIA, VIRGINIA AND WEST VIRGINIA, only vehicles equipped with a windshield toll transponder may access the cashless toll lanes.

TO USE PLATEPASS IN THESE STATES, slide the transponder out of the shield box and pass through a cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE STATES, keep the transponder fully within the shield box and use only traditional cash lanes (if available) to make payment directly to the toll authority.
**********

NOTE: Certain toll roads do not accept cash. If you travel on such a toll road without a personal transponder that can be used on this toll road, you will be required to use PlatePass and be billed automatically as outlined below, or incur toll violations for which you will be responsible.

Where permitted by Toll Authorities, you may opt to use your personal transponder. Follow the instructions above for NOT utilizing PlatePass and install a compatible transponder properly.

If PlatePass is used, PlatePass LLC will charge you a service fee of $4.95 for each day of your rental including prior or subsequent days on which the PlatePass service is not used (capped at $24.75 per rental) plus incurred tolls at the Toll Authority's cash toll rate or highest undiscounted toll rate. PlatePass LLC will separately charge your credit or debit card the applicable charges after the close of your rental. Charges typically take 1-3 weeks after the rental closes to appear on your statement, but a longer delay may occur. Cash customers will be involved.

FAILURE TO PAY ALL TOLLS MAY RESULT IN A TOLL VIOLATION. You will be charged for any toll/parking/traffic violation fines/penalties incurred, plus administrative fees. You authorize us to release your billing/rental information to PlatePass LLC and American Traffic Solutions to process and bill all such toll, violation, and administrative charges, and service fees.



**Hertz** PG 4 OF 5 #01 GS    RR 589347566

**ARBITRATION PROVISION:** THIS AGREEMENT REQUIRES
ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN
INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS
ACTIONS. BY ENTERING INTO THIS RENTAL AGREEMENT,
YOU AGREE TO THIS ARBITRATION PROVISION.

Except for claims for property damage, personal injury or death, ANY
DISPUTES BETWEEN US MUST BE RESOLVED ONLY BY
ARBITRATION OR IN A SMALL CLAIMS COURT ON AN
INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS
ARE NOT ALLOWED. YOU AND THE RESPECTIVE HERTZ
COMPANY IDENTIFIED ON PAGE ONE OF THIS DOCUMENT
(HEREINAFTER "HERTZ") EACH WAIVE THE RIGHT TO A TRIAL
BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS
A CLASS REPRESENTATIVE OR CLASS MEMBER. You and Hertz
remain free to bring any issues to the attention of government
agencies.

This Arbitration Provision's scope is broad and includes; without
limitation; any claims relating to any aspect of the relationship or
communications between us; whether based in contract, tort, statute,
fraud, misrepresentation or any other legal theory. It is governed by
the Federal Arbitration Act, 9 U.S.C. §§1 et seq.

In any arbitration under this Arbitration Provision, all issues are for the
arbitrator to decide, including his or her own jurisdiction, and any
objections with respect to the existence, scope or validity of this
Arbitration Provision. The arbitration will take place in the county of
Your billing address unless agreed otherwise.

The American Arbitration Association ("AAA") will administer any
arbitration pursuant to its Commercial Dispute Resolution Procedures
and the Supplementary Procedures for Consumer-Related Disputes
(together, the "Rules"). You can obtain the Rules at www.adr.org.

You or Hertz may commence an arbitration by providing a written
demand for arbitration to the other (to Hertz, The Hertz Corporation,
225 Brae Blvd., Park Ridge, NJ 07656, Attn. Arbitration) and two
copies of the demand to the AAA. If You seek $10,000 or less through
arbitration, Hertz will reimburse You for any AAA required filing fee's.

The arbitrator may award injunctive relief as well as money, but only in
favor of and as warranted by the claim of the individual party seeking
relief. Judgment on the arbitral award may be entered in any court
having jurisdiction. An arbitration award and any judgment confirming it
apply only to the specific parties in that case, and cannot be used in
any other case except to enforce the award itself. The arbitrator may
not consolidate more than one person's claims, and may not otherwise
preside over any form of representative or class action.

IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION
PROVISION, YOU MUST NOTIFY US IN WRITING WITHIN 30
DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAILING
US AT no.arbitration@hertz.com OR BY MAIL TO: The Hertz
Corporation, 225 Brae Blvd., Park Ridge, NJ 07656, Attn: Arbitration.
Include Your name, address, the number at the top of this Rental
Record, and a clear statement that You do not agree to this Arbitration
Provision. If you have previously notified Hertz of Your decision to opt
out of arbitration, You do not need to do so again.

589347566

8    P. 8    No. 3724

Apr. 1. 2014 12:08PM

 **Hertz** ® PG 5 OF 5 #01.GS **RR 589347566**

TO BE CHARGED TO:
VISA XXXXXXXXXXXX6902     AUTH $   136.00/190293

The Vehicle may be equipped with telematics technology
that allows us to track or otherwise locate, disable and
repossess the Vehicle and to obtain data about the
Vehicle's use during your rental, including fuel usage and
miles driven. By entering into this Agreement, You
consent to our use of such telematics during your rental
as permitted by applicable law.

By Your declining the optional Liability Insurance
Supplement (LIS), Par. 10(b) of the Rental Terms will
apply to this rental. By accepting the Car, You agree that
any insurance that provides coverage to You or to an
Authorized Operator shall be primary. In the event of any
claims arising from the operation of the Car, such
insurance shall be responsible for the payment of all
personal injury and/or property damage claims up to the
limits of such insurance.

If You decline Loss Damage Waiver (LDW), which is
optional, You may be responsible for any loss or damage
to the Car regardless of fault — see Par. 4 of the terms
and conditions applicable to Hertz #1 Club Gold rentals
in the United States and Canada (the Rental Terms).
Coverage for all or part of Your responsibility may be
provided by Your own auto insurance or under your
credit card agreement. By accepting the Car, You
acknowledge that You have read, understand, accept and
agree to the above and the Rental Terms, and You accept
or decline the Optional Services as shown on Card 1 and
Card 2.

X GOLD – SIGNATURE ON FILE
589347566

The Hertz Privacy Policy governs the use of data about you. A copy
of the policy is available at the rental counter and online at hertz.com.

Page 10 of 17

Rental Record: 589347566          CORPORATE   Brand: ZE    Own:        (Press CTRL+P to Print)

## CUSTOMER INFORMATION

NAME: FRANK JOHN
#11, 060147985    AVE, 40 G

BUS: HOME THEATER DESIGNS, LLC
2288 SUNBARREL RD.
CHATTANOOGA          TN 37421
BUS PH: 4046564505
DL: 113536295        ST: TN
BD: 1271956    PR MAIL: M

## FORM OF PAYMENT INFORMATION

FPE: VISA XXXXXXXXXXXXX6902    EK: 02/2015
FPR: VISA XXXXXXXXXXXXX6902    EK: 02/2016
AUTH 1: 190293 CC APP:$  136.80 DT: 01/23
AUTH 2:       CC APP:$         DT: 02/26

## VEHICLE/FUEL INFORMATION

OWN/VEHICLE: 01489/849613b   MODEL: NFUb
YEAR: 2013  LIC: N849682    STATE: LA
VCL: B   COLOR: SIL
NEVERLOST: N  SATRAD: N  PRESTIGE: N
FUEL: 9.28 GL   .344 MI   TK CAP: 18.0
MI IN: 15802   FUEL IN: 8
MI OUT: 15192  FUEL OUT: 8

## CDE/RATE/MILEAGE

RN CDE NAME: ALASKA A\D MILEAGE PLAN
SD10 SWM10 HY XY F2 E7 H4 C6
L9 N3 T5 X3 2M 3R 8R 4U 5E 5R

RT CDE: 32E/39       HR CDE: 021735
PLAN IN: SPN   OUT: LOCN6  ORIG: LOCN6
ROLS: B              MIN DAY: 4
LDW: N   LIS: K D    PAI: N   D/L: .
MI ALW:  95/D    99/W
                  DRIVER: 200
            VOI: N

## TOUR INFORMATION

## RENT/RETURN INFORMATION

RENT:   01/23/2014 18:09 GAACN05 0b690-0b
RETURN: 02/02/2014 18:08 GAACN05 0b620-0b
DUE:    01/30/2014 18:00 GAACN05 0b629-0b
                GS: Y
           ARR:FLT N    ARR:BUS N

## RESERVATION INFORMATION

RES#: CD9408718A7    REF: ZIASA
RES CLS: B       BK: 01/23/2014 18:08
CTRY: USA

REM: TONV/BILL2AUTH+15N/VG/NI
     *DO NOT EXT/EXCH/REPO HIRED*

## USER/DRB INFORMATION

REN MGT USER:     5789/066200b
RENT USER/LOC:    5789/GAACN05
RETURN USER/LOC:
LAST PT USER/LOC: N078/GAACN15
LAST RN USER/LOC: 0719/GNDGR18
# COPIES ENT:
RENT DT/TM POSTED:   01/23/2014 18:09
RETURN DT/TM POSTED: 01/10/2014 15:18
LAST DT/TM POSTED (CNT): 03/10/2014 15:18
GDRB DATE: 03/10/2014

           ER STATUS:

## CUSTOMER SATISFACTION

## ADDITIONAL EQUIPMENT

| | | |
|---|---|---|
| TOTALS | | |
| WEEKS | 1 @ 179.60 | 179.60 |
| EX HOUR | @ 4.62 | |
| EX DAY | 3 @ 18.51 | 55.53 |

SUBTOTAL                 184.53

SUBTOTAL                 184.53

| | | |
|---|---|---|
| LDW | @ 22.99 | |
| LIS | @ 11.95 | |
| PAI | @ 5.95 | |
| PERS | @ 5.49 | |

| | | | |
|---|---|---|---|
| TAX SUBTOTAL | | | 200.43 |
| TAX | @ .06300 | | 12.94 |
| TOTAL CHARGES | | | 212.74 |
| MISC | | Other | 14.50 |

ENERGY SURCHARGE              1.49
VEH LIC COST RECOVERY        16.70

NET DUE                     251.76

CDP POINTS                    250

CUSTOMER (watermark)

