**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>**Objection Deadline: Jan. 28, 2022, at 4:00 p.m. (ET)**<br>**Hearing Date: Feb. 9, 2022, at 10:30 a.m. (ET)**<br><br>**Ref. D.I. 271** |

**NOTICE OF CLAIMANTS' MOTION FOR ENTRY OF A**
**PROTECTIVE ORDER AND GRANTING RELATED RELIEF**

TO:  (A) COUNSEL TO THE REORGANIZED DEBTORS; AND (B) THE U.S. TRUSTEE

**PLEASE TAKE NOTICE** that certain False Police Report Claimants have filed the attached *Claimants' Motion for Entry of a Protective Order and Granting Related Relief* (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed and served to so as to be received on or **before 4:00 p.m. (ET) on January 28, 2021**, (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"), with a copy to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections are received by the Objection Deadline, a hearing with respect to the Motion (the "Hearing") will be held on **February 9, 2022, at 10:30 a.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.  The Hearing may be held via Zoom and the information for appearing via Zoom will be provided in an agenda to be filed in advance of the Hearing.

---

[1]  The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (collectively, the "Reorganized Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: December 14, 2021

**FRANCIS ALEXANDER, LLC**
Francis Malofiy
280 N. Providence Road, Suite 1
Media, PA 19063
Telephone: (215) 500-1000
Facsimile: (215) 500-1005
Email: francis@francisalexander.com

**SUSMAN GODFREY LLP**
Justin A. Nelson (*pro hac vice*)
John P. Lahad (*pro hac vice*)
Taylor C. Hoogendoorn (*pro hac vice*)
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713)654-6666
Emails: jnelson@susmangodfrey.com
        jlahad@susmangodfrey.com
        thoogendoorn@susmangodfrey.com

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Bar No. 4976)
Ian J. Bambrick (Bar No. 5455)
Jaclyn C. Marasco (Bar No. 6477)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Emails: patrick.jackson@faegredrinker.com
        ian.bambrick@faegredrinker.com
        jaclyn.marasco@faegredrinker.com

*Co-Counsel for the False Police Report Claimants*