IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>RE: DOCKET NO. 258 |

**ORDER GRANTING MOTION OF CBS BROADCASTING INC. PURSUANT TO FED. R. BANKR. P. 2018(a) TO INTERVENE FOR THE LIMITED PURPOSE OF OBJECTING TO REORGANIZED DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING REORGANIZED DEBTOR TO FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION**

Upon consideration of the *Motion of CBS Broadcasting Inc. Pursuant to Fed. R. Bankr. P. 2018(a) to Intervene for the Limited Purpose of Objecting to Reorganized Debtor's Motion for Entry of an Order Authorizing Reorganized Debtor to File Under Seal Certain Confidential Information* [Docket No. 258] (the "**Motion to Intervene**"), filed on January 6, 2022, by CBS Broadcasting Inc. ("**CBS News**"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b); and venue of this matter being proper before this Court pursuant to 28 U.S.C. § 1409; and proper and adequate notice of the Motion to Intervene having been given; and it appearing that no other or further notice is necessary; and it appearing that the legal and factual bases set forth in the Motion to Intervene establish just cause for the relief granted in this Order; and after due deliberation;

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("**RCIH**") are 2459. The location of RCIH's service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its reorganized debtor affiliates (the "**Reorganized Debtors**") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

-2-

IT IS HEREBY ORDERED THAT:

1. The Motion to Intervene is GRANTED.

2. Pursuant to Rule 2018(a) of the Federal Rules of Bankruptcy Procedure, CBS News is permitted to intervene as an "interested entity" for the limited purpose of seeking to enforce the public's right of access to information in the above-captioned case by the filing by CBS News on January 6, 2022, of the *Objection of CBS Broadcasting Inc. to Reorganized Debtor's Motion for Entry of an Order Authorizing Reorganized Debtor to File Under Seal Certain Confidential Information* [Docket No. 259] (the "**CBS News Objection**") and the prosecution of the CBS News Objection by CBS News.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: January 24th, 2022
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE