FILED
2022 JAN 25  AM 9:14
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Rental Car Intermediate Holdings, LLC,[1] | Case No. 20-11247 (MFW) |
| Reorganized Debtor. | Response Deadline: Jan. 26, 2022 at 4:00 p.m. (ET) |

In response to your notice, titled, REORGANIZED DEBTORS' ELEVENTH NOTICE OF SATISFACTION OF CLAIMS SATISFIED IN FULL, dated Jan. 5, 2022 (Case 20-11247-MFW Doc 252), on schedule 1 page 4 line item 19, it states that I, Lorraine Kitman, Claim Number 3054, was paid $4,350.00 on February 11, 2020 via payment no. 561588.

I have reviewed all my bank statements from date filed (2/11/20) to the current date. I do not see in any ledger that I was paid.

On page 3 line item 6 it states, "... the Debtors maintained books and records... that reflect, among other things, the nature and amount of the liabilities owed to their creditors."

I would like you to review your records that indicated payment to me. Further, I would like to know when I will receive the said payment. I look forward to your correspondence.

Thank you in advance on this matter,

Lorraine Kitman
841 Pearl Drive
Arroyo Grande, CA 93420
805-471-3698
lkitman21@gmail.com

# Lorraine Kitman

| | |
|---|---|
| **From:** | Lorraine Kitman <lkitman21@gmail.com> |
| **Sent:** | Monday, January 17, 2022 9:44 PM |
| **To:** | Lorraine Kitman |
| **Subject:** | Fwd: Reply to 'In re Rental Car Intermediate Holdings LLC, Case No. 20-11247, United States Bankruptcy Court for the District of Delaware' |
| **Attachments:** | Hertz notice 1-5-22 response.docx; Hertz notice 1-5-22 - Reorganized debtors' eleventh notice of satisfaction of claims satisfied in full.pdf |

Begin forwarded message:

**From:** Lorraine Kitman <lkitman21@gmail.com>
**Subject: Reply to 'In re Rental Car Intermediate Holdings LLC, Case No. 20-11247, United States Bankruptcy Court for the District of Delaware'**
**Date:** January 17, 2022 at 9:42:46 PM PST
**To:** rgorsich@whitecase.com, doah.kim@whitecase.com, laura.baccash@whitecase.com, knight@rlf.com, haywood@rlf.com
**Cc:** Email My <lkitman21@gmail.com>

Please find attached the 'Hertz notice 1-5-22 response.docx' file just below that is my response to the bankruptcy proceedings of Rental Car Intermediate Holdings LLC, Case No. 20-11247, United States Bankruptcy Court for the District of Delaware:

Please also for reference find attached the 'Reorganized Debtors' Eleventh Notice of Satisfaction of Claims Satisfied in Full' file just below:

These documents will also be sent overnight, certified with proof of delivery to:
Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801

Please confirm receipt of this email and the attached document.

Lorraine Kitman
841 Pearl Drive
Arroyo Grande, CA 93420
805-471-3698
lkitman21@gmail.com

>Begin forwarded message:
>
>**From:** "Crespin, Kenny" <Kenny.Crespin@duffandphelps.com>
>**Subject: In re Rental Car Intermediate Holdings LLC, Case No. 20-11247, United States Bankruptcy Court for the District of Delaware**
>**Date:** January 5, 2022 at 3:21:44 PM PST
>**To:** Hertz Team <hertzteam@PrimeClerk.com>

1

Please find below a link to the following important document recently filed in the bankruptcy proceedings of Rental Car Intermediate Holdings LLC, Case No. 20-11247, United States Bankruptcy Court for the District of Delaware:

- **Reorganized Debtors' Eleventh Notice of Satisfaction of Claims Satisfied in Full. Response Due by Jan. 26, 2022 at 4:00 p.m. (ET)** [Docket No. 252]

For additional information, and to download all documents filed in the Debtors' chapter 11 cases free of charge, please visit https://restructuring.primeclerk.com/hertz.

