**Exhibit 1**

**Severance Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW) |

### DECLARATION OF MICHAEL A. SEVERANCE
### IN SUPPORT OF REORGANIZED DEBTOR'S MOTION TO SEAL

I, Michael A. Severance, declare:

1.  I am Vice President, Fleet, Americas of The Hertz Corporation and have served in this capacity since November 1, 2017. I am responsible for, among other things, overall fleet management, including short and long term fleet planning, matching supply and demand with fleet distribution, and vehicle control. Unless stated otherwise, all facts in this Declaration are based upon my personal knowledge, review of relevant documents, or my opinion based upon experience, knowledge, and information concerning the operations of the Reorganized Debtor.

2.  I am authorized to submit this Declaration on behalf of the Reorganized Debtor. If requested, I am able to testify competently to the facts set forth in this Declaration.

3.  I understand that the Court requested, and the Reorganized Debtor provided, certain facts regarding the number of Hertz's annual car rentals, police reports, and related information. I believe that if this information were made public, it would likely cause substantial injury to Hertz.

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("**RCIH**") are 2459. The location of the Reorganized Debtor's service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its reorganized debtors (the "**Reorganized Debtors**") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

The information has never been publicly disclosed, is commercially sensitive, and would likely be used by Hertz's competitors to damage Hertz's standing in the market or gain a competitive advantage.

4. While Hertz releases various financial and operational metrics in its public filings, it does not disclose its total number of annual car rentals. The release of this core metric would provide Hertz's competitors with insight into Hertz's operations and impart a competitive advantage. In particular, knowledge of this number would allow Hertz's competitors to use this metric with the other metrics Hertz releases to gain insights into key segments.

5. The number and categories of police reports that Hertz issues on an annual basis is both confidential and proprietary, as it relates to and is used to develop Hertz's internal policies for tracking and maintaining its inventory. Moreover, this data, like the number of phone calls that Hertz's customer service centers receive each year, is highly sensitive, as it concerns Hertz's customer relations. If made publicly available, this information would likely be exploited by Hertz's competitors to damage Hertz's standing among customers and in the industry because Hertz (and the public) lacks similar information regarding its competitors. It also would allow Hertz's competitors to extrapolate information regarding Hertz's risk tolerance, risk management, loss prevention protocols, and other proprietary information regarding how Hertz manages its fleet.

6. Additionally, these data points all relate to core business operations and functions. In particular, fleet management, vehicle control, and loss prevention are all key aspects of Hertz's business model, as I believe they are for all rental car companies. If Hertz's competitors were to acquire the data mentioned above, they would gain valuable insight into several core operations within Hertz's business, allowing them potentially to improve on their own operations and use such knowledge to out-compete Hertz.

3

7.     The public disclosure of the number and categories of police reports that Hertz issues on an annual basis would also unfairly prejudice Hertz because, to my knowledge, none of Hertz's competitors has ever released this information.  Accordingly, release of this information would create an asymmetry in which Hertz's competitors could use this confidential and sensitive information to tarnish Hertz and gain a competitive advantage over Hertz.  Hertz, by contrast, would have no ability to defend itself or obtain a similar advantage, because Hertz has no visibility into its competitors' data.

8.     To be clear, Hertz is not afraid of mere "embarrassment" from the release of this information.  Rather, Hertz's competitors' ability to use this key information against Hertz while being shielded from having their own data used in a similar way against them would leave Hertz at an unfair and substantial competitive disadvantage.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 4, 2022.

                                                */s/ Michael A. Severance*
                                                Michael A. Severance