# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW) |

**NOTICE OF *AMENDED*[2] AGENDA FOR VIDEO HEARING SCHEDULED FOR FEBRUARY 9, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[3]**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
https://debuscourts.zoomgov.com/meeting/register/vJItf-6uqzorHPVZ6bs36sb4aytsZFuI338

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**I.     RESOLVED MATTERS:**

1. Reorganized Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Certain (i) Cross-Debtor Duplicate Claims, and (ii) Substantive Duplicate Claims [Docket No. 189 – filed December 6, 2021]

    Objection/Response Deadline:    January 26, 2022 at 4:00 p.m. (ET)

---

[1]     The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the Reorganized Debtor's service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its reorganized debtors (the "Reorganized Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

[2]     **Amended agenda items appear in bold.**

[3]     All motions and other pleadings referenced herein are available online at the following address: https://restructuring.primeclerk.com/hertz.

Objections/Responses Received:    None.

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Regarding Reorganized Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Certain (i) Cross-Debtor Duplicate Claims, and (ii) Substantive Duplicate Claims [Docket No. 297 – filed January 26, 2022]

ii. Certificate of No Objection Regarding Reorganized Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Certain (i) Cross-Debtor Duplicate Claims, and (ii) Substantive Duplicate Claims [Docket No. 302 – filed January 31, 2022]

iii. Order Sustaining Reorganized Debtors' Twenty-Fifth Omnibus (Substantive) Objection to Certain (i) Cross-Debtor Duplicate Claims, and (ii) Substantive Duplicate Claims [Docket No. 303 – entered January 31, 2022]

Status: On January 31, 2022, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

2. Reorganized Debtor's Fourth Motion for Entry of an Order Extending the Deadline by Which Reorganized Debtor May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9027 and 9006 [Docket No. 204 – filed December 12, 2021]

Objection/Response Deadline:    December 27, 2021 at 4:00 p.m. (ET)

Objections/Responses Received:    None.

Related Documents:

i. Certification of No Objection Regarding Reorganized Debtor's Fourth Motion for Entry of an Order Extending the Deadline by Which Reorganized Debtor May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9027 and 9006 [Docket No. 247 – filed January 4, 2022]

ii. Fourth Order Extending the Deadline By Which Reorganized Debtor May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9027 and 9006 [Docket No. 254 – entered January 5, 2022]

Status: On January 5, 2022, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary

3. Reorganized Debtor's Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan of Reorganization [Docket No. 218 – filed December 22, 2021]

Objection/Response Deadline:    January 5, 2022 at 4:00 p.m. (ET)

  Objections/Responses Received:  None.

  Related Documents:

  i. Certification of No Objection Regarding Reorganized Debtor's Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan of Reorganization [Docket No. 263 – filed January 6, 2022]

  ii. Order Extending the Deadline to Object to Administrative Claims Under the Plan of Reorganization [Docket No. 266 – entered January 7, 2022]

  Status: On January 7, 2022, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary

4. Motion of CBS Broadcasting Inc. Pursuant to Fed. R. Bankr. P. 2018(a) to Intervene for the Limited Purpose of Objecting to Reorganized Debtor's Motion for Entry of an Order Authorizing Reorganized Debtor to File Under Seal Certain Confidential Information [Docket No. 258 – filed January 6, 2022]

  Objection/Response Deadline:  January 20, 2022 at 4:00 p.m. (ET)

  Objections/Responses Received:

  A. Informal comments received from the Reorganized Debtor

  Related Documents:

  i. Certification of Counsel re: Revised [Proposed] Order Granting Motion of CBS Broadcasting Inc. Pursuant to Fed. R. Bankr. P. 2018(a) to Intervene for the Limited Purpose of Objecting to Reorganized Debtor's Motion for Entry of an Order Authorizing Reorganized Debtor to File Under Seal Certain Confidential Information [Docket No. 293 – filed January 21, 2022]

  ii. Order Granting Motion of CBS Broadcasting Inc. Pursuant to Fed. R. Bankr. P. 2018(a) to Intervene for the Limited Purpose of Objecting to Reorganized Debtor's Motion for Entry of an Order Authorizing Reorganized Debtor to File Under Seal Certain Confidential Information [Docket No. 294 – entered January 24, 2022]

