**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>Ref. D.I. 190, 214, 228 & 236 |

**NOTICE OF FILING OF REVISED REDACTED VERSION OF
CLAIMANTS' REPLY IN SUPPORT OF MOTION TO DEEM CLAIMS TIMELY OR
FOR EXTENSION OF GENERAL BAR DATE UNDER RULES 3003(c) AND 9006**

**PLEASE TAKE NOTICE** that, on December 6, 2021, certain "Group 3" False Police Report Claimants (the "FPRC"), by and through their applicable undersigned counsel, filed the *Claimants' Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c)and 9006* [Docket No. 190] (the Motion").

**PLEASE TAKE FURTHER NOTICE** that, on December 20, 2021, RCIH filed the *Reorganized Debtor's Objection to Claimants' Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c)and 9006* [(Sealed) Docket No. 214].

**PLEASE TAKE FURTHER NOTICE** that, on December 29, 2021, the FPRC filed the *Claimants' Reply in Support of Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c)and 9006* [(Sealed) Docket No. 228] (the "Reply").

**PLEASE TAKE FURTHER NOTICE** that, on January 3, 2022, the FPRC filed the *Proposed Redacted Version of Claimants' Reply in Support of Motion to Deem Claims Timely*

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (the "Reorganized Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

ACTIVE.135530685.01

or for Extension of General Bar Date Under Rules 3003(c)and 9006 [Docket No. 236] (the "Proposed Redacted Reply"). Contemporaneously therewith, the FPRC filed the *Claimants' Motion for Entry of an Order Authorizing Claimants to File Under Seal Allegedly Confidential Information Contained in (I) Claimants' Reply in Support of Motion Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006; and (II) Claimants' Reply in Support of Motion Pursuant to Bankruptcy Rule 9014* [Docket No. 248] (the "Seal Motion").

**PLEASE TAKE FURTHER NOTICE** that the Seal Motion and a related motion by the above-captioned Reorganized Debtor were addressed at a hearing held on February 9, 2022, at which time the Court ruled that certain information in the Reply should be unsealed and certain information should remain sealed.

**PLEASE TAKE FURTHER NOTICE** that the FPRC hereby files a revised redacted version of the Reply consistent with the Court's ruling at the February 9, 2022, hearing, as **Exhibit I** hereto.

*[Signature Page Follows]*

Dated: February 10, 2022

| | |
|---|---|
| **FRANCIS ALEXANDER, LLC**<br>Francis Malofiy<br>280 N. Providence Road, Suite 1<br>Media, PA 19063<br>Telephone: (215) 500-1000<br>Facsimile: (215) 500-1005<br>Email: francis@francisalexander.com<br><br>**SUSMAN GODFREY LLP**<br>Justin A. Nelson (*pro hac vice*)<br>John P. Lahad (*pro hac vice*)<br>Taylor C. Hoogendoorn (*pro hac vice*)<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>Email: jnelson@susmangodfrey.com<br>         jlahad@susmangodfrey.com<br>         thoogendoorn@susmangodfrey.com | **FAEGRE DRINKER**<br>**BIDDLE & REATH LLP**<br><br>*/s/ Patrick A. Jackson*<br>Patrick A. Jackson (Bar No. 4976)<br>Ian J. Bambrick (Bar No. 5455)<br>Jaclyn C. Marasco (Bar No. 6477)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>Email:  patrick.jackson@faegredrinker.com<br>           ian.bambrick@faegredrinker.com<br>           jaclyn.marasco@faegredrinker.com |

*Co-Counsel for the False Police Report Claimants*