IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>Ref. D.I. 192, 215, 230 & 234 |

### NOTICE OF FILING OF UNREDACTED VERSION OF CLAIMANTS' REPLY IN SUPPORT OF MOTION PURSUANT TO BANKRUPTCY RULE 9014

**PLEASE TAKE NOTICE** that, on December 6, 2021, the False Police Report Claimants (the "FPRC"), by and through their applicable undersigned counsel, filed the *False Police Report Claimants' Motion Pursuant to Bankruptcy Rule 9014 (I) to Apply Rule 7023 and (II) to Set a Discovery Schedule on the Putative Class Claims* [Docket No. 192] (the Motion").

**PLEASE TAKE FURTHER NOTICE** that, on December 20, 2021, RCIH filed the *Reorganized Debtor's Objection to the False Arrest Claimants' Motion Pursuant to Bankruptcy Rule 9014 (I) to Apply Rule 7023 and (II) to Set a Discovery Schedule on the Putative Class Claims* [(Sealed) Docket No. 215].

**PLEASE TAKE FURTHER NOTICE** that, on December 29, 2021, the FPRC filed the *Claimants' Reply in Support of Motion Pursuant to Bankruptcy Rule 9014* [(Sealed) Docket No. 230] (the "Reply").

**PLEASE TAKE FURTHER NOTICE** that, on January 3, 2022, the FPRC filed the *Proposed Redacted Version of Claimants' Reply in Support of Motion Claimants' Reply in*

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (the "Reorganized Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

ACTIVE.135533481.01

*Support of Motion Pursuant to Bankruptcy Rule 9014* [Docket No. 234] (the "<u>Proposed Redacted Reply</u>"). Contemporaneously therewith, the FPRC filed the *Claimants' Motion for Entry of an Order Authorizing Claimants to File Under Seal Allegedly Confidential Information Contained in (I) Claimants' Reply in Support of Motion Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006; and (II) Claimants' Reply in Support of Motion Pursuant to Bankruptcy Rule 9014* [Docket No. 248] (the "<u>Seal Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that the Seal Motion and a related motion by the above-captioned Reorganized Debtor were addressed at a hearing held on February 9, 2022, at which time the Court ruled that the information in the Reply should be unsealed.

**PLEASE TAKE FURTHER NOTICE** that the FPRC hereby files the unredacted Reply consistent with the Court's ruling at the February 9, 2022, hearing, as **Exhibit I** hereto.

*[Signature Page Follows]*

ACTIVE.135533481.01

Dated: February 10, 2022

| | |
|---|---|
| **FRANCIS ALEXANDER, LLC**<br>Francis Malofiy<br>280 N. Providence Road, Suite 1<br>Media, PA 19063<br>Telephone: (215) 500-1000<br>Facsimile: (215) 500-1005<br>Email: francis@francisalexander.com<br><br>**SUSMAN GODFREY LLP**<br>Justin A. Nelson (*pro hac vice*)<br>John P. Lahad (*pro hac vice*)<br>Taylor C. Hoogendoorn (*pro hac vice*)<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>Email: jnelson@susmangodfrey.com<br>        jlahad@susmangodfrey.com<br>        thoogendoorn@susmangodfrey.com | **FAEGRE DRINKER**<br>**BIDDLE & REATH LLP**<br><br>*/s/ Patrick A. Jackson*<br>Patrick A. Jackson (Bar No. 4976)<br>Ian J. Bambrick (Bar No. 5455)<br>Jaclyn C. Marasco (Bar No. 6477)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>Email:  patrick.jackson@faegredrinker.com<br>           ian.bambrick@faegredrinker.com<br>           jaclyn.marasco@faegredrinker.com |

*Co-Counsel for the False Police Report Claimants*