IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>Ref. D.I. 332 |

**NOTICE OF FILING OF UNREDACTED VERSION OF GROUP 4B FALSE POLICE REPORT CLAIMANTS' MOTION FOR RELIEF FROM THE CONFIRMATION ORDER TO PURSUE CLAIMS OUTSIDE OF BANKRUPTCY OR, IN THE ALTERNATIVE, FOR EXTENSION OF GENERAL AND ADMINISTRATIVE BAR DATES UNDER RULES 3003(C) AND 9006(B) AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on February 7, 2022, the False Police Report Claimants (the "FPRC"), by and through their applicable undersigned counsel, filed the *Group 4b False Police Report Claimants' Motion for Relief from the Confirmation Order to Pursue Claims Outside of Bankruptcy or, in the Alternative, for Extension of General and Administrative Bar Dates under Rules 3003(c) and 9006(b) and Related Relief* [(Sealed) Docket No. 332] (the Motion").

**PLEASE TAKE FURTHER NOTICE** that after a hearing held on February 9, 2022, and after discussions with the Reorganized Debtor, it has been determined that the information contained in the Motion should be unsealed.

**PLEASE TAKE FURTHER NOTICE** that the FPRC hereby files the unredacted Motion consistent with the Court's ruling at the February 9, 2022, hearing, as **Exhibit I** hereto.

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (the "Reorganized Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

ACTIVE.135534987.01


Dated: February 10, 2022

| | |
|---|---|
| **FRANCIS ALEXANDER, LLC**<br>Francis Malofiy<br>280 N. Providence Road, Suite 1<br>Media, PA 19063<br>Telephone: (215) 500-1000<br>Facsimile: (215) 500-1005<br>Email: francis@francisalexander.com<br><br>**SUSMAN GODFREY LLP**<br>Justin A. Nelson (*pro hac vice*)<br>John P. Lahad (*pro hac vice*)<br>Taylor C. Hoogendoorn (*pro hac vice*)<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>Email: jnelson@susmangodfrey.com<br>        jlahad@susmangodfrey.com<br>        thoogendoorn@susmangodfrey.com | **FAEGRE DRINKER<br>BIDDLE & REATH LLP**<br><br>*/s/ Patrick A. Jackson*<br>Patrick A. Jackson (Bar No. 4976)<br>Ian J. Bambrick (Bar No. 5455)<br>Jaclyn C. Marasco (Bar No. 6477)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>Email:  patrick.jackson@faegredrinker.com<br>        ian.bambrick@faegredrinker.com<br>        jaclyn.marasco@faegredrinker.com |

*Co-Counsel for the False Police Report Claimants*