| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| David | Kim | Debtor | White & Case |
| Jeremy | Mishkin | ViacomCBS | Montgomery McCracken Walker & Rhoads |
| Gayle | Sproul | CBS | CBS |
| Anna Lisa | Lowenstein | HPS | |
| Erin | Rosenblum | CBS News | |
| Daniel | Gill | Bloomberg Law | |
| Chris | Shore | Debtor | White & Case |
| Vince | Sullivan | Law360 | |
| David | Turetsky | Debtor | White & Case |
| Gregory | Donilon | CBS Broadcasting Inc. | Montgomery McCracken Walker & Rhoads LLP |
| John | Lahad | False Police Report Claimants | Susman Godfrey LLP |
| Ronald | Gorsich | Debtor | White & Case |
| Andrea | Amulic | Debtor | White & Case |
| Andrew | Zatz | Debtor | White & Case |
| RJ | Szuba | Debtor | White & Case |
| Robert | Stearn | Hertz | Richards, Layton & Finger, P.A. |
| J. Zachary | Noble | Reorganized Debtor | Richards, Layton & Finger, P.A. |
| Justin | Nelson | False Police Claimants | Susman Godfrey |
| Michael | Severance | Hertz | Hertz |
| Linda | Richenderfer | UST | |
| Roberto | Kampfner | Debtor | White & Case |
| Taylor | Harrison | Debtwire | |
| Sam | Hershey | Debtor | White & Case |
| Alfred | Fluehr | False Police Report Plaintiffs | Francis Alexander LLC |
| Aaron | Colodny | Debtor | White & Case |
| Elihu | Allinson | Jamel LeBlanc | Sullivan Hazeltine Allinson, LLC |
| Laura | Baccash | Debtor | White & Case |
| Doah | Kim | Debtor | White & Case |
| Mark | Duedall | ServiceMaster Residential/Commercial Services Limited Partnership | Bryan Cave Leighton Paisner LLP |
| Patrick | Jackson | False Police Report Claimants | Faegre Drinker Biddle & Reath LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Susan | Grace | Debtor | White & Case |
| Jaclyn | Marasco | False Police Report Claimants | Faegre Drinker Biddle & Reath LLP |
| Brett | Haywood | Reorganized Debtors | Richards, Layton & Finger, P.A. |
| Thomas | Lauria | Debtor | White & Case |
| Mark | Hebbeln | Wells Fargo Bank, NA, as indenture trustee | Foley & Lardner LLP |
| Anna | Werner | News media | CBS News |
| Sean | Daly | Reorg | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Matt | Brown | Debtor | White & Case |
| Brian | Farnan | False Police Report Claimants | Farnan LLP |
| Cory | Kandestin | Debtor | Richards, Layton & Finger |
| Steven | Church | non party | |
| marissa | white | n/a | |
| Jason | Zakia | Debtor | White & Case |
| Ian | Bambrick | False Police Report Claimants | Faegre Drinker Biddle & Reath LLP |
| Gregory | Warren | Debtor | White & Case |
| Taylor | Hoogendoorn | False Police Report Claimants | Susman Godfrey LLP |