IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>Ref. D.I. 271 & 299 |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on February 9, 2022, the False Police Report Claimants, by and through undersigned counsel, caused a true and correct copy of *Group 3 & Group 4A Claimants' Preliminary Responses & Objections to Interrogatories Served Jan. 10 & 25, 2022* to be served upon the parties listed below in the manner indicated:

<u>**VIA EMAIL**</u>**:**

**RICHARDS, LAYTON & FINGER, P.A.**
Robert J. Stearn, Jr., Esq.
John H. Knight, Esq.
Cory D. Kandestin, Esq.
Brett M. Haywood, Esq.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Stearn@rlf.com
Knight@rlf.com
Kandestin@rlf.com
Haywood@rlf.com

<u>**VIA EMAIL**</u>:

**WHITE & CASE LLP**
J. Christopher Shore, Esq.
Samuel P. Hershey, Esq.
1221 Avenue of the Americas
New York, NY 10020
cshore@whitecase.com
sam.hershey@whitecase.com

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (the "Reorganized Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

ACTIVE.135480388.01

Dated: February 10, 2022

| | |
|---|---|
| **FRANCIS ALEXANDER, LLC** | **FAEGRE DRINKER BIDDLE & REATH LLP** |

**FRANCIS ALEXANDER, LLC**

Francis Malofiy
280 N. Providence Road, Suite 1
Media, PA 19063
Telephone: (215) 500-1000
Facsimile: (215) 500-1005
Email: francis@francisalexander.com

**SUSMAN GODFREY LLP**

Justin A. Nelson (*pro hac vice*)
John P. Lahad (*pro hac vice*)
Taylor C. Hoogendoorn (*pro hac vice*)
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Emails: jnelson@susmangodfrey.com
　　　　jlahad@susmangodfrey.com
　　　　thoogendoorn@susmangodfrey.com

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Jaclyn C. Marasco*
Patrick A. Jackson (Bar No. 4976)
Ian J. Bambrick (Bar No. 5455)
Jaclyn C. Marasco (Bar No. 6477)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Emails: patrick.jackson@faegredrinker.com
　　　　ian.bambrick@faegredrinker.com
　　　　jaclyn.marasco@faegredrinker.com

*Co-Counsel for the False Police Report Claimants*