IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>**Re:  D.I. 215, 219, 221, 257, 259, 279 & 321** |

**NOTICE OF FILING OF FINAL REDACTED VERSION
OF REORGANIZED DEBTOR'S OBJECTION TO CLAIMANTS' MOTION
PURSUANT TO BANKRUPTCY RULE 9014 (I) TO APPLY BANKRUPTCY RULE 7023
AND (II) TO SET A DISCOVERY SCHEDULE ON THE PUTATIVE CLASS CLAIMS**

PLEASE TAKE NOTICE that, on December 20, 2021, the above-captioned reorganized debtor (the "**Reorganized Debtor**") filed the *Reorganized Debtor's Objection to the False Arrest Claimants' Motion Pursuant to Bankruptcy Rule 9014 (i) to Apply Bankruptcy Rule 7023 and (ii) to Set a Discovery Schedule on the Putative Class Claims* [D.I. 215] (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, on December 23, 2021, the Reorganized Debtor filed the *Reorganized Debtor's Motion for Entry of an Order Authorizing Reorganized Debtor to File Under Seal Certain Confidential Information in the Reorganized Debtor's (a) Objection to Claimants' Motion to Deem Claims Timely or for Extension of General Bar Date Under Rules 3003(c) and 9006, and (b) Objection to the False Arrest Claimants' Motion*

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("**RCIH**") are 2459.  The location of RCIH's service address is 8501 Williams Road, Estero, FL 33928.  On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its reorganized debtor affiliates (the "**Reorganized Debtors**") other than RCIH's chapter 11 case.  Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

RLF1 26840895v.1

*Pursuant to Bankruptcy Rule 9014 (i) to Apply Bankruptcy Rule 7023 and (ii) to Set a Discovery Schedule on the Putative Class Claims* [D.I. 219] (the "**Seal Motion**") and a proposed redacted version of the Objection [D.I. 221].

PLEASE TAKE FURTHER NOTICE that, at a contested hearing held on February 9, 2022 regarding the Seal Motion, the Court denied in part and granted in part the relief sought therein, and directed the Reorganized Debtor to file a revised, final redacted form of the Objection consistent with the record made at the hearing.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtor hereby files, pursuant to the Court's direction and Rule 9018-1(d)(vi) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, the attached final redacted form of the Objection.

[*Remainder of page intentionally left blank*]

Dated: February 10, 2022

 /s/ J. Zachary Noble
**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
John H. Knight (No. 3848)
Cory D. Kandestin (No. 5025)
Brett M. Haywood (No. 6166)
J. Zachary Noble (No. 6689)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Collins@rlf.com
Stearn@rlf.com
Knight@rlf.com
Kandestin@rlf.com
Haywood@rlf.com
Noble@rlf.com
—and—

**WHITE & CASE LLP**

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
(305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
David M. Turetsky (admitted *pro hac vice*)
Samuel P. Hershey (admitted *pro hac vice*)
Erin Smith (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
cshore@whitecase.com
david.turetsky@whitecase.com
sam.hershey@whitecase.com
erin.smith@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, IL 60606
(312) 881-5400
jzakia@whitecase.com
laura.baccash@whitecase.com

Ronald K. Gorsich (admitted *pro hac vice*)
Aaron Colodny (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
(213) 620-7700
rgorsich@whitecase.com
aaron.colodny@whitecase.com
doah.kim@whitecase.com

*Co-Counsel to the Reorganized Debtor*