**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW) |

**NOTICE OF AGENDA FOR VIDEO HEARING SCHEDULED
FOR FEBRUARY 18, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME),
BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
https://debuscourts.zoomgov.com/meeting/register/vJIscOCqqjIiGvKMzMyNqQRhmJxNs10suHc

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**I.    CONTESTED MATTER GOING FORWARD:**

1.   Motion and Order for Admission *Pro Hac Vice* [for Francis Malofiy, Esq.] [Docket No. 308 – filed February 2, 2022] and Motion and Order for Admission *Pro Hac Vice* [for Alfred J. Fluehr, Esq.] [Docket No. 309 – filed February 2, 2022]

---

[1]    The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459.  The location of the Reorganized Debtor's service address is 8501 Williams Road, Estero, FL 33928.  On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (the "Reorganized Debtors") other than RCIH's chapter 11 case.  Commencing on September 28, 2021, all motions, notices and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

[2]    All motions and other pleadings referenced herein are available online at the following address: https://restructuring.primeclerk.com/hertz.

RLF1 26852446v.1

Objections/Responses Received:

A. Reorganized Debtor's Objection to Motion to Appear Pro Hac Vice of Francis Malofiy, Esq. and Alfred J. Fluehr, Esq. [Docket No. 329 – filed February 7, 2022]

Related Documents:

i. Notice of Special Purpose Hearing [Docket No. 346 – filed February 11, 2022]

ii. False Police Report Claimants' Reply in Support of the Motions for Admission of Francis Malofiy and Alfred J. Fluehr *Pro Hac Vice* [Docket No. 353 – filed February 14, 2022]

Status: The hearing on this matter will go forward.

Dated: February 16, 2022

 /s/ J. Zachary Noble

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Mark D. Collins (No. 2981) | Thomas E Lauria (admitted *pro hac vice*) |
| Robert J. Stearn, Jr. (No. 2915) | Matthew C. Brown (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | Cecilia Walker (admitted *pro hac vice*) |
| Cory D. Kandestin (No. 5025) | 200 South Biscayne Boulevard, Suite 4900 |
| Brett M. Haywood (No. 6166) | Miami, FL 33131 |
| J. Zachary Noble (No. 6689) | Telephone:    (305) 371-2700 |
| One Rodney Square | tlauria@whitecase.com |
| 920 N. King Street | mbrown@whitecase.com |
| Wilmington, DE 19801 | cecilia.walker@whitecase.com |
| Telephone:    (302) 651-7700 | |
| Facsimile:    (302) 651-7701 | J. Christopher Shore (admitted *pro hac vice*) |
| Collins@rlf.com | David M. Turetsky (admitted *pro hac vice*) |
| Stearn@rlf.com | Samuel P. Hershey (admitted *pro hac vice*) |
| Knight@rlf.com | 1221 Avenue of the Americas |
| Kandestin@rlf.com | New York, NY 10020 |
| Haywood@rlf.com | Telephone:    (212) 819-8200 |
| Noble@rlf.com | cshore@whitecase.com |
| —and— | david.turetsky@whitecase.com |
| | sam.hershey@whitecase.com |
| | |
| | Jason N. Zakia (admitted *pro hac vice*) |
| | Laura E. Baccash (admitted *pro hac vice*) |
| | 111 South Wacker Drive |
| | Chicago, IL 60606 |
| | Telephone:    (312) 881-5400 |
| | jzakia@whitecase.com |
| | laura.baccash@whitecase.com |
| | |
| | Ronald K. Gorsich (admitted *pro hac vice*) |
| | Aaron Colodny (admitted *pro hac vice*) |
| | Doah Kim (admitted *pro hac vice*) |
| | 555 South Flower Street, Suite 2700 |
| | Los Angeles, CA 90071 |
| | Telephone:    (213) 620-7700 |
| | rgorsich@whitecase.com |
| | aaron.colodny@whitecase.com |
| | doah.kim@whitecase.com |
| | |
| | *Co-Counsel to the Reorganized Debtors* |