IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Rental Car Intermediate Holdings, LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11247 (MFW)<br><br>**Re: D.I. 352, 354 & 365** |

**ORDER EXTENDING REORGANIZED DEBTOR'S DEADLINE RELATED TO FILING UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION IN THE DECLARATION OF SAMUEL P. HERSHEY IN SUPPORT OF THE REORGANIZED DEBTOR'S PRELIMINARY SUPPLEMENTAL OBJECTION TO (I) CLAIMANTS' MOTION TO DEEM CLAIMS TIMELY OR FOR EXTENSION OF GENERAL BAR DATE UNDER RULES 3003(C) AND 9006 AND (II) GROUP 4 FALSE POLICE REPORT CLAIMANTS' MOTION FOR RELIEF FROM THE CONFIRMATION ORDER TO PURSUE CLAIMS OUTSIDE OF BANKRUPTCY OR, IN THE ALTERNATIVE, FOR EXTENSION OF GENERAL AND ADMINISTRATIVE BAR DATES UNDER RULES 3003(C) AND 9006(B) AND RELATED RELIEF**

Upon the Certification of Counsel[2] submitted by the Reorganized Debtor, with the agreement of the False Police Report Claimants, for an order under section 105(a) of the Bankruptcy Code and Local Rule 9018-1 authorizing the Reorganized Debtor to file under seal those portions of the Hershey Declaration containing the Confidential Information, all as more fully set forth in the Certification of Counsel; and the Court having reviewed the Certification of Counsel; and after due deliberation and sufficient cause appearing therefor,

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("**RCIH**") are 2459. The location of RCIH's service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its reorganized debtor affiliates (the "**Reorganized Debtors**") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Certification of Counsel.

RLF1 26874139v.1

IT IS HEREBY ORDERED THAT:

1. The Reorganized Debtor's deadline to file a proposed redacted version of the Hershey Declaration and related motion to seal, if necessary, is hereby extended through and including February 24, 2022.

2. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. The Reorganized Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: February 18th, 2022
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

RLF1 26874139v.1