**<u>EXHIBIT I</u>**

**Unsealed Exhibits B & C to Supplemental Brief**

# EXHIBIT B

## Marasco Declaration

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Rental Car Intermediate Holdings, LLC,[1] | Case No. 20-11247 (MFW) |
| Reorganized Debtor. | |

**DECLARATION OF JACLYN C. MARASCO IN SUPPORT OF
GROUP 3 AND GROUP 4 FALSE POLICE REPORT CLAIMANTS' SUPPLEMENTAL
BRIEF REGARDING "KNOWN CREDITOR" STATUS (INDIVIDUAL CONTACTS)**

I, Jaclyn C. Marasco, hereby declare under penalty of perjury as follows:

1.     I am an attorney with the law firm, Faegre Drinker Biddle & Reath LLP.

2.     I submit this declaration (this "Declaration") in support of the *Group 3 and Group 4 False Police Report Claimants' Supplemental Brief Regarding "Known Creditor" Status (Individual Contacts)* (the "Supplemental Brief").[2]

3.     Unless otherwise stated, all statements in this Declaration are based upon my personal knowledge. If called to testify, I could and would competently testify to the facts set forth herein.

---

[1]     The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (the "Reorganized Debtors" and prior to the effective date, the "Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

[2]     Capitalized terms used but not otherwise defined in this Declaration shall have the meanings ascribed to them in the Supplemental Brief.

4.      Attached as **Exhibit 1** hereto is a true and correct copy of the February 5, 2022, email correspondence from Samuel P. Hershey, on which I was copied.

5.      Attached as **Exhibit 2** hereto is a true and correct copy of the February 6, 2022, email correspondence from Mr. Hershey, on which I was copied.

6.      Attached as **Exhibit 3** hereto is a true and correct copy of the February 14, 2022, email correspondence from Mr. Hershey, on which I was copied.

7.      Attached as **Exhibit 4** hereto are true and correct copies of the documents or portions of documents produced by the Reorganized Debtor that are cited in the Supplemental Brief or Appendices attached thereto, with the exception of HERTZ_FPRP_0002004, which was produced by the Reorganized Debtor in its native format and has been converted it into a .pdf format and Bates stamped for the Court's convenience. The relevant productions are compiled into one exhibit and organized by Bates number. For the Court's convenience, the below chart identifies documents that are cited in connection with the Claimants listed below.

| Master Number (Group) | Claimant Name (Claim Number) | Referenced Production(s) |
|---|---|---|
| 108 (3) | Heather Kasdan (15945) | HERTZ_FPRP_0000190–195 HERTZ_FPRP_0000211–212 HERTZ_FPRP_0002587–2588 |
| 113 (3) | Raelena Wright Lewis (15663) | HERTZ_FPRP_0002589 |
| 114 (3) | Marissa White (15650) | HERTZ_FPRP_0000391 |
| 115 (3) | Janette Brown (15705) | HERTZ_FPRP_0000081–86 |
| 116 (3) | Britne McClinton (15,642) | HERTZ_FPRP_0000254 |
| 117 (3) | Kimberli Costabile (15660) | HERTZ_FPRP_0000118–120 |

| | | |
|---|---|---|
| 118 (3) | Sean Hurt (15706) | HERTZ_FPRP_0000165–168 |
| 119 (3) | Zanders Pace (15662) | HERTZ_FPRP_0002592 |
| 121 (3) | Tyresha Caudle (15707) | HERTZ_FPRP_0000089–106 HERTZ_FPRP_0000100 |
| 122 (3) | Charles Lee Bort (15948) | HERTZ_FPRP_0000057–60 HERTZ_FPRP_0000077 |
| 123 (3) | Kwai Yee Chan (15666) | HERTZ_FPRP_0000057–60 HERTZ_FPRP_0000077 |
| 124 (3) | Jessica Malone (15649) | HERTZ_FPRP_0000243–247 |
| 125 (3) | Jason Cook (15657) | HERTZ_FPRP_0000243–247 |
| 126 (3) | Paula Murray (15652) | HERTZ_FPRP_0000255–259 HERTZ_FPRP_0000261–271 |
| 128 (4a) | Mary Lindsay Flannery (15736) | HERTZ_FPRP_0002597 |
| 129 (4a) | ReJeana Meado (15754) | HERTZ_FPRP_0002127–2130 HERTZ_FPRP_0002601–2603 |
| 130 (4a) | Darnay Taper (15749) | HERTZ_FPRP_0002606–2607 |
| 131 (4a) | Tonia Rich (15742) | HERTZ_FPRP_0002606–2607 |
| 132 (4a) | Carmen Bosko (15744) | HERTZ_FPRP_0002013–2014 HERTZ_FPRP_0002037–2038 HERTZ_FPRP_0002596 |
| 133 (4a) | Jenelle Reece-Williams (15746) | HERTZ_FPRP_0002182–2185 |
| 136 (4a) | Saurabh Rathi (15740) | HERTZ_FPRP_0001977 HERTZ_FPRP_0001984–1985 HERTZ_FPRP_0002595 |
| 137 (4a) | Nirbhay Agarwal (15763) | HERTZ_FPRP_0001977 HERTZ_FPRP_0001984–1985 HERTZ_FPRP_0002595 |
| 138 | Dr. Tederhi Usude | HERTZ_FPRP_0002533 |

3

| (4a) | (15752) | HERTZ_FPRP0002536–2541 |
|------|---------|------------------------|
| 141 (4a) | Edward Sturkie, Jr. (15946) | HERTZ_FPRP_0002383 |
| 142 (4a) | Steven Robinson Valdes (15760) | HERTZ_FPRP_0002581–2583 |
| 145 (4a) | Reginald Brown (15739) | HERTZ_FPRP_0002664<br>HERTZ_FPRP_0002668–2671 |
| 148 (4a) | James Tolen (15761) | HERTZ_FPRP_0002396 |
| 149 (4a) | Krystal Carter (15759) | HERTZ_FPRP_0002396 |
| 151 (4a) | Jessica Andolino (15755) | HERTZ_FPRP_0002004 (Excel Spreadsheet was produced in native format; it has been converted into a pdf and Bates-stamped for the court's convenience). |
| 150 (4a) | Melinda Smith (15738) | HERTZ_FPRP_0002335<br>HERTZ_FPRP_0002337–2355 |
| 152 (4a) | Andrew Seaser (15953) | HERTZ_FPRP_0002232–2234<br>HERTZ_FPRP_0002250–2251<br>HERTZ_FPRP_0002253–2254 |
| 153 (4a) | Larryelle Magee (15737) | HERTZ_FPRP_0002089 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 14, 2022

/s/ Jaclyn C. Marasco
Jaclyn C. Marasco

ACTIVE.135551776.01

## EXHIBIT 1

| From: | Hershey, Samuel <sam.hershey@whitecase.com> |
|-------|---------------------------------------------|
| **Sent:** | Saturday, February 5, 2022 9:09 PM |
| **To:** | Taylor Hoogendoorn |
| **Cc:** | Bambrick, Ian J.; Marasco, Jaclyn C.; Justin A. Nelson; John Lahad; BFARNAN@FARNANLAW.COM; ACIARDI@CIARDILAW.COM; WGOULDSBURY@CIARDILAW.COM; Jackson, Patrick A.; Shore, Christopher; Smith, Erin; Panchyson, Dorian; Kates, Paula; stearn@rlf.com; Knight, John  (External); Haywood, Brett (External); NOBLE@RLF.COM |
| **Subject:** | RE: Discovery re Group 3 & 4 Claimants |

<mark>EXTERNAL Email</mark>
Hi Taylor,

As an initial matter, we are producing three further documents. The link is below, with a password to follow.

https://amsfs.whitecase.com/ngdox/workspaces/12105

I am available to speak at 8am CT / 9am ET on Monday. I will try to provide information regarding our searches ahead of the call. I can certainly provide relevant retention policies. Some matters will be easier to discuss by phone.

Regarding your question about lists, while we are continuing our review, the only lists of which we are presently aware that reflect the names of Group 3 and Group 4 Claimants are privileged, as they were prepared by or at the direction of counsel.

Best,
Sam

**Samuel P. Hershey** | Partner
**T** +1 (212) 819-2699    **M** +1 (914) 582-1628    **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**WHITE & CASE**

**EXHIBIT 2**

| From: | Hershey, Samuel <sam.hershey@whitecase.com> |
| Sent: | Sunday, February 6, 2022 9:53 PM |
| To: | Taylor Hoogendoorn |
| Cc: | Bambrick, Ian J.; Marasco, Jaclyn C.; Justin A. Nelson; John Lahad; BFARNAN@FARNANLAW.COM; ACIARDI@CIARDILAW.COM; WGOULDSBURY@CIARDILAW.COM; Jackson, Patrick A.; Shore, Christopher; Smith, Erin; Panchyson, Dorian; Kates, Paula; stearn@rlf.com; Knight, John  (External); Haywood, Brett (External); NOBLE@RLF.COM |
| Subject: | RE: Discovery re Group 3 & 4 Claimants |

EXTERNAL Email

Taylor,

In advance of the call tomorrow, here is some information about the searches, which is provided pursuant to Local Rule 9018-1(f):

- Hertz used the claimant's name and details from the declarations to search Terradata, a central repository that can generate reports on an individual's rental history.  If Hertz identified a rental based on these criteria, it then searched a different system called File Net to obtain documents about that rental.

- In some cases, a theft package was identified on File Net, which would generally include (1) the rental agreement; (2) the "Overdue Notes," which are kept in a system utilized by Vehicle Control called Global Vehicle Control System ("GVCS"), and reflect communications with the claimant and internal notes by Vehicle Control as it processes the overdue rental; (3) a copy of the certified "demand" letter sent to the claimant; (4) the title of the vehicle; and (5) other relevant information about the rental in generated reports, such as the balance owed on the overdue rental, and whether the claimant's credit or debit card had been declining charges.  Hertz retains theft packages for seven years.  Vehicle Control does not record calls.

- If a theft package was not identified, Hertz worked with Vehicle Control to search GVCS for any relevant overdue notes.

- Hertz also worked with its accounting and finance team to locate invoices in its global accounts receivable system ("GAR").  Invoices are stored in GAR for six months, and are then archived for two years in a separate system managed by IT.

- Hertz also worked with its Emergency Roadside Service (ERS) team to locate any records of communications by claimants with ERS.  ERS retains call recordings and transcripts for three months, and other written records of communications for two years.

- Hertz also worked with Customer Care to identify any records of communications with Claimants.  Customer Care does not record calls but keeps records going back to 2016, which include customer emails and notations and summaries regarding customer phone calls.  Because of the manner in which certain of these records are stored, they could be produced only by screenshot.

I look forward to speaking tomorrow.

Best,
Sam

**Samuel P. Hershey** | Partner
**T** +1 (212) 819-2699    **M** +1 (914) 582-1628    **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**WHITE & CASE**

**From:** Taylor Hoogendoorn <THoogendoorn@susmangodfrey.com>
**Sent:** Friday, February 4, 2022 10:24 AM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>
**Cc:** Bambrick, Ian J. <ian.bambrick@faegredrinker.com>; Marasco, Jaclyn C. <jaclyn.marasco@faegredrinker.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; John Lahad <jlahad@SusmanGodfrey.com>; BFARNAN@FARNANLAW.COM; ACIARDI@CIARDILAW.COM; WGOULDSBURY@CIARDILAW.COM; Jackson, Patrick A. <patrick.jackson@faegredrinker.com>; Shore, Christopher <cshore@whitecase.com>; Smith, Erin <erin.smith@whitecase.com>; Panchyson, Dorian <dorian.panchyson@whitecase.com>; Kates, Paula <paula.kates@whitecase.com>; stearn@rlf.com; Knight, John (External) <knight@rlf.com>; Haywood, Brett (External) <Haywood@rlf.com>; NOBLE@RLF.COM
**Subject:** RE: Discovery re Group 3 & 4 Claimants

Sam

Happy to chat. Before the call, however, I'd appreciate if you all could put on paper what you searched (and related document retention policies, etc.). That way I can take a look at the productions with the search in mind, and we should be able to have a more fruitful conversation. I could hop on a call to discuss sometime between 7-9 AM CT on Monday morning.

Relatedly, we've discussed lists naming the claimants in our earlier emails and discussions. We haven't heard anything back from you all on that since your January 23 email suggesting that you would consider our position (and earlier email that you would, at minimum, identify all claimants listed on any internal lists). And I haven't seen anything produced. Please advise on the status of those productions.

Taylor C. Hoogendoorn
Susman Godfrey LLP
thoogendoorn@susmangodfrey.com
(c): (630) 824-8210
Not admitted in Texas. Practicing under the supervision of the partnership of Susman Godfrey LLP.

**EXHIBIT 3**

ACTIVE.135547926.01

| | |
|---|---|
| **From:** | Hershey, Samuel <sam.hershey@whitecase.com> |
| **Sent:** | Monday, February 14, 2022 3:43 PM |
| **To:** | Taylor Hoogendoorn |
| **Cc:** | Bambrick, Ian J.; Marasco, Jaclyn C.; Justin A. Nelson; John Lahad; BFARNAN@FARNANLAW.COM; ACIARDI@CIARDILAW.COM; WGOULDSBURY@CIARDILAW.COM; Jackson, Patrick A.; Shore, Christopher; Smith, Erin; Panchyson, Dorian; Kates, Paula; stearn@rlf.com; Knight, John  (External); Haywood, Brett (External); NOBLE@RLF.COM |
| **Subject:** | RE: Discovery re Group 3 & 4 Claimants |

**This Message originated outside your organization.**

Hi Taylor,

I hope you are well.  I realize we all have a lot going on with tonight's filings but wanted to follow up on the below.  We are continuing to look into these matters and are happy to continue the discussion.  However, I want to be clear that for purposes of the "known" creditor issue, which is the only matter going forward at the March 2 hearing, we do not believe the below requests are relevant.  It is our position that when the Debtors were mailing out notices of their bankruptcy case, they were not required to draw together a list of people who had ever been the subject of any dispute with the Debtors and then run searches against their servers.  You can make that argument, but we do not believe it goes to the question we are trying to address at this hearing.

With regard to the lists, for purposes of the upcoming hearing, I can represent that none of the claimants who we are objecting to as "unknown" creditors are on any lists we are aware of.

Best,
Sam

**Samuel P. Hershey** | Partner
**T** +1 (212) 819-2699   **M** +1 (914) 582-1628   **E** sam.hershey@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095
**WHITE & CASE**

**From:** Taylor Hoogendoorn <THoogendoorn@susmangodfrey.com>
**Sent:** Tuesday, February 8, 2022 3:29 PM
**To:** Hershey, Samuel <sam.hershey@whitecase.com>
**Cc:** Bambrick, Ian J. <ian.bambrick@faegredrinker.com>; Marasco, Jaclyn C. <jaclyn.marasco@faegredrinker.com>; Justin A. Nelson <jnelson@SusmanGodfrey.com>; John Lahad <jlahad@SusmanGodfrey.com>; BFARNAN@FARNANLAW.COM; ACIARDI@CIARDILAW.COM; WGOULDSBURY@CIARDILAW.COM; Jackson, Patrick A. <patrick.jackson@faegredrinker.com>; Shore, Christopher <cshore@whitecase.com>; Smith, Erin <erin.smith@whitecase.com>; Panchyson, Dorian <dorian.panchyson@whitecase.com>; Kates, Paula <paula.kates@whitecase.com>; stearn@rlf.com; Knight, John (External) <knight@rlf.com>; Haywood, Brett (External) <Haywood@rlf.com>; NOBLE@RLF.COM
**Subject:** RE: Discovery re Group 3 & 4 Claimants

Dear Sam,

Thanks for taking the time to chat yesterday morning. We worked through each of the categories of discovery that have been in the hopper since my January 20 email.

I've included many details of our conversation below. At a high level, some of the key points, in my view, are that the Debtors should directly search the Debtors' servers (especially email servers) for all communications relating to each Claimant. They should produce any documents connected to what happens after a theft report is sent—i.e. tracking, prosecuting, and responding to anything related to arrests or prosecutions. They should produce remaining records related to the rental, including the contract notebook, authorization hold logs, and information from the local office. And they should produce (even if via a privilege log) any lists that include a Claimant.

On a more granular level we discussed the following (grouped by our previous email headers):

(a) Phone (or chat) records relating to the claimant, including call logs related to the Claimant
   a. You said that the Debtors had produced records from customer care, roadside, and vehicle control departments, to the extent they were accessible through a reasonable search.
   b. I responded that the summaries of communications in the theft package were inadequate and that the Claimants were entitled to the actual communications.
   c. I also requested that you confirm that all backups and archives have been searched.
   d. You objected to producing documents that may already be in a Claimant's possession, explaining that it is burdensome. I responded that it is speculative that a record would be a Claimant's possession, as a major corporation will have much more sophisticated retention policies than most ordinary renters. Further, I suggested that the fact that a record was in the Debtors' possession may be of consequence to the action, so they should be produced.
   e. [Later in the conversation, but relatedly, John requested the authority you're relying upon not to produce documents that you think the Claimants might already have.]
(b) financial/accounting/banking records relating to the Claimant
   a. You explained that you have searched for and produced invoices related to each rental, where available.
   b. I suggested that the actual payment details were important. In particular, I highlighted a few sources of information:
      i. Logs of "authorization holds," as was produced for Magalie Sterlin in your pre-bankruptcy production (HERTZ_0001746)
      ii. Records of payments received from all sources
      iii. Any information in Citrix Receiver
(c) records of communications between the Claimant and various departments of the Debtors' (e.g., customer service/roadside assistance/etc.)
   a. You highlighted that you've produced records connected with customer care, roadside, and vehicle control.
   b. I highlighted additional departments of relevance, to the extent not already searched
      i. Billing department
      ii. Extensions department
      iii. Executive Customer Service (to the extent different from customer care)
      iv. Hertz Car Sales
      v. Local Investigators
   c. More centrally, we'd like a direct search of the email servers for communications, as opposed to indirect record searches in particular recordkeeping systems that may or may not be created after an email is received.
(d) Internal notes associated with the Claimants' rental
   a. I highlighted that we want the "Contract Notebook" for each Claimant, which records conversations and rental information. This was produced in the pre-bankruptcy production for at least one Claimant at HERTZ_0000128.
   b. I asked for any information in the "DASH" and "CARRENT" systems, or any similar inventory/vehicle/rental tracking systems. [I did not recall the names on the M&C, but I believe "VAW" and "RENT WORKS" are two other systems I've seen mentioned.]

(e) communications involving the local branch that rented the vehicle to the Claimant or reported the theft & (f) records from the local branch that rented the vehicle
    a. You suggested that some records from local branches, like the rental contract, have already been produced if they were uploaded to the corporate system. You further suggested that searching for records from local branches would be unduly burdensome, and that the Debtors would not search local branches for communications with the Claimants
    b. I explained that I understood your objection but that we have a different view. Local branches often handle extensions and interface with the customers, often receive customer complaints if something goes wrong with the rental (e.g., if the customer is arrested), and are tasked by corporate with actually reporting the theft to police. The local branch's records, especially of communications, are central to the issues before the court.

(g) records of communications with third-parties involving the Claimant or vehicle at issue & (j) records of communications or any interactions with law enforcement or prosecutors, including those involving employee discussion/participation in ongoing prosecutions
    a. I explained that these records have not been produced. Conversations with law enforcement and other third parties involving a theft report filed by the company are central to informing Hertz that their was a problem with the report, who was arrested, whether a case was dismissed, etc.
    b. I asked what happens after a theft report is filed. In particular, I suggested there surely must be a case file or something similar that is created to track any prosecution or arrests that follow from the report. None of that has been produced.
        i. You suggested that you would look into what happens, but did not know off hand.

(h) public records searches for the Claimant
    a. I explained that these have been produced for Group 1, but not other groups. They are relevant to the information that the Debtors had re the Claimant.

(i) Documents showing when the vehicle at issue was next rented (or disposed of if not rented again).
    a. You explained that these have not been produced because they would be difficult to gather.
    b. I responded that the theft reports include a printout of the recent rentals of the vehicle alleged to have been stolen, so the information must be accessible. Just looking for the same records as to what happened after the theft report, as opposed to right before it.
    c. You said that you'd ask the company what would be possible to produce.

(k) Records of client profiles, rental history, priority status, etc.
    a. I suggested that this information is purportedly included in the theft package (and, we allege, often misrepresented in the theft package), so relevant to the matters at hand. It sounded like you had already pulled rental history from "Terradata," didn't seem burdensome to produce that or a search for "gold" membership records

(l) any internal tracking (including spreadsheets or databases such as the database of those against whom police reports were filed and including any tracking through your third-party agents such as ESIS) related to the claimant, including any possible claim related to the filing of false police reports or the allegations in the proofs of claim or the false police reports generally
    a. You suggested that all lists you are aware of to date would be withheld as work product.
    b. We asked for a privilege log to the extend you're withholding; you suggested that you could produce one that would say something like: "on this date, a member of Hertz legal team instructed claims department to assemble a list." Further, you suggested that you could tell us when data was created, who in legal department directed the list to be created, that some of client names are on the list, and that the list is maintained in the ordinary course and maintained since its creation.
    c. You had previously suggested that you would identify Claimants on any internal lists. You suggested that your team has not decided whether it would do so for lists withheld as work product.
    d. I asked whether you have searched for, asked about, or inquired into lists maintained by third parties (e.g., ESIS). You said you'd have to follow up on that point.

(m) any internal documents related to any discussion about the claimant related to any possible claim or dispute related to the allegations in the proof of claim or the false police reports generally

a.  You have objected that such a search would be unduly burdensome, at least in part because many documents would be privileged.

b.  I suggested that internal documents, emails, and discussions regarding a Claimant would go directly to the Debtors' knowledge of a claim. If any communications or documents were claimed to be privileged, I requested that you produce a privilege log.

At the end of the day, we would like the documents described above searched for and produced. We don't think a cursory "burden" objection relieves the Debtors from producing this indisputably relevant information. Please get back to us on the open items above and please confirm whether you'll be producing the requested documents. If you will produce anything more, please do so ASAP.

Taylor C. Hoogendoorn
Susman Godfrey LLP
thoogendoorn@susmangodfrey.com
(c): (630) 824-8210
Not admitted in Texas. Practicing under the supervision of the partnership of Susman Godfrey LLP.

**EXHIBIT 4**

ACTIVE.135547926.01

Report Type: C       *IMMEDIATE ATTENTION REQUIRED*       ***Confidential***

### HERTZ
### Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390       **Confidential**

Report Type: C
TR=Theft Renter
TF=TheftFraud
C=Conversion

### HERTZ
### OKC Vehicle Control
### Initial Report of Vehicle

Theft ID:

| Unit No. | Year | Make | Model | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|
| 0001449719 | 2017 | HYUNDAI | ELANTRA | | 4DR | BLU | SNPD74LF5HH200553 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2021 | CA | 7XFJ171 | 53300 | | 01198 | 381152214 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 01/24/2020 13.30.00 | 04460-20 | 02/21/2020 13.17.00 | 04460-20 | 3235351219 | | TONYP-2 |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| CHARLES BORT | 9421 REGENT 6 LOS ANGELES CA90034 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 9421 REGENT 6, LOS ANGELES, CA 90034 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX6479 | C0478847 | CA | 02/04/1963 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No. | No. | I | 8561.1 | 02/21/2020 13:17 | IN RENTERS POSSESSION |

See Attached Pages for the overdue notes for the Worksheet ID:   20022201774

---

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:   03/19/2020       Return Mail: _____

Force Return Hired:   03/19/2020       Repossession Service Hired:   3/26/2020

Rental Rep:   3838       DNR Submitted:   14C

Prepared By:   T. Perez       Prepared Date:   04/13/2020 09:18

VC Supervisor Signature _____       Printed Date:   4/13/2020 9:46:27 AM

**\*\*CONFIDENTIAL\*\***

VCWX0560

## Overdue Vehicle Print Report

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 20022201774 | Op-Theft | 2020/02/22 05:39 | DTC0012/DTC0280 | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2020/04/20 14:40 | DTC4111 | CHARLES BORT | | |

| Address1 | City | ST Ctry | Postal Code | |
|---|---|---|---|---|
| 9421 REGENT 6 | LOS ANGELES | CA US | 90034 | |

| Phone1 | Phone2 | # Prior Rntls | Gold | |
|---|---|---|---|---|
| 3235351219 T | TONYP-2 | 0 | N | |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| 381152214 | 59 | O | N | 2020/01/24 13:30 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 04460/20 | 2020/02/22 | 2020/02/21 13:17 | 04460/20 | 1 |

| Res ID | Res Type | Res Date | Res Days | |
|---|---|---|---|---|
| 00000000099 | W | | 0 | |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXXX6479 | VISA | DB | N | DENIED |

| Amount Charged | Exp Date | # Chrgs | Cash? | |
|---|---|---|---|---|
| $41.000 | 1/ 2023 | 6 | N | |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 1449719 | 7XFJ171 | CA | HYUN | N82A |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | BLU | 01198 | MG | N |

Below is the letter information pertaining to each letter for the worksheet ID: 20022201774

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 20999125855 | D7 | 2020/02/28 07:18 |
| 2079579793 | DEL | 2020/03/19 16:18 |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Overdue Notes for the worksheet ID: 20022201774

| User ID | Time |
|---|---|
| VCMEJ180 | 2020/02/27 02:07 |

**Note**

MCAM 3235351219 02262020 155149

| User ID | Time |
|---|---|
| REC0031 | 2020/03/05 16:32 |

**Note**

FLEETWEB=N /MM=N / ERS=N/ AAO = N/ CRM = N /MAG=Swiped Different Name/LYFT=N/UBER Y/Email = SHIKEY@AOL.COM/ Zibox = N

| User ID | Time |
|---|---|
| REC0031 | 2020/03/05 16:34 |

**Note**

1st call 3235351219 - spoke with renter. Advised over 28 days OD. He advised he went in a few days ago and was advised he is ok. He said he has serviced the vehicle himself and is going to change the breaks. I advise car has to be returned.

| User ID | Time |
|---|---|
| REC0031 | 2020/03/05 16:34 |

**Note**

He said he will tomorrow 3/6

| User ID | Time |
|---|---|
| REC0031 | 2020/03/09 11:25 |

**Note**

2nd Call [3235351219] - Left message to return veh by end of business today to avoid further action. Sent email to [SHIKEY@AOL.COM] Also sent text

| User ID | Time |
|---|---|
| REC0031 | 2020/03/11 11:45 |

**Note**

Final Call [3235351219]- Left message to return veh by end of business today to adv; repo being hired/do not rent/possibly report stolen, also sent text. Sent email to [SHIKEY@AOL.COM]

| User ID | Time |
|---|---|
| 2034 | 2020/03/19 16:06 |

**Note**

HIRED FORCE RETURN/COLLATERAL CONSULTANTS / SENT CERTIFIED DEMAND LETTER/ADDED FEE

| User ID | Time |
|---|---|
| 2034 | 2020/03/19 16:06 |

**Note**

The Demand Certified letter was created. The Worksheet ID you entered was: 20022201774 The letterID is 2079579793

| User ID | Time |
|---|---|
| VCMEJ180 | 2020/03/20 03:07 |

**Note**

A AM 3235351219 03192020 134028

| User ID | Time |
|---|---|
| REC0031 | 2020/03/23 16:41 |

**Note**

repospec requests email for location. Emailed SGATES for info.

| User ID | Time |
|---|---|
| REC0031 | 2020/03/24 08:46 |

**Note**

emailed repo spec contact as danielle.tomlin@hertz.com

| User ID | Time |
|---|---|
| DTC3483 | 2020/03/25 11:25 |

**Note**

COLLATERAL CONSULTANTS/ 03-26 File will Transition to Repo Vehicle/Repo Charge of $297.69 added/ Renter will be Added to DNR

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Overdue Notes for the worksheet ID: 20022201774

| User ID | Time |
|---------|------|
| REC0031 | 2020/03/30 09:10 |

Note

Advised by REC1405 to hold off on conversion for a week.

| User ID | Time |
|---------|------|
| DTC7026 | 2020/04/13 09:58 |

Note

APPROVED THEFT PACKAGE

| User ID | Time |
|---------|------|
| DTC4111 | 2020/04/20 14:40 |

Note

Y. HOLD ADDED DUE TO CONV PKG TYPED

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Report Type: C          *IMMEDIATE ATTENTION REQUIRED*          ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS
SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

VCWX0390                                                                    **Confidential**

| Report Type: C | | HERTZ | | | | |
| TR=Theft Renter | | OKC Vehicle Control | | | | |
| TF=TheftFraud | | Initial Report of Vehicle | | | | |
| C=Conversion | | | | | Theft ID: | |

| Unit No. | Year | Make | Model | Type | Color | Serial No. |
|---|---|---|---|---|---|---|
| 0001449719 | 2017 | HYUNDAI | ELANTRA | 4DR | BLU | 5NPD74LF5HH200553 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2021 | CA | 7XFJ171 | 53300 | | 01198 | 381152214 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 01/24/2020 13.30.00 | 04460-20 | 02/21/2020 13.17.00 | 04460-20 | 3235351219 | | TONYP-2 |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| CHARLES BORT | 9421 REGENT 6 LOS ANGELES  CA90034 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 9421 REGENT 6, LOS ANGELES, CA 90034 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXX6479 | C0478847 | CA | 02/04/1963 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| CULVER CITY PD | OFFICER LOPEZ | BRYAN Z. | 4/21/20 | 20-1623 |

| Keys Returned? | Veh Locked? | LOW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | | 8561.1 | 02/21/2020 13:17 | IN RENTERS POSSESSION |
| | | | | See Attached Pages for the overdue notes for the Worksheet ID: | 20022201774 |

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED.
ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED, NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:   03/19/2020          Return Mail: _____

Force Return Hired:   03/19/2020          Repossession Service Hired:   3/26/2020

Rental Rep:   3838          DNR Submitted:   14C

Prepared By:   T. Perez          Prepared Date:   04/13/2020 09:18

VC Supervisor Signature _____          Printed Date:   4/13/2020 9:46:27 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Report Type:  TR                **\*IMMEDIATE ATTENTION REQUIRED\***                ***Confidential***

HERTZ

Initial Report of Vehicle

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390                                                                              **Confidential**

Report Type:  TR                          HERTZ
TR=Theft Renter                    OKC Vehicle Control
TF=TheftFraud                     Initial Report of Vehicle
C=Conversion

Theft ID:    110391

| Unit No | Year | Make | Model | | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|---|
| 0002251734 | 2018 | FORD | FUSION HYB | | | 4DR | BLA | 3FA6P0RU9JR150997 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2019 | MI | CKP2090 | 16517 | | 01598 | H40005232 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 05/07/2018 22:42 | 05447-20 | 05/25/2018 22.42.00 | 05447-20 | 3134209145 | | |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| JANETTE BROWN | 1031 BEMIS ST SE, GRAND RAPIDS, MI 495062514 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 1031 BEMIS ST SE, GRAND RAPIDS, MI 495062514 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX0401 | B650368005128 | MI | 02/18/1977 | No: |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| DETROIT POLICE DEPT | OFF UNKNOWN | RENTER | 05/29/2018 | 1805290212 |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | N | 17490.91 | 05/29/2018 00:00 | IN THE RENTERS POSSESSION/MI |

See Attached Pages for the overdue notes for the Worksheet ID:    18052700174

---

HERTZ OKC VEHICLE CONTROL RECEIVED THEFT INFORMATION ON   05/30/2018

THE VEHICLE IS LISTED ON NICB AS STOLEN. NICB ALARM ACTIVE ON    05/30/2018 REPORT.

ERS REPORT NUMBER 0180136713

---

OKC Received theft information. Vehicle Appeared on the NICB Report Dated:    05/30/2018

Location Of Keys:  UNKNOWN                    Theft Form Mailed:    06/01/2018

Rental Rep:   1213                         DNR Submitted:   7

Prepared By:   L. Ray

VC Supervisor Signature  _____          Prepared Date:   06/01/2018 14:47

                              Printed Date:     6/1/2018 2:52:52 PM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Notes ordered by date.
*******************

US 2018-05-30 07:29:55.357 DTG3353 ERS # 0180136713, ERS TOOK CALL ON 05/29/2018 @ 1329, CALL READS: VEHICLE WAS STOLEN.RENTERS ADDRESS: 1031 BEMIS ST SE GRAND RAPIDS MI 49506 PHONE NUMBERS: 616-437-8018 ADDRESS OF THEFT: 12870 W OUTER DR W DETROIT MI 48223

US 2018-05-30 07:30:17.19 DTG3353 CONT: DATE/TIME THEFT OCCURRED: 2018-05-29 12:00 AM OTHER DRIVERS : Y CURRENT LOCATION OF KEYS: WITH CUSTOMER LOCATION OF KEYS AT TIME OF THEFT: WITH CUSTOMER LOCATION OF RENTAL RECORD: INSIDE VEHICLE

US 2018-05-30 07:30:35.094 DTG3353 CONT: DATE & TIME REPORTED TO THE POLICE: 2018-05-29 @12PM OFFICERS NAME & BADGE #: OFFICER COOLEY DEPARTMENT & DIVISION: DETROIT PD 8TH PRECINCT POLICE PHONE #: ASSIGNED CASE #:1805290212

US 2018-05-30 07:30:51.551 DTG3353 CONT: CALLED MIGRA20 TO SEE ABOUT XCH VEHICLE SPOKE WITH STEVEN

WR 2018-05-30 08:19:45.308 DTC5057 NICB DETROIT POLICE DEPARTMENT 1805290212 DOR 05/29/2018

US 2018-06-01 14:36:07.609 DTG3353 ERS # 0180136713.............SUBMITTED DNR 7

US 2018-06-01 14:36:53.548 DTG3353 The Theft from Renter letter was created. The Worksheet ID you entered was: 18052700174 The letterID is 18152525853

US 2018-06-01 14:37:00.707 DTG3353 ***MAILED THEFT RENTER FORM TO CUSTOMER***

US 2018-06-01 14:37:10.292 DTG3353 COMPLETED THEFT RENTER PACKAGE/MOVED TO PACKAGES FOLDER FOR APPROVAL

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018



HERTZ_FPRP_0000083

```
FSCR6260                    CURRENT - UNIT HISTORY DETAIL                    FSCR8260
A/U #  : 01598      2251734  OLD A/U #:                     CC ADD   : 2017/12/22
SER #  : 3FA6PORU9JR150997 OP STAT  : 2018/05/30 TC         DELIVERY : 2017/12/15
LIC    : CKP2090      ST: MI  CC REQ   : H   1              IN SERV  : 2017/12/20
MODEL  : NUHR         YR: 18  RECALL   : VW                 SALE/TRAN:
COLOR  : BLA     VC: E6  CAP DATE :                         VIS KEY  :
TNBK OVERRIDE:                    P/M MLG  :   10388 SPI 8FORO  TIER      CLS F TYPE O
ELIG TNBK:   NO RT/TB:       MAX MLG  :        915                DEPR C  COA
*********************************************************************************
RENT/OUT   OUT/OLD      OUT  DUE/IN  DUE/IN       IN   DOCUMENT   DOC  OP M C M
EFF DTE   AREA/LOC     MILES  DATE  AREA/LOC    MILES   NUMBER   TYP/ST ST M I U
180530   REQUEST FOR HOLD CHANGED FROM 1      TO H1
180529   REQUEST FOR HOLD CHANGED FROM BLANK TO 1
180507   0544720     14977 180525 0544720            H40005232  R  O  RT
180504   0544720     11066 180507 0544720      14977 549477375  R  C  RT
180501   0544720     11066 180503 0544720      14518 547119322  R  C  RT
180501   REQUEST FOR HOLD CHANGED FROM O      TO BLANK
180430   0544720     13447 180501 0544720      13547 546307941  R  C  RT
180430   REQUEST FOR HOLD CHANGED FROM B      TO O
180421   0544720     11066 180430 0544720      13447 529838842  R  C  RT
SEL:          AU: 01598 /          LIC/ST:           /   SER/CC:          / US
PA1 - MASTER MENU              PF5 - WWD/AREA NBR          PF7 - PAGE BACK
PA2 - INQUIRY/UPDATE MENU      ENTER - ACCEPT FIELDS       PF8 - PAGE FORWARD
DISPLAY COMPLETE.
```

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0000084

## STATE OF MICHIGAN

### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| 3FA6P0RU9JR150997 | 2018 | FORD | FUSION | FOUR DOOR |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND/LEGEND |
|---|---|---|---|
| 605F3510008 FS | 12/19/2017 | 000015 | |

**WEIGHT/FEE CATEGORY**
31

**ODOMETER BRAND**
*ACTUAL MILEAGE*

**OWNER(S) NAME AND ADDRESS**
HERTZ VEHICLES LLC
289B LUCAS DR
DETROIT MI 48242

First Secured Party
BNY MELLON TRUST CO NA
26933 NORTHWESTERN H
SOUTHFIELD          MI

Filing Date
12-17-2017     48033

Release of First Lien:
X _____
   Signature of Agent          Date

### Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

**Completed by Seller**

I warrant that the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

| Printed Name of Purchaser(s) | | Date of Sale | Selling Price |
|---|---|---|---|
| Purchaser's Street Address | City | State | Zip |

I (we) certify that the odometer reading is: ☐☐☐☐☐☐.☐ (No Tenths) and that to the best of my knowledge the odometer mileage is:

☐ actual mileage ☐ not actual mileage - WARNING ODOMETER DISCREPANCY ☐ exceeds mechanical limits of odometer (odometer has rolled over)

Signature of Seller(s)
X _____     Printed Name of Seller(s)

| Seller's Street Address | City | State | Zip |
|---|---|---|---|

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment

**Completed by Buyer**

"I am aware of the above odometer certification made by the seller(s)."

Signature of Purchaser(s)
X _____     Printed Name of Purchaser(s)

NEW LIENHOLDER INFORMATION: The information below must be on an application for title and presented to the Michigan Department of State.

| Secured Party: | Address: |
|---|---|

The State of Michigan, Michigan Department of State certifies that this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

MAILING ADDRESS

BNY MELLON TRUST CO NA
26933 NORTHWESTERN HWY STE 100
SOUTHFIELD MI 48033

G90999957

**NOTICE TO SELLERS**
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

## For Dealer Use Only

**First Reassignment by Michigan Dealer**

I (selling dealer) warrant that the title is free and clear of all liens and I have transferred ownership of this vehicle to the purchaser(s) listed below.

I further certify that the odometer reading is: ☐☐☐☐☐☐ . ☒ and that to the best of my knowledge the odometer mileage is:
(No Tenths)

☐ actual mileage   ☐ not actual mileage - **WARNING ODOMETER DISCREPANCY**   ☐ exceeds mechanical limits of odometer

| Information Below Completed by Selling Dealer: | Information Below Completed by Purchaser(s): |
|---|---|
| **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.** | "I am aware of the above odometer certification made by the selling dealer." |
| Printed Name of Selling Dealer and Agent | Signature of Purchaser(s) X |
| Signature of Agent X | Printed Name of Purchaser(s) |
| Date of Sale | Selling Dealer's License Number | Purchaser's Address |

**Second Reassignment by Michigan Dealer**

I (selling dealer) warrant that the title is free and clear of all liens and I have transferred ownership of this vehicle to the purchaser(s) listed below.

I further certify that the odometer reading is: ☐☐☐☐☐☐ . ☒ and that to the best of my knowledge the odometer mileage is:
(No Tenths)

☐ actual mileage   ☐ not actual mileage - **WARNING ODOMETER DISCREPANCY**   ☐ exceeds mechanical limits of odometer

| Information Below Completed by Selling Dealer: | Information Below Completed by Purchaser(s): |
|---|---|
| **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.** | "I am aware of the above odometer certification made by the selling dealer." |
| Printed Name of Selling Dealer and Agent | Signature of Purchaser(s) X |
| Signature of Agent X | Printed Name of Purchaser(s) |
| Date of Sale | Selling Dealer's License Number | Purchaser's Address |

**Third Reassignment by Michigan Dealer**

I (selling dealer) warrant that the title is free and clear of all liens and I have transferred ownership of this vehicle to the purchaser(s) listed below.

I further certify that the odometer reading is: ☐☐☐☐☐☐ . ☒ and that to the best of my knowledge the odometer mileage is:
(No Tenths)

☐ actual mileage   ☐ not actual mileage - **WARNING ODOMETER DISCREPANCY**   ☐ exceeds mechanical limits of odometer

| Information Below Completed by Selling Dealer: | Information Below Completed by Purchaser(s): |
|---|---|
| **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.** | "I am aware of the above odometer certification made by the selling dealer." |
| Printed Name of Selling Dealer and Agent | Signature of Purchaser(s) X |
| Signature of Agent X | Printed Name of Purchaser(s) |
| Date of Sale | Selling Dealer's License Number | Purchaser's Address |

**Fourth Reassignment by Michigan Dealer**

I (selling dealer) warrant that the title is free and clear of all liens and I have transferred ownership of this vehicle to the purchaser(s) listed below.

I further certify that the odometer reading is: ☐☐☐☐☐☐ . ☒ and that to the best of my knowledge the odometer mileage is:
(No Tenths)

☐ actual mileage   ☐ not actual mileage - **WARNING ODOMETER DISCREPANCY**   ☐ exceeds mechanical limits of odometer

| Information Below Completed by Selling Dealer: | Information Below Completed by Purchaser(s): |
|---|---|
| **KEEP A PHOTOCOPY OF BOTH SIDES OF THIS SIGNED TITLE.** | "I am aware of the above odometer certification made by the selling dealer." |
| Printed Name of Selling Dealer and Agent | Signature of Purchaser(s) X |
| Signature of Agent X | Printed Name of Purchaser(s) |
| Date of Sale | Selling Dealer's License Number | Purchaser's Address |

**No Further Reassignments Permitted**

TR-133 (8/05)

AUTHORITY GRANTED UNDER PUBLIC ACT 300 OF 1949, AS AMENDED.

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Report Type: C                    *IMMEDIATE ATTENTION REQUIRED*                    ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

| VCWX0390 | | | | | | | **Confidential** |
|---|---|---|---|---|---|---|---|
| Report Type: C | | | HERTZ | | | | |
| TR=Theft Renter | | | OKC Vehicle Control | | | | |
| TF=TheftFraud | | | Initial Report of Vehicle | | | | |
| C=Conversion | | | | | | | |
| | | | | | | Theft ID: | |

| Unit No | Year | Make | Model | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|
| 0002900025 | 2018 | CHEVROLET | CAMARO | | 2DR | SIL | 1G1FB1RX1J0114075 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | | Rental No. |
|---|---|---|---|---|---|---|---|
| 2019 | TX | JYG6808 | 4711 | | 01698 | | 196679755 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 02/02/2018 11.58,00 | 01600-20 | 02/03/2018 12,00,00 | 01600-20 | 4693165741 | 4693165741 | LINDAH-2 |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| TYRESHA CAUDLE | 842 MIRABELL CT ARLINGTON     TX76015 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 842 MIRABELL CT, ARLINGTON, TX 76015 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX4581 | 337026674 | TX | 08/24/1990 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | N | 18497.79 | 02/03/2018 12:00 | In Renter's Possession - TX |
| | | | | See Attached Pages for the overdue notes for the Worksheet ID: | 18020405529 |

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:    02/22/2018        Return Mail:

Force Return Hired:    02/22/2018        Repossession Service Hired:    03/03/2018

Rental Rep:    7007        DNR Submitted:    14C

Prepared By:    L. HUDSON

VC Supervisor Signature        Prepared Date:    3/8/2018

        Printed Date:        3/8/2018 11:03:54 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**\*\*CONFIDENTIAL\*\***

VCWX0560

## Overdue Vehicle Print Report

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 18020405529 | Op-Theft | 2018/02/04 05:37 | DTC9183/DTC4207 | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2018/03/08 13:20 | 9918 | TYRESHA CAUDLE | | |

| Address1 | City | ST Ctry | Postal Code | |
|---|---|---|---|---|
| 842 MIRABELL CT | ARLINGTON | TX US | 76015 | |

| Phone1 | Phone2 | # Prior Rntls | Gold | |
|---|---|---|---|---|
| 4693165741 T | LINDAH-2 | 0 | N | |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| 196679755 | 33 | O | N | 2018/02/02 11:58 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 01600/20 | 2018/02/04 | 2018/02/03 12:00 | 01600/20 | 1 |

| Res ID | Res Type | Res Date | Res Days | |
|---|---|---|---|---|
| 00000000099 | W | | 0 | |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXXX4581 | MC | CR | N | DENIED |

| Amount Charged | Exp Date | # Chrgs | Cash? | |
|---|---|---|---|---|
| $100.000 | 8/ 2020 | 1 | N | |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 2900025 | JYG6808 | TX | CHEV | NMJR |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 2DR | SIL | 01698 | D | N |

Below is the letter information pertaining to each letter for the worksheet ID: 18020405529

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 18999125021 | D7 | 2018/02/10 06:59 |
| 1853430549 | DEL | 2018/02/22 12:12 |

Overdue Notes for the worksheet ID: 18020405529

| User ID | Time |
|---------|------|
| VCMSJ180 | 2018/02/07 02:02 |

**Note**
MC 4693165741 02062018 175823

| User ID | Time |
|---------|------|
| VCMSJ180 | 2018/02/08 02:02 |

**Note**
MC 4693165741 02072018 162151

| User ID | Time |
|---------|------|
| 8904 | 2018/02/08 15:54 |

**Note**
Called 4693165741 pick up hang up. ODP will continue.

| User ID | Time |
|---------|------|
| VCMSJ180 | 2018/02/10 02:02 |

**Note**
MCAM 4693165741 02092018 084540

| User ID | Time |
|---------|------|
| DTC4056 | 2018/02/16 15:15 |

**Note**
1st - cld 469-316-5741 left msg to adv credit card declining authorizations, must return veh by end of business today. Also, sent text to return vehicle today.

| User ID | Time |
|---------|------|
| DTC4056 | 2018/02/21 10:50 |

**Note**
HAL=N / MM=N / ERS=N / AAO=N / EMAIL=TYRESHA18@YAHOO.COM / CRM=N /MAG=Y

| User ID | Time |
|---------|------|
| DTC4056 | 2018/02/21 10:52 |

**Note**
Final - cld 469-316-5741 left msg to return veh by end of business today to avoid repo being hired/do not rent/possibly report stolen. Also, sent text to return by eob today.

| User ID | Time |
|---------|------|
| DTC4056 | 2018/02/21 10:55 |

**Note**
No addt'l contact info in GAR, GVCS or CRM.

| User ID | Time |
|---------|------|
| DTC4056 | 2018/02/21 10:59 |

**Note**
TLO shows address listed on contract from dates 2/28/17 to 2/9/18. Current: 1001 Fringewood Dr. Apt 926, Ft. Worth TX 12/23/17 to present. Phone on file is primary mobile. Also, 469-957-8594, 682-701-1040, 817-782-9024, 817-568-5720, 682-465-3356

| User ID | Time |
|---------|------|
| DTC4056 | 2018/02/21 11:33 |

**Note**
Final - cld 469-957-8594 left msg to return veh by end of business today to avoid repo being hired/do not rent/possibly report stolen. Also, sent text to return by eob today.

| User ID | Time |
|---------|------|
| DTC4056 | 2018/02/21 11:33 |

**Note**
Final - cld 682-701-1040 not in service.

| User ID | Time |
|---------|------|
| DTC4056 | 2018/02/21 11:34 |

**Note**
Final - cld 817-782-9024 fast busy.

HERTZ_FPRP_0000091

Overdue Notes for the worksheet ID: 18020405529

| User ID | Time |
| --- | --- |
| DTC4056 | 2018/02/21 11:35 |

**Note**
Final - cld 817-568-5720 not in service.

| User ID | Time |
| --- | --- |
| DTC4056 | 2018/02/21 11:35 |

**Note**
Final - cld 682-465-3356 busy

| User ID | Time |
| --- | --- |
| DTC4056 | 2018/02/22 11:57 |

**Note**
HIRED FORCE RETURN/LD INVESTIGATIONS/REQ'D CERT LTR/ADDED FEE

| User ID | Time |
| --- | --- |
| VCMSJ180 | 2018/02/23 02:03 |

**Note**
MCAM 4693165741 02222018 074638

| User ID | Time |
| --- | --- |
| VCMSJ180 | 2018/02/24 02:02 |

**Note**
MCAM 4693165741 02232018 082659

| User ID | Time |
| --- | --- |
| DTC3483 | 2018/03/02 09:27 |

**Note**
03-02 LD Investigations/***This case will flip to Repo on 03-03

| User ID | Time |
| --- | --- |
| DTC3483 | 2018/03/02 09:27 |

**Note**
LD Investigations/Transitioned to Repo Vehicle/Added Repo Charge $275/ Renter Added to DNR

| User ID | Time |
| --- | --- |
| DTC3376 | 2018/03/08 11:45 |

**Note**
APPROVED PACKAGE PLACED IN PACKAGE FOLDER.

| User ID | Time |
| --- | --- |
| 9918 | 2018/03/08 13:20 |

**Note**
*Y HOLD ADDED/CONV PKG TYPED/MOVED TO SAC FAX PACKAGES FOLDER IN PAPERPORT*

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018



## Rental Record# 196679755

**TYRESHA CAUDLE**

Vehicle: **2018 CAMARO**

Lot:US Space:    306 License:TX JYG6808

| Rental Rate* | | | | 42.09 |
|---|---|---|---|---|
| | 1 @ $ | 42.09 per day | T $ | |
| | @ $ | 77.09 ex day | T $ | |

*Includes Unlimited Miles
**Additional Products**

| Frequent Flyer Surcharge | | T $ | .00 |
|---|---|---|---|

**Fuel Responsibility**                    Starting Level (FULL 8/8)

You agree to replace fuel used or pay a refueling charge of
$ 9.99 per gallon OR $ .454 per mile driven.

**Service Charges/Taxes**

| CONCESSION FEE RECOVERY | 11.11% | T $ | 4.68 |
|---|---|---|---|
| TRANS & FACI | | T $ | 6.50 |
| VEHICLE LICENSE COST RECOVERY | | T $ | 1.84 |
| Tax    15.000% On Est. Taxable Ttl $ | 55.11 | $ | 8.27 |

**ADJUSTMENTS**

## TOTAL ESTIMATED CHARGE         $    63.38

Credit Card Authorization Amount $    263.00
**Rented by The Hertz Corporation**
Vehicle: 01698 / 2900025 LocNum: TXDFW20 / 0160020
Miles Out:    4711  Plan:    WE05    Class:   D
Rental Location: DALLAS-FT WORTH AP
Rental Time:    02/02/18 at 11:58 AM
Return Location: DALLAS-FT WORTH AP
Return Time:    02/03/18 at 12:00 PM

### Rental Extensions/Changes 1-800-654-4174
### Emergency Road Service 1-800-654-5060

For Explanation of Charges: WWW.HERTZ.COM/CHARGEEXPLAINED

This estimate assumes you will rent and return at the locations and times
indicated, and that you will not exceed any mileage limitations.
Rental Rate subject to increase if You return Car more than 24 hours before
or 24 hours after scheduled Return Time. Late returns may be subject to
extra hour and/or extra day charges.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".
196679755                     PG 1 OF 7 # 01 RT

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0000093



**Hertz**® PG 2 OF 7 # 01 RT   RR 196679755

Further information relating to Your rental charges, and other terms
to which You agree, appear below.

FUEL & SERVICE CHARGES: IF YOU DO NOT RETURN THE CAR
WITH AS MUCH FUEL AS WHEN THE RENTAL STARTED, BUT
REFUEL DURING THE RENTAL, REFUELING CHARGES APPLY AT
AT $ 9.99   PER GALLON OR, IF YOU DO NOT BUY FUEL DURING
THE RENTAL AT $ .454 PER MILE.  BOTH RATES PRODUCE
APPROXIMATELY THE SAME RESULT.
YOU AGREE TO OPTIONAL SERVICES OF:
LDW          DECLINED
LIS          DECLINED - OUR LIABILITY PROTECTION
                        IS SECONDARY
PAI/PEC      DECLINED
PREM RD SVC  DECLINED
OTHER FEES AND ASSESSMENTS:
CONCESSION FEE RECOVERY          T      11.11%
CUSTOMER FACILITY CHARGE         T$ 4.00  PER DAY
CUSTOMER TRANSPORTATION CHARGE   T$ 2.20  PER DAY
VEHICLE LICENSE COST RECOVERY    T$ 1.84 PER DAY
TAX RATE -  15.000 %   APPLIES TO ALL CHARGES MARKED  T
VEHICLE LICENSE COST RECOVERY INCLUDES PROPERTY TAX,
TITLE, AND LICENSE FEE REIMBURSEMENT.
No "Additional Authorized Operators" Without Our Prior Written Approval.

CDP    00099
Passenger Capacity:    The Passenger Capacity Of This Vehicle Is
Determined By The Number of Seatbelts And, By Law, Must Not Be
Exceeded. While In The Vehicle, Please Fasten Your Seatbelt.
It Saves Lives And  It's The Law. Should You Require A Larger Vehicle,
Please Check At The Counter For Availability.

- You Will Be Charged An Administrative Fee Along With Towing/Impound
  Expenses If The Car Must Be Towed As A Result Of Your Negligence.
- We prohibit smoking in all Vehicles. Cleaning fee will apply for violations.
- Excessive Mileage On A Repeat Basis May Result In Suspension Of
  Future Renting Privileges.
- You Are Required To Contact Us To Extend The Rental If The Car Will
  Not Be Returned By The Due Date On The Rental Record.
- RETURN CHANGE FEE of $10 will be applied if You return the Car to a
  different location from that which was scheduled, or if you return more
  than 12 hours after the date and time previously scheduled, and You
  notify us of an extension of Your rental by the return date and time
  previously scheduled by calling 1-800-654-4174. If you do not notify us
  of such a change, the LATE RETURN FEE of up to $15 per day, up to a
  maximum of five (5) days/$75 will apply.  These fees will be applied in
  addition to any increase in rate that may occur as a result of changing
  the drop off location or the timeframe of Your rental.
RES ID:   00000000099
PREPARED BY:  7007/TXDFW20  PRINTED: 02/02/18  11:58
196679755

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0000094

 PG 3 OF 7 # 01 RT    RR 196679755

**REFUELING OPTIONS**
**THE FOLLOWING APPLIES TO RENTALS FROM THIS LOCATION
AND AMENDS AND SUPERSEDES SECTION 8. OF THE RENTAL
AGREEMENT, RENTAL JACKET PORTION AND THE APPLICABLE
REFUELING PROVISIONS OF GOLD AND PLATINUM PROGRAM TERMS**
**8. REFUELING OPTIONS**
Most Hertz rentals come with a full ank of gas, but that is not always
the case. There are three refueling options:
1. IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE
BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH
AT LEAST AS MUCH FUEL AS WAS IN IT WHEN YOU RECEIVED IT,
You will not pay Hertz a charge for fuel.

2. IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE
BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR
WITH LESS FUEL THAN WAS IN IT WHEN YOU RECEIVED IT,
Hertz will charge You a Fuel and Service Charge at the applicable
per-mile or per-gallon rate specified on the Rental Record.
a: The per-mile rate is used if You do not buy fuel during the rental.
To calculate this amount, Hertz multiplies the number or miles driven, as show
on the car's odometer, times the per-mile rate shown on the Rental Record.
b. The per-gallon rate is used if You buy fuel during the rental but the tank is
not as full when You return the Car as when You received it.  To calculate thi
amount, Hertz multiplies the number of gallons needed to refill the fuel tank to
the level it was at when You received the Car, times the per-gallon rate.
ALTHOUGH TWO METHODS ARE USED FOR EASE OF
CALCULATION, THE PER-MILE AND PER-GALLON RATES
PRODUCE APPROXIMATELY THE SAME RESULT.
3. IF YOU CHOOSE TO PURCHASE FUEL FROM HERTZ AT THE
BEGINNING OF YOUR RENTAL BY SELECTING THE FUEL PURCHASE
OPTION, You will be charged as shown on the Rental Record for that
purchase. IF YOU CHOOSE THIS OPTION, YOU WILL NOT INCUR AN
ADDITIONAL FUEL AND SERVICE CHARGE, BUT YOU WILL NOT
RECEIVE ANY CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF
RETURN, except in the following cases:
a. For rentals in Hawaii, if You return the Car with a full tank of
fuel, You will receive a credit for the amount previously charged
for the purchase of fuel from Hertz.
b. For rentals other than Replacement Rentals, if You drive the Car 75 miles
or less and return it with less than a full tank of fuel, You will receive credit
for the amount previously charged for the purchase of fuel from Hertz and wi
be charged for the fuel used at the per-mile rate shown on the Rental Record
but only if this will reduce the amount You pay for fuel.

EXCEPT FOR RENTALS AS TO WHICH  CLAUSE (a) OR (b) OF
SUBPARAGRAPH (3) BECOMES APPLICABLE, THE PER GALLON
COST OF THE FUEL PURCHASE OPTION WILL ALWAYS BE LOWER
THAN THE FUEL AND SERVICE CHARGE, BUT IF YOU ELECT THE
FUEL PURCHASE OPTION YOU WILL NOT RECEIVE CREDIT FOR
FUEL LEFT IN THE TANK AT THE TIME OF RETURN. THE COST OF
REFUELING THE CAR YOURSELF AT A LOCAL SERVICE STATION
WILL GENERALLY BE LOWER THAN THE FUEL AND SERVICE
CHARGE OR THE FUEL PURCHASE OPTION. HOWEVER, THE FUEL
AND SERVICE CHARGE AND THE FUEL PURCHASE OPTION ALLOW
FOR THE CONVENIENCE OF NOT HAVING TO STOP AND REFUEL
THE CAR PRIOR TO RETURN.

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0000095



PG 4 OF 7 # 01 RT    **RR 196679755**

## IMPORTANT INFORMATION REGARDING TOLLS

You are responsible to pay all tolls. For your convenience, we offer PlatePass, an electronic toll payment system operated by PlatePass, L.L.C., for use on toll roads in the areas specified below.
\*\*\*\*\*\*\*\*\*\*\*\*

In the following areas all our vehicles (even without a windshield toll transponder) may use any cashless electronic toll lane: The entire States of FLORIDA, GEORGIA, COLORADO, NORTH CAROLINA AND TEXAS, in Seattle, the TACOMA NARROWS BRIDGE and the SR 520 BRIDGE

TO USE PLATEPASS IN THESE AREAS: pass through the cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE AREAS, use only traditional cash toll lanes (if available) and make payment directly to the toll authority. In both video and transponder toll areas, pay all tolls with cash or your own toll transponder (where permitted) compatible to the toll road, and if your rental vehicle includes a transponder, make sure it remains fully enclosed within the shield box. **Some toll roads no longer accept cash payments.** If you incur a toll on these roads, without using your own compatible transponder, and you do not utilize an alternate means of payment to the toll authority, you will be will be enrolled in PlatePass.
\*\*\*\*\*\*\*\*\*\*\*\*

In DELAWARE, ILLINOIS, INDIANA, MAINE, MARYLAND, MASSACHUSETTS, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, OHIO, PENNSYLVANIA, VIRGINIA AND WEST VIRGINIA, the toll authority may allow for an alternate payment method, such as payment by mail or online. Please contact the applicable toll authority. In some of these states that operate gated cashless toll lanes, only vehicles equipped with a windshield toll transponder may access the cashless toll lanes.

TO USE PLATEPASS IN THESE STATES, slide the drawer holding the transponder out of the shield box and pass through the cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE STATES, use only traditional cash lanes (if available) to make payment directly to the toll authority or contact the applicable toll authority for alternate payment options.
\*\*\*\*\*\*\*\*\*\*\*\*

CALIFORNIA CUSTOMERS: PlatePass coverage is available on the Golden Gate Bridge, San Francisco-Oakland Bay Bridge, Richmond-San Rafael Bridge, Carquinez Bridge, Benicia-Martinez Bridge, Antioch Bridge, San Mateo Bridge, Dumbarton Bridge, SR 73, SR 133, SR 241 and SR 261 ONLY. Coverage is NOT available on I-10, I-110, SR 91, I-15 Express Lanes and SR 125. On the Golden Gate Bridge, the toll authority allows for payment online or in person up to 30 days before crossing or within forty-eight (48) hours after crossing the cashless toll bridge. Detailed information is available at www.bayareafastrak.org In Southern California, for toll road PlatePass, the toll authority allows for payment by phone/online within five (5) days of accessing the toll road. If you travel in the excluded HOV lanes in Southern California or if you travel on toll roads in Southern California that do not accept PlatePass, you will be charged an administrative fee of $30.00 in addition to tolls and penalties.
\*\*\*\*\*\*\*\*\*\*\*\*

**NOTE: Certain toll roads do not accept cash. If you travel on such a toll road without a personal transponder that can be used on the toll road, and you do not utilize an alternate means of payment to the toll authority, you will be required to use PlatePass and be billed automatically as outlined below, or incur toll charges or violations for which you will be responsible.**

196679755

 **PG 5 OF 7 # 01 RT**    **RR 196679755**

Where permitted by Toll Authorities, you may opt to use your personal transponder. Follow the instructions above for NOT utilizing PlatePass and install a compatible transponder properly.

**If PlatePass is used, PlatePass L.L.C. will charge you a convenience fee of $4.95 for each calendar day of your rental on which tolls are incurred plus incurred tolls at the Toll Authority?s cash toll rate or highest undiscounted toll rate.** PlatePass L.L.C. will separately charge your credit or debit card the applicable charges after the close of your rental. Charges typically take 1-3 weeks after the rental closes to appear on your statement, but a longer delay may occur. Cash customers will be invoiced.

**PARKING AND MOVING CITATIONS.**    You are responsible for the payment of all vehicle parking and moving citations assessed against You or the Car during the rental period, including all such citations captured by camera and any related fines, fees or penalties. If a citation-issuing authority notifies us that we may be liable for any such citation and any related fines, fees or penalties, You will be charged an administrative fee of up to $42.00 for each such notification. You authorize us to release your billing/rental information to PlatePass, L.L.C. and ATS Processing Services, L.L.C. to process and bill for all tolls and moving citations and administrative charges and service fees.

196679755

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

 PG 6 OF 7 # 01 RT    RR 196679755

**ARBITRATION PROVISION: THIS AGREEMENT REQUIRES ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS ACTIONS. BY ENTERING INTO THIS AGREEMENT, YOU AGREE TO THIS ARBITRATION PROVISION.**

Except for claims for property damage, personal injury or death, ANY DISPUTES BETWEEN You and us ("us" and "we" for the purposes of this Arbitration Provision means The Hertz Corporation, ("Hertz") its parent and affiliate corporations, and their respective officers, directors and employees and any vendor or third party providing services for this rental transaction) MUST BE RESOLVED ONLY BY ARBITRATION OR IN A SMALL CLAIMS COURT ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT ALLOWED. YOU AND WE EACH WAIVE THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER. You and we remain free to bring any issues to the attention of government agencies.

This Arbitration Provision's scope is broad and includes, without limitation, any claims arising from or relating to this Agreement or any aspect of the relationship or communications between us, whether based in contract, tort, statute, fraud, misrepresentation, equity, or any other legal theory. It is governed by the Federal Arbitration Act, 9 U.S.C§§ 1 et seq.

In any arbitration under this Arbitration Provision, all issues are for the arbitrator to decide, including his or her own jurisdiction, and any objections with respect to the existence, scope or validity of this Arbitration Provision. The arbitration will take place in the county of Your billing address unless agreed otherwise.

The American Arbitration Association ("AAA") will administer any arbitration pursuant to its Consumer Arbitration Rules (the "Rules"). You can obtain the Rules at www.adr.org.

You or we may commence an arbitration by providing a written demand for arbitration to the other (to us: The Hertz Corporation, 8501 Williams Road, Estero, FL 33928 Attn: Arbitration) and two copies of the demand to the AAA. If You seek $10,000 or less through arbitration, we will reimburse You for any AAA required filing fee.

The arbitrator may award injunctive relief as well as money, but only in favor of and as warranted by the claim of the individual party seeking relief. Judgment on the arbitral award may be entered in any court having jurisdiction. An arbitration award and any judgment confirming it apply only to the specific parties in that case and cannot be used in any other case except to enforce the award itself. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of representative or class action.

IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION PROVISION, YOU MUST NOTIFY HERTZ IN WRITING WITHIN 30 DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAIL AT no.arbitration@hertz.com OR BY MAIL TO The Hertz Corporation, 8501 Williams Road, Estero, FL 33928, Attn: Arbitration. Include Your name, address, the number at the top of this Rental Record, and a clear statement that You do not agree to this Arbitration Provision. If you have previously notified Hertz of Your decision to opt out of this Arbitration Provision, You do not need to do so again. 196679755

 **Hertz.** PG 7 OF 7 # 01 RT    RR 196679755

TO BE CHARGED TO:
MC    XXXXXXXXXXXX4581    <    **AUTH $**    263.00/123456
THIS VEHICLE MAY NOT BE DRIVEN INTO MEXICO.

The Vehicle may be equipped with telematics technology that allows us to track or otherwise locate, disable and repossess the Vehicle and to obtain data about the Vehicle's use during your rental, including fuel usage and miles driven. By entering into this Agreement, You consent to our use of such telematics during your rental as permitted by applicable law.
Liability Protection: If You DO NOT elect Liability Insurance Supplement (LIS) and/or You violate the Terms and Conditions of the Rental Agreement, when permitted by law, if Hertz makes any payment as a result of an accident You are responsible to indemnify Hertz for all payments made including attorney fees and costs. If You elect LIS, LIS provides protection from liability for third party automobile claims for the difference between the liability limits in Paragraph 10 of the Rental Agreement and the maximum combined single limit of $1,000,000 for bodily injury, including death and property damage (or rentals in California and Florida the maximum combined single limit is $2,000,000 for liability protection only)LIS also includes uninsured/underinsured motorist coverage (while occupying the Car) for bodily injury and property damage, if applicable, for the difference between the statutory minimum underlying limits and $1,000,000 for each accident.

YOU MAY NOT NEED THE AUTOMOBILE INSURANCE OFFERED BY US. YOUR TEXAS AUTOMOBILE POLICY PROVIDES COVERAGE FOR YOUR LIABILITY WHILE OPERATING A RENTAL VEHICLE. AUTOMOBILE POLICIES ISSUED IN OTHER STATES OR COUNTRIES MAY ALSO DUPLICATE THIS COVERAGE. THE PURCHASE OF AUTOMOBILE RENTAL LIABILITY INSURANCE IS NOT REQUIRED AS A CONDITION OF RENTING AN AUTOMOBILE. THIS INSURANCE DOES NOT APPLY TO ANY BODILY INJURY OR PROPERTY DAMAGE ARISING OUT OF THE USE OR PERMITTING THE USE OF A RENTAL VEHICLE BY ANY DRIVER WHILE UNDER THE INFLUENCE OF DRUGS OR ALCOHOL IN VIOLATION OF LAW. NOTICE: Your rental agreement offers, for an additional charge, an optional waiver to cover all or a part of Your responsibility for damage to or loss of the vehicle. Before deciding whether to purchase the waiver, You may wish to determine whether Your own automobile insurance or credit card agreement provides You coverage for rental vehicle damage or loss and determine the amount of the deductible under Your own insurance coverage. The purchase of the waiver is not mandatory. The waiver is not insurance. By signing below, You acknowledge that You have read, understand, accept and agree to the above and the Rental Agreement Terms And Conditions, which appear on the folder (GN1900005) delivered to You with this Rental Record, and You accept or decline the Optional Services as shown on Card 1.

X _____

196679755
Our Privacy Policy governs the use of data about you. A copy of the policy is available at the rental counter and online at hertz.com.

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Rental Record: **196679755**   **CORPORATE    Brand:  ZE**   Own:    (Press CTRL+P to Print)

## CUSTOMER INFORMATION

NAME: CAUDLE TYRESHA
               SVC:          GUAR:
HOME: 842 MIRABELL CT
ARLINGTON                 TX 76015
BUS:
842 MIRABELL CT
ARLINGTON                 TX 76015
BUS PH: 4693165741   HM PH: 4693165741
DL: 337026674              ST: TX
BD: 08/1990

OTHER: XX PROGRESSIVE

## FORM OF PAYMENT INFORMATION

FP: MC  XXXXXXXXXXXX4581      EX: 08/2020
FFP: MC  XXXXXXXXXXXX4581     EX: 08/2020
AUTH 1: 123456 CC APP:S   269.00 DT: 02/02
AUTH 2:          CC APP:S          DT: 03/03

## VEHICLE/FUEL INFORMATION

OWN/VEHICLE: 01698/290002E MODEL: NMJR
YEAR: 2018  LIC: JYG6808      STATE: TX
VCLS: D   COLOR: SIL STALL: U  306
NEVERLOST: N  SATRAD: Y  PRESTIGE: N
FUEL: 9.99 GL   .454 MI    TK CAP: 19.0
MI IN: 7091        FUEL IN: 8
MI OUT: 4711      FUEL OUT: 8

## CDP/RATE/MILEAGE

RT CDP: 99       RN CDP: 99
PLAN IN: WE05   OUT: WE05   ORIG: WE05
BEST: Y RCLS: D   UCLS: D   MIN DAY: 1
LDW: N   LIS: N S   P&P: N   B/L: B

                    DRIVEN: 2380
               VDI: X

## TOUR INFORMATION

## RENT/RETURN INFORMATION

RENT:   02/02/2018 11:58 TXDFW20 01600-20
RETURN: 03/08/2018 12:00 TXDFW20 01600-20
DUE:    02/03/2018 12:00 TXDFW20 01600-20

                   ARR:FLT Y   ARR:BUS Y

## RESERVATION INFORMATION

RES#: 99

CTRY: USA

REM:   *DO NOT EXT/EXCH/REPO HIRED*

          FAIL2RTN/BILL2CURRDTE/VC/HB

## USER/DRB INFORMATION

REV MGT USER:    7007/0160020
RENT USER/LOC:   7007/TXDFW20
RETURN USER/LOC:        /
LAST PT USER/LOC: 3483/OKDCR15
LAST PN USER/LOC: 5464/OKDCR15
# COPIES RNT: 1
RENT DT/TM POSTED:   02/02/2018 11:58
RETURN DT/TM POSTED: 03/08/2018 13:21
LAST DT/TM POSTED (CST): 03/08/2018 13:21
GDRB DATE: 03/08/2018
DRB AREA/LOC:      -00
                      RR STATUS: C

## CUSTOMER SATISFACTION

## ADDITIONAL EQUIPMENT

          RT RN CHG  DAY  WEEK  MONTH  REPLACE

SATRAD:N

## TOTALS

DAYS       3 @   42.09           126.27
EX HOUR      @   19.82
EX DAY      31 @   77.09          2389.79

SUBTOTAL                         2516.06

SUBTOTAL                         2516.06

CONCESSION FEE RECOVERY           286.20

LDW          @   31.99
LIS          @   18.85
P&P          @    6.95
PERS         @    8.99

TAX RATE 1   @
TAX SUBTOTAL                     3145.82
TAX          @  .06250            196.61
TOTAL CHARGES                    3342.43

TRANS & FACI                      221.00

VEH LIC COST RECOVERY              62.56

NET DUE                          3342.43

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

   

The Hertz Corporation
Vehicle Control
P. O. Box 24130
Oklahoma City OK 73124-0130

February 22, 2018

TYRESHA CAUDLE
842 MIRABELL CT
ARLINGTON, TX  76015

Dear TYRESHA CAUDLE,

The vehicle that you recently rented from a Hertz Company (Hertz,
Dollar, Thrifty, or Firefly Car Rental) was scheduled to be returned
to: 2424 E. 38TH STREET DALLAS - DFW AP, TX on the date indicated:

Rented at            2424 E. 38TH STREET DALLAS - DFW AP, TX.
Rental #             196679755
Date due             02/03/2018
Vehicle Detail ID    1G1FB1RX1J0114075
License Plate        JYG6808
License State        TX
Color                SIL

This vehicle is now seriously overdue.
Please do not ignore this letter.

Pursuant to the Terms and Conditions of the Rental Agreement, we
hereby demand that our vehicle be immediately returned to the
scheduled return location listed above, or to the nearest Hertz
Company.  (Note: Additional charges will apply if you return to a
location other than the scheduled return location.)

Failure to return our vehicle as instructed may result in the vehicle
being reported stolen. Please note that pursuant to laws in some states,
you may already be in violation of state law by failing to return our
vehicle. You are also advised that we may attempt to repossess this
vehicle without additional notice to you. In addition to any overdue
fees and/or additional rental charges you have already incurred, you
will be responsible for all repossession expenses we incur. We will
not be responsible for any personal property left in a vehicle we
repossess.

Your immediate attention is necessary to prevent the potential
revocation of future rental privileges and/or legal action to
recover our vehicle.

If you have already returned this vehicle and believe this letter
has been sent to you in error, we apologize for any inconvenience.
Please contact us with your return details so we may investigate
and resolve this matter as quickly as possible.

The Hertz Corporation
Vehicle Control
(800) 552-8482
(405) 775-3090
Vehcntl@hertz.com

Form: VCWX0710     ID: 18020405529DEL1853430549

HERTZ_FPRP_0000101

```
FSCR6260                   CURRENT - UNIT HISTORY DETAIL                 FSCR8260
A/U #  : 01698    2900025  OLD A/U #:                     CC ADD   : 2017/09/04
SER #  : 1G1FB1RX1J0114075 OP STAT   : 2017/09/29 RT      DELIVERY : 2017/08/30
LIC    : JYG6808    ST: TX  CC REQ   :                    IN SERV  : 2017/09/04
MODEL  : NMJR      YR: 18   RECALL   :                    SALE/TRAN:
COLOR  : SIL       VC: D    CAP DATE :                    VIS KEY  :
TNBK OVERRIDE:             P/M MLG   :        SPI 8GORO  TIER     CLS F TYPE O
ELIG TNBK:    NO RT/TB:    MAX MLG   :        915         DEPR A  COA
*****************************************************************************
RENT/OUT   OUT/OLD     OUT  DUE/IN  DUE/IN      IN  DOCUMENT   DOC  OP M C M
EFF DTE    AREA/LOC   MILES  DATE   AREA/LOC  MILES  NUMBER   TYP/ST ST M I U
180202     0160020    4711 180203  0160020          196679755  R  O  RT    N
180202     0160020    4711 180202  0160020    4711 6553383659  P  C  RT
180125     0160020    4486 180131  0160020    4710 192011536   R  C  RT
180125     0160020    4486 180125  0160020    4486 5886908127  P  C  RT
180122     0160020    4362 180125  0160020    4485 189780555   R  C  RT
180120     0160020    4361 180120  0160020    4361 5432152957  P  C  RT
180109     0160020    3585 180120  0160020    4360 181511400   R  C  RT
180106     0160020    3192 180109  0160020    3583 180593814   R  C  RT
180101     0160020    3081 180104  0160020    3190 178002506   R  C  RT
SEL:          AU: 01698 /         LIC/ST:              /  SER/CC:        / US
PA1 - MASTER MENU            PF5 - WWD/AREA NBR           PF7 - PAGE BACK
PA2 - INQUIRY/UPDATE MENU    ENTER - ACCEPT FIELDS        PF8 - PAGE FORWARD
DISPLAY COMPLETE.
```

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0000102


**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 03/05/2018

Hertz Corp:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 3628 0200 4569 81. Our records indicate that this item was delivered on 03/01/2018 at 04:13 p.m. in FORT WORTH, TX 76120. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: HAC

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Hertz Corporation
Vehicle Control
P.O. Box 24130

Oklahoma City, OK 73124-0130



USPS CERTIFIED MAIL™

9214 8901 3628 0200 4569 81

RR 196679755
TYRESHA CAUDLE
842 MIRABELL CT
ARLINGTON          TX      76015

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.

6080251100075603O4

BNY MELLON TRUST CO NA
C/O CT SERVICES
26933 NORTHWESTERN HWY STE 100
SOUTHFIELD, MI 48033

001595

▼ DETACH HERE ▼

## TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

TxDMV

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1G1FB1RX1J0114075 | 2018 | CHEV | 2D |

135832076

| | TITLE/DOCUMENT NUMBER | DATE TITLE ISSUED |
|---|---|---|
| | 01562542976121333 | 09/08/2017 |

| MODEL | MFG. CAPACITY IN TONS | WEIGHT | LICENSE NUMBER | ODOMETER READING |
|---|---|---|---|---|
| CAM | | 3400 | JYG6808 | 15 |

PREVIOUS OWNER
ALAN JAY CHEV/HERTZ OKC OK

REMARK(S)

OWNER
HERTZ VEHICLES LLC
PO BOX 610027
DFW AIRPORT, TX 75261

ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE.

| DATE OF LIEN | 1ST LIENHOLDER | 1ST LIEN RELEASED _____ |
|---|---|---|
| 08/17/2017 | BNY MELLON TRUST CO NA | DATE |
| | C/O CT SERVICES | |
| | 26933 NORTHWESTERN HWY STE 100 | BY _____ |
| | SOUTHFIELD, MI 48033 | AUTHORIZED AGENT |

| DATE OF LIEN | 2ND LIENHOLDER | 2ND LIEN RELEASED _____ |
|---|---|---|
| | | DATE |
| | | BY _____ |
| | | AUTHORIZED AGENT |

| DATE OF LIEN | 3RD LIENHOLDER | 3RD LIEN RELEASED _____ |
|---|---|---|
| | | DATE |
| | | BY _____ |
| | | AUTHORIZED AGENT |

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

R I G H T S   O F   S U R V I V O R S H I P   A G R E E M E N T
WE, THE MARRIED PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THIS AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

| SIGNATURE | DATE |
|---|---|
| _____ | _____ |
| SIGNATURE | DATE |
| _____ | _____ |
| SIGNATURE | DATE |

FORM 30-C REV. 05/2016          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

Whenever you sell or trade in a vehicle, be sure to **protect yourself by filing the Vehicle Transfer Notification online** at www.TxDMV.gov. The notification removes your responsibility for anything the buyer might do with the vehicle. It's free!

**You ONLY have 30 days to submit the Vehicle Transfer Notification from the date you sell or trade in the vehicle to remove your liability.**

Before you buy, do a Title Check. For more information, go to www.TxDMV.gov and click on the "Title Check" icon.

---

**WHEN VEHICLE IS SOLD, TITLE HOLDER MUST ASSIGN AND FURNISH THIS TITLE INDICATING A DATE OF SALE TO THE PURCHASER WHO MUST FILE APPLICATION WITH COUNTY TAX ASSESSOR-COLLECTOR WITHIN 30 DAYS TO AVOID PENALTY.**            13583 2076

**FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

### ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser          Street          City          State          Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale

Signature of Seller/Agent          Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent          Printed Name (same as signature)

### FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser          Street          City          State          Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale          Dealer No.

Dealer's Name

Agent's Signature          Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent          Printed Name (same as signature)

### SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser          Street          City          State          Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale          Dealer No.

Dealer's Name

Agent's Signature          Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent          Printed Name (same as signature)

### THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted herein, and has been transferred to the following printed name and address:

Name of Purchaser          Street          City          State          Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

ODOMETER READING (No Tenths)

Date of Sale          Dealer No.

Dealer's Name

Agent's Signature          Printed Name (same as signature)

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent          Printed Name (same as signature)

### LIEN

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF (NAME & ADDRESS)

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018



**HERTZ LOCAL EDITION**
Web:   www.hertz.com

HERTZ LOCAL EDITION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

TAX Id:   13-1938568

**LOCAL EDITION**

**REPRINT**

| Rental Agreement No: | H31680736 |
|---|---|
| Invoice Date: | 04/01/2020 |
| Document: | 609009606081 |

Renter:          KIMBERLI COSTABILE
Account No.:   ************5755 VIS

KIMBERLI COSTABILE
6809 OLD STONE FENCE RD
FAIRFAX STA, VA 22039-1847

### RENTAL REFERENCE
Rental Agreement No:  H31680736
Reservation ID:       037-4059289

### RENTAL DETAILS
| | | |
|---|---|---|
| Rate Plan: | IN: HIDA   OUT: HID | |
| Rented On: | 02/04/2020 17:09  LOC# 583118 | |
| | FAIRFAX, VA | |
| Returned On: | 03/26/2020 23:59  LOC# 583118 | |
| | FAIRFAX, VA | |
| Car Description: | VERSA 1.6 NFVD39 | |
| Vehicle No/VIN: | 1501717/ 3N1CN7APZJL879849 | |
| CAR CLASS Charged: | B       MILEAGE   In: | 39,802 |
| Rented: | B              Out: | 36,349 |
| Reserved: | Q4         Driven: | 3,453 |

### BILLING INFORMATION
Claim No:           4603V407W
Date of Loss:       2019-08-17
Type of Loss:       D
Repair Facility:    NORTHERN VIRGINIA AU
Authorized Rate:    17.86
Authorized Days:    14
Insured:            0

### RENTAL CHARGES
| | | | |
|---|---|---|---|
| DAYS | 38 @ | 16.24 | 617.12 |
| SUBTOTAL | | | 617.12 |
| | | | |
| VEHICLE LICENSE FEE | | | 14.82 |
| TAX | | 10.00% | 63.19 |
| TOTAL CHARGES | | | 695.13 USD |

AMOUNT DUE                          695.13 USD

### MISCELLANEOUS INFORMATION
CC AUTH:  031220  DATE: 2020/03/12  AMT:   50.00

| TOTAL RENTAL DAYS | 52 |
|---|---|
| BILLED TO OTHERS | 250.10 |
| TOTAL RENTAL CHARGES | 945.23 |

**THANK YOU FOR RENTING FROM HERTZ**

Direct All Inquiries To:
HERTZ LOCAL EDITION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| Rental Agreement No: | H31680736 |
|---|---|
| Invoice Date: | 04/01/2020 |
| Document: | 609009606081 |

Renter:          KIMBERLI COSTABILE
Account No.:   ************5755 VIS

Web:   www.hertz.com

| TOTAL: | 695.13 USD |
|---|---|

CU5001     6090 GC

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

# DECLARATION OF KIMBERLI COSTABILE

1. My name is Kimberli Costabile. I have personal knowledge of the facts stated in this declaration, and I can testify competently to them if called upon to do so.

2. Kimberli rented a car through State Farm from Hertz in Fairfax, VA in February 2020.

3. After two weeks she assumed the rental and started making the payments. She needed the car to start a new job in Delaware.

4. She routinely extended the rental and was otherwise authorized to have it.

5. However, she started receiving harassing and threatening messages saying she stole the rental car. She was baffled. She called the Fairfax location where the employees knew her, and also spoke with a manager named Justin.

6. The local branch said to ignore the threatening messages, that her rental was valid, that corporate had bad systems, and that she was good to go.

7. However, when Kimberli spoke with corporate, they insisted that the local branch was wrong and the car was stolen. This course of harassment and threats, because Hertz could not communicate internally nor track her rental appropriately, caused mental and emotional stress.

8. Confused, but desperate to avoid being arrested, she returned the car on March 5, 2020. To do this, she had to take two days off from work.

9. Because this was a new job, and she was on a probationary period, this reflected very poorly on her. Furthermore, the job viewed her as a possible car thief as they were aware of why Kimberli had to return the car back to Virginia. Even worse, after returning the rental car, she did not have reliable transportation, which did nothing to convince her new job that she was

1

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018    HERTZ_FPRP_0000111

a good employee. Not only was reliable transportation needed to get to work on-time but using the car to run work-related errands for mailings, meetings, event planning, and outreach was required.

10.    Kimberli was in fact let go and the main problem with the relationship was because of Hertz's conduct.

11.    As a direct and proximate result of Hertz's conduct, Kimberli was harassed, mentally and emotionally harmed, and lost her job.

I declare under the penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: October  11  , 2021            /s/  *Kimberli M. Costello*
                                                    Declarant

2

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018                HERTZ_FPRP_0000112



**PG 1 OF 5 # 0**   RT   **RR H31680736**

## COSTABILE, KIMBERLI
VAFAF18   0583118
*VEHICLE 01889/1501717* 18 NISSAN        TK CAP    11
LIC FL NFVD39   CLS B    MILES OUT    36349        FUEL OUT  8 /8
RENTED: 02/04/2020 17:09 @   COURTYARD MARRIOTT HLE
RETURN: 02/21/2020 08:00 @   COURTYARD MARRIOTT HLE
**Return Date is an estimate only. State Farm provides Hertz additional
days to apply as necessary based upon the length of your vehicle's repa
You agree to pay charges at the rates and in the amounts that appear
on the left of the table below.** Taxable charges are denoted by a T, and
additional details about some charges appear beneath the table. Hertz's
estimates of Your total charges appear on the right of the table below.
Hertz's estimates assume (1) You will rent and return the vehicle at the
times and places indicated, (2) if a mileage charge applies, You will drive
no more than the distance indicated and (3) You will not incur any charges
that are either listed below opposite **** or cannot be calculated until return
If any of these assumptions is incorrect, additional charges or charges at
higher rates may apply.

| CHARGE RATE / AMOUNT | CHARGE ESTIMATE | |
|---|---|---|
| TIME / MILEAGE CHGS: RATE PLAN -   HLE ST | [C]   CLASS   B | |
| 18 @ $  16.24 / DAY | $           292.32 | |

| | | |
|---|---|---|
| ADJUSTMENT | | |
| **SUBTOTAL** | **T** $          292.32 | |
| **ADDITIONAL CHARGES** | | |

**OPTIONAL SERVICES**

| | | |
|---|---|---|
| FUEL & SERVICE $  0.322/MI $ 9.990/GL 11 /TK CAPT $ | **** | |
| **TAX / FEES** | | |

| | | |
|---|---|---|
| TAX   10.00  % ON EST. TAXABLE TTL $ 292.32 | $           29.23 | |
| **ADJUSTMENTS** | | |
| ESTIMATED COMPANY CHARGE | $          321.55 | |

| | | |
|---|---|---|
| **TOTAL ESTIMATED CHARGE** | **$          321.55** | |

H31680736

HERTZ_FPRP_0000113

**HErtZ**®    PG 2 OF 5 # 0    RT    RR H31680736

Further information relating to Your rental charges, and other terms to
which You agree, appear below.
**EXTRA CHARGES IF APPLICABLE:**

**FUEL & SERVICE CHARGES:** PURSUANT TO PARAGRAPH 8 OF THE
RENTAL AGREEMENT, FUEL & SERVICE CHARGES APPLY
AT $  9.990   PER GALLON OR, IF YOU DO NOT BUY
FUEL DURING THE RENTAL AT $    0.322    PER MILE.
BOTH RATES PRODUCE APPROXIMATELY THE SAME RESULT.

**YOU AGREE TO OPTIONAL SERVICES OF:**
LDW    DECLINED
PDW    DECLINED
LIS    DECLINED

PAI    DECLINED
**OTHER FEES AND ASSESSMENTS:**
SALES TAX              10   %

TAX RATE -    10.00 % APPLIES TO ALL CHARGES MARKED T
* PROPERTY TAX, TITLE AND LICENSE FEE REIMBURSEMENT
 - YOU REPRESENT THAT YOU ARE SPECIFICALLY AUTHORIZED
TO RECEIVE BENEFITS EXTENDED TO EMPLOYEES/ MEMBERS OF
**CDP   1162232          STATE FARM-TEMPE HIRS**
CLM# 4603V407W
* COMPANY CHARGE                      $        321.55

**PASSENGER CAPACITY:** THE PASSENGER CAPACITY OF THIS
VEHICLE IS DETERMINED BY THE NUMBER OF SEATBELTS
AND, BY LAW, MUST NOT BE EXCEEDED. WHILE IN THE
VEHICLE, PLEASE FASTEN YOUR SEATBELT. IT SAVES LIVES AND
**IT'S THE LAW.** SHOULD YOU REQUIRE A LARGER VEHICLE,
PLEASE CHECK AT THE COUNTER FOR AVAILABILITY.

YOU WILL BE CHARGED AN ADMINISTRATIVE FEE    ALONG WITH
TOWING/IMPOUND EXPENSES IF THE CAR MUST BE    TOWED AS A
RESULT OF YOUR NEGLIGENCE.
We prohibit smoking in all Vehicles. A cleaning fee will apply for violations.
Excessive mileage on a repeat basis may result in suspension of future rent
RES: 037-4059289    PLAN:    HLE ST    CLASS:    B
PREPARED BY:    5231/VAFAF18    PRINTED:  20200204172303 CLEM

H31680736

Hertz® PG 3 OF 5 # 0 RTRR H31680736

**IMPORTANT INFORMATION REGARDING TOLLS/TRAFFIC CITATIONS**
You are responsible to pay all tolls. For your convenience, we offer PlatePass, an electronic toll payment system operated by by PlatePass LLC, for use on toll roads in the areas specified below. In the following areas all our vehicles (even without a windshield toll transponder) may use any cashless electronic toll lane:
The entire States of FLORIDA, GEORGIA, COLORADO, NORTH CAROLINA AND TEXAS, and in Seattle, the TACOMA NARROWS BRIDGE and the SR 520 BRIDGE.
TO USE PLATEPASS IN THESE AREAS: pass through the cashless toll lane. You will be billed automatically as outlined below.
IF YOU DO NOT WISH TO USE PLATEPASS IN THESE AREAS, use only traditional cash toll lanes (if available) and make payment directly to the toll authority. In both video and transponder toll areas, pay all tolls with cash or your own transponder (where permitted) compatible to the toll road, and if your rental vehicle includes a transponder, make sure it remains fully enclosed within the shield box.
**Some toll roads no longer accept cash payments.**
If you incur a toll on these roads, without using your own compatible transponder, and you do not utilize an alternate means of payment to the toll authority, you will be enrolled in PlatePass.
IN DELAWARE, ILLINOIS, INDIANA, MAINE, MARYLAND, MASSACHUSETTS, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, OHIO, PENNSYLVANIA, VIRGINIA and WEST VIRGINIA, the toll authority may allow for an alternate payment method,such as payment by mail or online. Please contact the applicable toll authority. In some of these states that operate gated cashless toll lanes, only vehicles equipped with a windshield toll transponder may access the cashless toll lanes.
TO USE PLATEPASS IN THESE STATES, use only traditional cash lanes (if available) to make payment directly to the toll authority or contact the applicable toll authority for alternate payment options.
IF YOU DO NOT WISH TO USE PLATEPASS IN THESE STATES, use only traditional cash lanes (if available) to make payment directly to the toll authority or contact the applicable toll authority for alternate payment options.
CALIFORNIA CUSTOMERS: PlatePass coverage is available on the Golden Gate Bridge, San Francisco-Oakland Bay Bridge, Richmond-San Rafael Bridge, Carquinez Bridge, Benicia-Martinez Bridge, Antioch Bridge, San Mateo Bridge, Dumbarton Bridge, SR 73, SR 133, SR 241, and SR 261 ONLY. Coverage is NOT available on 1-10, 1-110, SR 91, 1-15 Express Lanes and SR 125. On the Golden Gate Bridge, the toll authority allows for payment online or in person up to 30 days before crossing or within forty-eight (48) hours after crossing the cashless toll bridge. Detailed information is available at www.bayareafastrak.org In Southern California, for toll roads that accept PlatePass, the toll authority allows for payments by phone/online within five (5) days of accessing the toll road. If you travel in the excluded HOV lanes in Southern California or if you travel on toll roads in Southern California that do not accept PlatePass, you will be charged an administrative fee of $30.00 in addition to tolls and penalties.
**NOTE: Certain toll roads do not accept cash. If you travel on such a toll road without a personal transponder that can be used on the toll road, and you do not utilize an alternate means of payment to the toll**

**automatically as outlined below, or incur toll charges or violations for which you will be responsible.**
Where permitted by Toll Authorities, you may opt to use your personal transponder. Follow the instructions above for NOT utilizing PlatePass and install a compatible transponder properly.
**If PlatePass is used, PlatePass LLC will charge you a convenience fee of $5.95 for each calendar day of your rental on which tolls are incurred plus incurred tolls at the Toll Authority's cash toll rate or highest toll rate. PlatePass LLC will separately charge your** credit or debit card the applicable charges after the close of your rental. Charges typically take 1-3 weeks after the rental closes to appear on your statement, but a longer delay may occur. Cash **customers will be invoiced. PARKING AND MOVING CITATIONS.**
You are responsible for the payment of all vehicle parking and moving citations assessed against You or the Car during the rental period, including all such citations captured by camera and any related fines, fees or penalties. If a citation-issuing authority notifies us that we may be liable for any such citation and any related fines, fees, or penalties, You will be charged an administrative fee of up to $42.00 for each such notification. You authorize us to release your billing/rental information to PlatePass, L.L.C. and ATS Processing Services, L.L.C. to process and bill for all tolls and moving citation and administrative charges and service fees.
H31680736

PG 4 OF 5



# 0   RT   **RR H31680736**

**ARBITRATION PROVISION: THIS AGREEMENT REQUIRES ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS ACTIONS. BY ENTERING INTO THIS AGREEMENT, YOU AGREE TO THE ARBITRATION PROVISION.**

Except for claims for property damage, personal injury or death, ANY DISPUTES BETWEEN You and us ("us" and "we" for the purposes of this Arbitration Provision mean The Hertz Corporation, ("Hertz") its parent and affiliate corporations, and their respective officers, directors and employees and any vendor or third party providing services for this rental transaction) MUST BE RESOLVED ONLY BY ARBITRATION OR IN A SMALL CLAIMS COURT ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT ALLOWED. YOU AND WE EACH WAIVE THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER. You and we remain free to bring any issues to the attention of government agencies.

This Arbitration Provision's scope is broad and includes, without limitation, any claims arising from or relating to this Agreement or any aspect of the relationship or communications between us, whether based in contract, tort, statute, fraud, misrepresentation, equity, or any other legal theory. It is governed by the Federal Arbitration Act, 9 U.S.C. ???? 1 et seq.

In any arbitration under this Arbitration Provision, all issues are for the arbitrator to decide, including his or her own jurisdiction, and any objections with respect to the existence, scope or validity of this Arbitration Provision. The arbitration will take place in the county of Your billing address unless agreed otherwise.

The American Arbitration Association ("AAA") will administer any arbitration pursuant to its Consumer Arbitration Rules (the "Rules"). You can obtain the Rules at www.adr.org.

You or we may commence an arbitration by providing a written demand for arbitration to the other (to us: The Hertz Corporation, 8501 Williams Road, Estero, FL 33928 Attn: Arbitration) and two copies of the demand to the AAA. If You seek $10,000 or less through arbitration, we will reimburse You for any AAA required filing fee.

The arbitrator may award injunctive relief as well as money, but only in favor of and as warranted by the claim of the individual party seeking relief. Judgement on the arbitral award may be entered in any court having jurisdiction. An arbitration award and any judgement confirming it apply only to the specific parties in that case and cannot be used in any other case except to enforce the reward itself. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of representative or class action.

IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION PROVISION, YOU MUST NOTIFY HERTZ IN WRITING WITHIN 30 DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAIL AT no.arbitration@hertz.com OR BY MAIL TO The Hertz Corportation, 8501 Williams Road, Estero, FL 33928 Attn: Arbitration. Include Your name, address, the number at the top of this Rental Record and a clear statement that You do not agree to this Arbitration Provision. If you have previously notified Hertz of Your decision to opt out of this Arbitration

H31680736      PRINTED:    20200204172303

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018        HERTZ_FPRP_0000116

(Page 5 of 5)



**PG 5 OF 5** # 0 RT **RR H31680736**

TO BE CHARGED TO: VI XXXXXXXXXXXX5755
< AUTH $ 50.00 / 142425 AT COURTYARD MARRIOTT HLE
PH 7032788923 Rental Ext # VAFAF18
THIS VEHICLE MAY NOT BE DRIVEN INTO MEXICO.

NOTICE: THIS CONTRACT OFFERS, FOR AN
ADDITIONAL CHARGE, A LOSS DAMAGE WAIVER
(LDW) TO COVER YOUR RESPONSIBILITY FOR
DAMAGE TO THE VEHICLE AND A PARTIAL DAMAGE
WAIVER (PDW) TO COVER PART OF YOUR
RESPONSIBILITY FOR DAMAGE TO THE VEHICLE.
BEFORE DECIDING WHETHER TO PURCHASE LDW
OR PDW, YOU MAY WISH TO DETERMINE WHETHER
YOUR OWN AUTOMOBILE INSURANCE AFFORDS
YOU COVERAGE FOR DAMAGE TO THE RENTAL
VEHICLE AND THE AMOUNT OF THE DEDUCTIBLE
UNDER YOUR OWN INSURANCE COVERAGE. THE
PURCHASE OF LDW OR PDW IS NOT MANDATORY
AND MAY BE WAIVED.

If You direct charges to be billed to any person,
corporation or other entity, You represent that You are
You are authorized to do so. If such person, corporation
or entity fails to pay such charges, **You will be**
**responsible for full payment of these charges.**
The vehicle licensing cost recovery fee is an estimated
average per day per vehicle portion of Hertz' total
annual vehicle licensing, titling and registration costs.
If You elect LIS, LIS provides protection from liability for
third party automobile claims for the difference between
the liability limits in Paragraph 10 of the Rental
Agreement and the maximum combined single limit of
$1,000,000 for bodily injury, including death and property
damage. LIS also includes uninsured/underinsured
motorist coverage (while occupying the Car) for bodily
injury, if applicable, for the difference between the
statutory minimum underlying limits and $1,000,000. No
claim for UM/UIM may be made due to the negligence of
the driver of the Car.
By signing below, You acknowledge that You have read,
understand, accept and agree to the above and the Rental
Agreement Terms And Conditions, which appear on the
folder (PGN1900005) delivered to You with this Rental
Record, and You accept or decline the Optional Services
as shown on this Rental Record. This transaction is
classified as a ?Replacement? rental.

X _____
*Renting Company - The Hertz Corporation*
The Hertz Privacy Policy governs the use of data about you. A copy
of the policy is available at the rental counter and online at hertz.com.

Highly Confidential – Subject to Delaware Local Bankrupcty Rule 9018

**CONFIDENTIAL**

VCWX0560

## Overdue Vehicle Print Report

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 20022300211 | Clsd-Extnd | 2020/02/23 03:50 | DTC3049/REA1339 | N |

| Last Updated DT | Updated By | First/Last Name |
|---|---|---|
| 2020/03/13 03:53 | VCMSJ010 | KIMBERLI COSTABILE |

| Address1 | City | ST Ctry | Postal Code |
|---|---|---|---|
| 6809 OLD STONE FENCE RD | FAIRFAX STA | VA US | 220391847 |

| Phone1 | Phone2 | # Prior Rntls | Gold |
|---|---|---|---|
| 7038889352 | DIALER | 0 | N |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| H31680736 | 20 | E | N | 2020/02/04 16:55 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 05831/18 | 2020/02/23 | 2020/04/04 19:47 | 05831/18 | 1 |

| Res ID | Res Type | Res Date | Res Days |
|---|---|---|---|
| 037-4059289 | R | | 0 |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXXX5755 | VI | DB | N | DENIED |

| Amount Charged | Exp Date | # Chrgs | Cash? |
|---|---|---|---|
| $18.000 | 4/ 2023 | 3 | N |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 1501717 | NFVD39 | FL | NISS | NVAE |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | GRA | 01889 | B | N |

Below is the letter information pertaining to each letter for the worksheet ID: 20022300211

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 0 | | |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**Overdue Notes for the worksheet ID: 20022300211**

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/03/04 02:15 |

**Note**

MC 7038889352 03032020 125005

| User ID | Time |
|---|---|
| DTC2399 | 2020/03/04 12:17 |

**Note**

Called 7038889352 Spoke with Rntr. Advd veh is 12 dod. Advd Ins stopped paying 02/17/2020. Rntr req'd to extend until 03/19/2020. Advd card declined $382.00. Rntr stated she can pay a partial am. Advd Rntr Hertz must be able to hold funds required to

| User ID | Time |
|---|---|
| DTC2399 | 2020/03/04 12:20 |

**Note**

>>cont: extend. Rntr stated she'll add funds and call me back @ 405-775-3073. Advd odp will continue until extended or returned. Rntr stated understood.

| User ID | Time |
|---|---|
| DTC2399 | 2020/03/04 15:14 |

**Note**

Rntr called from 3026292559 regarding holds being released. Advd Rntr must discuss released holds with banking institution. Advd not extended. Rntr stated she's added funds and will call back 03/05/2020 to extend.

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/03/05 02:07 |

**Note**

MCAM 7038889352 03042020 120421

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/03/06 02:07 |

**Note**

MD 7038889352 03052020 113131

| User ID | Time |
|---|---|
| NH45026 | 2020/03/06 15:26 |

**Note**

Rntr called from 7038889352to extend the rental until 03/24/20Advd rntr unable to ext the contract due to credit card declining/advd will need to visit the loc w/ a diff FOP to extend contact or return vehicle/Amt need $529.00Advd ODP will con't.

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/03/07 02:07 |

**Note**

MCAM 7038889352 03062020 112926

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/03/10 03:07 |

**Note**

MCAM 7038889352 03092020 134004

| User ID | Time |
|---|---|
| DTC2399 | 2020/03/10 09:43 |

**Note**

Rcv'd voicemail from Rntr 1555hrs 03/05/2020: Kimberli RA# H31680736 7038889352. It's safe to run my card. Please call me back.

| User ID | Time |
|---|---|
| DTC2399 | 2020/03/10 11:55 |

**Note**

Returned Call – Called 7038889352 Rntr ID'd / Voicemail full / Sent text the vehicle must be returned before the end of business today to avoid further legal actions taken at their expense and Do Not Rent. Emailed KIMBERLICONNECTS@GMAIL.COM same.

**Overdue Notes for the worksheet ID: 20022300211**

| **User ID** | **Time** |
|---|---|
| VCMSJ180 | 2020/03/11 03:07 |

**Note**

MCAM 7038889352 03102020 113451

| **User ID** | **Time** |
|---|---|
| DTC2399 | 2020/03/11 12:35 |

**Note**

Called 7038889352 Rntr ID'd / Voicemail full / Sent text the vehicle must be returned before the end of business today to avoid further legal actions taken at their expense and Do Not Rent. Emailed KIMBERLICONNECTS@GMAIL.COM same.

| **User ID** | **Time** |
|---|---|
| DTC2399 | 2020/03/11 12:40 |

**Note**

Rcv'd email from Rntr Tuesday, March 10, 2020 3:05 PM: I have been in constant contact with the local Hertz office and they have known my return date as March 24 from the start. Ideally I'd like to have the car till my project is done and I am paid

| **User ID** | **Time** |
|---|---|
| DTC2399 | 2020/03/11 12:40 |

**Note**

>>cont: March 31. Ashlea would like to speak with you directly and is cc on this email. Thank you! ---Kimberli Costabile

| **User ID** | **Time** |
|---|---|
| DTC2399 | 2020/03/11 12:40 |

**Note**

Sent email: Your contract is now 19 days overdue. I will note the account of your response however if not extended or returned by end of business today, we will have no choice but to move forward with REPOSSESSION / DO NOT RENT, at your expense.

| **User ID** | **Time** |
|---|---|
| DTC2399 | 2020/03/11 12:40 |

**Note**

>>cont: NO EXCEPTIONS WILL BE MADE. Thank you.

| **User ID** | **Time** |
|---|---|
| DTC2399 | 2020/03/11 12:45 |

**Note**

FLEETWEB = N / ERS= N / CRM= Customer ID #:576808613 Loyalty Member #:21218335 Tier:RG Score: / EMAIL= KIMBERLICONNECTS@GMAIL.COM / ONSTAR = N / TLO = N

| **User ID** | **Time** |
|---|---|
| VCMSJ180 | 2020/03/12 03:07 |

**Note**

MCAM 7038889352 03112020 112437

| **User ID** | **Time** |
|---|---|
| 3566 | 2020/03/12 10:12 |

**Note**

Rntr called from 7038889352. Advised to disregard calls. Contract has been extended.

| **User ID** | **Time** |
|---|---|
| DTC2399 | 2020/03/12 14:29 |

**Note**

Extended until 04/04/2020 via 0415-DCWEST

| **User ID** | **Time** |
|---|---|
| VCMSJ180 | 2020/03/13 03:06 |

**Note**

MCAM 7038889352 03122020 110352
WorkSheet Closed - Rental was extended

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Report Type:  C          *IMMEDIATE ATTENTION REQUIRED*          ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

VCWX0390                                                              **Confidential**

Report Type:  C                          HERTZ
TR=Theft Renter                    OKC Vehicle Control
TF=TheftFraud                    Initial Report of Vehicle
C=Conversion
                                                            Theft ID:

| Unit No. | Year | Make | Model | Type | Color | Serial No. |
|---|---|---|---|---|---|---|
| 0009273509 | 2019 | DODGE | RAM 1500 | 4DR | WHI | 1C6RR7LT7KS550399 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2020 | TX | LHR4411 | 32733 | | 01698 | 373367326 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 01/12/2020 12.10.00 | 00540-23 | 01/19/2020 12.00.00 | 00540-23 | 4692657411 | | JERRYT-2 |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| SEAN HURT | 2801 DENTON TAP RD. LEWISVILLE   TX75067 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 2801 DENTON TAP RD, LEWISVILLE, TX 75067 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX4529 | 24414311 | TX | 06/18/1967 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No. | No. | N | 14715.16 | 01/19/2020 12:00 | IN RENTERS POSSESSION |

See Attached Pages for the overdue notes for the Worksheet ID:   20012002804

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:  02/12/2020          Return Mail: _____

Force Return Hired: _____          Repossession Service Hired:  02/12/2020

Rental Rep:  1583          DNR Submitted:  14C

Prepared By:  J. Teddy          Prepared Date:  2/25/2020

VC Supervisor Signature _____          Printed Date:  2/25/2020 9:06:27 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**\*\*CONFIDENTIAL\*\***

VCWX0560

### Overdue Vehicle Print Report

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 20012002804 | Op-Theft | 2020/01/20 05:38 | SEC1680/DTC0444 | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2020/03/02 09:40 | DTC2604 | SEAN HURT | | |

| Address1 | City | ST Ctry | Postal Code | |
|---|---|---|---|---|
| 2801 DENTON TAP RD | LEWISVILLE | TX US | 75067 | |

| Phone1 | Phone2 | # Prior Rntls | Gold | |
|---|---|---|---|---|
| 8773973342 T | JERRYT-2 | 0 | N | |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| 373367326 | 43 | O | N | 2020/01/12 12:10 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 00540/23 | 2020/01/20 | 2020/01/19 12:00 | 00540/23 | 1 |

| Res ID | Res Type | Res Date | Res Days | |
|---|---|---|---|---|
| J2734311662 | R | | 0 | |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXX4529 | MC | DB | N | DENIED |

| Amount Charged | Exp Date | # Chrgs | Cash? | |
|---|---|---|---|---|
| $29.000 | 11/ 2022 | 4 | N | |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 9273509 | LHR4411 | TX | DODG | NNSR |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | WHI | 01698 | S | N |

Below is the letter information pertaining to each letter for the worksheet ID: 20012002804

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 20999125007 | D7 | 2020/01/26 07:02 |
| 2043343598 | DEL | 2020/02/12 09:48 |

HERTZ_FPRP_0000166

Overdue Notes for the worksheet ID: 20012002804

| User ID | Time |
|---|---|
| FKR1818 | 2020/02/04 10:20 |

**Note**

Rntr called frm 4692657411 advd 16 dod. Rntr stated veh is stolen/ tried to report to police/ was advd that they will not take the case because the rntr knows the thief/ states if anything, case will be filed as a domestic issue/ was advd to send s

| User ID | Time |
|---|---|
| FKR1818 | 2020/02/04 10:20 |

**Note**

> out a 10 day letter demand, but rntr does not know where the thief is. Odp will cont

| User ID | Time |
|---|---|
| 1942 | 2020/02/06 09:41 |

**Note**

Email Received via vehcntl rntr email address Sean.Hurt seanzhurt@aol.com forward email REC2102

| User ID | Time |
|---|---|
| REC2102 | 2020/02/07 08:37 |

**Note**

Email from [seanzhurt@aol.com] (Thu 9:42 AM) I received the letter of demand only problem is I don't have it. I've been reporting the vehicle stolen since 1/19/2020 and you've done nothing except continue to charge me for the vehicle.

| User ID | Time |
|---|---|
| REC2102 | 2020/02/07 08:37 |

**Note**

---> I've asked repeatedly for someone to activate the GPS and I d go collect it but no one would. Now 3 weeks later you re sending me a letter of demand. Well I still don't have it and I still don't know where it is. But you guys are still happily

| User ID | Time |
|---|---|
| REC2102 | 2020/02/07 08:37 |

**Note**

---> charging me for the rental. Cops wouldn't do anything y all haven't done anything, this whole thing would have been over if you d have just activated the gps. But since no one else is doing anything I have. I closed down my account you were.

| User ID | Time |
|---|---|
| REC2102 | 2020/02/07 08:38 |

**Note**

---> charging me on so you aren't bleeding me dry while you sit around doing nothing but ignoring my requests to do something about this. Now I m doing nothing too.

| User ID | Time |
|---|---|
| REC2102 | 2020/02/11 14:49 |

**Note**

Sent CAMERA HIT request to REC1405

| User ID | Time |
|---|---|
| REC2102 | 2020/02/11 14:51 |

**Note**

FLEETWEB-N /MM-N / ERS-CASTO 1/19, CUWCB /AAO-N /CRM-N /MAG-RENTER NAME /EMAIL= SEANZHURT@AOL.COM

| User ID | Time |
|---|---|
| REC1405 | 2020/02/11 14:59 |

**Note**

Approved to Hire Camera Hit

| User ID | Time |
|---|---|
| REC2102 | 2020/02/12 09:32 |

**Note**

HIRED CAMERA HIT / COLLATERAL CONSULTANTS/ REQ'D CERTIFIED LTR / ADDED FEE TO DASH

| User ID | Time |
|---|---|
| REC1405 | 2020/02/25 12:38 |

**Note**

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Overdue Notes for the worksheet ID: 20012002804

Approved theft package

| User ID | Time |
|---------|------|
| DTC2604 | 2020/03/02 09:40 |

Note:

** Y HOLD ADDED AND CONVERSION PKG COMPLETED **

Report Type: C          *IMMEDIATE ATTENTION REQUIRED*          ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390                                                                    **Confidential**

Report Type: C                          HERTZ
TR=Theft Renter                    OKC Vehicle Control
TF=TheftFraud                    Initial Report of Vehicle
C=Conversion
                                                            Theft ID:

| Unit No. | Year | Make | Model | | | Type | Color | | Serial No. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0009608787 | 2018 | NISSAN | ALTIMA UT | | | 4DR | GRA | | 1N4AL3APXJC189061 | |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | | Odometer In | | Owning Area | Rental No. | |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | NY | HTU6766 | 37602 | | | | 01998 | 834334911 | |

| Date & Time Rented | Rented From | Due Date | | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|---|
| 07/07/2019 08.46.00 | 01745-11 | 07/07/2019 08.49.00 | | 05915-01 | 0917917685 | | EMILYS-3 |

| Renter's Name | | Residence Address (City, State, & Zip Code) | |
|---|---|---|---|
| HEATHER KASDAN | | 322 RICHMOND AVE SOUTH ORANGE    NJ07079 | |
| Employer's Name | | Secondary Address (City, State, & Zip Code) | |
| | | 322 RICHMOND AVE, SOUTH ORANGE, NJ 07079 | |

| Identification Used | Driver's License No. | ST. | DT. of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXX3002 | K07293206759804 | NJ | 09/20/1980 | No |

| Dept. Reported to | Reported to. | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | Y | 13541.62 | 07/07/2019 08:49 | IN RENTER'S POSSESSION |
| | | | | See Attached Pages for the overdue notes for the Worksheet ID:    19070901133 | |

---

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:    08/23/2019          Return Mail:

Force Return Hired:    08/22/2019          Repossession Service Hired:    08/29/2019

Rental Rep:    5323          DNR Submitted:    14C

Prepared By:    E. Sossaman          Prepared Date:    9/10/2019

VC Supervisor Signature          Printed Date:          9/10/2019 9:54:22 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018          HERTZ_FPRP_0000190

```
                                                                          **CONFIDENTIAL**
VCWX0560
                            Overdue Vehicle Print Report
```

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 19070901133 | Op-Theft | 2019/07/09 04:22 | DTC3049/DTC4207 | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2019/09/11 14:47 | 6522 | HEATHER KASDAN | | |

| Address1 | City | ST Ctry | Postal Code | |
|---|---|---|---|---|
| 322 RICHMOND AVE | SOUTH ORANGE | NJ US | 07079 | |

| Phone1 | Phone2 | # Prior Rntls | Gold | |
|---|---|---|---|---|
| 0917917685 T | EMILYS-3 | 0 | 0 | |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| 834334911 | 66 | O | N | 2019/07/07 08:49 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 01745/11 | 2019/07/09 | 2019/07/07 08:49 | 05915/01 | 1 |

| Res ID | Res Type | Res Date | Res Days | |
|---|---|---|---|---|
| J08433054E5 | R | 2019/07/06 | 1 | |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXX3002 | AMX | CR | N | CALL |

| Amount Charged | Exp Date | # Chrgs | Cash? | |
|---|---|---|---|---|
| $100.000 | 11/ 2021 | 56 | N | |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 9608787 | HTU6766 | NY | NISS | NAZR |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | GRA | 01998 | F6 | N |

Below is the letter information pertaining to each letter for the worksheet ID: 19070901133

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 19999115639 | D7 | 2019/07/14 07:03 |
| 19235391133 | DEL | 2019/08/23 10:59 |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Overdue Notes for the worksheet ID: 19070901133

| User ID | Time |
|---------|------|
| 9918 | 2019/07/15 07:59 |

Note

1998-9608787 SCHLIER'S TOWING 110 HILL MOTOR LODGE RD, TANNERSVILLE, PA 18372 570-629-0293 ACCIDENT=PA STATE POLICE (STROUDSBURG) 5706196480 TROOPER SIEKIERKA, JUSTIN BADGE #13185 ACCIDENT REPORT# PA20199I0221. sent to Philadelphia fleet

| User ID | Time |
|---------|------|
| 9918 | 2019/08/13 14:13 |

Note

-***per rich Livingston- vehicle not impounded** work as an overdue contract.

| User ID | Time |
|---------|------|
| 9918 | 2019/08/13 14:13 |

Note

rec'd email Richard W. Livingston-Just to be clear, I called SCHLIER'S TOWING 110 HILL MOTOR LODGE RD, TANNERSVILLE, PA 18372 570-629-0293 just one more time, No vehicle was towed by them according to the Schliers employee

| User ID | Time |
|---------|------|
| 2034 | 2019/08/14 17:28 |

Note

Cld PA state police (570) 619-6800 spoke with female trooper. Provided her with report information. Adv Schlier's towing doesn't have veh, checking to see if the tow info on report was different. Female adv they have Schliers as towing company

| User ID | Time |
|---------|------|
| 2034 | 2019/08/14 17:29 |

Note

FLEETWEB = N / MM= N / ERS= ACDNT / AAO = N / EMAIL= HEATHERGAIL@GMAIL.COM / CRM = Renter's Name / MAG= N / LYFT= N /UBER= N / ZIBOX= N

| User ID | Time |
|---------|------|
| 2034 | 2019/08/14 17:29 |

Note

***NOTE: HIT WORKLOAD ON 8/13 AT 37 DAYS OVERDUE***

| User ID | Time |
|---------|------|
| 2034 | 2019/08/14 17:31 |

Note

located Addtl ph# 09179176856852 on J08433054E5

| User ID | Time |
|---------|------|
| 2034 | 2019/08/14 17:33 |

Note

1st Cld 09179176856852 left msg to adv must return or extend veh by end of business today. Sent email to HEATHERGAIL@GMAIL.COM to return vehicle immediately.

| User ID | Time |
|---------|------|
| 2034 | 2019/08/15 16:08 |

Note

2nd Cld intl ph# 09179176856852 left msg to adv must return veh by end of business today. Sent email to HEATHERGAIL@GMAIL.COM to return vehicle immediately.

| User ID | Time |
|---------|------|
| 2034 | 2019/08/19 15:07 |

Note

GVCS- Search by name: no results found, no additional phone number found / search by DL: no results found, no additional phone number found

| User ID | Time |
|---------|------|
| 2034 | 2019/08/19 15:07 |

Note

GAR- Search BY DL: 1 results found, no additional phone number found / search by CC: no results found, no additional phone number found

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Overdue Notes for the worksheet ID: 19070901133

| User ID | Time |
|---|---|
| 2034 | 2019/08/19 15:07 |

**Note**

CRM- Search by DL. 1 results found, no additional phone number found

| User ID | Time |
|---|---|
| 2034 | 2019/08/19 15:12 |

**Note**

TLO - HAS GIVEN ADDRESS LISTED FOR RENTER FROM- (05/31/2013 to 08/19/2019) / POSSIBLE PHONE NUMBERS- (973) 763-1543 ; (973) 762-4222 ; (917) 685-6852 ; (858) 688-5443 ; (201) 390-0019

| User ID | Time |
|---|---|
| 2034 | 2019/08/19 15:14 |

**Note**

3rd - Cld TLO (973) 763-1543 left msg requesting call back about rental vehicle. Sent text.

| User ID | Time |
|---|---|
| 2034 | 2019/08/19 15:15 |

**Note**

3rd - Cld TLO (973) 762-4222 disconnected

| User ID | Time |
|---|---|
| 2034 | 2019/08/19 15:15 |

**Note**

3rd - Cld TLO (917) 685-6852 voicemail full. Sent text.

| User ID | Time |
|---|---|
| 2034 | 2019/08/19 15:16 |

**Note**

3rd - Cld TLO (858) 688-5443 disconnected

| User ID | Time |
|---|---|
| 2034 | 2019/08/19 15:19 |

**Note**

3rd - Cld TLO (201) 390-0019 left msg requesting call back about rental vehicle. Sent text.

| User ID | Time |
|---|---|
| 2034 | 2019/08/21 15:01 |

**Note**

Final - Cld TLO (973) 763-1543 left msg requesting call back about rental vehicle. Sent text.

| User ID | Time |
|---|---|
| 2034 | 2019/08/21 15:02 |

**Note**

Final - Cld TLO (917) 685-6852 left msg requesting call back about rental vehicle. Sent text.

| User ID | Time |
|---|---|
| 2034 | 2019/08/21 15:03 |

**Note**

Final - Cld TLO (201) 390-0019 pick up hang up. Sent text.

| User ID | Time |
|---|---|
| 2034 | 2019/08/21 15:03 |

**Note**

Final : Also, sent text to return by eob today. Sent final email to HEATHERGAIL@GMAIL.COM.

| User ID | Time |
|---|---|
| 2034 | 2019/08/23 10:51 |

**Note**

HIRED FORCE RETURN/COLLATERAL CONSULTANTS / SENT CERTIFIED DEMAND LETTER/ADDED FEE

| User ID | Time |
|---|---|
| 2034 | 2019/08/23 10:52 |

**Note**

The Demand Certified letter was created. The Worksheet ID you entered was: 19070901133 The LetterID is 19235391133

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Overdue Notes for the worksheet ID: 19070901133

| User ID | Time |
|---|---|
| DTC3483 | 2019/08/28 09:26 |

**Note**

COLLATERAL CONSULTANTS/ 08-29 File will Transition to Repo Vehicle/Repo Charge of $297.69 added/ Renter will be Added to DNR

| User ID | Time |
|---|---|
| REC1336 | 2019/08/29 16:06 |

**Note**

Renter called from 9176856852 and referred her to Collateral Consultants.

| User ID | Time |
|---|---|
| 1942 | 2019/08/30 15:05 |

**Note**

Receive email via vehcntl sender of email Rodgers, Victoria R. vrodgers@hertz.com>

| User ID | Time |
|---|---|
| 1942 | 2019/08/30 15:07 |

**Note**

(cont) forward email VCR2034

| User ID | Time |
|---|---|
| 2034 | 2019/09/06 10:27 |

**Note**

recv'd email from Rodgers, Victoria R. 8/30- I am the examiner assigned to this claim, date of loss 7/7/2019. Is this vehicle a Theft Renter Notes in dash reflect a repo was hired. Has this vehicle been recovered No movement showing in

| User ID | Time |
|---|---|
| 2034 | 2019/09/06 10:27 |

**Note**

>>current and the RA is still open in GAR. We are not able to move forward on this claim until we have damage documents. Can you assist Thank you in advance for your prompt response to this request.

| User ID | Time |
|---|---|
| 2034 | 2019/09/06 10:30 |

**Note**

Sent email 9/3- This vehicle was involved in an accident and the vehicle was impounded, but it was apparently released to the renter. We could not make contact with her, so we hired repossession to attempt to locate the vehicle. Unfortunately we

| User ID | Time |
|---|---|
| 2034 | 2019/09/06 10:31 |

**Note**

>>don't have any access to any damage documents. Thank you!

| User ID | Time |
|---|---|
| 3401 | 2019/09/06 14:20 |

**Note**

Rntr's sister called in wanting to dispute / discuss account. Advd to relay message to rntr. ODR will continue.

| User ID | Time |
|---|---|
| 1942 | 2019/09/06 14:31 |

**Note**

Receive email via vehcntl forward email VCR2034 sender of email Rodgers, Victoria R. vrodgers@hertz.com>

| User ID | Time |
|---|---|
| 2034 | 2019/09/10 09:12 |

**Note**

email on 9/6 from Veh Cntl email box- copied on email from Mitchell, Angela to Rodgers, Victoria R. -- Currently, the vehicle is not back in Hertz possession. There is no additional information that we can provide you in the field.

| User ID | Time |
|---|---|
| DTC7026 | 2019/09/10 10:27 |

**Note**

APPROVED THEFT PACKAGE

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Overdue Notes for the worksheet ID: 19070901133

| User ID | Time |
| --- | --- |
| 6522 | 2019/09/11 14:47 |

Note:

Y HOLD ADDED DUE TO CONV PKG TYPED

HERTZ_FPRP_0000195

**Remit To:**

**GERBER NATIONAL CLAIM SERVICES**
**14252 COLLECTION CENTER DRIVE**
**Chicago, IL 60693**
**Tax ID# 27-4497682**

**Invoice Number:** 2005025025
**Invoice Date:** 10/27/2019
**Claim Entered:** 10/8/2019 8:58 AM

**Phone: 1-866-638-4527**
**FAX: 1-630-823-2013**

# GERBER NATIONAL CLAIM SERVICES INVOICE

**Bill To:**
HERTZ RENTAL  (SECONDARY TOW)
8501 WILLIAMS ROAD
ESTERO, FL 33928
**Phone:**
**Fax:**

**Customer Information:**
**Name:** LUPOA AUTO & TOWING

**Home Phone:**
**Work Phone:** (570) 369-3858
**Mobile:**

**Billing Information:**
**Terms:** NET 15
**Authorized By:** HERTZ

**Job Information:**
**Work Authorized:** IMPOUND ONLY
**Damage Description:** 18-5PM  NAME CHRIS
**PO:** 202604091
**Unit Number:** 9608787
**Loss-Desc:** ACCIDENT
**Loss-Date:** 10/10/19
**Loss-Location:** PA
**Tow miles:** 16
**Impound Days:** 92

**Vehicle:**
**Year:** 2018
**Make:** NISSAN
**Model:** ALTIMA
**Style:**
**VIN:** 1N4AL3APXJC189061
**License Plate:** HTU6766
**Mileage:**

**Rental agreement number:** 834334911
**Reported / Received Date:** 10/10/19
**Complaint/problem with car:** Accident
**Cause:** Impound Only
**ERS Case #:** 190203582
**Damages:** FEES 4305.00 PERDAY 45.00 DOL 07/08 PAYMENT CASH/CH
**Accident/Damage:** Yes
**Customer Responsible:** Yes - Accident/Damage
**Additional Notes:** N/A

| Qty | Part / Description | List Price | Rate | Material | Labor | Item Total |
|-----|-------------------|-----------|------|----------|-------|-----------|
| 1 | DISPATCH FEE | 30.00 | -100% | 0.00 | 30.00 | 30.00 |
| 1 | IMPOUND FEES | 4,305.00 | -100% | 0.00 | 4,305.00 | 4,305.00 |

**Notes:**

Tow from: 65 Mill Creek Road East Strousburg PA 18301
Tow to: 2672 Brookdale Road Scotrunn PA 18355
Tow DTA: 10/10/2019 15:05
Thank you for your business!

| Material | Labor | Sales Tax | Total | Deductible | Payments | Balance |
|----------|-------|-----------|-------|-----------|----------|---------|
| 0.00 | 4,335.00 | 0.00 | 4,335.00 | 0.00 | 0.00 | 4,335.00 |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Lupoa Auto & Towing
65 Mill Creek Road
East Strousburg, PA 18301

## Impound Invoice

**Invoice for**
**LUPOS TOWING  RECOVERY**
**3258 STONEHENGE DR**
**EAST STROUDSBURG, , PA**

Payable to:
Invoice #: 2005025025
VIN: *189061
Date of loss: 10/10/19

| Description | Qty | Unit Price | Total Price |
|---|---|---|---|
| Storage | 92 | 45.00 | 4140.00 |
| Initial Tow Charge: | 1 | 95.00 | 95.00 |
| Admin Fee: | 1 | 45.00 | 45.00 |
| MILEAGE | 1 | 25.00 | 25.00 |
| | | Total: | 4305.00 |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**CONFIDENTIAL**

VCWX0560

## Overdue Vehicle Print Report

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 17011202884 | Clsd-Recvrd | 2017/01/12 05:33 | DTC9183/EDURANT | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2018/02/23 10:02 | DTC5057 | JESSICA MALONE | | |

| Address1 | City | ST Ctry | Postal Code |
|---|---|---|---|
| 3804 BARRY AVE | FORT SMITH | AR US | 72903 |

| Phone1 | Phone2 | # Prior Rntls | Gold |
|---|---|---|---|
| 4796521837 I | FAITHS-2 | 0 | N |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| M75009093 | 28 | P | N | 2017/01/10 18:00 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 07640/01 | 2017/01/12 | 2017/02/08 12:46 | 07640/01 | 3 |

| Res ID | Res Type | Res Date | Res Days |
|---|---|---|---|
| H1772208163 | R | | 0 |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXX5484 | MC | CR | N | DENIED |

| Amount Charged | Exp Date | # Chrgs | Cash? |
|---|---|---|---|
| $328.000 | 8/ 2021 | 1 | N |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 5640933 | HRX6259 | TX | KIA | NRO4 |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | RED | 01698 | B | N |

Below is the letter information pertaining to each letter for the worksheet ID: 17011202884

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 17999133044 | D7 | 2017/02/15 07:40 |
| 17999133311 | D7 | 2017/01/30 07:40 |
| 1758307637 | DEL | 2017/02/27 08:40 |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**Overdue Notes for the worksheet ID: 17011202884**

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/01/14 03:31 |

**Note**

MCAM 4796521837 01132017 162746

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/01/26 02:02 |

**Note**

MCAM 4796521837 01252017 163750

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/01/28 02:01 |

**Note**

MCAM 4796521837 01272017 152959

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/02/01 02:29 |

**Note**

MCAM 4796521837 01312017 102348

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/02/02 02:02 |

**Note**

MCAM 4796521837 02012017 092438

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/02/03 02:01 |

**Note**

MCAM 4796521837 02022017 170420

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/02/09 02:02 |

**Note**

MCAM 4796521837 02082017 162607

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/02/11 02:01 |

**Note**

MCAM 4796521837 02102017 161509

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/02/14 02:01 |

**Note**

MCAM 4796521837 02132017 092723

| User ID | Time |
|---|---|
| DTC0280 | 2017/02/17 07:04 |

**Note**

HAL=N/ MM=N/ ERS=Y 170042995 TIFLT 2-23-17/ AAO=N/ EMAIL=N / CRM=N

| User ID | Time |
|---|---|
| DTC0280 | 2017/02/17 13:22 |

**Note**

CALLED 479-652-1837 VOICEMAIL NOT SET UP YET

| User ID | Time |
|---|---|
| DTC0280 | 2017/02/17 13:22 |

**Note**

SENT TEXT MSG 479-652-1837 The Hertz/Dollar/Thrifty vehicle needs to be returned by end of business today to avoid repossession at your expense. Thank you. Ph# 800-552-8482 EXT 3135 RR#M75009093

| User ID | Time |
|---|---|
| DTC0280 | 2017/02/21 09:34 |

**Note**

CALLED 479-652-1837 VOICEMAIL NOT SET UP YET

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**Overdue Notes for the worksheet ID: 17011202884**

| User ID | Time |
|---------|------|
| DTC0280 | 2017/02/21 09:35 |

**Note**

SENT TEXT MSG 479-652-1837 Hertz/Dollar/Thrifty will be hiring REPOSSESSION TOMORROW at YOUR expense to recover the vehicle. Our next step will be to report the vehicle as stolen and requesting a warrant for arrest. Thank you. Ph# 800-552-8482 EXT.

| User ID | Time |
|---------|------|
| DTC0280 | 2017/02/21 09:37 |

**Note**

TLO: VERIFIED ADDRESS & PHONE - POSSIBLE PH 479-226-6599 (WRONG #)

| User ID | Time |
|---------|------|
| DTC0280 | 2017/02/21 10:08 |

**Note**

TEXT FROM RENTER - 10:07 AM I am so sorry I just got out of jail, and found out somebody else has been pretty much joy riding in the car while I was locked up. I can drive it back to you guys before the end of the business day tomorrow. please don't

| User ID | Time |
|---------|------|
| DTC0280 | 2017/02/21 10:09 |

**Note**

report it stolen I understand your concern and will do everything I can to make it right

| User ID | Time |
|---------|------|
| VCMSJ180 | 2017/02/22 02:01 |

**Note**

MCAM 4796521837 02212017 084456

| User ID | Time |
|---------|------|
| VCMSJ180 | 2017/02/23 02:02 |

**Note**

MCAM 4796521837 02222017 091536

| User ID | Time |
|---------|------|
| DTC0280 | 2017/02/23 08:10 |

**Note**

VOICEMAIL FROM RENTER - WAS IN JAIL AND HER EXBOYFRIEND JOYRIDE IN VEHICLE. PROMISED TO RETURN AFTER SHE GOES TO COURT 2/23. PROMISED TO RETURN ON 2/24. 479-652-1837

| User ID | Time |
|---------|------|
| DTC0280 | 2017/02/23 09:14 |

**Note**

CALLED 479-652-1837 VOICEMAIL NOT SET UP YET

| User ID | Time |
|---------|------|
| DTC0280 | 2017/02/23 09:15 |

**Note**

SENT TEXT MSG 479-652-1837- Hertz/Dollar/Thrifty will be hiring REPOSSESSION TODAY at YOUR expense to recover the vehicle. Our next step will be to report the vehicle as stolen and requesting a warrant for arrest. Thank you. Ph# 800-552-8482 EXT 3

| User ID | Time |
|---------|------|
| DTC0280 | 2017/02/23 10:10 |

**Note**

Recv'd call from Jason Cook (fiance') stated rntr will rtn veh 2/24 by noon. Adv Jason if not returned repo will be hired.

| User ID | Time |
|---------|------|
| DTC0280 | 2017/02/23 15:31 |

**Note**

CALL FROM RENTER - HAD A FLAT - HAVE DONUT ON CAR NOW. MAY NOT BE ABLE TO GET THERE BY NOON DUE TO TRAVELING 50 MILES. ADVISED HER TO CALL ERS AND FILE A REPORT

HERTZ_FPRP_0000245

**Overdue Notes for the worksheet ID: 17011202884**

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/02/24 02:01 |

**Note**

MCAM 4796521837 02232017 152828

| User ID | Time |
|---|---|
| DTC0280 | 2017/02/27 08:23 |

**Note**

ERS: 170042995 TIFLT 2/23/17 - 479-652-1837 - NO TOW SENT - CUSTOMER TO RETURN TO FORT SMITH REGIONAL AIRPORT

| User ID | Time |
|---|---|
| DTC0280 | 2017/02/27 08:26 |

**Note**

CALLED 479-652-1837 VOICEMAIL NOT SET UP YET

| User ID | Time |
|---|---|
| DTC0280 | 2017/02/27 08:30 |

**Note**

HIRED FORCE RETURN/ COLLATERAL CONSULTANTS/ REQ'D CERTIFIED LTR / ADDED FEE TO DASH

| User ID | Time |
|---|---|
| DTC0280 | 2017/02/27 08:33 |

**Note**

The Demand Certified letter was created. The Worksheet ID you entered was: 17011202884 The letterID is 1758307637

| User ID | Time |
|---|---|
| 9918 | 2017/02/28 08:39 |

**Note**

CALLED LOCATION 7640-01 S/W J. FELDER, HE ADVISED ME HE REPORTED THE VEHICLE STOLEN AS AN OVERDUE.

| User ID | Time |
|---|---|
| 9918 | 2017/02/28 09:11 |

**Note**

NICB 2/28/2017 POLICE DEPARTMENT 170003125 DOR 02/27/2017

| User ID | Time |
|---|---|
| DTC3483 | 2017/02/28 11:19 |

**Note**

2-28 CC/***FORCE UPDATE*** I received a call from the renter from 479-652-1837 stating that the vehicle will be returned today.

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/03/01 02:01 |

**Note**

MCAM 4796521837 02282017 090721

| User ID | Time |
|---|---|
| DTC0280 | 2017/03/01 08:40 |

**Note**

VOICEMAIL FROM RENTER/JASON COOKE - PULLED OVER SINCE VEHICLE WAS REPORTED AS STOLEN - STATE TROOPER HAS THEM STOPPED 479-652-1837.

| User ID | Time |
|---|---|
| DTC3483 | 2017/03/01 09:22 |

**Note**

3-1 CC/FORCE UPDATE*** I received a call from the renter stating that the vehicle has been towed and that it is at Tow N Kare in Arkansas. I called the tow company 479-738-5446 and confirmed that they do have the vehicle but I will have to call back

| User ID | Time |
|---|---|
| DTC3483 | 2017/03/01 09:22 |

**Note**

>>in 15 minutes to get all info. I will update once I get everything.

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**Overdue Notes for the worksheet ID: 17011202884**

| User ID | Time |
|---|---|
| DTC2394 | 2017/03/01 09:45 |

**Note**

03-01-17 COLLATERAL CONSULTANTS/ FINAL FORCE UPDATE*** I called 479-738-5446 and confirmed with KL that the do have the vehicle. It is at Tow N Kare located at 2904 Madison 7755, Huntsville, Ar, 72740. The vehicle was towed yesterday. There is no

| User ID | Time |
|---|---|
| DTC2394 | 2017/03/01 09:45 |

**Note**

>damage and he does have the keys. The current fees are $125.86 and will go up $25 a day plus tax. They will accept cash or company check. The driver will need to bring an ID and will need to call to make arrangements to pick it up before hand.

| User ID | Time |
|---|---|
| DTC2394 | 2017/03/01 09:48 |

**Note**

RECEIVED IMPOUND INFO ON * 01698-5640933* EMAIL NOTICE TO *ST LOUIS * TO ARRANGE PICK UP.LOCATED @ Tow N Kare 2904 Madison 7755 Huntsville, Ar, 72740 479-738-5446

| User ID | Time |
|---|---|
| 9918 | 2017/03/01 10:27 |

**Note**

emailed dtc2625- Please complete active conv package on this vehicle and key vehicle recovered. I have removed the H hold off the vehicle.

| User ID | Time |
|---|---|
| VCMSJ180 | 2017/03/02 02:01 |

**Note**

MCAM 4796521837 03012017 085505

| User ID | Time |
|---|---|
| DTC5057 | 2018/02/23 09:52 |

**Note**

ON THE FEBRUARY 2018 VISION WRITE-OFF REPORT. ACTIVE CONVERSION PACKAGE WAS NOT COMPLETED. DTC5057 COMPLETED CONVERSION PACKAGE.

| User ID | Time |
|---|---|
| DTC5057 | 2018/02/23 10:02 |

**Note**

***NO SIGNED RENTAL COPY IN FILENET***

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0000247



**Theft Recovery Checklist**

PG 2 OF 2

## Vehicle Information

| Own Area | Unit Number | Year | Make | Model | VIN |
|---|---|---|---|---|---|
| 01897 | 3895778 | 2017 | Nissian | Sentra | 3N1AB7AP4HY325712 |

## Recovery Information

| Date of Theft | Date of Recovery | Location of Recovery (Name & Address when available) |
|---|---|---|
| 10/10/2018 | 12/13/2018 | 12035 Park RD, charlotte nc 28226 |

| Recovery Police Dept: | Recovery Officer Name/Badge #: | Arrests Made? |
|---|---|---|
| N/A | N/A | YES    NO |

Brief summary of the recovery:

Body shop called and said there was car found that belongs to us parked in the back of their lot with the keys in the seat. When I arrived, I realized it was the missing sentra.

## Impound Information

| Impounded? | Impound Location |
|---|---|
| XX YES    NO | |

| Date Impound Picked Up | Odometer at Pick Up | Original Keys with Car? | Correct Plates with Car? |
|---|---|---|---|
| | 23039 | YES    NO | YES    NO |

## Damages Information

| Are any windows broken/damaged? | Are any door locks damaged? | Is the ignition damaged? |
|---|---|---|
| YES    NO | YES    NO | YES    NO |

Please describe any additional Exterior Damage:

n/a

Please describe any additional Interior Damage:

n/a

| Prepared Date: | Prepared by Printed Name | Prepared By Signature |
|---|---|---|
| 12/13/2018 | Daven Young | X _Daven Young_ |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**CONFIDENTIAL**

VCWX0560

### Overdue Vehicle Print Report

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 16100902308 | Clsd-Recvrd | 2016/10/09 04:43 | DTC9183/DTC4056 | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2016/11/28 12:16 | DTC2604 | PAULA MURRAY | | |

| Address1 | City | ST Ctry | Postal Code | |
|---|---|---|---|---|
| 42 HOBSON STREET | PORTSMOUTH | VA US | 23704 | |

| Phone1 | Phone2 | # Prior Rntls | Gold | |
|---|---|---|---|---|
| 8437095364 X | | 0 | K | |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| 195855656 | 12 | P | N | 2016/09/30 09:55 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 05864/12 | 2016/10/09 | 2016/11/04 11:30 | 05864/12 | 2 |

| Res ID | Res Type | Res Date | Res Days | |
|---|---|---|---|---|
| H07511662F8 | R | 2016/09/30 | 0 | |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXXX0870 | VISA | DB | N | DENIED |

| Amount Charged | Exp Date | # Chrgs | Cash? | |
|---|---|---|---|---|
| $3.000 | 7/ 2018 | 2 | N | |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 7107188 | GSD4776 | NY | NISS | NALT |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | SIL | 01998 | F6 | N |

Below is the letter information pertaining to each letter for the worksheet ID: 16100902308

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 16999130023 | D7 | 2016/10/14 08:19 |
| 16999135829 | D7 | 2016/11/11 08:13 |
| 16306315233 | DEL | 2016/11/01 08:48 |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**Overdue Notes for the worksheet ID: 16100902308**

| User ID | Time |
|---|---|
| VCMSJ180 | 2016/10/12 02:01 |

**Note**
MCAM 8437095364 1011.2016 183242

| User ID | Time |
|---|---|
| VCMSJ180 | 2016/10/14 02:01 |

**Note**
MCAM 8437095364 10132016 173723

| User ID | Time |
|---|---|
| VCMSJ180 | 2016/10/20 02:01 |

**Note**
MCAM 8437095364 10192016 092439

| User ID | Time |
|---|---|
| VCMSJ180 | 2016/10/21 02:01 |

**Note**
MCAM 8437095364 10202016 091217

| User ID | Time |
|---|---|
| VCMSJ180 | 2016/10/28 02:02 |

**Note**
MCAM 8437095364 10272016 142256

| User ID | Time |
|---|---|
| DTC4056 | 2016/10/28 11:34 |

**Note**
Called 8437095364 pick up/hang up

| User ID | Time |
|---|---|
| DTC4056 | 2016/10/28 12:02 |

**Note**
HAL=N / MM=N / ERS=N / AAO=N / EMAIL=PAULATMURRAY@YAHOO.COM / CRM=N

| User ID | Time |
|---|---|
| DTC4056 | 2016/10/31 09:15 |

**Note**
Called 843-709-5364 vm not set up. Sent final text.

| User ID | Time |
|---|---|
| DTC4056 | 2016/10/31 09:17 |

**Note**
Sent final email to 'PAULATMURRAY@YAHOO.COM' adv must extend or return by end of business today to avoid repossession/do not rent.

| User ID | Time |
|---|---|
| DTC4056 | 2016/10/31 09:31 |

**Note**
TLO-shows address listed on contract from dates 3/2014 to 2/2016. Current: 818 HOSS RD, CHARLESTON, SC 29414-5133 (03/1992 to 10/31/2016). Phone on contract is the primary number listed.

| User ID | Time |
|---|---|
| VCMSJ180 | 2016/11/01 02:02 |

**Note**
MCAM 8437095364 10312016 102005

| User ID | Time |
|---|---|
| DTC4056 | 2016/11/01 08:45 |

**Note**
HIRED FORCE RETURN/COLLATERAL CONSULTANTS/REQ'D CERT LTR/ADDED FEE

| User ID | Time |
|---|---|
| DTC4056 | 2016/11/01 08:46 |

**Note**
The Demand Certified letter was created. The Worksheet ID you entered was: 16100902308 The letterID is 16306315233

**Overdue Notes for the worksheet ID: 16100902308**

| User ID | Time |
|---------|------|
| DTC3483 | 2016/11/01 11:50 |

**Note**

11-1 CC/FORCE UPDATE*** I called and spoke to the renter who said that she thought it was extended. She is calling the location now.

| User ID | Time |
|---------|------|
| DTC3483 | 2016/11/01 14:23 |

**Note**

11-1 CC/***FORCE UPDATE*** I received a text message that the contract has been extended. I called the location 757-424-8034 and spoke to Sam who said that it has been extended until 11/4.

| User ID | Time |
|---------|------|
| VCMSJ010 | 2016/11/02 04:53 |

**Note**

WorkSheet Closed - Rental was extended

| User ID | Time |
|---------|------|
| VCMSJ180 | 2016/11/09 02:01 |

**Note**

MCAM 8437095364 11082016 144843

| User ID | Time |
|---------|------|
| 1942 | 2016/11/09 09:31 |

**Note**

Called 8437095364 F unable to leave message. ODP will continue

| User ID | Time |
|---------|------|
| VCMSJ180 | 2016/11/12 02:01 |

**Note**

MCAM 8437095364 11112016 170836

| User ID | Time |
|---------|------|
| VCMSJ180 | 2016/11/15 02:33 |

**Note**

MCAM 8437095364 11142016 110121

| User ID | Time |
|---------|------|
| 9918 | 2016/11/15 10:29 |

**Note**

*Y HOLD ADDED/CONV PKG TYPED/MOVED TO APPROVAL FOLDER IN PAPERPORT*

| User ID | Time |
|---------|------|
| DTC6921 | 2016/11/15 12:43 |

**Note**

Placed theft package in SAC Fax Pkgs folder in Paperport

| User ID | Time |
|---------|------|
| DTC2625 | 2016/11/15 15:09 |

**Note**

RCVD PENDING THEFT PACKET. EMAILED TO: S.CONNOLLY AND G.SPIVEY ON 11/15/2016.

| User ID | Time |
|---------|------|
| VCMSJ180 | 2016/11/16 02:01 |

**Note**

MCAM 8437095364 11152016 153821

| User ID | Time |
|---------|------|
| DTC2399 | 2016/11/17 08:17 |

**Note**

Rntr called in regards to veh being reported stolen. Advd veh reported stolen on 11/15/16. Rntr req'd to speak w/ DNR. Contacted DNR. DNR (2206) stated Rntr isn't on DNR as of yet. Advd Rntr to return veh immediately. Rntr advd will return by 1500hrs

HERTZ_FPRP_0000257

**Overdue Notes for the worksheet ID: 16100902308**

| User ID | Time |
|---|---|
| DTC5057 | 2016/11/17 08:32 |

**Note**

NICB 11/17/2016 CHESAPEAKE  16-153709  DOR 11/16/2016

| User ID | Time |
|---|---|
| DTC2399 | 2016/11/17 09:04 |

**Note**

Samantha Connolly/VACHE12 called in regards to Paula Murray 195855656. Advd veh reported stolen and she will be placed on DNR asap. Advd Hertz will not rent to her again.

| User ID | Time |
|---|---|
| 2362 | 2016/11/17 10:31 |

**Note**

RECD ALARM INFO FROM NICB 11/17/2016..UPDATED ALL ALARM FIELDS IN GVCS..

| User ID | Time |
|---|---|
| DTC3483 | 2016/11/21 14:39 |

**Note**

11-21 CC/***Final LPR Update*** Called 843-709-5364 and spoke to the renter. She stated that she had returned the unit to the hertz on Chesapeake and Parkveiw in Virginia. Called 757-424-8034 and spoke to Sam (288967) who confirmed that the car has

| User ID | Time |
|---|---|
| DTC3483 | 2016/11/21 14:39 |

**Note**

>>been returned and idle sited at her location. Ending mileage 44,666

| User ID | Time |
|---|---|
| DTC1944 | 2016/11/22 13:37 |

**Note**

RECEIVED URGENT/723 COVERSHEET WITH ALARM INFORMATION/BATCH TRACKED/PLACED IN DTC1944 VERIFY FILENET FOLDER.

| User ID | Time |
|---|---|
| DTC1944 | 2016/11/22 14:18 |

**Note**

**Verified 723 coversheet in filenet**

| User ID | Time |
|---|---|
| DTC2604 | 2016/11/28 12:12 |

**Note**

EMAIL FROM CATHERINE PADRONE : Please remove the hot status on 1998 unit 7107188. Vehicle is at Hertz location 5864-12. NICB confirms alarm removed on 11/23/16. Thanks Cathy

| User ID | Time |
|---|---|
| DTC2604 | 2016/11/28 12:13 |

**Note**

** CHECKED VAW VEHICLE APPEARED AS NICB ALARM REMOVED. DTC2604 REMOVED HOT HOLD & KEYED RECOVERED ** NOTED VAW **

| User ID | Time |
|---|---|
| DTC2604 | 2016/11/28 12:16 |

**Note**

REPLY : VEHICLE HAS BEEN KEYED RECOVERED AND THE H HOLD REMOVED. THANK YOU

HERTZ_FPRP_0000258

THE HERTZ CORPORATION
Web:      www.hertz.com



ORIGINAL INVOICE

| | |
|---|---|
| Rental Agreement No: | 195855656 |
| Invoice Date: | 11/15/2016 |
| Document: | 946002542890 |

Direct All Inquiries To:
  THE HERTZ CORPORATION
  PO BOX 26120
  OKLAHOMA CITY, OK 73126-0120

| | |
|---|---|
| Renter: | PAULA MURRAY |
| Account No.: | ************0870 VIS |
| CDP No.: | 1392782 |
| CDP Name: | HERTZ MEMBER PROGRAM |

PAULA MURRAY
HERTZ MEMBER PROGRAM
42 HOBSON STREET
PORTSMOUTH, VA 23704

## RENTAL REFERENCE
Rental Agreement No: 195855656
Reservation ID:      H07511662F8

## RENTAL DETAILS
Rate Plan:     IN: CNVW    OUT: CNVW
Rented On:     09/30/2016 10:00   LOC# 586412
            CHESAPEAKE, VA
Returned On:   11/15/2016 10:00   LOC# 586412
            CHESAPEAKE, VA
Car Description:      ALTIMA GSD4776

| CAR CLASS Charged: | C | MILEAGE | In: 43,212 |
|---|---|---|---|
| Rented: | F6 | | Out: 39,992 |
| Reserved: | C | | Driven: 3,220 |

## MISCELLANEOUS INFORMATION

## RENTAL CHARGES
| | | | |
|---|---|---|---|
| WEEKS | 6 @ | 115.00 | 690.00 |
| EXTRA DAYS | 4 @ | 10.00 | 40.00 |
| SUBTOTAL | | | 730.00 |
| | | | |
| VEHICLE LICENSE FEE | | | 4.60 |
| ENERGY SURCHARGE | | | 1.49 |
| TAX | | 10.00% | 73.61 |

## Gold Plus Rewards Points
Earned this rental:   803

AMOUNT DUE                               809.70 USD

THANK YOU FOR RENTING FROM HERTZ

| | |
|---|---|
| Rental Agreement No: | 195855656 |
| Invoice Date: | 11/15/2016 |
| Document: | 946002542890 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| | |
|---|---|
| Renter: | PAULA MURRAY |
| Account No.: | ************0870 VIS |

Web:      www.hertz.com

GCM3A4      0090 GC

| TOTAL: | 809.70 USD |
|---|---|

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0000259

Report Type: C

## *IMMEDIATE ATTENTION REQUIRED*

***Confidential***

### HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET TO:**

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390                                                                  **Confidential**

Report Type:  C

TR=Theft Renter

TF=TheftFraud

C=Conversion

HERTZ

OKC Vehicle Control

Initial Report of Vehicle

Theft ID:    92412

| Unit No | Year | Make | Model | Type | Color | Serial No. |
|---|---|---|---|---|---|---|
| 0007107188 | 2015 | NISSAN | ALTIMA | 4DR | SIL | 1N4AL3AP0FN375462 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2017 | NY | GSD4776 | 39992 | | 01998 | 195855656 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 09/30/2016 10.00.00 | 05864-12 | 11/04/2016 09.55.00 | 05864-12 | 8437095364 | | |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| PAULA MURRAY | 42 HOBSON STREET PORTSMOUTH        VA23704 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 42 HOBSON STREET, PORTSMOUTH, VA 23704 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXX0870 | 004248120 | SC | 06/14/1973 | No: |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | N | 10789.77 | 11/04/2016 09:55 | IN RENTERS POSSESSION, VA |

See Attached Pages for the overdue notes for the Worksheet ID:    16100902308

---

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:    11/01/2016          Return Mail:    _____

Force Return Hired:    11/01/2016          Repossession Service Hired:    _____

Rental Rep:    1484          DNR Submitted:    14C

Prepared By:    H. Bates

VC Supervisor Signature    _____

Prepared Date:    11/15/2016 10:29

Printed Date:    11/15/2016 10:31:21 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Notes ordered by date.
********************
DN 2016-10-12 02:01:21.101761 VCMSJ180 MCAM 8437095364 10112016 183242
DN 2016-10-14 02:01:32.020869 VCMSJ180 MCAM 8437095364 10132016 173723
DN 2016-10-20 02:01:33.753579 VCMSJ180 MCAM 8437095364 10192016 092439
DN 2016-10-21 02:01:33.127924 VCMSJ180 MCAM 8437095364 10202016 091217
DN 2016-10-28 02:02:00.265318 VCMSJ180 MCAM 8437095364 10272016 142256
US 2016-10-28 11:34:32.446 DTC4056  Called 8437095364 pick up/hang up
WR 2016-10-28 12:02:02.305 DTC4056  HAL=N / MM=N / ERS=N / AAO=N /
EMAIL=PAULATMURRAY@YAHOO.COM / CRM=N
US 2016-10-31 09:15:40.81 DTC4056  Called 843-709-5364 vm not set up. Sent final text.
US 2016-10-31 09:17:30.912 DTC4056  Sent final email to 'PAULATMURRAY@YAHOO.COM' adv must extend
or return by end of business today to
avoid repossession/do not rent.
US 2016-10-31 09:31:41.18 DTC4056  TLO-shows address listed on contract from dates 3/2014 to 2/2016.
Current: 818 HOSS RD,
CHARLESTON, SC 29414-5133 (03/1992 to 10/31/2016), Phone on contract is the primary number listed.
DN 2016-11-01 02:02:43.593945 VCMSJ180 MCAM 8437095364 10312016 102005
WR 2016-11-01 08:45:22.571 DTC4056  HIRED FORCE RETURN/COLLATERAL CONSULTANTS/REQ'D CERT
LTR/ADDED FEE
US 2016-11-01 08:46:18.123 DTC4056  The Demand Certified letter was created. The Worksheet ID you
entered was: 16100902308 The
letterID is 16306315233
US 2016-11-01 11:50:21.518 DTC3483  11-1 CC/FORCE UPDATE*** I called and spoke to the renter who said
that she thought it was extended.
She is calling the location now.
US 2016-11-01 14:23:33.76 DTC3483  11-1 CC/***FORCE UPDATE*** I received a text message that the
contract has been extended. I called
the location 757-424-8034 and spoke to Sam who said that it has been extended until 11/4.
ER 2016-11-02 04:53:50.429081 VCMSJ010 WorkSheet Closed - Rental was extended
DN 2016-11-09 02:01:27.556794 VCMSJ180 MCAM 8437095364 11082016 144843
US 2016-11-09 09:31:53.751 1942 Called 8437095364 F unable to leave message. ODP will continue
DN 2016-11-12 02:01:26.46537 VCMSJ180 MCAM 8437095364 11112016 170836
DN 2016-11-15 02:33:07.082055 VCMSJ180 MCAM 8437095364 11142016 110121

US 2016-11-15 10:29:02.037 9918  *Y HOLD ADDED/CONV PKG TYPED/MOVED TO APPROVAL FOLDER IN
PAPERPORT*

 **Rental Record# 195855656**

**PAULA MURRAY**

Vehicle: **2015 ALTIMA**
License: NY GSD4776

| Rental Rate | | | | |
|---|---|---|---|---|
| | 1 @ $ 115.00 per wk | T $ | **115.00** |
| | @ $ 10.00 ex day | T $ | |

With     99 Free Miles
Charged Miles Estimate:     420 @ $     .99 per mile   T $   **415.80**

**Additional Products**
Frequent Flyer:     ZE 1     T $   ****

**Fuel Responsibility**     Starting Level (FULL 8/8)
You agree to replace fuel used or pay a refuelling charge of
$ 9.99 per gallon OR $ .370 per mile driven.

**Service Charges/Taxes**
ENERGY SURCHARGE     T $   1.49
VEHICLE LICENSE COST RECOVERY     T $   .70
Tax   10.000% On Est. Taxable Ttl $   532.99   $   53.30

**ADJUSTMENTS**

**TOTAL ESTIMATED CHARGE**     $   **586.29**

Credit Card Authorization Amount $   586.00
**Rented by The Hertz Corporation**
Vehicle: 01998 / 7107188 LocNum: VACHE12 / 0586412
Miles Out:     39992 Plan:     CNVW   Class:   C
Rental Location:   PARKVIEW SHOPS HLE
Rental Time:     09/30/16 at 10:00 AM
Return Location:   PARKVIEW SHOPS HLE
Return Time:     10/07/16 at 10:00 AM

Rental Extensions/Changes 1-800-654-4174
Emergency Road Service 1-800-654-5060

For Explanation of Charges: WWW.HERTZ.COM/CHARGEEXPLAINED
This estimate assumes you will rent and return at the locations and times
indicated, and that you will not exceed any mileage limitations.
Rental Rate subject to increase if You return Car more than 24 hours before
or 24 hours after scheduled Return Time. Late returns may be subject to
extra hour and/or extra day charges.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".
195855656     PG 1 OF 6 # 01 GS

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0000263

 PG 2 OF 6 # 01 GS   RR 195855656

Further information relating to Your rental charges, and other terms to which You agree, appear below.

**FUEL & SERVICE CHARGES:** IF YOU DO NOT RETURN THE CAR WITH AS MUCH FUEL AS WHEN THE RENTAL STARTED, BUT REFUEL DURING THE RENTAL, REFUELING CHARGES APPLY AT AT $ 9.99 PER GALLON OR, IF YOU DO NOT BUY FUEL DURING THE RENTAL AT $ .370 PER MILE. BOTH RATES PRODUCE APPROXIMATELY THE SAME RESULT.

**YOU AGREE TO OPTIONAL SERVICES OF:**
LDW          DECLINED
LIS          DECLINED
PAI/PEC      DECLINED
PREM RD SVC  DECLINED

**OTHER FEES AND ASSESSMENTS:**
VEHICLE LICENSE COST RECOVERY      T$  .10 PER DAY
TAX RATE - 10.000 %   APPLIES TO ALL CHARGES MARKED   T

**No "Additional Authorized Operators"** Without Our Prior Written Approval.

**CDP   1392782 -** You Represent That You Are Specifically Authorized to Receive The Benefits Extended To Employees/Members Of **HERTZ MEMBER PROGRAM**

**Passenger Capacity:** The Passenger Capacity Of This Vehicle Is Determined By The Number of Seatbelts And, By Law, Must Not Be Exceeded. While In The Vehicle, Please Fasten Your Seatbelt. It Saves Lives And **It's The Law.** Should You Require A Larger Vehicle, Please Check At The Counter For Availability.

- You Will Be Charged An Administrative Fee Along With Towing/Impound Expenses If The Car Must Be Towed As A Result Of Your Negligence.
- We prohibit smoking in all Vehicles. Cleaning fee will apply for violations.
- Excessive Mileage On A Repeat Basis May Result In Suspension Of Future Renting Privileges.
- You Are Required To Contact Us To Extend The Rental If The Car Will Not Be Returned By The Due Date On The Rental Record. If The Vehicle Is Overdue By More Than 2 Days, And You Fail To Contact Us, An Overdue Administrative Fee May Be Charged To Offset Our Administrative Efforts And Related Costs.

RES ID:   H07511662F8      PLAN - QAUW7     CLASS - C
PREPARED BY:  1484/VACHE12 PRINTED: 09/30/16 09:55
195855656

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0000264



**Hertz** ® PG 3 OF 6 # 01 GS    RR 195855656

REFUELING OPTIONS
**THE FOLLOWING APPLIES TO RENTALS FROM THIS LOCATION
AND AMENDS AND SUPERSEDES SECTION 8. OF THE RENTAL
AGREEMENT, RENTAL JACKET PORTION AND THE APPLICABLE
REFUELING PROVISIONS OF GOLD AND PLATINUM PROGRAM TERMS
8. REFUELING OPTIONS**
Most Hertz rentals come with a full ank of gas, but that is not always
the case. There are three refueling options:
1. IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE
BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH
AT LEAST AS MUCH FUEL AS WAS IN IT WHEN YOU RECEIVED IT,
You will not pay Hertz a charge for fuel.

2. IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE
BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR
WITH LESS FUEL THAN WAS IN IT WHEN YOU RECEIVED IT,
Hertz will charge You a Fuel and Service Charge at the applicable
per-mile or per-gallon rate specified on the Rental Record.
a: The per-mile rate is used if You do not buy fuel during the rental.
To calculate this amount, Hertz multiplies the number of miles driven, as show
on the car's odometer, times the per-mile rate shown on the Rental Record.
b. The per-gallon rate is used if You buy fuel during the rental but the tank is
not as full when You return the Car as when You received it. To calculate thi
amount, Hertz multiplies the number of gallons needed to refill the fuel tank to
the level it was at when You received the Car, times the per-gallon rate.
ALTHOUGH TWO METHODS ARE USED FOR EASE OF
CALCULATION, THE PER-MILE AND PER-GALLON RATES
PRODUCE APPROXIMATELY THE SAME RESULT.
3. IF YOU CHOOSE TO PURCHASE FUEL FROM HERTZ AT THE
BEGINNING OF YOUR RENTAL BY SELECTING THE FUEL PURCHASE
OPTION, You will be charged as shown on the Rental Record for that
purchase. IF YOU CHOOSE THIS OPTION, YOU WILL NOT INCUR AN
ADDITIONALFUEL AND SERVICE CHARGE, BUT YOU WILL NOT
RECEIVE ANY CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF
RETURN, except in the following cases:
a. For rentals in Hawaii, if You return the Car with a full tank of
fuel, You will receive a credit for the amount previously charged
for the purchase of fuel from Hertz.
b. For rentals other than Replacement Rentals, if You drive the Car 75 miles
or less and return it with less than a full tank of fuel, You will receive credit
for the amount previously charged for the purchase of fuel from Hertz and wi
be charged for the fuel Used at the per-mile rate shown on the Rental Record
but only if this will reduce the amount You pay for fuel.


EXCEPT FOR RENTALS AS TO WHICH CLAUSE (a) OR (b) OF
SUBPARAGRAPH (3) BECOMES APPLICABLE, THE PER GALLON
COST OF THE FUEL PURCHASE OPTION WILL ALWAYS BE LOWER
THAN THE FUEL AND SERVICE CHARGE. BUT IF YOU ELECT THE
FUEL PURCHASE OPTION YOU WILL NOT RECEIVE CREDIT FOR
FUEL LEFT IN THE TANK AT THE TIME OF RETURN. THE COST OF
REFUELING THE CAR YOURSELF AT A LOCAL SERVICE STATION
WILL GENERALLY BE LOWER THAN THE FUEL AND SERVICE
CHARGE OR THE FUEL PURCHASE OPTION. HOWEVER, THE FUEL
AND SERVICE CHARGE AND THE FUEL PURCHASE OPTION ALLOW
FOR THE CONVENIENCE OF NOT HAVING TO STOP AND REFUEL
THE CAR PRIOR TO RETURN.

195855656

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

 PG 4 OF 6 # 01 GS  RR 195855656

## IMPORTANT INFORMATION REGARDING TOLLS

You are responsible to pay all tolls. For your convenience, we offer PlatePass, an electronic toll payment system operated by PlatePass LLC, for use on toll roads in the areas specified below. ************

In the following areas all our vehicles (even without a windshield toll transponder) may use any cashless electronic toll lane: The entire States of FLORIDA, GEORGIA, COLORADO, NORTH CAROLINA, and TEXAS, the SAN FRANCISCO BAY AREA BRIDGES, and in Seattle, the TACOMA NARROWS BRIDGE and the SR 520 BRIDGE.

TO USE PLATEPASS IN THESE AREAS, pass through a cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE AREAS, use only traditional cash toll lanes (if available) and make payment directly to the toll authority. ************

IN DELAWARE, ILLINOIS, INDIANA, MAINE, MARYLAND, MASSACHUSETTS, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, OHIO, PENNSYLVANIA, VIRGINIA AND WEST VIRGINIA, only vehicles equipped with a windshield toll transponder may access the cashless toll lanes (The toll authority may allow for an alternative pay method, such as payment by mail).
TO USE PLATEPASS IN THESE STATES, slide the transponder out of the shield box and pass through a cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE STATES, keep the transponder fully within the shield box and use only traditional cash lanes (if available) to make payment directly to the toll authority. ************

**NOTE: Certain toll roads do not accept cash. If you travel on such a toll road without a personal transponder that can be used on the toll road, you will be required to use PlatePass and be billed automatically as outlined below, or incur toll charges or violations for which you will be responsible. In Southern California, for toll roads that accept PlatePass, the toll authority allows for payment by phone/online within five (5) days of accessing the toll road. If you travel in the excluded HOV lanes in Southern California or if you travel on toll roads in Southern California that do not accept PlatePass, you will also be charged an administrative fee of $30.00.**

Where permitted by Toll Authorities, you may opt to use your personal transponder. Follow the instructions above for NOT utilizing PlatePass and install a compatible transponder properly.

**If PlatePass is used, PlatePass LLC will charge you a service fee of $4.95 for each day of your rental including prior or subsequent days on which the PlatePass service is not used (capped at $24.75 per rental) plus incurred tolls at the Toll Authority's cash toll rate or highest undiscounted toll rate.** PlatePass LLC will separately charge your credit or debit card the applicable charges after the close of your rental. Charges typically take 1-3 weeks after the rental closes to appear on your statement, but a longer delay may occur. Cash customers will be invoiced.

FAILURE TO PAY ALL TOLLS MAY RESULT IN A TOLL CHARGE AND/OR VIOLATION. You will be charged for any toll/parking/traffic charges, violation fines/penalties incurred, plus applicable administrative fees. You authorize us to release your billing/rental information to PlatePass LLC and American Traffic Solutions to process and bill all such toll, violation, and administrative charges and service fees.

195855656

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018



**PG 5 OF 6 # 01 GS   RR 195855656**

**ARBITRATION PROVISION: THIS AGREEMENT REQUIRES ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS ACTIONS. BY ENTERING INTO THIS RENTAL AGREEMENT, YOU AGREE TO THIS ARBITRATION PROVISION.**

Except for claims for property damage, personal injury or death, ANY DISPUTES BETWEEN US MUST BE RESOLVED ONLY BY ARBITRATION OR IN A SMALL CLAIMS COURT ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT ALLOWED. YOU AND THE RESPECTIVE HERTZ COMPANY IDENTIFIED ON PAGE ONE OF THIS DOCUMENT (HEREINAFTER "HERTZ") EACH WAIVE THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER. You and Hertz remain free to bring any issues to the attention of government agencies.

This Arbitration Provision's scope is broad and includes, without limitation, any claims relating to any aspect of the relationship or communications between us, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory. It is governed by the Federal Arbitration Act, 9 U.S.C. §§1 et seq.

In any arbitration under this Arbitration Provision, all issues are for the arbitrator to decide, including his or her own jurisdiction, and any objections with respect to the existence, scope or validity of this Arbitration Provision. The arbitration will take place in the county of Your billing address unless agreed otherwise.

The American Arbitration Association ("AAA") will administer any arbitration pursuant to its Consumer Arbitration Rules (the "Rules"). You can obtain the Rules at www.adr.org.

You or Hertz may commence an arbitration by providing a written demand for arbitration to the other (to Hertz, The Hertz Corporation, 8501 Williams Road, Estero, FL 33928, Attn: Arbitration) and two copies of the demand to the AAA. If You seek $10,000 or less through arbitration, Hertz will reimburse You for any AAA required filing fee.

The arbitrator may award injunctive relief as well as money, but only in favor of and as warranted by the claim of the individual party seeking relief. Judgment on the arbitration award may be entered in any court having jurisdiction. An arbitration award and any judgment confirming it apply only to the specific parties in that case and cannot be used in any other case except to enforce the award itself. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of representative or class action.

IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION PROVISION, YOU MUST NOTIFY US IN WRITING WITHIN 30 DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAILING US AT no.arbitration@thehertz.com OR BY MAIL TO The Hertz Corporation, 8501 Williams Road, Estero, FL 33928, Attn: Arbitration. Include Your name, address, the number at the top of this Rental Record, and a clear statement that You do not agree to this Arbitration Provision. If you have previously notified Hertz of Your decision to opt out of arbitration, You do not need to do so again.

195855656

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

 PG 6 OF 6 # 01 GS    RR 195855656

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**TO BE CHARGED TO:**
**VISA**   XXXXXXXXXXXX0870        **AUTH $**   586.00/407725

The Vehicle may be equipped with telematics technology that allows us to track or otherwise locate, disable and repossess the Vehicle and to obtain data about the Vehicle's use during your rental, including fuel usage and miles driven. By entering into this Agreement, You consent to our use of such telematics during your rental as permitted by applicable law.

NOTWITHSTANDING PARAGRAPH 10.B IN THE RENTAL AGREEMENT TERMS AND CONDITIONS, YOU AGREE TO DEFEND, INDEMNIFY AND HOLD US HARMLESS FROM AND AGAINST ANY AND ALL LOSSES, CLAIMS, DEMANDS, DAMAGES, COSTS OR EXPENSES INCURRED BY US IN ANY MANNER ARISING FROM THIS RENTAL TRANSACTION OR FROM THE USE OR OPERATION OF THE CAR BY YOU, ANY AUTHORIZED OPERATOR OR ANY OTHER OPERATOR, INCLUDING CLAIMS OF OR LIABILITIES TO THIRD PARTIES.

NOTICE: THIS CONTRACT OFFERS, FOR AN ADDITIONAL CHARGE, A LOSS DAMAGE WAIVER TO COVER YOUR RESPONSIBILITY FOR DAMAGE TO THE VEHICLE. BEFORE DECIDING WHETHER TO PURCHASE THE LOSS DAMAGE WAIVER, YOU MAY WISH TO DETERMINE WHETHER YOUR OWN VEHICLE INSURANCE AFFORDS YOU COVERAGE FOR DAMAGE TO THE RENTAL VEHICLE AND THE AMOUNT OF THE DEDUCTIBLE UNDER YOUR OWN INSURANCE COVERAGE. THE PURCHASE OF THIS LOSS DAMAGE WAIVER PRODUCT IS NOT MANDATORY AND MAY BE WAIVED. The insurance coverages offered by Hertz (LIS and PAI/PEC) may provide a duplication of coverage already provided by a renter's personal automobile insurance policy or by another source of coverage. The purchase of these kinds of coverage is not required in order to rent a Car. The vehicle licensing cost recovery fee is an estimated average per day per vehicle portion of Hertz's total annual vehicle licensing, titling and registration costs. By accepting the Car, You acknowledge that You have read, understand, accept and agree to the above and the terms and conditions applicable to Hertz #1 Club Gold rentals in the United States and Canada, and You accept or decline the Optional Services as shown on Card 1 and Card 2.

X _____ GOLD - SIGNATURE ON FILE _____

195855656
Our Privacy Policy governs the use of data about you. A copy of the policy is available at the rental counter and online at hertz.com.

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Rental Record: **195855656**    **CORPORATE    Brand:  ZE    Own:**    (Press CTRL+P to Print)

## CUSTOMER INFORMATION

**NAME:** MURRAY PAULA
**#1:** 0058271399    **SVC:** FC F    **GUAR:**
**HOME:** 42 HOBSON STREET
PORTSMOUTH              VA 23704
**BUS:**
42 HOBSON STREET
PORTSMOUTH              VA 23704
                **HM PH:** 8437095364
**DL#:** 004248120              **ST:** SC
**BD:** 06/1973    **PR MAIL:** H

## FORM OF PAYMENT INFORMATION

**FP:** VISA XXXXXXXXXXX0870      **EX:** 07/2018
**FFP:** VISA XXXXXXXXXXX0870    **EX:** 07/2018
**AUTH 1:** 407725 **CC APP:** $ 586.00 **DT:** 09/30
**AUTH 2:** DENIED **CC APP:** $ 164.00 **DT:** 11/15

## VEHICLE/FUEL INFORMATION

**OWN/VEHICLE:** 01998/7107188    **MODEL:** NALT
**YEAR:** 2015    **LIC:** GSD4776      **STATE:** NY
**VCLS:** FG    **COLOR:** SIL
**NEVERLOST:** N    **SATRAD:** N    **PRESTIGE:** N
**FUEL:** 9.99 **GL**    .370 **MI**    **TK CAP:** 18.0
**MI IN:** 43312    **FUEL IN:** 8
**MI OUT:** 39992    **FUEL OUT:** 8

## CDP/RATE/MILEAGE

**RN CDP NAME:** HERTZ MEMBER PROGRAM
            **CC DD EZ FC GS IY**
VF

**RT CDP:** 1392782    **RN CDP:** 1392782
**PLAN IN:** CNVW    **OUT:** CNVW    **ORIG:** CNVW
        **RCLS:** C        **MIN DAY:** 4
**LDW:** N    **LIS:** N    **P&P:** N    **B/L:** D
**MI ALW:** 99/W
            **DRIVEN:** 3220
        **VDI:** X

## TOUR INFORMATION

## RENT/RETURN INFORMATION

**RENT:**    09/30/2016 10:00 VACHE12 05864-12
**RETURN:** 11/15/2016 10:00 VACHE12 05864-12
**DUE:**    11/04/2016 10:00 VACHE12 05864-12
                **GS:** Y
**CLS CHNG:** S    **ARR:FLT** N    **ARR:BUS** N

## RESERVATION INFORMATION

**RES#:** H07511662F9    **REF:** 21ASA
**RES CLS:** C        **BK:** 09/30/2016 09:52
**CTRY:** USA

**REM:**    DO NOT EXT/EXCH/REPO HIRED
            CONV/BILL2CURRENIDTE/VC/HB

## USER/DRB INFORMATION

**REV MGT USER:**      1484/0586412
**RENT USER/LOC:**    1484/VACHE12
**RETURN USER/LOC:**
**LAST PT USER/LOC:** 0217/VACHE12
**LAST PN USER/LOC:** 5464/OKDCR15
**# COPIES RNT:** 2
**RENT DT/TM POSTED:**    09/30/2016 09:55
**RETURN DT/TM POSTED:** 11/15/2016 11:30
**LAST DT/TM POSTED (CST):** 11/15/2016 10:30
**GDRB DATE:** 11/15/2016

                **RR STATUS:** C

## CUSTOMER SATISFACTION

## ADDITIONAL EQUIPMENT

## TOTALS

| | | | |
|---|---|---|---|
| **WEEKS** | 6 @ | 115.00 | 690.00 |
| **EX HOUR** | @ | 5.00 | |
| **EX DAY** | 4 @ | 10.00 | 40.00 |
| | | | |
| **SUBTOTAL** | | | 730.00 |
| **SUBTOTAL** | | | 730.00 |
| | | | |
| **LDW** | @ | 23.99 | |
| **LIS** | @ | 13.95 | |
| **P&P** | @ | 6.95 | |
| **PERS** | @ | 7.99 | |
| **TAX SUBTOTAL** | | | 736.09 |
| **TAX** | @ | .10000 | 73.61 |
| **TOTAL CHARGES** | | | 809.70 |
| | | | |
| **ENERGY SURCHARGE** | | | 1.49 |
| **VEH LIC COST RECOVERY** | | | 4.80 |
| **NET DUE** | | | 809.70 |
| **GPR POINTS** | | | 803 |

   

The Hertz Corporation
Vehicle Control
P. O. Box 24130
Oklahoma City OK 73124-0130

November 1, 2016

PAULA MURRAY
42 HOBSON STREET
PORTSMOUTH, VA  23704


Dear PAULA MURRAY,

The vehicle that you recently rented from a Hertz Company (Hertz,
Dollar, Thrifty, or Firefly Car Rental) was scheduled to be returned
to: 1700 PARKVIEW DR STE 1765 CHESAPEAKE, VA on the date indicated:

Rented at            1700 PARKVIEW DR STE 1765 CHESAPEAKE, VA.
Rental #             195855656
Date due             10/07/2016
Vehicle Detail ID    1N4AL3AP0FN375462
License Plate        GSD4776
License State        NY
Color                SIL

This vehicle is now seriously overdue.
Please do not ignore this letter.

Pursuant to the Terms and Conditions of the Rental Agreement, we
hereby demand that our vehicle be immediately returned to the
scheduled return location listed above, or to the nearest Hertz
Company.  (Note: Additional charges will apply if you return to a
location other than the scheduled return location.)

Failure to return our vehicle as instructed may result in the vehicle
being reported stolen. Please note that pursuant to laws in some states,
you may already be in violation of state law by failing to return our
vehicle. You are also advised that we may attempt to repossess this
vehicle without additional notice to you. In addition to any overdue
fees and/or additional rental charges you have already incurred, you
will be responsible for all repossession expenses we incur. We will
not be responsible for any personal property left in a vehicle we
repossess.

Your immediate attention is necessary to prevent the potential
revocation of future rental privileges and/or legal action to
recover our vehicle.

If you have already returned this vehicle and believe this letter
has been sent to you in error, we apologize for any inconvenience.
Please contact us with your return details so we may investigate
and resolve this matter as quickly as possible.

The Hertz Corporation
Vehicle Control
(800) 552-8482
(405) 775-3090
Vehcntl@hertz.com


Form: VCWX0710       ID: 16100902308DEL16306315233

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Hertz Corporation
Print Shop
P.O.Box 24130

Oklahoma City, OK 73124-0130



**USPS CERTIFIED MAIL™**

9214 8901 3628 0200 1621 41

RR 195855656
PAULA MURRAY
42 HOBSON STREET
PORTSMOUTH　　　　VA　23704

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Report Type:  C                    *IMMEDIATE ATTENTION REQUIRED*                    ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390                                                                    **Confidential**

Report Type:  C                          HERTZ
TR=Theft Renter                   OKC Vehicle Control
TF=TheftFraud                    Initial Report of Vehicle
C=Conversion
                                                              Theft ID:

| Unit No | Year | Make | Model | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|
| 0003739349 | 2017 | HYUNDAI | ELANTRA | | 4DR | BLA | 5NPD74LF3HH190640 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2020 | CA | 7UUH169 | 43402 | | 01195 | 378270535 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 02/08/2019 14.41.00 | 04417-20 | 02/15/2019 14.42.00 | 04417-20 | 7604745981 | | JONR-2 |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| MARISSA WHITE | 21321 THUNDERBIRD RD APPLE VALLEY    CA92307 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 21321 THUNDERBIRD RD, APPLE VALLEY, CA 92307 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXX9990 | B5725395 | CA | 01/08/1978 | |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| SDPD Western div | Det. Bennett | Howard Ruke | 3/20/19 | 19301261W |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | I | 9339.41 | 02/15/2019 14:42 | IN RENTERS POSSESSION |

See Attached Pages for the overdue notes for the Worksheet ID:  19021703109

---

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:    03/05/2019          Return Mail:

Force Return Hired:    03/05/2019          Repossession Service Hired:    03/08/2019

Rental Rep:    8118          DNR Submitted:    14C

Prepared By:    J. RICHARDSO          Prepared Date:    3/19/2019

VC Supervisor Signature    T. Sayers          Printed Date:    3/19/2019 9:30:37 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

 **Rental Record# 816259161**



**NIRBHAY AGARWAL**

Vehicle: **2019 530**

Lot:R  Space:    **161**  License:CA **8KTM061**

| Rental Rate* | 1 @ $ | 128.05 per day | T $ | 128.05 |
|---|---|---|---|---|

*Includes Unlimited Miles

**Additional Products**

| Loss Dmg Wvr | Accepted @ $ | 39.99 per day | $ | 39.99 |
|---|---|---|---|---|
| LIS | Accepted @ $ | 16.35 per day | $ | 16.35 |
| Frequent Flyer Surcharge | | | T $ | .00 |
| | | | | **** |
| **Fuel & Service** | $ .416 /MI | $ 9.99 /GAL  18.0 /TK CAP | T $ | |

**Service Charges/Taxes**

| CONCESSION FEE RECOVERY | 11.11% | T $ | 18.94 |
|---|---|---|---|
| CA TOURISM ASSESSMENT | 3.50% | $ | 4.48 |
| TRANSPORTATION FEE | | | 7.50 |
| Vehicle License Fee | Accepted @ $ | 2.40 per day | T $ | 2.40 |
| Tax 1   9.250% On Taxable Ttl $ | 149.39 | $ | 13.81 |
| Tax 2   4.250% On California Refueling | | $ | **** |

**ADJUSTMENTS**

## TOTAL ESTIMATED CHARGE          $   231.52

Credit Card Authorization Amount $    432.00
**Rented by The Hertz Corporation**
Vehicle: 01198 / 5547997 LocNum: CASJO11  / 0123611
Miles Out:        24186 Plan:      RCUD1  Class:   K
Rental Location:  SAN JOSE INTL AP
Rental Time:    **02/12/21 at  10:01 PM**
Return Location:  SAN JOSE INTL AP
Return Time:    **02/13/21 at  10:00 PM**

### Rental Extensions/Changes 1-800-654-4174
### Emergency Road Service 1-800-654-5060

For Explanation of Charges: WWW.HERTZ.COM/CHARGEEXPLAINED

This estimate assumes you will rent and return at the locations and times
indicated, and that you will not exceed any mileage limitations.
Rental Rate subject to increase if You return Car more than 24 hours before
or 24 hours after scheduled Return Time. Late returns may be subject to
extra hour and/or extra day charges.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".
816259161                              **PG 1 OF 7 # 01 RT**

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0001977

**\*TOW\***

# Hertz

## TOW PICK-UP TICKET

NO.   *6890380*

LOCATION OF VEHICLE
3901 LICKMILL BLVD
SANTA CLARA

E-M-O

OKC ERS REFERENCE NO.

### DATE CALL RECEIVED
02122021

DUE LOCATION

| OWNING CITY | 1198 | UNIT NO. | 5547997 |
|---|---|---|---|

| TIME CALL RECEIVED - INITIALS | DATE/TIME DISPATCHED - INITIALS |
|---|---|
| 3/12 935 | 3/12 935 |

DATE/TIME VEHICLE RECEIVED   3/12   0600

| DUE DATE | LICENSE NO. BKTM061 | MAKE/MODEL BMW 530i | COLOR GRAY |
|---|---|---|---|

| DISPATCH LOC. NO. | DROP OFF LOC. NO. | NCAL |
|---|---|---|
| 1278-99 | 1236-04 | ☐ |

CUSTOMER'S NAME    CUSTOMER'S ADDRESS/PHONE NUMBER

VEHICLE MILEAGE - PICKUP/DROP OFF    OP STATUS
23099    RT

| | LOCATION OF KEYS | |
|---|---|---|
| ☐ Abandoned | ☐ Electrical | ☐ Poor Running |
| ☐ A/C or Heater | ☐ Fire | ☐ Steering |
| ☐ Accident | ☐ Fuel Related | ☐ Stolen |
| ☐ Belts | ☐ Key Related | ☐ Tire Related |
| ☐ Brakes | ☐ Lights | ☐ Transmission |
| ☐ Broken Glass | ☐ No Start | ☐ Vandalism |
| ☐ Dead Battery | ☐ Over Heating | ☒ REPO |

LOCATION OF KEYS
☐ Ashtray
☐ Sunvisor
☐ Tire
☐ Other

RA NUMBER
6158355596

| RENTING CITY | DATE OF RENTAL |
|---|---|
| 721-13 | 1/8/21 |

ACCIDENT REPORT REQUIRED?   ☐ YES   ☐ NO

REMARKS

☐ BILL CUSTOMER
1014
19
1060950

TOW TICKET PREPARED BY

OPERATIONAL STATUS CODES
BD – BODY DAMAGE    RP – RETAIL PENDING
CU – CREDIT UNION    RT – RENTABLE
FS – FLEET SALE    SU – SERVICE UNIT
HA – HOLD ADMIN    SV – SALVAGE
HL – HOLD LEGAL    TB – TURNBACK
LL – LEASE LOANER    TC – THEFT/CONV.
MN – MAINTENANCE    TX – EXCHANGE
NC – NO CAR TOW    TW – OPEN TOW
PL – RETAIL PIPELINE    WS – WHOLESALE
RL – RETAIL LOT

| Internal Tow | | VDA NUMBER | | | Impound and Storage Charges | | | |
|---|---|---|---|---|---|---|---|---|
| Miles In | | | | | | | | |
| Miles Out – | | Towed By: Driver/Vendor Name: AUTO | | | Tow | Storage | In Storage Since Date | |
| | | Address of Vendor: 4484987 | | | | | | |
| Mileage of Tow = | | | | | | | Per Day | |

| | | Authorized Tow | | Vendor Tow | | Recovery Cost | Paid By and Amount |
|---|---|---|---|---|---|---|---|
| Internal Tow Mileage Rate | X | | | | | | |
| Mileage Charge | = $ | Tow | 250 – | Acct. 4550 | Tow | Acct. 4550 | TOTAL | ☐ Cash $ _____ |
| Internal Tow Base Rate | + $ | Storage | | Acct. 6450 | Tolls | Acct. 5982 | 250 – | ☐ Check $ _____ No. _____ |
| Tolls | + $ | | | | | | | |
| TOTAL INTERNAL TOW COST | = $ | TOTAL | 250 – | | TOTAL | | $ | ☐ P.O. $ _____ |

704001 (4/10)    MAINTENANCE HISTORY FILE



**AUTO TOWING**
1229 Underwood Avenue, San Francisco CA 94124
Phone: (415) 333-5559 | Fax: (415) 872-9883

**Invoice**
**#21-0212-12142**

Printed 2/25/2021

| | | | |
|---|---|---|---|
| Invoice # | 21-0212-12142 | **Authorized by** | HERTZ SFO |
| Call # | 12142 | | |
| Tow Reason | Repossession | | 177 S. AIRPORT BLVD, SOUTH SAN FRANCISCO CALIFORNIA 94080 |
| Driver | Juan Fuentes | | GORDON YOST (650) 624-6462 |
| Truck | UNIT 2436 | **Tow From** | 3901 Lick Mill Blvd, Santa Clara, CA 95054, USA (3901 Lick Mill Boulevard) |
| Date/Time Requested | 2/12/2021 @ 10:35 AM | | |
| Date/Time Dispatched | 2/12/2021 @ 10:36 AM | **Tow To** | 1000 Walsh Ave, Santa Clara, CA 95050, USA (1000 Walsh Avenue) |
| Date/Time Enroute: | 2/12/2021 @ 11:47 AM | | |
| Date/Time Arrival: | 2/12/2021 @ 11:59 AM | | |
| Date/Time Departure | 2/12/2021 @ 12:07 PM | | |
| Date/Time Completed | 2/12/2021 @ 12:12 PM | | |

| Year | Make | Model | Color | VIN | Plate | Odometer |
|---|---|---|---|---|---|---|
| 2019 | BMW | 530 | Gray | WBAJA5C50KWW49672 | 8KTM061 CA | |

| Charge Description | Quantity | Price | Line Total |
|---|---|---|---|
| Tow | 1 | $250.00 | $250.00 |
| | | **Grand Total** | $250.00 |
| | | **Amount Due:** | **$250.00** |

Auto Towing is not responsible for loss of items left in vehicle/ damages to the vehicle while performing service or in case of fire, theft, or any other causes beyond our control. If you believe you have been wrongfully towed, please contact the local law enforcement or prosecuting agency. San Francisco Police Department 415-553-1239, San Mateo Police Department 650-522-7700. Upon request, you are entitled to receive a copy of the towing fees and access notice.

Signature: _____

View photos for this tow online at http://app.towbook.com/PublicAccess/Invoice2.aspx?id=840803178sc=f851917c1e

CA# 517601   USDOT: 3062878

Upon request, you are entitled to receive a copy of the Towing and Storage Fees and Access No[

REC#  4484947

PO#  203699039

REC#  4958007

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002004

Highly confidential - Subject to Delaware Local Bankruptcy Rule 9018

**Rental Data** | Location Data | Hertz Contacts | Vendor/PO Data | Prob.Res | Flags | Callback | AAA | Accident

**Rental Data**

Date 2021-03-24

Related Case #2

Last Name ANGELINO

Drivers License # X000000000471

Company Name EXPEDIA MEMBER SERVICES

Primary Phone

Created By Agent 5452

Related Case #3

Time 0002

First Name JESSICA

Drivers License State FL     SIVC

DOB # 00002185999

Secondary Phone

Most Recent Update 5452

Date of Birth 1997

Case No. 0211046787

Status CLOSED

Print

Call Primary    Make Call

**Rental Data**

Rental CityLocation CA/AX35

Return CityLocation CA/AX35

Owning City 01459

Model Code N3TE     List

Ignition Code 10610

Vin BFADP48J7NM133113

Rental Date 2021-03-21

Return Date 2021-03-28

Unit # 0001324436

Model Year 19

Trunk Code 10610

Recall

RDF 836756712

Misc Od 0000037229

Lic Plate N332873

Model Desc HFG FORD SER FIESTA 4D

Entry Code

GPS

Retrieve RR

**Agents Updating**

Rental Brand ZE

Rate Class B

License State LA

Color BLA

LDW R

PERS R

**Problem and Resolution**

Problem Code DRNPOL    List

Resolution Code ALTRN    List

Resolution Code 2

**Disabled Vehicle Location**

Address

Apt/Unit #

City LOS ANGELES

Location
Name

Cross Street

Landmark

Exit #

Dir. of Travel

ST/Prov CA    Zip Code

Location Description

Long

List   Unattended

OFFICER TAMATE
BADGE#35410
LAPD
818-756-4000
*DRIVER OF VEHICLE ARRESTED OFFICER WANTED TO MAKE SURE VEHICLE WAS NOT REPORTED STOLEN, CONFIRMED CONTRACT'S CURRENT AND HE GAVE ME RENTER NAME, CONFIRMED THAT AS WELL

Report Type: C          *IMMEDIATE ATTENTION REQUIRED*          ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS
SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

VCWX0390                                                          **Confidential**

Report Type: C                              HERTZ
TR=Theft Renter                        OKC Vehicle Control
TF=TheftFraud                        Initial Report of Vehicle
C=Conversion
                                                              Theft ID:

| Unit No | Year | Make | Model | Type | Color | Serial No. |
|---|---|---|---|---|---|---|
| 0001217041 | 2020 | KIA | OPTIMA | 4DR | BLU | 5XXGT4L38LG409014 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2021 | TX | MVV2711 | 21957 | | 01698 | 810226432 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 01/20/2021 14.56.00 | 04956-01 | 01/27/2021 14.57.00 | 04956-01 | 4706247761 | | BART W |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| CARMEN BOSKO | 454 BAY TREE DR MIRAMAR BEACH  FL325507868 |
| Employer's Name | Secondary Address (City, State, & Zip Code) |
| | 454 BAY TREE DR, MIRAMAR BEACH, FL 32550786B |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX6886 | B200114928770 | FL | 10/17/1992 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| Okaloosa Sheriff Dept. | Brian Muhlbach | Andrew Geiger | 4/27/21 | 21-6263 |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | N | 13330.69 | 01/27/2021 14:57 | in Renter's Possession |

See Attached Pages for the overdue notes for the Worksheet ID:   2101270272B

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED.
ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:   03/04/2021          Return Mail:

Force Return Hired:   02/04/2021          Repossession Service Hired:   03/03/2021

Rental Rep:   27S1          DNR Submitted:   14C

Prepared By:   N. Armstrong          Prepared Date:   4/23/2021

VC Supervisor Signature          Printed Date:   4/23/2021 10:55:06 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002013



January 25, 2022

CITY OF OKALOOSA COUNTY SHERIFFS OFFICE
50 2ND ST SHALIMER, FL 32579
Attn: Vehicle Theft Division

Re:  2020 BLUE KIA OPTIMA
VIN: 5XXGT4L38LG409014
License Tag: MVV2711- TX
Titled Owner: The Hertz Corporation ("Hertz")

## Notice of Recovery Via Certified Mail Return Receipt

Dear Sirs,

Reference is made to the captioned vehicle, 2020 BLUE KIA OPTIMA.

This letter will serve to confirm recovery of the above listed vehicle previously reported stolen to your department.  Please ensure that ALL police alerts, local, state, national and/or international stolen entries, locates and teletypes are removed in their entirety on this vehicle.

Thank you for your assistance and be assured of our cooperation in matter of mutual interest.


Sincerely,

The Hertz Corporation,
Vehicle Control Department

The Hertz Corporation
5601 NW Expressway
Oklahoma City, OK 73132



## Theft Recovery Checklist

Recovered Theft Form

1. You must enter info into all fields
2. Use direction arrows between fields
3. Click "Generate…" button below
4. Use the Tab key between fields to complete all fields
5. Answer the Yes/No questions (highlighted) with your mouse

| | |
|---|---|
| Date of Theft | 01/20/2021 |
| Date of Recovery | 05/08/2021 |
| Location of Recovery | SPRINGDALE |
| Address of Recovery | 3062 SPRINGDALE RD HAPEVILLE GA 30354 |
| Brief Summary of the Recovery | .VEHICLE ARRIVED AT SDALE WITH ACTIVE ALARM. HAPEVILLE PD RAN TAG AND VIN AND SAID IT WAS NOT COMING UP STOLEN AND WOULD NOT RECOVER.<br><br>JOE RIVERA WITH NCIB CAME OUT AND ASSISTED WITH THE RECOVERY |
| Recovery Police Department | RECOVERED FOR NCIC |
| Recovery Officer Name/Badge # | RECOVERED FOR NCIC |
| Vehicle Own Area | 1698 |
| Vehicle Unit # | 1217041 |
| VIN | 5XXGT4L38LG409014 |
| Vehicle Year | 2020 |
| Vehicle Make | KIA |
| Vehicle Model | OPTIMA |

## Impound Information

| Impounded? | Impound Location |
|---|---|
| YES  X       NO | **NO IMPOUND INFO IN EAM** |

| Date Impound Picked Up | Odometer at Pick Up | Original Keys with Car? |
|---|---|---|
| **04/29/2021** | **28107** | YES    X      NO |

## Damages Information

| Are any windows broken/damaged? | Are any door locks damaged? |
|---|---|
| YES              NO X | YES              NO X |

Please describe any additional Exterior Damage:

**LIGHT BODY DAMAGE**

Please describe any additional Interior Damage:
**SMELLS LIKE SMOKE**

| Prepared Date: | Prepared by Printed Name |
|---|---|
| **5/10/21** | **KATHRYNE PHILLIPS** |

HERTZ_FPRP_0002038

VCWX0390                                                                    **CONFIDENTIAL**

Report Type: C                           *Hertz*
TL=Theft Lot                        OKC Vehicle Control
TR=Theft Renter                  Initial Report of Vehicle
TF=Theft Fraud
C=Conversion                                                    Theft ID: 000000105239

| Unit No. | Year | Make | Model | Type | Color | Serial No. |
|---|---|---|---|---|---|---|
| 2518397 | 2017 | NISS | FRONTIER | 4DR | BLU | 1N6AD0EV5HN763737 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2019 | TX | JVX2128 | 4156 | 0 | 01695 | H30999614 |

| Date & Time Rented | Rented From | Date Due | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 11/01/2017 11:22 | 07602-02 | 11/20/2017 | 07602-02 | 8327563455 | 8327563455 | STACEY |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| LARRYELLE MAGEE | 7500 E L EXPY APT 3202 TEXAS CITY, TX. 775912539 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
|  | 7500 E L EXPY APT 3202 TEXAS CITY, TX. 775912539 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| VI  XXXXXXXXXXXX5485 | 4821890 | TX | 05/92 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| LEAGUE CITY PD | OFCR UNKNOWN | HERTZ | 01/10/2018 | 18-0172 |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | ACCPD | $21,769.700 | 11/20/2017 09:18 | IN RENTERS POSSESSION - TX |

See attached pages for the Over Due notes for the Worksheet ID: 17112105379

CONVERSION PACKAGE COMPLETED 01/03/2018

Prepared By:_____                    Prepared Date: 01/03/2018

VC Supervisor Signature                                  Printed Date : 01/11/2018 14:52

Report Type:  C        *IMMEDIATE ATTENTION REQUIRED*        ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET TO:**

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390                                                                **Confidential**

Report Type:  C                    HERTZ
TR=Theft Renter                    OKC Vehicle Control
TF=TheftFraud                      Initial Report of Vehicle
C=Conversion
                                                        Theft ID:   152526

| Unit No | Year | Make | Model | Type | Color | Serial No. |
|---|---|---|---|---|---|---|
| 0008364291 | 2019 | CHRYSLER | 300 | 4DR | BLA | 2C3CCABG6KH559415 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2021 | TX | LMR1705 | 49225 | | 01695 | 967496843 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 05/13/2021 21.16.00 | 00742-14 | 05/16/2021 04.00.00 | 00742-14 | 2032998000 | | |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| REJEANA MEADO | 2 CONSTITUTION DR NEW BERLIN     IL62670 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 2 CONSTITUTION DR, NEW BERLIN, IL 62670 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX5071 | M30073487965 | IL | 12/24/1987 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | N | 16653.83 | 05/16/2021 04:00 | IN RENTERS POSSESSION |

See Attached Pages for the overdue notes for the Worksheet ID:   21051704660

---

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:    08/31/2021          Return Mail: _____

Force Return Hired:    05/25/2021          Repossession Service Hired: _____

Rental Rep:    0979          DNR Submitted:    14C

Prepared By:    L Hunter

VC Supervisor Signature    _____

Prepared Date:    08/31/2021 11:53

Printed Date:    9/1/2021 12:27:55 PM

**CONFIDENTIAL**

VCWX0560

## Overdue Vehicle Print Report

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 21051704660 | Op-Theft | 2021/05/17 05:16 | DTC9183/DTC3376 | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2021/09/01 04:07 | VCMSJ010 | REJEANA MEADO | | |

| Address1 | City | ST Ctry | Postal Code | |
|---|---|---|---|---|
| 2 CONSTITUTION DR | NEW BERLIN | IL US | 62670 | |

| Phone1 | Phone2 | # Prior Rntls | Gold | |
|---|---|---|---|---|
| 2032998000 T | | 0 | N | |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| 967496843 | 108 | O | N | 2021/05/13 21:16 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 00742/14 | 2021/05/17 | 2021/05/16 04:00 | 00742/14 | 1 |

| Res ID | Res Type | Res Date | Res Days | |
|---|---|---|---|---|
| J74510724E1 | R | | 0 | |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXXX5071 | MC | CR | N | DENIED |

| Amount Charged | Exp Date | # Chrgs | Cash? | |
|---|---|---|---|---|
| $106.000 | 3/ 2023 | 1 | N | |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 8364291 | LMR1705 | TX | CHRY | N36R |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | BLA | 01695 | I | N |

Below is the letter information pertaining to each letter for the worksheet ID: 21051704660

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 21999114657 | D7 | 2021/05/23 07:02 |
| 21243428016 | DEL | 2021/08/31 12:03 |

HERTZ_FPRP_0002128

**Overdue Notes for the worksheet ID: 21051704660**

| User ID | Time |
|---|---|
| 0283 | 2021/05/25 13:25 |

**Note**

HIRED FORCE RETURN / LD INVESTIGATIONS / ADDED $100 FORCE FEE TO DASH

| User ID | Time |
|---|---|
| NH52254 | 2021/06/01 17:25 |

**Note**

veh already been return but rental on dash board is still open, we sent already a closeout to the rental location.

| User ID | Time |
|---|---|
| DTC2503 | 2021/07/13 12:58 |

**Note**

GVCS DAILY REPORT: BANK OF AMERICA VERIFIED NAME MATCHES

| User ID | Time |
|---|---|
| 0288 | 2021/08/11 15:28 |

**Note**

VEH CNTL MAILBOX - Rcvd email from Rental Extension on 8/2: Customer Care Contract Closeout Request - Forwarded to GVCS ID DTC5413 & TXIAH SSENS

| User ID | Time |
|---|---|
| DTC5413 | 2021/08/13 06:31 |

**Note**

rec email Cheryl E. Jorden- We might need to look into having this car reported stolen, there has been movement nor fuel island on it since May.

| User ID | Time |
|---|---|
| DTC5413 | 2021/08/13 06:31 |

**Note**

rec email reply Douglas R. Coleman- The customer would need to report. We never had possession of the vehicle.

| User ID | Time |
|---|---|
| DTC5413 | 2021/08/23 08:14 |

**Note**

email rec from renter- 08/12- You and I spoke on the phone regarding this car. This was reported to the Houston Police Department on August 2nd, 2021 at 2:30pm. I called you back and provided you the police report number. You told me that security

| User ID | Time |
|---|---|
| DTC5413 | 2021/08/23 08:15 |

**Note**

would pull the footage. I am a little confused by your email This has already been reported. You and I discussed this. The police report number is 103931421L. Can you please explain your email below It seems as if you lost this information

| User ID | Time |
|---|---|
| DTC5413 | 2021/08/23 08:15 |

**Note**

rec email from Cheryl E. Jorden-I am unable to close out rental due to credit authorization. I am trying to close for the date they actually reported to the police. Not sure what to do at this point.

| User ID | Time |
|---|---|
| DTC5413 | 2021/08/23 08:16 |

**Note**

Rep email: Hello Cheryl- Do you have the mileage & Fuel level and the date when the renter returned the vehicle and I can see if the system will let me close it.

| User ID | Time |
|---|---|
| DTC5413 | 2021/08/23 13:58 |

**Note**

Called Houston PD 713-308-3500 to see if the vehicle was actively reported stolen, Wasn't able to speak to anyone due to the line being busy. Will call back

| User ID | Time |
|---|---|
| DTC5413 | 2021/08/24 15:12 |

**Note**

HERTZ_FPRP_0002129

**Overdue Notes for the worksheet ID: 21051704660**

sent email to corporate security Knowles, Matthew H. matthew.knowles@hertz.com>

| User ID | Time |
|---------|------|
| DTC5413 | 2021/08/25 08:19 |

**Note**

rec email reply Knowles, Matthew H. matthew.knowles@hertz.com> Hello Lindsey. IÊm looping in Mark who is the CSM for Houston. Zimmerhanzel, Mark M. william.zimmerhanzel@hertz.com>

| User ID | Time |
|---------|------|
| DTC5413 | 2021/08/25 08:20 |

**Note**

rec email from William.zimmerhanzel@hertz.com All, This was before my rehire. I have added PFM Parnel and Dave and Maya in Distro as they are the ones that report vehicles. Hackworth, David C. DHackworth@hertz.com>; Sheborah, Mayalie msheborah@he

| User ID | Time |
|---------|------|
| DTC5413 | 2021/08/25 08:20 |

**Note**

Hackworth, David C. DHackworth@hertz.com>; Sheborah, Mayalie msheborah@hertz.com>; Roy, Parnell Parnell.Roy@hertz.com>

| User ID | Time |
|---------|------|
| DTC0444 | 2021/08/26 13:24 |

**Note**

Called Houston PD spoke with Officer Richards the correct incident number is 1038648-21 they will not be entering this as a stolen vehicle for the renter. She failed to secure the keys did not place them in the drop box they were left in the vehicle.

| User ID | Time |
|---------|------|
| DTC0444 | 2021/08/26 13:25 |

**Note**

Officer Richards advised to send a demand letter and we need to report the vehicle stolen, she is probably trying to get some extra days. If she would have secure they keys would have been different.

| User ID | Time |
|---------|------|
| DTC5413 | 2021/08/31 11:49 |

**Note**

Sent email ILLINOISREJEANA@GMAIL.COM to adv that the vehicle was not actively reported stolen by the Houston PD due to the keys not being secured at the time of return which resulted in the vehicle being stolen. Its considered

| User ID | Time |
|---------|------|
| DTC5413 | 2021/08/31 11:50 |

**Note**

negligence. PER DTC7026 to go ahead an report the vehicle stolen.

| User ID | Time |
|---------|------|
| DTC5413 | 2021/08/31 11:53 |

**Note**

The Demand Certified letter was created. The Worksheet ID you entered was: 21051704660 The letterID is 21243428016

| User ID | Time |
|---------|------|
| DTC3483 | 2021/08/31 12:35 |

**Note**

>>APPROVED 723, PLACED IN FOLDER>>

HERTZ_FPRP_0002130

Report Type: C    **\*IMMEDIATE ATTENTION REQUIRED\***    \*\*\*Confidential\*\*\*

### HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

| VCWX0390 | | | | | | | \*\*Confidential\*\* |
|---|---|---|---|---|---|---|---|

Report Type: C  
TR=Theft Renter  
TF=TheftFraud  
C=Conversion

### HERTZ
OKC Vehicle Control  
Initial Report of Vehicle

Theft ID:  115738

| Unit No | Year | Make | Model | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|
| 0001888536 | 2018 | NISSAN | ALTIMA | | 4DR | GRA | 1N4AL3AP9JC174387 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | | Rental No. |
|---|---|---|---|---|---|---|---|
| 2019 | CA | 8BXA995 | 1 | | 01298 | | 104983351 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 09/16/2018 11.57.00 | 01170-11 | 09/28/2018 09.27.00 | 07109-04 | 7252610264 | | SHANAT-1 |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| JENELLE REECE | 4200  MIDDLESEX  A LAS VEGAS      NV89110 |
| Employer's Name | Secondary Address (City, State, & Zip Code) |
| PENA'S AUTO AND PERFORMANCE | 928 BRIDGEWATER ST, LAS VEGAS, NV 89110 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX7980 | 2102686865 | NV | 06/10/1987 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | 1 | 13807.49 | 09/28/2018 09:27 | IN RENTER'S POSSESSION |

See Attached Pages for the overdue notes for the Worksheet ID:  18092602921

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:   10/11/2018        Return Mail:

Force Return Hired:                         Repossession Service Hired:   10/11/2018

Rental Rep:   2767                         DNR Submitted:   14C

Prepared By:   E. Hayes

VC Supervisor Signature                    Prepared Date:   10/18/2018 11:13

                                            Printed Date:    10/18/2018 11:16:43 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**\*\*CONFIDENTIAL\*\***

VCWX0560

### Overdue Vehicle Print Report

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 18092602921 | Op-Theft | 2018/09/26 05:34 | DTC6023/DTC0012 | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2018/10/18 17:30 | DTC2604 | JENELLE REECE | | |

| Address1 | City | ST Ctry | Postal Code | |
|---|---|---|---|---|
| 4200 MIDDLESEX A | LAS VEGAS | NV US | 89110 | |

| Phone1 | Phone2 | # Prior Rntls | Gold | |
|---|---|---|---|---|
| 7252610264 T | SHANAT-1 | 0 | N | |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| 104983351 | 20 | O | N | 2018/09/15 09:26 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 01170/11 | 2018/09/26 | 2018/09/28 09:27 | 07109/04 | 2 |

| Res ID | Res Type | Res Date | Res Days | |
|---|---|---|---|---|
| H7874750588 | R | | 0 | |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXXX7980 | VISA | DB | N | DENIED |

| Amount Charged | Exp Date | # Chrgs | Cash? | |
|---|---|---|---|---|
| $56.000 | 12/ 2020 | 2 | N | |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 1888536 | 8BXA995 | CA | NISS | NALT |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | GRA | 01298 | F | N |

Below is the letter information pertaining to each letter for the worksheet ID: 18092602921

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 18999120008 | D7 | 2018/10/05 07:15 |
| 18284395056 | DEL | 2018/10/11 11:01 |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002183

Overdue Notes for the worksheet ID: 10092602921

| User ID | Time |
| --- | --- |
| VCMSJ010 | 2018/09/27 03:54 |

**Note**

WorkSheet Closed - Rental was extended

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/03 17:14 |

**Note**

FLEETWEB=N / MM=N / ERS-Prob- ACDNT, Res-RDWTW / AAO=N / EMAIL=SHANDA.WILLIAMS2018@GMAIL.COM/ MAG=Sheila Reece / CRM=N.

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/03 17:15 |

**Note**

Sent text to 7252610264 to extend or return by end of business today. Sent email to SHANDA.WILLIAMS2018@GMAIL.COM.

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/05 15:21 |

**Note**

2nd Call 7252610264 - not able to complete dialing phone number

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/05 15:22 |

**Note**

Sent email to SHANDA.WILLIAMS2018@GMAIL.COM to advise credit card declining authorizations, must return vehicle by end of business today.

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/05 15:25 |

**Note**

GVCS - nothing found matching renter's name , GAR - nothing found

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/05 15:27 |

**Note**

TLO - Has given address listed to rntr from (08/01/2018 to 10/05/2018)

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/05 15:33 |

**Note**

Poss TLO #'s: (702) 350-0835 left vmail, sent text (562) 991-0736 left vmail, sent text (702) 898-7886 fax machine (562) 507-5247 left vmail, sent text (702) 559-1178 not in service

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/09 12:45 |

**Note**

2nd TLO calls: (702) 350-0835 left vmail, sent text (562) 991-0736 left vmail, sent text (562) 507-5247 left vmail, sent text.

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/09 12:47 |

**Note**

Sent email to SHANDA.WILLIAMS2018@GMAIL.COM to return vehicle by end of business today to avoid repo being hired and suspension of your rental privileges.

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/09 12:52 |

**Note**

rec text from 7023500835 (tlo) You have wrong number. We have not rented any cars in the last 10 years

| User ID | Time |
| --- | --- |
| SEC1138 | 2018/10/10 13:11 |

**Note**

Final Call 7252610264 - not able to dial out. Sent text to return vehicle by end of business today to avoid repo being hired/do not rent/possibly report stolen.

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Overdue Notes for the worksheet ID: 18092602921

| User ID | Time |
|---|---|
| SEC1138 | 2018/10/10 13:15 |

**Note**
Final TLO Call; (562) 991-0736 left vmail, sent text (562) 507-5247 left vmail, sent text

| User ID | Time |
|---|---|
| SEC1138 | 2018/10/10 13:18 |

**Note**
Sent email to SHANDA.WILLIAMS2018@GMAIL.COM to return vehicle by end of business today to avoid repo being hired/do not rent/possibly report stolen.

| User ID | Time |
|---|---|
| SEC1138 | 2018/10/11 10:56 |

**Note**
HIRED REPO / COLLATERAL CONSULTANTS / REQ'D CERTIFIED LTR / ADDED $275 FEE TO DASH / ADDED RENTER TO DO NOT RENT

| User ID | Time |
|---|---|
| SEC1138 | 2018/10/11 10:58 |

**Note**
The Demand Certified letter was created; The Worksheet ID you entered was: 18092602921 The letterID is 18284395056

| User ID | Time |
|---|---|
| DTC3376 | 2018/10/18 11:55 |

**Note**
APPROVED PACKAGE AND PLACED IN PACKAGE FOLDER.

| User ID | Time |
|---|---|
| DTC2604 | 2018/10/18 17:30 |

**Note**
** Y HOLD ADDED/CONV PKG TYPED/MOVED TO DTC2604 FAX PACKAGES FOLDER IN PAPERPORT**

Report Type: TF          *IMMEDIATE ATTENTION REQUIRED*          ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 3 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET TO:**

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390                                                                   **Confidential**

Report Type: TF
TR=Theft Renter
TF=TheftFraud
C=Conversion

HERTZ
OKC Vehicle Control
Initial Report of Vehicle

Theft ID:

| Unit No | Year | Make | Model | Type | Color | Serial No. |
|---|---|---|---|---|---|---|
| 0002584373 | 2020 | FORD | EXPED MAX | 4DR | BLU | 1FMJK1KT5LEA19450 |

| Lic Plate YR | Lic ST | Lic NO: | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2021 | PA | LBW8818 | 16689 | | 01897 | 576017050 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 08/18/2020 12.00.00 | 05601-38 | 08/19/2020 12.00.00 | 05601-38 | 7027474864 | | |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| ANDREW SEASER | 1049 W 45TH ST LOVELAND      CO80538 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 1049 W 45TH ST, LOVELAND, CO 80538 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX7004 | 323166422 | CO | 09/28/1980 | Yes |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | Yes | N | 42732.99 | 08/18/2020 12:00 | WOODSTOCK CANTON RD |

See Attached Pages for the overdue notes for the Worksheet ID:    20082003723

---

SNYDER WITH CAPITAL ONE BANK AT 800-955-7070 WAS CONTACTED ON 10/13/2020 AND CONFIRMED THAT THE INFORMATION ON THE RENTAL DOES NOT MATCH THEIR RECORDS.

THERE HAS BEEN NO FURTHER MOVEMENT OF THIS VEHICLE.

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Issuing Bank:    CAPITAL ONE BANK          Date Contacted:    10/13/2020          Affidavit:    Yes

Date certified Demand Letter Was Sent:    10/09/2020          Return Mail:  _____

DNR Submitted:    13          Mag Swiped or Manually Keyed:    MAG SWIPED

Rental Rep:    6165

Prepared By:    H. Bates                    Prepared Date:    10/28/2020

VC Supervisor Signature  _____          Printed Date:    10/28/2020 7:50:45 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Notes ordered by date.
********************
DN 2020-08-25 03:04:40.020375 VCMSJ180 B 7027474864 08242020 122453
DN 2020-08-25 03:04:40.020375 VCMSJ180 B 7027474864 08242020 131007
DN 2020-08-25 03:04:40.020375 VCMSJ180 B 7027474864 08242020 112153
DN 2020-08-26 03:04:31.842606 VCMSJ180 B 7027474864 08252020 112020
DN 2020-08-26 03:04:31.842606 VCMSJ180 B 7027474864 08252020 121522
DN 2020-08-26 03:04:31.842606 VCMSJ180 B 7027474864 08252020 101008
DN 2020-08-29 03:08:21.775593 VCMSJ180 D 01 7027474864 08262020 95505
DN 2020-09-01 03:08:19.917924 VCMSJ180 B 7027474864 08312020 115916
DN 2020-09-01 03:08:19.917924 VCMSJ180 D 01 7027474864 08312020 131603
DN 2020-09-01 03:08:19.917924 VCMSJ180 B 7027474864 08312020 125935
DN 2020-09-02 03:08:22.06304 VCMSJ180 D 01 7027474864 09012020 100438
DN 2020-09-09 03:08:34.310639 VCMSJ180 A AM 7027474864 09082020 145824
DN 2020-09-16 03:08:31.510448 VCMSJ180 A AM 7027474864 09152020 143721
DN 2020-09-23 03:09:01.541774 VCMSJ180 A AM 7027474864 09222020 133452
DN 2020-09-30 03:08:09.653303 VCMSJ180 A AM 7027474864 09292020 102807
WR 2020-10-01 08:59:50.316 REC0031  FLEETWEB=N /MM=N / ERS=N/ AAO = N/ SalesForce = N /MAG=Swiped/LYFT=N/UBER N/Email = ANDREW.S156@YAHOO.COM/ ZIBOX =
US 2020-10-01 09:00:52.348 REC0031  Sent Text to [7027474864]- Advised extend or return rental by end of business today. Sent email to ANDREW.S156@YAHOO.COM
DN 2020-10-07 03:08:28.552485 VCMSJ180 A AM 7027474864 10062020 100918
US 2020-10-08 13:03:52.22 REC0031  Final Call [7027474864]- Left message to return veh by end of business today to adv. repo being hired/do not rent/possibly report stolen, also sent text. Sent email to ANDREW.S156@YAHOO.COM
US 2020-10-08 13:04:31.526 REC0031  nothing via gar/gvcs/salesforce
US 2020-10-08 13:06:34.323 REC0031  TLO: verified address on file/poss ph (970) 214-3413 ID'D Renter Left message to return veh by end of business today to adv. repo being hired/do not rent/possibly report stolen, also sent text.
WR 2020-10-09 15:56:28.023 REC0031  HIRED FORCE RETURN/ COLLATERAL CONSULTANTS/ REQ'D CERTIFIED LTR / ADDED FEE TO DASH
US 2020-10-12 13:20:47.287 DTC3483  10-12 Collateral Consultants/***FORCE RETURN UPDATE*** I made contact with the renter at 970-214-3413. He said he did not rent this vehicle. I sent an email to FRAUD@HERTZ.COM to look into this
US 2020-10-13 11:33:20.431 DTC7508  DASH = RA RESEARCH - INITIAL AUTHORIZATION STATUS = 0003 CREDIT CARD WAS MAG SWIPED W/POPULATED NAME = SEASER/ANDREW // AAO = NO // CDP = 99 // GAR = BY DL & CC = 0
US 2020-10-13 12:00:02.09 DTC7508  BANK = CAPITAL ONE BANK - CALLED 800-955-7070 S/W SNYDER - CONFIRMED FRAUD - CONFIRMED MAG SWIPE AND RENTAL NAME OF ANDREW SEASER DOES NOT MATCH THEIR CARD HOLDERS NAME // REPEATED CARD NUMBER TO VERIFY FRAUD CONFIRMED ON THE CORRECT CARD
WR 2020-10-13 12:00:49.817 DTC7508  * MULTIPLE CONFIRMED FRAUDS - RRS 576017050, 575788640, 576181093
WR 2020-10-13 12:01:07.997 DTC7508  * FRAUD - MAG SWIPE
US 2020-10-13 12:12:16.318 DTC7508  ADDED FRAUD REMARKS IN DASH/ADDED DNR CRITERIA 13/CHECKED CARISMA BY DL/COMPLETED AFFIDAVIT OF STOLEN ID/VERIFIED NO ADDL RRS BY CC IN TANDEM, BY NAME,DL & CC IN MULTIPLE OPEN DATA BASE, BY NAME IN GVCS/ERS=0/KEYED Y HOLD IN DASH/KEYED VISION

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

US 2020-10-13 12:12:22.196 DTC7508  HOLDING AOF FOR NOTARY TO BE DONE ON 10/19/2020 // ADDED INFO TO FRAUD SPREAD SHEET // EMAILED NOTICE OF FRAUD TO VIOLATIONS DEPT AT Hertz Research Hertzresearch@verramobility.com
US 2020-10-13 12:30:35.809 DTC3483  10-13 Collateral Consultants/***FINAL FORCE RETURN*** Fraud 12:25 PM (0 minutes ago) to me Hello Renee, I confirmed fraud with the bank.

US 2020-10-19 07:29:58.563 DTC7508  PLACED AOF IN FRAUD FOLDER FOR FRAUD THEFT PACKAGE TO BE PREPARED VERIFIED COPY IN FRAUD CLOSE & FAX FOLDER

US 2020-10-28 07:39:18.635 9918  RECEIVED AFFIDAVIT-FRAUD PKG COMPLETED. ADDED Y HOLD IN DASH AND VAW. RENTAL CLOSED ACCORDINGLY.

HERTZ_FPRP_0002234

Report Type: TF          *IMMEDIATE ATTENTION REQUIRED*          ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 3 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET TO:**

Okctheftandrecovery@hertz.com or 405-775-3078

| VCWX0390 | | | | | | **Confidential** |
|---|---|---|---|---|---|---|
| Report Type: TF | | | HERTZ | | | |
| TR=Theft Renter | | | OKC Vehicle Control | | | |
| TF=TheftFraud | | | Initial Report of Vehicle | | | |
| C=Conversion | | | | | | Theft ID: |

| Unit No | Year | Make | Model | Type | Color | Serial No. |
|---|---|---|---|---|---|---|
| 0002584373 | 2020 | FORD | EXPED MAX | 4DR | BLU | 1FMJK1KT5LEA19450 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2021 | PA | LBW8818 | 16689 | | 01897 | 576017050 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 08/18/2020 12.00.00 | 05601-38 | 08/19/2020 12.00.00 | 05601-38 | 7027474864 | | |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| ANDREW SEASER | 1049 W 45TH ST LOVELAND     CO80538 |
| Employer's Name | Secondary Address (City, State, & Zip Code) |
| | 1049 W 45TH ST, LOVELAND, CO 80538 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX7004 | 323166422 | CO | 09/28/1980 | Yes |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| Woodstock PD | Officer T. Garcia | Shequila H. | 11/9/20 | 20-22862 |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | Yes | N | 42732.99 | 08/18/2020 12:00 | WOODSTOCK CANTON RD |

See Attached Pages for the overdue notes for the Worksheet ID:     20082003723

SNYDER WITH CAPITAL ONE BANK AT 800-955-7070 WAS CONTACTED ON 10/13/2020 AND CONFIRMED THAT THE INFORMATION ON THE RENTAL DOES NOT MATCH THEIR RECORDS.

THERE HAS BEEN NO FURTHER MOVEMENT OF THIS VEHICLE.

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Issuing Bank:  CAPITAL ONE BANK          Date Contacted:  10/13/2020          Affidavit:  Yes

Date certified Demand Letter Was Sent:  10/09/2020          Return Mail:

DNR Submitted:  13          Mag Swiped or Manually Keyed:  MAG SWIPED

Rental Rep:  6165

Prepared By:  H. Bates

VC Supervisor Signature _____

Prepared Date:  10/28/2020

Printed Date:     10/28/2020 7:50:45 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Report Type: TF                    *IMMEDIATE ATTENTION REQUIRED*                    ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 3 DAYS AND RETURN THIS
SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET TO:**

Okctheftandrecovery@hertz.com or 405-775-3078

VCWX0890                                           HERTZ                              **Confidential**
Report Type: TF                            OKC Vehicle Control
TR=Theft Renter
TF=TheftFraud                             Initial Report of Vehicle
C=Conversion
                                                                                Theft ID:

| Unit No | Year | Make | Model | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|
| 0007950694 | 2020 | GMC | YUKON XL | | 4DR | GRA | 1GKS2GKC9LR155489 |

| Lic Plate YR | Lic ST | Lic No. | Odometer Out | Odometer In | Owning Area | | Rental No. |
|---|---|---|---|---|---|---|---|
| 2021 | FL | LDMI48 | 44620 | | 01498 | | 575788640 |

| Date & Time Rented | Rented From | Due Date | | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|---|
| 08/17/2020 11:43:00 | 05610-05 | 08/21/2020 11:43:00 | | 05610-05 | 7027474864 | | |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| ANDREW SEASER | 1049W 45THH ST LOVELAND,    CO80538 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 1049W 45THH ST. LOVELAND, CO 80538 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info (Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX9434 | 323166422 | CO | 09/28/1980 | Yes |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| Gwinnett County | JJ Bishop | Donald | 12/23/20 | AP2009 1306 |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | Yes | N | 37797.33 | 08/17/2020 11:43 | LAWRENCEVILLE |

See Attached Pages for the overdue notes for the Worksheet ID:    20082202913

SNYDER WITH CAPITAL ONE BANK AT 800-955-7070 WAS CONTACTED ON 10/13/2020
AND CONFIRMED THAT THE INFORMATION ON THE RENTAL DOES NOT MATCH THEIR RECORDS.

THERE HAS BEEN NO FURTHER MOVEMENT OF THIS VEHICLE.

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED.
ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Issuing Bank:  CAPITAL ONE BANK      Date Contacted:  10/13/2020      Affidavit:  Yes

Date certified Demand Letter Was Sent:  10/13/2020      Return Mail:

DNR Submitted:  13      Mag Swiped or Manually Keyed:  MAG SWIPED

Rental Rep:  2101

Prepared By:  H. Bates                        Prepared Date:  10/28/2020

VC Supervisor Signature                       Printed Date:    10/28/2020 7:49:40 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Report Type: TF        ***IMMEDIATE ATTENTION REQUIRED***        ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 3 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET TO:**

Okctheftandrecovery@hertz.com or 405-775-3078

VCWX0390                                                                **Confidential**

Report Type: TF
TR=Theft Renter
TF=TheftFraud
C=Conversion

HERTZ
OKC Vehicle Control
Initial Report of Vehicle

Theft ID:

| Unit No | Year | Make | Model | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|
| 0007950694 | 2020 | GMC | YUKON XL | | 4DR | GRA | 1GKS2GKC9LR155489 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2021 | FL | LDMI48 | 44620 | | 01498 | 575788640 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 08/17/2020 11.43.00 | 05610-05 | 08/21/2020 11.43.00 | 05610-05 | 7027474864 | | |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| ANDREW SEASER | 1049W 45THH ST LOVELAND    CO80538 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 1049W 45THH ST, LOVELAND, CO 80538 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX9434 | 323166422 | CO | 09/28/1980 | Yes |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | Yes | N | 37797.33 | 08/17/2020 11:43 | LAWRENCEVILLE |

See Attached Pages for the overdue notes for the Worksheet ID:    20082202913

SNYDER WITH CAPITAL ONE BANK AT 800-955-7070 WAS CONTACTED ON 10/13/2020 AND CONFIRMED THAT THE INFORMATION ON THE RENTAL DOES NOT MATCH THEIR RECORDS.

THERE HAS BEEN NO FURTHER MOVEMENT OF THIS VEHICLE.

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Issuing Bank:    CAPITAL ONE BANK        Date Contacted:    10/13/2020        Affidavit:    Yes

Date certified Demand Letter Was Sent:    10/13/2020        Return Mail: _____

DNR Submitted:    13        Mag Swiped or Manually Keyed:    MAG SWIPED

Rental Rep:    2101

Prepared By:    H. Bates                Prepared Date:    10/28/2020

VC Supervisor Signature _____        Printed Date:    10/28/2020 7:49:40 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Notes ordered by date.
*******************
DN 2020-09-03 03:08:15.410487 VCMSJ180 D 01 7027474864 09022020 112448

US 2020-10-13 12:01:41.027 DTC7508  DASH = RA RESEARCH - INITIAL AUTHORIZATION STATUS = 0003 CREDIT CARD WAS MAG SWIPED W/POPULATED NAME = SEASER/ANDREW // AAO = NO // CDP = 99 // GAR = BY DL & CC = 0

US 2020-10-13 12:01:49.756 DTC7508  BANK = CAPITAL ONE BANK - CALLED 800-955-7070 S/W SNYDER - CONFIRMED FRAUD - CONFIRMED MAG SWIPE AND RENTAL NAME OF ANDREW SEASER DOES NOT MATCH THEIR CARD HOLDERS NAME // REPEATED CARD NUMBER TO VERIFY FRAUD CONFIRMED ON THE CORRECT CARD

WR 2020-10-13 12:01:58.886 DTC7508  * MULTIPLE CONFIRMED FRAUDS - RRS 576017050, 575788640, 576181093

WR 2020-10-13 12:02:06.977 DTC7508  * FRAUD - MAG SWIPE

US 2020-10-13 12:02:31.672 DTC7508  The Demand Certified letter was created. The Worksheet ID you entered was: 20082202913 The letterID is 20287433289

US 2020-10-13 12:14:20.34 DTC7508  UNABLE TO PUT FRAUD NOTE IN DASH - STATES --> " RATE PLAN NOT SUPPORTED BY THIS LOCATION "

US 2020-10-13 12:14:29.669 DTC7508  ADDED FRAUD REMARKS IN DASH/DL/COMPLETED AFFIDAVIT OF STOLEN ID/VERIFIED NO ADDL RRS BY CC IN TANDEM, BY NAME,DL & CC IN MULTIPLE OPEN DATA BASE, BY NAME IN GVCS/ERS=0/KEYED Y HOLD IN DASH/KEYED VISION/REQ CDL

US 2020-10-13 12:14:34.147 DTC7508  HOLDING AOF FOR NOTARY TO BE DONE ON 10/19/2020 // ADDED INFO TO FRAUD SPREAD SHEET // EMAILED NOTICE OF FRAUD TO VIOLATIONS DEPT AT Hertz Research Hertzresearch@verramobility.com

US 2020-10-13 12:27:59.143 DTC7508  ONSTAR = " The operation has timed out " - VEHICLE IS NOT TRACKING

DN 2020-10-14 03:08:03.456231 VCMSJ180 A AM 7027474864 10132020 152121

US 2020-10-19 07:29:37.296 DTC7508  PLACED AOF IN FRAUD FOLDER FOR FRAUD THEFT PACKAGE TO BE PREPARED VERIFIED COPY IN FRAUD CLOSE & FAX FOLDER

US 2020-10-28 07:38:09.091 9918  RECEIVED AFFIDAVIT-FRAUD PKG COMPLETED. ADDED Y HOLD IN DASH AND VAW. RENTAL CLOSED ACCORDINGLY.

Report Type: C

**\*IMMEDIATE ATTENTION REQUIRED\***                    \*\*\*Confidential\*\*\*

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS
SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390                                                                        **\*\*Confidential\*\***

Report Type:  C
TR=Theft Renter                              HERTZ
TF=TheftFraud                          OKC Vehicle Control
C=Conversion                          Initial Report of Vehicle

Theft ID:

| Unit No | Year | Make | Model | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|
| 0007576002 | 2019 | TOYOTA | COROLLA | | 4DR | WHI | 5YFBURHE2KP939872 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | | Rental No. |
|---|---|---|---|---|---|---|---|
| 2021 | TX | LRY3553 | 40049 | | 01633 | | 817727820 |

| Date & Time Rented | Rented From | Due Date | | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|---|
| 02/19/2021 12.16.00 | 04945-19 | 03/04/2021 12.00.00 | | 04945-19 | 5045147471 | \*5044445077 F | MARIAG |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| MELIND SMITH | 8325 NELSON ST NEW ORLEANS     LA701183035 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| ALL THINGS PAST PRESENT FUTURE | 8325 NELSON ST, NEW ORLEANS, LA 701183035 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX4658 | 802406188 | MS | 10/02/1977 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| *Baton Rouge Police* | *Officer Williams* | *Ashley Logan* | *6/7/2021* | *21-549600* |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | N | 10587.64 | 03/04/2021 12:00 | In Renter's Possession |

See Attached Pages for the overdue notes for the Worksheet ID:   21030501698

---

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED.
ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:  04/02/2021          Return Mail:  05/06/2021

Force Return Hired:  04/02/2021          Repossession Service Hired:  04/08/2021

Rental Rep:  6421                    DNR Submitted:  14C

Prepared By:  D. Grove                    Prepared Date:  6/1/2021

VC Supervisor Signature  _____          Printed Date:     6/1/2021 7:51:26 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Report Type:  C        **IMMEDIATE ATTENTION REQUIRED**        ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390                                                                                           **Confidential**

Report Type:  C

TR=Theft Renter                                              HERTZ

TF=TheftFraud                                          OKC Vehicle Control

C=Conversion                                         Initial Report of Vehicle

Theft ID:

| Unit No | Year | Make | Model | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|
| 0007576002 | 2019 | TOYOTA | COROLLA | | 4DR | WHI | 5YFBURHE2KP939872 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2021 | TX | LRY3553 | 40049 | | 01633 | 817727820 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 02/19/2021 12.16.00 | 04945-19 | 03/04/2021 12.00.00 | 04945-19 | 5045147471 | *5044445077 F | MARIAG |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| MELIND SMITH | 8325 NELSON ST NEW ORLEANS  LA701183035 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| ALL THINGS PAST PRESENT FUTURE | 8325 NELSON ST, NEW ORLEANS, LA 701183035 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXXX4658 | 802406188 | MS | 10/02/1977 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | N | 10587.64 | 03/04/2021 12:00 | In Renter's Possession |

See Attached Pages for the overdue notes for the Worksheet ID:    21030501698

---

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:    04/02/2021           Return Mail:    05/06/2021

Force Return Hired:    04/02/2021           Repossession Service Hired:    04/08/2021

Rental Rep:    6421           DNR Submitted:    14C

Prepared By:    D. Grove

VC Supervisor Signature  _____

Prepared Date:    6/1/2021

Printed Date:    6/1/2021 7:51:26 AM

---

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**CONFIDENTIAL**

VCWX0560

## Overdue Vehicle Print Report

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 21030501698 | Op-Theft | 2021/03/05 05:19 | DTC3049/SEC1321 | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2021/06/01 16:48 | 5660 | MELIND SMITH | | |

| Address1 | City | ST Ctry | Postal Code | |
|---|---|---|---|---|
| 8325 NELSON ST | NEW ORLEANS | LA US | 701183035 | |

| Phone1 | Phone2 | # Prior Rntls | Gold | |
|---|---|---|---|---|
| 5045147471 T | MARIAG | 0 | N | |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| 817727820 | 89 | O | N | 2021/02/19 12:16 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 04945/19 | 2021/03/05 | 2021/03/04 12:00 | 04945/19 | 1 |

| Res ID | Res Type | Res Date | Res Days | |
|---|---|---|---|---|
| J67840159D8 | R | | 0 | |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXX4658 | VISA | CR | N | DENIED |

| Amount Charged | Exp Date | # Chrgs | Cash? | |
|---|---|---|---|---|
| $43.000 | 1/ 2025 | 1 | N | |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 7576002 | LRY3553 | TX | TOYO | NCOA |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | WHI | 01633 | C | N |

Below is the letter information pertaining to each letter for the worksheet ID: 21030501698

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 21999125437 | D7 | 2021/03/11 07:02 |
| 2192410907 | DEL | 2021/04/02 11:34 |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Overdue Notes for the worksheet ID: 21030501698

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/09 02:08 |

Note

B 5045147471 03082021 81700

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/09 02:08 |

Note

MDAM 5044445077 03082021 81722

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/09 02:08 |

Note

B 5045147471 03082021 102921

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/09 02:08 |

Note

A AM 5044445077 03082021 103039

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/09 02:08 |

Note

B 5045147471 03082021 115824

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/09 02:08 |

Note

B 5045147471 03082021 145039

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/10 02:07 |

Note

B 5045147471 03092021 101425

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/10 02:07 |

Note

A AM 5044445077 03092021 101528

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/10 02:07 |

Note

B 5045147471 03092021 121410

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/11 02:07 |

Note

B 5045147471 03102021 91850

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/11 02:07 |

Note

A AM 5044445077 03102021 91951

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/11 02:07 |

Note

B 5045147471 03102021 94546

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/11 02:07 |

Note

A AM 5044445077 03102021 94655

HERTZ_FPRP_0002339

Overdue Notes for the worksheet ID: 21030501698

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/11 02:07 |

Note
B 5045147471 03102021 121820

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/11 02:07 |

Note
B 5045147471 03102021 123742

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/12 02:07 |

Note
B 5045147471 03112021 90516

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/12 02:07 |

Note
A AM 5044445077 03112021 90542

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/12 02:07 |

Note
B 5045147471 03112021 91459

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/12 02:07 |

Note
A AM 5044445077 03112021 91658

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/12 02:07 |

Note
B 5045147471 03112021 111435

| User ID | Time |
|---------|------|
| DTC7951 | 2021/03/12 11:22 |

Note
Sent Text to 504 514 7471 – Advised extend or return rental by end of business today. Sent email to DINDIE@ICLOUD.COM

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/13 02:07 |

Note
B 5045147471 03122021 85548

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/13 02:07 |

Note
A AM 5044445077 03122021 85704

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/13 02:07 |

Note
B 5045147471 03122021 105031

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/16 03:08 |

Note
B 5045147471 03152021 92310

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/16 03:08 |

Note
A AM 5044445077 03152021 92421

HERTZ_FPRP_0002340

**Overdue Notes for the worksheet ID: 21030501698**

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/16 03:08 |

**Note**

B 5045147471 03152021 103430

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/16 03:08 |

**Note**

B 5045147471 03152021 110647

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/16 03:08 |

**Note**

A AM 5044445077 03152021 110843

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/16 03:08 |

**Note**

B 5045147471 03152021 144906

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/17 03:08 |

**Note**

B 5045147471 03162021 85434

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/17 03:08 |

**Note**

A AM 5044445077 03162021 85537

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/17 03:08 |

**Note**

B 5045147471 03162021 93412

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/18 03:08 |

**Note**

B 5045147471 03172021 90404

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/18 03:08 |

**Note**

A AM 5044445077 03172021 90526

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/18 03:08 |

**Note**

B 5045147471 03172021 124536

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/19 03:08 |

**Note**

B 5045147471 03182021 85747

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/03/19 03:08 |

**Note**

A AM 5044445077 03182021 85856

| User ID | Time |
|---|---|
| DTC7951 | 2021/03/19 14:56 |

**Note**

1st Call 504 514 7471 - no answer/sent text to return today/Sent email to DINDIE@ICLOUD.COM return today to prevent repo

Overdue Notes for the worksheet ID: 21030501698

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/23 03:07 |

**Note**

B 5045147471 03222021 85626

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/23 03:07 |

**Note**

A AM 5044445077 03222021 85811

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/23 03:07 |

**Note**

B 5045147471 03222021 144200

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/25 03:07 |

**Note**

B 5045147471 03242021 84731

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/25 03:07 |

**Note**

A AM 5044445077 03242021 84855

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/25 03:07 |

**Note**

B 5045147471 03242021 123035

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/26 03:08 |

**Note**

B 5045147471 03252021 84333

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/26 03:08 |

**Note**

A AM 5044445077 03252021 84351

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/30 03:09 |

**Note**

B 5045147471 03292021 84233

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/30 03:09 |

**Note**

A AM 5044445077 03292021 84356

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/03/30 03:09 |

**Note**

B 5045147471 03292021 144512

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/04/01 03:09 |

**Note**

B 5045147471 03312021 83757

| User ID | Time |
|---------|------|
| VCMSJ180 | 2021/04/01 03:09 |

**Note**

A AM 5044445077 03312021 83822

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002342

**Overdue Notes for the worksheet ID: 21030501698**

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/04/01 03:09 |

**Note**

B 5045147471 03312021 124537

| User ID | Time |
|---|---|
| DTC7951 | 2021/04/01 09:32 |

**Note**

FLEETWEB=N /MM=N / ERS=N /AAO=N /EMAIL=DINDIE@ICLOUD.COM /MAG= loyalty ZIBOX= N SALESFORCE/TIER LEVEL =GOLD

| User ID | Time |
|---|---|
| DTC7951 | 2021/04/01 09:33 |

**Note**

Final Call504 514 7471 no answer/voicemail did not pick up call/sent final text/ email to DINDIE@ICLOUD.COM to return the vehicle today

| User ID | Time |
|---|---|
| DTC7951 | 2021/04/01 09:42 |

**Note**

TLO: 8325 NELSON ST, NEW ORLEANS, LA (06/2017 to 09/18/2019) Ph 504 512 7471 voicemail not set up/504 258 7684 voicemail not set up/ 504 616 3662 no answer

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/04/02 03:09 |

**Note**

B 5045147471 04012021 83559

| User ID | Time |
|---|---|
| VCMSJ180 | 2021/04/02 03:09 |

**Note**

A AM 5044445077 04012021 83735

| User ID | Time |
|---|---|
| 3209 | 2021/04/02 11:24 |

**Note**

HIRED FORCE RETURN / COLLATERAL CONSULTANTS / REQ'D CERTIFIED LTR / ADDED $108.25 FORCE FEE TO DASH

| User ID | Time |
|---|---|
| 3209 | 2021/04/02 11:25 |

**Note**

The Demand Certified letter was created. The Worksheet ID you entered was: 21030501698 The letterID is 2192410907

| User ID | Time |
|---|---|
| DTC3483 | 2021/04/08 09:50 |

**Note**

COLLATERAL CONSULTANTS/ 04-09 File will Transition to Repo Vehicle/Repo Charge of $297.69 added/ Renter will be Added to Rental Suspensions

| User ID | Time |
|---|---|
| DTC3483 | 2021/04/16 10:43 |

**Note**

4-16 Collateral Consultants/***Close no Bill*** Made mutable attempts to locate renter and unit but unable to bring to a conclusion. Close no Bill.

| User ID | Time |
|---|---|
| 0550 | 2021/05/06 10:01 |

**Note**

*** RECEIVED RETURN MAIL - UNDELIVERABLE ***

| User ID | Time |
|---|---|
| SEC1680 | 2021/06/01 12:01 |

**Note**

APPROVED 723, PLACED IN FOLDER

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

 **Rental Record# 817727820**

**MELIND SMITH**

Lot:

Vehicle: **2019 COROLLA**
License: TX LRY3553

| Rental Rate* | | | | |
|---|---|---|---|---|
| | 3 @ $ | 40.17 per day | T $ | **120.51** |
| | @ $ | 40.17 ex day | T $ | |

*Includes Unlimited Miles
Discount -   R 20%    Applied to Time/Mileage Chgs    $ -   **24.10**

**Additional Products**

Frequent Flyer Surcharge      T $   **.00**

**Fuel Responsibility**     Starting Level (NOT FULL 4/8)
You agree to replace fuel used or pay a refuelling charge of
$ **9.99** per gallon OR $ **.357** per mile driven.

**Service Charges/Taxes**

ENERGY SURCHARGE      T $   **1.49**
VEHICLE LICENSE COST RECOVERY      T $   **.81**
Tax   12.950%   On Est. Taxable Ttl $    98.71    $   **12.78**

**ADJUSTMENTS**

## TOTAL ESTIMATED CHARGE    $   111.49

Credit Card Authorization Amount $   311.00
**Rented by The Hertz Corporation**
Vehicle: 01633 / 7576002 LocNum: LABTR19   / 0494519
Miles Out:    40049 Plan:    OAUE3   Class:   C
Rental Location: FLORIDA BLVD HLE
Rental Time:   **02/19/21 at 12:16 PM**
Return Location: FLORIDA BLVD HLE
Return Time:   **02/22/21 at 12:00 PM**

### Rental Extensions/Changes 1-800-654-4174
### Emergency Road Service 1-800-654-5060

For Explanation of Charges: WWW.HERTZ.COM/CHARGEEXPLAINED

This estimate assumes you will rent and return at the locations and times
indicated, and that you will not exceed any mileage limitations.
Rental Rate subject to increase if You return Car more than 24 hours before
or 24 hours after scheduled Return Time. Late returns may be subject to
extra hour and/or extra day charges.
Charges indicated as **** will be calculated at return.
Taxable charges are preceded by a "T".

817727820          **PG 1 OF 7 # 01 RT**

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018      HERTZ_FPRP_0002344

 PG 2 OF 7 # 01 RT **RR 817727820**

**Further information relating to Your rental charges, and other terms to which You agree, appear below.**

**FUEL & SERVICE CHARGES: IF YOU DO NOT RETURN THE CAR WITH AS MUCH FUEL AS WHEN THE RENTAL STARTED, BUT REFUEL DURING THE RENTAL, REFUELING CHARGES APPLY AT AT $ 9.99 PER GALLON OR, IF YOU DO NOT BUY FUEL DURING THE RENTAL AT $ .357 PER MILE. BOTH RATES PRODUCE APPROXIMATELY THE SAME RESULT.** T

**YOU AGREE TO OPTIONAL SERVICES OF:**
LDW          DECLINED
LIS          DECLINED - OUR LIABILITY PROTECTION
                        IS SECONDARY
PAI/PEC      DECLINED
PREM RD SVC  DECLINED

**OTHER FEES AND ASSESSMENTS:**
VEHICLE LICENSE COST RECOVERY      T$ .27 PER DAY
TAX RATE - 12.950%   APPLIES TO ALL CHARGES MARKED  T
TAX LINE INCLUDES LA SALES TAX PLUS 3% LA EXCISE TAX.
**No "Additional Authorized Operators"** Without Our Prior Written Approval.

**CDP   2189879** - You Represent That You Are Specifically Authorized
to Receive The Benefits Extended To Employees/Members Of
**OMEGA CAPITAL DEVELOPMEN**
**Passenger Capacity:**   The Passenger Capacity Of This Vehicle Is
Determined By The Number of Seatbelts And, By Law, Must Not Be
Exceeded.  While In The Vehicle, Please Fasten Your Seatbelt.
It Saves Lives And **It's The Law.** Should You Require A Larger Vehicle,
Please Check At The Counter For Availability.

- You Will Be Charged An Administrative Fee Along With Towing/Impound
  Expenses If The Car Must Be Towed As A Result Of Your Negligence.
- We prohibit smoking in all Vehicles. Cleaning fee will apply for violations.
- Excessive Mileage On A Repeat Basis May Result In Suspension Of
  Future Renting Privileges.
- You Are Required To Contact Us To Extend The Rental If The Car Will
  Not Be Returned By The Due Date On The Rental Record.
- RETURN CHANGE FEE of $10 will be applied if You return the Car to a
  different location from that which was scheduled, or if you return more
  than 12 hours after the date and time previously scheduled, and You
  notify us of an extension of Your rental by the return date and time
  previously scheduled by calling 1-800-654-4174. If you do not notify us
  of such a change, the LATE RETURN FEE of up to $15 per day, up to a
  maximum of five (5) days/$75 will apply.  These fees will be applied in
  addition to any increase in rate that may occur as a result of changing
  the drop off location or the timeframe of Your rental.
RES ID:   J67840159D8     PLAN - OAUE3     CLASS - C
PREPARED BY:  6421/LABTR19  PRINTED: 02/19/21 12:38
817727820

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002345



PG 3 OF 7 # 01 RT    **RR 817727820**

**REFUELING OPTIONS**
**THE FOLLOWING APPLIES TO RENTALS FROM THIS LOCATION
AND AMENDS AND SUPERSEDES SECTION 8. OF THE RENTAL
AGREEMENT, RENTAL JACKET PORTION AND THE APPLICABLE
REFUELING PROVISIONS OF GOLD AND PLATINUM PROGRAM TERMS**
**8. REFUELING OPTIONS**
Most Hertz rentals come with a full ank of gas, but that is not always
the case. There are three refueling options:
1. IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE
BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR WITH
AT LEAST AS MUCH FUEL AS WAS IN IT WHEN YOU RECEIVED IT,
You will not pay Hertz a charge for fuel.

2. IF YOU DO NOT PURCHASE FUEL FROM HERTZ AT THE
BEGINNING OF YOUR RENTAL AND YOU RETURN THE CAR
WITH LESS FUEL THAN WAS IN IT WHEN YOU RECEIVED IT,
Hertz will charge You a Fuel and Service Charge at the applicable
per-mile or per-gallon rate specified on the Rental Record.
a. The per-mile rate is used if You do not buy fuel during the rental.
To calculate this amount, Hertz multiplies the number of miles driven, as show
on the car's odometer, times the per-mile rate shown on the Rental Record.
b. The per-gallon rate is used if You buy fuel during the rental but the tank is
not as full when You return the Car as when You received it.  To calculate thi
amount, Hertz multiplies the number of gallons needed to refill the fuel tank to
the level it was at when You received the Car, times the per-gallon rate.
ALTHOUGH TWO METHODS ARE USED FOR EASE OF
CALCULATION, THE PER-MILE AND PER-GALLON RATES
PRODUCE APPROXIMATELY THE SAME RESULT.
3. IF YOU CHOOSE TO PURCHASE FUEL FROM HERTZ AT THE
BEGINNING OF YOUR RENTAL BY SELECTING THE FUEL PURCHASE
OPTION, You will be charged as shown on the Rental Record for that
purchase. IF YOU CHOOSE THIS OPTION, YOU WILL NOT INCUR AN
ADDITIONALFUEL AND SERVICE CHARGE, BUT YOU WILL NOT
RECEIVE ANY CREDIT FOR FUEL LEFT IN THE TANK AT THE TIME OF
RETURN, except in the following cases:
a. For rentals in Hawaii, if You return the Car with a full tank of
fuel, You will receive a credit for the amount previously charged
for the purchase of fuel from Hertz.
b. For rentals other than Replacement Rentals, if You drive the Car 75 miles
or less and return it with less than a full tank of fuel, You will receive credit
for the amount previously charged for the purchase of fuel from Hertz and wi
be charged for the fuel used at the per-mile rate shown on the Rental Record
but only if this will reduce the amount You pay for fuel.

EXCEPT FOR RENTALS AS TO WHICH CLAUSE (a) OR (b) OF
SUBPARAGRAPH (3) BECOMES APPLICABLE, THE PER GALLON
COST OF THE FUEL PURCHASE OPTION WILL ALWAYS BE LOWER
THAN THE FUEL AND SERVICE CHARGE. BUT IF YOU ELECT THE
FUEL PURCHASE OPTION YOU WILL NOT RECEIVE CREDIT FOR
FUEL LEFT IN THE TANK AT THE TIME OF RETURN. THE COST OF
REFUELING THE CAR YOURSELF AT A LOCAL SERVICE STATION
WILL GENERALLY BE LOWER THAN THE FUEL AND SERVICE
CHARGE OR THE FUEL PURCHASE OPTION. HOWEVER, THE FUEL
AND SERVICE CHARGE AND THE FUEL PURCHASE OPTION ALLOW
FOR THE CONVENIENCE OF NOT HAVING TO STOP AND REFUEL
THE CAR PRIOR TO RETURN.

817727820

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002346

 ® PG 4 OF 7 # 01 RT    **RR 817727820**

## IMPORTANT INFORMATION REGARDING TOLLS

You are responsible to pay tolls. For your convenience, we offer PlatePass, an electronic toll payment system operated by PlatePass, L.L.C., for use on toll roads in the areas specified below.
*************

In the following areas all our vehicles (even without a windshield toll transponder) may use any cashless electronic toll lane: The entire States of FLORIDA, GEORGIA, COLORADO, NORTH CAROLINA AND TEXAS, in Seattle, the TACOMA NARROWS BRIDGE and the SR 520 BRIDGE

TO USE PLATEPASS IN THESE AREAS: pass through the cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE AREAS, use only traditional cash toll lanes (if available) and make payment directly to the toll authority. In both video and transponder toll areas, pay all tolls with cash or your own toll transponder (where permitted) compatible to the toll road, and if your rental vehicle includes a transponder, make sure it remains fully enclosed within the shield box. **Some toll roads no longer accept cash payments.** If you incur a toll on these roads, without using your own compatible transponder, and you do not utilize an alternate means of payment to the toll authority, you will be will be enrolled in PlatePass.
*************

In DELAWARE, ILLINOIS, INDIANA, MAINE, MARYLAND, MASSACHUSETTS, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, OHIO, PENNSYLVANIA, VIRGINIA AND WEST VIRGINIA, the toll authority may allow for an alternate payment method, such as payment by mail or online. Please contact the applicable toll authority. In some of these states that operate gated cashless toll lanes, only vehicles equipped with a windshield toll transponder may access the cashless toll lanes.

TO USE PLATEPASS IN THESE STATES, slide the drawer holding the transponder out of the shield box and pass through the cashless toll lane. You will be billed automatically as outlined below.

IF YOU DO NOT WISH TO USE PLATEPASS IN THESE STATES, use only traditional cash lanes (if available) to make payment directly to the toll authority or contact the applicable toll authority for alternate payment options.

CALIFORNIA CUSTOMERS: PlatePass coverage is available on the Golden Gate Bridge, San Francisco-Oakland Bay Bridge, Richmond-San Rafael Bridge, Carquinez Bridge, Benicia-Martinez Bridge, Antioch Bridge, San Mateo Bridge, Dumbarton Bridge, SR 73, SR 133, SR 241 and SR 261 ONLY. Coverage is NOT available on I-10, I-110, SR 91, I-15 Express Lanes and SR 125. On the Golden Gate Bridge, the toll authority allows for payment online or in person up to 30 days before crossing or within forty-eight (48) hours after crossing the cashless toll bridge. Detailed information is available at www.bayareafastrak.org In Southern California, for toll road PlatePass, the toll authority allows for payment by phone/online within five (5) days of accessing the toll road. If you travel in the excluded HOV lanes in Southern California or if you travel on toll roads in Southern California that do not accept PlatePass, you will be charged an administrative fee of $30.00 in addition to tolls and penalties.
*************

**NOTE: Certain toll roads do not accept cash. If you travel on such a toll road without a personal transponder that can be used on the toll road, and you do not utilize an alternate means of payment to the toll authority, you will be required to use PlatePass and be billed automatically as outlined below, or incur toll charges or violations for which you will be responsible.**

817727820

HERTZ_FPRP_0002347



PG 5 OF 7 # 01 RT   **RR 817727820**

Where permitted by Toll Authorities, you may opt to use your personal transponder. Follow the instructions above for NOT utilizing PlatePass and install a compatible transponder properly.

**If PlatePass is used, PlatePass L.L.C. will charge you a convenience fee of $5.95 for each calendar day of your rental on which tolls are incurred plus incurred tolls at the Toll Authority?s cash toll rate or highest undiscounted toll rate.** PlatePass L.L.C. will separately charge your credit or debit card the applicable charges after the close of your rental. Charges typically take 1-3 weeks after the rental closes to appear on your statement, but a longer delay may occur. Cash customers will be invoiced.

**PARKING AND MOVING CITATIONS.** You are responsible for the payment of all vehicle parking and moving citations assessed against You or the Car during the rental period, including all such citations captured by camera and any related fines, fees or penalties. If a citation-issuing authority notifies us that we may be liable for any such citation and any related fines, fees or penalties, You will be charged an administrative fee of up to $42.00 for each such notification. You authorize us to release your billing/rental information to PlatePass, L.L.C. and ATS Processing Services, L.L.C. to process and bill for all tolls and moving citations and administrative charges and service fees.

817727820

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002348

 ® PG 6 OF 7 # 01 RT  **RR 817727820**

**ARBITRATION PROVISION: THIS AGREEMENT REQUIRES ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS ACTIONS. BY ENTERING INTO THIS AGREEMENT, YOU AGREE TO THIS ARBITRATION PROVISION.**

Except for claims for property damage, personal injury or death, ANY DISPUTES BETWEEN You and us ("us" and "we" for the purposes of this Arbitration Provision means The Hertz Corporation, ("Hertz") its parent and affiliate corporations, and their respective officers, directors and employees and any vendor or third party providing services for this rental transaction) MUST BE RESOLVED ONLY BY ARBITRATION OR IN A SMALL CLAIMS COURT ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT ALLOWED. YOU AND WE EACH WAIVE THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER. You and we remain free to bring any issues to the attention of government agencies.

This Arbitration Provision's scope is broad and includes, without limitation, any claims arising from or relating to this Agreement or any aspect of the relationship or communications between us, whether based in contract, tort, statute, fraud, misrepresentation, equity, or any other legal theory. It is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq.

In any arbitration under this Arbitration Provision, all issues are for the arbitrator to decide, including his or her own jurisdiction, and any objections with respect to the existence, scope or validity of this Arbitration Provision. The arbitration will take place in the county of Your billing address unless agreed otherwise.

The American Arbitration Association ("AAA") will administer any arbitration pursuant to its Consumer Arbitration Rules (the "Rules"). You can obtain the Rules at www.adr.org.

You or we may commence an arbitration by providing a written demand for arbitration to the other (to us: The Hertz Corporation, 8501 Williams Road, Estero, FL 33928 Attn: Arbitration) and two copies of the demand to the AAA. If You seek $10,000 or less through arbitration, we will reimburse You for any AAA required filing fee.

The arbitrator may award injunctive relief as well as money, but only in favor of and as warranted by the claim of the individual party seeking relief. Judgment on the arbitral award may be entered in any court having jurisdiction. An arbitration award and any judgment confirming it apply only to the specific parties in that case and cannot be used in any other case except to enforce the award itself. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of representative or class action.

IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION PROVISION, YOU MUST NOTIFY HERTZ IN WRITING WITHIN 30 DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAIL AT no.arbitration@hertz.com OR BY MAIL TO The Hertz Corporation, 8501 Williams Road, Estero, FL 33928, Attn: Arbitration. Include Your name, address, the number at the top of this Rental Record, and a clear statement that You do not agree to this Arbitration Provision. If you have previously notified Hertz of Your decision to opt out of this Arbitration Provision, You do not need to do so again.
817727820

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002349



**Hertz** ®PG 7OF 7 #01RT **RR 817727820**

||||||||||||||||||||||||||||||||||||||

**TO BE CHARGED TO:** VISA                    CHIP
XXXXXXXXXXXX4658  < **APPR AMT$/CODE:**    311.00/048754 RENT
**AID:** A0000000031010  **MODE:**  **ISSUER TRANS ID:** 581050671089391

The Vehicle may be equipped with telematics technology that allows us to track or otherwise locate, disable and repossess the Vehicle and to obtain data about the Vehicle's use during your rental, including fuel usage and miles driven. By entering into this Agreement, You consent to our use of such telematics during your rental as permitted by applicable law. Liability Protection: If You DO NOT elect Liability Insurance Supplement (LIS) and/or You violate the Terms and Conditions of the Rental Agreement, where permitted by law, if Hertz makes any payment as a result of an accident You are responsible to indemnify Hertz for all payments made including attorney fees and costs. If You elect LIS, LIS provides protection from liability for third party automobile claims for the difference between the liability limits in Paragraph 10 of the Rental Agreement and the maximum combined single limit of $1,000,000 for bodily injury, including death and property damage LIS also includes uninsured/underinsured motorist coverage (while occupying the Car) for bodily injury and property damage, if applicable, for the difference between the statutory minimum underlying limits and $1,000,000 for each accident.

NOTICE:  IF YOU HAVE COLLISION COVERAGE UNDER YOUR OWN AUTOMOBILE INSURANCE POLICY WRITTEN IN LOUISIANA, YOUR COLLISION COVERAGE AUTOMATICALLY EXTENDS TO RENTAL MOTOR VEHICLES PURSUANT TO R.S. 22:1406(F).  EVEN IF YOU ARE NOT A LOUISIANA INSURED, THE PURCHASE OF LOSS DAMAGE WAIVER IS NOT MANDATORY AND MAY BE WAIVED.  THIS CONTRACT OFFERS, FOR AN ADDITIONAL CHARGE, A LOSS DAMAGE WAIVER TO COVER YOUR RESPONSIBILITY FOR DAMAGE TO THE VEHICLE.  BEFORE DECIDING WHETHER TO PURCHASE THE LOSS DAMAGE WAIVER, YOU MAY WISH TO DETERMINE WHETHER YOUR OWN AUTOMOBILE INSURANCE AFFORDS YOU COVERAGE FOR DAMAGE TO THE RENTAL VEHICLE AND THE AMOUNT OF THE DEDUCTIBLE UNDER SUCH COVERAGE.  By signing below, You acknowledge that You have read, understand, accept and agree to the above and the Rental Agreement Terms And Conditions, which appear on the folder (GN1900005) delivered to You with this Rental Record, and You accept or decline the Optional Services as shown on Card 1 and Card 2.

X  ˷˷˷˷˷˷˷
817727820
Our Privacy Policy governs the use of data about you.  A copy of the policy is available at the rental counter and online at hertz.com.

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002350

Rental Record: 817727820  CORPORATE  Brand: ZE  Own:  (Press CTRL+F to Print)

## CUSTOMER INFORMATION

NAME: SMITH MELIND
#1: 0098307775  SVC:  GUAR:
HOME: 8325 NELSON ST
NEW ORLEANS  LA 701183035
BUS: ALL THINGS PAST PRESENT FUTURE
8325 NELSON ST
NEW ORLEANS  LA 701183035
BUS PH: 5044445077  HM PH: 5045147471
DL: 802406188  ST: MS
BD: 10/1977  PR MAIL: B

## FORM OF PAYMENT INFORMATION

FP:  VISA XXXXXXXXXXXX4658  EX: 01/2025
FFP:  VISA XXXXXXXXXXXX4658  EX: 01/2025
AUTH 1: 048754 CC APP:$ 311.00 DT: 02/19
AUTH 2:  CC APP:$ 3672.00 DT: 04/24

## VEHICLE/FUEL INFORMATION

OWN/VEHICLE: 01633/7576002  MODEL: NCOA
YEAR: 2019  LIC: LRY3553  STATE: TX
VCLS: C  COLOR: WHI
NEVERLOST: N  SATRAD: N  PRESTIGE: N
FUEL: 9.99 GL  .357 MI  TK CAP: 13.2
MI IN: 47189  FUEL IN: 4
MI OUT: 40049  FUEL OUT: 4

## CDP/RATE/MILEAGE

RN CDP NAME: OMEGA CAPITAL DEVELOPME
SD20  SWM20  DD DE EZ FF G5 Q9
UY VF VI XA XC XL 3C 4E

RT CDP: 2189879  RN CDP: 2189879
PLAN IN: CNVW  OUT: CNVW  ORIG: OAUE3
RCLS: C  UCLS: C  MIN DAY: 4
LDW: N  LIS: N S  P&P: N  B/L: L
MI ALW:  99/W
DRIVEN: 7140
VDI: X

## TOUR INFORMATION

## RENT/RETURN INFORMATION

RENT:  02/19/2021 12:16 LABTR19 04945-19
RETURN: 06/01/2021 12:16 LABTR19 04945-19
DUE:  03/04/2021 12:00 LABTR19 04945-19

ARR:FLT N  ARR:BUS N

## RESERVATION INFORMATION

RES#: J67840159D8  REF: 00317170
RES CLS: C  BK: 02/19/2021 01:29
CTRY: USA

REM:  ^C////4050/OKDCR15///3///////
*DO NOT EXT/EXCH/FR-REPO HIRED
FAIL2RTN/BILL2CURRDTE/VC

## USER/DRB INFORMATION

REV MGT USER:  6421/0494519
RENT USER/LOC:  6421/LABTR19
RETURN USER/LOC:  /
LAST PT USER/LOC: 3483/OKDCR15
LAST PN USER/LOC 5546/OKDCR15
# COPIES RNT: 1
RENT DT/TM POSTED:  02/19/2021 12:38
RETURN DT/TM POSTED:  06/01/2021 16:56
LAST DT/TM POSTED (CST): 06/01/2021 16:56
GDRB DATE: 06/01/2021
DRB AREA/LOC:  -00
RR STATUS: C

## CUSTOMER SATISFACTION

## ADDITIONAL EQUIPMENT

## TOTALS

| | | | |
|---|---|---|---|
| WEEKS | 14 @ | 197.57 | 2765.98 |
| EX HOUR | @ | 13.17 | |
| EX DAY | 4 @ | 39.17 | 156.68 |

SUBTOTAL  2922.66

SUBTOTAL  2922.66

| | | | |
|---|---|---|---|
| LDW | @ | 26.99 | |
| LIS | @ | 16.19 | |
| P&P | @ | 6.95 | |
| PERS | @ | 8.99 | |
| TAX RATE 1 | @ | | |
| TAX SUBTOTAL | | | 2951.69 |
| TAX | @ | .09950 | 293.69 |
| TOTAL CHARGES | | | 3245.38 |

ENERGY SURCHARGE  1.49
VEH LIC COST RECOVERY  27.54

NET DUE  3245.38

GPR POINTS  2,923

Rental Record: **817727820**  **CORPORATE**   **Brand:** ZE  **Own:**   (Press CTRL+P to Print)

| VEHICLE EXCHANGE 1 |
|---|

| VEHICLE EXCHANGE 2 |
|---|

| VEHICLE EXCHANGE 3 |
|---|

| VEHICLE EXCHANGE 4 |
|---|

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

   

The Hertz Corporation
Vehicle Control
P. O. Box 24130
Oklahoma City OK 73124-0130

April 2, 2021

MELIND SMITH
8325 NELSON ST
NEW ORLEANS, LA  701183035

Dear MELIND SMITH,

The vehicle that you recently rented from a Hertz Company (Hertz,
Dollar, Thrifty, or Firefly Car Rental) was scheduled to be returned
to: 6868 FLORIDA BLVD BATON ROUGE, LA on the date indicated:

Rented at               6868 FLORIDA BLVD BATON ROUGE, LA.
Rental #                817727820
Date due                03/04/2021
Vehicle Detail ID       5YFBURHE2KP939872
License Plate           LRY3553
License State           TX
Color                   WHI

This vehicle is now seriously overdue.
Please do not ignore this letter.

Pursuant to the Terms and Conditions of the Rental Agreement, we
hereby demand that our vehicle be immediately returned to the
scheduled return location listed above, or to the nearest Hertz
Company.  (Note: Additional charges will apply if you return to a
location other than the scheduled return location.)

Failure to return our vehicle as instructed may result in the vehicle
being reported stolen. Please note that pursuant to laws in some states,
you may already be in violation of state law by failing to return our
vehicle. You are also advised that we may attempt to repossess this
vehicle without additional notice to you. In addition to any overdue
fees and/or additional rental charges you have already incurred, you
will be responsible for all repossession expenses we incur. We will
not be responsible for any personal property left in a vehicle we
repossess.

Your immediate attention is necessary to prevent the potential
revocation of future rental privileges and/or legal action to
recover our vehicle.

If you have already returned this vehicle and believe this letter
has been sent to you in error, we apologize for any inconvenience.
Please contact us with your return details so we may investigate
and resolve this matter as quickly as possible.

The Hertz Corporation
Vehicle Control
(800) 552-8482
(405) 775-3090
Vehcntl@hertz.com

Form: VCWX0710     ID: 21030501698DEL2192410907

## USPS CERTIFIED MAIL™

**Return to:**
The Hertz Corporation
Vehicle Control
P. O. Box 24130
Oklahoma City OK 73124-0130



**9214 8901 3628 0201 4520 43**



817727820
MELIND SMITH
8325 NELSON ST
NEW ORLEANS, LA 70118-3035



6/1/2021
USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9214890136280201452043

Remove ✕

Your item was delivered at 8:28 am on May 5, 2021 in OKLAHOMA CITY, OK 73125.

## ✓ Delivered

May 5, 2021 at 8:28 am
OKLAHOMA CITY, OK 73125

Get Updates ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Return Receipt Electronic** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

# Can't find what you're looking for?

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002355

Report Type: TL          ***IMMEDIATE ATTENTION REQUIRED***          ***Confidential***

## HERTZ

### Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 3 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET TO:**

Okctheftandrecovery@hertz.com or 405-775-3078

VCWX0390                                                        **Confidential**

Report Type: TL

TL=Theft Lot

HERTZ

OKC Vehicle Control

Initial Report of Vehicle

Theft ID:   88484

| Unit No | Year | Make | Model | Type | Color | Serial No. |
|---------|------|------|-------|------|-------|-----------|
| 0009416587 | 15 | HYUNDAI | ACCENT | 5DR | BLU | KMHCT5AE9FU206913 |

| Lic Plate YR | Lic ST | Lic NO. | Last Known Mileage | | Owning City Area No. | |
|---|---|---|---|---|---|---|
| 2017 | CA | 7GGP776 | 30900 | | 01198 | |

| Last movement | Last Location | Last Renter (if applicable) |
|---|---|---|
| H46200980 | 07883-10 | STURKIE /EDWARD |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Date & Time Stolen | Veh Locked? | Book Value | Location of Vehicle at Time of Theft |
|---|---|---|---|
| 06/15/2016 00:00 | No | 9877.51 | AAA MESA HLE, AZ |

See Attached Pages for the overdue notes for the Worksheet ID:  16070711676

VEHICLE CONTROL WAS NOTIFIED OF THE ABOVE THEFT LOT INFORMATION ON 07/18/2016.
THE LAST DOCUMENTED MOVEMENT ON THIS VEHICLE WAS A CHECK-IN UNDER RENTAL RECORD# H46200980
TO THE 7883-10 LOCATION. THE VEHICLE WAS RETURNED BY THE LAST RENTER, STURKIE /EDWARD TO THE ABOVE
LOCATION PRIOR TO THE THEFT. THERE IS NO RECORD OF THIS VEHICLE BEING RENTED AND/OR TRANSPORTED TO
ANOTHER LOCATION AFTER THE 06/15/2016 CHECK-IN.

Vehicle Control Received the missing vehicle checklist:      07/18/2016

Last Documented Movement:      06/15/2016          Document Type:      THEFT LOT-CHECK IN

ALL OTHER SYSTEMS HAVE BEEN CHECKED WITH NO FURTHER MOVEMENT FOUND.

Prepared By:      B. Hightower

VC Supervisor Signature

Prepared Date:   07/20/2016 11:12

Printed Date:    7/20/2016 11:15:08 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Husein Hadi
INFO@THEHADILAWFIRM.COM

Carnegie H. Mims III
MIMS@THEHADILAWFIRM.COM

Amid Bahadori *
CALE@THEHADILAWFIRM.COM
* not licensed in the State of Texas

Jamil Thomas
THOMAS@THEHADILAWFIRM.COM

Sedrick Stagg
STAGG@THEHADILAWFIRM.COM

Jessica Worden
AUSTIN@THEHADILAWFIRM.COM



## THE HADI LAW FIRM
### ATTORNEYS AT LAW

7100 REGENCY SQUARE BOULEVARD, SUITE 140 | HOUSTON, TEXAS 77036
HOUSTON, TEXAS | AUSTIN, TEXAS | NEW PORT, CALIFORNIA
TEL: (832) 433-7977 | FAX: (855) HADI-LAW (855-423-4529)

January 4, 2021

Nycole Burkhalter
Hertz Corporation
P.O. Box 26120
Oklahoma City, OK 73126

*Via email executivecustomerservice@hertz.com*

### NOTICE OF REPRESENTATION
**Date of Accident:**       12/23/2020
**Our Client(s):**          **James Tolen and Krystal Carter**

Dear Ms. Burkhalter,

I understand that you are the adjuster assigned to this claim. Please be advised that this law firm has been retained by the above-referenced clients to represent them for personal injuries and other related damages sustained due to your insured's negligence.

Our law office has been assigned a power of attorney in this matter; therefore, any further communication in regards to this matter should be directed to this office.

We have begun our investigation into this matter, and at this time, I request that you provide us with the following items: 1) a transcribed copy of any and all statements, written or recorded, taken of our clients, your insured or any witnesses; 2) any and all photographs and/or videos pertaining to the occurrence; 3) any medical records and medical bills relating to the occurrence; 4) any property damage and repair estimates related to the occurrence; and 5) a copy of any declaration page or certificate of coverage on your insured's policy. With regards to numbers 1, 2, 3, and 4 above you are instructed to preserve these items, as they will become evidence if and when it is necessary to litigate this matter.

Please be advised that you are not authorized to negotiate and pay our clients' medical bills. Our Law Firm is the only authorized representative of James Tolen and Krystal Carter. You are not allowed to speak on behalf of James Tolen and Krystal Carter in any fashion and that if you do so we will turn you over to the state bar unauthorized practice of law committee.

Finally, please be advised that any prior medical or wage loss authorizations executed by our client is formally revoked; please forward the originals and any copies of same to us.

I look forward to working with you on this matter and thank you in advance for your cooperation.

Respectfully,

THE HADI LAW FIRM, PLLC

Attorney

HH/ap
Enclosures

7100 REGENCY SQUARE BOULEVARD, SUITE 140 | HOUSTON, TEXAS 77036                    PAGE 1

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Report Type:  C                 *IMMEDIATE ATTENTION REQUIRED*                ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET TO:**

Okctheftandrecovery@hertz.com or 405-775-3078

VCWX0390                                                                    **Confidential**

Report Type:  C                         HERTZ

TR=Theft Renter                   OKC Vehicle Control

TF=TheftFraud                   Initial Report of Vehicle

C=Conversion                                                  Theft ID:   143333

| Unit No | Year | Make | Model | | Type | Color | Serial No. |
|---------|------|------|-------|---|------|-------|-----------|
| 0008455784 | 2020 | KIA | SORENTO | | 4DR | WHI | 5XYPG4A58LG626907 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|--------------|--------|---------|--------------|-------------|-------------|------------|
| 2021 | TX | MLW1793 | 15127 | | 01695 | 542099121 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|--------------------|-------------|----------|--------------|------------|----------------|-------------|
| 06/11/2020 13.39.00 | 07149-01 | 08/10/2020 13.39.00 | 07149-01 | 5592607722 | | TONYP-2 |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---------------|---------------------------------------------|
| TEDEHRI USUDE | 26123 RENE VELUZAT SANTA CLARITA    CA91321 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|-----------------|---------------------------------------------|
| | 26123 RENE VELUZAT. SANTA CLARITA. CA 91321 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---------------------|---------------------|-----|-------------|-------------------------------------------------|
| XXXXXXXXXXXX4806 | B8662187 | CA | 01/09/1968 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|-------------------|-------------|-------------|-------------|--------------|
| LASD/SCT | SALAM 62910-7 | FYMOND VEYA | 12-15-2020 | 920-1703-0647 |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|----------------|-------------|-----|------------|--------------------|--------------------------------------|
| No | No | N | 17382.85 | 08/10/2020 13:39 | IN RENTERS POSSESSION |

See Attached Pages for the overdue notes for the Worksheet ID:     200061902420

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:    10/05/2020            Return Mail:

Force Return Hired:    10/05/2020            Repossession Service Hired:

Rental Rep:   3717                        DNR Submitted:   14C

Prepared By:    T. Perez

VC Supervisor Signature                    Prepared Date:   10/19/2020 10:46

                                           Printed Date:    12/1/2020 12:37:50 PM

Report Type:  C     *IMMEDIATE ATTENTION REQUIRED*     ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET TO:**

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390                                                              **Confidential**

Report Type:  C
TR=Theft Renter
TF=TheftFraud
C=Conversion

HERTZ
OKC Vehicle Control
Initial Report of Vehicle

Theft ID:   143333

| Unit No | Year | Make | Model | Type | Color | Serial No. |
|---|---|---|---|---|---|---|
| 0008455784 | 2020 | KIA | SORENTO | 4DR | WHI | 5XYPG4A58LG626907 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2021 | TX | MLW1793 | 15127 | | 01695 | 542099121 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 06/11/2020 13.39.00 | 07149-01 | 08/10/2020 13.39.00 | 07149-01 | 5592607722 | | TONYP-2 |

| Renter's Name | Residence Address (City, State, & Zip Code) |
|---|---|
| TEDEHRI USUDE | 26123  RENE VELUZAT SANTA CLARITA    CA91321 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 26123  RENE VELUZAT, SANTA CLARITA, CA 91321 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info.(Yes/No) |
|---|---|---|---|---|
| XXXXXXXXXXX4806 | B8662187 | CA | 01/09/1968 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | N | 17382.85 | 08/10/2020 13:39 | IN RENTERS POSSESSION |

See Attached Pages for the overdue notes for the Worksheet ID:    20061902420

---

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:    10/05/2020          Return Mail:  _____

Force Return Hired:    10/05/2020          Repossession Service Hired:  _____

Rental Rep:    3717          DNR Submitted:    14C

Prepared By:    T. Perez          Prepared Date:    10/19/2020 10:46

VC Supervisor Signature  _____          Printed Date:    12/1/2020 12:37:50 PM

---

**CONFIDENTIAL**

VCWX0560

**Overdue Vehicle Print Report**

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 20061902420 | Op-Theft | 2020/06/19 05:39 | DTC6023/DTC0012 | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2020/12/07 16:13 | 6522 | TEDEHRI USUDE | | |

| Address1 | City | ST Ctry | Postal Code | |
|---|---|---|---|---|
| 26123 RENE VELUZAT | SANTA CLARITA | CA US | 91321 | |

| Phone1 | Phone2 | # Prior Rntls | Gold |
|---|---|---|---|
| 5592607722 T | TONYP-2 | 0 | N |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| 542099121 | 119 | O | N | 2020/06/11 13:39 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 07149/01 | 2020/06/19 | 2020/08/10 13:39 | 07149/01 | 4 |

| Res ID | Res Type | Res Date | Res Days | |
|---|---|---|---|---|
| J4254381070 | R | | 0 | |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXXXXXX4806 | VISA | DB | N | DENIED |

| Amount Charged | Exp Date | # Chrgs | Cash? | |
|---|---|---|---|---|
| $59.000 | 6/ 2025 | 5 | N | |

| Unit Number | Plate # | Pl ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 8455784 | MLW1793 | TX | KIA | NOTF |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | WHI | 01695 | K6 | Y |

Below is the letter information pertaining to each letter for the worksheet ID: 20061902420

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 20999120706 | D7 | 2020/08/17 07:18 |
| 20279564482 | DEL | 2020/10/05 15:48 |

Overdue Notes for the worksheet ID: 20061902420

| User ID | Time |
|---|---|
| VCMSJ010 | 2020/06/23 04:02 |

**Note**
WorkSheet Closed - Rental was extended

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/02 03:06 |

**Note**
MCAM 5592607722 07012020 150156

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/03 03:06 |

**Note**
MCAM 5592607722 07022020 184439

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/04 03:06 |

**Note**
MCAM 5592607722 07032020 175216

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/07 03:06 |

**Note**
A AM 5592607722 07062020 133616
WorkSheet Closed - Rental was extended

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/07 03:06 |

**Note**
A AM 5592607722 07062020 152227

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/07 03:06 |

**Note**
A AM 5592607722 07062020 155417

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/14 03:06 |

**Note**
MCAM 5592607722 07132020 114906

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/15 03:06 |

**Note**
MCAM 5592607722 07142020 105820

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/16 03:07 |

**Note**
MDAM 5592607722 07152020 110606

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/17 03:06 |

**Note**
A AM 5592607722 07162020 105552
WorkSheet Closed - Rental was extended

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/17 03:06 |

**Note**
A AM 5592607722 07162020 112825

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/07/17 03:06 |

**Note**
A AM 5592607722 07162020 120524

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**Overdue Notes for the worksheet ID: 20061902420**

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/13 03:05 |

**Note**

MCAM 5592607722 08122020 131306

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/14 03:05 |

**Note**

MCAM 5592607722 08132020 102356

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/15 03:05 |

**Note**

MCAM 5592607722 08142020 102927

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/19 03:05 |

**Note**

A AM 5592607722 08182020 112054

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/19 03:05 |

**Note**

A AM 5592607722 08182020 115307

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/19 03:05 |

**Note**

A AM 5592607722 08182020 122500

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/20 03:04 |

**Note**

A AM 5592607722 08192020 111803

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/20 03:04 |

**Note**

A AM 5592607722 08192020 114948

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/20 03:04 |

**Note**

A AM 5592607722 08192020 122157

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/21 03:04 |

**Note**

A AM 5592607722 08202020 104612

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/21 03:04 |

**Note**

A AM 5592607722 08202020 111747

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/21 03:04 |

**Note**

N 5592607722 08202020 115126

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/22 03:04 |

**Note**

A AM 5592607722 08212020 103704

HERTZ_FPRP_0002539

Overdue Notes for the worksheet ID: 20061902420

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/22 03:04 |

**Note**

A AM 5592607722 08212020 110846

| User ID | Time |
|---|---|
| VCMSJ180 | 2020/08/22 03:04 |

**Note**

A AM 5592607722 08212020 114026

| User ID | Time |
|---|---|
| REC0031 | 2020/09/28 09:51 |

**Note**

FLEETWEB=N /MM=N / ERS=N/ AAO = N/ SalesForce = N /MAG=Swiped/LYFT=N/UBER N/Email = TDYL1019@GMAIL.COM/ ZIBOX =

| User ID | Time |
|---|---|
| REC0031 | 2020/09/28 09:52 |

**Note**

Sent Text to [5592607722] - Advised contract is past the 62 day policy limit and must be returned. Sent email to [TDYL1019@GMAIL.COM

| User ID | Time |
|---|---|
| REC0031 | 2020/10/01 13:41 |

**Note**

Final Call [5592607722]- Left message to return veh by end of business today to adv. repo being hired/do not rent/possibly report stolen, also sent text. Sent email to [TDYL1019@GMAIL.COM

| User ID | Time |
|---|---|
| REC0031 | 2020/10/01 13:42 |

**Note**

nothing via gar/gvcs/salesforce

| User ID | Time |
|---|---|
| REC0031 | 2020/10/01 13:46 |

**Note**

TLO: verified address on file/poss ph (661) 361-4890 lvm (661) 424-1460 disconnected (831) 794-3104 Wrong #

| User ID | Time |
|---|---|
| RES1939 | 2020/10/01 13:50 |

**Note**

Rntr called from 5592607722 to inform us that he still have the veh. Veh is beyond 62 days already. Adv rntr to rtn the veh within 24hrs.

| User ID | Time |
|---|---|
| REC0031 | 2020/10/05 15:40 |

**Note**

HIRED FORCE RETURN/ COLLATERAL CONSULTANTS/ REQ'D CERTIFIED LTR / ADDED FEE TO DASH

| User ID | Time |
|---|---|
| DTC3483 | 2020/10/12 09:43 |

**Note**

COLLATERAL CONSULTANTS/ 10-13 File will Transition to Repo Vehicle/Repo Charge of $297.69 added/ Renter will be Added to DNR

| User ID | Time |
|---|---|
| DTC7026 | 2020/10/19 10:59 |

**Note**

APPROVED THEFT PACKAGE

| User ID | Time |
|---|---|
| DTC3483 | 2020/10/19 11:11 |

**Note**

10-19 Collateral Consultants/***Close no Bill*** Made contact at 559 260-7722 by text and got back The Rental is NOT STOLEN. I'm CHARGED $1000 a Month for the Rental. My Card has $37 Debited Daily. I'd Return your car as soon as possible Thank you.

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**Overdue Notes for the worksheet ID: 20061902420**

| User ID | Time |
|---|---|
| DTC3483 | 2020/10/19 11:11 |

**Note**

>>We had some old camera hits. Per location unit not returned. Close no Bill

| User ID | Time |
|---|---|
| 6522 | 2020/12/07 16:13 |

**Note**

Y HOLD ADDED DUE TO CONV PKG TYPED

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002541

   

The Hertz Corporation
Vehicle Control
P. O. Box 24130
Oklahoma City OK 73124-0130

March 4, 2021

STEVEN VALDES
2051 S SEMORAN BLVD
ORLANDO, FL 32822


Dear STEVEN VALDES,

The vehicle that you recently rented from a Hertz Company (Hertz,
Dollar, Thrifty, or Firefly Car Rental) was scheduled to be returned
to: 1752 RINEHART RD SANFORD, FL on the date indicated:

Rented at              1752 RINEHART RD SANFORD, FL.
Rental #               650073933
Date due               12/28/2020
Vehicle Detail ID      5XYPG4A54LG631022
License Plate          IEPD16
License State          FL
Color                  WHI

This vehicle is now seriously overdue.
<u>Please do not ignore this letter.</u>

Pursuant to the Terms and Conditions of the Rental Agreement, we
hereby demand that our vehicle be immediately returned to the
scheduled return location listed above, or to the nearest Hertz
Company. (Note: Additional charges will apply if you return to a
location other than the scheduled return location.)

Failure to return our vehicle as instructed may result in the vehicle
being reported stolen. Please note that pursuant to laws in some states,
you may already be in violation of state law by failing to return our
vehicle. You are also advised that we may attempt to repossess this
vehicle without additional notice to you. In addition to any overdue
fees and/or additional rental charges you have already incurred, you
will be responsible for all repossession expenses we incur. We will
not be responsible for any personal property left in a vehicle we
repossess.

Your immediate attention is necessary to prevent the potential
revocation of future rental privileges and/or legal action to
recover our vehicle.

If you have already returned this vehicle and believe this letter
has been sent to you in error, we apologize for any inconvenience.
Please contact us with your return details so we may investigate
and resolve this matter as quickly as possible.

The Hertz Corporation
Vehicle Control
(800) 552-8482
(405) 775-3090
Vehcntl@hertz.com


Form: VCWX0710    ID: 20120802159DEL2163354963

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

## USPS CERTIFIED MAIL™

**Return to:**
The Hertz Corporation
Vehicle Control
P. O. Box 24130
Oklahoma City OK 73124-0130



**9214 8901 3628 0201 4300 65**

NCVC5J5600024-010100

650073933
STEVEN VALDES
2051 S SEMORAN BLVD
ORLANDO, FL 32822



Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9214890136280201430065

Remove ✕

Your item has been delivered to the original sender at 8:32 am on March 19, 2021 in OKLAHOMA CITY, OK 73126.

## ⊘ Delivered, To Original Sender

March 19, 2021 at 8:32 am
OKLAHOMA CITY, OK 73126

Feedback

**Get Updates** ⌄

---

### Text & Email Updates                                                        ⌄

---

### Return Receipt Electronic                                                    ⌄

---

### Tracking History                                                             ⌃

**March 19, 2021, 8:32 am**
Delivered, To Original Sender
OKLAHOMA CITY, OK 73126
Your item has been delivered to the original sender at 8:32 am on March 19, 2021 in OKLAHOMA CITY, OK 73126.

**March 18, 2021, 12:28 pm**
Available for Pickup
OKLAHOMA CITY, OK 73125

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9214890136280201430065%2C

1/3

HERTZ_FPRP_0002581

3/30/2021                                  USPS.com® - USPS Tracking® Results

**March 18, 2021, 12:06 pm**
Arrived at Post Office
OKLAHOMA CITY, OK 73125

**March 17, 2021, 8:53 pm**
Departed USPS Regional Facility
OKLAHOMA CITY OK DISTRIBUTION CENTER

**March 17, 2021, 12:13 pm**
Arrived at USPS Regional Origin Facility
OKLAHOMA CITY OK DISTRIBUTION CENTER

**March 16, 2021**
In Transit to Next Facility

**March 12, 2021, 8:53 pm**
Departed USPS Regional Facility
FORT MYERS FL DISTRIBUTION CENTER

**March 12, 2021, 10:17 am**
Arrived at USPS Regional Destination Facility
FORT MYERS FL DISTRIBUTION CENTER

**March 10, 2021, 12:32 pm**
Insufficient Address
ORLANDO, FL 32822

**March 5, 2021**
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

**Product Information**                                                    ⌄

**See Less** ⌃

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018                HERTZ_FPRP_0002582

3/30/2021

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

HERTZ_FPRP_0002583





**Heather Kasdan**
To: vehctrl, customer relations
August 30, 2019 at 11:22 AM

**To Hertz Vehicle Control Department and Customer Relations:**

Yesterday, I received a very disturbing text message from 972-532-6307.  The text message read: Auto theft task force investigator Green at 972-532-6307 Warrant may be issued for Heather Kasdan for felony theft. Call me to resolve and return the rental vehicle.

I believed this text to be spam (and still am unsure as nobody from Hertz can confirm they sent it), until I found it was coupled with a letter I received that day from Hertz, regarding my car rental on 7/7/2019, Rental record # 634334941.

This car, rented to be driven from Buffalo to New Jersey, was rear ended in Stroudsberg, NY.

At that time, Hertz emergency roadside assistance was contacted immediately by me, in addition to the police.

Hertz Roadside Assistance contacted and took care of the towing process and the tow truck.

As I was instructed to do by your Hertz representative, I submitted a vehicle incident report and received confirmation of receipt of this report via email.

I also submitted a claim through Amex and they have reached out multiple times to Hertz for reports as to this incident and have not heard back.

When I spoke to Vehicle Control, they told me that I needed to call someone else and when I asked who they wouldn't tell me and said "this has gone way beyond them" and then they hung up on me.

I am beyond upset and disturbed as to how this has been handled. No contact from Hertz at all until you send out threatening text messages and letters?  I was so surprised by the above text I felt like it must be a scam.

How could a respected rental company possibly run a business this way, not contacting me at all via phone to even follow up on what happened in the Vehicle Incident Report that you received and instead sending threatening messages?

Hertz roadside assistance directed me what to do on the day of the accident. Hertz roadside assistance found the tow truck for the car. Hertz confirmed via email that they received the paperwork that Hertz asked me to submit.  Hertz has not responded to American Express, who has multiple requests for paperwork from Hertz.

Your company, Hertz, are the ones who set up and towed the vehicle.  Why are you contacting me in regard to where it is?

I have tried multiple times to inquire as to my claim, but I can't get a straight answer from anyone at Hertz as to who I am supposed to speak to and have been transferred to multiple departments incorrectly. Your own representative hung up on me without explanation.  I can't even confirm that the text I received is actually from Hertz, as your own reps haven't been able to tell me.  I have directly asked them if they sent these texts and have been told that "that is not the responsibility of their department."

Again, to be clear, the vehicle that I rented was in an accident, I contacted Hertz Roadside assistance and Hertz Roadside assistance took care of towing the vehicle. Please contact your roadside assistance department in regard to this and send me confirmation that this has been taken care of.

Please close out my rental agreement for that day and cease sending me threatening messages and letters in regard to this incident and have the correct person contact me directly if you have questions.

I have done exactly what Hertz has required and asked of me in regard to the car accident on 7/7/2019 and am glad to help with anything I can.

If you have further questions for me in regard to this incident, I will again ask that someone from the department who can fix this issue contact me via email or at 917-686-6862 with your direct questions or concerns.

Heather Kasdan

-------- This message (including attachments) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free. ----------

**CRM - IT**
To: heatherglohj
August 30, 2019 at 11:22 AM

**System**
Case updated
September 13, 2019 at 1:15 PM

Status: Work in Progress to Closed
Status: New to Work in Progress
Case Owner: NA - Customer Relations - Critical to Breane Thomas

Show All Updates

**Breane Thomas**
Case closed
September 13, 2019 at 1:17 PM

Comment

**Breane Thomas**
Case status updated
September 13, 2019 at 1:15 PM

Status: New to Work in Progress

Comment

**CRM - IT**
Case updated
September 4, 2019 at 11:30 PM

Comment

**CRM - IT**
Case updated
September 3, 2019 at 11:30 AM

**CRM - IT**
Case updated
September 1, 2019 at 11:31 AM

Comment

**CRM - IT**
Case updated
August 30, 2019 at 11:22 AM

**CRM - IT**
Case updated
August 30, 2019 at 11:22 AM

**CRM - IT**
Case created
August 30, 2019 at 11:22 AM



| Priority | Status | Case Number |
| --- | --- | --- |
| Medium | Closed | 08511317 |

| Impacted Brand | Hertz | | Status | Closed |
| --- | --- | --- | --- | --- |
| Impacted Brand Logo | Hertz | | Case Resolution | Lost Property Team: Staff Complaint |
| Contact Name | raelena wright | | Case Origin | Phone |
| Subject | | | Primary Language | English |
| Description | SAID WE HAD HER FALSEY ARRESTED AND SHE SAID THAT THE VEHICLE WAS TOWED AND SHE HAS LOST ALL OF HER BELONGINGS ADVISED HER TO FILL OUT LOST AND FOUND FORM...KM | | Care Contact Center | OKC |
| Reservation ID | | | Department | CS |
| Rental Agreement Number | 370196481 | | Source Market | US |
| Invoice Number | | | | |
| Loyalty Number | | | | |
| Priority | Medium | | Web Email | |

**Related Cases (0)**

No records to display

lost Recent Activity ▼

Search this feed...

Kianna Mccarthy                                                                                     March 6, 2020 at 4:45 PM ▼
Case created
Subject:
Priority: Medium
Status: Closed
Case Number: 08511317

Comment

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018



Share an update...                                                                                    Share

Case                                              + Follow    Edit    Change Owner    Change Record Type    Clone    Sharing    Sharing Hierarchy    ▼

Priority          Status          Case Number
Medium          Closed          06978969

| | | | | |
|---|---|---|---|---|
| Impacted Brand | Hertz | | Status | Closed |
| Impacted Brand Logo | *Hertz* | | Case Resolution | Questions on Estimated Charges; Rental Agreement |
| Contact Name | ZANDERS PACE | | Case Origin | Phone |
| Subject | | | Primary Language | English |
| Description | cci about a false police report that was done by the manager | | Care Contact Center | OKC |
| Reservation ID | | | Department | CS |
| Rental Agreement Number | H20250042 | | Source Market | US |
| Invoice Number | | | | |
| Loyalty Number | | | | |
| Priority | Medium | | Web Email | |

Related Cases (0)
No records to display

Most Recent Activity ▼                                          🔍 Search this feed...

Taniya Chaney                                                                    September 17, 2019 at 3:35 PM
📋 Case created
Subject:
Priority: Medium
Status: Closed
Case Number 06978969
💬 Comment

| Priority | Status | Case Number |
|----------|--------|-------------|
| Medium | Closed | 10343895 |

Notification

∨ Case Information

| | | |
|---|---|---|
| Impacted Brand | Hertz | Case Open for |
| Impacted Brand Logo | **Hertz** | Case Number | 10343895 |
| Contact Name | Nirbhay Agarway | Third Party |
| Reservation ID | J6710106165 | CDP# |
| Rental Agreement Number | 816259161 | CDP Account |
| Invoice Number | | Contract Account |
| Loyalty Number | | Case Age (Days) |
| Count | 1 | Created By | Marineshia Burkhalter, 3/9/2021 5:14 PM |
| Hourly Cases | 23.00 | Reopen Count | 0 |

From: Jackson, Michael A
Sent: Saturday, February 13, 2021 3:58 AM
To: Duncan, Nicquelsia <nicquelsia.duncan@hertz.com>
Cc: Chance, Jeffrey L <JChance@hertz.com>
Subject: 210021618

Hi folks,
This gentleman called in 2021-02-13@0330 after having been pulled over in a car that was reported stolen by Hertz. Cust commenced the rental at 2021-02-12@2200 PST.
Cust was not happy with the California Highway Patrol pulling him over at gunpoint and taking an hour for the situation to be resolved. I thanked him for his restraint while speaking with me. The following is what I sent to the location manager -

CCI, REPORTED HE AND HIS PASSENGER WERE PULLED OVER MY LOCAL POLICE DUE TO VEH BEING REPORTED STOLEN EARLIER IN THE DAY. VEH ALSO SHOWS RETURNED TO LOC AND RE-RENTED. CUST WAS UNDERSTANDABLY UPSET ABOUT THIS. CUST PULLED OVER BY CHP- OFFICER SOLANO, LOC CODE 365, 2021-02-13@0029 HELD UNTIL 2021-02-13@0131.
CCI, REPORTED HE AND HIS PASSENGER WERE PULLED OVER MY LOCAL POLICE DUE TO VEH BEING REPORTED STOLEN EARLIER IN THE DAY. VEH ALSO SHOWS RETURNED TO LOC AND RE-RENTED. CUST WAS UNDERSTANDABLY UPSET ABOUT THIS. CUST PULLED OVER BY CHP- OFFICER SOLANO, LOC CODE 365, 2021-02-13@0029 HELD UNTIL 2021-02-13@0131.
ADV CUST TO KEEP ALL DOCUMENTATION FOR THE RENTAL HANDY.
ALSO ADV CUST TO EXCHANGE VEH IN THE AM.
I did suggest loc mgr reach out to custjomer.
Thanks,
MJ

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018



| Priority | Status | Case Number |
|---|---|---|
| Medium | Closed | 11893606 |

| Impacted Brand | Hertz | | Status | Closed |
|---|---|---|---|---|
| Impacted Brand Logo | *Hertz* | | Case Resolution | Maintenance & Mechanical: Vehicle |
| Contact Name | CARMEN BOSKO | | Case Origin | Phone |
| Subject | | | Primary Language | English |
| Description | S/w cust about rental charges. Cust called asking for a SUP. Cust mentioned that she got arrested due our company reported a car as stolen under her name, cust mentioned that she will sue HERTZ due the situation. And per TL approval MP, I transferred the caller. LP | | Care Contact Center | OKC |
| Reservation ID | J64110284E8 | | Department | CS |
| Rental Agreement Number | 810226432 | | Source Market | US |
| Invoice Number | | | | |
| Loyalty Number | 29201384 | | | |
| Priority | Medium | | Web Email | |

**Related Cases (0)**

No records to display

Most Recent Activity ▾

Search this feed...

**Luis Palma** — Case created                    September 19, 2021 at 11:22 AM

Subject:
Priority: Medium
Status: Closed
Case Number: 11893606



| | | | | |
|---|---|---|---|---|
| Impacted Brand | Hertz | | Status | Closed |
| Impacted Brand Logo | Hertz. | | Case Resolution | Base Rate Contract: Rate |
| Contact Name | Lindsay Flannery | | Case Origin | Phone |
| Subject | | | Primary Language | English |
| Description | Cust's mother called 'cause her daughter is in jail due to a pending payment with the company \|\| Checked, and the money was already taken from a visa ending in 0544.-<br><br>Her daughter was in the line \|\| explained we cannot provide more information since the rental was already paid off.-<br><br>Email was provided \|\| Sent copy of the receipt.-<br>FAITHHODAN19@GMAIL.COM | | Care Contact Center | OKC |
| Reservation ID | | | Department | CS |
| Rental Agreement Number | 525925761 | | Source Market | US |
| Invoice Number | | | | |
| Loyalty Number | | | | |
| Priority | Medium | | Web Email | |

### Related Cases (0)

No records to display

---

Most Recent Activity ▾

Search this feed...

- **Luis Hernandez**
  Case created                                                January 6, 2021 at 9:28 AM
  Subject:
  Priority: Medium
  Status Closed
  Case Number 09985578

  Comment

HERTZ_FPRP_0002597



**System**
Case updated

November 17, 2021 at 3:31 PM

**ReJeana Meado**
To: executivecustomerservice

November 17, 2021 at 3:31 PM

Hello,

I had a 3 day rental from May 13 to May 16 2021. I returned the car on May 16th, 2021 to the Houston Airport. However, i received a letter dating August 31, 2021 threatening to report me for car theft. I then got charged $5,369.34 on September 2, 2021. I have seen online from news reports that this could mean Hertz filed a police report claiming a stole a car. Did Hertz file a police report against me? Any such report would be absolutely false. I don't under how a 3 day rental could turn into such a fiasco. Please respond to me immediately or i will pursue legal action. I have previously reached out to your company and have gotten no where. I have never been arrested before and I absolutely do not want to go to jail or have anything like this on my record.

thank you,

ReJeana Meado

-------------- This message (including attachments) may contain information that is privileged, confidential or protected from disclosure. If you are not the intended recipient, you are hereby notified that dissemination, disclosure, copying, distribution or use of this message or any information contained in it is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete this message from your computer. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that in keeping with good computing practice the recipient should ensure they are actually virus free. --------------

Comment

**CRM - IT**
Case created

November 17, 2021 at 3:31 PM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Myesha Jones  To: rejeanameado     December 2, 2021 at 10:38 AM



Dear Ms. Meado,

Thank you for contacting us. I appreciate the opportunity to review your concerns.

Having thoroughly reviewed this matter I can confirm our Houston Intercontinental rental location never located the vehicle and the keys were not returned in our designated drop off box. Considering this information you were charged correctly as the vehicle was not located.

Please know that we take all customer concerns very seriously and I want to thank you for allowing me the opportunity to review this matter.

Kind Regards,

Myesha Jones
Executive Customer Services
Hertz Dollar Thrifty
https://www.thrifty.com

 ReJeana Meado    To: executivecustomerservice     December 2, 2021 at 11:38 AM

Hello,

Thank you for the response, but you blatantly did not answer my question! I need to know immediately if Thrifty/Hertz filed a theft report against me. Your response in this matter is needed ASAP.

Thank you,
ReJeana Meado

Sent from my iPhone

Myesha Jones  To: REJEANA MEADO     December 3, 2021 at 10:20 AM

Dear Ms. Meado,

Please be advised Hertz/Thrifty did not file a theft report.

Kind Regards,

Myesha Jones
Executive Customer Service
Hertz Dollar Thrifty

Expand Email

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018



**ReJeana Meado**
To: executivecustomerservice
December 3, 2021 at 1:19 PM

Hello,

Thank you for responding! I still need clarification. Even though I returned the car on May 16, you sent me a letter on August 31, 2021 threatening to report me for car theft. You then charged me a huge amount. I read online that the huge charge after a threat letter probably means that the rental was closed and I was reported to police. You also told me in a prior email that Hertz still cannot find the car. But, the letter I received said the car was found 7/15/21? I am extremely confused and need clarification. Please let me know if I have been reported, or if I am in the process of being reported.

Sent from my iPhone

Expand Email

**Lori Bassett**
To: All
December 4, 2021 at 9:57 AM

Dear Ms. Meado,
Thank you for responding to our correspondence. I appreciate the opportunity to revisit this matter.
According to our records the vehicle has not been recovered to date and we have reported it as stolen to the authorities. Our process once a contract is severely overdue is to close the contract and charge the customer while we continue to work on recovering our property.
Please know that we take all customer concerns very seriously and I want to thank you for allowing me the opportunity to review this matter.

Kind Regards,
Lori Barnard
Executive Customer Service

Comment

**CRM - IT**
12585112 created
December 3, 2021 at 1:19 PM

**Joshua Boles**
To: rejeanameado
December 14, 2021 at 4:18 PM

Dear Ms. Meado,

Firstly, I am truly sorry for the inconvenience this matter has caused you. I wanted to call you; regrettably, I was unable to locate your phone number.

I want to reassure you; I have confirmed The Hertz Corporation did not file a police report or file this rental as a stole vehicle under your name. The information you received on 12/04/21 was incorrect. We are reviewing this matter internally and will provide the necessary corrective actions.

Please let me know if you have any additional question regarding this matter and I will be happy to help answer them.

Kind Regards,

Joshua Boles
Supervisor
Executive Customer Care
The Hertz Corporation
5601 Northwest Expy, Oklahoma City, OK 73132, USA
www.Hertz.com

Comment

| Priority | Status | Case Number |
|---|---|---|
| Medium | Closed | 10789737 |

| | | | |
|---|---|---|---|
| Impacted Brand | Hertz | Status | Closed |
| Impacted Brand Logo | **Hertz** | Case Resolution | Questions on Estimated Charges: Rental Agreement |
| Contact Name | TONIA RICH | Case Origin | Phone |
| Subject | | Primary Language | English |
| Description | CCI STATING THAT THE RENTAL VEH WAS REPORTED STOLEN AND HER BOYFRIEND IS LOCKED UP FOR GRAND THEFT | Care Contact Center | OKC |
| Reservation ID | | Department | Customer Care |
| Rental Agreement Number | 591619000 | Source Market | US |
| Invoice Number | | | |
| Loyalty Number | | | |
| Priority | Medium | Web Email | |

**Related Cases (0)**

No records to display

Most Recent Activity ▼

🔍 Search this feed...

∨  **Bridgete Beckford**                                    May 19, 2021 at 9:06 AM ▼
   ☑ Case created
      Subject:
      Priority: Medium
      Status: Closed
      Case Number: 10789737

   ✏ Comment

HERTZ_FPRP_0002606

| | | | | | |
|---|---|---|---|---|---|
| Priority | Status | Case Number | | | |
| Medium | Closed | 11144127 | | | |

| | | | | |
|---|---|---|---|---|
| Impacted Brand | Hertz | | Status | Closed |
| Impacted Brand Logo | *Hertz.* | | Case Resolution | Duplicate Billing: Billing Information |
| Contact Name | TONIA RICH | | Case Origin | Phone |
| Subject | | | Primary Language | English |
| Description | swc aboutv stolen veh cust state that she was paying agent at the loc to keep the veh however the contract was not extend however it was not ext end and boy friend going to hail adv cust of what is in out our system base the return time and to email customerrelations@hertz.com | | Care Contact Center | OKC |
| Reservation ID | | | Department | CS |
| Rental Agreement Number | 591619000 | | Source Market | US |
| Invoice Number | | | | |
| Loyalty Number | | | | |
| Priority | Medium | | Web Email | |

**Related Cases (0)**

No records to display

Most Recent Activity ▼

Search this feed...

∨  **Alrieka Fisher**                                      July 1, 2021 at 2:37 PM
   Case created
      Subject:

Report Type: C     *IMMEDIATE ATTENTION REQUIRED*     ***Confidential***

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

---

VCWX0390                                                                 **Confidential**

Report Type: C

TR=Theft Renter

TF=TheftFraud

C=Conversion

HERTZ

OKC Vehicle Control

Initial Report of Vehicle

Theft ID:

| Unit No. | Year | Make | Model | | Type | Color | Serial No. |
|---|---|---|---|---|---|---|---|
| 0003908324 | 2017 | NISSAN | SENTRA | | 4DR | WHI | 3N1AB7AP9HY310915 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | | Rental No. |
|---|---|---|---|---|---|---|---|
| 2019 | PA | HNR5619 | 53962 | | 01897 | | 812338730 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 06/20/2019 09.49.00 | 04453-20 | 07/25/2019 09.50.00 | 04453-20 | 6789496210 | | JERRYT-2 |

| Renter's Name | Residence Address (City, State, & Zip Code) | |
|---|---|---|
| REGINDALD BROWN | 1880 KING GEORGE LN SW ATLANTA | GA30331 |
| Employer's Name | Secondary Address (City, State, & Zip Code) | |
| | 1880 KING GEORGE LN SW, ATLANTA, GA 30331 | |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info (Yes/No) |
|---|---|---|---|---|
| XXXXXXXX9990 | 052470295 | GA | 05/20/1979 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| COWETA PARK PD | K PRICE | G. CHEN | 9-6-19 | 19-11890 |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | I | 8933.42 | 07/25/2019 09:50 | IN RENTERS POSSESSION |

See Attached Pages for the overdue notes for the Worksheet ID: 19072701315

---

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:  08/22/2019          Return Mail: _____

Force Return Hired: __08/22/2019__          Repossession Service Hired:  8/26/2019

Rental Rep:  2334          DNR Submitted:  14C

Prepared By:  J. Teddy          Prepared Date:  9/5/2019

VC Supervisor Signature _____          Printed Date:  9/5/2019 8:15:16 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Report Type: C

**\*IMMEDIATE ATTENTION REQUIRED\***    \*\*\*Confidential\*\*\*

HERTZ

Initial Report of Vehicle

**REPORT THIS VEHICLE STOLEN TO YOUR LOCAL POLICE DEPARTMENT WITHIN 4 DAYS AND RETURN THIS SHEET TO OKC VEHICLE CONTROL WITH REQUIRED THEFT INFORMATION HIGHLIGHTED ON THIS SHEET**

Okctheftandrecovery@hertz.com or 405-775-3078

VCWX0390    \*\*Confidential\*\*

Report Type:  C
TR=Theft Renter
TF=TheftFraud
C=Conversion

HERTZ
OKC Vehicle Control
Initial Report of Vehicle

Theft ID:

| Unit No | Year | Make | Model | Type | Color | Serial No. |
|---|---|---|---|---|---|---|
| 0003908324 | 2017 | NISSAN | SENTRA | 4DR | WHI | 3N1AB7AP9HY310915 |

| Lic Plate YR | Lic ST | Lic NO. | Odometer Out | Odometer In | Owning Area | Rental No. |
|---|---|---|---|---|---|---|
| 2019 | PA | HNR5619 | 53962 | | 01897 | 812338730 |

| Date & Time Rented | Rented From | Due Date | Location Due | Home Phone | Business Phone | Local Phone |
|---|---|---|---|---|---|---|
| 06/20/2019 09.49.00 | 04453-20 | 07/25/2019 09.50.00 | 04453-20 | 6789496210 | | JERRYT-2 |

| Renter's Name | Residence Address (City, State, & Zip Code) | |
|---|---|---|
| REGINDALD BROWN | 1880 KING GEORGE LN SW ATLANTA | GA30331 |

| Employer's Name | Secondary Address (City, State, & Zip Code) |
|---|---|
| | 1880 KING GEORGE LN SW, ATLANTA, GA 30331 |

| Identification Used | Driver's License No. | ST. | DT of Birth | Person Renting Veh Provided False Info (Yes/No) |
|---|---|---|---|---|
| XXXXXXXX9990 | 052470295 | GA | 05/20/1979 | No |

| Dept. Reported to | Reported to | Reported By | Reported On | Alarm Number |
|---|---|---|---|---|
| | | | | |

| Keys Returned? | Veh Locked? | LDW | Book Value | Date & Time Stolen | Location of Vehicle at Time of Theft |
|---|---|---|---|---|---|
| No | No | I | 8933.42 | 07/25/2019 09:50 | IN RENTERS POSSESSION |

See Attached Pages for the overdue notes for the Worksheet ID:    19072701313

THE VEHICLE APPEARED ON THE OVERDUE REPORT. THE PHONE NUMBER ON THE RENTAL WAS CALLED. ALL AVAILABLE SYSTEMS HAVE BEEN CHECKED. NO ADDITIONAL INFORMATION HAS BEEN FOUND.

Date certified Demand Letter Was Sent:    08/22/2019        Return Mail:

Force Return Hired:    08/22/2019        Repossession Service Hired:    8/26/2019

Rental Rep:    2334        DNR Submitted:    14C

Prepared By:    J. Teddy        Prepared Date:  9/5/2019

VC Supervisor Signature        Printed Date:        9/5/2019 8:15:16 AM

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**\*\*CONFIDENTIAL\*\***

VCWX0560

## Overdue Vehicle Print Report

| Work Sheet ID | Status | Time Created | Primary/Secondary | Esc? |
|---|---|---|---|---|
| 19072701313 | Op-Theft | 2019/07/27 03:54 | DTC0012/DTC20260 | N |

| Last Updated DT | Updated By | First/Last Name | | |
|---|---|---|---|---|
| 2019/09/06 10:59 | DTC4111 | REGINDALD BROWN | | |

| Address1 | City | ST Ctry | Postal Code | |
|---|---|---|---|---|
| 1880 KING GEORGE LN SW | ATLANTA | GA US | 30331 | |

| Phone1 | Phone2 | # Prior Rntls | Gold | |
|---|---|---|---|---|
| 6789496210 T | JERRYT-2 | 0 | A | |

| RA Number | Days OD | Status | Insur Repl | Rent Date/Time |
|---|---|---|---|---|
| 812338730 | 43 | O | N | 2019/06/20 09:50 |

| Area/Loc | Report DT | Due Date/Time | Due Area/Loc | # Rpts |
|---|---|---|---|---|
| 04453/20 | 2019/07/27 | 2019/07/25 09:50 | 04453/20 | 1 |

| Res ID | Res Type | Res Date | Res Days | |
|---|---|---|---|---|
| J068_492624 | R | 2019/06/20 | 0 | |

| Credit Card # | FOP | FMT | Restr? | Aprv Stat |
|---|---|---|---|---|
| XXXXXXXX9990 | HCC | | N | |

| Amount Charged | Exp Date | # Chrgs | Cash? | |
|---|---|---|---|---|
| $0.000 | 0/ 0 | 0 | N | |

| Unit Number | Plate # | P1 ST | Veh MFG | Veh Model |
|---|---|---|---|---|
| 3908324 | HNR5619 | PA | NISS | N8XN |

| Veh Body | Color | Own Area | Class | Prestige |
|---|---|---|---|---|
| 4DR | WHI | 01097 | MG | N |

Below is the letter information pertaining to each letter for the worksheet ID: 19072701313

| Letter ID | Letter Type | Letter DT |
|---|---|---|
| 19234658357 | DEL | 2019/08/22 15:44 |
| 19212376623 | DEM | 2019/07/31 10:34 |

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

Overdue Notes for the worksheet ID: 19072701313

| User ID | Time |
|---|---|
| VCMSJ180 | 2019/07/30 02:02 |

**Note**

MC 6789496210 07292019 171110

| User ID | Time |
|---|---|
| DTC5413 | 2019/07/30 16:16 |

**Note**

Rntr called from 6789496210 Advd 56ool. Advd to contact lyft location. Advd ODP will continue.

| User ID | Time |
|---|---|
| VCMSJ180 | 2019/07/31 02:02 |

**Note**

MCAM 6789496210 07302019 155158

| User ID | Time |
|---|---|
| VCMSJ180 | 2019/08/01 02:03 |

**Note**

MCAM 6789496210 07312019 135920

| User ID | Time |
|---|---|
| REC2102 | 2019/08/15 16:05 |

**Note**

FLEETWEB-N /MM-N / ERS-N/ AAO - N/ CRM - N /MAG-Loyalty /LYFT-Y /UBER-N /ZIBOX-N /EMAIL- R.BROWN1880@GMAIL.COM

| User ID | Time |
|---|---|
| REC2102 | 2019/08/15 16:11 |

**Note**

1st Call [6789496210] - Spoke with Reginald, stated that he was in there right before closing time yesterday and they told him to come back Friday to renew the contract. Advised him to ask them about the registration renewal and to get an actual new

| User ID | Time |
|---|---|
| REC2102 | 2019/08/15 16:11 |

**Note**

---> Hertz contract to reativate the auto renew feature. Renter understood.

| User ID | Time |
|---|---|
| REC2102 | 2019/08/19 11:22 |

**Note**

Final Call [6789496210] - Spoke with Reginald, stated that he got there at 4:05 on Friday and they had already closed. Advised him that he needs to get there before 4pm today. Stated that He gets off at 2:30 today so that will not be a problem.

| User ID | Time |
|---|---|
| REC2102 | 2019/08/19 11:22 |

**Note**

---> Advised him to also check with them on the registration renewal issue. Renter understood.

| User ID | Time |
|---|---|
| REC2102 | 2019/08/22 15:30 |

**Note**

HYRRD FORCE RETURN/ COLLATERAL CONSULTANTS/ REQ'D CERTIFIED LTR / ADDED FEE TO DASH

| User ID | Time |
|---|---|
| DTC3483 | 2019/08/26 08:56 |

**Note**

**LYFT** COLLATERAL CONSULTANTS/ 08-26 File will Transition to Repo Vehicle/Repo Charge of $297.69 added/ Renter will be Added to DNR

| User ID | Time |
|---|---|
| DTC3483 | 2019/08/28 10:31 |

**Note**

8-28 Collateral Consultants/*** Renter shared pictures of where he dropped of the unit at location and the location is claiming unit is not there. The keys were left inside the unit. He is requesting a affidavit be sent to him via email

HERTZ_FPRP_0002670

Overdue Notes for the worksheet ID: 19072701313

| User ID | Time |
|---|---|
| DTC5483 | 2019/08/28 10:31 |

**Note**

>>: R.brown1880@gmail.com/ Emailed VCR

| User ID | Time |
|---|---|
| REC2102 | 2019/09/05 08:14 |

**Note**

CANNOT SEND RENTER AN AFFIDAVIT BECAUSE THE KEYS WERE LEFT IN THE VEHICLE AND NOT PROPERLY RETURNED.

| User ID | Time |
|---|---|
| DTC7026 | 2019/09/05 09:41 |

**Note**

APPROVED THEFT PACKAGE

| User ID | Time |
|---|---|
| DTC4111 | 2019/09/06 10:59 |

**Note**

Y HOLD ADDED DUE TO CONV PKG TYPED

Highly Confidential – Subject to Delaware Local Bankruptcy Rule 9018

**EXHIBIT C**

**Fluehr Declaration**

ACTIVE.135547639.01

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Rental Car Intermediate Holdings, LLC,[1] | Case No. 20-11247 (MFW) |
| Reorganized Debtor. |  |

### DECLARATION OF ALFRED FLUEHR IN SUPPORT OF GROUP 3 AND GROUP 4 FALSE POLICE REPORT CLAIMANTS' SUPPLEMENTAL BREIF REGARDING "KNOWN CREDITOR" STATUS (INDIVIDUAL CONTACTS)

I, Alfred J. Fluehr, hereby declare under penalty of perjury as follows:

1.       I am an attorney with the law firm, Francis Alexander, LLC.

2.       I submit this declaration (this "Declaration") in support of the *Group 3 and Group 4 False Police Report Claimants' Supplemental Brief Regarding "Known Creditor" Status (Individual Contacts)*.[2]

3.       Unless otherwise stated, all statements in this Declaration are based upon my personal knowledge. If called to testify, I could and would competently testify to the facts set forth herein.

---

[1]    The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("RCIH") are 2459. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (the "Reorganized Debtors" and prior to the effective date, the "Debtors") other than RCIH's chapter 11 case. Commencing on September 28, 2021, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

[2]    Capitalized terms used but not otherwise defined in this Declaration shall have the meanings ascribed to them in the Objection and Cross-Motion.

4.      Attached as **Exhibit 1** hereto is a true and correct copy of a scan of relevant portions of pages A1 and A2 of the August 3, 2020 printing of *The Philadelphia Inquirer*, as originally published. A date of publication, specification of relevant pages, and highlight of a pertinent quotation have been added for the Court's convenience.

5.      Attached as **Exhibit 2** hereto is a true and correct copy of a document produced by the Debtors and Bates-stamped HERTZ001611–1633.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 14, 2022

_____
Alfred J. Fluehr

ACTIVE.135547639.01

## EXHIBIT 1



## The Philadelphia Inquirer

EAGLES | B1
**PEDERSON TESTS POSITIVE FOR COVID-19**

SPORTS | B1
**FLYERS BEAT BRUINS IN RETURN TO THE ICE**

# Hertz accused of filing false accusations of theft

Suit says car-rental company's practices led to police actions.

By Sam Wood
STAFF WRITER

**Published Monday August 3, 2020**

**Pgs A1 & A2**

John Ayoub's nightmare began when he rented a pickup truck from Hertz. By nightness's end, he had lost his tools, his business, his house, and his freedom.

Ayoub, a South Jersey contractor, handed the Dodge Ram for work in March 2019. For each of the seven weeks that followed, he says, he called Hertz to extend his rental contract. He has phone records and recordings that document the calls.

But as May drew to a close, Hertz reported the truck stolen and accused Ayoub of grand theft auto. Police arrested Ayoub at his home in Deptford and seized the pickup. The arrest sent him to jail for four months. The keys behind bars left him broke. "I have not been able to work," said Ayoub, 38. "I take on odd jobs. I live with my parents. I don't even have a vehicle right now."

Hertz claimed that it did not have a record of the rental extensions or that several of Ayoub's extensions were not approved. Ayoub has an overnight stating he paid Hertz $2,300.44 for the rental on May 29, 2019, after Hertz told him it planned to go to the police but before he was arrested.

See HERTZ on A2


John Ayoub says he is broke from being in jail on false accusations. TOM GRALISH / INQ

---

# Hertz

**Continued from A1**

After learning of that payment, prosecutors in Delaware and New Jersey dropped the criminal case against him. Ayoub is among 19 former Hertz customers who have joined to sue the car-rental giant for allegedly filing false police reports. The suit, filed in U.S. Bankruptcy Court in Delaware, also names the company's senior executives as defendants.

Hertz vigorously disputes the complaints. "We gave customers numerous opportunities to do the right thing and return the car before law enforcement got involved," a firm spokesperson said.

Hertz is not the only major rental company to file stolen-vehicle reports with police. In an interview, Matt Zabicki, a former security director for the Avis Budget rental company said such reports were needed to combat fraud. In particular, he said that fraud was sometimes marked by a customer's use of a debit card tied to a bank account. That way, the fraudsters limit their financial exposure. "They'll take it for two days and just not return it," he said.

On the other hand, Zabicki said, Avis Budget did sometimes file improper police reports because of communications breakdowns or miscommunications among employees. "Mistakes are made," he said.

Hertz, founded in 1918, filed for bankruptcy in late May, seeking a high's permission to restructure its business and free itself from $19 billion in debt. The COVID-19 pandemic left Hertz with a mostly idle fleet of 700,000 cars.

Whether the sub-receivers any damages for the customers is up to the court. Hertz is obliged to pay off other creditors — generally carmakers — first.

Ayoub's lawyer, Francis A. Malofiy of Media, asserts that Hertz has wrongfully accused hundreds of its customers of stealing the cars they lawfully rented.

The alleged victims are scattered across the nation — Malofiy's clients hail from California, Florida, Illinois, Indiana, Ohio, New Jersey, and Pennsylvania. They are disproportionately Black, brown, or recent immigrants, Malofiy said. Ayoub, whose given first name is Hanna, is American-born of Palestinian descent.

Hertz settled a similar case with Malofiy in 2017. The lawyer believes that the company should have learned its lesson then. But Malofiy claims Hertz finds it less expensive to pay settlements than to over-haul its tracking system than to pay back dozens of the customers in jail.

"They essentially use the police as a taxpayer-funded repo service," Malofiy said. "It's cheaper for them to do it this way."

## 'You can't un-ring the bell'

In his 2017 case, the rent-a-car behemoth had reported Kelly A. Gnady of Delaware County for the alleged 2013 theft of a GMC Yukon. Gnady was locked up for 15 days in a South Carolina jail where, her lawsuit alleged, she was assaulted by another inmate. At the time of her arrest, her lawyer says, Gnady already had paid Hertz $4,300 for the SUV rental.

The jury awarded Gnady at least $500,000 in compensatory damages as a victim of malicious prosecution, according to court records. Hertz settled the case rather than face a jury decision on any punitive damages for the company's conduct, Malofiy said.

Despite losing the case, Hertz has continued to file improper theft reports against other renters, said Malofiy, who earns some of these by announcing them for unconscionably suing customers for negligently pursuing the grueling "Odyssey to Heaven."

"Hertz routinely files false or incomplete stolen-vehicle reports even after their customers had paid for the rentals in full," Malofiy said. "The company has a bro-

ken computer system, and they're not having corporate security personnel verify the thousands of theft reports it makes every year."

The 20 plaintiffs in the Delaware suits said that they handed over extensions in the company documenting their payments, but that Hertz has refused to with-draw the stolen-vehicle reports. A Hertz spokesperson, who asked not to be identified, said that payments or even the eventual recovery of the car did not wipe away what it views as the original theft.

"Hertz can't un-ring the bell," the spokesperson said. "[The stolen-vehicle report] was valid when it was made. It's up to law enforcement to decide what to do with the case."

## Establishing intent

Industry experts say theft is fairly common in the world of rental cars, where an estimated 10,000 are stolen every year, according to the National Insurance Crime Bureau, a trade organization that combats fraud.

Though often rental cars but don't return them, the Hertz spokesperson said. In the industry the term for this is "theft by conversion."

Prosecutors must determine whether a customer intended to steal the car. Many of the plaintiffs, such as Ayoub, were paying Hertz customers. Most of them had extended the rental on their cars either to extend their rental agreements or answer Hertz that they were returning them.

"That's not something you do if you intend to steal a car," Malofiy said.

Frank Scafidi, director of public affairs for the National In-

---


A Hertz office at 17th and the Parkway. The company filed for bankruptcy in late May. TOM M. RICH PAL/ Staff



Lawyer Francis A. Malofiy (left) and client John Ayoub, who was charged with grand theft auto. Ayoub says he kept extending his rental; Hertz says it had no record of some, and denied the others. TOM GRALISH / Staff

surance Crime Bureau. A farmer deputy sheriff in Los Angeles and an FBI agent, Scafidi said determining a customer's intention is difficult.

"When I was a cop, I wouldn't take a stolen-vehicle report from a car-rental company unless I could find something to convince me it wasn't a late return," Scafidi said. "It's hard to establish intent. There's a lot of gray in the law."

In a statement to The Inquirer, Hertz said its lawyers have "extensively reviewed the claims in the lawsuit" filed by Malofiy and believe that the customers had every intention to steal the cars.

"The vast majority of the stolen vehicle reports we make are related to renters who have failed their vehicles in violation of the rental agreement and despite our repeated attempts to communicate with them about the status of the vehicle," Hertz said.

Hertz says that when its staff determines that a car is overdue, it sends robocalls to the customer. Then it escalates to emails, personal phone calls, and certified letters. If it doesn't get a response, it turns a repossession company to find the car. If the repo servicers don't find it, Hertz says only then does it file a report with the police.

## Triggering events

Both Ayoub and Williams had used debit cards to secure their initial rentals. Both then extended their contracts by phone. None of Malofiy's clients used conventional credit cards, which is more typical among car-rental customers.

"The triggering event is always an issue with the back card," Malofiy said. "They run a check to see what's available in your account, but a simple glitch."

A key problem, Malofiy said, is that Hertz deletes any records it may have of the rental extensions.

A spokesperson for Hertz denied that the company "intentionally purged" any evidence that could absolve its customers. The spokes-person said the company has retained millions of vehicles over the past 60 decades and cannot possibly keep every single record that exists. But the spokesperson said that should have been company's procedure.

He said that if overdue customers with customers, renters with payment disputes must settle debts through arbitration. Hertz can only calculate a case by filing a stolen-vehicle report, with the potential of involving police. There is no mechanism on the rental contract that a renter can read out loud to stop a car theft.

Hertz has no mechanism to wide draw a criminal referral because, the company spokesperson said, it has to maintain a relationship of "integrity and responsibility" with law enforcement.

"In the rare instances that it happens, if you report a crime, and you later say it didn't happen, then law enforcement tends not to believe you if you retract it or say you were mistaken," the spokesperson said. "Hertz's continued good relationship with law enforcement is important."

According to Hertz's contracts with customers, renters with payment disputes must settle debts through arbitration. Hertz can only calculate a case by filing a stolen vehicle report, with the potential of involving police. There is no mechanism on the rental contract that a renter can read out loud to get fired.

Hertz has no mechanism to with draw a criminal referral because, the company spokesperson said, it has to maintain a relationship of "integrity and responsibility" with law enforcement.

man error," the company spokesperson said. "Someone in a police slot should have done a better job. It was a simple mistake. [But this] wasn't an overdue rental. It was nothing like someone ignoring calls and emails."

## 'Is this some kind of joke?'

"I thought my car had been dropped," Williams said. "It never made any sense. How would you get a rental car if you didn't have $17 I needed dozens of cars from Hertz. I spent tens of thousands of dollars with them."

Williams was wrong. Although he had paid $5,200.99 in rental fees for the Mustang and had given Hertz his bank statements showing proof of payment, the warrant remained active.

Right years later, he was stopped in another car for a traffic violation by a state trooper near Allentown. The trooper discovered that there was an outstanding warrant for Williams in the theft of the Mustang.

After his arrest near Allentown, police "put me in jail, and I sat there for 30 days waiting for transport. The trip took 10 days to go from Pennsylvania to Florida," he said. "They kept me shackled the entire time. It almost like being kidnapped."

When Williams arrived in Florida, he said he overheard the prosecutor say, "I can't believe we just transported this guy." The charges were dropped, according to court records. Hertz made no apology.

"Treated me like a criminal"

From time to time, Hertz's relationships with the authorities have soured.

In 2016, the regional airport in Louisville, Ky. put a limit on the number of theft accusations it would accept from Hertz, according to documents supplied by Malofiy. In 2016, Indianapolis Airport police also began to turn down Hertz complaints. Hertz said those issues were addressed.

Sometimes, Hertz routes out cars it had already reported stolen.

Brian Steinberg, 62, of Brigantine, N.J., was on vacation in Las Vegas in 2018 when he rented a Toyota Corolla from Hertz. The next morning Steinberg, a retired community college instructor, parked at the Flamingo Casino to pick up a pair of Wayne Newton show tickets.

While he returned to his car, he found police waiting.

"I was detained for three


Shontrell Riggs was arrested in a rented Jeep. She says she kept up payments; Hertz used the sprawled approach. INQUIRER

2018, when she was arrested by Miramar, Fla., police near her home.

"I said, 'Is this some kind of joke? This can't be serious. I pay for this every week.'" She, too, had used a debit card to pay for the rental.

Riggs gave the officer her record of calls and messages with Hertz. She texted with Hertz customer service that evening, but the officer persisted she enter court at the rental.

Still, Riggs said, "the officer said he had to take me. I was shocked. Then I started crying. I had almost I was supposed to see a job when I was supposed to show up."

Hertz maintains that Riggs had promised to return the Jeep by March 30. The company said it didn't keep records of her calls. "She didn't return the car or promised," the Hertz spokesperson said.

Because she was on probation for an unrelated theft conviction, Riggs was held in jail for 27 days. Finally, Riggs said, she was forced to plead no contest to the stolen-vehicle charge so that she could return home to her two young children quickly. She still served several more months.

She tried to withdraw the plea last month, but a judge rejected her request.

"I got frustrated when I see that Hertz is claiming they are broke and bankrupt," she said, "and are still filing false police reports."

sam.wood@inquirer.com
@215-854-2796
@ samwood

CONTACT US
Calls established (A.M. ad. to 5 p.m. Monday through Friday)
215-854-2000

**EXHIBIT 2**



# RAC-51.1 Do Not Rent

| | |
|---|---|
| **Policy Owner: Sr Dir FraudVehCon&Gbl Sec Ops** | **Division: Hertz** |
| **Policy Approver: VP Fraud Prev Sec & Safety** | **Function: Global, RAC Operations** |
| **SMG Policy Owner: Exec VP CROO NA** | **Policy #/Legacy #: RAC-51.1 / W7-42** |
| **Last Reviewed/Updated: 10/15/2013** | |

**Executive Summary**

- This procedure explains the purpose, use and criteria for the Do Not Rent List.

- Anyone may initiate a request to place an individual on the DNR List provided the reason properly meets criteria listed in this Procedure and requests are properly approved (Section B.1, 4 and 5).

- Hertz Platinum Members may not be placed on the DNR List without the approval, at a minimum, of the Executive Vice President and President, Car Rental and Leasing, The Americas (for North America) or the Vice President, Hertz Europe Service Center, HESC, (for European issued Platinum Cards). Gold President Circle Members (North America) may not be placed on the DNR List without the approval, at a minimum, of the Administration and Executive Customer Relations Senior Director (Park Ridge), with the exception for those members that owe money to Hertz for an unpaid accident claim - they may be added to DNR without any additional approval (Section B.2).

- Section C outlines the only reasons for placing an individual on the DNR List.

- Individuals on the DNR List will be automatically removed from the DNR List by OKC Back Office Operations/European Business Support, HESC after expiration of the appropriate period. Cancellations from the DNR List must be effected by the person who approved the DNR List Addition Request Form (Section G).

**For Settlement Purposes Only;
Subject to FRE 408**

**Key Revisions**

This procedure has been updated to clarify that for Europe, it is mandatory that the completed DNR Addition Request Form detail the reason for the DNR. European Business Support are obliged to notify the customer of the DNR addition in writing. The reason provided on the Addition Request Form will be used in the notification letter, therefore a reason code or brief statement will not suffice. The reason code is also mandatory for reporting and purging purposes (Section B.3.b).

**For Settlement Purposes Only;**
**Subject to FRE 408**

**Hertz001612**

**Scope:**      This Worldwide procedure applies to the Rent-A-Car Division of The Hertz Corporation.

**Purpose:**   To explain the purpose, use and criteria for the Do Not Rent List.

**Index:**      A.    General
B.    Adding and Approving DNR Requests
C.    Criteria for the Do Not Rent List
D.    Processing the DNR List Addition Request e-Form North America
E.    Processing the DNR Addition/Cancellation Request Europe
F.    Customer Notice
G.    Deleting and Individual from the DNR List
H.    Inquiries From Do Not Rent Individuals
I.    Do Not Rent Processing in Canada
Exhibit 1 - DNR Addition/Cancellation Request (Europe)
Exhibit 2 - DNR Addition/Cancellation Request - Required Approvals Table (Europe)

**Procedure:**

**A. General**

1.    The DNR List is a list of individuals to whom Hertz has decided it no longer wishes to rent vehicles. This can be for financial, insurance, fraud, or operational reasons.

   a.    Only individuals (i.e. not Companies or other corporate organizations) can be placed on the DNR List.

   b.    When an individual is placed on DNR, they will not be allowed to rent at any ASAP/TAS/CARS+/HLES automated RAC location worldwide.

2.    The master Do Not Rent List is maintained on the Hertz Tandem Authorization System and is applied on a global basis.

   a.    For North America, the OKC Charge Card Department and the OKC Do Not Rent Department maintain the List.

   b.    For Europe, the OKC Charge Card Department and Hertz Europe Service Center (HESC) maintain the list.

   c.    This list is a compilation of all approved requests from the following

For Settlement Purposes Only;
Subject to FRE 408

Hertz001613

sources:

- OKC Vehicle Control
- OKC, HESC or Country Customer Accounting/Receivable Department (e.g. input following Rental Agreement (RA) bad debt write offs).
- Region/Country/Headquarters/Field locations Management Hertz
- Claim Management (North America only)

3. For North America, if a name check on the Hertz Authorization System displays a "Field DNR" message, the Counter Sales Representative (CSR) must inform the individual, "Hertz has determined that for good causes, we are no longer able to rent to you. If you wish further information, please call (405) 775-3091." (In Canada, when a CSR attempts to rent to a customer who has been placed on the CARS+ DNR List, a similar message will appear). No other comments may be made. The OKC Charge Card Department will respond to inquiries from DNR individuals related to receivable items only, and OKC Vehicle Control will respond to inquiries related to Field DNR messages. A "Field DNR" message may never be overruled by a local manager (except in accordance with the Note in Section B.13). Only under extenuating circumstances may a "Field DNR" message be overruled with the approval of the Region Vice President/General Manager or Region/Country Controller.

4. As part of the new Gold enrollment process, a DNR check is performed within CARISMA.

5. If an individual has previously appeared on a local or manual DNR listing, the requirements of this procedure to place the individual on the companies DNR system must be followed.

6. The OKC Charge Card Department/European Business Support, HESC, may directly approve the addition of any renter to the DNR List whose Hertz Charge Card (HCC) account is being written-off for non-payment of rental charges.

7. Questions regarding the application of this procedure must be directed to the Park Ridge or HEL Law Department, who will aid in helping respond to inquiries and provide legal advice, where necessary.

## B. Adding and Approving DNR Requests

1. Anyone may initiate a request to place an individual on the DNR List provided the reason properly meets criteria listed in this Procedure and requests are properly approved as outlined in this Section. Those involved with determining whether an individual should be placed on the DNR List must exercise discretion, maintain objectivity and properly document the reasons for the determination in order to avoid any actual or perceived impropriety or discriminatory impact and should also take into account any extenuating or mitigating circumstances. Reasons for placing an individual on DNR must

For Settlement Purposes Only;
Subject to FRE 408

Hertz001614

conform with criteria outlined within this procedure (refer to Section C).

    a.    For Europe, the Country General Manager must nominate an in-country DNR coordinator who will ensure that all aspects of the program are maintained on an on-going basis.

2.    Hertz Platinum Members may not be placed on the DNR List without the approval, at a minimum, of the Executive Vice President and President, Car Rental and Leasing, The Americas (for North America) or the Vice President, Hertz Europe Service Center, HESC, (for European issued Platinum Cards).

    a.    Gold President Circle Members (North America) may not be placed on the DNR List without the approval, at a minimum, of the Senior Director Administration and Executive Customer Relations (Park Ridge). The only exception is for those Gold President Circle Members that owe money to Hertz for an unpaid accident claim; they may be added to DNR without any additional approval.

3.    A DNR List Addition Request e-Form (Form 742001) (for North America)/DNR Addition/Cancellation Request (for Europe RAC-51.1 EX1 - DNR Addition-Cancellation Request) must be completed for each individual before he/she can be placed on the DNR List (except for requests originated by the OKC Receivables Department due to bad debt write-offs or OKC Back Office Operations due to parking tickets).

    a.    For North America, to aid OKC Back Office Operations in handling inquiries from DNR individuals, the applicable Criterion Number (refer to Section C) must be referenced when completing the DNR List Addition Request e-Form. Properly completed and approved e-Forms and substantiating back-up materials (i.e., copy of accident report, copy of RA, VDA, etc., which must be attached in the e-Form) are automatically routed to the OKC Vehicle Control Department/DNR Department for processing. Incomplete e-Forms will be denied. A drivers license number and/or credit card number is required to prevent the customer from renting. therefore every attempt must be made to include this information on the e-Form. If neither of these are available, OKC Vehicle Control will accept the form and send the customer a letter advising of their DNR status, although in reality the counter systems would not prevent a future rental.

    b.    For Europe, the DNR Addition/Cancellation Request (RAC-51.1 EX1 - DNR Addition-Cancellation Request) must be attached to the E-form 'Request for Approval Form', with the required approvers (refer to RAC-51.1 EX2 DNR Addition Cancellation Request - Required Approvals Table (Europe)) - no signatures are required.

It is mandatory that the Addition Request Form details the reason for the DNR. European Business Support are obliged to notify the customer of the DNR addition in writing. The reason provided on the Addition Request Form will be used in the notification letter, therefore a reason code or brief statement will not suffice. The reason code is also mandatory for reporting and purging purposes. The form must be submitted no later than three (3) months after the rental is closed, except when the vehicle is stolen or converted, requests must be sent no later than 12 months after the rental closed. The DNR requester is

For Settlement Purposes Only;
Subject to FRE 408

responsible for obtaining the required approvals. Where no E-form access is available then fax the fully approved form to 00353-1813-1488; alternatively, attach RAC-51.1 EX1 - DNR Addition-Cancellation Request to an email and forward sequentially to all required approvers before submitting to dnreurope@hertz.com. The e-Form is routed to the European Business Support, HESC for processing.

4.  For North America:

    a.The responsible Region Vice President (or management designee) must review all criteria (Section C) requests from field locations to add individuals to the DNR List. Only in an emergency and in the absence of all of the above may an appointed designee authorize additions to the DNR List. After comparing the facts of the matter with the approved criteria in Section C, he/she will determine if an individual should be added to the DNR List and either approve or reject the request.

    b.    Corporate/Country Security Managers may only approve additions to the DNR List in cases that they determine to be emergency in nature or pose a security risk (e.g., fraud situations on a current or immediately expected rental, etc.). In these instances, the individual(s) may be added immediately by completing a DNR List Addition Request e-Form and checking yes in the "Emergency DNR" box at the top of the form. The e-Form will go directly to the DNR department for keying onto DNR then will be forwarded on to the additional approvers (Division Vice President).

    c.DNR requests initiated by OKC Vehicle Control or Law Department under criteria related to their functions may be added directly to the DNR List provided the e-Form is completed by the individual making the recommendation for the request, and approved by the Vehicle Control Supervisor, OKC (or authorized designee only in the Supervisor's absence). DNR requests for high volume customers (i.e., Five Star, President's Circle and Platinum) must be approved by the Manager, Back Office Operations, OKC (or authorized designee only in the Manager's absence). DNR requests initiated by Parking Violations are automated and are directly added to DNR without further approval.

    Note:  Platinum and President Circle DNR requests require additional approval as outlined in B.2 above.

    d.    DNR requests initiated by Hertz Claim Management under criteria related to their functions must be approved by an OKC Central Recovery Unit Supervisor, Manager, or higher level. Every effort must be made to make a determination and submit a DNR List Addition Request e-Form as soon as possible after the accident since the suspension period begins on the date the individual is added to the DNR List.

    e.The OKC Receivables Department may directly approve for addition to the DNR List any customer whose account is being written-off for non-payment of rental charges.

    f.    All field originated DNR List Addition Request e-Forms and related

For Settlement Purposes Only;
Subject to FRE 408

Hertz001616

back up documentation must be routed to OKC Back Office Operations for retention for the current year plus four (4) years after removal from the DNR List.

g.   Any Licensee Location Manager wishing to add an individual to the DNR List must ensure that the individual meets the criteria outlined in Section C, complete the DNR List Addition Request e-Form, and route the completed form and substantiating back-up materials (attached in the e-Form) to the Manager, Back Office Operations, OKC for approval. If the Licensee Location manager does not have access to e-Forms, the manual DNR List Addition Request form may be utilized.

5.   For Europe:

a.   The European Business Support, HESC is responsible for adding to and deleting from the DNR List all approved European DNR Addition/Cancellation Requests within the same working day. They must confirm in writing to the following, by the next working day, that the DNR Addition/Cancellation request has been actioned:

   1.   The Requestor.

   2.   For European Residents, the requesting Country General Manager or Country Finance Business Partner (if not the original requestor as above).

   3.   For U.S. Residents, the Manager, Back Office Operations, OKC.

b.   If applicable, the cancelling of an individual's Hertz Charge Card,
#1 Club Number, or Gold Card Account within CARISMA is the responsibility of:

   1. The European Business Support, HESC or where applicable, the resident country European Business Support.

   2. The Customer Accounting Department, HESC, for Franchisee Countries.

c.   The European Business Support, HESC is responsible for maintaining records of all European input onto the DNR List on a source country basis.

   1.   The Manager, European Business Support, HESC must provide monthly statistics of DNR entries for each originating country. This report must be provided to the Head of Financial Operations, HESC on a monthly basis and must include (a) records per originating country added during the month (b) total records for each originating country.

d.   For an emergency (temporary) entry to the DNR List, the DNR Addition/Cancellation Request Form must be signed by either the Country Operations Manager or Country Security Manager and faxed to the Manager, European Business Support, HESC (or delegate) at fax 00353-1813-1488 requesting the immediate addition

For Settlement Purposes Only;
Subject to FRE 408

Hertz001617

of the individual to the DNR List; alternatively, send an email with attached Word file to dnreurope@hertz.com.

e.   The submitting Country General Manager or Responsible Finance Business Partner must:

    1.   Review and confirm that all input conforms to the requirements of this procedure on an operating basis. Note that for criteria 3. (One (1) serious at-fault accident in a Hertz vehicle), the Country General Manager or Responsible Finance Business Partner (or as delegated) must review the overall driving/rental history and the risk to Hertz presented by the driver, which must be considered as justification for non DNR entry.

    2.   Review on a financial basis and discuss with any other department concerned.

        a.   This particularly applies to Sales and Marketing, with reference to Platinum, Five Star, Gold, Corporate Account employees, or other sensitive customer categories.

        b.   Any adverse effect on the country.

    Note: For all country generated requests there must be a segregation between the recommendation and approval functions.

    3.   It is recommended that requests by a corporate country to DNR the resident of a franchise country are discussed with the franchise management of the resident country to determine the status of the renter.

    4.   Approve and forward to the additional approvers as required by this procedure, for subsequent forwarding to the Manager, European Business Support, HESC, for processing. (Email address: dnreurope@hertz.com)

f.   Any Franchise Location Manager wishing to add an individual to the DNR List must ensure that the individual meets the criteria outlined in Section C, and for non residents the request must be approved by management of the resident country to determine the status of the renter. The completed DNR Addition/Cancellation Request must be submitted for approval via the Franchisee General Manager/Managing Director as follows:

    1.   In a Corporate Country, to the General Manager/ Responsible Finance Business Partner.

    2.   In a Franchisee Country, to the Director, Franchise Operations, HEL.

g.   DNR Addition/Cancellation Requests raised within Hertz Europe Ltd must be approved by the Department Manager and forwarded to the appropriate Director/Vice President, HEL, who must review, approve and forward to the additional approvers as required by this

For Settlement Purposes Only;
Subject to FRE 408

Hertz001618

procedure for subsequent   forwarding to the Manager, European Business Support, HESC, for processing.

h.   Specified permanent requests (criteria 6, 8, 11, 12, 18, 19) are subject to approval by The Vice President, Legal and Corporate Affairs, HEL. Reason Codes requiring a permanent status are detailed in Section C; some requests that are initially Temporary may require updating following review to Permanent status (following additional approval).

i.   Rejections of DNR Addition/Cancellation Requests:

   1.   A copy of all rejected requests must be provided to all approvers with a full explanation of why the request has been rejected. The original must be returned to the requester.

   2.   Rejected requests may be re-submitted with amended or improved substantiation.

## C.  Criteria for the Do Not Rent List

The following are the only reasons for placing an individual on the DNR List. For non-permanent DNR status, length of time that an individual remains on DNR commences from the time initially added to the DNR List.

1.   An individual may be temporarily placed on the DNR List pending the prompt conclusion of an investigation (under any of the criteria listed in this procedure) of his/her actions that may result in DNR status. If the individual does not qualify for DNR status upon the conclusion of such an investigation, he/she must be promptly removed from the DNR List. When placing an individual on the DNR List, regardless of whether the placement is temporary or permanent, the request must be approved in accordance with this procedure. When placing an individual temporarily on DNR, every attempt must be made to reach a final conclusion within three (3) months of placement. DNR customer inquiries related to this criteria will be directed to the individual who initiated the DNR request. For Europe, it is the responsibility of the European Business Support, HESC to maintain a record of all files with this criteria and to follow up with countries/departments on a monthly basis.

   Note: If it is decided that the individual will remain on the DNR List, an updated DNR List Addition Request must be submitted with the correct Criteria Number indicated.

2.   Judicial conviction (or its equivalent) of the individual for unauthorized use or larceny of a Hertz vehicle or vehicle parts/accessories (i.e., spare tire, radio, hub caps, etc.). For these purposes only, conviction (or its   equivalent) includes a plea bargain to lesser charges, an Adjournment in Contemplation of Dismissal (or equivalent), and/or suspended sentence. The DNR status for this criteria is permanent.

   Note: The individual may be placed temporarily on the DNR List based on being arrested for unauthorized use or larceny of the Hertz vehicle or vehicle parts/accessories. The DNR status is temporary pending final

For Settlement Purposes Only;
Subject to FRE 408

Hertz001619

disposition. If the individual is ultimately cleared of all charges, he/she may present documentation supporting that the DNR status should be cleared.

3.   a.   One (1) serious accident while the individual was in possession of a Hertz vehicle, where there is reasonable basis to conclude the individual was substantially at fault. The DNR status for this criteria is 12 months. A 'serious accident' is defined as one (1) or more of the following: 1) bodily injury to a passenger or 3rd party, 2) damage of more than $3,000 to a 3rd party vehicle or property, or 3) damage more than $2,000 to a Hertz vehicle. Every effort must be made to make a determination and submit a DNR List Addition Request e-Form as soon as possible after the accident since the suspension period begins on the date the individual is added to the DNR List. For Europe, Extensive damage to the Hertz vehicle, which is considered as heavy front end, side or other damage with a VDA estimate amount of twenty percent (20%) or more of the Hertz book value at the time of the loss; the cost of replacing or repairing air bags is excluded from this estimate.

      Note:  'At fault' is defined as follows: 1) Where there is a reasonable basis to conclude the Hertz driver was substantially at fault, or
2) The Hertz driver was charged by the police traffic authorities, or the police report identifies unsafe or reckless driving as a contributory factor. Note that in situation #2, DNR input should be considered even if the cost of repairs are less than 20% of the Hertz book value at the time of the loss.

    b. One (1) accident while the individual was in possession of a Hertz vehicle where the driver was convicted (as defined in Section B.2) of driving while intoxicated or under the influence of drugs or alcohol (any amount of damage). The DNR status for this criteria is permanent. If no loss or damage has occurred, refer to Criteria No. 19 k.

      Note: The individual may be placed temporarily on the DNR List based on being arrested or cited in the vehicle for any of the above. The DNR status is temporary pending final disposition. If the individual is ultimately cleared of all charges, he/she may present documentation supporting that the DNR status should be cleared.

    c.   For Europe, before any DNR input, the Country General Manager or Finance Business Partner (or as delegated) must review the overall driving/rental history and the risk to Hertz presented by the driver, which must be considered as justification for non DNR entry.

4.   a.   Two (2) or more accidents within a 36 month period where no RA violation was involved (any dollar amount of damage) while the individual was in possession of a Hertz vehicle where there is reason to conclude that the individual/driver was substantially at fault. The DNR status for this criteria is limited to 12 months.

For Settlement Purposes Only;
Subject to FRE 408

Hertz001620

b.    One (1) additional accident within 36 months after reinstatement, even though no RA violation was involved, will result in a permanent DNR status.

5.    a.    Where the individual has been involved in two (2) or more incidents of vandalism or damage while parked, excluding damage incurred while parked at a licensed parking facility or as a result of courtesy valet parking. The application of this criterion requires a reasonable determination that the facts and circumstances surrounding such incidents evidence a pattern of behavior that demonstrates indifference by the individual to the protection of Hertz vehicles from exposure to the likelihood of such damage. The DNR status for this criteria is limited to 12 months.

b.    One (1) additional incident within 36 months after reinstatement, even though no RA violation was involved, will result in a permanent DNR status.

6.    a.    The use of a Hertz vehicle by an unauthorized operator resulting in an accident or in the theft or conversion of the vehicle. Both the customer and the unauthorized operator (if information is available) will be placed on the DNR List. The DNR status for this criteria is permanent and for Europe, requires the additional approval of the Vice President, Legal and Corporate Affairs, HEL.

b.    The theft of a Hertz vehicle when customer complicity or negligence (e.g., leaving the car and failing to remove the keys or close and lock all doors and window, or losing possession of the keys) is believed to have led to the theft. The DNR status for this criteria is permanent.

c.    The unauthorized operator of a vehicle that was involved in an accident.

7.    The refusal to file a theft report with police and with Hertz or the failure to make a good faith attempt to file a theft report within a reasonable time after a claimed theft (i.e., usually not more than seven (7) days). The DNR status for this criteria is permanent.

8.    a.    The filing of a report of theft under suspicious circumstances that may evidence the individual's involvement in the theft. This includes, but is not limited to, a theft where the customer refused to file a theft report involving a person reasonably believed to be known to the customer (i.e., friend, associate, relative). The DNR status for this criteria is permanent.

b.    The filing of a report of theft where it can be established that intentional erroneous information was given on the theft report, or erroneous information given while attempting a vehicle exchange. The DNR status for this criteria is permanent.

9.    a.    The filing of two (2) reports of theft of a Hertz vehicle from the customer within 36 months where no RA violation was involved. The DNR status for this criteria is 36 months.

For Settlement Purposes Only;
Subject to FRE 408

Hertz001621

Note:    This does not include thefts involving valet parking.

b. One (1) additional filing of a report of theft within 36 months after reinstatement will result in a permanent DNR status.

10.    The failure to promptly and properly file an accident report after having been requested to do so by an authorized employee of Hertz, including incidents when management notices damage to the vehicle that was never reported to Hertz upon checkout, and when it can be established that intentional erroneous information was given on the accident report. In addition, this criteria pertains to incidents where an individual has an accident and it is later determined that the individual had the vehicle repaired without filing an accident report. The DNR status for this criteria is permanent.

11.    Willful failure to cooperate fully with or respond to inquiries from Hertz or Hertz Claim Management in their investigation and/or administration of an accident, theft or other incident. This does not include cases initiated by completion of a Station Accident Report where if customer refuses to reimburse Hertz for the billed loss, he/she will be placed on DNR (refer to Criteria No. 17). The DNR status for this criteria is permanent and for Europe, requires the additional approval of the Vice President, Legal and Corporate Affairs, HEL.

12.    Where the individual or employee has been the subject of a documented Hertz security investigation, resulting in a reasonable determination that the individual may have committed criminal wrongdoing against Hertz. While conviction is irrefutable evidence of such wrongdoing, under certain circumstances something less than conviction may satisfy this criterion, such as where a matter is being actively pursued with the authorities and no final determination of guilt has, as yet, been made. The DNR status for this criteria is permanent and for Europe, requires the additional approval of the Vice President, Legal and Corporate Affairs, HEL.

Note: Where a judicial determination is later made that the individual was not guilty, the individual must be removed from the DNR List, unless the individual's related or unrelated conduct clearly comes within another DNR List criterion. A dismissal of charges as a result of plea bargain, suspended sentence, settlement, Adjournment in Contemplation of Dismissal, exercise judicial or prosecutorial discretion or the like, does not equate to a not guilty finding, unless Hertz's investigation supports such a conclusion.

13.    Proof of previous wrongful use by the customer of a fraudulent or stolen credit card or license to rent a vehicle from Hertz. This does not include credit cards or licenses that have merely expired. The DNR status for this criteria is permanent.

Note: For North America, when individuals report their drivers' licenses stolen, several states issue replacement licenses with a number identical to the one that was stolen. Before rejecting a rental to an individual whose driver's license number displays a Field DNR message, check the issuance date on the license presented. If the date

For Settlement Purposes Only;
Subject to FRE 408

Hertz001622

issued on the license presented is after the date on the field message, the license can be accepted. OKC Back Office Operations will determine if the license is put on DNR depending on whether or not that particular states' practice is to issue licenses with the same number.

14.  a.  Where the customer has failed to respond to vehicle overdue notice(s), or has been unable to provide an excusable reason for not returning a Hertz vehicle after such notice is communicated (verbally or written), resulting in OKC Vehicle Control (or the responsible back office) having to attempt to recover, or recovering (i.e., repossessing) the overdue vehicle, or filing a conversion or theft report with the police. The DNR status for this criteria is permanent. If it is later determined that the vehicle was previously returned, or a valid rental extension had been granted, the individual must be promptly removed from DNR.

b. Where the customer has failed to return a Hertz vehicle to Hertz premises with no reason or excuse for non-return (e.g., intentional abandonment), regardless of loss/damage. The DNR status for this criteria is 12 months. One (1) additional incident after reinstatement will result in a permanent DNR status.

15.  a. Where the customer appears on an OKC/Country Parking Violations Report for having incurred one (1) or more parking violations that Hertz has been required to pay, and after proper written demand for reimbursement, including advice that the customer's rental privileges will be revoked, the customer fails to remit full payment. The DNR status for this criteria is permanent. If, thereafter, full payment is made by the customer, the customer must be removed from the DNR List.

b.  If, however, the customer is placed on the DNR List a second time for not paying parking violations that Hertz has been required to pay, the customer will remain on the DNR List even if full restitution is later made. The DNR status for this criteria (second offense) is permanent.

Note: Returned mail and customer disputes will be taken into consideration.

16.  Where the individual appears on a weekly/monthly listing, generated by Customer Collections and Commercial Billing/Customer Accounting Department, HESC, of accounts scheduled to be converted to bad debt write-offs.  For North America, all candidates for bad debt write-offs over $500 are approved by the Manager, OKC Receivables, and under $500 are approved by the Supervisor, OKC Receivables, and their credit card and license infomation forwarded to the OKC Charge Card Department to be added to the Hertz Authorization System. The DNR status for this criteria is permanent. If it is later determined that the account was paid, upon request from the individual, they may be promptly removed from DNR.

a.  For Europe, non HCC write-offs (e.g. Credit Cards, Purchase Orders, Forced Charges) are submitted for approval as follows. Appearance on a write off list is not sufficient criteria in itself for addition to the DNR List. Details of these write offs are sent as DNR Addition  /

For Settlement Purposes Only;
Subject to FRE 408

Hertz001623

Cancellation Requests by the appropriate Senior Team Leader to the European Business Support, HESC, for authorization. These additions are researched, verified and approved as normal and the licence information added to the DNR List of the Hertz Authorization System by the European Business Support, HESC.

17. If an individual fails or refuses to reimburse Hertz for the billed loss of, or damage to, a Hertz vehicle for which he/she is contractually obligated. The DNR status for this criteria is permanent.

18. Individuals who have engaged in: a pattern of unfounded complaints against Hertz; persistent harassment of Hertz or its employees; or serious and unwarranted abusive or threatening behavior toward Hertz or its employees. This request is subject to the approval of the Senior Vice President, Quality Assurance and Administration, OKC, or the Senior Director, RAC Administration, Park Ridge. The DNR status for this criteria is permanent and for Europe, requires the additional approval of the Vice President, Legal and Corporate Affairs, HEL..

19. Participation by the individual in a violation of the rental agreement. The DNR status for this criteria is permanent, except as noted in k, l, m, n and o below and for Europe, requires the additional approval of the Vice President, Legal and Corporate Affairs, HEL. Violations of the rental agreement include the following unless local law provides otherwise. Refer to the applicable rental agreement:

The rental vehicle was:

a. Lost or damaged by the individual as a result of the individual's willful, wanton or reckless behavior or, lost or damaged by another with the individual's express or implied permission.

b. Used by the individual or with the individual's permission to tow or push something, unless in an isolated emergency situation.

c. Used by the individual or with the individual's permission in a race, test or contest.

d. Used by the individual or with the individual's permission to carry persons outside the passenger compartment or to carry substantially more persons than the passenger rating of the vehicle allows causing bodily injury or the loss of, or damage to, the vehicle.

e. Loaded by the individual or with the individual's permission beyond its rated capacity causing the loss of, or damage to, the vehicle, or to others as a result of the overloading.

f. Used by the individual or with the individual's permission to teach driving to an unlicensed operator.

g. Used by the individual or with the individual's permission off a paved or otherwise maintained road (includes four wheel drive vehicles) causing the loss of, or damage to, the vehicle.

h. Used by the individual or with the individual's permission to carry

For Settlement Purposes Only;
Subject to FRE 408

Hertz001624

persons or property for hire.

i.  Obtained by the individual from Hertz by fraud or misrepresentation (including, but not limited to: the attempted use of counterfeit or stolen frequent flyer certificates, coupons, false CDPID's, travel agent benefits, or any other fraudulent identification used to obtain a discount).

j.  Used by the individual or with the individual's permission for any illegal purpose (i.e., in the commission of a felony or misdemeanor) such as illegal transportation of persons, drugs or contraband. Conviction (as defined in Section B.2) of the involved person, or satisfactory evidence that permission was given to another involved person by the customer or authorized operator, satisfies this criterion.

k.  Used by the individual or with the individual's permission by anyone under the influence of alcohol or any other intoxicants, such as drugs, where the driver was convicted (as defined in Section B.2) of driving while intoxicated or under the influence of drugs or alcohol. The DNR status for this criteria is 12 months if no loss or damage resulted. If loss or damage has occurred, the DNR status is permanent in accordance with Criteria No. 3 b.

Note: For items j and k above, the individual may be placed temporarily on DNR based on being arrested in the vehicle for any of the above. The DNR status is temporary pending final disposition. If the individual is ultimately cleared of all charges, he/she may present documentation supporting that the DNR status should be cleared.

l.  Operated or allowed to be operated by an unlicensed operator, or an individual with a suspended license. The DNR status for this criteria is
24 months if no loss or damage resulted. If loss or damage has occurred, follow Criteria No. 6.

m.  Used by the individual or with the individual's permission in Mexico (unless otherwise authorized in advance by Hertz). The DNR status for this criteria is 12 months if no loss or damage resulted. If loss or damage has occurred, an additional 12 months must be added to the DNR status in accordance with Criteria No. 3.

n.  Operated or in the possession of an unauthorized operator with the customer's permission. The DNR status for this criteria is 12 months if no loss or damage resulted. If loss or damage occurred, follow Criteria No. 6.

o.  For North America, an HLE vehicle that was taken outside of the state in which is was rented without the prior express written consent of HLE when an accident, loss or damage to the Hertz vehicle has resulted, or regardless of there being an accident, loss or damage, the subject of the DNR has violated the rental agreement in this manner more than once. The DNR status for this criteria is 12 months.

p.  For Europe, to drive into any country forbidden by Hertz procedures

For Settlement Purposes Only;
Subject to FRE 408

Hertz001625

(unless authorized in advance by Hertz). The DNR status for this criteria is twelve (12) months if no loss or damage resulted. If loss or damage has occurred, an additional twelve (12) months must be added to the DNR status, follow Reason Code 3. Refer to RAC-15.1 International Rent-It-Here - Leave-it-There.

Note: For items k, l, m, n and o, if there is a second occurrence, the DNR status is permanent.

20.   Law enforcement agencies, credit card companies and other governmental offices or business entities provide Hertz with fraudulent driver's license numbers, credit card numbers and other fraudulent identification that are input into the DNR system to prevent their use. The DNR status for this criteria is permanent.

21.   An individual may be placed on the permanent DNR list if it is determined by a Senior Executive Officer that it is in the best interests of Hertz. This request is subject to the approval of one (1) of the following: (a) Chairman and Chief Executive Officer, (b) an Executive Vice President, or (c) a Senior Vice President, and the separate approval of the Law Department after a full review of the material facts.

**D. Processing the DNR List Addition Request e-Form North A...**

1.   Originator - Completes the DNR List Addition Request e-Form. Field locations must route the properly completed form and substantiating back-up materials (attached in the e-Form) to the Region Vice President or Management designee for approval. Requests originated by OKC Vehicle Control, or the Law Department may be routed directly to the Manager, Back Office Operations. Requests originated by Hertz Claim Management must be routed with substantiating back-up materials (attached in the e-Form) to the Central Recovery Unit Supervisor, Manager, or higher level (Park Ridge) for approval.

2.   Region VP or Management designee or Manager, Insurance Collections - Matches details on the DNR List Addition Request e-Form with approval criteria to determine if request should be approved. Only in an emergency and in the absence of the Region Vice President (or the Manager, Insurance Collections for Hertz Claim Management) may an appointed designee authorize additions to the DNR List. The approved e-Form, with all back up materials attached, is automatically routed to OKC Vehicle Control Department for processing.

Note: If the Region VP wishes their designee to approve DNR e-Forms, the Region VP must go to the e-Form database themselves and assign a delegate for the DNR e-Form. If this is not done, there is no way of telling if the e-Form has the proper level of approvals and it will be denied.

3.   OKC Vehicle Control/DNR Department -

a.   Reviews the DNR List Addition Request e-Form to ensure that the

For Settlement Purposes Only;
Subject to FRE 408

Hertz001626

criteria is correct and proper approvals have been obtained. If there is a dispute with the DNR List Addition Request e-Form, forwards the Request to the Manager, Back Office Operations for resolution.

Note: On all field generated requests there <u>must</u> be a segregation of the recommendation and approval functions.

b.  Adds individual's credit card number and/or driver's license number to the DNR files on the Hertz Authorization System. If applicable, cancels the individual's Hertz Charge Card, #1 Club number or Gold Service Account. Multiple driver's license numbers and information can be entered, which allows for the input of additional false or genuine driver's license details that the renter may have presented.

Note: The Charge Card Department will generally reimburse Gold card members for their paid membership fees. However, if they are placed on the DNR List due to an indebtedness to Hertz, they are not entitled to this refund.

## E. Processing the DNR Addition/Cancellation Request Europe

1.  The DNR Addition/Cancellation Request must be completed in capitals and in English. The form included as RAC-51.1 EX1 - DNR Addition-Cancellation Request must be completed and (where available) attached to the e-Form 'Request for Approval Form' for on-line approval(s) and subsequent forwarding to dnreurope@hertz.com

2.  The Request must be completed as fully as possible with the following details:

    a.  Requestor Information.

        1.  Requester's country code, name, job title, department, and date.

    b.  Personal Data Profile of individual recommended for DNR.

        1.  Indicate whether individual is renter or driver.

        2.  Full name of the individual. This must be in the following format:

            a. Surname/Family/Last Name.

            b. Title.

            c. First Name and Middle Initial.

        3.  Full address of the individual. This must be as complete as possible, including Country and Post/Zip code.

        4.  Telephone Number(s); Both Home and Business where available.

        5.  Date, Place (City) and Country of Birth.

For Settlement Purposes Only;
Subject to FRE 408

Hertz001627

6.  Driver's Licence information: number, issue date, expiry date, issuing authority and issuing country.

Note:  Details of a second Driving Licence can be entered in the field for "Second Drivers Licence #". This will allow for the input of known additional false or genuine Drivers Licence details that the renter may have presented and can be matched against the DNR record.

7   Passport/National ID number, issue date, expiry date, issuing authority and issuing country.

8.  Hertz #1 Club Number, if applicable (including Gold).

9.  RA Number, if applicable.

10.  CDP Number, if applicable.

11.  Unit Number of rented vehicle.

12.  Country Code where the DNR incident originated.

13.  Location Code/WWD code of the Renting Location.

c.  Credit Card Information.

1.  List all Charge/Credit Cards (GCC) with the expiry dates.

d.  Reasons for DNR Request.

1.  Detail the reason for the DNR complete with all other details for determination. Reference any official agency remarks or documents, e.g. Police, Driving Licensing authority, Passport Office/Embassy/Consulate.

2.  Enter DNR Reason Code.

3.  Requestor must sign the request and forward to the General Manager/ Responsible Director or Controller with back up materials to approve.

## F. Customer Notice

1.  All individuals that are placed on the DNR List will receive written notification of their DNR status (with the exception of Criteria Numbers 12, 13, 16 and 20 for North America) from the OKC Back Office Operations Department (North America) or the European Business Support, HESC

For Settlement Purposes Only;
Subject to FRE 408

Hertz001628

(Europe).  The European Business Support must send the letter in the renter's local language.

2.  The OKC Back Office Operations Department/European Business Support, HESC will, based upon the DNR List and noted criteria, attempt to inform the individual of the reason for the suspension of rental privileges and the duration of the suspension or of permanent denial of rental privileges where applicable.

    a.  For North America, customers are informed that an appeal to their DNR status must be made in writing.

    b.  For Europe, customers are given the name, job title, telephone and fax number of the sender, to enable the recipient to discuss the DNR decision.

## G. Deleting an Individual from the DNR List

1.  Individuals on the DNR List will be automatically removed from the DNR List by OKC Back Office Operations/European Business Support, HESC after expiration of the appropriate period.

2.  Cancellations from the DNR List must be effected by the person who approved the DNR List Addition Request Form. For Europe, a DNR Addition/Cancellation Request must be completed for an individual with a permanent status if he/she is to be removed from the DNR List.

    a.  North America - in addition, the Senior Director, RAC Administration, and the Manager, Executive Customer Relations, are authorized to remove individuals from the DNR List. In the event that person is not available, any individual authorized to approve DNR additions may approve the cancellation. However, such deletions must be communicated to the originating source. Removal from the DNR List due to the expiration of the time limit will be effected by the OKC Back Office. For Canada, refer to Section I for cancellations to the CARS+ DNR List.

    b.  Europe - The confirmation must be approved by the same management level that originally approved the Addition Request, such confirmation should then be notified to the European Business Support, HESC. (Email address: dnreurope@hertz.com).

        1.  The Manager, European Business Support, HESC (or delegate), researches the original DNR Addition/Cancellation Request and advises if the DNR status should be either reconfirmed or recommended for cancellation.

        2.  Approval for cancellation must be obtained from:

            a.  The requestor or their successor.

            b.  The requesting Country General Manager/ Responsible

For Settlement Purposes Only;
Subject to FRE 408

Hertz001629

Director OR Finance Business Partner.

    c. Any extra approver who was required in the initial addition request to the DNR List (eg, VP, HESC (For European Platinum Members)).

    d. In an emergency situation approval for cancellation can be given by the Vice President, Field Operations, HEL OR the Division Finance Business Partner, Europe RAC after consultation with the originating country.

3. Once approved, the European Business Support, HESC, must write to the individual, in their local language, advising him/her of this decision.

4. The letter must state the reason for reinstatement of renting privileges and the name, job title, telephone and fax number of the person who the individual may contact to discuss the DNR decision.

## H. Inquiries From Do Not Rent Individuals

1. Inquiries from DNR Individuals must be referred to OKC Vehicle Control/DNR Department or the European Business Support, HESC in conjunction with the Customer Relations Department, HESC.

    a. For North America, if inquiries are referred back to the Region, a standard single pseudonym may be used by each Region Vice President who handles inquiries from DNR individuals. The Manager, OKC Back Office Operations, and the Manager, Executive Customer Relations, Park Ridge, must be advised of the pseudonyms being used by each Region.

    b. For Europe, internal email enquiries should be addressed to dnreurope@hertz.com. A standard single pseudonym may be used in handling these enquiries. The Manager, Customer Accounting Department, HESC, must be advised of the pseudonym in use.

2. For North America, the OKC Back Office Operations will make every attempt to respond to initial inquiries from DNR individuals by reading the "determination" paragraph of the DNR List Addition Request. If the individual still disagrees with his or her status, he or she will be instructed to write the Manager, Back Office Operations. After receipt of a written request for removal, it will be forwarded to the individual approving the DNR for review.

3. For Europe, all responses to DNR contacts, whether in-country, or from HESC, are to be in writing, and only issued after the local internal/external lawyer or the Legal and Corporate Affairs Department, HEL has given signed approval. The European Business Support, HESC, will respond in writing to inquiries from DNR individuals based on information provided on the DNR Addition/Cancellation Request.

For Settlement Purposes Only;
Subject to FRE 408

Hertz001630

4. Any inquiry from an individual who has been placed on the DNR List as a "problem individual" (i.e., Criteria 18, individuals who have engaged in a pattern of unfounded complaints against Hertz, persistent harassment of Hertz or its employees or serious and unwarranted obsessive or threatening behavior toward Hertz or its employees) must be referred to :

- North America - the OKC Vehicle Control/DNR Department

- Europe - the local internal/external lawyer or the Legal and Corporate Affairs Department, HEL

No one else may respond to "problem individual" inquiries.

5. From time to time an individual may wish to appeal Hertz' decision to place them on DNR. In these instances, individuals appealing the DNR decision must appeal in writing to OKC Vehicle Control/DNR or the Manager of the European Business Support, HESC.

    a. North America - The appeal will be forwarded to the DNR approver for review and their decision. If the DNR decision is not reversed and the individual wishes to appeal the matter further, they are instructed to contact the Senior Vice President, Quality Assurance & Administration (OKC), in writing.

    b. Europe - It is the responsibility of the Manager, European Business Support, HESC, to research the case again and advise if the DNR status should be either reconfirmed or put forward for cancellation approval; the DNR individual must be advised of the decision.

## I. Do Not Rent Processing in Canada

1. Additions to the CARS+ DNR (BAD) List:

    a. The originator completes the DNR List Addition Request e-Form, which is routed to the Area Manager.

    b. The e-Form request and back up information (which must be attached in the e-Form) is then routed to the Northeast Region Vice President, who must review e-Form requests within two (2) business days.

    c. The approved e-Form request is then routed to OKC Back Office Operations.

    d. OKC Back Office Operations reviews the e-Form request for accuracy, enters the information in the Hertz Authorization System, and sends written notification to all individuals that are placed on the DNR List. OKC Back Office Operations then sends to the CARS+ Systems Administrator in Canada on a weekly basis a listing of all DNR additions.

    e. Upon receipt of the DNR additions listing, the CARS+ System Administrators confirm if the customer is on file. If the customer is on file, the file is marked BAD. If the customer is not on file, the System Administrator enters the customer through CUST, and marks the file

For Settlement Purposes Only;
Subject to FRE 408

Hertz001631

BAD.

f.  When a customer who is on the CARS+ DNR (BAD) List attempts to rent a vehicle, the screen will display a message indicating the individual is on BAD. CSR's must inform the individual, "Hertz has determined that for good causes, we are no longer able to rent to you. If you wish further information, please call (405) 775-3091." A separate file is maintained in the CARS+ System with pertinent information (address, telephone number) for each individual on the DNR (BAD) List to verify the identity of the individual (in cases of duplicate names). The OKC Charge Card Department will respond to inquiries from DNR individuals related to receivable items only, and OKC Vehicle Control will respond to inquiries related to Field DNR messages. A "BAD" message may never be overruled by a local manager.

2.  Cancellations to the CARS+ DNR (BAD) List

a.  Demand Situation - In a situation where a customer is refused rental at the Counter, and subsequently contacts OKC and works out a resolution whereby his/her DNR status needs to be canceled, OKC Back Office Operations will remove the "DNR" status from the City's CARS+ System(s). A DNR removal authorization is emailed and called into the CARS+ System Administrator in Canada for removal from CARS+.

b.  Non-Demand Situation - On a weekly basis, OKC Back Office Operations will fax a list of deletions to the CARS+ System Administrator in Canada who will update CARS+ .

3.  Maintenance of Canadian DNR (BAD) List

a.  The Country Controller's Department (Field Systems Department) is responsible for maintaining a current DNR list for the country. The System Administrators will be responsible to ensure that the CARS+ DNR (BAD) data is current.

For Settlement Purposes Only;
Subject to FRE 408

Hertz001632

# Exhibits

Exhibit 1: RAC-51.1_EX1 - DNR Addition-Cancellation Request
Exhibit 2:   RAC-51.1_EX2 DNR Addition Cancellation Request - Required Approvals Table (Europe)

**For Settlement Purposes Only;**
**Subject to FRE 408**

**Hertz001633**