UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                                   Chapter 11
THE HERTZ CORPORATION, et al.,                           Case No. 20-11218
                    Debtors                              (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIMS HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the Claims referenced in this evidence and notice.

**Fulcrum Credit Partners LLC**                          **900 Atlantic Collision, Inc.**
Name of Transferee                                       Names of Transferor

Name and Address where notices and payments
to transferee should be sent:

Fulcrum Capital                                          Court Claims #: 10732
111 Congress Ave, Suite 2550                             Amount of Claims: $16,444,851.00
Austin, TX 78701                                         Date Claims Filed: October 21, 2020
Attn: General Counsel
Telephone: (857) 444-5579                                Telephone: (312) 840-7112

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Matthew Hamilton_ (Sep 30, 2021 14:31 CDT)         Date: September 30, 2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIMS

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
Attn: Clerk

RE: *In re: The Hertz Corporation, et al.* ("Debtors") Case Number 20-11218 (jointly administered)

**Claims #: 10732**
**Proof of Claims Amount: not less than $16,444,851.00**
**Percentage of Claims Assigned: 100%**

**900 ATLANTIC COLLISION, INC.**, and any and all of its successors, assigns or designees ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assigns unto:

**FULCRUM CREDIT PARTNERS LLC**
Wells Fargo Building
111 Congress Avenue, Suite 2550
Austin, TX 78701
Attention: Shelby Zawel
E-mail: szawel@fulcruminv.com

its successors and assigns ("Purchaser"), all rights, title and interest in and to **100%** of the Claims of Seller, including all rights of stoppage in transit, replevin, reclamation and cure payments, against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Seller hereby waives any objection to the transfer of the Claims to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claims and recognizing the Purchaser as the sole owner and holder of the Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Purchaser.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claims by its duly authorized representative dated September 24, 2021.

**SELLER**

**900 ATLANTIC COLLISION, INC.**

By: _[signature]_
Name: Marc D Capis
Title: President


**PURCHASER**

**FULCRUM CREDIT PARTNERS LLC**

By: _Matthew Hamilton (Sep 30, 2021 14:31 CDT)_
Name: Matthew Hamilton
Title: Authorized Signatory