IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2020 AUG 28 AM 9: 35
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: §
§
THE HERTZ CORPORATION § CASE NO. 20-11218
§
§
§ CHAPTER 11
DEBTOR(S)

## ALDINE INDEPENDENT SCHOOL DISTRICT'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

ALDINE INDEPENDENT SCHOOL DISTRICT, hereby gives notice of its appearance in this case by and through the undersigned counsel as a secured creditor in the above-referenced proceedings.

ALDINE INDEPENDENT SCHOOL DISTRICT respectfully requests that it be served with copies of all notices to parties-in-interest filed by Debtor(s), the Trustee, or any other interested parties in this case, including all adversary proceedings, pursuant to 11 U.S.C. Sec 1109(b), if applicable, and in accordance with Bankruptcy Rules 2002, 3017(a), 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure.

ALDINE INDEPENDENT SCHOOL DISTRICT, requests that Debtor(s) forward to it, through its counsel of record, copies of all applications, motions, complaints, and any other pleadings filed by Debtor(s) in the above referenced case.

ALDINE INDEPENDENT SCHOOL DISTRICT additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Respectfully submitted,

ALDINE INDEPENDENT SCHOOL DISTRICT

*/s/ Pamela H. Walters*

Pamela H. Walters
Texas State Bar No. 00791875
Admissions No. 18493
2520 W.W. Thorne Drive
Houston, Texas 77073
(281) 985-6319; FAX (281) 985-6321
EMAIL: bnkatty@aldineisd.org
Attorneys for Aldine Independent School District

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE was served upon counsel for the Debtor(s), Thomas E Lauria, Matthew C Brown, J. Christopher Shore, David M Turetsky, Jason N Zakia, Ronald K Gorsich, Aaron Colodny, Andrew Macintosh, Doah Kim, Mark D Collins, John H Knight, Brett M Haywood, Christopher M De Lillo, A Zachary Noble, and the Chapter 11 Trustee, U.S. Trustee Delaware/PA Trustee's Office, by mailing same by first class mail, postage prepaid and properly addressed, on August 24, 2020.

*/s/ Pamela H. Walters*
Pamela H. Walters