# EXHIBIT A

Proposed Order

AMERICAS 103140422
RLF1 23942229v.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>**Re:  Docket No. ___** |

**ORDER AUTHORIZING (A) THE REJECTION OF CERTAIN
UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND (B)
THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF
ANY, EACH EFFECTIVE *NUNC PRO TUNC* TO THE SPECIFIED
REJECTION DATE**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**") pursuant to sections 105 and 365 of the Bankruptcy Code, (i) authorizing (a) the rejection of certain Contracts (defined below), as set forth on ***Exhibit 1*** to the Order and (b) authorizing the abandonment of certain equipment, fixtures, furniture or other personal property (the "**Personal Property**") that may be located at the premises leased pursuant to the Leases (collectively, the "**Premises**") each *nunc pro tunc* to the applicable Rejection Date specified in ***Exhibit 1*** to the Order and (ii) granting related relief, as more fully set forth in the Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference*, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion and the relief requested

---

[1]  The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

AMERICAS 103140422
RLF1 23942229v.1

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and a hearing having been held, if necessary, to consider the relief requested in the Motion (the "**Hearing**"); and the record of the Hearing, if any, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties-in-interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Each of the Contracts, together with any amendments, restatements, supplements or other modifications, whether written or oral, set forth on **Exhibit 1** attached hereto is rejected, effective *nunc pro tunc* to the applicable Rejection Date specified in **Exhibit 1**.

3. Any claim held by the Debtors against the Lessors, whether or not such claims arise under, are related to the rejection of, or are independent of the Contracts, are fully preserved.

4. The Debtors are authorized to abandon the Personal Property, if any, that may be located on the Premises and all such property is deemed abandoned effective *nunc pro tunc* to the applicable Rejection Date specified in **Exhibit 1**; *provided however* that Personal Property containing personally identifiable information of Debtor's customers or employees may not be abandoned. The Lessors may utilize or dispose of such Personal Property in their sole and

2

absolute discretion without further notice or liability to any party (including the Debtors) claiming an interest in such abandoned property. The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, extent, perfection, priority, allowability, enforceability, or character of any claim or any security interest which purportedly secures such claim or other asserted right or obligation, or a waiver or other limitation on the Debtors' ability to contest the same on any ground permitted by bankruptcy or applicable non-bankruptcy law; (b) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (c) a promise to pay any claim; (d) a waiver of any claims or causes of action which may exist against any creditor or interest holder; (e) an assumption or rejection of any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code, except as specified herein, and nothing herein otherwise affects the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease with any party, except as specified in this Motion; (f) granting third-party beneficiary status or bestowing any additional rights on any third party; (g) being otherwise enforceable by any third party, or (h) an admission by the Debtors that such Contract is, in fact, executory.

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# EXHIBIT 1

## Contracts

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 1 | AAFD INC & AMALFE BROS TIRE | 335 RAHWAY AVE<br>ELIZABETH, NEW JERSEY 07202<br>ATTN: AAFD INC./AMALFE BROS TIRE | THE HERTZ CORPORATION | 339 RAHWAY AVE<br>ELIZABETH, NEW JERSEY 07202 | 6/3/2019 | 9/30/2022 | 8/31/2020 |
| 2 | ALL-RITE COLLISION | 8 1/2 E OREGON AVE<br>PHILADELPHIA, PA 19148<br>ATTN: ALL-RITE COLLISION | THE HERTZ CORPORATION | 8 1/2 EAST OREGON AVENUE<br>PHILADELPHIA, PA 19148 | 6/1/2009 | N/A | 8/31/2020 |
| 3 | AN MOTORS OF BROOKSVILLE, INC | AN MOTORS OF BROOKSVILLE, INC.,<br>C/O AUTONATION<br>200 SW 1ST AVENUE, 14TH FLOOR<br>FT. LAUDERDALE, FL 33301<br>ATTN: REAL ESTATE COUNSEL<br><br>7200 BROAD ST<br>BROOKSVILLE, FLORIDA 34601<br>ATTN: AN MOTORS OF BROOKSVILLE, INC | THE HERTZ CORPORATION | 7200 BROAD ST<br>BROOKSVILLE, FLORIDA 34601 | 3/21/2016 | 3/20/2023 | 8/31/2020 |
| 4 | ANGELINA TIRE & AUTO LTD | 3601 S. MEDFORD DR.<br>LUFKIN, TEXAS 75901<br>ATTN: JIM MASSINGILL | THE HERTZ CORPORATION | 3601 S MEDFORD DR<br>LUFKIN, TEXAS 75901 | 11/1/2015 | 4/30/2020 | 8/31/2020 |
| 5 | ATRIUM HOSPITALITY LP | ATRIUM HOSPITALITY, LP<br>2398 CAMELBACK ROAD, SUITE 1000<br>PHOENIX, ARIZONA<br>ATTN: ATRIUM HOSPITALITY LP<br><br>12735 MORRIS RD EXTENSION, STE 400<br>ALPHARETTA, GEORGIA 30004<br>ATTN: ATRIUM HOSPITALITY LP | THE HERTZ CORPORATION | 5055 INTERNATIONAL BLVD<br>NORTH CHARLESTON, SOUTH CAROLINA 29418 | 6/1/2019 | 5/31/2022 | 8/31/2020 |
| 6 | BROAD ST COLLISION | 6633 N BROAD ST<br>PHILADELPHIA, PA 19126<br>ATTN: BROAD ST COLLISION | THE HERTZ CORPORATION | 6633 N BROAD ST<br>PHILADELPHIA, PA 19126 | 9/18/2019 | N/A | 8/31/2020 |
| 7 | CAESARS ENTERPRISE SERVICES LLC; BALLY'S HOTEL AND CASINO LAS VEGAS | ONE CAESARS PALACE DR<br>LAS VEGAS, NEVADA 89109<br>ATTN: PARBALL NEWCO LLC DBA BALLY'S LAS VEGAS | THE HERTZ CORPORATION | 3645 LAS VEGAS BLVD S<br>LAS VEGAS, NEVADA 89109 | 12/20/2013 | 12/31/2020 | 8/31/2020 |
| 8 | CAESARS ENTERPRISE SERVICES LLC; HARRAH'S ATLANTIC CITY OPERATING COMPANY. LLC D/B/A HARRAH'S RESORT ATLANTIC CITY | 777 HARRAH'S BLVD<br>ATLANTIC CITY, NEW JERSEY 08401<br>ATTN: HARRAH'S ATLANTIC CITY OPERATING CO. LLC | THE HERTZ CORPORATION | 777 HARRAH'S BOULEVARD<br>ATLANTIC CITY, NEW JERSEY 08401 | 1/1/2018 | 12/31/2020 | 8/31/2020 |
| 9 | CAESARS ENTERPRISE SERVICES LLC; RIO CBBS MANAGER, LLC ON BEHALF OF RIO PROPERTIES, LLC D/B/A RIO ALL SUITE HOTEL AND CASINO | ONE CAESARS PALACE DR<br>LAS VEGAS, NEVADA 89109<br>ATTN: CAESARS ENTERTAINMENT RESORT PROPERTIES LLC | THE HERTZ CORPORATION | 3700 W FLAMINGO RD<br>LAS VEGAS, NEVADA 89103 | 12/20/2013 | 12/31/2020 | 8/31/2020 |

