# EXHIBIT 1

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| | | **JOINT EXHIBIT LIST** | | | | | | |
| JX-1 | 11/16/2009 | 900 ACI Lease | Atlantic001239 | Atlantic001256 | Hertz Ex. 52 | None | | |
| JX-2 | 4/1/2010 | 900 ACI Commencement Date Agreement | HERTZ00049519 | HERTZ00049519 | Hertz Ex. 53 (portion) | None | | |
| JX-3 | 10/18/2010 | VCC Lease | HERTZ00031921 | HERTZ00031938 | Hertz Ex. 54 | None | | |
| JX-4 | 5/3/2011 | ACI Florida Agreement | HERTZ00049542 | HERTZ00049548 | Hertz Ex. 47 | None | | |
| JX-5 | 9/1/2011 | First Amendment to VCC Lease | Atlantic001212 | Atlantic001214 | Hertz Ex. 55 | None | | |
| JX-6 | 6/1/2012 | Second Amendment to VCC Lease | HERTZ00031858 | HERTZ00031860 | Hertz Ex. 86 | None | | |
| JX-7 | 9/30/2012 | Amendment Number 2 to ACI Florida Agreement | HERTZ00049540 | HERTZ00049541 | Hertz Ex. 48 | None | | |
| JX-8 | 11/20/2012 | Amendment Number 1 to 900 ACI Lease | HERTZ00049517 | HERTZ00049517 | n/a | None | | |
| JX-9 | 11/20/2012 | Amendment Number 1 to VCC Lease | Atlantic001148 | Atlantic001148 | n/a | None | | |
| JX-10 | 11/20/2012 | Amendment Number 2 to ACI Florida Agreement | HERTZ00049549 | HERTZ00049549 | n/a | None | | |
| JX-11 | 9/5/2013 | Amendment Number 3 to ACI Florida Agreement | HERTZ00049516 | HERTZ00049516 | Hertz Ex. 61 | None | | |
| JX-12 | 8/31/2014 | Amendment to 900 ACI Lease | HERTZ00049550 | HERTZ00049550 | n/a | None | | |
| JX-13 | 1/28/2016 | Third Lease Amendment to VCC Lease | Atlantic010403 | Atlantic010405 | n/a | None | | |
| | | **ACI EXHIBITS-NO OBJECTION** | | | | | | |
| JX-14 | 7/26/2018 | Ltr. Re Sale of Equipment from VCC to DC Collision | DILANIAN000006 | DILANIAN000006 | ACI Ex. 103 | | None | |
| JX-15 | 12/4/2018 | Hertz's Responses to 950 ACI Interrogatories | n/a | n/a | ACI Ex. 5 | | None | |
| JX-16 | 12/4/2018 | Hertz's Responses to 1050 ACI Interrogatories | n/a | n/a | ACI Ex. 8 | | None | |
| JX-17 | 12/4/2018 | Hertz's Responses to 1100 ACI Interrogatories | n/a | n/a | ACI Ex. 11 | | None | |
| JX-18 | 12/4/2018 | Hertz's Responses to 900 ACI Interrogatories | n/a | n/a | ACI Ex. 13 | | None | |
| JX-19 | 12/4/2018 | Hertz's Responses to VCC Interrogatories | n/a | n/a | ACI Ex. 39 | | None | |
| JX-20 | 2/26/2024 | Hertz's Supplemental Responses to 900 ACI Interrogatories | n/a | n/a | ACI Ex. 33 | | None | |
| JX-21 | 2/26/2024 | Hertz's Supplemental Responses to 950, 1050, and 1100 ACI Interrogatories | n/a | n/a | ACI Ex. 34 | | None | |
| JX-22 | 2/26/2024 | Hertz's Supplemental Responses to VCC Interrogatories | n/a | n/a | ACI Ex. 35 | | None | |
| JX-23 | 2/26/2024 | Hertz's Responses to ACI's Requests to Admit | n/a | n/a | n/a | | None | |
| | | **HERTZ EXHIBITS-NO OBJECTION** | | | | | | |
| JX-24 | 10/28/2010 | Email thread involving M. Capus and J. Hofmeister re Vehicles ready to go to VA Collision | Atlantic010140 | Atlantic010140 | ACI Ex. 94 | None | | |
| JX-25 | 11/12/2010 | Email thread involving J. Dilanian, J. Hofmeister, M. Capus, and others re VA Collision Questions | Atlantic005324 | Atlantic005326 | n/a | None | | |
| JX-26 | 11/19/2010 | Email thread involving M. Capus and L. Musick re Atlantic Collision | Atlantic007780 | Atlantic007781 | Hertz Ex. 45 | None | | |
| JX-27 | 12/17/2010 | Email thread involving M. Capus, J. Hofmeister, M. Tarantino, and others re November Reports | Atlantic008799 | Atlantic008802 | ACI Ex. 95 | None | | |
| JX-28 | 1/21/2011 | Email thread involving M. Capus and L. Musick re Atlantic Collision | Atlantic007785 | Atlantic007786 | Hertz Ex. 66 | None | | |
| JX-29 | 1/14/2011 | Email thread involving J. Dolobach, M. Capus, J. Hofmeister, and others re VA Collision | Atlantic005334 | Atlantic005338 | Hertz Ex. 22 | None | | |
| JX-30 | 3/3/2011 | Email from M. Capus to J. Dolobach re Va | Atlantic010902 | Atlantic010902 | Hertz Ex. 82 | None | | |
| JX-31 | 9/7/2011 | Email from J. Dilanian to D. Kress re August 2011 VCC Report | Atlantic002056 | Atlantic002063 | ACI Ex. 99 | None | | |
| JX-32 | 10/3/2011 | Email from J. Dilanian to D. Kress re All Cars Out by Date and Turnaround Time September 2011 | Atlantic001655 | Atlantic001662 | ACI Ex. 100 | None | | |
| JX-33 | 3/23/2012 | Email from M. Capus to L. Musick re Due dates and Orlando | Atlantic002256 | Atlantic002256 | Hertz Ex. 31 | None | | |
| JX-34 | 7/26/2012 | Email thread involving J. Dilanian, J. Mascioli, M. Meyer, and others re OVERDUE VIRGINIA COLLISION | Atlantic004955 | Atlantic004956 | n/a | None | | |
| JX-35 | 8/17/2012 | Email from M. Capus to D. Paquette re Contract | Atlantic002183 | Atlantic002183 | Hertz Ex. 46 | None | | |
| JX-36 | 12/7/2012 | ACI's Hollywood, Florida Lease Agreement | Atlantic000086 | Atlantic000128 | Hertz Ex. 56 | None | | |
| JX-37 | 1/28/2013 | Email from M. Capus to D. Paquette re Ft Lauderdale | Atlantic002283 | Atlantic002283 | Hertz Ex. 33 / 57 | None | | |
| JX-38 | 2/1/2013 | Email from M. Capus to D. Paquette re Ft Lauderdale | Atlantic002284 | Atlantic002284 | Hertz Ex. 58 | None | | |
| JX-39 | 5/28/2013 | Email from M. Capus to D. Paquette re West palm | Atlantic011055 | Atlantic011055 | Hertz Ex. 59 | None | | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| JX-40 | 6/17/2013 | Email from M. Capus to D. Paquette re Orlando | Atlantic006011 | Atlantic006011 | Hertz Ex. 49 | None | | |
| JX-41 | 9/12/2013 | Email from M. Capus to D. Paquette re Orlando | Atlantic006008 | Atlantic006008 | Hertz Ex. 62 | None | | |
| JX-42 | 9/30/2013 | Email from M. Capus to D. Paquette re 4 Years, 11 months, 29 days, 17 hours, 22 minutes and 22 seconds to go | Atlantic001369 | Atlantic001369 | n/a | None | | |
| JX-43 | 10/15/2013 | Email from M. Capus to D. Paquette re 950 Atlantic Collision | Atlantic003544 | Atlantic003545 | ACI Ex. 6 | None | | |
| JX-44 | 10/23/2013 | Email from M. Capus to J. Dolobach re Port Newark extension | Atlantic006773 | Atlantic006773 | n/a | None | | |
| JX-45 | 11/15/2013 | Email thread involving M. Capus and L. Scarpelli re Atlantic Collision | Atlantic007794 | Atlantic007795 | n/a | None | | |
| JX-46 | 11/20/2013 | Email thread involving A. Maltez, M. Capus, D. Paquette, and others re overdues | Atlantic006841 | Atlantic006841 | Hertz Ex. 35 | None | | |
| JX-47 | 12/2/2013 | Email from M. Capus to D. Paquette re Response | Atlantic010575 | Atlantic010575 | Hertz Ex. 50 | None | | |