VCWX0560                                                                                    **CONFIDENTIAL**

## Overdue Vehicle Print Report

| | | | | |
|---|---|---|---|---|
| **Work Sheet ID**<br>14013103150 | **Status**<br>Op-Theft | **Time Created**<br>2014/01/31 05:45 | **Primary/Secondary**<br>QTG3049/DTG2503 | **End?**<br>N |
| **Last Updated DT**<br>2014/03/04 07:56 | **Updated By**<br>DTG1944 | **First/Last Name**<br>JOHN PRANAT | | |
| **Address**<br>2288 SUNBARREL RD | **City**<br>CHATTANOOGA | **ST City**<br>TN US | **Postal Code**<br>37421 | |
| **Phone1**<br>T | **Phone2** | **# Prior Rntls**<br>0 | **Gold**<br>Y | |
| **HA Number**<br>58934766 | **Days OD**<br>33 | **Status**<br>0 | **Insur Repl**<br>N | **Rent Date/Time**<br>2014/01/23 18:09 |
| **Area/Loc**<br>05629/05 | **Report DT**<br>2014/01/31 | **Due Date/Time**<br>2014/01/31 19:00 | **Due Area/Loc**<br>05629/05 | **# Rpts**<br>1 |
| **Res ID**<br>G094007154Y | **Res Type**<br>R | **Res Date** | **Res Days** | |
| **Credit Card #**<br>XXXXXXXXXXXX6942 | **FOP**<br>VISA | **FMT**<br>DB | **Nastr?**<br>N | **Aprv Stat**<br>DENIED |
| **Amount Charged**<br>$87.000 | **Exp Date**<br>2/2016 | **# Chrgs**<br>5 | **Cash?**<br>N | |
| **Unit Number**<br>8495135 | **Plate #**<br>N349BZ2 | **Pl ST**<br>LA | **Veh MFG**<br>FORD | **Veh Model**<br>NFU5 |
| **Veh Body**<br>SDR | **Color**<br>SIL | **Own Area**<br>01488 | **Class**<br>B | **Prestige**<br>N |

Below is the letter information pertaining to each letter for the worksheet ID: 14013103150

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 14999132038 | D7 | 2014/02/06 07:47 |
| 14484806948 | DEL | 2014/02/17 13:28 |

Overdue Notes for the Worksheet ID: cdf5b2b03b0

| User ID | Time |
|---------|------|
| VCM&JI80 | 2014/02/06 02:02 |
| Note | |

NCAM 404336a500 02052014 105458

| User ID | Time |
|---------|------|
| VCM&JI80 | 2014/02/11 02:01 |
| Note | |

MCAM 404556a500 02102014 104433

| User ID | Time |
|---------|------|
| DTC2451 | 2014/02/11 00:59 |
| Note | |

Phil called so renter pik on tomorrow

| User ID | Time |
|---------|------|
| VCM&JI80 | 2014/02/13 02:01 |
| Note | |

NCAM 404556a500 02122014 101734

| User ID | Time |
|---------|------|
| VCM&JI80 | 2014/02/14 02:01 |
| Note | |

MCAM 404556450b 02132014 094051

| User ID | Time |
|---------|------|
| DTC2503 | 2014/02/14 15:56 |
| Note | |

HAL= N / MM= N /ERS= N /XXO= N / EMAIL=J_PHAWATSYAHOO.COM / CARISMA=GOLD

| User ID | Time |
|---------|------|
| DTC2503 | 2014/02/14 15:58 |
| Note | |

CALLED 404-556-4500 AND LM ON RENTER'S VM,....CAR MUST BE RETURNED TODAY TO AVOID REPO AT RENTER'S EXPENSE.

| User ID | Time |
|---------|------|
| DTC2503 | 2014/02/14 15:58 |
| Note | |

SENT STANDARD EMAIL.

| User ID | Time |
|---------|------|
| DTC2503 | 2014/02/14 15:59 |
| Note | |

REQUESTING FORCED RETURN

| User ID | Time |
|---------|------|
| VCM&JI80 | 2014/02/15 02:02 |
| Note | |

MCAM 404556a500 02142014 102054

| User ID | Time |
|---------|------|
| DTC2503 | 2014/02/17 08:08 |
| Note | |

***RECVD EMAIL FROM RENTER SAYING HE WILL BE IN TODAY.

| User ID | Time |
|---------|------|
| DTC1344 | 2014/02/17 13:21 |
| Note | |

FORCE HIRED / CG / CERT LTR / added $100, force fee to asap

| User ID | Time |
|---------|------|
| DTC1932 | 2014/02/21 11:13 |
| Note | |

ZIBOX . - NO

Overdue Notes for the Worksheet ID: 14b13103350

| User ID | Time |
|---|---|
| DTC7508 | 2014/02/24 11:15 |

Note

JR NOLAND HIRED TO ATTEMPT REPO I ONR ADDED

| User ID | Time |
|---|---|
| DTC7076 | 2014/02/24 14:57 |

Note

Added repo charge 300.00

| User ID | Time |
|---|---|
| DTC7508 | 2014/02/24 16:00 |

Note

EM FROM JR NOLAND THAT POB ADDRESS AND PHONE DID NOT COME THROUGH ON THE REPO ORDER -- ADDED INFO TO REPO DB AND RESENT REPO REQ

6860 Lee Highway
Apt 210
Chattanooga, TN 37421

## Cowart, Merritt

| | |
|---|---|
| **From:** | Cowart, Merritt |
| **Sent:** | Tuesday, March 24, 2015 9:51 AM |
| **To:** | 'Edith Rife' |
| **Cc:** | 'jhall@acworth.org' |
| **Subject:** | State vs. John Prawat (Police Reports) (Acworth PD # 1404984) |

Ms. Rife. I need to obtain a copy of the incident and supplemental reports associated with Acworth PD # 1404984. If you could send via attached e-mail, I would appreciate it. Thanks.

Detective Hall. I also need to obtain a copy of the signed rental agreement between Hertz and the defendant. If you could send via attached e-mail, I would appreciate it.

Merritt Cowart, Investigator
Cobb County District Attorney's Office
770-528-3072



# COBB COUNTY
# **MUGSHOT PROFILE**



## PRAWAT, JOHN JOSEPH

| | |
|---|---|
| Serial #: | **000866411** |
| Arrest Date: | **02-09-2015** |
| Official Taking Prints: | **SO12032** |
| Arresting Agency: | **COBB CO SHERIFF** |
| FBI #: | **978379K9** |
| SOID #: | **001026819** |
| OTN: | **88398362102** |
| DOB: | **12-10-1955** |
| SSN: | |
| Residence Address: | **2360 DELK RD, MARIETTA, GEORGIA** |
| Drivers License #: | |

**PHYSICAL DESCRIPTION:**

| | |
|---|---|
| Sex: | **M** |
| Race: | **W** |
| Height: | **506** |
| Weight: | **165** |
| Hair Color: | **WHITE** |
| Eye Color: | **BLUE** |
| Comments: | |

Printed: Monday, March 23, 2015 9:11 AM

**Aliases:**

| Last | First | Middle |
|---|---|---|

**Scars/Marks/Tattoos:**

| Type | Location | Description |
|---|---|---|

**Charges:**

| Date | Description |
|---|---|
| **Apr 1 2014** | **THEFT BY CONVERSION - FELONY** |



# Cobb County Sheriff's Office

# Arrest/Booking Report

Printed @ 2/23/2015 14:34

CJIS Inquiry      BANNER Inquiry

### General Information

| Name | DOB | Race | Sex | Location | SOID | Days in Custody |
|------|-----|------|-----|----------|------|-----------------|
| PRAWAT, JOHN JOSEPH | 12/10/1955 | W | M | Previous Location: | 001026819 | Not In Custody Previous Location: |

### Booking Information

| Agency ID | Arrest Date/Time | Booking Complete |
|-----------|------------------|------------------|
| GA0330000 | 2/9/2015 20:30 | 2/9/2015 22:48 |

### Personal Information

| Name | | DOB | Race | Sex | Location | | SOID | | Days in Custody |
|------|--|-----|------|-----|----------|--|------|--|-----------------|
| PRAWAT, JOHN JOSEPH | | 12/10/1955 | W | M | Previous Location: | | 001026819 | | Previous Location: |
| SID | | 4464949X | FBI | 978379K9 | | | | | |

| Height | Weight | Hair | Eyes | SSN | | OLN | OLN State |
|--------|--------|------|------|-----|--|-----|-----------|
| 506 | 165 | WHI | BLU | 386689338 | | | TN |

| Address | | City | State | Zip | Phone |
|---------|--|------|-------|-----|-------|
| 2360 DELK RD UNIT 163 | | MARIETTA | GA | 30067 | 4045564500 |
| Place of Birth | | MI | | | |

### Employment

| Employer & Job Title | Address | Phone |
|----------------------|---------|-------|
| HOME THEATHER DESIGNES, LLC - OWNER | 400 PERIMETER CENTER TER NW, ATLANTA, GA | |

| Alias Information | |
|------------------|--|
| Alias Name | Alias DOB |
| N/A | |

| Visible Scars and Marks | |
|-------------------------|--|
| No recorded features | |

| Relative's Name | Relation | Next of Kin | Phone |
|-----------------|----------|-------------|-------|
| HART, DAVID | OT | | 4235051278 |

## Arrest Circumstances

| Arrest Agency | Officer | Location of Arrest | Comments | Serial # |
|---|---|---|---|---|
| GA0330000 | LAW | ATLANTA CITY JAIL | | 000866411 |

## Detainers/Holds

| Type | Agency | Charge/Notes | Entered | Released |
|---|---|---|---|---|
| | | | | |

## Charges

| 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Offense Date | Effective Date | Charge | Description | Warrant | Type | Counts | Bond |
| 4/1/2014 | N/A | OCGA16-8-4 (c)(1) | Theft By Conversion-Personal property > $100 | 14-W-2842 | Felony UnIndicted | 1 | 20000 |
| OTN | 88398362102 | | | | | | |

## Release Information

| Bondsman's Name | Address | Phone |
|---|---|---|
| N/A person id: audit: | N/A | N/A |

| Attorney |
|---|
| N/A |

| Release Date | Officer | Released To |
|---|---|---|
| 2/11/2015 9:28:00 PM | see audit | REL |

| NOTES |
|---|

CB29-00020211 GA-CCH 20150323 09:53:00 20150323 09:53:00 0744003831

Georgia Crime Information Center
3121 Panthersville Road
Decatur, GA 30037
(404) 244-2639

********************** CRIMINAL HISTORY RECORD
***********************

Produced on            2015-03-23

*************************** Introduction
***************************

This rap sheet was produced in response to the following request:

FBI Number             978379K9
State Id Number        GA4464949X (GA)
ARN                    14W2842
Purpose Code           C
Attention              MURPHY/MC

The information in this rap sheet is subject to the following
caveats:

**THIS RESPONSE IS BEING PRODUCED FOR YOUR REQUEST SENT: 2015-03-23
(GA; 2007-08-11)

Important! Criminal history record information is obtained one of
two
ways: 1) by conducting an inquiry using personal identifiers such as
name and date of birth (name search), or 2) by submitting
fingerprint
cards to the Georgia Crime Information Center (GCIC). When
conducting a
name search for criminal history record information, there is a
possibility that the information returned belongs to a different
person
with the same, or similar, identifiers. In this case, a positive
match
of the person whose criminal history record is sought requires
submission of fingerprint cards to GCIC. When conducting a
fingerprint
search for criminal history record information, the information
returned does, in fact, belong to the individual. In this case,
conducting a name search using the individual's personal identifiers
would be the same information. (GA; 2007-08-11)