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Rental Car Intermediate Holdings, LLC,[1] | Case No. 20-11247 (MFW) |
| Reorganized Debtor. | Response Deadline: Jan. 26, 2022 at 4:00 p.m. (ET) |

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR FULLY SATISFIED CLAIMS IDENTIFIED ON SCHEDULE 1 ATTACHED HERETO**

**REORGANIZED DEBTORS' ELEVENTH NOTICE OF SATISFACTION OF CLAIMS SATISFIED IN FULL**

The reorganized debtors in the above-captioned chapter 11 cases (collectively, the "**Reorganized Debtors**" and, prior to the Effective Date,[2] the "**Debtors**") hereby file this notice (this "**Notice**"), identifying certain claims, as defined by section 101(5) of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), filed by claimants in the above captioned Chapter 11 Cases, which have been fully satisfied (the "**Satisfied Claims**," and such claimants, the "**Satisfied Claimants**") after the Petition Date and prior to the Effective Date. In support of this Notice, the Reorganized Debtors respectfully represent as follows:

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("**RCIH**") are 2459. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

[2] On June 30, 2021 (the "**Effective Date**"), the Plan (as defined below) became effective in accordance with its terms.

## BACKGROUND

1.  On May 22, 2020 (the "**Petition Date**"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"), which are jointly administered for procedural purposes.

2.  On May 27, 2020, the Court entered the order appointing Prime Clerk LLC ("**Prime Clerk**") as the claims and noticing agent for the Chapter 11 Cases [D.I. 183]. Prime Clerk is authorized and directed to, among other things, (i) perform noticing services and to receive, maintain, record and otherwise administer the proofs of claims filed in these Chapter 11 Cases, (ii) serve as the custodian of court records and the authorized repository for all proofs of claim filed in these Chapter 11 Cases, and (iii) maintain official claim registers for each of the Debtors (collectively, the "**Claims Register**").

3.  On August 11, 2020, the Debtors filed their schedules of assets and liabilities and statements of financial affairs [D.I. 964-1023], which were subsequently amended on November 21, 2020 [D.I. 1824, 1826-1880, 1882, 1884-1886, 1889] and on April 14, 2021 [D.I. 3892, 3893, 3894, 3895, 3896] (collectively, the "**Schedules**").

4.  On June 10, 2021, the Court entered the *Order (i) Confirming Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of The Hertz Corporation and its Debtor Affiliates and (ii) Granting Related Relief* [D.I. 5261] (such underlying chapter 11 plan, the "**Plan**").[3] The Plan became effective on June 30, 2021, and the Debtors became the Reorganized Debtors as of the Effective Date. Pursuant to Section VII.E of the Plan, the Reorganized Debtors may adjust or expunge from the Claims Register any claims that have been paid or satisfied without further action, order, or approval of the Court.

---

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan [D.I. 5261].

2

5.  The Claims Register, as prepared and maintained by Prime Clerk, shows that over 15,600 proofs of claim have been filed in the Chapter 11 Cases.

6.  In the ordinary course of business, the Debtors maintained books and records (the "**Books and Records**") that reflect, among other things, the nature and amount of the liabilities owed to their creditors. The Reorganized Debtors, with the assistance of their advisors, have actively begun reviewing and reconciling proofs of claim with the Schedules and Books and Records, to determine the validity of such proofs of claims.

## CLAIMS SATISFIED

7.  As a result of the Reorganized Debtors' and their advisors' review of the proofs of claims filed in these Chapter 11 Cases, the Reorganized Debtors have determined that the Satisfied Claims, listed on **Schedule 1** attached to this Notice as filed with the Court, have been satisfied in full.

8.  Accordingly, the Reorganized Debtors intend to designate on the Claims Register the Satisfied Claims listed on **Schedule 1** as having been satisfied in full. Specifically, some of the Claims have been satisfied in full by payments made prior to the Petition Date on such date as described in **Schedule 1**. Additionally, some other Claims were obligations that arose after the petition date after and have been satisfied in full by payments made after the Petition Date on such date as described in **Schedule 1**. As a result, the Debtors submit that all amounts due and owing as described in the Claim to each of the Claimants have been satisfied in full.