  Status: On January 24, 2022, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary

5. Claimants' Motion for Entry of a Protective Order and Granting Related Relief [Docket No. 278 – filed January 14, 2022]

  Objection/Response Deadline:  January 28, 2022 at 4:00 p.m. (ET)

Objections/Responses Received:

A. Reservation of Rights Regarding Claimants' Motion for Entry of a Protective Order and Granting Related Relief [Docket No. 301 – filed January 28, 2022]

Related Documents:

i. Certification of Counsel and of No Objection to Claimants' Motion for Entry of a Protective Order and Granting Related Relief [Docket No. 314 – filed February 2, 2022]

ii. Order Granting Claimants' Motion for Entry of a Protective Order and Granting Related Relief [Docket No. 317 – entered February 3, 2022]

Status: On February 3, 2022, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary

## II. CONTINUED MATTER:

6. Kina Hart Motion for (i) Relief from Confirmation Order Pursuant Fed. R. Bankr. R. 9024 and/or a Declaration the Plan Injunction Does Not Apply (ii) to Reinstate Claim, Permit Late Filing of Proof of Claim, and (iii) for Relief to Permit Resumption of Personal Injury Litigation [Docket No. 226 – filed December 29, 2021]

Objection/Response Deadline: January 19, 2022 at 4:00 p.m. (ET); extended by agreement for the Reorganized Debtor to February 18, 2022 at 4:00 p.m. (ET)

Objections/Responses Received: None at this time.

Related Documents: None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for March 8, 2022 at 10:30 a.m. (ET).

## III. MATTERS SUBMITTED UNDER CERTIFICATION:

7. False Police Report Claimants' Precautionary Motion for an Order Extending the Deadline to File Amended Proofs of Claim for Certain Group 2 Claimants [Docket No. 283 – filed January 19, 2022]

Objection/Response Deadline: February 2, 2022 at 4:00 p.m. (ET)

Objections/Responses Received:

A. Informal comments received from the Reorganized Debtor

Related Documents:

i. Scheduling Order Regarding Certain False Police Report Proofs of Claims [Docket No. 187 – entered December 6, 2021]

ii. Certification of Counsel and of No Objection to False Police Report Claimants' Precautionary Motion for an Order Extending the Deadline to File Amended Proofs of Claim for Certain "Group 2" Claimants [Docket No. 326 – filed February 7, 2022]

iii. **Order Extending the Deadline to File Amended Proofs of Claim for Certain Group 2 Claimants [Docket No. 330 – entered February 7, 2022]**

Status: **On February 7, 2022, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary.**

8. Supplemental Motion for an Order Extending the Deadline for Group 3 False Police Report Claimant to File Declaration in Support of Proof of Claim [Docket No. 284 – filed January 19, 2022]

   Objection/Response Deadline:    February 2, 2022 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A. Informal comments received from the Reorganized Debtor

   Related Documents:

   i. Scheduling Order Regarding Certain False Police Report Proofs of Claims [Docket No. 187 – entered December 6, 2021]

   ii. Order Extending the Deadline for Claimants to File Certain Declarations in Support of Proofs of Claim Under 11 U.S.C. § 105(a) and Bankruptcy Rule 9006 [Docket No. 238 – entered January 4, 2022]

   iii. Certification of Counsel and of No Objection to Supplemental Motion for an Order Extending the Deadline for Group 3 False Police Report Claimant to File Declaration in Support of Proof of Claim [Docket No. 327 – filed February 7, 2022]

   iv. **Order Extending the Deadline for Group 3 False Police Report Claimant to File Declaration in Support of Proof of Claim [Docket No. 331 – entered February 7, 2022]**