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 10 | CAR CRAFT, INC | 1101 E ST BERNARD HWY<br>CHALMETTE, LA 70043<br>ATTN: CAR CRAFT, INC | THE HERTZ CORPORATION | 1101 E ST BERNARD HWY<br>CHALMETTE, LA 70043 | 8/29/2017 | N/A | 8/31/2020 |
| 11 | CARLISLE MOTORS LLC DBA AUTONATION, INC | 2525 34TH ST N<br>SAINT PETERSBURG BEACH, FLORIDA 33713<br>ATTN: CARLISLE MOTORS LLC DBA AUTONATION, INC. | THE HERTZ CORPORATION | 2525 34TH ST N<br>SAINT PETERSBURG, FLORIDA 33713 | 6/1/2009 | 6/30/2022 | 8/31/2020 |
| 12 | CHICAGO AUTOHAUS | 2321 N. WOLCOTT AVE.<br>CHICAGO, IL 60614<br>ATTN: GRAMAR LLC SERIES 3130 SHEFFIELD GARAGE<br><br>2340 N. DECOOK COURT<br>PARK RIDGE, ILLINOIS 60068<br>ATTN: GRAMAR LLC SERIES 3130 SHEFFIELD GARAGE | THE HERTZ CORPORATION | 2321 N. WOLCOTT AVE.<br>CHICAGO, ILLINOIS 60614 | 1/27/2020 | 3/4/2020 | 8/31/2020 |
| 13 | CHUCK STEVENS AUTOMOTIVE, INC | PO BOX 7<br>BAY MINETTE, AL 36507<br>ATTN: CHUCK STEVENS AUTOMOTIVE, INC | THE HERTZ CORPORATION | 400 HIGHWAY 31 SOUTH<br>BAY MINETTE, AL 36507 | 9/6/2012 | N/A | 8/31/2020 |
| 14 | CITY OF WARNER ROBINS | 112 S ARMED FORCES BLVD<br>WARNER ROBINS, GEORGIA 31088<br>ATTN: CITY OF WARNER ROBINS | DTG OPERATIONS, INC. | 112 S ARMED FORCES BLVD<br>WARNER ROBINS, GEORGIA 31088 | 12/15/2011 | 12/31/2019 | 8/31/2020 |
| 15 | CR4 CENTENNIAL CENTER INC. C/O CROWN PROPERTY MANAGEMENT INC | C/O CROWN PROPERTY MANAGEMENT INC.<br>300 THE EAST MALL, STE 305<br>ETOBICOKE, ONTARIO M9B 6B7 CAN<br>ATTN: CR4 CENTENNIAL CENTRE INC. | HERTZ CANADA LIMITED | THE CENTENNIAL CENTRE<br>5401 EGLINTON AVE W, STE 101 & 103<br>TORONTO, ONTARIO M9C 5K6 CAN | 7/1/2017 | 6/30/2022 | 8/31/2020 |
| 16 | CTC INVESTMENT, LLC | C/O 1045 MAPUNAPUNA ST<br>HONOLULU, HAWAII 96819<br>ATTN: CTC INVESTMENTS, LLC | DTG OPERATIONS, INC. | 3131 N NIMITZ HWY<br>HONOLULU, HAWAII 96819 | 8/1/2011 | 3/31/2021 | 8/31/2020 |
| 17 | D & B NO 3, LLP C/O NAI BRANNEN GODDARD, LLC | PO BOX 101739<br>ATLANTA, GEORGIA 30392-1739<br>ATTN: D & B NO 3, LLP | THE HERTZ CORPORATION | 561 THORNTON RD, STE K<br>LITHIA SPRINGS, GEORGIA 30122 | 9/20/2010 | 11/30/2020 | 8/31/2020 |
| 18 | D&T SIGNATURE CAR RENTAL | 6470 SPALDING DRIVE, SUITE D<br>NORCROSS, GA 30092 | DTG OPERATIONS, INC. | 6470 SPALDING DR SUITE D<br>NORCROSS, GA 30092 | 11/15/2012 | MTM | 8/31/2020 |
| 19 | DEMAAGD PROPERTY COMPANY, LLC | DEMAAGD PROPERTY COMPANY, LLC<br>333 DICKMAN ROAD<br>BATTLE CREEK, MI 49037<br>ATTN: JIM DEMAAGD | THE HERTZ CORPORATION | 1385 W DICKMAN RD<br>BATTLE CREEK, MICHIGAN 49037 | 9/12/2018 | 10/31/2018 | 8/31/2020 |
| 20 | DIRECT REPAIR COLLISION CENTER | 300 E COWBOY WAY<br>LARBLLE, FL 33935<br>ATTN: DIRECT REPAIR COLLISION CENTER | THE HERTZ CORPORATION | 990 COWBOY CIRCLE<br>LABELLE, FL 33935 | 10/11/2011 | N/A | 8/31/2020 |