| JX-48 | 12/6/2013 | Email thread involving M. Capus and D. Paquette re SW | Atlantic005200 | Atlantic005200 | Hertz Ex. 36 | None | | |
| JX-49 | 12/11/2013 | Email from M. Capus to D. Paquette re Just one more thing… | Atlantic005641 | Atlantic005641 | Hertz Ex. 60 | None | | |
| JX-50 | 12/31/2013 | ACI Compiled Financial Statements (2013) | Atlantic00011610 | Atlantic00011614 | Hertz Ex. 91 | None | | |
| JX-51 | 1/6/2014 | Email thread involving M. Capus and L. Scarpelli re Boston | HERTZ00007667 | HERTZ00007667 | ACI Ex. 78 | None | | |
| JX-52 | 1/15/2014 | Email from M. Capus to M. Souza re Orlando Shop | Atlantic006004 | Atlantic006004 | Hertz Ex. 63 | None | | |
| JX-53 | 3/28/2014 | Email thread involving J. Dolobach, M. Capus, S. Bek, and others re Overdue | Atlantic009660 | Atlantic009660 | Hertz Ex. 25 | None | | |
| JX-54 | 4/3/2014 | Email thread involving S. Bek, M. Capus, S. Lessard, and others re Atlantic | Atlantic007935 | Atlantic007936 | n/a | None | | |
| JX-55 | 4/11/2014 | Email from J.Mascioli to S. Bek re Status Update | Atlantic005137 | Atlantic005138 | n/a | None | | |
| JX-56 | 4/11/2014 | Email thread involving J. Dilanian, J. Mascioli, S. Bek, and others re Status Update | Atlantic005130 | Atlantic005131 | Hertz Ex. 69 | None | | |
| JX-57 | 5/2/2014 | Email from M. Capus to T. Nohstadt re Orlando | Atlantic006016 | Atlantic006016 | Hertz Ex. 64 | None | | |
| JX-58 | 5/7/2014 | Email from M. Capus to J. Dolobach re Va | Atlantic010901 | Atlantic010901 | n/a | None | | |
| JX-59 | 6/2/2014 | Email from J. Mascioli to J. Osbirn re Please update | Atlantic006772 | Atlantic006772 | Hertz Ex. 65 | None | | |
| JX-60 | 6/10/2014 | Email from M. Capus to D. Paquette re 7 MIA EST HERTZ 6-10-14 | Atlantic003321 | Atlantic003321 | Hertz Ex. 87 | None | | |
| JX-61 | 7/23/2014 | Email from J. Mascioli to S. Bek re Vending Cars | Atlantic010918 | Atlantic010918 | Hertz Ex. 78 | None | | |
| JX-62 | 8/22/2014 | Email from M. Capus to S. Bek re Contract | Atlantic002164 | Atlantic002164 | n/a | None | | |
| JX-63 | 9/5/2014 | Email thread involving M. Capus, S. Bek, and J. Miller re Atlantic Collision in Arrears | Atlantic007688 | Atlantic007689 | n/a | None | | |
| JX-64 | 9/15/2014 | Email thread involving J. DelRosso, M. Capus, and J. Pitz re Philadelphia | Atlantic009735 | Atlantic009738 | ACI Ex. 88 / Hertz Ex. 83 | None | | |
| JX-65 | 9/15/2014 | Email thread involving M. Capus and S. Bek re Scan | Atlantic009924 | Atlantic009924 | Hertz Ex. 70 | None | | |
| JX-66 | 9/29/2014 | Email from M. Capus to J. Small re Work flow | Atlantic011059 | Atlantic011059 | Hertz Ex. 71 | None | | |
| JX-67 | 10/28/2014 | Email from M. Capus to L. Scarpelli re New process | Atlantic005846 | Atlantic005846 | n/a | None | | |
| JX-68 | 11/3/2014 | Email from M. Capus to W. Richters re Atlantic | Atlantic002043 | Atlantic002043 | Hertz Ex. 88 | None | | |
| JX-69 | 11/5/2014 | Email from M. Capus to W. Richters re Count | Atlantic002194 | Atlantic002194 | Hertz Ex. 73 | None | | |
| JX-70 | 11/11/2014 | Email from M. Capus to S. Bek re Work | Atlantic010488 | Atlantic010488 | n/a | None | | |
| JX-71 | 11/21/2014 | Email from Atlantic Collision to J. Small, S. Lessard, S. Bek, and others re 900 ATL, 4 ESTIMATES IN TWO DAYS! | Atlantic001506 | Atlantic001506 | Hertz Ex. 81 | None | | |
| JX-72 | 12/31/2014 | ACI Compiled Financial Statements (2014) | Atlantic00011615 | Atlantic00011619 | n/a | None | | |
| JX-73 | 1/9/2015 | Email thread involving M Capus and T. Harris re Atlantic | Atlantic007942 | Atlantic007942 | ACI Ex. 76 | None | | |
| JX-74 | 1/9/2015 | Email from M. Capus to T. Harris re Atlantic | Atlantic002038 | Atlantic002038 | n/a | None | | |
| JX-75 | 2/25/2015 | Email from J. Osbirn to W. Albonico and E. Mahaa re Work | Atlantic002721 | Atlantic002722 | ACI Ex. 12 | None | | |
| JX-76 | 2/26/2015 | Email from M. Capus to T. Harris re 900 Atlantic | Atlantic001538 | Atlantic001538 | n/a | None | | |
| JX-77 | 3/20/2015 | Email thread involving M. Capus, W. Richters, and J. Wiley re Atlantic Collision | Atlantic007777 | Atlantic007777 | n/a | None | | |
| JX-78 | 12/31/2015 | ACI Compiled Financial Statements (2015) | Atlantic00011620 | Atlantic00011624 | n/a | None | | |
| JX-79 | 11/8/2016 | Email from M. Capus to M. Fields re Va Collision | Atlantic010859 | Atlantic010859 | n/a | None | | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| JX-80 | 12/31/2016 | ACI Compiled Financial Statements (2016) | Atlantic00011625 | Atlantic00011630 | n/a | None | | |
| JX-81 | 2/3/2017 | Email thread involving M. Fields, M. Capus, J. Nuss, and others re Alexandria | Atlantic007443 | Atlantic007444 | n/a | None | | |
| JX-82 | 5/16/2017 | Email thread involving E. Helfert, M. Fields, M. Capus, and others re Work flow | Atlantic010481 | Atlantic010482 | n/a | None | | |
| JX-83 | 5/19/2017 | Email thread involving J. Pitz, E. Helfert, M. Fields, and others re VA Collision Conversation | HERTZ00031838 | HERTZ00031840 | ACI Ex. 41 | None | | |
| JX-84 | 6/20/2017 | Email thread involving E. Helfert, M. Fields, and M. Capus re Contract | Atlantic008223 | Atlantic008224 | Hertz Ex. 85 | None | | |
| JX-85 | 7/11/2017 | Email thread involving M. Fields, E. Helfert, and J. Pitz re Request for Quote - DC Collision, Inc. | HERTZ00049498 | HERTZ00049500 | ACI Ex. 61 | None | | |
| JX-86 | 10/21/2020 | 900 ACI Proof of Claim | n/a | n/a | n/a | None | | |
| JX-87 | 10/21/2020 | 950 ACI Proof of Claim | n/a | n/a | n/a | None | | |
| JX-88 | 10/21/2020 | 1050 ACI Proof of Claim | n/a | n/a | n/a | None | | |
| JX-89 | 10/21/2020 | 1100 ACI Proof of Claim | n/a | n/a | n/a | None | | |
| JX-90 | 10/21/2020 | VCC Proof of Claim | n/a | n/a | n/a | None | | |
| JX-91 | 9/30/2021 | 900 ACI Proof of Claim Transfer | n/a | n/a | n/a | None | | |
| JX-92 | 9/30/2021 | 950 ACI Proof of Claim Transfer | n/a | n/a | n/a | None | | |
| JX-93 | 9/30/2021 | 1050 ACI Proof of Claim Transfer | n/a | n/a | n/a | None | | |
| JX-94 | 9/30/2021 | 1100 ACI Proof of Claim Transfer | n/a | n/a | n/a | None | | |
| JX-95 | 9/30/2021 | VCC Proof of Claim Transfer | n/a | n/a | n/a | None | | |
| JX-96 | 4/11/2024 | Christopher Meza Deposition Transcript | n/a | n/a | n/a | Reserving right to object to portions of deposition designated for admission. | | |