When the information contained in a criminal history report causes

an
adverse employment or licensing decision the individual, business or
agency making the decision must inform the applicant of all
information
pertinent to the decision. The disclosure must include information
that
a criminal history record check was conducted, the specific contents
of
the record and the effect the record had upon the decision. Failure
to
provide all such information to the person subject to the adverse
decision is a misdemeanor offense under Georgia law. Additionally,
any
unauthorized dissemination of this record or information herein also
violates Georgia law. The plea of nolo contendere may be considered
a
conviction for some purposes: however, except as otherwise provided
by
law, it shall not be used against the defendant in any other court
as a
conviction or admission of guilt or for the purpose of effecting any
civil disqualification of the defendant to hold public office, to
vote,
to serve upon any jury, or any other civil disqualification imposed
upon a person convicted of any offense under the laws of this state.
(GA; 2007-08-11)

In the event that identifiers are not clearly associated to a
specific
cycle, the information is most likely non-fingerprint based
information
received from the Department of Corrections at the time of release
from
incarceration. (GA; 2007-08-11)


*************************   IDENTIFICATION
**************************

Subject Name(s)

PRAWAT, JOHN JOSEPH   (2015-02-10)

Subject Description

FBI Number               State Id Number
978379K9                 GA4464949X


Sex                      Race

```
Male (2015-02-09)        White (2015-02-09)

Height                   Weight                  Date of Birth
5'06" (2015-02-09)       165 (2015-02-09)        1955-12-10 (2015-02-
10)

Hair Color               Eye Color
White (2015-02-09)       Blue (2015-02-09)

Place of Birth           Citizenship
MICHIGAN (2015-02-09)    US (2015-02-09)


III Record               MSO

*************************  CRIMINAL HISTORY
*************************


===================== OTN 88398362102 (Cycle 1 of 1) ===============
Offender Tracking Number (OTN)                    88398362102
Earliest Event Date                               2015-02-09
Offense Date                                      2014-04-01


----------------------------------------------------------------------
---
Arrest                   (Cycle 1)
Arrest Date              2015-02-09
Case Number              000866411
Arresting Agency         GA0330000 COBB COUNTY SHERIFFS OFFICE
Subject's Name           PRAWAT, JOHN JOSEPH
Arrest Type              Adult

Charge
Charge Tracking Number   88398362102-1
       Charge Literal    THEFT BY CONVERSION - FELONY
            Statute      16-8-4; GA
   State Offense Code    2344
          Severity       Felony

************************  INDEX OF AGENCIES
************************


Agency                   COBB COUNTY SHERIFFS OFFICE; GA0330000;
                         SHERIFF
Address
                         185 ROSWELL STREET
                         MARIETTA, GA 300909650

* * * END OF RECORD * * *
```

CB29-00020212 NCIC2 20150323 09:53:04 20150323 09:53:04 0744003831
FL0107440038312QR
GA033045A
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/978379K9. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
  FBI            - FBI/978379K9

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END

```
CB29-00020213 NLETS 20150323 09:53:05 20150323 09:53:05 0744003831
CR.WVFBINF00
06:53 03/23/2015 10975
06:53 03/23/2015 07886 GA033045A
```

TXT
********************** CRIMINAL HISTORY RECORD
***********************

*************************** Introduction
***************************

This rap sheet was produced in response to the following request:

```
FBI Number              978379K9
Request Id
Purpose Code            C
Attention               MURPHY/MC
```

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
978379K9 Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use. (US;
2015-03-23)
All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual. (US;
2015-03-23)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US;
2015-03-23)

*************************** IDENTIFICATION
***************************

Subject Name(s)

PRAWATT, JOHN JOSEPH
PRAWAT, JOHNJOSEPH (AKA)

Subject Description

```
FBI Number              State Id Number
978379K9                GA4464949X (GA)

Social Security Number
386689338
```

```
Sex                     Race
Male                    White

Height                  Weight                  Date of Birth
5'11"                   115                     1955-11-04
                                                1955-12-10


Hair Color              Eye Color               Fingerprint Pattern
Brown                   Blue                    DOTT020311DI03TT1007
(FPC)
            DOTT020311DI03TT1007 (FPC)



Place of Birth          Citizenship
Michigan                United States

Fingerprint Images
(No Fingerprint Image Transmitted
Comment:)
(No Fingerprint Image Transmitted
Comment:)

Photo Images
(No Photo Image Transmitted  )
(No Photo Image Transmitted  )


*************************  CRIMINAL HISTORY
*************************


================================ Cycle 1
==============================
Earliest Event Date      1973-06-02
------------------------------------------------------------------------
---
Arrest Date              1973-06-02
Arrest Case Number       51133373
Arresting Agency         MI8005000 SPOL 5TH DIST HQ
Charge                   1
        Charge Literal   BREAKING AND ENTERING
              Severity   Unknown
Charge                   2
        Charge Literal   MALICIOUS DESTRUCTION OF PROPERTY
              Severity   Unknown
================================ Cycle 2
==============================
Earliest Event Date      1991-02-22
```

```
------------------------------------------------------------------------
---
Arrest Date                 1991-02-22
Arrest Case Number          91075
Arresting Agency            IA0510100 POLICE DEPARTMENT
Subject's Name              PRAWAT,JOHN JOSEPH
Charge                      1
        Charge Literal      THEFT 2ND DEG
            Severity        Unknown
------------------------------------------------------------------------
---
Court Disposition           (Cycle 2)
Court Case Number
Court Agency
Charge                      1
        Charge Literal      THEFT 2ND DEG
            Severity
            Disposition     ( ;  04-26-91 DISMISSED)
************************  INDEX OF AGENCIES
**************************

Agency                      SPOL 5TH DIST HQ; MI8005000;
Agency Email Address
Agency Email Address
Address
                            PAW PAW, MI 490791431

------------------------------------------------------------------------
---
Agency                      POLICE DEPARTMENT; IA0510100;
Agency Email Address
Agency Email Address
Address
                            FAIRFIELD, IA 525562778

* * * END OF RECORD * * *
```

## COBB COUNTY MAGISTRATE COURT DISCLOSURE STATEMENT

THIS FORM **MUST** BE COMPLETED BEFORE THIS CASE CAN BE ASSIGNED TO A JUDGE OR
SCHEDULED FOR **ANY** TYPE OF HEARING.

STATE OF GEORGIA
VS.

_John prawat_

ALIAS_____

WARRANT NUMBER _14W2843_

PDID/SOID _DD1026819_

ASSIGNED COURT _3600_

### CATEGORIES:

1. _____ DEATH PENALTY
2. _____ MURDER
3. _____ RAPE
4. _____ ARMED ROBBERY
5. _____ KIDNAPPING
6. _____ VOLUNTARY MANSLAUGHTER
7. _____ FELONY INVOLUNTARY MANSLAUGHTER
8. _____ FELONY VEHICULAR HOMICIDE
9. _____ MISD. INVOLUNTARY MANSLAUGHTER
10. _____ MISD. VEHICULAR HOMICIDE
11. _____ AGGRAVATED BATTERY
12. _____ AGGRAVATED ASSAULT
13. _____ AGGRAVATED CHILD MOLESTATION
14. _____ CHILD MOLESTATION
15. _____ CRUELTY TO CHILDREN

16. _____ AGGRAVATED SODOMY
17. _____ TRAFFICKING DRUGS
18. _____ SALE-DRUGS
19. _____ POSSESSION W/INTENT TO DISTRIBUTE
20. _____ POSSESSION DRUGS
21. _____ BURGLARY
22. __X__ THEFT OFFENSES
23. _____ HABITUAL VIOLATOR
24. _____ FELONY OBSTRUCTION OF AN OFFICER
25. _____ OTHER:
_____
27. _____ AGGRAVATED STALKING
28. _____ MCS ALL WARRANTS

CATEGORIES ARE LISTED BY SEVERITY. PLEASE SELECT ONLY ONE (1) CATEGORY.
IF MORE THAN ONE (1) CATEGORY, SELECT THE MOST SEVERE OFFENSE.

### PREVIOUS RELATED CASES

DOES THIS CASE SUBSTANTIALLY INVOLVE THE SAME PARTY AS ANY OTHER CASE FILED IN THIS COURT?
_____ NO
_____ YES   IF YES, PLEASE FILL OUT THE FOLLOWING:

1. RELATED CASE/WARRANT NUMBER _____
   NAME ON RELATED WARRANT _____
   ASSIGNED COURT FROM RELATED WARRANT _____

2. CO-DEFENDANTS NAME/WARRANT NUMBER:
   _____
   _____
   _____

MAGISTRATE CLERK OR SUBMITTING PARTY : ____ S.T. _____

DATE : _____ 2/16/15 _____

## **Accused Information Sheet**

The following information will be used by the COBB COUNTY SHERIFF'S OFFICE. Please fill in all information about yourself which will allow the Sheriff's Office to contact you if needed. Thank you for your cooperation.

### **Frank Cox**

**Chief Magistrate Judge**

Your Name: Joel  Hall

Your Date of Birth:

Your Address: 4400 Acworth Industrial Dr. , Acworth , GA  30101

Your Home Phone Number:

Your Work Phone Number: 770-974-3111

Today's Date: April 2, 2014

### **Accused Information ONLY**

The following information will be used by the COBB COUNTY SHERIFF'S OFFICE or other arresting agencies to assist in locating and identifying the accused. Please provide as much of the requested information as possible.