9.  Out of an abundance of caution, the Reorganized Debtors will serve this Notice on all Satisfied Claimants to provide them with an opportunity to submit a Response (as defined below), if any, to the Reorganized Debtors' determination that such Satisfied Claims have been fully satisfied.

**Responses to this Notice**

10. <u>Filing and Service of Responses</u>: Any Satisfied Claimant who disputes the Reorganized Debtors' determination that its Satisfied Claim has been satisfied in full must file and serve a written response (a "**Response**") so that it is actually received by the Clerk of the Court and the parties in the following paragraph no later than **4:00 p.m. (ET) on January 26, 2022** (the "**Response Deadline**").

11. Each Response must be filed and served upon the following entities at the following addresses: (a) Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801; (b) White & Case LLP, (i) 555 S. Flower Street, Suite 2700, Los Angeles, CA 90071, Attn: Ronald Gorsich, Esq. and Doah Kim, Esq. (emails: rgorsich@whitecase.com; doah.kim@whitecase.com) and (ii) 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Laura Baccash, Esq. (email: laura.baccash@whitecase.com); and (c) Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: John H. Knight, Esq. and Brett M. Haywood, Esq. (emails: knight@rlf.com; haywood@rlf.com).

12. Content of Responses: Each Response to this Notice must, at a minimum, contain the following information:

    i. a caption setting forth the name of the Court, the name of the Reorganized Debtors, the case number, and the title of this Notice;

    ii. the name of the Satisfied Claimant, the claim number, and a description of the basis for the amount of the Satisfied Claim that the Satisfied Claimant is contesting has not been satisfied, if applicable;

    iii. the specific factual basis and supporting legal argument upon which the party will rely in opposing this Notice;

    iv. all documentation and other evidence in support of the Satisfied Claim, not previously filed with the Court or Prime Clerk, upon which the claimant will rely in opposing this Notice; and

4

RLF1 26592097v.1

   v.  the name, address, telephone number, fax number and/or email address of the person(s) (which may be the Satisfied Claimant or the Satisfied Claimant's legal representative) with whom counsel for the Reorganized Debtors should communicate with respect to the Satisfied Claim or the Notice.

13. <u>Timely Response Required; Hearing; Replies</u>: If a Response is properly and timely filed and served in accordance with the above procedures, the Reorganized Debtors will determine whether there is a basis upon which to sustain the Satisfied Claimant's assertion that its Satisfied Claim has not in fact been satisfied. In the event the parties are unable to reach a resolution, the Reorganized Debtors may schedule a hearing on the Satisfied Claim.

14. The Reorganized Debtors reserve the right to contest any new assertions of liability against the Reorganized Debtors made by Satisfied Claimants with respect to their Satisfied Claims.

15. If a Satisfied Claimant fails to timely file a Response by the Response Deadline, (a) the Satisfied Claimant is deemed to have consented to this Notice and the Reorganized Debtors' determination with respect to its Satisfied Claim, as set forth herein, and (b) Prime Clerk shall immediately, and without further notice to any party (including the Satisfied Claimant), mark such Satisfied Claim as fully satisfied on the Claims Register.

## RESERVATION OF RIGHTS

16. The Reorganized Debtors expressly reserve all of their rights with regard to the Satisfied Claims, including, but not limited to, the rights to amend, modify, or supplement this Notice and the exhibits, to the extent necessary, or to otherwise object to the Satisfied Claims.