   Status: **On February 7, 2022, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary.**

## IV.    **MATTERS GOING FORWARD:**

9. Reorganized Debtor's Motion for Entry of an Order Authorizing Reorganized Debtor to File Under Seal Certain Confidential Information in the Reorganized Debtor's (a) Objection to Claimants' Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006, and (b) Objection to the False Arrest Claimants' Motion Pursuant to Bankruptcy Rule 9014 (i) to Apply Bankruptcy Rule 7023 and (ii) to Set a Discovery Schedule on the Putative Class Claims [Docket No. 219 – filed December 23, 2021]

   Objection/Response Deadline:      January 6, 2022 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A.    False Police Report Claimants' Objection to Reorganized Debtor's Motion to File Under Seal Certain Allegedly Confidential Information [Docket No. 257 – filed January 6, 2022]

   B.    Objection of CBS Broadcasting Inc. to Reorganized Debtor's Motion for Entry of an Order Authorizing Reorganized Debtor to File Under Seal Certain Confidential Information [Docket No. 259 – filed January 6, 2022]

   C.    United States Trustee's Objection to Claimants' Motion for Entry of an Order Authorizing Claimants to File Under Seal Allegedly Confidential Information Contained in (i) Claimants' Reply in Support of Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006; and (ii) Claimants' Reply in Support of Motion Pursuant to Bankruptcy Rule 9014 [Docket No. 279 – filed January 18, 2022]

   Related Documents:

   i.    Reorganized Debtor's Omnibus Reply in Support of Reorganized Debtor's Motion for Entry of an Order Authorizing Reorganized Debtor to File Under Seal Certain Confidential Information in the Reorganized Debtor's (a) Objection to Claimants' Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006, and (b) Objection to the False Arrest Claimants' Motion Pursuant to Bankruptcy Rule 9014 (i) to Apply Bankruptcy Rule 7023 and (ii) to Set a Discovery Schedule on the Putative Class Claims [Docket No. 321 – filed February 4, 2022]

   ii.    **[Sealed] Reorganized Debtor's Objection to Claimants' Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006 [Docket No. 214 – filed December 20, 2021]**

         a.    **Notice of Filing of Proposed Redacted Version of Reorganized Debtor's Objection to Claimants' Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006 [Docket No. 220 – filed December 23, 2021]**

      **iii.**    **[Sealed] Reorganized Debtor's Objection to the False Arrest Claimants' Motion Pursuant to Bankruptcy Rule 9014 (i) to Apply Bankruptcy Rule 7023 and (ii) to Set a Discovery Schedule on the Putative Class Claims [Docket No. 215 – filed December 20, 2021]**

          **a.**    **Notice of Filing of Proposed Redacted Version of Reorganized Debtor's Objection to the False Arrest Claimants' Motion Pursuant to Bankruptcy Rule 9014 (i) to Apply Bankruptcy Rule 7023 and (ii) to Set a Discovery Schedule on the Putative Class Claims [Docket No. 221 – filed December 23, 2021]**

Witness Information:

The Reorganized Debtor intends to offer testimony by declaration. To the extent live testimony is necessary, Michael A. Severance will be available to testify from his office in Estero, Florida.

Status: The hearing on this matter will go forward.

10.    Claimants' Motion for Entry of an Order Authorizing Claimants to File Under Seal Allegedly Confidential Information Contained in (i) Claimants' Reply in Support of Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006; and (ii) Claimants' Reply in Support of Motion Pursuant to Bankruptcy Rule 9014 [Docket No. 248 – filed January 4, 2022]

    Objection/Response Deadline:        January 18, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:

    A.    False Police Report Claimants' Objection to Reorganized Debtor's Motion to File Under Seal Certain Allegedly Confidential Information [Docket No. 257 – filed January 6, 2022]