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 21 | DON MEALY CHEVROLET, INC C/O AUTONATION | DON MEALY CHEVROLET, INC. C/O AUTONATION, INC. 200 SW 1ST AVE, 14TH FL FORT LAUDERDALE, FLORIDA 33301 ATTN: CORPORATE REAL ESTATE ATTN: REAL ESTATE COUNSEL | THE HERTZ CORPORATION | 3703 W COLONIAL DR ORLANDO, FLORIDA 32808 | 5/1/2006 | 5/31/2020 | 8/31/2020 |
| 22 | DUANE'S BODY &PAINT | 6546 BELLEAU WOOD LANE SACRAMENTO, CA 95822 ATTN: DUANE'S BODY &PAINT | THE HERTZ CORPORATION | 6546 BELLEAU WOOD LANE SACRAMENTO, CA 95822 | 4/18/2012 | N/A | 8/31/2020 |
| 23 | E. LAMAR SEALS JR DBA WILLOWBEND CENTER | 300 WILLOWBEND RD, SUITE 200 PEACHTREE CITY, GA 30269 | THE HERTZ CORPORATION | 320 WILLOWBEND ROAD (MAIN) PEACHTREE CITY, GA 30269 | 11/1/2018 | MTM | 8/31/2020 |
| 24 | EDRA PROPERTIES, LLC | EDRA PROPERTIES, LLC 180 BROADWAY PAWTUCKET, RHODE ISLAND 02860 ATTN: ED BREAULT | THE HERTZ CORPORATION | 100 BROADCOMMON BRISTOL, RHODE ISLAND 02809 | 1/9/2007 | 10/31/2018 | 8/31/2020 |
| 25 | EMPIRE NISSAN OF SANTA ROSA DBA/ JIM BONE NISSAN | 1275 SANTA ROSA AVE SANTA ROSA, CALIFORNIA 95404 ATTN: EMPIRE NISSAN OF SANTA ROSA DBA/ JIM BONE NISSAN | THE HERTZ CORPORATION | 955 SANTA ROSA AVE SANTA ROSA, CALIFORNIA 95404 | 8/2/2019 | 7/31/2020 | 8/31/2020 |
| 26 | ESL RENTALS, LLC; C.M. PITTS | C.M. PITTS 720 SHOAL CREEK ROAD GRIFFEN, GA  300 WILLOWBEND RD SUITE 200 PEACHTREE CITY, GEORGIA 30269 ATTN: ELS RENTALS, LLC | THE HERTZ CORPORATION | 2584 GA-54 PEACHTREE CITY, GEORGIA 30269 | 8/5/2016 | 1/31/2019 | 8/31/2020 |
| 27 | FERRERI & BLAU | PO BOX 2768 DANVILLE, CALIFORNIA 94526 ATTN: FERRERI & BLAU | THE HERTZ CORPORATION | 1702 N VASCO RD LIVERMORE, CALIFORNIA 94551 | 4/27/2016 | 9/30/2021 | 8/31/2020 |
| 28 | G9 HOLDINGS, LLC | ATTN: GEORGE GARBIS, JR. 2436 BLUE SPRUCE LANE AURORA, ILLINOIS 60502 ATTN: G9 HOLDINGS, LLC | THE HERTZ CORPORATION | 910 E OGDEN AVE NAPERVILLE, ILLINOIS 60563 | 10/22/2009 | 3/31/2022 | 8/31/2020 |
| 29 | GALLERIA INVESTORS LP C/O UBS INVESTORS LLC | C/O UBS INVESTORS LLC 12001 N CENTRAL EXPY,STE 600 DALLAS, TEXAS 75243-3735 ATTN: GALLERIA INVESTORS LP | THE HERTZ CORPORATION | WESTIN HOTEL GALLERIA 13340 DALLAS PKWY DALLAS, TEXAS 75240-6605 | 7/20/1982 | 7/31/2021 | 8/31/2020 |
| 30 | GERMAIN ON JACKSON, LLC C/O MINI OF ANN ARBOR | 3500 JACKSON RD ANN ARBOR, MICHIGAN 48103 ATTN: GERMAIN ON JACKSON, LLC | THE HERTZ CORPORATION | 3500 JACKSON RD ANN ARBOR, MICHIGAN 48103 | 12/5/2012 | 12/31/2022 | 8/31/2020 |