| JX-97 | 4/24/2024 | Zachary Mitchell Deposition Transcript | n/a | n/a | n/a | Reserving right to object to portions of deposition designated for admission. | | |
| JX-98 | 5/1/2024 | Jeffrey Pitz Deposition Transcript | n/a | n/a | n/a | Reserving right to object to portions of deposition designated for admission. | | |
| JX-99 | 5/14/2024 | Louis Scarpelli Deposition Transcript | n/a | n/a | n/a | Reserving right to object to portions of deposition designated for admission. | | |
| JX-100 | 6/14/2024 | John Dolobach Deposition Transcript | n/a | n/a | n/a | Reserving right to object to portions of deposition designated for admission. | | |
| JX-101 | 6/26/2024 | John Dilanian Deposition Transcript | n/a | n/a | n/a | Reserving right to object to portions of deposition designated for admission. | | |
| JX-102 | n/a | Aerial photo of Virginia Collision facility | HERTZ00020897 | HERTZ00020897 | ACI Ex. 93 | None | | |
| JX103 | 6/5/2024 | Metzdorff Report | n/a | n/a | Hertz Ex. 93 | None-assuming use for rebuttal | | |
| ACI EXHIBITS & HERTZ OBJECTIONS | | | | | | | | |
| A-1 | 8/19/2010 | Email Between M. Capus, S. Gaines, and Others Re On-Site Body Shop | Atlantic004535 | Atlantic004535 | ACI Ex. 84 | | Objection: (1) foundation as to 2010-08-19 Gaines Email (FRE 602); (2) relevance as to 2010-08-19 Gaines Email (FRE 401); (3) prejudice as to 2010-08-19 Gaines Email (FRE 403) | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| A-2 | 1/18/2011 | Email from M. Capus to J. Dolobach, D. Kress, and J. Hofmeister | Atlantic006831 | Atlantic006832 | ACI Ex. 86 | | Objection: (1) hearsay as to 2011-01-18 Capus Emails (FRE 802); (2) foundation as to 2011-01-18 Hofmeister Email (FRE 602); (3) hearsay as to 2011-01-18 Hofmeister Email (FRE 802) | |
| A-3 | 2/14/2011 | Email from M. Capus to L. Musick Re Atlantic Collision | Atlantic007789 | Atlantic007791 | n/a | | Objection: (1) hearsay as to 2011-02-12 Musick Emails (FRE 802); (2) foundation as to 2011-02-12 Musick Emails (FRE 602); (3) hearsay as to 2011-02-13 Capus email (FRE 802); (4) relevance as to 2011-02-14 Capus email (FRE 401); (5) prejudice as to 2011-02-14 Capus email (FRE 403); (6) hearsay within hearsay as to 2011-02-14 Capus email (FRE 805) | |
| A-4 | 3/10/2011 | VCC 2010 Tax Returns (CONFIDENTIAL) | Atlantic00011631 | Atlantic00011645 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901) | |
| A-5 | 3/25/2011 | Email from L. Musick to M. Capus Re Miami 2010 Body Damage | Atlantic004067 | Atlantic004068 | ACI Ex. 2(b) | | Objection: (1) foundation as to 2011-03-25 Musick Email and attachment (FRE 602); (2) hearsay as to 2011-03-25 Musick Email and attachment (FRE 802); (3) hearsay within hearsay as to 2011-03-25 Musick Email and attachment (FRE 805); (4) relevance as to 2011-03-25 Musick Email and attachment (FRE 401); (5) prejudice as to 2011-03-25 Musick Email and attachment (FRE 403); (6) authenticity as to 2011-03-25 Musick Email and attachment (FRE 901) | |
| A-6 | 4/7/2011 | 900 ACI 2010 Tax Returns (CONFIDENTIAL) | Atlantic00011258 | Atlantic00011293 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901) | |
| A-7 | 4/12/2011 | Email from J. Dilanian to J. Hofmeister, J. Dolobach, and others Re Shop Count 4-12 | Atlantic009926 | Atlantic009928 | ACI Ex. 96 | | Objection: (1) foundation as to 2011-04-12 Dilanian Email, 2011-04-12 Hofmeister Emails, and 2011-04-12 Collins Email (FRE 602); (2) hearsay as to 2011-04-12 Dilanian Email, 2011-04-12 Hofmeister Emails, and 2011-04-12 Collins Email (FRE 802) | |
| A-8 | 4/18/2011 | Email from M. Capus to D. Kress Re Vends | Atlantic005396 | Atlantic005398 | ACI Ex. 54 | | Objection: (1) foundation as to 2011-04-18 (9:28 am) Tarantino Email, and 2011-04-18 (9:12 am) atlanticcol@aol.com Email sent by "Judy" (FRE 602); (2) hearsay as to 2011-04-18 (9:28 am) Tarantino Email, and 2011-04-18 (9:12 am) atlanticcol@aol.com Email sent by "Judy" (FRE 802) | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| A-9 | 7/6/2011 | Email from M. Capus to G. Long Re Atlantic Collision | Atlantic002015 | Atlantic002015 | n/a | | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802); (3) hearsay within hearsay (FRE 805); (4) relevance (FRE 401); (5) prejudice (FRE 403) | |
| A-10 | 9/21/2011 | Email from M. Capus to D. Paquette Re Eta | Atlantic008315 | Atlantic008316 | n/a | | Objection: (1) foundation as to 2011-09-21 Paquette Email (FRE 602); (2) hearsay as to 2011-09-21 Paquette Email and 2011-09-21 Capus Email (FRE 802); (3) relevance as to 2011-09-21 Capus Email (FRE 401); (4) prejudice as to 2011-09-21 Capus Email (FRE 403) | |
| A-11 | 10/3/2011 | Email from M. Capus to D. Paquetteand L. Musick Re Miami Shop | Atlantic005692 | Atlantic005692 | n/a | | Objection: (1) hearsay (FRE 802); (2) relevance (FRE 401); (3) prejudice (FRE 403) | |
| A-12 | 10/26/2011 | Email from M. Capus to VA Collision Re Atlantic BS Set up approval | Atlantic003678 | Atlantic003678 | n/a | | Objection: (1) foundation as to 2011-10-26 Musick Email (FRE 602); (2) hearsay as to 2011-10-26 Musick Email (FRE 802); (3) relevance as to 2011-10-26 Musick Email (FRE 401); (4) prejudice as to 2011-10-26 Musick Email (FRE 403) | |
| A-13 | 1/5/2012 | Email from M. Capus to L. Musick and R. O'Day Re Florida Report | Atlantic002270 | Atlantic002273 | n/a | | Objection: (1) hearsay (FRE 802); (2) relevance (FRE 401); (3) prejudice (FRE 403); (4) hearsay within hearsay (FRE 805) | |
| A-14 | 2/7/2012 | Email from D. Paquette to M. Capus Re Orlando Location | Atlantic008899 | Atlantic008903 | ACI Ex. 2(d) | | Objection: (1) foundation as to 2012-02-04 Musick Email, 2012-02-07 Mullen Emails, and "attachments" (FRE 602); (2) hearsay as to 2017-02-07 Capus Emails, 2012-02-04 Musick Email, 2012-02-07 Mullen Emails, and "attachments" (FRE 802); (3) hearsay within hearsay as to 2017-02-07 Capus Emails, 2012-02-04 Musick Email, 2012-02-07 Mullen Emails, and "attachments" (FRE 805); (4) relevance as to 2017-02-07 Capus Emails, 2012-02-04 Musick Email, 2012-02-07 Mullen Emails, and "attachments" (FRE 401); (5) prejudice as to 2017-02-07 Capus Emails, 2012-02-04 Musick Email, 2012-02-07 Mullen Emails, and "attachments" (FRE 403); (6) authenticity as to 2017-02-07 Capus Emails, 2012-02-04 Musick Email, 2012-02-07 Mullen Emails, and "attachments" (FRE 901) | |