Accused Name: John      Prawat

Maiden Name:__ Nickname:

Race:W   Sex:Male   Date of Birth: ##/##/####   Approximate Age:

Soc. Sec.#: 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   Height:5'08"  Weight:175  (lbs )  Hair:GRY (Grey)   Eyes: BLU (Blue)

Hair Length:  Mustache:  Beard:

Driver's License #:113538295      Driver's License State: TN

Address: 6860 Lee Highway   Chattanooga   TN   37421   Home Phone:

Employed at:  Work Phone:

Work Address:

Scars/Tattoos:

Custody Locations:

Describe Teeth Condition (braces, missing, gold, etc.):

Does the Accused wear glasses/contacts?_

(Over)

# <u>Cobb County Jail Personal Effects Receipts</u>

**Date:** 02/09/15          **Time:** 2200          **DOB:** 12/10/55          **SOID:** 001026819

**Inmate's Name:** _____ Prawat _____ John _____ Joseph _____
Nombre De Asilado:          (Last-Appettido)          (First-Primero)          (Middle-Segundo)

**Cash: $** X          **Money Receipt No.:** 160120|          **Property No.:** 1025

| | | | |
|---|---|---|---|
| **Wallet/**Cartera   w/Contents | _____ | **Hat/**Sombrero | _____ |
| **Purse/Bolsa**   w/Contents | _____ | **Belt/**Correa | _____ |
| **Checkbook/**Chequera | _____ | **Tie/**Corbata | _____ |
| | | **Pens/**Boligrafo | _____ |
| **Lighter/**Encendedor | _____ | **Knife/**Cuchillo | _____ |
| **Cigarettes/**Cigarillos | _____ | **Shoe Laces/**(pair)/Lacillos Para Calzada | _____ |
| **Single Key/**Llave | _____ | **Set of Keys/**Llaves | _____ |
| **Earrings/Single/**Arete | _____ | **Earrings/(Pair)/**Arete | _____ |
| **Rings/**Yellow w/stones (Sortija Amarillo Con Piedras) | _____ | **Rings/**white w/stones (Sortija Blanca Con Piedras) | _____ |
| **Rings/Yellow w/o stones** (Sortija Amarillo Sin Piedras) | _____ | **Rings/white w/o stones** (Sortija Blanca Sin Piedras) | _____ |
| **Necklace/Yellow** (Collar Amarillo) | _____ | **Necklace/White** (Collar Blanca) | _____ |
| **Bracelet/Yellow** (Brazelete Amarillo) | _____ | **Bracelet/White** (Brazelet Blanca) | _____ |
| **Pager** (Paginador Electrónica) | _____ | **Cell Telephone** (Telefono Celiular) | _____ |

**Watch/ Reloj:Make/Marca** _____          w/Case _____ without case _____
**Band Color** (yellow-amarillo,white-blanco,black-negro, brown-café,gray-gris)
          **Working: Yes** _____ **No** _____

**Miscellaneous Papers: Yes** X          **No** _____          **Shoes/Boots:** _____

**Misceűaneous/**Misceláneo/
    Misc cards          Check $ 3600   #35373

---

I hereby certify that I agree with the above inventory of my personal effects and it is an accurate description of my property held by the Cobb County Jail. (Certifico Que Este Inventario De Mis cosas Personales Es Exacto Y Estara Guardada En La Carcel Del Condada De Cobbn)
**Inmate's Signature:** _____          **Witness:** _____
I hereby certify that I have received all my personal effects as listed above on the inventory (money excluded) hereby-relieving Cobb County Sheriffs Office of any liabilities regarding articles they have or have not held for me during my incarceration.

**Inmate's Signature:** _____          **Witness:** _____
***** Note:***Property will be destroyed after 90 days from release date (La Propiedad sera destruyda despues de 90 días de las fecha de haber sido soltado)
*****Note:***Funds of less than $50.00 not claimed within 90 days will be forfeited to the inmate's commissary.
          Funds in excess of $50.00 will be forfeited to the state if not claimed within 5 years.
(Fondos menos de $50.00 no reclamado en 90 dios sera pendido y puesto pasra los indigentes. Fondos en exceso de $50.00 sera peridio y puesto al Estado si no reclamado entre 5 anos)

**INMATE FUNDS RECEIPT**
**COBB COUNTY JAIL**

No. 1601201

DATE February 9 2015

RECEIVED FROM Self

AMOUNT $36.00    CHECK # 35373

FOR Prawat, John J.

Last Name          First          Middle

LOCATION Intake                    D.O.B. 12-10-55

BY Blackmon 14002                  SOID# 0010206819

Funds less than $50.00 not claimed within 90 days will be forfeited
to the inmate commissary.
Funds in excess of $50.00 will be forfeited to the State if not claimed
within 5 years.

---

KEEFE COMMISSARY NETWORK LLC          ATLANTA CITY DETENTION CENTER          35373

35373 $14
February 09, 2015
PRAWAT, JOHN
36.00
Thirty Six and 00/100
RELEASE
SW
1500003149
PRAWAT, JOHN

## INMATE QUESTIONAIRE

**ARREST DATE**    2/9/2015                          **3S1-817B**

**001026819**      **PRAWAT, JOHN JOSEPH**

| Warrant Number | Disposition | Charge Description | | Bond Amount | Case Number |
|---|---|---|---|---|---|
| 14-W-2842 | | | | $20,000.00 | **1404984** |
| | | | | +$2,000.00 | |
| | | | | +$100.00 | |
| | | | | +$100.00 | |
| | | | | **$22,200.00** | |
| | | | On this charge | Min Release Date: | |
| | | | | Max Release Date: | |
| | | Theft By Conversion-Personal property > $100 | | | |

**Who is my attorney?**  For attorney information, contact Circuit Defender's Office at 770 528-1950, or write to 32 Waddell St, Marietta Ga 30090.  Be specific about your request.

**When is my court date?**  Superior Court Clerk's office assigns felony court dates about 2-5 months from arrest date.  They will notify you directly by mail when your date is set or notify us of your appearance if you are in custody.  Contact Superior Court clerk at 770 528-1300 or write to P.O. Box 3370 Marietta, GA 30061 (physical address: 70 Haynes Street, Marietta, GA 30090).
For misdemeanor charges, contact State Court at 770 528-1257 or write to 12 E Park Square, Marietta Ga 30090.  Write case or warrant number on outside of envelope.

**Do I have a hold?**  Any hold you may have is displayed above. If a date is in the release column the hold has been removed.

**Who is my Probation Officer/How to contact?**  For questions about felony probation violation charges, contact your probation officer, or write to them at the probation office, at P.O. Box 910, Marietta Ga 30060.  Probation office main number is 770 528-4923.  Probation Management is 25 Powder Springs St. Ste 200, Marietta, Ga 30064.  Their main number is 770-424-4674.  For misdemeanor probation violation charges, write S.E.U. at 12 E. Park Square, Marietta, Ga 30090.  Their number is 770 528-1795.

**How can I contact Pretrial Services?**  Contact them at 770 528-8950 or write them at 32 Wadell St Bldg D Marietta Ga



# C I T Y   O F   A T L A N T A
## Atlanta Police Department

| | | |
|---|---|---|
| Kasim Reed<br>Mayor | 226 Peachtree Street, SW<br>Atlanta, Georgia 30303<br>(404) 546-6900 | Atlanta Police Department<br>George N. Turner<br>Chief of Police |

### Accident/Incident Report General Information

Case # ~~150391887~~    Date: 2-8-15

Nature of the Incident: Traffic Stop

Court Date: _____ @ ____ am/pm, at the

- ○ Atlanta Municipal Court (150 Garnett Street, Atlanta, GA)
- ○ Fulton County Court House (160 Pryor Street, Atlanta, GA)
- ○ No court date scheduled for this incident

This incident has been reported to the **ATLANTA POLICE DEPARTMENT.**
The report will be ready in **3 to 5 business days.**  If the incident requires an insurance claim, provide the case number to the insurance company covering the loss.  The incident may require more information from you.  If you need to add property loss to the report or if there is any information you need to add you can e-mail me or contact me at the **ZONE 2 PRECINCT (404-848-7231).**  Should this incident require further investigation, the report will be forwarded to the **ZONE 2 CRIMINAL INVESTIGATIONS DIVISION (404-816-7067).**  It takes a few business days for the report to be assigned to an investigator/detective.  If you need to obtain a copy of the report, you may contact the **CENTRAL RECORDS DEPARTMENT (404-546-7461).**  Please contact me if you have any questions or concerns.

Officer V G Glasby   Unit # 3202   E-mail _____

Reports may be picked up in person at the Atlanta Public Safety Annex @ 3493 Donald Lee Hollowell Parkway.

(This form was prepared by the officer as a courtesy.  This form is not an official Atlanta Police Department Form)

**GEORGIA**
**UNIFORM TRAFFIC CITATION, SUMMONS, AND ACCUSATION**

GAAPD0000

**HOLD/DETAINER: 4911118**
**SEE BACK**

CICA Number        NCIC Number        Citation Number

**CITY OF ATLANTA DEPARTMENT OF POLICE**

On Month _____ (Day) _____ Yr. _____ at _____ : _____ ☐ AM ☐ PM

License Class or Type _____ State _____ Endorsements _____ Expires 12/10/15

Operator License No. _____

**SECTION I – VIOLATOR**

Name _____ W/M
(Last, Suffix)        (First)        (Middle)        (Race/Sex)

Current Address _____ Apt. ____

City Chattanooga State TN Zip Code _____ Phone Number _____

DOB _____ Hair _____ Height _____ Weight 165 Eyes Blu

Veh. Yr. 1994 Make _____ Style Taurus Color Red

Registration No. _____ Yr. _____ State _____

CDL ☐ YES ☑ NO   ACCIDENT ☐ YES ☑ NO   INJURIES ☐ YES ☐ NO   FATALITIES ☐ YES ☐ NO

☐ 2-LANE ROAD   ☐ DRIVER REQUESTED ACCURACY CHECK   ☐ VASCAR   ☐ LASER   ☐ RADAR
Within the State of Georgia, did commit the following offense: SPEEDING - Clocked by ☐ PATROL VEHICLE ☐ OTHER
(Serial # _____ Calibration/Check _____ ) at _____ MPH in a _____ zone
☐ DUI   (Test Administered: ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER)   DUI Test Results _____
TEST ADMINISTERED BY (If Applicable): _____

**SECTION II VIOLATION**

OFFENSE: (Other than above) _____ Code Section _____

☐ State Law
☐ Local Ordinance

Expired Registration   40-2-8

COMPANION CASE ☐ Yes ☐ No   CITATION No. / NAME: _____

REMARKS / VICTIM NAME / # _____

| WEATHER | (A) ROAD | (B) | TRAFFIC | LIGHTING | COMMERCIAL VIOLATION INFORMATION |
|---------|----------|-----|---------|----------|----------------------------------|
| ☐ Clear | ☐ Dry | ☐ Concrete | ☐ Light | ☐ Daylight | ☐ 16+ Passengers |
| ☐ Cloudy | ☐ Wet | ☐ Blacktop | ☐ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice | ☐ Dirt | ☐ Heavy | ☐ Other | ☐ Hazardous Material Violation |
| ☐ Other | ☐ Other | ☐ Other | | | |

**SECTION III LOCATION**

In the City of Atlanta, County of Fulton / DeKalb / Clayton
on _____
Street No., Highway, Road, Street, Intersection, or Private Property

Officer Name (Print) _____

APD ID No. _____ Assignment _____ Court Code : Off days _____ Time _____

2d Officer Name (Print) _____

APD ID No. _____ Assignment _____ Court Code : Off days _____ Time _____

**SECTION IV SUMMONS**

You are hereby ordered to appear in court to answer this charge on the _____ day
of _____ Yr. _____ at _____ : _____ ☐ AM ☐ PM in the MUNICIPAL COURT OF
ATLANTA AT 150 GARNETT STREET, ATLANTA, Georgia, 30303   ☐ Copy ☐ Jail

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your driver's license number to the Department of Driver Services, and your driver's license shall be suspended. (Georgia Code 17-6-11 and 40-5-56). The suspension shall remain in effect until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Driver Services.
LICENSE DISPLAYED IN LIEU OF BAIL   ☐ Yes ☐ No   RELEASED TO _____
SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME.