Dated: January 5, 2022

/s/ Brett M. Haywood
**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Brett M. Haywood (No. 6166)
J. Zachary Noble (No. 6689)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Collins@rlf.com
Knight@rlf.com
Haywood@rlf.com
Noble@rlf.com
—and—

**WHITE & CASE LLP**

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:    (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
David M. Turetsky (admitted *pro hac vice*)
Andrea Amulic (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 819-8200
cshore@whitecase.com
david.turetsky@whitecase.com
andrea.amulic@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, IL 60606
Telephone:    (312) 881-5400
jzakia@whitecase.com
laura.baccash@whitecase.com

Ronald K. Gorsich (admitted *pro hac vice*)
Aaron Colodny (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:    (213) 620-7700
rgorsich@whitecase.com
aaron.colodny@whitecase.com
doah.kim@whitecase.com
*Co-Counsel to the Reorganized Debtors*

## Schedule 1

**Schedule of Fully Satisfied Claims**

| # | Name of Claimant | Date Claim Filed | Debtor Name | Claim Number | Claim Amount[1] | Reason For Satisfaction |
|---|---|---|---|---|---|---|
| 1 | ABM PARKING SERVICE ATTN: MASON & O'FARRELL GARAGE 2416-5613 325 MASON STREET SAN FRANCISCO, CA 94102 | 10/19/2020 | The Hertz Corporation | 8876 | $0.00 (S) 0.00 (A) 3,250.00 (P) 0.00 (U) $3,250.00 (T) | Claim No. 8876 was satisfied in full by the payment made on October 28, 2020 via payment no. 10082489. |
| 2 | ASSA ABLOY ENTRANCE SYSTEMS MICHERRA D MARSHALL 1900 AIRPORT ROAD MONROE, NC 28110 | 7/24/2020 | The Hertz Corporation | 2943 | $0.00 (S) 0.00 (A) 0.00 (P) Unliquidated (U) $0.00 (T) | Claim No. 2943 was satisfied in full by the payments made between April 24, 2018 and June 4, 2019 via multiple payments. |
| 3 | AVECSHARES WAIKIKI LLC THEODORE D.C. YOUNG, ESQ. CADES SCHUTTE LLP 1000 BISHOP STREET, SUITE 1200 HONOLULU, HI 96813 | 10/19/2020 | The Hertz Corporation | 10547 | $0.00 (S) 28,582.30 (A) 0.00 (P) 0.00 (U) $28,582.30 (T) | Claim No. 10547 was satisfied in full by the payment made on July 16, 2020 via payment no. 57149. |
| 4 | CASA FORD, INC 5815 MONTANA AVE. EL PASO, TX 79925 | 10/10/2020 | The Hertz Corporation | 6137 | $0.00 (S) 0.00 (A) 314.50 (P) 0.00 (U) $314.50 (T) | Claim No. 6137 was satisfied in full by the payment made on December 8, 2020 via Pcard. |
| 5 | CHEON, JUNG 3253 CASEY DR. UNIT 201 LAS VEGAS, NV 89120 | 10/13/2020 | The Hertz Corporation | 6364 | $0.00 (S) 0.00 (A) 350.00 (P) 0.00 (U) $350.00 (T) | Claim No. 6364 was satisfied in full by the payment made on April 15, 2016 via payment no. 8853095. |
| 6 | CITY OF THE VILLAGE 2304 MANCHESTER DR THE VILLAGE, OK 73120 | 9/24/2020 | The Hertz Corporation | 4433 | $0.00 (S) 0.00 (A) 0.00 (P) 211.38 (U) $211.38 (T) | Claim nos. 4433 was satisfied in full by the payments made on October 13, 2020 and October 20, 2020 via payment nos. 902968 and 889675. |
| 7 | DREAMTECH INTERNATIONAL INC 101-08 43 AVENUE CORONA, NY 11368 | 8/4/2020 | The Hertz Corporation | 3245 | $0.00 (S) 0.00 (A) 0.00 (P) 496.80 (U) $496.80 (T) | Claim No. 3245 was satisfied in full by the payment made on January 4, 2019 via payment no. 517661. |
| 8 | EDWARDS AND SONS EQUIPMENT SERVICE INC 3573 VINEYARD AVENUE PLEASANTON, CA 94566 | 10/19/2020 | The Hertz Corporation | 9332 | $0.00 (S) 0.00 (A) 0.00 (P) 1,052.15 (U) $1,052.15 (T) | Claim No. 9332 was satisfied in full by the payment made on February 4, 2021 via payment no. 630669. |