    B.    United States Trustee's Objection to Claimants' Motion for Entry of an Order Authorizing Claimants to File Under Seal Allegedly Confidential Information Contained in (i) Claimants' Reply in Support of Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006; and (ii) Claimants' Reply in Support of Motion Pursuant to Bankruptcy Rule 9014 [Docket No. 279 – filed January 18, 2022]

    Related Documents:

    i.    Reorganized Debtor's Omnibus Reply in Support of Reorganized Debtor's Motion for Entry of an Order Authorizing Reorganized Debtor to File Under Seal Certain Confidential Information in the Reorganized Debtor's (a) Objection to Claimants' Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006, and (b) Objection to the False Arrest Claimants' Motion Pursuant to Bankruptcy Rule 9014 (i) to

Apply Bankruptcy Rule 7023 and (ii) to Set a Discovery Schedule on the Putative Class Claims [Docket No. 321 – filed February 4, 2022]

ii. **[Sealed] Claimants' Reply in Support of Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006 [Docket No. 228 – filed December 29, 2021]**

   a. **Notice of Filing of Proposed Redacted Version of Claimants' Reply in Support of Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006 [Docket No. 236 – filed January 3, 2022]**

iii. **[Sealed] Claimants' Reply in Support of Motion Pursuant to Bankruptcy Rule 9014 [Docket No. 230 – filed December 29, 2021]**

   a. **Notice of Filing of Proposed Redacted Version of Claimants' Reply in Support of Motion Pursuant to Bankruptcy Rule 9014 [Docket No. 234 – filed January 3, 2022]**

Status: The hearing on this matter will go forward.

Dated: February 8, 2022

*/s/ J. Zachary Noble*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Mark D. Collins (No. 2981) | Thomas E Lauria (admitted *pro hac vice*) |
| Robert J. Stearn, Jr. (No. 2915) | Matthew C. Brown (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | Cecilia Walker (admitted *pro hac vice*) |
| Cory D. Kandestin (No. 5025) | 200 South Biscayne Boulevard, Suite 4900 |
| Brett M. Haywood (No. 6166) | Miami, FL 33131 |
| J. Zachary Noble (No. 6689) | Telephone:    (305) 371-2700 |
| One Rodney Square | tlauria@whitecase.com |
| 920 N. King Street | mbrown@whitecase.com |
| Wilmington, DE 19801 | cecilia.walker@whitecase.com |
| Telephone:    (302) 651-7700 | |
| Facsimile:    (302) 651-7701 | J. Christopher Shore (admitted *pro hac vice*) |
| Collins@rlf.com | David M. Turetsky (admitted *pro hac vice*) |
| Stearn@rlf.com | Samuel P. Hershey (admitted *pro hac vice*) |
| Knight@rlf.com | 1221 Avenue of the Americas |
| Kandestin@rlf.com | New York, NY 10020 |
| Haywood@rlf.com | Telephone:    (212) 819-8200 |
| Noble@rlf.com | cshore@whitecase.com |
| —and— | david.turetsky@whitecase.com |
| | sam.hershey@whitecase.com |
| | |
| | Jason N. Zakia (admitted *pro hac vice*) |
| | Laura E. Baccash (admitted *pro hac vice*) |
| | 111 South Wacker Drive |
| | Chicago, IL 60606 |
| | Telephone:    (312) 881-5400 |
| | jzakia@whitecase.com |
| | laura.baccash@whitecase.com |
| | |
| | Ronald K. Gorsich (admitted *pro hac vice*) |
| | Aaron Colodny (admitted *pro hac vice*) |
| | Doah Kim (admitted *pro hac vice*) |
| | 555 South Flower Street, Suite 2700 |
| | Los Angeles, CA 90071 |
| | Telephone:    (213) 620-7700 |
| | rgorsich@whitecase.com |
| | aaron.colodny@whitecase.com |
| | doah.kim@whitecase.com |
| | |
| | *Co-Counsel to the Reorganized Debtors* |