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 31 | GII SPALDING PLAZA, LLC C/O LAVISTA ASSOCIATES, INC.; REES 595, LLC | PROPERTY MANAGER C/O ACKERMAN & CO. IO GLENLAKE PARKWAY SOUTH TOWER SUITE 1000 ATLANTA, GA 30328<br><br>D&T SIGNATURE CAR RENTAL, LLC 6470 SPALDING DRIVE, SUITE D NORCROSS, GA 30092 ATTN: WARNYENE MCKOY<br><br>3490 PIEDMONT ROAD NE SUITE 1300 C/O LAVISTA ASSOCIATES INC ATLANTA, GEORGIA 30305 ATTN: GII SPALDING PLAZA, LLC C/O LAVISTA ASSOCIATES, INC. | DTG OPERATIONS, INC. | 6470 SPALDING PLAZA, STE D NORCROSS, GEORGIA 30092 | 9/21/2012 | 11/30/2022 | 8/31/2020 |
| 32 | GREWAL GROUP OF HOTELS | 9990 AIRLINE HWY BATON ROUGE, LA 70809 | THE HERTZ CORPORATION | 9990 AIRLINE HWY BATON ROUGE, LA 70809 | 6/27/2018 | MTM | 8/31/2020 |
| 33 | HEO NAM CORPORATION | 2830 W OLYMPIC BLVD LOS ANGELES, CALIFORNIA 90006 ATTN: HEO NAM CORPORATION | THE HERTZ CORPORATION | 2830 W OLYMPIC BLVD LOS ANGELES, CALIFORNIA 90006 | 11/1/2013 | 11/30/2019 | 8/31/2020 |
| 34 | HERMANI MGT LLC DBA CROWNE PLAZA HOTEL | 4700 ST ROAD TREVOSE, PENNSYLVANIA 19053 ATTN: HERMANI MGT LLC D/B/A CROWNE PLAZA HOTEL | THE HERTZ CORPORATION | 4700 STREET ROAD TREVOSE, PENNSYLVANIA 19053 | 6/29/2011 | 4/22/2020 | 8/31/2020 |
| 35 | HIGH DESERT COLLISION | 1221 W MAIN ST BARSTOW, CA 92311 ATTN: HIGH DESERT COLLISION | THE HERTZ CORPORATION | 1221 WEST MAIN ST BARSTOW, CA 92311 | 12/30/2010 | N/A | 8/31/2020 |
| 36 | HIGH NOON INVESTMENT CORP; HIGH NOON INVESTMENT CORP. | LODAX INVESTMENT INC. 1406 CHARLOTTE CRESCENT ANMORE, BC V3H 4W7 CANADA<br><br>13542 - 73A AVE SURREY, BRITISH COLUMBIA V3W 1C9 CAN ATTN: HIGH NOON INVESTMENT CORP | DOLLAR THRIFTY AUTOMOTIVE GROUP CANADA INC. | 7319 KING GEORGE BLVD SURREY, BRITISH COLUMBIA V3W 5A8 CAN | 6/6/2014 | 6/30/2020 | 8/31/2020 |
| 37 | HYATT CORPORATION DBA HYATT REGENCY GRAND CYPRESS | D/B/A HYATT REGENCY GRAND CYPRESS, 1 GRAND CYPRESS BLVD GREVEN, FLORIDA 32836 ATTN: HYATT CORPORATION | THE HERTZ CORPORATION | HYATT REGENCY GRAND CYPRESS 1 GRAND CYPRESS BLVD ORLANDO, FLORIDA 32836 | 4/1/2007 | 6/30/2020 | 8/31/2020 |
| 38 | JAMES W BRIER | 829 W COLTON AVE REDLANDS, CALIFORNIA 92374 ATTN: JAMES W BRIER | THE HERTZ CORPORATION | 829 W COLTON AVE REDLANDS, CALIFORNIA 92374 | 8/1/2016 | 10/31/2018 | 8/31/2020 |
| 39 | JERRY L. CONWAY, TRUSTEE | CONWAY LIVING TRUST 2646 BOULDER OAKS CIRCLE ALPINE, CALIFORNIA 91903 ATTN: JERRY L. CONWAY, TRUSTEE | THE HERTZ CORPORATION | 833 W COLTON AVE REDLANDS, CALIFORNIA 92374 | 11/16/1998 | 11/30/2020 | 8/31/2020 |
| 40 | JFK HOTEL OWNER, LLC C/O RADISSON HOTEL JFK AIRPORT | 2-8 HAWLEY ST BINGHAMTON, NEW YORK 13901 ATTN: JFK HOTEL OWNER, LLC | THE HERTZ CORPORATION | RADISSON HOTEL JFK 135-30 140TH ST JAMAICA, NEW YORK 11436 | 7/1/2014 | 7/31/2020 | 8/31/2020 |

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 41 | JOHN P. LOH AND JANET M. LOH, TRUSTEES OF THE JOHN P. LOH AND JANET M. LOH REVOCABLE TRUST; AND RICARDO J. DA SILVA, SUCCESSOR-IN-INTEREST TO WELLINGTON PROPERTY COMPANY | 6400 MORAGA AVE, 2ND FLOOR OAKLAND, CALIFORNIA 94611 | THE HERTZ CORPORATION | 2400 WEBSTER ST OAKLAND, CALIFORNIA 94611-5711 | 1/15/2004 | 8/31/2020 | 8/31/2020 |
| 42 | JOHNSON-SEWELL FORD LM DEALERSHIP | JOHNSON-SEWELL FORD LM DEALERSHIP 3301 N. HIGHWAY 281 MARBLE FALLS, TEXAS 78654 ATTN: PAUL CORLEY | THE HERTZ CORPORATION | 3301 N HWY 281 MARBLE FALLS, TEXAS 78654 | 3/1/2010 | 10/31/2018 | 8/31/2020 |
| 43 | JOR-RAY MARKETING GROUP, INC | 4604 101ST ST EDMONTON, ALBERTA T6L 4P4 CAN ATTN: JOR-RAY INVESTMENTS LTD. | DOLLAR THRIFTY AUTOMOTIVE GROUP CANADA INC. | 8400 39TH ST LEDUC, ALBERTA T9E 0H4 CAN | 10/27/2006 | 12/31/2026 | 8/31/2020 |
| 44 | JP COLLISION CENTER INC DBA JJP AUTO BODY | 112 S LINDEN AVE SAN FRANCISCO, CA 94080 ATTN: JP COLLISION CENTER INC DBA JP AUTO BODY | THE HERTZ CORPORATION | 112 SOUTH LINDEN AVENUE SOUTH SAN FRANCISCO, CA 94080 | 12/18/2012 | N/A | 8/31/2020 |
| 45 | K TRINITY INVESTMENTS | 300 S. FLORENCE #22 EL PASO, TEXAS 79901 ATTN: K TRINITY INVESTMENTS | THE HERTZ CORPORATION | 9155 DYER AVE, STE A 30 EL PASO, TEXAS 79924 | 11/21/2013 | 4/30/2022 | 8/31/2020 |
| 46 | L&M DEVELOPMENT OF BREVARD, INC. | L&M DEVELOPMENT, INC. 4903 BANANA RIVER BLVD. COCOA BEACH, FL 32931 ATTN: K. LAGGES | THE HERTZ CORPORATION | 8963 ASTRONAUT BLVD CAPE CANAVERAL, FLORIDA 32920 | 6/1/2007 | 5/31/2022 | 8/31/2020 |
| 47 | LARRY ROESCH AUTO DEALERSHIP | LARRY ROESCH AUTO DEALERSHIP 313 W. GRAND AVE BENSENVILLE, ILLINOIS 60106 ATTN: GENERAL MANAGER | THE HERTZ CORPORATION | 313 W GRAND AVE BENSENVILLE, ILLINOIS 60106 | 11/14/2010 | 10/31/2018 | 8/31/2020 |
| 48 | LES LINKER'S CAR CARE CENTER | 210 ENSIGN STREET FORT MORGAN, CO 80701 ATTN: LES LINKER'S CAR CARE CENTER | THE HERTZ CORPORATION | 210 ENSIGN ST FT MORGAN, CO 80701 | 12/1/2009 | N/A | 8/31/2020 |
| 49 | MARQUIS HOTELS, LLC | 800 SOUTH ROUTE 31 CRYSTAL LAKE, ILLINOIS 60014 ATTN: KIM WICKER | THE HERTZ CORPORATION | 800 SOUTH ROUTE 31 CRYSTAL LAKE, ILLINOIS 60014 | 3/29/2017 | 8/13/2024 | 8/31/2020 |
| 50 | MELIA HOTELS ORLANDO LLC | 225 CELEBRATION PLACE CELEBRATION, FLORIDA 34747 ATTN: MELIA HOTELS ORLANDO LLC | THE HERTZ CORPORATION | MELIA ORLANDO SUITES HOTEL 225 CELEBRATION PL CELEBRATION, FLORIDA 34747 | 10/25/2012 | 2/28/2019 | 8/31/2020 |