| A-15 | 3/17/2012 | 900 ACI 2011 Tax Returns (CONFIDENTIAL) | Atlantic00011294 | Atlantic00011342 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| A-16 | 3/17/2012 | VCC 2011 Tax Returns (CONFIDENTIAL) | Atlantic00011646 | Atlantic00011659 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-17 | 9/4/2012 | 950 ACI 2011 Tax Returns (CONFIDENTIAL) | Atlantic00011529 | Atlantic00011543 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-18 | 10/16/2012 | Email from M. Capus to D. Paquette Re Florida ACI | Atlantic 006844 | Atlantic 006844 | n/s | | Objection: (1) foundation as to 2012-10-16 Paquette and "Atlantic" Emails (FRE 602); (2) hearsay as to 2012-10-16 Paquette and "Atlantic" Emails (FRE 802); (3) relevance as to 2012-10-19 "Atlantic" email (FRE 401); (4) prejudice as to 2012-10-19 "Atlantic" email (FRE 403); (5) hearsay within hearsay as to 2012-10-19 "Atlantic" email (FRE 805) | |
| A-19 | 2/20/2013 | 900 ACI 2012 Tax Returns (CONFIDENTIAL) | Atlantic00011343 | Atlantic00011386 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-20 | 2/21/2013 | 950 ACI 2012 Tax Returns (CONFIDENTIAL) | Atlantic00011544 | Atlantic00011558 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-21 | 2/21/2013 | VCC 2012 Tax Returns (CONFIDENTIAL) | Atlantic00011660 | Atlantic00011680 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| A-22 | 5/21/2013 | Email from D. Paquette to M. Capus Re Orlando DTG | Atlantic008861 | Atlantic008862 | ACI Ex. 2(e) | | Objection: (1) foundation as to 2013-05-20 and 2013-05-21 Paquette Emails and 2013-05-20 Hufstetler Email (FRE 602); (2) hearsay as to 2013-05-20 and 2013-05-21 Paquette Emails and 2013-05-20 Hufstetler Email (FRE 802); (3) relevance as to 2013-05-20 and 2013-05-21 Paquette Emails and 2013-05-20 Hufstetler Email (FRE 401); (4) prejudice as to 2013-05-20 and 2013-05-21 Paquette Emails and 2013-05-20 Hufstetler Email (FRE 403); (5) hearsay within hearsay as to 2013-05-20 and 2013-05-21 Paquette Emails and 2013-05-20 Hufstetler Email (FRE 805); (6) authenticity as to 2013-05-20 and 2013-05-21 Paquette Emails and 2013-05-20 Hufstetler Email (FRE 901); (7) best evidence as to 2013-05-20 Hofstetler Email (FRE 1002) | |
| A-23 | 7/22/2013 | Email from M. Capus to D. Paquette Re Contract (Orlando Terms) | Atlantic002182 | Atlantic002182 | n/a | | Objection: (1) hearsay (FRE 802); (2) relevance (FRE 401); (3) prejudice (FRE 403); (4) hearsay within hearsay (FRE 805) | |
| A-24 | 12/11/2013 | Email from M. Capus to Robert O'Day re Orlando Progress | Atlantic008932 | Atlantic008933 | n/a | | Objection: (1) foundation as to 2013-12-11 O'Day Email (FRE 602); (2) hearsay as to 2013-12-11 O'Day Email and 2013-12-11 Capus Emails (FRE 802); (3) relevance as to 2013-12-11 O'Day Email and 2013-12-11 Capus Emails (FRE 401); (4) prejudice as to 2013-12-11 O'Day Email and 2013-12-11 Capus Emails (FRE 403); (5) best evidence as to 2013-12-11 Capus Emails (FRE 1002) | |
| A-25 | 3/7/2014 | Email from M. Capus to J. Dolobach Re Lunch | Atlantic008589 | Atlantic008589 | ACI Ex.85 | | Objection: (1) foundation as to 2014-03-07 Dolobach Email (FRE 602); (2) hearsay as to 2014-03-07 Dolobach Email (FRE 802); (3) relevance as to 2014-03-07 Dolobach Email (FRE 401); (4) prejudice as to as to 2014-03-07 Dolobach Email (FRE 403) | |
| A-26 | 3/11/2014 | VCC 2013 Tax Returns (CONFIDENTIAL) | Atlantic 00011779 | Atlantic00011795 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-27 | 3/12/2014 | 900 ACI 2013 Tax Returns (CONFIDENTIAL) | Atlantic00011387 | Atlantic00011430 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| A-28 | 3/12/2014 | 950 ACI 2013 Tax Returns (CONFIDENTIAL) | Atlantic00011559 | Atlantic00011572 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-29 | 3/21/2014 | 1050 ACI 2013 Tax Returns (CONFIDENTIAL) | Atlantic00011094 | Atlantic00011109 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-30 | 4/16/2015 | Email from P. Sheldon to Hertz Personnel Re BD Shop Counts-Need Your Thoughts | HERTZ00000755 | HERTZ00000759 | ACI Ex. 50 | | Objection: (1) foundation as to 2015-04-16 Sheldon Email and 2015-04-16 Dolobach Email (FRE 602); (2) hearsay as to 2015-04-16 Sheldon Email and 2015-04-16 Dolobach Email (FRE 802); (3) relevance as to 2015-04-16 Sheldon Email and 2015-04-16 Dolobach Email (FRE 401); (4) prejudice as to 2015-04-16 Sheldon Email and 2015-04-16 Dolobach Email (FRE 403); (5) hearsay within hearsay as to 2015-04-16 Sheldon Email and 2015-04-16 Dolobach Email (FRE 805) | |
| A-31 | 9/15/2015 | 900 ACI 2014 Tax Returns (CONFIDENTIAL) | Atlantic00011431 | Atlantic00011473 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-32 | 9/15/2015 | 950 ACI 2014 Tax Returns (CONFIDENTIAL) | Atlantic00011514 | Atlantic00011528 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-33 | 9/15/2015 | 1050 ACI 2014 Tax Returns (CONFIDENTIAL) | Atlantic00011066 | Atlantic00011080 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-34 | 9/15/2015 | 1100 ACI 2014 Tax Returns (CONFIDENTIAL) | Atlantic00011143 | Atlantic00011158 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-35 | 9/15/2015 | VCC 2014 Tax Returns (CONFIDENTIAL) | Atlantic00011681 | Atlantic00011700 | | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-36 | 3/23/2016 | Hertz In-House or Off-Site Vehicle Collision Body Damage Data Template | Natives_00003921 | n/a | ACI Ex. 17 & 17A | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) prejudice (FRE 403); (4) hearsay (FRE 802); (5) hearsay within hearsay (FRE 805); (6) authenticity (FRE 901) | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| A-37 | 4/5/2016 | Agenda RMM Conf. Call Email and PowerPoint | HERTZ0006120 | Native PP | ACI Ex. 16 | | Objection: (1) foundation as to 2016-04-05 Domer Email and attachment (FRE 602); (2) hearsay as to 2016-04-05 Domer Email and attachment (FRE 802); (3) hearsay within hearsay as to 2016-04-05 Domer Email and attachment (FRE 805); (4) relevance as to 2016-04-05 Domer Email and attachment (FRE 401) | |