SIGNATURE _____

**SECTION V OFFICER CERTIFICATION**

VIOLATOR'S COPY

NCIC Number GAAPD0000

Citation Number 4911118

# APD VEHICLE RECORD / IMPOUND REPORT

| 1. PAGE | 2. OF | 3. DATE (mm/dd/yy) | 4. INCIDENT NUMBER |
|---|---|---|---|

| 5. Veh.# 1 | 6. Reporting Officer (L/F/M, Suffix): Glickman | 7. APD ID Number | 8. Assignment No. 3202 |

**GENERAL VEHICLE INFORMATION**

| 9. Owner (L/F/M, Suffix): Hurt Helen | 10. Work Phone: ( ) - | 11. Home Phone: ( ) - |

12. Owner Address (Street No. Apt. #, City, St. Zip): 451 Gorge View LN

13. Driver (L/F/M, Suffix): Playbat John

| 14. Is the driver the owner? | ☐ Yes ☒ No | 15. Was the driver arrested? | ☒ Yes ☐ No |

16. Record Type: ☒ I Impound  ☐ S Stolen  ☐ V Suspect Vehicle
☐ R Recovered  ☐ Z Seized  ☐ Other
17. Vehicle held as: ☐ Property  ☐ Evidence

18. Vehicle Type: ☐ 01 Pass. Car  ☐ 04 Tractor Trailer  ☐ 10 Van  ☐ 16 Recreation Veh.
☐ 02 Pickup Tk.  ☐ 08 Single Unit Truck.  ☐ 13 Bus  ☐ 17 Motorcycle

| 19. Year 1998 | 20. Make: Ford | 21. Model: Taurus | 22. VIN: 1 F A H P 5 3 S 1 X A 2 7 3 5 0 7 |

23. Vehicle Style: ☒ 2D Sedan, 2 DR  ☐ HB Hatchback  ☐ MV Minivan  ☐ Other
☐ 4D Sedan, 4 DR  ☐ SW Station Wagon  ☐ SU Sport Utility Veh.

| 24. Vehicle Color(s): Red | 25. Tag Number: 2175JXH | 26. Tag State: GA | 27. Tag Year: 2014 |

28. Tag Type: ☒ PC Pass. Car  ☐ TK Truck  ☐ NG National Guard  ☐ PE Personalized/Customized
☐ CO Commercial  ☐ CL College  ☐ ST State Vehicle  ☐ MC Motorcycle
☐ CU County Veh.  ☐ DL Dealer  ☐ US US Govt. Vehicle  ☐ Other

**STOLEN VEHICLE INFORMATION**

| 29. Date Lost/Stolen: | 30. Value of Vehicle: | ☐ Stolen  $ / ☐ Recovered  $ | 31. Veh. Reported Stolen: ☐ In Atlanta ☐ Outside | 32. If out, jurisdiction: |

**IMPOUND INFORMATION**

**IMPOUND DATA**

| 33. Time Wrecker Called/Arrived: (hh/mm) KW (hh/mm) | 34. Reason for Impound: Arrested |

| 35. Impound Location: (Business/Street Address): 3202 Northside Pkwy | 36. Beat: 201 |

| 37. Supervisor (Name) Approving Impound: Sgt micheal | 38. Vehicle checked for stolen on Radio? ☐ Yes ☐ No |

39. Missing Items: ☐ None  ☐ Wheels
☐ Battery  ☐ Other
☐ Radio
40. Damage: ☐ None  ☐ Windshield
☐ Body damage  ☐ Other
☐ Steering Column

| 41. Doors Locked? | ☐ Yes ☐ No | 44. Remaining keys return to owner? | ☒ Yes ☐ No |
| 42. Ignition Locked? | ☐ Yes ☐ No | 45. Evidence or property turned in? | ☐ Yes ☐ No |
| 43. Ignition key with vehicle? | ☐ Yes ☐ No | 46. If yes, status: ☐ Property ☐ Evidence ☐ Found | |

| 47. Ownership papers left with: | ☐ Property Control | ☐ Driver | ☐ Did not locate ownership papers |

| 48. Hold vehicle for: | 49. Supervisor (Name) Approving Hold: |

| 50. Wrecker Company: Rutos | 51. Wrecker Driver's Signature: |

| 52. Comments: | 53. Impound No. |

**TRAILER INFORMATION**

**TRAILER**

| 54. Year | 55. Make: | 56. Model: | 57. VIN: |

| 58. Is the trailer loaded? | ☐ Yes ☐ No | 60. Cargo Description: |
| 59. Is the trailer sealed? | ☐ Yes ☐ No | |

| 61. Tag Number: | 62. Tag State: | 63. Tag Yr: |

**ATLANTA POLICE DEPARTMENT Form APD 005, Revised October 23, 2007**
Original - Central Records    Copy 2 - Wrecker
Copy 3 - Property Control    Copy 4 - Owner






# FUTO'S, INC.

2050 LIDDELL DRIVE N.E.
ATLANTA, GEORGIA 30324
PHONE # 404-874-5926

**INVOICE No. 162295**

DATE 2/7/15

LOT #

IN LOG ☑ PO LOG ☐
IN COMP ☑ PO COMP ☐

## OWNER INFORMATION

Driver's License # 113358295

Date of Birth 12/10/55

Items Removed from Vehicle are as listed below: (see)

TIME FAXED 1946

NAME

ADDRESS

CITY

MAKE: Ford    MODEL: Taurus    YEAR: 99

COLOR: Red

VIN NO. 1FAFP53S1XA2735107

LICENSE NUMBER: Tennessee

PHONE

DRIVER

KEY / NO KEY

3302 Northside Pkwy

State NW Field    40 00

12 X 10    Storage    120 00

ref MLC 021374    Total    265.00

## FUTO'S WRECKER
2050 LIDDELL DR NE
ATLANTA, GA 30324
(404)874-5926

ID: 0274

Ref #: 0003

### Sale

Entry Method: Swiped

Total    $    265.00

Inv #000003
Transaction ID: 022IMPLBRZ2SH
Appr Online

Appr Code: 023376
12:16:15
Batch#: 000180

Customer Copy

THANK YOU!

**Sale**

against a person's
...ional Origin.
Opportunity Employment Act.

Phone #

LE TO:

**PAY BY INVOICE**

RECIPIENTS SIGNATURE

X

PROPERTY IN LOCK-UP

# ATTACHMENT AS

## DECLARATION OF MELINDA SMITH

1.      My name is Melinda Smith.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      In summation: Melinda used the CARLA Car Rental APP to rent a Hertz vehicle. She picked up the vehicle on February 22, 2021 from the Hertz location at 6868 Florida Blvd, Baton Rouge, LA 70806.  The contract was for a weekly rental.  Due to Hurricane Delta, Melinda was coordinating with FEMA to help pay for the rental. Melinda extended regularly with Hertz. In May 2021, Hertz mailed Melinda a charge for a red-light ticket violation. Hertz eventually sent 3 more letters concerning the red-light ticket violation, the last one received by Melinda on September 15, 2021.  At no time did Hertz make contact with Melinda concerning issues with her rental agreement. She was charged $3,245.38 on June 3, 2021.  On June 15, 2021 Melinda was pulled over by the Baton Rouge police. Several officers pulled their guns, pointed them at Melinda, and arrested her for possession of a stolen vehicle. Terrified, she tried to explain that she had a legal rental from Hertz, but the cops simply handcuffed her and place her in the back of their vehicle.  She was taken to jail and forced to spend two nights in a holding cell.  At her arraignment, she was released on a $400 bond. Her court case is currently still pending.

3.      Melinda's car was totaled during Hurricane Delta in Baton Rouge, Louisiana. Needing a car, she used the CARLA Car Rental APP to locate and purchase a rental agreement from Hertz. Her confirmation number was J67840159D8. Her voucher number was 2537367.

4.      On February 22, 2021 she picked up the vehicle from the Hertz location at 6868 Florida Blvd, Baton Rouge, LA 70806.

5.      The agreement was initially for 1 week. Both parties were aware that Melinda planned to extend the rental as needed.

6.      Due to Hurricane Delta, FEMA was working with Melinda to get help paying for the vehicle.  Melinda also left her credit card on file with Hertz.

7.      After the first week of the rental, Melinda went directly to Hertz to ask for an additional 3 week extension, for a total of 4 weeks. Hertz local said she was cleared and go to go.

8.      After the first 4 weeks of the rental, Melinda called Hertz to extend the rental another 4 weeks.  This was agreed upon.

9.      Melinda continued to call the local Hertz every 4 weeks to extend the rental.

10.     Additionally, she was working with FEMA to assist in covering the cost of the rental.

11.     During her 4 month rental, Melinda visited the local Hertz office twice, and spoke directly with Hertz on numerous occasions.  At no time did Hertz ever make her aware of any concerns with her rental agreement.

12.     In May 2021, Hertz sent Melinda a letter requesting that a charge be paid on a red-light traffic violation.

13.     Hertz sent 3 more letters requesting she pay the charge on the red-light violation. The last letter was received on September 15, 2021.

14.     At no time during her rental agreement with Hertz did Melinda receive any letters requesting that she return the vehicle or that Hertz intended to report her for theft.

15.     On June 3, 2021, she received a $3,245.38 bill from Hertz on her bank card.

16.     On June 15, 2021 Melinda was pulled over on Airline road in Baton Rouge by a police officer.

17.    A second police officer then showed up, and both officers pulled their guns and pointed them at her, screamed at Melinda to show her hands, and then asked her to slowly exit the vehicle.  Melinda has never had any trouble with the law before and was scared speechless.

18.    She was handcuffed at gun point, arrested, and placed in the back of a police car.

19.    When she asked a police officer why she was being arrested, she was told it was due to possession of a stolen vehicle.

20.    The car was eventually towed, and Melinda never was able to receive anything from the car, including her make-up bag, make-up and other belongings.

21.    She was taken to the city jail in Baton Rouge, LA where she was fingerprinted, charged with unauthorized use of a vehicle, strip searched and placed in a hold cell. Her inmate number was 21-00054966.

22.    She was mortified to have to use the bathroom facilities that were in full view of both men and women.

23.    She remained in jail for two days.  She was then arraigned and then released on a $400 bond.

24.    Her court case is now pending.

25.    Melinda did not know about any bar date nor about any bankruptcy plan.  She does not regularly *read USA Today, The Wall Street Journal, The New York Times, The Globe and Mail, The Philadelphia Inquirer, San Francisco Chronicle, Arizona Republic, Chicago Tribune, Los Angeles Times, The San Diego Union Tribune, Naples Daily News, El Diario De El Paso, or Journal De Montreal.*

26.     As a direct and proximate result of Hertz's conduct, Melinda was arrested, forced to spend two days in jail, and is being prosecuted.  She has never broken a law at any point in her life. These experiences have caused severe emotional and mental harm.