| # | Name of Claimant | Date Claim Filed | Debtor Name | Claim Number | Claim Amount[1] | Reason For Satisfaction |
|---|---|---|---|---|---|---|
| 9 | EUROPEAN TRAVEL ADVISORS LLC<br>43709 LISBON WAY<br>PALM DESERT, CA 92211 | 10/16/2020 | The Hertz Corporation | 7159 | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>3,720.00 (U)<br>$3,720.00 (T) | Claim nos. 7159 was satisfied in full by the payments made on February 20, 2019 and May 22, 2019 via payment nos. 9888942 and 9921893. |
| 10 | FAIR HARBOR CAPITAL LLC AS TRANSFEREE OF ANDYS AUTO BODY OF ALTON INC<br>ATTN: FREDRIC GLASS<br>ANSONIA FINANCE STATION<br>PO BOX 237036<br>NEW YORK, NY 10023 | 10/20/2020 | The Hertz Corporation | 9503 | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>15,590.50 (U)<br>$15,590.50 (T) | Claim No. 9503 was satisfied in full by the payments made between August 30, 2018 and February 20, 2019 via multiple payments. |
| 11 | FITZ IT AUTO CARE<br>2622 OLD LEBANON RD<br>NASHVILLE, TN 37214 | 10/1/2020 | The Hertz Corporation | 4993 | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>4,094.72 (U)<br>$4,094.72 (T) | Claim No. 4993 was satisfied in full by the payment made on October 6, 2020 via Pcard. |
| 12 | HEURLIN, BILL<br>1199 S ST. PAUL STREET<br>DENVER, CO 80210 | 10/13/2020 | Hertz Global Holdings, Inc. | 6369 | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>850.00 (U)<br>$850.00 (T) | Claim No. 6369 was satisfied in full by the payment made on April 14, 2020 via direct deposit. |
| 13 | HILO COLLISION CENTER<br>9360 E 9TH ST<br>RANCHO CUCAMONGA, CA 91730 | 6/27/2020 | The Hertz Corporation | 1745 | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>974.30 (U)<br>$974.30 (T) | Claim No. 1745 was satisfied in full by the payment made on January 22, 2020 via payment no. 10020204. |
| 14 | HILO COLLISION CENTER<br>9360 E 9TH ST<br>RANCHO CUCAMONGA, CA 91730 | 6/27/2020 | The Hertz Corporation | 1758 | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>600.20 (U)<br>$600.20 (T) | Claim No. 1758 was satisfied in full by the payment made on December 3, 2019 via payment no. 10002569. |
| 15 | HILO COLLISION CENTER<br>9360 E 9TH ST<br>RANCHO CUCAMONGA, CA 91730 | 6/27/2020 | The Hertz Corporation | 1789 | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>386.40 (U)<br>$386.40 (T) | Claim No. 1789 was satisfied in full by the payment made on January 22, 2020 via payment no. 10020204. |
| 16 | J.D.K. LLC<br>ATTN: KENNETH W. NOVAK<br>4182 S. UNIVERSITY DRIVE<br>DAVIE, FL 33328 | 6/18/2020 | The Hertz Corporation | 1441 | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>3,933.85 (U)<br>$3,933.85 (T) | Claim No. 1441 was satisfied in full by the payment made on October 16, 2020 via payment no. 610179. |