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 51 | NISKU DISPATCH LTD (AS SUBLESSEE UNDER THE SUBLEASE) | NISKU DISPATCH, LTD<br>BAY 1, 702-12 AVENUE<br>LEDUC, ALBERTA T9E 7P7<br>CANADA<br><br>8501 WILLIAMS RD<br>ESTERO, FLORIDA 33928<br>ATTN: THE HERTZ CORPORATION | DOLLAR THRIFTY AUTOMOTIVE GROUP CANADA INC. (AS SUBLESSOR UNDER THE SUBLEASE) | 8400 39TH ST<br>LEDUC, ALBERTA T9E 0H4 | 2/1/2017 | 12/31/2026 | 8/31/2020 |
| 52 | OCEANVIEW 1, LLC C/O CROSSPOINT REALTY SERVICES, INC; OCEANVIEW 1, LLC | 260 CALIFORNIA STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94111 | THE HERTZ CORPORATION | 3981 ALEMANY BLVD #1003<br>SAN FRANCISCO, CA 94132 | 3/1/2015 | 2/28/2023 | 8/31/2020 |
| 53 | PAN AMERICAN VENTURE FUND, LLC D/B/A SERALAGO HOTEL & SUITES | 5678 W IRLO BRONSON MEMORIAL HWY<br>KISSIMMEE, FLORIDA 34746<br>ATTN: PAN AMERICAN VENTURE FUND, LLC D/B/A SERALAGO HOTEL & SUITES | DTG OPERATIONS, INC. | 5678 W IRLO BRONSON MEMORIAL HWY<br>KISSIMMEE, FLORIDA 34746 | 5/12/2017 | 7/7/2020 | 8/31/2020 |
| 54 | PAPETERIE GERMAIN STATIONERY | 821 NOTRE DAME ST, SUITE 100<br>EMBRUN, ON K0A1W1, CAN<br>ATTN: PAPETERIE GERMAIN STATIONERY | DOLLAR THRIFTY AUTOMOTIVE GROUP CANADA INC. | 821 NOTRE DAME ST, SUITE 100<br>EMBRUN, ON K0A1W1, CAN | 6/1/2018 | 1/0/1900 | 8/31/2020 |
| 55 | PARLIAMENT & CO INC | 37 ADVANCE RD, STE 100<br>TORONTO, ONTARIO M8Z 2S6 CAN<br>ATTN: ANTHONY ALBERGA | DOLLAR THRIFTY AUTOMOTIVE GROUP CANADA INC. | 187 & 191-193 PARLIAMENT ST<br>TORONTO, ONTARIO M5A 2Z4 CAN | 12/1/2010 | 4/22/2020 | 8/31/2020 |
| 56 | PEBBLE BEACH COMPANY | 2700 17 MILE DR<br>PEBBLE BEACH, CA 93953<br>ATTN: PEBBLE BEACH COMPANY | THE HERTZ CORPORATION | 2700 17 MILE DRIVE<br>PEBBLE BEACH, CA 93953 | UNKNOWN | N/A | 8/31/2020 |
| 57 | PEBBLE BEACH COMPANY | 2700 17 MILE DR<br>PEBBLE BEACH, CA 93953<br>ATTN: PEBBLE BEACH COMPANY | THE HERTZ CORPORATION | 1700 17 MILE DRIVE<br>PEBBLE BEACH, CA 93953 | UNKNOWN | N/A | 8/31/2020 |
| 58 | PEPBOYS | 3111 WEST ALLEGHENY AVENUE<br>PHILADELPHIA, PA 19132<br>ATTN: VICE PRESIDENT - REAL ESTATE<br><br>IEH AUTO PARTS LLC<br>1155 ROBERTS BLVD. STE 175<br>KENNESAW, GA 30144<br>ATTN: GENERAL COUNSEL<br><br>PEP BOYS REMITTANCE DEPT.<br>P.O. BOX 8500-50445<br>PHILADELPHIA, PENNSYLVANIA 19178-0445<br>ATTN: THE PEP BOYS - MANNY, MOE AND JACK<br>ATTN: GENERAL COUNSEL | THE HERTZ CORPORATION | 15625 N DALE MABRY HWY, STORE #143<br>TAMPA, FLORIDA 33618 | 4/3/2017 | 5/1/2021 | 8/31/2020 |