| A-38 | 6/3/2016 | 950 ACI 2015 Tax Returns (CONFIDENTIAL) | Atlantic00011573 | Atlantic00011590 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-39 | 6/3/2016 | 1050 ACI 2015 Tax Returns (CONFIDENTIAL) | Atlantic00011112 | Atlantic00011126 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-40 | 6/3/2016 | 1100 ACI 2015 Tax Returns (CONFIDENTIAL) | Atlantic00011161 | Atlantic00011176 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-41 | 6/3/2016 | VCC 2015 Tax Returns (CONFIDENTIAL) | Atlantic00011701 | Atlantic00011718 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-42 | 9/12/2016 | 900 ACI 2015 Tax Returns (CONFIDENTIAL) | Atlantic00011474 | Atlantic00011513 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-43 | 3/3/2017 | Email from M. Domer to Hertz Personnel (excel at HERTZ00012558) | HERTZ00012556 | HERTZ00012558 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) prejudice (FRE 403); (4) hearsay (FRE 802); (5) hearsay within hearsay (FRE 805) | |
| A-44 | 3/15/2017 | Email from D. Paquette to M. Capus Re Numbers (Ft. Lauderdale) | Atlantic004531 | Atlantic004532 | ACI Ex. 2(c) | | Objection: (1) foundation as to 2012-08-14 Paquette Emails (FRE 602); (2) hearsay as to 2012-08-14 Paquette Emails (FRE 802); (3) hearsay within hearsay as to 2012-08-14 Paquette Emails (FRE 805); (4) relevance as to 2012-08-14 Paquette Emails (FRE 401); (5) prejudice as to 2012-08-14 Paquette Emails (FRE 403); (6) authenticity as to 2012-08-14 Paquette Emails (FRE 901) | |
| A-45 | 4/19/2017 | Email from M. Capus to M. Fields Re Contract | Atlantic002163 | Atlantic002163 | n/a | | Objection: (1) hearsay (FRE 802); (2) relevance (FRE 401); (3) prejudice (FRE 403) | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| A-46 | 4/21/2017 | Email from Z. Mitchell to E. Helfert and M. Fields Re DC In House Contract | HERTZ00031822 | HERTZ00031828 | ACI Ex. 59 | | Objection: (1) foundation as to 2017-03-19, 2017-03-24, and 2017-04-21 Fields Emails and 2017-03-24, 2017-04-03, and 2017-04-04 Coehlho Emails and 2017-03-24 Hankins Email and 2017-03-24, 2017-04-03, 2017-04-03 Bedrock Emails and 2017-04-03 Moody Email and 2017-04-21 Mitchell Email (FRE 602); (2) hearsay as to 2017-03-19, 2017-03-24, and 2017-04-21 Fields Emails and 2017-03-24, 2017-04-03, and 2017-04-04 Coehlho Emails and 2017-03-24 Hankins Email and 2017-03-24, 2017-04-03, 2017-04-03 Bedrock Emails and 2017-04-03 Moody Email and 2017-04-21 Mitchell Email (FRE 802); (3) relevance as to 2017-03-19 Pitz Email, 2017-03-19 Fields Email, 2017-03-24 Fields Email, 2017-03-24 Coelho Email, 2017-03-24 Hankins Email, 2017-03-24 Bedrock Email (FRE 401); (4) prejudice as to 2017-03-19 Pitz Email, 2017-03-19 Fields Email, 2017-03-24 Fields Email, 2017-03-24 Coelho Email, 2017-03-24 Hankins Email, 2017-03-24 Bedrock Email (FRE 403) | |
| A-47 | 6/21/2017 | Email from E. Helfert to J. Pitz and M. Fields Re Contract-Virginia Collision | HERTZ00049511 | HERTZ00049514 | ACI Ex. 60 | | Objection: (1) foundation as to 2017-06-19, 2017-06-20, and 2017-06-21 Helfert Emails and 2017-06-20 and 2017-06-21 Pitz Emails (FRE 602); (2) hearsay as to 2017-06-19, 2017-06-20, and 2017-06-21 Helfert Emails and 2017-06-20 and 2017-06-21 Pitz Emails (FRE 802); (3) hearsay as to 2017-06-20 Capus Email (FRE 802) | |
| A-48 | 7/24/2017 | Email from M. Capus to E. Helfert and M. Fields Re Contract | Atlantic002162 | Atlantic002162 | n/a | | Objection: (1) hearsay (FRE 802); (2) relevance (FRE 401); (3) prejudice (FRE 403) | |
| A-49 | 7/24/2017 | Email from M. Capus to E. Helfert and M. Fields Re Contract | Atlantic008225 | Atlantic008228 | n/a | | Objection: (1) foundation as to 2017-07-24 Helfert Emails (FRE 802); (2) hearsay as to 2017-07-24 Helfert Emails and 2017-07-24 Capus Emails (FRE 802); (3) prejudice as to 2017-07-24 Capus Emails (FRE 403); (4) relevance as to 2017-07-24 Capus Emails (FRE 401) | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| A-50 | 10/27/2017 | 1100 ACI 2016 Tax Returns (CONFIDENTIAL) | Atlantic00011178 | Atlantic00011193 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-51 | 10/27/2017 | VCC 2016 Tax Returns (CONFIDENTIAL) | Atlantic00011754 | Atlantic00011778 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-52 | 1/26/2018 | Email from R. Ritenour to Hertz Personnel Re US RAC Damage-Internal Audit Report | HERTZ00016058 | HERTZ00016071 | ACI Ex. 52 | | Objection: (1) foundation as to 2018-01-25 Bodnar Email, 2018-01-26 Ritenour Email, and attachment (FRE 602); (2) hearsay as to 2018-01-25 Bodnar Email, 2018-01-26 Ritenour Email, and attachment (FRE 802); (3) hearsay within hearsay as to 2018-01-25 Bodnar Email, 2018-01-26 Ritenour Email, and attachment (FRE 805); (4) relevance as to 2018-01-25 Bodnar Email, 2018-01-26 Ritenour Email, and attachment (FRE 401); (5) prejudice as to 2018-01-25 Bodnar Email, 2018-01-26 Ritenour Email, and attachment (FRE 403) | |
| A-53 | 7/16/2018 | VCC 2017 Tax Returns (CONFIDENTIAL) | Atlantic00011719 | Atlantic00011734 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-54 | 9/13/2018 | 1100 ACI 2017 Tax Returns (CONFIDENTIAL) | Atlantic00011194 | Atlantic00011223 | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) authenticity (FRE 901); (5) prejudice (FRE 403) | |
| A-55 | 4/4/2024 | 2009-2020 Fleet Size Spreadsheet (excel) | n/a | n/a | ACI Ex. 25A | | Objection: (1) foundation (FRE 602); (2) improper summary (FRE 1006); (3) hearsay (FRE 802) | |
| A-56 | 6/6/2024 | Certification of M. Bronkar | n/a | n/a | n/a | | Objection: (1) foundation (FRE 602); (2) relevance (FRE 401); (3) hearsay (FRE 802); (4) prejudice (FRE 403); (5) hearsay within hearsay (FRE 805) | |
| A-57 | 10/7/2024 | Email from W. O'Neil to C. Kentra Re Follow Up re DTAG Data Issue | n/a, first email October 1, 2024 at 6:19 a.m. | n/a, end of thread October 7, 2024 at 6:16 p.m. | n/a | | Objection: (1) relevance (FRE 401); (2) prejudice (FRE 403); | |
| | | **HERTZ EXHIBITS & ACI OBJECTIONS** | | | | | | |
| H-1 | 5/27/2010 | Email from M. Capus to S. Gaines re Atlantic Collision | Atlantic002010 | Atlantic002010 | Hertz Ex. 6 | Object to highlights on Hertz Ex. 6. No objection to introduction of Atlantic002010 as produced. | | |
| H-2 | 9/2/2010 | Email thread involving M. Capus, T. Kaplan, and others re Sterling, VA | Atlantic009963 | Atlantic009965 | n/a | Objection: Speculation (FRE 602). | | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| H-3 | 12/1/2010 | Email from M. Capus to L. Musick re Virginia numbers | Atlantic011034 | Atlantic011034 | Hertz Ex. 21 | Object to highlights on Hertz Ex. 21. No objection to introduction of Atlantic011034 as produced. | | |