27.     There was no probable cause for Hertz to report Melinda for any crime at any point in time.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: Dec. 6, 2021, 2021

/s/ _____
      **Declarant**

# Your rental car confirmation



Creating journeys
that matter

Voucher number
**2537367**

CONFIRMATION NUMBER
**J67840159D8**

**Driver Name:** Melind Smith

**Car group:** ICAR



**Phone Number:** 2252481051

## Pick-up Details

**Where:**
6868 Florida Boulevard

**Date:**
Fri, 19 Feb 2021 12:00 PM

## Drop-off Details

**Where:**
6868 Florida Boulevard

**Date:**
Mon, 22 Feb 2021 12:00 PM

## Your rental includes:

- Unlimited Mileage
- Taxes And Fees
- Flexible Cancellation Policy
- Sanitized Vehicle
- Coronavirus Cancellation Protection

| | |
|---|---|
| Prepayment: | **10.03 USD** |
| Counter: | **111.49 USD** |
| Protection Plan: | **36.00 USD** |
| Peace of Mind: | **12.15 USD** |
| TOTAL: | **169.68 USD** |

## Documents you need at the counter:

 **To pay with credit card:**

**BATON ROUGE POLICE DEPARTMENT**
**PRISONER PROCESS & TRANSPORT TEAM**

**PERSONAL PROPERTY INVENTORY**

I, _Melinda Smith_ , certify that when processed by PPT
          (PRINT NAME)

on _6/15/21_ , I had the below listed property in my possession.

_Melinda Smith_
          ARRESTEE SIGNATURE

| Belts | | Currency: | |
|-------|--|-----------|--|
| Lighters | | | |
| Jewelry | Ring | | |
| | | | |
| | | | |
| Misc. Items: | | Coins: | |
| MS ID | | | |
| Red Coach Purse | | | |
| Wallet | | | |
| Debit cards, Keys | | | |

DATE: _6-15-21_          WITNESS OFFICER: _X. Perez_

**PPT ORIGINAL - WHITE          ARRESTEE - YELLOW**          PPT0100-99

# ATTACHMENT AT

## DECLARATION OF JESSICA ANDOLINA

1.      My name is Jessica "Jessy" Taylor Andolino.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      Jessy is famous 23-year old social media influencer, actress, and singer.

3.      She was rented a stolen car by Hertz in March 2021.

4.      Jessica rented a car from Hertz's Los Angeles Airport location for 5 days starting on March 21, 2021. Her rental record number was 636756712.

5.      On March 23, 2021, at around 9:00pm, she was stopped by police and told the car was stolen.

6.      She dismissed the ridiculous notion out of hand, told them that was impossible, and continued to walk towards a CVS.

7.      The police then grabbed her and manhandled her so violently that she had to use a wheelchair for 3 days.

8.      She was jailed overnight, and then given a court date in September 2021.

9.      On September 14, 2021, she appeared in court and all charges were dropped.

10.     Based on the fact that Hertz rented her a stolen car, Hertz absolutely knows it had Jessy falsely arrested.

11.     Jessy did not know about any bar date nor about any bankruptcy plan.  She does not regularly *read USA Today, The Wall Street Journal, The New York Times, The Globe and Mail, The Philadelphia Inquirer, San Francisco Chronicle, Arizona Republic, Chicago Tribune, Los Angeles Times, The San Diego Union Tribune, Naples Daily News, El Diario De El Paso, or Journal De Montreal.*

12.     As a direct and proximate result of Hertz's conduct, Jessy was arrested, jailed for two days, severely beaten, and falsely prosecuted. These experiences have caused severe emotional and mental harm.

13.     There was no probable cause for Hertz to have Jessy arrested or charged with any crime at any point in time.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: _____12/05_____, 2021          /s/_____
                                          Declarant

7:52   .ıl LTE 🔋

# Rental Agreement

**VIEW RENTAL RECORD**

**Hertz.**

Rental Record#836756712

JESSICA ANDOLINO

Vehicle: 2019 FIESTA

Lot: *** Space:        ***   License: LA N532873
Rental Rate*                    1@$ 418.91 perwk   T$      418.91
                                @$  59.90  exday   T$

*Includes Unlimited Miles
Discount -     R   %    Applied to Time/Mileage Chgs      $ -    37.70
**Additional Products**
Frequent Flyer Surcharge                            $      .00
**Fuel & Service    $ .370 /MI  $9.99 /GAL  12.4 /TK CAP T $**    ****
**Service Charges/Taxes**
CONCESSION FEE RECOVERY              11.11  %   T$       42.91
CA TOURISM ASSESSMENT                3.50   %   $        13.34
CUSTOMER FAC                                    $        45.00
Vehicle License Fee     Accepted @$ 1.01  perday  T$      5.05
Tax 1   9.500  %  On Taxable Ttl $         429.17  $      40.77
Tax 2   4.500  %  On California Refueling          $      ****
**ADJUSTMENTS**

**TOTAL ESTIMATED CHARGE**              $       528.28

Credit Card Authorization Amount $    728   .00
Rented by The Hertz Corporation
Vehicle: 01489  / 1324136 LocNum:  CALAX15   / 0110115
Miles Out:         37229 Plan:      RCUW5   Class:   B
Rental Location:   LOS ANGELES AIRPORT
Rental Time:       03 / 21 / 21 at      136 PM
Return Location:   LOS ANGELES AIRPORT
Return Time:       03 / 26 / 21 at    10 30 AM

Rental Extensions/Changes 1-800-654-4174
Emergency Road Service 1-800-654-5060
For Explanation of Charges: WWW.HERTZ.COM/CHARGEEXPLAINED
This estimate assumes you will rent and return at the locations and times
indicated, and that you will not exceed any mileage limitations.
Rental Rate subject to increase if You return Car more than 24 hours before
or 24 hours after scheduled Return Time. Late returns may be subject to
extra hour and/or extra day charges.
Charges indicated as "**" will be calculated at return.
Taxable charges are preceded by a "T".
836756712                               PG 1 OF 1 #

**VIEW RENTAL JACKET**

Booking No.: **6149212**   Last Name: **ANDOLINO**   First Name: **JESSICA**

**TAYLOR**

Middle Name:
**2/2**

Sex: **F**   Race: **W**   Date Of Birth: **12/07/1997**   Age: **23**   Hair: **BRO**   Eyes: **BRO**

Height: **502**   Weight: **150**

Charge Level: **M   (Misdemeanor)**

| ARREST |
| --- |

Arrest Date: **03/23/2021**   Arrest Time: **2100**   Arrest Agency: **4221**   Agency Description: **LAPD-SOUTH BUREAU**

Date Booked: **03/24/2021**   Time Booked: **0009**   Booking Location: **4279**   Location Description: **LAPD - VALLEY JAIL (VAN NUYS)**

| BAIL |
| --- |

Total Bail Amount: **20,000.00**   Total Hold Bail Amount: **0.00**   Grand Total: **20,000.00**

| HOUSING LOCATION |
| --- |

Housing Location: **-**

Permanent Housing Assigned Date: **03/24/2021**   Assigned Time: **0009**

Facility:
Address:   City:

**Schedule A Visit**

*For County facility visiting hours, Please call (213) 473-6100 at Inmate Information Center.*

| COURT |
| --- |

Next Court Code: **M101**   Next Court Date: **09/14/2021**   Next Court Time: **0830**   Next Court Case: **9999999999**

# ATTACHMENT AU

## DECLARATION OF ANDREW "DREW" SEASER

1.      My name is Andrew "Drew" Seaser.  I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2.      In summation: Drew has never rented a car from Hertz and has never been to the State of Georgia. He is a citizen of Colorado. He is a real estate appraiser and self-described nerd who has no criminal record. However, on November 9, 2020, Hertz told police that Drew had entered the Woodstock, GA Hertz location in Cherokee County, rented a car, and then stole it. Drew was oblivious to this and never received any contact from Hertz. On August 9, 2021, Drew and his family were flying to Mexico from the Denver airport to celebrate his daughter's graduation. Without warning he was arrested in front of his family and hundreds of people waiting for their flights. He was hauled off to jail and languished in prison for over 24 hours in complete shock, while his family panicked as they saw their lives falling apart. After his wife obtained his calendar from 2020, proving he was not in Georgia, Cherokee County dismissed all charges and he was released. Hertz had filed a false police report without investigating or verifying whether it was accurate.

3.      Drew Seaser is a real estate appraiser in Colorado. He is a self-described nerd, and lives with his wife and two children. He has never been to Georgia, nor rented with Hertz.

4.      Unknown to Drew, Hertz went to the police in Cherokee County, GA on November 9, 2020, and told them that Drew had rented a car and stolen it from the Hertz Woodstock location.

5.      Drew was never contacted by Hertz or anyone else regarding this rental or matter. He was completely unaware there was a problem.

6.      Drew's daughter graduated high school in 2021. To celebrate, Drew and his family were flying to Mexico for a vacation. On August 9, 2021, he and his family entered the jetway for

their flight.

7.      However, he was asked to step to the side by customs agents. At first he did not know what was happening. He was then told that there was a warrant out for his arrest from Georgia for larceny.

8.      He told the agents that he was confused as he had never been to Georgia, nor stolen anything in his life, much less a car.

9.      Figuring that this was a mix up, he told his family to board the plane and he would be along shortly after he cleared up the misunderstanding. He was very wrong.

10.     Denver police officers appeared and arrested him in front of hundreds of people. He could not believe what was happening.

11.     A gate agent told his family he was being arrested, so they did not take off to Mexico. His two children were completely distraught and his wife was beside herself.

12.     He was taken to a holding cell in the airport for three hours.

13.     At this point Sheriff's deputies arrived and he was then taken to the county jail in a van; the air conditioning was broken or turned off despite it being midsummer. He was left in the van for what seemed like an eternity; he pounded on the windows and screamed to be let out. He thought he was going to pass out from heat stroke. The officers finally let him out.

14.     He was then taken to the booking area and processed. He was strip searched in a humiliating fashion.

15.     He was then given a duffel bag with sheets, a blanket, and a cup. He was told to go to a pod, and take the upper bunk. It was absolutely filthy. Food containers and trash littered the cell. What looked like feces and blood covered many surfaces.

16.     He was sharing a cell with a man arrested for drugs, who was still tweaking.

17.    He tried to sleep but that was impossible as the guards woke him up every hour.

18.    Meanwhile, his family was in turmoil. His kids were not in a good place and were sent to Drew's in-laws, while his wife tried to get him out of jail.

19.    She hired an attorney and retrieved his work documents showing that he was in Colorado, not Georgia, in November 2020. It was discovered that Hertz had filed a false police report. Hertz had first rented a car to someone without properly verifying or checking that person's identity. With no investigation or verification, Hertz reported Drew without even contacting him.

20.    Even a simple investigation would have immediately raised red flags and prevented Drew from being falsely accused and jailed.