| # | Name of Claimant | Date Claim Filed | Debtor Name | Claim Number | Claim Amount[1] | Reason For Satisfaction |
|---|---|---|---|---|---|---|
| 17 | JASSO RODRIGUEZ, EDSON ENRIQUE PROVITUR ADMINISTRADORES 5417 ZAPOPAN 45037 MEXICO | 7/13/2020 | The Hertz Corporation | 2425 | $0.00 (S) 0.00 (A) 766.75 (P) 0.00 (U) $766.75 (T) | Claim No. 2425 was satisfied in full by the payment made on February 3, 2015 via payment no. 933939. |
| 18 | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC AS TRANSFEREE OF BGPS ALARM ATTN: GENERAL COUNSEL 520 MADISON AVENUE, THIRD FLOOR NEW YORK, NY 10022 | 10/19/2020 | The Hertz Corporation | 9351 | $0.00 (S) 0.00 (A) 0.00 (P) 4,169.94 (U) $4,169.94 (T) | Claim No. 9351 was satisfied in full by the payment made on December 31, 2020 via payment no. 624354. |
| 19 | KITMAN, LORRAINE 841 PEARL DRIVE ARROYO GRANDE, CA 93420 | 8/7/2020 | The Hertz Corporation | 3054 | $0.00 (S) 0.00 (A) 0.00 (P) 4,350.00 (U) $4,350.00 (T) | Claim No. 3054 was satisfied in full by the payment made on February 11, 2020 via payment no. 561588. |
| 20 | MARIO'S SERVICE CENTER, INC 977 BROADWAY REVERE, MA 02151 | 10/11/2020 | The Hertz Corporation | 6063 | $0.00 (S) 0.00 (A) 0.00 (P) 27,645.10 (U) $27,645.10 (T) | Claim No. 6063 was satisfied in full by the payment made on June 4, 2019 via payment no. 463822. |
| 21 | MOHSIN, MUSTAFA D 4414 S ATHERTON DR #34 APT34 TAYLORSVILLE, UT 84123 | 10/5/2020 | The Hertz Corporation | 6436 | $0.00 (S) 0.00 (A) 0.00 (P) 1,836.00 (U) $1,836.00 (T) | Claim No. 6436 was satisfied in full by the payment made on April 30, 2020 via direct deposit. |
| 22 | NU WAY HAND WASH, INC. 123 W DUARTE RD MONROVIA, CA 91016 | 7/23/2020 | The Hertz Corporation | 2919 | $0.00 (S) 0.00 (A) Unliquidated (P) 1,786.92 (U) $1,786.92 (T) | Claim No. 2919 was satisfied in full by the payment made on July 19, 2020 via payment no. 10061687. |
| 23 | SUPERGLASS WINDSHIELD REPAIR PO BOX 2072 SOUTHAVEN, MS 38671 | 10/14/2020 | The Hertz Corporation | 7120 | $0.00 (S) 0.00 (A) 0.00 (P) 5,075.00 (U) $5,075.00 (T) | Claim No. 7120 was satisfied in full by the payments made between November 15, 2019 - January 31, 2020 via multiple payments. |
| 24 | TYLER, MARQUIA 7816 WADSWORTH AVE LOS ANGELES, CA 90001 | 6/9/2020 | The Hertz Corporation | 669 | $0.00 (S) 0.00 (A) 0.00 (P) 1,050.00 (U) $1,050.00 (T) | Claim No. 669 was satisfied in full by the payment made on May 23, 2018 via payment no. 9787769. |

| # | Name of Claimant | Date Claim Filed | Debtor Name | Claim Number | Claim Amount[1] | Reason For Satisfaction |
|---|---|---|---|---|---|---|
| 25 | WENDELIN MAJERCZAK<br>128 E BROOKFIELD AVE<br>MOUNT PROSPECT, IL 60056 | 10/19/2020 | The Hertz Corporation | 10730 | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>2,497.00 (U)<br>$2,497.00 (T) | Claim No. 10730 was satisfied in full by the payment made on May 23, 2018 via payment no. 9787769. |
| 26 | WENZLER, JAMES C<br>7503 LOY RD<br>ARENA, WI 53503-9251 | 10/17/2020 | The Hertz Corporation | 7302 | $0.00 (S)<br>0.00 (A)<br>697.99 (P)<br>0.00 (U)<br>$697.99 (T) | Claim No. 7302 was satisfied in full by the payment made on February 16, 2017 via payment no. 9616727. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

FROM: Lorraine Kitman
841 Pearl Drive
Arroyo Grande, CA 93420

TO: Office of the Clerk of the United States Bankruptcy Court for the District of Delaware
824 North Market St, 3rd Floor
Wilmington, DE 19801