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 59 | PEPBOYS | 3111 WEST ALLEGHENY AVENUE<br>PHILADELPHIA, PA 19132<br>ATTN: VICE PRESIDENT - REAL ESTATE<br><br>IEH AUTO PARTS LLC<br>1155 ROBERTS BLVD. STE 175<br>KENNESAW, GA 30144<br>ATTN: GENERAL COUNSEL<br><br>PEP BOYS REMITTANCE DEPT.<br>P.O. BOX 8500-50445<br>PHILADELPHIA, PENNSYLVANIA 19178-0445<br>ATTN: THE PEP BOYS - MANNY, MOE AND JACK<br>ATTN: GENERAL COUNSEL | THE HERTZ CORPORATION | 2353 APALACHEE PARKWAY<br>TALLAHASSEE, FL 32301 | UNKNOWN | MTM | 8/31/2020 |
| 60 | PEPBOYS | 3111 WEST ALLEGHENY AVENUE<br>PHILADELPHIA, PA 19132<br>ATTN: VICE PRESIDENT - REAL ESTATE<br><br>IEH AUTO PARTS LLC<br>1155 ROBERTS BLVD. STE 175<br>KENNESAW, GA 30144<br>ATTN: GENERAL COUNSEL<br><br>PEP BOYS REMITTANCE DEPT.<br>P.O. BOX 8500-50445<br>PHILADELPHIA, PENNSYLVANIA 19178-0445<br>ATTN: THE PEP BOYS - MANNY, MOE AND JACK<br>ATTN: GENERAL COUNSEL | THE HERTZ CORPORATION | 4141 N RANCHO DR<br>STORE # 868<br>LAS VEGAS, NEVADA 89130 | 8/16/2017 | 8/16/2020 | 8/31/2020 |
| 61 | PEPBOYS | 3111 WEST ALLEGHENY AVENUE<br>PHILADELPHIA, PA 19132<br>ATTN: VICE PRESIDENT - REAL ESTATE<br><br>IEH AUTO PARTS LLC<br>1155 ROBERTS BLVD. STE 175<br>KENNESAW, GA 30144<br>ATTN: GENERAL COUNSEL<br><br>PEP BOYS REMITTANCE DEPT.<br>P.O. BOX 8500-50445<br>PHILADELPHIA, PENNSYLVANIA 19178-0445<br>ATTN: THE PEP BOYS - MANNY, MOE AND JACK<br>ATTN: GENERAL COUNSEL | THE HERTZ CORPORATION | 6811 WEST GRAND AVENUE, STORE #823<br>CHICAGO, ILLINOIS 60707 | 4/3/2017 | 8/31/2022 | 8/31/2020 |

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 62 | PEPBOYS | 3111 WEST ALLEGHENY AVENUE<br>PHILADELPHIA, PA 19132<br>ATTN:  VICE PRESIDENT - REAL ESTATE<br><br>IEH AUTO PARTS LLC<br>1155 ROBERTS BLVD. STE 175<br>KENNESAW, GA 30144<br>ATTN:  GENERAL COUNSEL<br><br>PEP BOYS REMITTANCE DEPT.<br>P.O. BOX 8500-50445<br>PHILADELPHIA, PENNSYLVANIA 19178-0445<br>ATTN: THE PEP BOYS - MANNY, MOE AND JACK<br>ATTN:  GENERAL COUNSEL | THE HERTZ CORPORATION | 487 S. BROADWAY<br>DENVER, CO 80209 | 8/16/2017 | MTM | 8/31/2020 |
| 63 | PEPBOYS | 3111 WEST ALLEGHENY AVENUE<br>PHILADELPHIA, PA 19132<br>ATTN:  VICE PRESIDENT - REAL ESTATE<br><br>IEH AUTO PARTS LLC<br>1155 ROBERTS BLVD. STE 175<br>KENNESAW, GA 30144<br>ATTN:  GENERAL COUNSEL<br><br>PEP BOYS REMITTANCE DEPT.<br>P.O. BOX 8500-50445<br>PHILADELPHIA, PENNSYLVANIA 19178-0445<br>ATTN: THE PEP BOYS - MANNY, MOE AND JACK<br>ATTN:  GENERAL COUNSEL | THE HERTZ CORPORATION | 830 MILITARY DR. SE<br>SAN ANTONIO, TX 78221 | UNKNOWN | MTM | 8/31/2020 |
| 64 | PGA 1, LLC; PGA 1, LLC (SPECIALTY CARS LTD.) | SPECIALTY CARS LTD.<br>5091 UMBRIA STREET<br>PHILADELPHIA, PENNSYLVANIA 19128 | THE HERTZ CORPORATION | 5091 UMBRIA ST, #4<br>PHILADELPHIA, PENNSYLVANIA 19128 | 3/16/2012 | 10/31/2018 | 8/31/2020 |
| 65 | PHILIP COURVELLE | 3629 I-49 SERVICE ROAD<br>OPELOUSA, LOUISIANA 70570<br>ATTN: PHILLIP COURVELLE | THE HERTZ CORPORATION | 1108 SURREY ST<br>LAFAYETTE, LOUISIANA 70501 | 11/10/2003 | 10/31/2018 | 8/31/2020 |
| 66 | PI BATON ROUGE HOTELS INC. DBA HOLIDAY INN BATON ROUGE | 9940 AIRLINE HWY<br>BATON ROUGE, LOUISIANA 70816<br>ATTN: PI BATON ROUGE HOTELS INC. D/B/A HOLIDAY INN BATON ROUGE | THE HERTZ CORPORATION | 9940 AIRLINE HWY<br>BATON ROUGE, LOUISIANA 70816 | 6/27/2018 | 11/17/2019 | 8/31/2020 |
| 67 | PINGREE 2000 REAL ESTATE HOLDINGS, LLC - PADJA, TED; PINGREE 2000 REAL ESTATE HOLDINGS, LLC - PADJA, TED (MEISSNER FAMILY LIMITED PARTNERSHIP) | JOHN BUSILO<br>MEISSNER-CHEVROLET-GEO-OLDSMOBILE, INC.<br>70TH AND ESSINGTON AVE.<br>PO BOX 33326<br>PHILADELPHIA, PA 19142-0526<br><br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MISSOURI 63105<br>ATTN: PINGREE 2000 REAL ESTATE HOLDINGS, LLC - PADJA, TED | DTG OPERATIONS, INC. | 7001 ESSINGTON AVE<br>PHILADELPHIA, PENNSYLVANIA 19153 | 9/15/2005 | 1/14/2025 | 8/31/2020 |