| H-4 | 1/14/2011 | Email thread involving M. Capus, J. Dilanian, D. Kress, and others re VA Collision | Atlantic005305 | Atlantic005307 | n/a | Obejction: (1) foundation as to 2011-01-13 Email (FRE 602); (2) hearsay as to 201-01-13 Email (FRE 802). | | |
| H-5 | 3/9/2011 | Email thread involving M. Capus, J. Hofmeister, J. Dolobach, and others re Repair capability | Atlantic009865 | Atlantic009866 | Hertz Ex. 23 | Object to highlights on Hertz Ex. 23. No objection to introduction of Atlantic009865-9866 as produced. | | |
| H-6 | 3/11/2011 | Email thread involving M. Tarantino, J. Dolobach, M. Capus, and others re last month's numbers | Atlantic006848 | Atlantic006849 | n/a | Objection: (1) foundation as to 2011-05-10 Tarantino Email (FRE 602); (2) hearsay as to 2011-05-10 Tarantino Email (FRE 802). | | |
| H-7 | 4/8/2011 | Email from J. Dilanian to M. Capus re PPR | Atlantic002609 | Atlantic002609 | Hertz Ex. 24 | Objection: (1) foundation as to 2011-04-08 Hofmeister Email (FRE 602); (2) hearsay as to 2011-04-08 Hofmeister Email (FRE 802). | | |
| H-8 | 7/8/2011 | Email from D. Kress to J. Dilanian re July 2011 VCC Report | Atlantic005623 | Atlantic005630 | ACI Ex. 98 | No objection if ACI Ex. 98 is the document sought to be used. Appears to be a typo by Hertz as to bates numbers. ACI Ex. 98 is bates numbers Atlantic005623-005630. | | |
| H-9 | 9/28/2011 | Email from J. Hofmeister to M. Capus re VA Collision Manager | Atlantic005308 | Atlantic005309 | ACI Ex. 92 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-10 | 3/19/2012 | Email from S. Pollitt to M. Capus re Late and due cars | Atlantic004063 | Atlantic004063 | Hertz Ex. 29 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-11 | 3/20/2012 | Email thread involving M. Capus, R. Aguayo, D. Paquette, and others re Unit #01398/2132454 (PPR) | Atlantic010036 | Atlantic010036 | Hertz Ex. 30 | Objection: (1) foundation as to 2012-05-20 Aguayo Email (FRE 602); (2) hearsay as to 2012-05-20 Aguayo Email (FRE 802). | | |
| H-12 | 7/23/2012 | Email thread involving M. Brown, M. Capus, J. Small, and others re b/d count | Atlantic003836 | Atlantic003837 | Hertz Ex. 8 | Objection: (1) foundation as to 2012-07-23 Lessard Email and 2012-07-23 Small Email (FRE 602); (2) hearsay as to 2012-07-23 Lessard Email and 2012-07-23 Small Email (FRE 802). | | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| H-13 | 7/26/2012 | QuickBooks data re invoices | Atlantic004958 | Atlantic004960 | n/a | Objection: (1) Foundation (FRE 602, 901); (2) Relevance (FRE 401) | | |
| H-14 | 9/11/2012 | Email thread involving J. Small, C. Sansalone, M. Capus, and others re no rev | Atlantic004395 | Atlantic004396 | Hertz Ex. 7 | Objection: (1) foundation as to 2012-09-10 Lessard Email and 2012-09-11 Small Email (FRE 602); (2) hearsay as to 2012-09-10 Lessard Email and 2012-09-11 Small Email (FRE 802). | | |
| H-15 | 12/17/2012 | Email from M. Capus to D. Paquette re 1050 Lease | Atlantic003140 | Atlantic003144 | n/a | Objection: (1) foundation as to all emails but 2012-12-17 Capus Email (FRE 602); (2) hearsay as to all emails but 2012-12-17 Capus Email (FRE 802). | | |
| H-16 | 10/3/2013 | Email thread involving M. Capus, J. Dilanian, D. Paquette, and others re 1050 Atlantic body issues | Atlantic003145 | Atlantic003145 | Hertz Ex. 34 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-17 | 12/6/2013 | Email thread involving K. Lewton, D. Paquette, and M. Capus re FLL Atlantic Collision | Atlantic008332 | Atlantic008332 | Hertz Ex. 37 | Objection: (1) foundation as to 2013-12-06 Lewton Email (FRE 602); (2) hearsay as to 2013-12-06 Lewton Email (FRE 802); (3) inauthenticity of highlights on Hertz Ex. 37 (FRE 901). | | |
| H-18 | 12/9/2013 | Email thread involving K. Lewton, D. Paquette, and M. Capus re FLL Atlantic Collision | Atlantic008334 | Atlantic008336 | n/a | Objection: (1) foundation as to 2013-12-06 and 2013-12-09 Lewton Emails (FRE 602); (2) hearsay as to 2013-12-06 and 2013-12-09 Lewton Emails (FRE 802). | | |
| H-19 | 3/20/2014 | Email thread involving J. Small, E. Caceres, M. Capus, and others re 106 bd at 900/Atlantic | Atlantic006881 | Atlantic006888 | Hertz Ex. 9 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-20 | 4/11/2014 | Email thread involving M. Capus, J. Dolobach, S. Lessard, and others re Status Update | Atlantic009948 | Atlantic009948 | Hertz Ex. 10 | Objection: (1) foundation as to 2014-04-11 Lessard Email (FRE 602); (2) hearsay as to 2014-04-11 Lessard Email (FRE 802). | | |
| H-21 | 5/9/2014 | Email thread involving S. Bek, M. Capus, S. Lessard, and others re Why tear down is so important | Atlantic010475 | Atlantic010475 | Hertz Ex. 11 | Objection: (1) foundation as to 2014-05-09 Bek Email (FRE 602); (2) hearsay as to 2014-05-09 Bek Email (FRE 802); (3) inauthenticity of highlights on Hertz Ex. 37 (FRE 901). | | |
| H-22 | 5/29/2014 | Email from M. Capus to D. Paquette re Blend time | Atlantic002120 | Atlantic002120 | Hertz Ex. 26 | Object to highlights on Hertz Ex. 26. No objection to introduction of Atlantic002120 as produced. | | |
| H-23 | 7/2/2014 | Email thread involving M. Capus, J. Osbirn, and D. Paquette re Overdue cars | Atlantic004880 | Atlantic004880 | Hertz Ex. 40 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802); (3) inauthenticity of highlights on Hertz Ex. 40 (FRE 901) | | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| H-24 | 7/10/2014 | Email thread involving J. Dilanian, M. Capus, J. Osbirn, and others re Shop turnaround | Atlantic005104 | Atlantic005104 | Hertz Ex. 41 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-25 | 8/18/2014 | Email thread involving M. Capus and S. Bek re Amendment and Renewal | Atlantic007543 | Atlantic007544 | ACI Ex. 72 | Objection: (1) foundation as to 2014-08-18 Bek Email (FRE 602); (2) hearsay as to 2014-08-18 Bek Email (FRE 802). | | |
| H-26 | 8/20/2014 | Email thread involving M. Capus, S. Bek, and J. Vaughn re Atlantic body shop | Atlantic007589 | Atlantic007594 | ACI Ex. 73 | Objection: (1) foundation as to 2014-08-19 Bek Emails and 2014-08-19 Kober Email (FRE 602); (2) hearsay as to 2014-08-19 Bek Emails and 2014-08-19 Kober Email (FRE 802). | | |