21.    On August 10, 2021, the Cherokee District Attorney's Office filed a request for dismissal. The dismissal states:

### REQUEST TO DISMISS WARRANT(S)

| | |
|---|---|
| TO: | SHANNON G. WALLACE, DISTRICT ATTORNEY |
| FROM: | Meaghan Frankish, Assistant District Attorney |
| RE: | State of Georgia v. Andrew Seaser |
| WARRANT(s): | 20MW2957 |
| DA CASE #: | 21CHE02176 |
| DATE: | August 10, 2021 |

Comes now Meaghan Frankish,  for the Blue Ridge Judicial Circuit, and request the above styled warrant(s) be dismissed for the following facts and circumstances:

On November 9, 2020, Woodstock Police Department took a report for a stolen vehicle from Hertz rental located at 9378 Highway 92 in Woodstock. At that time, Office Mutasa took a report from Ms. Shequila Hamilton who explained that a vehicle was rented and never returned. The name on the rental agreement was Andrew Seaser. The card used also indicated the name "Andrew Seaser."

However, Hertz conducted their own investigation and within that investigation, H. Bates who is employed by Hertz's Office of Theft and Recovery contacted Mr. Seaser and Mr. Seaser stated he never rented this vehicle. Further, H. Bates contacted Capitol One Bank, which confirmed that the information on the rental does not match their records, in that the rental name (Andrew Seaser) did not match the cardholder's name of the card number used to rent this vehicle. Thus, H. Bates and Capitol One Bank confirmed this card was used fraudulently for this rental.

On August 10, 2021, Mr. Seaser was arrested on this outstanding warrant for theft of the Hertz vehicle in Colorado. He retained an attorney Mr. Thomas J. Hammond. Mr. Hammond contacted the District Attorney's office who pulled all relevant reports. Mr. Hammond also sent documentation (attached herein as Exhibit I)) confirming Mr. Seaser was in Colorado on the date of this rental. Additionally, within the documentation was a document in which Mr. Seaser signed a residential appraisal. Upon observation, this signature does not match the signature of the individual who rented the vehicle.

Based upon the aforementioned information, the District Attorney's office requests said warrant be immediately dismissed.

22.     Hertz had apparently only performed an investigation *after* Drew had been arrested.

23.     Hertz easily ascertained, once prompted to do so by the DA's Office and Drew's attorney, that Drew's identity was stolen and that he was not a car thief.

24.     Hertz had inexcusably failed to investigate or verify that the theft report was accurate before filing it, and also allowed a car to be fraudulently rented in Drew's name.

25.     He was finally released mid-day on August 10, 2021.

26.     It was a horrifying experience for him and his family.

27.     Based on the prosecution documents, Hertz is fully aware that it filed a false theft report.

28.     Drew did not know about any bar date, nor about any bankruptcy plan.  He does not regularly *read USA Today, The Wall Street Journal, The New York Times, The Globe and Mail, The Philadelphia Inquirer, San Francisco Chronicle, Arizona Republic, Chicago Tribune, Los Angeles Times, The San Diego Union Tribune, Naples Daily News, El Diario De El Paso, or Journal De Montreal.*

29.     As a direct and proximate result of Hertz's conduct, Drew was arrested, thrown in jail for 2 days, was falsely prosecuted, was humiliated, lost money on the plane tickets and vacation reservations, and has been severely mentally and emotionally harmed.

30.     There was no probable cause for Hertz to report Drew for any crime at any point in time.


        I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated:   December__3__, 2021              /s/_____
                                          Declarant



# Cherokee County
## Clerk of Courts



Welcome to the docket feature provided by the office of Cherokee County Clerk of Court - Patty Baker.

View case dockets by entering the case number, party's name, and/or CSE number. Once found, click the '+' button to the left of the case number to view docket.

Need Help? Click here for instructions

New Search

If you experience any problems with this web site, please contact us at 678.714.8778. Our normal office hours are Mon-Fri 8:00am to 5:00pm EST.

This Online search program is provided by the Clerk of Courts as a convenience to attorneys, litigants and the general public. This site is provided as tool for viewing the overall posture of the case, such as parties, court dates, judge assignment etc. It is not meant to take the place of the file that is retained by the Clerk of Court. If you need the **MOST** current and/or complete record of a

| Case # | | |
|---|---|---|
| Name | Seaser | |
| Alias | | |
| Citation | | |
| System Wide Search | | |
| Filed From / Filed To | | |

🔍 Search     Clear

Please click the 🟢 / 🔴 buttons to the left of the results to expand/collapse case details

| - | Case # | Defendant | Judge | Status | Filing | Court Date |
|---|---|---|---|---|---|---|
| 🔴 | 21WT0096K | SEASER, ANDREW K | DAVID CANNON, JR. | CL | 8/12/2021 | |

### Charges

| Charge # | Violation code | Offense | Offense Date | Disposed On | Disposition Method | Disposition Stage | Arrest Date | Felony/Misdemeanor |
|---|---|---|---|---|---|---|---|---|
| 1 | 16-8-2 | THEFT BY TAKING - FELONY | 11/9/2020 | 8/11/2021 | DISMISSED | N | | F |

### Proceedings/Events

| Date | Court Date | Type | Image |
|---|---|---|---|
| 8/11/2021 | | DISMISSED WARRANTS | View |

21WT0096

## REQUEST TO DISMISS WARRANT(S)

TO:          SHANNON G. WALLACE, DISTRICT ATTORNEY

FROM:       Meaghan Frankish, Assistant District Attorney

RE:          State of Georgia v. Andrew Seaser

WARRANT(s):  20MW2957

DA CASE #:   21CHE02176

DATE:       August 10, 2021

---

Comes now Meaghan Frankish,  for the Blue Ridge Judicial Circuit, and request the above styled warrant(s) be dismissed for the following facts and circumstances:

On November 9, 2020, Woodstock Police Department took a report for a stolen vehicle from Hertz rental located at 9378 Highway 92 in Woodstock. At that time, Office Mutasa took a report from Ms. Shequila Hamilton who explained that a vehicle was rented and never returned. The name on the rental agreement was Andrew Seaser. The card used also indicated the name "Andrew Seaser."

However, Hertz conducted their own investigation and within that investigation, H. Bates who is employed by Hertz's Office of Theft and Recovery contacted Mr. Seaser and Mr. Seaser stated he never rented this vehicle. Further, H. Bates contacted Capitol One Bank, which confirmed that the information on the rental does not match their records, in that the rental name (Andrew Seaser) did not match the cardholder's name of the card number used to rent this vehicle. Thus, H. Bates and Capitol One Bank confirmed this card was used fraudulently for this rental.

On August 10, 2021, Mr. Seaser was arrested on this outstanding warrant for theft of the Hertz vehicle in Colorado. He retained an attorney Mr. Thomas J. Hammond. Mr. Hammond contacted the District Attorney's office who pulled all relevant reports. Mr. Hammond also sent documentation (attached herein as Exhibit 1)) confirming Mr. Seaser was in Colorado on the date of this rental. Additionally, within the documentation was a document in which Mr. Seaser signed a residential appraisal. Upon observation, this signature does not match the signature of the individual who rented the vehicle.

Based upon the aforementioned information, the District Attorney's office requests said warrant be immediately dismissed.

PATTY BAKER CLERK   2021 AUG 11 PH 3: 24   FILED IN OFFICE CLERK OF SUPERIOR COURT CLERK OF STATE COURT CHEROKEE COUNTY GA.

Respectfully submitted,

Meaghan Frankish, Assistant District Attorney

---

The request to *dismiss* the above styled warrant(s) is hereby **APPROVED**.

This 10th day of August, 2021.

SHANNON WALLACE
DISTRICT ATTORNEY
BLUE RIDGE JUDICIAL CIRCUIT
GEORGIA BAR # 733629

EXHIBIT 1

**Meaghan Frankish**

| | |
|---|---|
| **From:** | Thomas J. Hammond <hammondlaw@solucian.com> |
| **Sent:** | Tuesday, August 10, 2021 12:15 PM |
| **To:** | Meaghan Frankish |
| **Cc:** | Thomas J. Hammond |
| **Subject:** | FW: Andrew Seaser |

Here are the texts and some screen shots from November 9, 2020.

Thanks again,

Thomas J. Hammond
Thomas J. Hammond, PC
1544 Race Street
Denver, CO 80206
(303)321-7902
hammondlaw@solucian.com

**From:** Jen Seaser <jlseaser@yahoo.com>
**Sent:** Tuesday, August 10, 2021 10:08 AM
**To:** Thomas J. Hammond <hammondlaw@solucian.com>
**Subject:** Andrew Seaser



4:59

My >

Mon, Nov 9, 9:34 AM

Let me know if you're ready for me

Smoothie time

Want me to come make them?

Nope I got it

Mon, Nov 9, 2:02 PM

I'm eating pizza rolls for lunch

Good job. You're too skinny

No I'm not... but this is what will get me to girthy

One day or one meal won't kill you

I didn't want them to go to waste. And it was just easy

Good thinking

4:59    .ull 5Gε ■⎙



Come home

Working on it. Couple more hours

That's too long

Mon, Nov 9, 3:39 PM

Time for pomskys

But drive carefully

Roger. Roads are fi







5

Order Date :
Invoice # :
Borrower :
Fort Collins, Colorado 80528
November 9, 2020
INVOICE

ADDRESS OF THE PROPERTY APPRAISED:

6201 Blue Spruce Dr.

Bellvue, Colorado  80512

EFFECTIVE DATE OF THE APPRAISAL: 11/02/2020

APPRAISED VALUE OF THE SUBJECT PROPERTY $ 690,000

APPRAISER

Signature:

Name:  Drew Seaser

State Certification #  CR1600014585

or License #

or Other (describe): _____ State #: _____

State: CO

Expiration Date of Certification or License:  12/31/2018

Date of Signature and Report:  11/09/2020

Date of Property Viewing:  11/02/2020

Degree of property viewing:

[X] Interior and Exterior      [ ] Exterior Only      [ ] Did not personally view