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 68 | PLATINUM REALTY, LLC | PLATINUM REALTY, LLC<br>180 BROADWAY<br>PAWTUCKET, RHODE ISLAND 02860<br>ATTN: MR. ED BREAULT | THE HERTZ CORPORATION | 180 BROADWAY (HLE)<br>PAWTUCKET, RHODE ISLAND 02860 | 1/9/2007 | 10/31/2018 | 8/31/2020 |
| 69 | P-LR-5A, LP DBA HILTON AT DEDHAM PLACE HOTEL | 25 ALLIED DR<br>DEDHAM, MASSACHUSETTS 02026<br>ATTN: HILTON AT DEDHAM PLACE HOTEL | THE HERTZ CORPORATION | 25 ALLIED DR<br>DEDHAM, MASSACHUSETTS 02026 | 6/19/2007 | 10/31/2018 | 8/31/2020 |
| 70 | QUICKSILVER, LLC | QUICKSILVER, LLC<br>180 BROADWAY<br>PAWTUCKET, RHODE ISLAND 02860<br>ATTN: ED BREAULT | THE HERTZ CORPORATION | 950 AQUIDNECK AVE<br>MIDDLETOWN, RHODE ISLAND 02842 | 1/9/2007 | 10/31/2018 | 8/31/2020 |
| 71 | QUINTINS PAINT AND BODY SHOP LLC | 13145 LAKE CHARLES HIGHWAY<br>LEESVILLE, LOUISIANA 71446<br>ATTN: QUINTINS PAINT AND BODY SHOP LLC | THE HERTZ CORPORATION | 13145 LAKE CHARLES HWY<br>LEESVILLE, LOUISIANA 71446 | 5/8/2019 | 4/30/2021 | 8/31/2020 |
| 72 | R. ESSEX, LLC | 102 WATSON BLVD<br>WARNERS ROBBINS, GA 31093 | DTG OPERATIONS, INC. | 102 WATSON BLVD<br>WARNER ROBINS, GA 31093 | 5/15/2007 | MTM | 8/31/2020 |
| 73 | RANCH AUTO CENTER, LLC DBA DERSET PACFIIC ADVISORS | 9393 N 90TH ST, #207<br>SCOTTSDALE, AZ 85258 | THE HERTZ CORPORATION | 9550 NORTH 90TH STREET<br>SCOTTSDALE, AZ 85258 | 4/18/2013 | 6/30/2022 | 8/31/2020 |
| 74 | ROBERT ZAKHAR | 12626 WESTERN AVE<br>BLUE ISLAND, ILLINOIS 60406<br>ATTN: ROBERT ZAKHAR | THE HERTZ CORPORATION | 12610 WESTERN AVE<br>BLUE ISLAND, ILLINOIS 60406 | 3/1/2009 | 10/31/2018 | 8/31/2020 |
| 75 | ROBINSON'S CUSTOM COLLISION, LLC | 1212 N MAIN ST<br>LIBERTY, TEXAS 77575<br>ATTN: ROBINSON'S CUSTOM COLLISION LLC | THE HERTZ CORPORATION | 1212 N MAIN ST<br>LIBERTY, TEXAS 77575 | 7/1/2017 | 6/30/2022 | 8/31/2020 |
| 76 | ROSSI REAL ESTATE CORP | 1015 BUTTERFIELD ROAD<br>DOWNERS GROVE, ILLINOIS 60515<br>ATTN: ROSSI REAL ESTATE CORP. | THE HERTZ CORPORATION | 633 E ROOSEVELT RD<br>LOMBARD, ILLINOIS 60148 | 6/10/2004 | 8/31/2021 | 8/31/2020 |
| 77 | RPM AUTOMOTIVE HOLDINGS LLC | RPM AUTOMOTIVE HOLDINGS LLC<br>9148 PHILLIPS HWY<br>JACKSONVILLE, FLORIDA 32256<br>ATTN: COLLEY STOWELL | THE HERTZ CORPORATION | 3726 ST AUGUSTINE RD<br>JACKSONSVILLE, FLORIDA 32207 | 6/1/2014 | 6/30/2023 | 8/31/2020 |
| 78 | RPM AUTOMOTIVE HOLDINGS LLC | RPM AUTOMOTIVE HOLDINGS LLC<br>9148 PHILLIPS HWY.<br>JACKSONVILLE, FLORIDA 32256<br>ATTN: COLLEY STOWELL | THE HERTZ CORPORATION | 1357-1 ATLANTIC BLVD<br>JACKSONVILLE, FLORIDA 32225 | 6/1/2014 | 6/30/2023 | 8/31/2020 |
| 79 | RPM AUTOMOTIVE HOLDINGS LLC | RPM AUTOMOTIVE HOLDINGS LLC<br>9148 PHILLIPS HWY.<br>JACKSONVILLE, FLORIDA 32256<br>ATTN: COLLEY STOWELL | THE HERTZ CORPORATION | 5431 ROOSEVELT BLVD<br>JACKSONSVILLE, FLORIDA 32210 | 6/1/2014 | 6/30/2023 | 8/31/2020 |
| 80 | RPM AUTOMOTIVE HOLDINGS LLC | RPM AUTOMOTIVE HOLDINGS LLC<br>9148 PHILLIPS HWY.<br>JACKSONVILLE, FLORIDA 32256<br>ATTN: COLLEY STOWELL | THE HERTZ CORPORATION | 9148 PHILLIPS HWY<br>JACKSONVILLE, FLORIDA 32256 | 6/1/2014 | 6/30/2023 | 8/31/2020 |