| H-27 | 9/15/2014 | Email thread involving S. Bek, M. Capus, and S. Lessard re Condition Reports 9-12-14 | Atlantic008147 | Atlantic008147 | Hertz Ex. 12 | Objection: (1) foundation as to 2014-09-15 Bek Emails (FRE 602); (2) hearsay as to 2014-09-15 Bek Emails (FRE 802); (3) inauthenticity of highlights on Hertz Ex. 12 (FRE 901). | | |
| H-28 | 9/30/2014 | Email thread involving J. Small, M. Capus, and S. Bek re Work flow | Atlantic010477 | Atlantic010477 | Hertz Ex. 13 / 79 | Objection: (1) foundation as to 2014-09-30 Small Email (FRE 602); (2) hearsay as to 2014-09-30 Small Email (FRE 802). | | |
| H-29 | 10/2/2014 | Email from S. Bek to M. Capus re TB Condition Report | Atlantic002618 | Atlantic002630 | Hertz Ex. 15 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-30 | 10/17/2014 | Email thread involving M. Capus, S. Bek, S. Lessard, and others re Unit# 1597-1630565 | Atlantic008438 | Atlantic008438 | Hertz Ex. 14 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-31 | 10/21/2014 | Email from J. Osbirn to M. Capus re overdues | Atlantic006727 | Atlantic006727 | Hertz Ex. 42 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-32 | 10/28/2014 | Email thread involving J. Dilanian, J. Mascioli, W. Richters, and others re Prior Repair Overspray | Atlantic004983 | Atlantic004984 | Hertz Ex. 72 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-33 | 11/10/2014 | Email thread involving M. Capus, L. Scarpelli, and S. Lessard re Work | Atlantic010523 | Atlantic010525 | ACI Ex. 74 | Objection: (1) foundation as 2014-11-10 Lessard Email and 2014-11-10 Scarpelli Emails (FRE 602); (2) hearsay as to 2014-11-10 Lessard Email and 2014-11-10 Scarpelli Emails (FRE 802). | | |
| H-34 | 11/10/2014 | Email thread involving M. Capus, S. Bek, S. Lessard, and others re Work | Atlantic005056 | Atlantic005059 | Hertz Ex. 16 / 80 | Objection: (1) foundation as to 2014-11-10 Lessard Email and 2014-11-10 Bek Emails (FRE 602); (2) hearsay as to 2014-11-10 Lessard Email and 2014-11-10 Bek Emails (FRE 802); (3) inauthenticity of highlights on Hertz exhibits (FRE 901). | | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| H-35 | 11/10/2014 | QuickBooks data re invoices | Atlantic004958 | Atlantic004960 | n/a | Objection: (1) Foundation (FRE 602, 901); (2) Relevance (FRE 401). Also note that this exhibit is duplicative of proposed Joint Exhibit 14. Relevance-Rule 401 | | |
| H-36 | 11/10/2014 | Email thread involving M. Capus, S. Lessard, S. Bek, and others re Work | Atlantic010535 | Atlantic010537 | ACI Ex. 81 | Objection: (1) foundation as to 2014-11-10 Lessard Email and 2014-11-10 Bek Email (FRE 602); (2) hearsay as to 2014-11-10 Lessard Email and 2014-11-10 Bek Email (FRE 802). | | |
| H-37 | 11/11/2014 | Email thread involving M. Capus, S. Bek, and S. Lessard re Work | Atlantic010526 | Atlantic010530 | ACI Ex. 75 | Objection: (1) foundation as to 2014-11-10 Lessard Email and 2014-11-10 and 2014-11-11 Bek Emails (FRE 602); (2) hearsayas to 2014-11-10 Lessard Email and 2014-11-10 and 2014-11-11 Bek Emails (FRE 802). | | |
| H-38 | 11/11/2014 | Email from S. Bek to E. Caceres, J. Small, W. Serrano, and others re 1092155 | Atlantic001342 | Atlantic001343 | n/a | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-39 | 11/20/2014 | Email from S. Bek to M. Capus re Reject today | Atlantic005062 | Atlantic005063 | n/a | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-40 | 1/29/2015 | Email thread involving J. Miller, S. Askins, T. Harris, and others re 900 Atlantic Collision Moving | HERTZ00046222 | HERTZ00046225 | n/a | Objection: (1) foundation as to all emails but 2015-01-28 Capus Email (FRE 602); (2) hearsay as to all emails but 2015-01-28 Capus Email (FRE 802). | | |
| H-41 | 1/29/2015 | Email thread involving T. Harris, L. Scarpelli, M. Capus, and others re 900 Atlantic Collision Moving | HERTZ00046220 | HERTZ00046221 | Hertz Ex. 51 | Objection: (1) foundation as to 2015-01-29 Harris Email (FRE 602); (2) hearsay as to 2015-01-29 Harris Email (FRE 802). | | |
| H-42 | 2/26/2015 | Email thread involving M. Capus and T. Harris re 900 Atlantic | Atlantic007185 | Atlantic007186 | ACI Ex. 77 | Objection: (1) foundation as to 2015-02-26 Harris Email (FRE 602); (2) hearsay as to 2015-02-26 Harris Email (FRE 802). | | |
| H-43 | 3/18/2015 | Email from J. Osbirn to M. Capus re Atlantic Production | Atlantic002037 | Atlantic002037 | Hertz Ex. 43 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-44 | 3/18/2015 | Email thread involving M. Capus, J. Osbirn, W. Richters, and others re Atlantic Production | Atlantic007919 | Atlantic007920 | Hertz Ex. 74 | Objection: (1) foundation as to Hofmeister and Kress Emails (FRE 602); (2) hearsay as to as to Hofmeister and Kress Emails (FRE 802). | | |
| H-45 | 3/23/2015 | Email from J. Osbirn to M. Capus re Reworks | Atlantic005094 | Atlantic005094 | n/a | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| H-46 | 3/23/2015 | Email thread involving J. Osbirn, W. Richters, M. Capus, and others re Reworks | Atlantic009922 | Atlantic009922 | Hertz Ex. 75 | Objection: (1) foundation as to 2015-03-23 Osbirn Email (FRE 602); (2) hearsay as to 2015-03-23 Osbirn Email (FRE 802). | | |
| H-47 | 4/2/2015 | Email thread involving J. Cisterna, J. Wiley, H. Brodsky, and others re 1050 Atlantic Inventory DAILY 0222, with attachment | Atlantic002289 | Atlantic002289 | ACI Ex. 15 / Hertz Ex. 38 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-48 | 4/2/2015 | Email from H. Brodsky to M. Capus re Follow up meeting | Atlantic002274 | Atlantic002274 | Hertz Ex. 76 | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-49 | 5/5/2016 | Email thread involving M. Capus, J. Pitz, and J. Dilanian re Proposal | Atlantic005013 | Atlantic005013 | Hertz Ex. 67 | Objection: (1) foundation as to 2016-05-05 Pitz Email (FRE 602); (2) hearsay as to 2016-05-05 Pitz Email (FRE 802). | | |
| H-50 | 5/20/2016 | Email thread involving M. Capus and J. Pitz re Philadelphia | HERTZ00032582 | HERTZ00032583 | Hertz Ex. 68 | Objection: (1) foundation as to 2016-05-20 Pitz Email (FRE 602); (2) hearsay as to 2016-05-20 Pitz Email (FRE 802). | | |
| H-51 | 10/14/2016 | Email thread involving D. Buell, J. Osbirn, and W. Albonico re Services | HERTZ00045384 | HERTZ00045384 | Hertz Ex. 77 | Objection: (1) foundation as to 2016-10-14 Osbirn Email (FRE 602); (2) hearsay as to 2016-10-14 Osbirn Email (FRE 802). | | |