November 2020 page 1

| Date | Client | Assignment | Fee | Address | Paid? |
|---|---|---|---|---|---|
| 11-01 | [illegible] Brent / Kiissa Whitlock | Meas | $130 | 65[illegible] Hwy 1 | |
| 11-01 | Equitable Savings | 1004 | $450 | 3[illegible] Ballantine Blvd | X |
| 11-02 | Linda Sieason | MEAS | $120 | 1278 Inca Dove Ct | |
| 11-03 | Dennis Schick | MEAS | $120 | 1611 Driftwood Ct. | X |
| 11-03 | Bank of Colorado | 1004 | $450 | 2466 Amherst St. | X |
| 11-03 | Lindsey Bensen Van Wyk | GPAR | $650 | 2144 Tulip St. | X |
| 11-03 | Bank of Colorado | 1004 | $450 | 4564 Sunridge Dr | X |
| 11-05 | Kristin Brown | MEAS | $110 | 1809 Clarke Dr. | |
| 11-05 | Kim Summitt | MEAS | $140 | 3152 Candelaria Pl | |
| 11-05 | Brett Frahm | MEAS | $125 | 813 W. 35th St. | |
| 11-06 | Jason Humpal | MEAS | $130 | 1801 Welch St. | |
| 11-06 | Rose Merkey | MEAS | $110 | 1015 S. Edinburgh Dr. | X |
| 11-09 | Stephen Vertucci | GPAR | $550 | 6201 Blue Spruce Dr. | X |
| 11-09 | JoAnne Deleon / Tyhin Johnson | MEAS | $120 | 3112 Swallow Bend | |
| 11-09 | [redacted] Nathan Weinland [redacted] | MEAS | $120 | [illegible] | X |
| 11-09 | Cherry Creek Mortgage | 1004 | $650 | 3728 Vallecito St. | |
| 11-09 | Robin Goerling | MEAS | $80 | 5712 Saratoga Way | X |
| 11-10 | Cornerstone Homelending | 1004 | $1000 | 3547 E County Road 82 | |
| 11-10 | Todd Fields | MEAS | $120 | Glo Meadow Dr. | |
| 11-10 | Chris Hau / Samantha Gilbert / Carl Goodman | MEAS | $110 | 1809 Kedron Circle | |
| 11-10 | Diana Lutz | MEAS | $120 | 1896 Muddy Creek Ct. | |
| 11-10 | [illegible] / Samantha Gilbert | MEAS | $110 | 472 W. 2nd St. | |
| 11-11 | Todd Fields | MEAS | $110 | 4332 [illegible] | |
| 11-11 | [redacted] [illegible] | MEAS | $[illegible] | [illegible] | |
| 11-11 | Nick Sung & Susan Bryant | GPAR | $700 | 1405 N. 57th Street | X |
| 11-11 | Cherry Creek Mortgage | 1004 | $650 | 56 Aspen Lane | |
| 11-12 | Joyce Grand J. | MEAS | $140 | 4317 Piccadilly Dr. | X |
| 11-12 | Michelle Hickey Crawford | MEAS | $190 | 1833 E Harmony Rd #16 | X |
| 11-12 | Steph Lane | MEAS | $150 | 2455 Windsor Ct. | X |
| 11-13 | John Hanrahan / Ina Balfauer | MEAS | $140 | 5106 Daylight Ct. | |
| 11-13 | Chad Brent / Randyce Kuttkgral | MEAS | $110 | 462 N Washington Ave | |
| 11-13 | Brenda Bickerton | MEAS | $120 | DM Province 56172n / 5700 Yellowtail | X |
| 11-16 | Rhonda Heth | MEAS | $120 | 2029 Lakeside Drive | X |
| 11-16 | Flanagan State Bank | 1004 | $500 | 1623 S. Grant Ave | X |
| 11-16 | Cherry Creek Mortgage | 1025/216 | $800 | 231 Bishop Ct. Thru | |
| 11-16 | [redacted] K[illegible] / Alan Novak | MEAS | X | 1365 [illegible] | |
| 11-18 | Nathan Weinland | MEAS | $110 | 4312 Widgeon St | X |
| | | MEAS | $130 | 7166 26th Ave Ct. | |

6

Sent from my iPhone

**Caution** : This email originated from outside of the County email system. Do not click links or open attachments unless you recognize the sender and know the content to be safe. Please check with IT if you are unsure.

Warrant No.CE0125694
Case No.20-22362

| This Criminal Warrant is DISMISSED for the following reason: | This Criminal Warrant is transferred to the ☐ State Court ☐ Superior Court of CHEROKEE COUNTY for the following reasons |
|---|---|
| ☐ The affiant has requested a dismissal and all costs have been paid. | ☐ This Court heard evidence in a committal hearing and determined that probable cause existed. |
| ☑ The prosecutor has requested dismissal - see attached paperwork. | ☐ The accused waived a committal/probable cause hearing. |
| ☐ Failure of the prosecuting witness to appear for a scheduled hearing after valid service of subpoena. | ☐ Administratively transferred without waiving any rights the defendant may have in the Magistrate Court. |
| ☐ After this court heard evidence in a committal hearing it is determined that no probable cause exists. | |
| ☐ Other reason: | |

This 11 day of aug, 2021

This the        day of        ,        .

Magistrate: _____

☐ Dismissed by Magistrate  ☑ Dismissed by Prosecuting Attorney

Magistrate _____

FILED IN OFFICE
CLERK OF SUPERIOR COURT
CLERK OF STATE COURT
CHEROKEE COUNTY GA

2021 AUG 11 PM 3:23

PATTY BAKER CLERK

# MAGISTRATE COURT OF CHEROKEE COUNTY
## CRIMINAL ARREST WARRANT APPLICATION

20mw2957

11/9/2020 10:37:45 AM

CaseNo: **20-22362**

WARRANT NO: **CE0125694-1**

SEASER, ANDREW K
CE0125694

ECUTOR: **Chandisaita Mutasa**

DDRESS: **12453 Highway 92**

TY: **WOODSTOCK** STATE GA ZIP: **30188**


RECALLED

HONE NO. **770-592-6000** (W0RK) FAX: E-MAIL:



SED: **Andrew K Seaser**

RESS: **1049 W 45th Street**

CITY: **LOVELAND** STATE **CO** ZIP: **80538**

PHONE NO: FAX: E-MAIL:

RACE **W** AGE: **40** SEX: **Male** HT: **6'02"** WT: **220** EYES: **HAZ (Hazel)** HAIR: **BRO (Brown)**

SPECIAL BODY MARK :

DOB: REDACTED SSN: REDACTED AUTO TAG

WITNESSES: **Hamilton Shequila Mariah:**

DATE OF INCIDENT: **11/9/2020** T0 **11/9/2020** TIME OF INCIDENT: **9:32:00AM** To **9:45:00AM**

INCIDENT LOCATION : **9378 Highway 92, WOODSTOCK, GA, 30188**

☒ FELONY  ☐ FAMILY VIOLENCE  ☐ PROBATION

☐ MISDEMEANOR  ☐ SPECIAL CONDITIONS OF BOND  ☐ PAROLE

11/9/2020 10:37:57 AM                     11/9/2020 10:37:33 AM

Magistrate: **J E Drane III**

Title:

Prosecutor: **Chandisaita Mutasa**
Agency: **Woodstock Police Department**

Record Entered
GCIC/NCIC Services

NOV 0 9 2020

Operator:


RECEIVED
NOV - 9 2020
CHEROKEE CO.
SHERIFF'S OFFICE
WARRANT DIV.


RECEIVED
NOV 9 2020

Warrant No.CE0125694
Case No.20-22362

**CRIMINAL WARRANT**

**MAGISTRATE COURT OF CHEROKEE COUNTY**
**GEORGIA, CHEROKEE COUNTY**

**Warrant No. CE0125694**
**Police Case No.20-22362**

## AFFIDAVIT FOR ARREST

Personally came Chandisaita Mutasa, (hereinafter called the Affiant), who on oath says that, to the best of his knowledge and belief, Andrew K Seaser, no known aliases, (hereinafter called the Accused), did commit the following offense(s):

COUNT 1 - violation of O.C.G.A. Section 16-8-2 Theft By Taking- (F) (1 count) ( Felony ) , between on 11/9/2020 at 9:32:00AM and on 11/9/2020 at 9:45:00AM at 9378 Highway 92, WOODSTOCK in the County of CHEROKEE, GA, for that Said accused, Andrew Seaser, did take a 2020 Ford Expedition Max, the property of Hertz, with a value of $42,732.99 with the intent to deprive said owner, Hertz, of said property, 2020 Ford Expedition Max.

**WHEREFORE,** Affiant makes this affidavit that a warrant may issue for the arrest of the accused

Affiant: Chandisaita Mutasa
Badge No. 2130
Agency. Woodstock Police Department

Sworn to and subscribed before me, This 9 day of November, 2020 at 10:37:57AM

Magistrate:J E Drane III
Title:

Filed in Office
Cherokee County, Georgia
This date at 3:23 P M.

AUG 1 1 2021

Patty Baker, Clerk of Courts
Superior, State, Juvenile, & Magistrate

WS

Warrant No.CE0125694
Case No.20-22362

## ARREST WARRANT

**To any Sheriff, Deputy Sheriff, Coroner, Constable, or Marshal of said State,**

**GREETINGS:**

Chandisaita  Mutasa makes oath before me that Andrew K Seaser did commit the offense(s) set forth in the foregoing affidavit, on the dates, at the times, and in the locations therein stated. You are therefore commanded to arrest Andrew K Seaser and bring him before me, or some other judicial officer of this state, to be dealt with as the law directs.  Herein fail not.

This 9 day of November, 2020 at 10:37:57AM

_____

Magistrate: J E Drane  III
Title:

Warrant No.CE0125694
Police Case No. 20-22362

# MAGISTRATE COURT OF CHEROKEE COUNTY
# CRIMINAL WARRANT

### THE STATE

**VERSUS**

Andrew K Seaser
1049 W 45th Street,
LOVELAND, CO, 80538

BOND:

### CHARGE

Theft By Taking - (F)

GEORGIA,CHEROKEE COUNTY
I affirm, this date, the Defendant was arrested and placed in the CHEROKEE COUNTY Jail.

This ____ day of _____, 2020
Chandisaita Mutasa
Arresting Officer.

---

Initial Appearance Hearing held on

Magistrate: J E Drane III

Officer Name: Chandisaita Mutasa  Address: 12453 Highway 92

Witnesses for the State : Hamilton Shequila Mariah:

---

Co_Defendant:

**MAGISTRATE COURT OF Cherokee COUNTY**
**STATE OF Georgia**

**STATE OF Georgia,**

                    Plaintiff.                                  Warrant No: **CE0125694**

                            v.                                  Case No: **20-22362**

Andrew K Seaser
_____

                    DEFENDANT

**EXAMINATION and BOND ORDER**

STATE OF Georgia,

Cherokee County

After having fully advised the Defendant of the charges against him, his right to a committal hearing, his right to be represented by an attorney, and such other rights as specified by Rule 26.1 of the Uniform Superior Court Rules of the State of Georgia, it is hereby ORDERED, that the Defendant give bond in the amounts shown below for his appearance before the [check one] ☐ Superior ☐ State Court of Cherokee County on the _____ day of _____, 20_____, at _____.

| COUNT | CHARGE | BOND AMOUNT | SUPERIOR COURT SETS BOND |
|-------|--------|-------------|--------------------------|
| 1 | Theft By Taking - (F) | $ | ☐ |

**SO ORDERED** this _____ day of _____, 20____ at _____ AM/PM.


                                        _____
                                        Judge of the Magistrate Court