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 81 | S&S ENTERPRISES "A" LLC | S&S ENTERPRISES, INC. 400 HIGH POINT DRIVE, SUITE 500 COCOA, FL 32926<br><br>HARRY A. JONES, ESQ. 1901 S. HARBOR CITY BLVD, SUITE 500 MELBOURNE, FL 32901 | DTG OPERATIONS, INC. | 6799 N ATLANTIC AVE CAPE CANAVERAL, FLORIDA 32920 | 1/15/2005 | 3/31/2020 | 8/31/2020 |
| 82 | SANIBEL'S SERVICE CENTER | 1015 PERIWINKLE WAY SANIBEL, FL 33957 ATTN: SANIBEL'S SERVICE CENTER | THE HERTZ CORPORATION | 1015 PERIWINKLE WAY SANIBEL, FL 33957 | 11/19/1999 | N/A | 8/31/2020 |
| 83 | SEBASTIAN PALACIOS / OAKVILLE COLLISION CENTER / 2683818 ONTARIO LTD | 1099 SPEERS RD OAKVILLE , ONTARIO L6L 2X CAN ATTN: SEBASTIAN PALACIOS / OAKVILLE COLLISION CENTER | HERTZ CANADA LIMITED | 1099 SPEERS ROAD OAKVILLE, ON L6L 2X5, CAN | 9/1/2019 | 1/0/1900 | 8/31/2020 |
| 84 | SERVICE KING PAINT & BODY LLC; SERVICE KING PAINT & BODY LLC | 2375 N GLENVILLE DR BLDG A, STE 500 RICHARDSON, TEXAS 75082 ATTN: SERVICE KING PAINT & BODY LLC ATTN: THOMAS W. BURTON | THE HERTZ CORPORATION | 6080 DUBLIN BLVD DUBLIN, CALIFORNIA 94568 | 6/1/2014 | 5/31/2024 | 8/31/2020 |
| 85 | ST. PETERSBURG CLEARWATER AIRPORT ASSOCIATION LTD. DBA HOLIDAY INN SELECT | SELECT CLEARWATER/ST. PETERSBURG INTERNATIONAL AIRPORT 3535 ULMERTON ROAD CLEARWATER, FLORIDA 33762 ATTN: BOB SAUERWINE | DTG OPERATIONS, INC. | HOLIDAY INN ST PETERSBURG N - CLEARWATER 3535 ULMERTON RD CLEARWATER, FLORIDA 33762 | 10/10/2013 | 10/31/2018 | 8/31/2020 |
| 86 | SVN STONE COMMERICAL REAL ESTATE | 4425 KEARNEY RD LEXINGTON, KENTUCKY 40511 ATTN: 106 MAGNOLIA CROSSING LLC | THE HERTZ CORPORATION | 106 MAGNOLIA DR, STE 300 GEORGETOWN, KENTUCKY 40324 | 5/15/2014 | 1/31/2023 | 8/31/2020 |
| 87 | TAJIAN ENTERPRISES, INC | TAJIAN ENTERPRISES, INC. 1420 S. MASON RD. #230 KATY, TX 77450 | THE HERTZ CORPORATION | 6406 FM 1488 RD MAGNOLIA, TEXAS 77354 | 8/24/2018 | 9/30/2019 | 8/31/2020 |
| 88 | TOM GIBBS CHEVROLET, INC | 5850 EAST HIGHWAY 100 PALM COAST, FLORIDA 32164 ATTN: TOM GIBBS | THE HERTZ CORPORATION | 5700 E HWY 100 PALM COAST, FLORIDA 32164 | 5/19/2011 | 10/31/2018 | 8/31/2020 |
| 89 | TRIPLE S INVESTMENTS CORPORATION | ATTN: STEVE SPIEGEL 2742 B2 LANILOA RD HONOLULU, HAWAII 96813 ATTN: TRIPLE S INVESTMENTS CORPORATION | DTG OPERATIONS, INC. | 3147 N NIMITZ HWY HONOLULU, HAWAII 96819 | 2/1/2003 | 12/31/2022 | 8/31/2020 |
| 90 | WALKER OLDSMOBILE CO INC | 1616 MACARTHUR DR ALEXANDRIA, LOUISIANA 71301 ATTN: WALKER OLDSMOBILE CO INC | THE HERTZ CORPORATION | 6655 COLISEUM BLVD ALEXANDRIA, LOUISIANA 71303 | 12/3/2018 | 7/31/2020 | 8/31/2020 |
| 91 | WALL'S FORD, INC | 2 MERRILL ST SALISBURY, MASSACHUSETTS 01952 ATTN: WALL'S FORD, INC | THE HERTZ CORPORATION | 2 MERRILL ST SALISBURY, MASSACHUSETTS 01952 | 7/1/2016 | 7/31/2019 | 8/31/2020 |
| 92 | WESLEY CHAPEL AUTOMOTIVE MGMT, LLC DBA MINI OF WESLEY CHAPEL | 26645 STATE RD 56 WESLEY CHAPEL, FLORIDA 33544 ATTN: WESLEY CHAPEL AUTOMOTIVE MGMT, LLC DBA MINI OF WESLEY CHAPEL | THE HERTZ CORPORATION | 26645 STATE RD 56 WESLEY CHAPEL, FLORIDA 33544 | 3/27/2017 | 6/30/2020 | 8/31/2020 |

| NO. | LESSOR | LESSOR ADDRESS | DEBTOR | PROPERTY ADDRESS | EFFECTIVE DATE | CONTRACT END DATE | REJECTION DATE |
|---|---|---|---|---|---|---|---|
| 93 | WESTLOG CORPORATION | 202 DALE RUPERT RD<br>CRESCENT CITY, CA 95531<br>ATTN: WESTLOG CORPORATION | THE HERTZ CORPORATION | 1650 DALE RUPERT RD<br>CRESCENT CITY, CA 95531 | UNKNOWN | N/A | 8/31/2020 |
| 94 | WESTLOG CORPORATION | 202 DALE RUPERT RD<br>CRESCENT CITY, CA 95531<br>ATTN: WESTLOG CORPORATION | THE HERTZ CORPORATION | 202 DALE RUPERT RD<br>CRESCENT CITY, CA 95531 | 4/1/2008 | N/A | 8/31/2020 |
| 95 | WYNN LAS VEGAS LLC DBA ENCORE AT WYNN LAS VEGAS | D/B/A ENCORE AT WYNN LAS VEGAS<br>3131 LAS VEGAS BLVD, SOUTH<br>LAS VEGAS, NEVADA 89109<br>ATTN: MAURICE WOODEN, COO | THE HERTZ CORPORATION | ENCORE AT WYNN<br>3121 LAS VEGAS BLVD SOUTH<br>LAS VEGAS, NEVADA 89109 | 12/22/2008 | 12/21/2020 | 8/31/2020 |
| 96 | ZIEBA PROPERTIES, LLC | 230B MADISON SQUARE<br>MADISONVILLE, KENTUCKY 42431<br>ATTN: ZIEBA PROPERTIES, LLC | THE HERTZ CORPORATION | 301 E CENTER ST<br>MADISONVILLE, KENTUCKY 42431 | 4/9/2013 | 10/31/2022 | 8/31/2020 |