| H-52 | 10/25/2016 | Email thread involving M. Capus and J. Pitz re Contract | HERTZ00034456 | HERTZ00034457 | n/a | Objection: (1) foundation as to 2016-10-24 Pitz Emails (FRE 602); (2) hearsay as to 2016-10-24 Pitz Emails (FRE 802). | | |
| H-53 | 3/19/2017 | Email thread involving M. Fields, J. Pitz, and M. Capus re Meeting | HERTZ00033420 | HERTZ00033420 | n/a | Objection: (1) foundation as to 2017-03-19 Pitz Email (FRE 602); (2) hearsay 2017-03-19 Pitz Email (FRE 802). | | |
| H-54 | 3/21/2017 | Email thread involving J. Pitz, M. Capus, and M. Fields re Meeting | Atlantic008613 | Atlantic008614 | Hertz Ex. 90 | Objection: (1) foundation as to 2017-03-19 Pitz Email (FRE 602); (2) hearsay 2017-03-19 Pitz Email (FRE 802). | | |
| H-55 | 3/21/2017 | Email from M. Capus to J. Pitz re Meeting | Atlantic008613 | Atlantic008614 | Hertz Ex. 90 | This exhibit is duplicative of proposed Hertz Exhibit 56. | | |
| H-56 | 4/4/2017 | Email thread involving M. Fields and N. Raynard re BD from National to Dulles | HERTZ00033381 | HERTZ00033381 | n/a | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-57 | 5/16/2017 | Email thread involving M. Capus, M. Fields, J. Pitz, and others re Work flow | Atlantic005532 | Atlantic005533 | Hertz Ex. 84 | Objection: (1) foundation as to 2017-05-16 Fields Email (FRE 602); (2) hearsay as to 2017-05-16 Fields Email (FRE 802). | | |
| H-58 | 5/16/2017 | Email thread involving E. Helfert, M. Fields, M. Capus, and others re Work flow | Atlantic010479 | Atlantic010480 | n/a | Objection: (1) foundation as to 2017-05-16 Fields Email (FRE 602); (2) hearsay as to 2017-05-16 Fields Email (FRE 802). | | |
| H-59 | 5/16/2017 | Email thread involving M. Fields, N. Raynard, J. Nuss, and others re BD Cars for NCP | HERTZ0003358 | HERTZ00033359 | n/a | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-60 | 11/15/2017 | ACI's Complaint | n/a | n/a | Hertz Ex. 92 | Objection: (1) relevance (FRE 401); (2) hearsay (FRE 802). | | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| H-61 | 1/11/2019 | ACI's Responses to Hertz's First Set of Interrogatories | n/a | n/a | n/a | Objection: (1) hearsay (FRE 802). | | |
| H-62 | 4/5/2019 | Email from C. Meza to J. Dolobach re Atlantic Collision | HERTZ00049487 | HERTZ00049490 | n/a | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802). | | |
| H-63 | 3/10/2020 | Marc Capus Deposition Transcript | n/a | n/a | n/a | Objection: (1) hearsay (FRE 802). | | |
| H-64 | 10/20/2020 | Letter from Metzdorff to Kentra attached to proofs of claim | n/a | n/a | Hertz Ex. 94 | Objection: (1) hearsay (FRE 802) | | |
| H-65 | 1/19/2024 | ACI's Opposition to Claim Objection | n/a | n/a | Hertz Ex. 89 | Objection: (1) relevance (FRE 401); (2) hearsay (FRE 802). | | |
| H-66 | 2/26/2024 | ACI's Responses to Hertz's Supplemental Interrogatories | n/a | n/a | n/a | Objection: (1) hearsay (FRE 802). | | |
| H-67 | 3/8/2024 | ACI's Supplemental Responses to Hertz's Interrogatories | n/a | n/a | n/a | Objection: (1) hearsay (FRE 802). | | |
| H-68 | 3/28/2024 | Notice of Rule 30(b)(6) Deposition of ACI | n/a | n/a | Hertz Ex. 44 | Objection: (1) hearsay (FRE 802). | | |
| H-69 | 6/5/2024 | ACI 30(b)(6) Deposition Transcript | n/a | n/a | n/a | Objection: (1) hearsay (FRE 802). | | |
| H-70 | n/a | J. Dilanian initial production | DILANIAN000001 | DILANIAN000015 | n/a | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802); (3) cumulative (FRE 403). Will review any specific document regarding which Hertz seeks admission. | | |
| H-71 | n/a | J. Dilanian supplemental production | DILANIAN000016 | DILANIAN000032 | n/a | Objection: (1) foundation (FRE 602); (2) hearsay (FRE 802); (3) cumulative (FRE 403). Will review any specific document regarding which Hertz seeks admission. | | |
| H-72 | n/a | Invoice data | HERTZ00045262 | HERTZ00045262 | ACI Ex. 26A | Objection: (1) foundation (602); (2) data in document is the same data | | |
| H-73 | n/a | Invoice data | HERTZ00045263 | HERTZ00045263 | ACI Ex. 29A | data in document is the same data excluded as untimely in the Untimely | | |
| H-74 | n/a | Invoice data | HERTZ00045264 | HERTZ00045264 | ACI Ex. 30A | data in document is the same data excluded as untimely in the Untimely | | |
| H-75 | n/a | Invoice data | HERTZ00045265 | HERTZ00045265 | ACI Ex. 28A | Objection: (1) foundation (602); (2) data in document is the same data excluded as untimely in the Untimely Documents; (3) substantially more prejudicial than probative given that ACI has beend deprived of testing underlying data (FRE 403); (4) hearsay (FRE 802). | | |
| H-76 | n/a | Invoice data | HERTZ00045382 | HERTZ00045382 | ACI Ex. 31A | Objection: (1) foundation (602); (2) data in document is the same data excluded as untimely in the Untimely Documents; (3) substantially more prejudicial than probative given that ACI has beend deprived of testing underlying data (FRE 403); (4) hearsay (FRE 802). | | |

| EXHIBIT NO. | DATE | DESCRIPTION | BEG BATES | END BATES | DEP. EX. NO. | ACI OBJECTION(S) | HERTZ OBJECTION(S) | RULING ON ADMISSION |
|---|---|---|---|---|---|---|---|---|
| H-77 | n/a | Invoice data | HERTZ00045383 | HERTZ00045383 | ACI Ex. 32A | Objection: (1) foundation (602); (2) data in document is the same data excluded as untimely in the Untimely Documents; (3) substantially more prejudicial than probative given that ACI has beend deprived of testing underlying data (FRE 403); (4) hearsay (FRE 802). | | |
| H-78 | n/a | Invoice data | HERTZ00049491 | HERTZ00049491 | ACI Ex. 37A | Objection: (1) foundation (602); (2) data in document is the same data excluded as untimely in the Untimely Documents; (3) substantially more prejudicial than probative given that ACI has beend deprived of testing underlying data (FRE 403); (4) hearsay (FRE 802). | | |
| H-79 | n/a | Invoice data | HERTZ00049492 | HERTZ00049492 | ACI Ex. 36A | Objection: (1) foundation (602); (2) data in document is the same data excluded as untimely in the Untimely Documents; (3) substantially more prejudicial than probative given that ACI has beend deprived of testing underlying data (FRE 403); (4) hearsay (FRE 802). | | |
| H-80 | n/a | DC Collision vehicles completed per month | DILANIAN000003 | DILANIAN000004 | ACI Ex. 106 | Objection: (1) relevance (FRE 401); (2) hearsay (FRE 802) | | |